IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC. <br> Plaintiff, <br><br> v. <br><br> REVEAL IMAGING TECHNOLOGIES, INC. <br><br> Defendant. | Civil Action No. 04 11884 NG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3, Plaintiff hereby states the following for its Corporate Disclosure Statement:

Plaintiff L-3 Communications Security and Detection Systems, Inc. is wholly-owned by L-3 Communications Corporation.

L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS, INC.,

By its attorneys,

August 30, 2004

Michael A. Albert, BBO #558566
James J. Foster, BBO #553285
Robert M. Abrahamsen, BBO #636635
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.646-8000
Fax: 617.646.8646

821553.1