☐ AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    **Massachusetts**

L-3 Communications Security and
Detection Systems, Inc.

V.

Reveal Imaging Technologies, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 11884 NG**

TO: (Name and address of Defendant)

Reveal Imaging Technologies, Inc.
201 Burlington Road
Bedford, MA  01730

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

AUG 30 2004

CLERK

(By) DEPUTY CLERK

DATE

☐ AO 440  (Rev. 10/93)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ ☐  Served personally upon the third-party defendant.  Place where served:  _____

☐ ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:  _____

☐ ☐  Returned unexecuted: _____

☐ ☐  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                         Signature of Server

                                     Address of Server

**Service of this Summons and Complaint is hereby accepted.**

_____        _____
Thomas R. Murtagh
Attorney for Defendant
Reveal Imaging Technologies, Inc.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.