UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 21  A 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

L-3 COMMUNICATIONS SECURITY AND )
DETECTION SYSTEMS, INC. )
)
  Plaintiff, )  C.A. No. 04-11884-NG
v. )
)
REVEAL IMAGING TECHNOLOGIES, INC. )
)
  Defendant. )

## STIPULATION OF AN EXTENSION OF TIME FOR DEFENDANT REVEAL IMAGING TECHNOLOGIES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff L-3 Communications Security and Detection Systems, Inc. ("L-3") and Defendant Reveal Imaging Technologies, Inc. ("Reveal") stipulate that L-3's counsel will promptly provide Reveal's counsel with the patent history relating to United States Patent No. 5,721,391, which is the subject of this litigation. The parties further stipulate that Reveal will have twenty (20) days from the date that L-3 produces said patent history for Reveal to respond to the Complaint. In addition and in return, the parties stipulate that they will be able to use in this case documents and discovery provided in L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc., et als., Massachusetts Suffolk Superior Court, Civil Action No. 03-05810-BLS1, subject to the terms and conditions of the Agreed-Upon Protective Order in that state action.

This stipulation is being filed with the Court in paper format since counsel are currently

waiting for their passwords for the CM/ECF electronic filing system.

| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., | REVEAL IMAGING TECHNOLOGIES, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ James J. Foster/* | */s/ Joseph D. Lipchitz/* |
| Michael A. Albert (BBO #558566) | Thomas R. Murtagh (BBO #365220) |
| James J. Foster (BBO #553285) | Jason A. Mirabito (BBO #349440) |
| Robert M. Abrahamsen (BBO #636635) | Joseph D. Lipchitz (BBO #632637) |
| WOLF, GREENFIELD & SACKS, P.C. | Mintz, Levin, Cohn, Ferris, Glovsky |
| 600 Atlantic Avenue | and Popeo, P.C. |
| Boston, MA 02110 | One Financial Center |
| (617) 646-8000 | Boston, MA 02111 |
| | (617) 542-6000 |

Dated: September 20, 2004

LIT 1479606v1

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 9/21/04

*/s/ Joe Lipchitz/*

2