SCANNED
DATE: 10-13-04
BY: CMW

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 12  P 3:37

U.S. DISTRICT COURT
DISTRICT OF MASS.

L-3 COMMUNICATIONS, SECURITY AND )
DETECTION SYSTEMS, INC., )
)
    Plaintiff, )   C.A. No. 04-11884-NG
v. )
)
REVEAL IMAGING TECHNOLOGIES, INC., )
)
    Defendant. )

### AFFIDAVIT OF MICHAEL ELLENBOGEN IN SUPPORT OF DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM AGAINST REVEAL IMAGING TECHNOLOGIES, INC.

I, Michael Ellenbogen, upon my own personal knowledge, hereby depose and state as follows:

### My Background in the EDS Industry

1. Prior to forming Reveal Imaging Technologies, Inc. ("Reveal") and becoming its president, I worked at a number of companies that designed and manufactured airport baggage screening machines designed to detect weapons and explosives. Specifically, I worked at Vivid Technologies, Inc. ("Vivid") from 1994 to 1999 as the Director of Marketing. On or about January 14, 2000, PerkinElmer, Inc. ("PerkinElmer") acquired Vivid and formed PerkinElmer Detection Systems. Consequently, from 2000 until 2002, I worked at PerkinElmer as the Vice-President for New Product Development at PerkinElmer Detection Systems, and then later as the Vice-President for Product and Business Development. In December 2001, PerkinElmer, Inc. announced that it would sell its detection systems business to L-3 Communications Corporation ("L-3"), which formally purchased the business unit in June 2002.

**Background on EDS Technology**

2. The FAA defines the term EDS as "an automated device, or combination of devices, which has the ability to detect, in passenger checked baggage, the amounts, types, and configurations of explosive materials as specified by the FAA." See Federal Aviation Administration, "Explosive Detection Systems," 63 Fed. Reg. 18104, 18106 (April 13, 1998). As such, EDS has become a very specific and universally recognized term within the aviation security industry, describing a system that automatically detects explosives in baggage and has passed the EDS Certification criteria of the FAA or Transportation Security Administration ("TSA").

3. Until the mid-1990s, the screening of checked airline baggage was generally performed with X-ray machines, which produce a two-dimensional image of the contents of the screened baggage. This "conventional" X-ray baggage screening technology was originally designed primarily to detect weapons and did not effectively detect explosives. It is difficult for operators to detect non-metallic objects such as explosives in the two dimensional images of baggage generated by "conventional" X-ray technology. It is also difficult to determine the overall shape or composition of an object or to differentiate objects that occlude or overlay each another.

4. After Pan American Flight 103 was bombed over Lockerbie Scotland in 1988, several companies began exploring the use of computed tomography ("CT") (sometimes also known as "computed axial tomography" ("CAT")) scanning, a technology borrowed from the medical field, to screen baggage. In a CT scanner, an X-ray emission source and X-ray detectors are mounted on a rotating gantry that spins around the scanned object. With each rotation the X-ray emission device, or "tube," emits X-rays, and the detectors measure the amount of X-ray

transmitted or absorbed during each rotation of the ring. The detected intensity of the X-rays that pass through less dense material are stronger, whereas the intensity of the X-rays that pass through more dense material are weaker. A computer then converts these measurements into 360° cross-sections or "slice" images of the object. In addition, a computer can use the relative strengths of the X-rays to determine the density of the materials examined. Using these "slice" images a computer then automatically determines if a bag contains potentially suspect explosive material. If so, these "slice" images of the contents of each bag are then projected onto a monitor, which a human operator views. The operator then determines whether the bag should be labeled as "suspect" and inspected more thoroughly.

5.   Despite many attempts, conventional or even advanced x-ray baggage screening systems have not been EDS certified by the FAA or TSA. In fact, it was not until several months ago that InVision was able to obtain EDS certification of a scanner that used a different type of advanced x-ray technology. As a result, the EDS field consists almost exclusively of companies that use CT, as opposed to non-rotating x-ray, technology. Only two companies – L-3 and InVision – currently produce TSA certified EDS machines both of which use CT technology for scanning airport baggage for explosives.

### Reveal's Development of the CT-80 Under the TSA Phoenix Project Grant

6.   Since the September 11, 2001 terrorist attacks, Congress has taken an active role in ensuring that the latest EDS technology is developed and deployed to our nation's airports. In late 2001, Congress enacted the Aviation and Transportation Security Act of 2001 (the "ATSA"), Pub.L. 107-71; 115 Stat. 597 (2001). The ATSA mandated that the Under Secretary of Transportation ensure that all baggage screening be performed using EDS systems certified by the Transportation Security Administration. The ATSA further directed that by December 31,

3

2002 all commercial airports screen all checked luggage using TSA certified EDS baggage screening devices. The ATSA created the TSA and gave it sole responsibility for the EDS certification of airport baggage screening systems. It also charged the TSA with making grants for the acceleration of research, development, testing, and evaluation of EDS technology that is faster, more cost-effective, and more accurate.

