FDCH TRANSCRIPTS
Congressional Hearings
Jul. 14, 2004

# House Transportation and Infrastructure Subcommittee on Aviation Holds Hearing on In-Line Explosive and Detection Systems

**LIST OF SPEAKERS**

---

MICA:

I'd like to call this hearing of the Aviation Subcommittee to order this morning. Today's hearing before the subcommittee deals with in-line explosive detection systems, both the financing and deployment of those systems.

The order of business today will be opening statements by members and then we'll have one panel, recognize the TSA and our government witness first. Just pretend they're on a panel by themselves so they don't feel they're just with regular people. But we will proceed with that combined panel in the sake of saving time for everyone today.

So I'll start with my opening statement. And, again, welcome everyone this morning.

This morning's hearing, as I said, will focus on the progress we've made in deployment of integrated in-line explosive detection systems, EDS systems as they're called, for screening our checked baggage.

It's been some two and a half years since Congress passed the Aviation Transportation Security Act and established TSA. That act set some very tight deadlines to screen all checked baggage for explosives prior to being loaded on to commercial passenger aircraft.

Unfortunately in the rush to meet its congressionally mandated deadlines, TSA created a hodge-podge system of explosive trace detection and also stand-alone EDS machines. This patchwork approach has crowded airport lobbies, inconvenienced passengers and created great headaches for operators.

What concerns me more than anything is this system is not as effective as it should be in detecting explosives that are possibly checked in baggage.

We don't have GAO to testify before us today and some of their testimony to us was behind closed doors. But where we had in-line integrated checked baggage automated systems the detection rate for explosives was about as good as it gets. Other systems -- using hand wands and trace devices and even with some of the more sophisticated equipment fed in sort of this hodge-podge fashion -- was not very effective. And that's what should concern us today.

This approach has driven TSA's personnel and operating costs up very high. And it's created unnecessary safety and security risks. TSA's current baggage screening system has shown no ability to adapt or keep pace with the ever-changing demands of our aviation industry.

Worst of all, again, the hodge-podge system that employs trace detection explosive devices has shown a very poor -- using these devices has shown a very poor performance record.

Some eight airports have taken the initiative to invest their own money to integrate TSA's EDS systems in-line with their automated baggage systems. Eight more have multi-year funding agreements with TSA. And a handful of others have grant commitments. All together our nation will only have 17 out of 441 commercial airports completed with these in-line systems by 2006 at the current pace we're going.

I'm very disappointed with Congress, and also with the TSA, for the lack of progress in this program. The limited investment analysis conducted so far clearly shows that a capital investment related to in-line EDS systems significantly reduces personnel and maintenance costs and, in almost every case, pays for itself in a period of one to five years.

Our analysis shows that, on average, in-line EDS systems at large hub airports operate at one-third the cost of stand-only lobby-based systems. And, again the accuracy of their performance is off the charts as far as reliability.

Moreover, recent GAO and DHS inspector general testing, again, shows that in-line EDS systems are much more effective at detecting threats than these stand-alone EDS machines and, of course, the hand use of trace detection devices.

Given their excellent performance records and reduced personnel and operating costs, the federal government absolutely has to find a way to finance and complete installation of in-line EDS systems at all airports that are capable of incorporating these systems. TSA and OMB must think outside the box and use some modern financing tools, working, again, with the airports and the federal government so that we can leverage taxpayers' dollars to put these effective, not only as far as labor, but detection systems in place.

2

Other agencies use multi-year lease agreements with annual renewable clauses. Some use debt-based LOI agreements and management service contracts to expedite cost-saving capital investment.

Our nation's aviation security system must become smarter and must use its limited resources in a much wiser fashion. Prolonging the inefficient, inconvenient and labor-intensive system that we have in place now I do not believe should be our only option, nor should we continue in that fashion.

I'm pleased to recognize our ranking member, Mr. DeFazio, at this time.

DEFAZIO:

Thank you, Mr. Chairman. Thank you for calling this important oversight hearing.

I share the concern of the chairman about the lack of progress in coming up with modern, integrated systems. And also share his concern about the role that some of our colleagues in Congress have played in this issue.

I remain concerned, as I believe does the chairman, that explosives are a very real threat. I mean, if we focus on the last threat, which was the attempt or the successful taking over of aircraft and using them as weapons of mass destruction, we've made some significant progress there -- the armored cockpit doors, the arming of pilots, air marshals -- and decreased to some significant extent the likelihood of a successful takeover, creating real uncertainty for terrorists.