7. Pursuant to ATSA's mandate, the TSA, in July 2003, issued a Request for Proposals ("Phoenix RFP") to develop the Next Generation Explosive Detection System meeting the TSA's numerous specifications as set forth in the Phoenix RFP. Although the specifications are extremely detailed, the TSA, to put it simply, requested proposals to design the next generation EDS machine to scan check-in airport baggage for explosives that would be integrated into an airport's existing automated baggage handling system.

8. In August 2003, Reveal submitted its design proposal for developing and manufacturing Reveal's CT-80 EDS machine for the TSA. In September of 2003, Reveal was awarded a $4.7 million grant under the TSA's Phoenix Project to design and manufacture for the government the CT-80, as a next generation in-line EDS airport baggage screener.

**After TSA's Award to Reveal, L-3 Sues Reveal In Massachusetts Superior Court**

9. Although L-3 submitted multiple competing Phoenix Grant proposals, it did not receive one. Shortly after the TSA publicly awarded Reveal its Phoenix grant, various L-3 entities, In December 2003, filed their complaint in Massachusetts Superior Court against Reveal, me and other senior members of the company, alleging, among other things, misappropriation of trade secrets (the "State Action"). The State Action is currently pending in the Massachusetts Suffolk Superior Court Business Litigation Session.

**Deployment of the Next Generation EDS Is a Matter of Immediate National Security**

10.  In early July 2004, I was invited to testify before the U.S. House Subcommittee on Aviation on the subject of in-line explosive detection systems. On July 14, 2004, I testified before the Subcommittee, along with executives from the two other EDS companies, including L-3. A copy of the transcript from that hearing is attached as Exhibit A.

11.  At the July 14, 2004 hearing, the ranking member of the Subcommittee expressed his continued concern that Congress was not doing enough to ensure that the latest EDS technology was developed and deployed as quickly as possible.

> **DEFAZIO [U.S. Representative Peter A. DeFazio (D-OR) Ranking Member]:**
>
> Thank you, Mr. Chairman. Thank you for calling this important oversight hearing.
>
> I share the concern of the chairman about the lack of progress in coming up with modern, integrated systems. And also share his concern about the role that some of our colleagues in Congress have played in this issue.
>
> I remain concerned, as I believe does the chairman, that explosives are a very real threat. . . .But in the area of explosives, unfortunately, I don't think we have made anywhere near that progress.. . .We're not exactly, under this administration, showing a sense of urgency about moving forward with the best available technology in our airports. I want to hear more, particularly from the vendors, about new technology that might be out there superior to what we're using today. So I think this is a very timely hearing. And I look forward to hearing from people who know more about this than I do.
>
> Thank you, Mr. Chairman.

Ex. A at pp. 3-4 (emphasis added). I then spoke about Reveal's development and design of the next generation in-line EDS machine for the TSA. Id. at pp.22-23.

12.  Since all EDS manufacturers, including Reveal and L-3, sell their product directly to the TSA, which in turn provides the EDS to the airports, the federal government is the exclusive customer of EDS systems for the United States. As such, the TSA and Congress have

an active interest in making sure that the latest technology is developed and deployed as soon as possible. The ranking member clearly expressed this interest vis-à-vis Reveal at the recent Congressional hearing. Specifically, after hearing presentations from both Reveal and L-3, the Chairman of the committee, U.S. Representative John Mica, asked the TSA, in the presence of L-3's vice-president and general manager, when Reveal's machine would be certified.

**MICA [U.S. Representative John Mica (R-FL) Chairman]:**

> One of the things I'm hoping to do is to move forward with as many in-line systems as we can where it makes sense. <u>Now, the last witness, Mr. Ellenbogan (sic), testified about some new emerging technology that's being tested for certification. He estimated it might be certified this summer.</u> Do you have any insight as to when this...

**NULL [Randy Null, Acting Assistant Administrator, Aviation Operations, Transportation Security Administration]:**

> Yes, sir. They are actually at the labs in Atlantic City now. And our expectation is that if they are able to meet certification <u>that it will be this summer. We are in data collection and starting the certification process here very soon.</u>

Ex. A at p. 24 (emphasis added)

13. Approximately a month after the Chair of the House Subcommittee on Aviation specifically requested a time frame for the CT-80's certification, and the Acting Assistant Administrator of Aviation Operations at the TSA responded that the CT-80 would be certified "very soon," L-3 filed the original complaint in this action.

14. The CT-80 is Reveal's <u>only</u> near-term prospective product. The TSA and other governmental entities are the <u>only</u> prospective domestic customers for the CT-80.

Signed under the penalties of perjury this 12th day of October, 2004

_____
Michael Ellenbogen

LIT 1478901v2