But in the area of explosives, unfortunately, I don't think we have made anywhere near that progress. And, you know, there's history here. These people do tend to repeat patterns and if you are familiar with the history of Mr. Youssef and his attempt to take down 12 747s at once over the Pacific and the fact that he only failed in that attempt because of a botched bomb-making, which attracted the attention of a Philippine police sergeant who was very alert. And, you know, he had constructed and tested a successful bomb on a 747, which killed 12 people and nearly took the plane down, the bomb being something that was smaller than this, concealed under his feet, which he carried through carry-on baggage.

We're doing nothing to detect those threats. And I'm very concerned.

And then when we go beyond that to look at the issues before us in this hearing today, I mean, you know, when I raised the issue on the floor last month with my colleagues about the arbitrary cap placed on the number of screeners who have never done a bottom-up review on what it would take to meet the security needs of aviation and how many people that would take, although it's been promised and promised again, and now we're promised by the end of August we'll have it, in his

3

wisdom, the chairman of the Appropriations Committee of jurisdiction chose to impose an arbitrary cap and cut the number of screeners, which has led, from reports and information I have, to less than 100 percent compliance in a number of cases because of understaffing, under-utilization of existing equipment that has been purchased.

But in opposing my amendment to remove that arbitrary cap he went on to say, "Well, we're going to deploy all this great new technology and in-line EDS systems." He just neglected to say that he wasn't going to fund it and it wasn't going to happen. But maybe some day we will, somehow, somewhere.

But we have a long waiting list. The government isn't signing any new letters of intent. We're not exactly, under this administration, showing a sense of urgency about moving forward with the best available technology in our airports.

And, you know, I feel that this is extraordinary and I hope that some of the witnesses can be forthcoming on this today. I know that the precedents in this administration are not good. I read recently where the chief law enforcement officer of the United States Parks Service was fired because she said there wasn't enough money to do the job. I remember Mike Parker, briefly head of the Corps of Engineers, was fired because he said there wasn't enough money to do the job.

But, you know, I mean the question is do you want to stand up for the security of the American people and tell us there isn't enough money to do the job and we're not doing the job or do you want to go along with the line of this administration, "Everything's just fine, don't worry about it," even though we're not meeting the threats?

That's up to you, but I hope you'll be honest and forthcoming and hopefully we can help try and protect your job from more vindictive and small-minded people who don't care about protecting the public as much as they do their line of propaganda.

So, as the chairman said, I'd also like to know if the TSA is looking at any innovative financing options, given the intransigence of Congress and the administration to deliver on what's necessary.


DEFAZIO:

I want to hear more, particularly from the vendors, about new technology that might be out there superior to what we're using today.

So I think this is a very timely hearing. And I look forward to hearing from people who know more about this than I do.

Thank you, Mr. Chairman.

MICA:

I thank the gentleman.

The gentleman from New Jersey, Mr. Lobiondo?

LOBIONDO:

Thank you, Mr. Chairman, for calling this hearing.

The full installation of the explosive detection systems at our airport is really critical to ensure the safety of the flying public. But almost as important is the research, development and certification of the next generation of EDS machines. That's why I was so pleased to recently host you and several of the private firms who are developing these new machines at the TSA security lab that's located in my district. I think those meetings raised some important issues and we got some good information.

The outlook for machines with better detection capabilities, smaller footprints and faster throughputs will greatly enhance our security and lessen the cost and impact on airports as they try to install these machines as in-line systems.

But before we can get to that point we need to make the proper investments in research and development. When those investments are made we must not allow them to be diverted. The research and development account should not act as the TSA's rainy day fund.

I'm very proud of the work that the TSA lab is doing and I thank the chairman again for his visit and his leadership on this issue. Thank you.

MICA:

I thank the gentleman.

Ms. Tauscher?

TAUSCHER:

Thank you, Mr. Chairman and Ranking Member DeFazio, for having today's hearing.

Mr. Chairman, in California, all the long summer travel lines are returning and today's hearing is very timely and important for our committee to fully examine how these baggage screening systems are financed and deployed.

As this committee responded to the attacks of 9/11, we moved to standardized security at airports across the country and we learned that no two airports are designed alike. As a perfect example, we have in the San Francisco Bay area four airports, San Francisco, Oakland, San Jose and Sacramento, all with different design challenges and funding needs.

Mr. Chairman, we've also learned these machines and systems are very expensive. I am glad the TSA has finally agreed to provide SFO with the remaining funding needed to complete their in-line system. And I hope to have the opportunity to ask Dr. Null about TSA's progress on finding the additional $2.3 million needed for a fourth EDS machine for terminal two at Oakland Airport.

But due to the unpredictable federal funding stream for these mandated systems we must consider ways to increase efficiency and reduce costs for their deployment. Our committee should encourage competition among the technology vendors to help achieve these.

And, given the length of time it takes to deploy and construct these systems, we should also encourage TSA to take into account some future growth traffic at any airport. This would help in Oakland's case, where funding shortfalls could force them to design a system with three EDS machines instead of four, which would be obsolete shortly after opening. Forcing such a situation makes no fiscal sense.

Mr. Chairman, I think we had a great opportunity to increase competition to reduce costs while increasing efficiencies that will help our airports manage their growth. This will ultimately help us improve security by standardizing baggage screening across our very non-standard system while keeping lines shorter and frequent flyers happier.

I look forward to hearing from all of today's witnesses and yield back the balance of my time.

MICA:

Thank the gentlelady.

Mr. Porter?

PORTER:

Thank you, Mr. Chairman. Thank you for holding this important hearing today. And I'd like to congratulate you for placing our aviation security needs at the forefront of this committee since I've joined Congress, and today to move forward to pass H.R. 4056, which should be heard later today.

As you know, I represent southern Nevada, which is absolutely dependent upon aviation for its survival. Every year we have more than 30 million people traveling through our airport, making it the second largest origin and destination airport in the nation.

Every passenger who boards an aircraft and their baggage, of course, has to be screened to ensure the safety of the flying public. Working together our airport director, Randy Walker, and federal security director Jim Blair have ensured that McCarran is one of the safest and most efficient airports in the country. And I will continue to work to ensure that they have the screening resources they need.

But, Mr. Chairman, as part of their efforts to keep McCarran safe and efficient the airport entered into a letter of intent with the TSA for the installation of in-line baggage screening. This LOI ensured that McCarran would be repaid for its investment of its own money to fulfill a federal responsibility in aviation security. While this letter of intent was agreed to at a rate of repayment of 75 percent, TSA later changed the reimbursement rate for this letter of intent to 90 percent.

In the Vision 100 Act, Mrs. Berkley, Mr. Burgess, Ms. Millender-McDonald and myself included language in the bill to ensure that McCarran would also be reimbursed at the 90 percent rate. Despite this federal law signed by the president and the will of Congress, TSA and the Homeland Security Appropriations Subcommittee have prepared a budget that only reimburses under our letter of intent at 75 percent level.

Mr. Chairman, it's not fair the taxpayers of Nevada or to the flying public that they be forced to bear the cost of this federal responsibility. I urge the members of the administration present to obey the law and find the money in their budget to repay the taxpayers of Nevada and the other states that they are cheating from these funds.

Aviation security is not a partisan issue, Mr. Chairman, and it shouldn't be a fiscal issue. This subcommittee, under your leadership, has taken the lead on this issue and I hope this hearing will lead to a greater respect for the law and the needs of local communities that are installing the in-line baggage systems and the agreements they've had with the federal government.

Thank you, Mr. Chairman.

MICA:

Thank you.

Ms. Berkley?

BERKLEY:

Thank you, Mr. Chairman. And I want to particularly thank you and Ranking Member DeFazio for holding this meeting today.

And I'd like to associate myself with Mr. Porter's remarks. McCarran Airport in Las Vegas is one of the airports that is in the process of installing an in-line explosive detection system, which is expected to be completed by July of next year. The airport officials at McCarran were among the first to move forward with the construction and deployment of an in-line solution to make the baggage screening process more efficient and less intrusive.

Currently EDS machines, which are the size of pickup trucks, take up a significant amount of space in the airport lobby and restrict the room available for ticketing passengers. In-line systems require fewer screeners. Screeners no longer needed for baggage screening should be transferred to passenger screening checkpoints. McCarran officials have made it clear that they can work with the current allocation of screeners in the short-term, but TSA must find a solution to the problem at McCarran.

Current screeners are working 50 hours a week and cannot be expected to do so for too much longer. A long-term solution must be devised and McCarran must receive additional resources for passenger screening.

I'm pleased -- very pleased that the TSA has issued a letter of intent for McCarran to ensure funding for the in-line project. But I do have concern regarding a logistical component of the system's deployment. It's come to my attention that TSA has not provided for wiring the EDS machines to the uninterrupted power system. This situation is holding up the deployment of the first node of the system and I'm hoping that the TSA will work with officials at the airport to remedy this problem as soon as possible.

And, Dr. Null, if at all possible, I'd appreciate if you could respond to both Mr. Porter and I on the issue he brought up and this issue, which is fundamentally important to ensuring that this in-line project goes forward and is able to be hooked up to the uninterrupted power system.

I look forward to all of your testimony and I thank you all for being here.

MICA:

Thank the gentlelady.

Other members seek recognition?

Ms. Johnson?

JOHNSON:

Thank you very much, Mr. Chairman. And I commend you and Ranking Member DeFazio for your leadership in this matter and welcome our witnesses here this morning.

My congressional district is the home of the Dallas County portion of the Dallas-Fort Worth International Airport, the sixth largest airport in the world, which services 52 million passengers a year.

DFW has exceeded the pace of recovery of all U.S. airports for six straight months. Further, the airport is forecasting more than 16.6 million passengers will travel through the airport from June to August this year. This figure represents a 12 percent increase from 2003 and exceeds the 16.4 million figure of the summer of 2001.

In response to increased international growth rate, the airport is scheduled to open an international terminal in the summer of 2005. Like many of our nation's largest airports, since September 11th, 2001, DFW International has undertaken great strides in advancing safety, security and efficient passenger processing for the flying public.

DFW, in cooperation with TSA, has made significant progress in its checked baggage screening operation. Letters of intent have been signed. Facility modifications are currently under way. And TSA has delivered and set 47 explosive detective systems for three of the airport's four terminals.

However, in spite of all this noteworthy progress with in-line EDS, the executive leadership of the airport has relayed to me that operational and funding challenges continue to exist particularly in the following areas: testing and certifying EDS systems, delayed invoice payments and delayed LOI funding.

U.S. air travel is expected to grow from its current level of 650 million enplanements to almost 1 billion enplanements by the year 2009. Similarly, international air travel is projected to almost double over the next 10 years in the United States, to almost 250 million enplanements by the year 2010.

In order for our nation's major airports to capitalize on the projected growth in domestic and international air travel these issues must be properly addressed.

9

Again, I want to welcome our visitors this morning and I look forward to their testimony and responses to my concerns.

Thank you, Mr. Chairman. I yield back.

MICA:

I thank the gentlelady.

Are there other members of the subcommittee that seek recognition at this time?

If there are no members of the Aviation Subcommittee that seek recognition, I'd like to ask unanimous consent that Mr. Burgess, who's a member of the full Transportation Infrastructure Committee, be recognized at this time.

Without objection, you're recognized to participate.

BURGESS:

Thank you, Mr. Chairman. I appreciate the opportunity of being able to address the committee. And I will submit my full statement for the record.

I also am a representative from Texas. And I have the Tarrant County portion of Dallas-Fort Worth Airport in my district, which is the larger half of that facility.

Just like Mr. Porter, I am concerned about the letter of intent that was agreed to last year and that 90/10 funding that was stipulated in the Vision 100 bill that we passed. I'm concerned about that being rolled back. And airports, such as DFW or McCarran, that took a leadership position in reestablishing safety at our airports, should not be penalized after the fact. And I think it's unfortunate that we're talking about that today.

We are very, very fortunate in this country that we're back to the flying levels that we enjoyed prior to September 2001. And we should not penalize those airports that had the vision and the leadership to do what was required to make the public again confident in our nation's airway system.

So, with that, Mr. Chairman, I'll yield back and I'll submit my formal statement for the record.

MICA:

I thank the gentleman.

And without objection, his entire statement and other statements submitted by members will be made part of the record.

Being no further opening statements, let's go ahead and turn our attention to our panel of witnesses. We have to imagine that Dr. Randy Null is a panel by himself; ignore the others at this point. But he's the acting assistant administrator for aviation operations of the Transportation Security Administration. So we've recognized him and he's there by himself.

Then the other members of the second panel, for time convenience, be placed at the same table, are David Plavin, president of the Airport Councils International; Mike Gobb, who's the executive director of the Lexington Blue Grass Airport; and we have Allen Barber, senior vice president and general manager of L-3 Communications Corporation; we have Theresa Coutu, government affairs director, Invision Technology; and then we have Michael Ellenbogan, president of Reveal Imaging Technology.

So we'll recognize first Dr. Randy Null, welcome him representing TSA today.

MICA:

You're recognized.

NULL:

Chairman Mica, Congressman DeFazio, members of the subcommittee, thank you for inviting me to testify about the financing and deployment of in-line explosive detection systems, or EDS, at U.S. airports.

Security is our primary concern and the focal point of our mission. With air travel now reaching pre-September 11th levels, it is even more important for us today to provide effective, world-class security as efficiently as possible, in both terms of time and cost.

As you are aware, TSA is near achieving 100 percent electronic screening of checked bags as mandated by Congress. Each month TSA generates a classified report, which it shares with Congress, listing airports where TSA continues to work toward 100 percent electronic baggage screening. By May of this year we removed more than half of the few airports remaining on the list and we expect to complete work on the rest in the near future.

11

In order to meet congressionally mandated deadlines, TSA has pursued a combination of stand-alone EDS, as well as explosive trace detection, or ETD, machines, as well as in-line EDS.

An in-line EDS system is a mechanism by which checked baggage can be screened within an airport's baggage conveyer system. It eliminates the need for a baggage screener or other personnel to physically transport the bags from the check-in point to the EDS and then to the airport conveyer system.

A stand-alone EDS system can screen approximately 180 bags per hour, while an in-line unit can screen 450 bags per hour. In addition, an in-line EDS system removes checked baggage screening operations from the airport lobby.

I must point out, however, that in-line EDS systems are considerably more costly than stand-alone EDS and many airports require extensive facility modifications to accommodate in-line technology. Thus an in-line system is only one way to achieve 100 percent electronic screening of checked bags.

In fiscal year 2004, $721 million was made available for the installation of electronic screening technology, covering both lobby and in-line solutions. This included $250 million in the department's FY 2004 appropriation and an additional $471 million of carryover funds from FY '02 and '03. FY '04 funding also includes $158 million for equipment purchases.

The administration's FY '05 budget request for explosive detection calls for $400 million, including $250 million for aviation security capital fund for the installation and purchase of both in- line and stand-alone electronic screening technology for explosive detection at airports.

Funding for in-line EDS equipment and facility modifications is available through a variety of funding mechanisms, including letters of intent, or LOIs, other transaction agreements, OTAs, as well as the Federal Aviation Administration's airport improvement program that we used in FY '02 and '03. Selection of a funding mechanism is based upon the particular security circumstances and needs of each project.

Between June of 2003 and February 2004, TSA issued eight LOIs to provide over $950 million for nine airports, including Boston Logan, Dallas-Fort Worth, Seattle Tacoma, Denver, Los Angeles Ontario, McCarran Las Vegas, Atlanta Hartsville and Phoenix Sky Harbor International airports.

Selection was based upon security criteria that TSA developed to prioritize expenditure of the funds available. Airports with priority for receiving an LOI are those that, first, have not met 100 percent electronic screening of checked baggage as mandated; secondly, periodically fall out of full electronic compliance due to season fluctuations and/or will fall out of full electronic compliance due to

air carrier moves, additional services, and changes to airport configurations; thirdly, they have highly disruptive operational implementations and high staffing levels; and, finally, those that rely heavily on ETD systems.

In the FY '05 budget request, the administration proposes to maintain the federal cost share of funding for LOI at 75 percent for large airports and 90 percent for all other airports. Continuing this cost level will permit TSA to use its available funding to support the current LOI airports, as well as projects at other airports where additional equipment capacity is needed to accommodate increased passenger loads and new air carrier service.

OTAs also have provided airports significant financial help to install the EDS. For example, TSA awarded $15 million to San Francisco International and $37.5 million to Chicago O'Hare in order to complete and continue their in-line installations. In addition, the AIP funding in FY '02 and '03 on a 75 percent cost-share basis for facility modifications for in-line EDS.

TSA is currently analyzing the cost effectiveness of in-line screening solution, the technology may give federal security directors greater flexibility in managing their screener workforce by allowing them to deploy baggage screeners to other areas and to cross-train a greater number of screeners. In addition, on-the-job injuries may be reduced because screeners will not be required to handle bags as frequently.

Achieving 100 percent electronic screening of checked baggage remains our priority, even as increases in the volume of passengers, terminal modifications and airport expansions make this goal a constantly moving target. TSA will continue to evaluate situations where an in-line solution makes sense and will continually review its priorities to maximize the utilization of funds available.

Thank you again for the opportunity to appear before you on this important topic. I look forward to answering any questions you may have.


MICA:

Thank you and we'll hold questions until we've heard from the other panelists.

David Plavin, president of the American Airports Council International, welcome and you're recognized.


PLAVIN:

Thank you, Mr. Chairman.

You've asked us to come before you today to address the issue of how to proceed and how to accelerate the process of fully automating the baggage handling installation process, the high-quality, high-volume automated baggage screening systems.

From the beginning of the deliberations on how to make full screening a reality several years ago, airports have indicated their willingness to use the capabilities they've developed over many years to come up with creative operational and financial solutions to make this happen. For whatever reason, that option was ignored in favor of a top-down, one-size-fits-all template on how screening technology would be installed across the system at some 430 airports with commercial service.

The problem also has been coming up with the cash. We've estimated, and others have approximated our findings, that the installation costs of implementing an in-line baggage screening technology across the system is probably in the range of $3.5 billion to $5 billion. As I look across the federal budget this doesn't seem to me that this ought to be such a heavy burden. Nevertheless, it hasn't been forthcoming.

There are only eight airports that have received letters of intent to date and the prospects for any more being issued at the levels of dollars now being made available in proposed budgets and appropriations are slim to none.

So today I'd like to reiterate the view that we have articulated from the beginning: The tools to address these concerns are already in use, do not need to be reinvented. Airports have used tools like these for many years and we continue to be ready to use them in support of this objective.

Airports have needed to develop this capability because, as you know, we are largely self-supporting, especially among the large and medium-sized airports. And we have continually looked for ways to minimize the costs that we're obligated to pass along to our customers.

Among our airports we've used tools ranging from all kinds of debt financing structures, lease financing, stand-alone leases, sale leaseback transactions and so on. The federal government today uses some of these same mechanisms and issues letters of intent, full funding grant agreements, special grant structures, guarantees of various kinds and equipment leases and so on. Many of these options also make it possible to avoid putting the burden on our already fragile airline tenants.

The key, of course, for the federal government to make this happen is for Congress to acknowledge more directly than it has done to date that it is the federal government's obligation to cover the cost of these obligations and that it will do so. Everyone in this room would agree that fundamentally today's threat is

a threat against the United States of America, with airports among the more visible symbolic targets. As such, these are matters of national security and federal responsibility. And more immediately, Congress has made this explicit in the language of ATSA, which asserts the federal government's responsibility.

As Chairman Mica mentioned earlier, several of the airports have not been able to wait on the outcome of this process and they've stepped up to the plate with their initiatives that need to be taken into account as well. So with an affirmation and acknowledgement of the obligation to fund these investments over time, many more airports and their financial agents can come back to you with a wide range of options on how they can make this happen.

In this case, the idea of approaching this as a federal obligation that will be realized even over time makes particular sense, not only because the stakes are so high, but because it is easily recognized as an investment. Success in these installations saves major amounts of funding on an ongoing basis because it reduces the need for staffing significantly. A return on investment is quickly realized. Moreover, it has the potential to improve performance as no other approach can.

Once again, airports are ready, willing and able to support these goals if you will let them. Thank you.

MICA:

Thank you.

And we'll hear now from Mike Gobb, executive director of the Lexington Blue Grass Airport.

Welcome, and you're recognized.

GOBB:

Thank you, Chairman Mica, Congressman DeFazio and distinguished members, for the opportunity to share the experience that we've had at Blue Grass Airport with the design, installation and operation of one of the nation's few true in-line checked baggage systems.

My name's Michael Gobb. I serve as the executive director of Blue Grass Airport, a small hub airport located in Lexington, Kentucky.

In early 2002, Blue Grass Airport began design concept development for a system to comply with the congressional mandate that 100 percent of the checked

passenger baggage be screened prior to being placed aboard scheduled airline passenger aircraft. In the second quarter of 2002, Boeing, a contractor for TSA, began work separately to identify a system to be recommended to TSA as the most practicable solution to bring Lexington into compliance with the congressional mandate. Design for both systems was completed in parallel. Boeing's final candidate system was an in-lobby installation and is depicted in exhibit one in the package you've been presented.

Concurrently, Blue Grass Airport advertised and received proposals for a design-build project to install the airport's recommended in-line system as depicted in exhibit two of your packet. Ultimately, with assurances from the airport that the system would be installed and operational prior to the mandated deadline, TSA approved the installation of the in-line baggage screening system.

To summarize the in-lobby installation, this solution utilized a combination of electronic detection system, EDS, and electronic trace detection, ETD, to be located in the airport ticket lobby. Nine ETD machines were to be located adjacent to the airline ticket counter. One CTX-2500 EDS ETD station would be located adjacent to the airport's largest airline.

The positive attributes for this installation, ease of installation, ability to meet the installation deadline; the negative attributes for the installation, impact on customer flow in the terminal lobby -- we simply didn't have the space -- increased time to process the customer, inadequate queue space in the terminal lobby, personnel cost to operate the system were high, difficult to upgrade the system without further negative impact on the customer and the airline operations.

Now, to summarize the in-line system that's currently been installed depicted in exhibit two, this solution places the baggage screening technology in-line with the existing airline conveyer systems, a common collector conveyer belt consolidates all the airline checked baggage and delivers that baggage to the EDS TSA consolidated screening location. All baggage collection and screening takes place after the passenger has checked in and without additional passenger queuing or attention to the checked baggage.

Now, the positive attributes to this installation included reduced impact on airline ticket counter operations, minimizes personnel costs to operate the system, no impact on customer flow or queue in the ticket lobby, system is upgradeable as demand increases without any impact on the customer. The negative attributes to the installation at the time was an aggressive construction schedule and an impact on airline baggage processing during the construction.

The business results, through remarkable cooperation between our local federal security direction, Lanny Miller, who's here in the audience today and his TSA team, the airlines, Messer Construction Company and Blue Grass Airport team,

16

our in-line system officially came online December 31, 2002 as one of only five true in-line baggage screening systems in the country.

Tables one, two and three are included in your packet and provide a comparison between the in-lobby system originally proposed by Boeing against the in-line system as it operates today at Blue Grass. You'll note the following: The estimated cost to install the in-lobby system that Boeing recommended, $1,150,000. The actual cost to install the in-line system was $5,210,000, or a difference in initial capital investment of just in excess of $4 million.

GOBB:

Now, the estimated annual cost to operate the in-lobby system, $3,728,201. The actual annual cost to operate the in-line system as it sits at Blue Grass today, $632,601. The annual cost savings with the in-line EDS system in excess of $3 million per year. Our break-even period was a little less than 16 months.

Today, Blue Grass Airport is operating a model in-line checked baggage screening system. Based upon personnel cost savings realized in the in-line system versus the in-lobby system, we've already exceeded our system comparison break-even point.

In practice, TSA is currently saving in excess of $3 million a year at this small hub airport because Congress proactively made the investment in the in-line solution for Blue Grass Airport, $3 million.

MICA:

Thank you.

We'll now hear from Allen Barber, senior vice president and general manager of L-3 Communications Corporation.

Welcome. You're recognized.

BARBER:

Thank you, Mr. Chairman and members of the subcommittee for holding this important hearing. The deployment and financing of explosive detection systems at our nation's airports has been debated for nearly 15 years. Because of your leadership, and that of Representative Oberstar and DeFazio and others, we believe progress is finally being made.

17

Mr. Chairman, I hope this committee will consider three recommendations: fully fund an accelerate program to acquire and install EDS at airports as originally planned, make research and development of EDS systems a true priority, and develop a comprehensive program to integrate the security of air cargo in a similar manner to that of checked baggage. I realize that air cargo security is not the focus of this hearing, but we've included our thoughts in our written statement.

I'm pleased to be testifying at this hearing and would like to share some information on L-3's involvement in homeland security.

The L-3 eXaminer EDS was certified in 1998. Since then, L-3 has delivered 508 systems; approximately 20 percent of them are integrated in-line installations at this time and additional in-line units are planned. The eXaminer unit has been successfully utilized in large and small airports throughout the United States and at key installations overseas, including Rome, Tel Aviv and Singapore.

The L-3 eXaminer has achieved certification at higher detection rates while maintaining a significantly low false alarm rate and are currently achieving 99 percent availability throughout the United States and at a demonstrated high throughput rate.

It's worth noting that the L-3 eXaminers were provided to the U.S. government at a cost savings of about 30 percent.

The eXaminer's three-dimensional on-screen imagery provides the ability for operators to clear over 70 percent of all false alarm bags. Networking has shown an additional 30 percent operating cost savings by reducing the number of TSA screeners required. Combined these features can allow the TSA to deploy L-3 eXaminers throughout an airport or multiple airports, large or small, and send images to centralized operator control stations utilizing the Internet to transfer these images, thus offering TSA greater staffing flexibility at a lower cost. In summary, the eXaminer offers a high level of security, high reliability, is easy to install and is a very cost- effective system.

L-3 recognizes that one of the key challenges facing the federal government's task of EDS deployment is that of funding. There are no easy solutions given the amount of capital infusion that is anticipated. L-3 believes that, through a combination of technical development, innovative deployment and aggressive competition, considerable savings can be realized.

In recognition of this challenge, L-3 has expended approximately $20 million annually in research and development to further enhance our EDS offering. Working with our customers and teammates we've developed enhancements to the eXaminer to improve throughput and further reduce false alarms. We are also integrating the benefits of a previously developed system, the multi-view

tomography system, or MVT, with a plan to pair the L-3 eXaminer with the MVT to provide throughputs in excess of twice today's capability, as well as the ability to handle larger out-of-gauge bags. We expect to complete this system of system solutions this year, with an expected initial savings of 15 percent to 20 percent in EDS equipment and an annual savings of about 10 percent.

Since terrorist threats evolve over time it's important that technology detection capabilities stay current and advance beyond the threat. L-3 has worked with U.S. and international government agencies to stay abreast of the evolving threat and are adopting our products to meet these growing demands. Current research and development is being conducted to add new threat countermeasures to our capability, increase speed, reduce false alarms, as well as further reduce the dependence on human decision making in the alarm resolution process.

These efforts, as provided in these few examples, can be further enhanced and accelerated by more financial support through government funded research and development.

I encourage this committee to move forward on the efforts to deploy and enhance the use of technology to counter the threats from terrorists and organizations worldwide, and L-3 is ready, willing and able to maintain its partnership with the U.S. government on this important national role.

That concludes my remarks. I'll be happy to answer any questions.


MICA:

Thank you.

And we'll hear now from Theresa Coutu, government affairs director of Invision Technologies.

Welcome, and you're recognized.


COUTU:

Chairman Mica, Congressman DeFazio and members of the subcommittee, thank you so much for having me here today to discuss the benefits of screening checked baggage with in-line EDS systems.

The reasons we need to expedite deployment and installation of in-line EDS are very straightforward. It provides the best security, it's the most economical solution at many airports in this country, it's flexible and upgradeable so that we can meet a variety of needs at different airports and also so that these systems will

remain useful for years to come as technology advances, which it is going to do rapidly.

So let's start with security. EDS technology by definition is certified to the highest level of detection standards. Whenever you do a calculation on probability of detection of explosives the variable in that formula is the human factor. Automating screening is the way to ensure effective security. We must minimize human intervention in the process. And we must maximize use of the equipment.

And what I mean by the second part of that statement is, although there are EDS machines in lobbies that does not mean that all the bags are being screened by those pieces of equipment. Because of the inherent inefficiencies in in-lobby configurations for screening, during many times -- peak periods, operational hiccups, seasonal fluctuations -- we have to rely on alternative measures. And because of this the overall level of security at aviation is decreased.

Lobby screening also creates crowds and crowds are attractive targets for terrorists. Moving screening out of the public areas will mitigate this vulnerability. The other thing it will do for us, it will decrease the risk and the chance that people can tamper with bags after they've been screened.

Since the original EDS was certified by Invision in 1994, false alarm rates have been halved and throughputs have doubled. We absolutely expect an escalation of improvements in the technology. The problem with this is very little of those improvements will be useful in a lobby configuration because of the limitations of the processes that you can use in that environment and also because, frankly, the throughput is limited by how fast you can manually shove bags in and out of the machines. So those technology improvements won't really do any good under that condition.

Bag openings have to be minimized. Every time a bag is opened you are presenting an opportunity for tampering and more, as we've seen in the press recently. The original appeal of EDS, back in 1990, was that this was a non-intrusive way of screening baggage.

With the certification testing having been completed for the Yxlon (ph) diffraction system last week, we can now see the future of in-line EDS on the horizon. That vision is of a nearly fully automated screening system with very few occurrences of bag openings and very minimal staffing required to run that system. So the savings there are blatantly obvious, but I want to talk to you quickly about the savings based on today's capabilities.

San Francisco International Airport was one of the pioneers in in-line EDS. They estimated that the $70 million in infrastructure that they spent to create their systems allowed the TSA to have 600 fewer full-time equivalent heads. Their estimate is probably correct, because when you look at comparable airports like