Los Angeles, who do lobby screening right now, until their project is finished, they have twice the head count. Also, San Francisco estimated that a $2.35 per bag cost for screening in the lobby would be dropped to 38 cents a bag with in-line.

Even small technological enhancements can have big returns. Implementing remote image replay in San Francisco, at a cost of only around $500,000, is estimated by the airports to save them $4.5 million a year in consumables and labor, that's a great return.

Working with airports that have in-line EDS systems, Invision developed a model for large hub airport screening. We estimate that the typical large hub airport average 5,000 bags per hour load could be done with a $57 million infrastructure investment. That's in equipment and installation costs. But what that gives us is a $20 million a year savings in operational costs; that is comparing in-line to a lobby EDS screening system.

But we all know actual airport costs are much better to use. We estimate $4 billion. If you add the equipment it's $5 billion, but that saves you a billion. If you assume a 10-year useful life on these projects, the federal government has saved $5 billion per project in that first 10 years.

So we see here that in-line EDS is good on a security, an economic and an operational perspective.

That's the end of my comments and I welcome any questions.

MICA:

Thank you, very informative.

Michael Ellenbogan is president of Reveal Imaging Technology.

Welcome and you're recognized.

ELLENBOGAN:

Thank you very much for the opportunity to speak with the subcommittee this morning.

Before focusing on specific issues related to in-line EDS, I think it might be helpful if I provide just some background on [illegible] Reveal is a new company formed [illegible] mandate to screen 100 percent of the checked [illegible]



[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



MICA:

Thank you.

And I thank all of our witnesses.

We'll turn to questions now.

And, Dr. Null, first of all, I want to thank you for your participation and the TSA for their work. This hearing isn't meant to criticize TSA. Part of the problem, as I said in my opening statement, is that Congress has not funded adequately or in any timely fashion the installation of this equipment or moving forward as we should have.

I think we've heard from testimony today, both from Mr. Gobb and you said -- what did you say, you saved about $3 million, $4 million a year?

GOBB:

Our annual personnel cost savings are in excess of $3 million a year.

MICA:

$3 million a year plus. And then I think we heard Ms. Coutu talk about San Francisco. They went from $2.30 a bag to 38 cents or something like that cost; so definitely there's a cost savings. Plus we have much better detection capability.



NULL:



MICA:

We also spent a great deal of money looking at airports. And one of my concerns was if we could look at the 29 major airports that handle 75 percent of

the passengers, we get a big chunk of the activity and we've secured checked baggage at those primary locations.

To my knowledge, the only large airports that have been completed, Boston, and they did that on their own.

NULL:

Yes, sir.

MICA:

And then San Francisco, which -- is that 100 percent or is it 90 percent?

NULL:

They will be -- part of the $15 million OTA was to complete their in-line systems. So they will be...

MICA:

Isn't there a little bit at JFK?

NULL:

I'm not aware of it in JFK. We have a number of places where we have semi-automated or we're integrated in the belt systems.

MICA:

So we only have two of the 29 majors, or are there others?

NULL:

Well, Tampa is up pretty high now and they are complete as well.

MICA:

OK. And, again, I didn't want to under-speculate what our capability was, but it looks like by 2006 we'd only have 17 done at the current rate.

NULL:

I think 17 to 18. LAX, actually, is two -- is both LAX and Ontario. And we actually have nine airports that are completed right now. So, nine and nine will get us to 18.

MICA:

Well, the major problem is financing, is that correct?

NULL:

Yes, sir.

MICA:

Now, we spent a great deal of money for consultants to go out and look at these. How many of the major 29 airports already have approved plans by TSA for an in-line system?

NULL:

We probably have in the neighborhood of two-thirds to 75 percent of those airports where we have designs that are anywhere -- most of them...

MICA:

Probably in the 20...

NULL:

In the 20 to 25 range.

MICA:

And what would it take dollar-wise to do those airports?

NULL:

Most of our experience shows that there are $2 million to $3 million worth of design work to get to the 30 percent to 50 percent design level.

MICA:

Again, total dollars to complete the project, what are we looking at?

NULL:

To complete those?

MICA:

$4.5 billion?

NULL:

$3.5 billion to $4 billion.

MICA:

And then, Mr. Ellenbogan gave testimony today, he thought to do the whole system would take $10 billion if it was all in-line traditional checked baggage systems. Is that an accurate portrayal of...

NULL:

Our numbers have been closer to the $5 billion range. Now, that's not across the 450 airports where we don't think that in- line is the appropriate answer for many of those airports.

MICA:

Some don't have the activity to warrant that.

NULL:

Some of them don't have the activity to warrant -- the return on investment would not be there.

MICA:

The 75/25 funding, what can I say? Congress said one thing and then they changed it. Where are we on the 90/10?

We've got people who've already moved forward under the old commitment of 75/25 now feel they've been dealt with unfairly. How are we going to justify that?

NULL:

Well, sir, the eight LOIs that we did deliver were under our prior authority under the omnibus bill, which was at 75 percent.

MICA:

Are we going to go back and up the ante for them?

NULL:

Pending the resolution of the budget submission to rollback, and as soon as we get resolution with Congress then we will meet the direction depending on which way that goes.

MICA:

Finally, we've heard cost savings and efficiencies that are pretty dramatic. You said you're doing a study of this. Who's doing the study?

NULL:

We have done a number of assessments of different classes or categories of airports. That return can vary anywhere from a year in some cases, where you've got small, good consolidated economies of scale like Lexington, where they were

able to achieve in 16 months, all the way up to seven or eight years, depending on the complexity of the airport and the geographic distribution of the terminals.

If you try to achieve economies of scale or integrated single baggage handling systems across seven or eight distributed terminals then the interconnect belt systems drive those costs up even more and the return is not quite as rapid. But where you can achieve a consolidated system, like Jacksonville, for instance, you get paybacks in two and a half, three-year range.

MICA:

And we've heard some costs -- well, savings, both at a small airport and a large airport, San Francisco, and I guess Lexington Blue Grass. We've also seen some astronomical worker comp claims. I think LAX told me they had it might be approaching 10 percent are out on worker comp claims because they have injuries from handling bags. As we look at the cost savings hopefully we could also factor in some of the...

NULL:

Certainly.

MICA:

... money lost through paying these claims and the injuries, et cetera, that I think also should be a part of the equation.

NULL:

No, we absolutely agree. We think that we will see reductions. And, as I indicated in my testimony, that we will see reductions in on-job injuries. We also help improve the model workplace, where we have people not having to haul 40 to 70 pound bags around.

MICA:

Thank you.

Mr. DeFazio?

DEFAZIO:

Thank you, Mr. Chairman.

I think the chairman's line of questioning there, you obviously understand, Doctor, is that you come to us with a business background and when you're looking at a very short length of time for a return on investment, as we heard about here, it would make sense to be asking for the capital to invest.

Has the TSA or will the TSA ask for additional funds when you send your pieces of paper up to whoever it is in the administration who ultimately wields the budget ax to -- I understand, there's about 60 airports that are close to or would like to get letters of intent to go ahead with these systems or be appropriate, but you have no additional funding to provide for that. You know, are you going to ask for either a supplemental so we can go ahead with them or are you going to ask in next year's budget, should we be stuck with the same administration, for that money?

NULL:

We continue to work with the department based on our understanding of the number of airports.

DEFAZIO:

No, I mean it's just a simple question, are you going to ask for more money or not?

NULL:

We will submit a recommendation and they will balance based on the overall request.

DEFAZIO:

OK. You will ask for more money?

NULL:

We will ask.

DEFAZIO:

I mean, I don't want to get you fired like the other people who've said we're not doing enough to protect the security of the United States, so we'll leave it there. But I think I get the drift. The point is that there simply aren't enough funds.

Now, to go to the performance of the existing system this is so- called SSI, which is not supplemental security income, but sensitive security information, so I can't use the numbers here. But this is a reporting on the number of days of red status for airports in the most recent reporting period. They were double-digit -- can't say -- airports were not screening 100 percent of checked baggage as of May 10, 2004.

Of the double-digit can't say, the staff shortage/staff absent training shortage was double-digit. The high passenger load was single-digit. The airports themselves ranged the number of days from single digit to triple-digit. Ten airports were in single digit to double-digit. Double-digits airports were in red status between triple digit and higher triple-digit.

Do you think this is good? I mean, adequate?

I mean, what we're seeing here is -- this goes to what I raised in my opening remarks. Congress, with the administration and the TSA silent and compliant, has arbitrarily capped the number of screeners. The chairman of the Appropriations Committee says, "Well, don't worry about that. Even if you think it's going to cause inconvenience it's not, because we're going to invest in all this new technology that are going to make things more efficient and we really won't need those people." Except now we find out that we're not investing in the new technology, so we are going to either need the people or need the machines. And we have here SSI that tells us that these airports are out of compliance a large number of times.

How are we going to solve this? It sounds like we need more money. We either need more people or we need more investment in machines or we need more investment in machines in the short term and then fewer people in the future. But you can't have fewer people now and less investment in machines because you're not going to get the job done according to the SSI.

NULL:

Let me address several things in your comments, sir.

We, by the end of May, had completed a number of other airports that were not reflected in the early May reports. Some of those were indeed staffing. We were able to work our staffing...

DEFAZIO:

Excuse me, just one second. The staff says, this was 22 as of May 10 -- you said the number. I'm not supposed to say the number -- it was double digits as of May 10 and it's still the same number of double digits today. I just wanted to get that point out there.

NULL:

And let me respond to the report that you're referring to as a daily operational report. We do, on a daily basis, have issues with equipment being down. The measure that we go by is the baseline compliance capability, both of...

DEFAZIO:

If I could, it says half of the sensitive number were due to equipment -- and I can use half, because half of an unknown number -- and half were due staff shortage, absent, training shortage and a smaller percentage were due to high passenger load. So more than half of the problem was due to the fact that there weren't enough people to handle the load.

NULL:

We continue to try to balance our numbers, sir, and manage our customer service and our wait times in addition to managing our...

DEFAZIO:

Sure. What is the standard now? What's the maximum wait that federal standards allow for people at airports?

NULL:

The maximums that -- we trigger 45 minutes, but we are monitoring every airport in the country on a daily basis. I get reports every morning.

DEFAZIO:

What do you mean trigger 45 minutes?

NULL:

We have an exception report so that there are hourly reports that go out that if an airport hits 45 minutes I automatically get an e-mail message that tells me that that airport is exceeding 45 minutes.

DEFAZIO:

OK. And then what do you do when you get the e-mail message? Do you send them some additional people?

NULL:

Then we follow up to find out what the issue is, whether it's perturbation that has occurred as a result of some equipment down or whether -- and many times we have -- especially this time of the year with weather, we have cancellations and rebookings that overload a particular period. So we monitor and adjust for our particular situation in real-time.

DEFAZIO:

If I could and just, again, back to your background in business and the issue of whether or not we should make the additional investment either in personnel in the short term and equipment in the long term, you know, from 2001 to 2003 U.S. airlines lost $23.2 billion. Congress directly ponied up $5 billion, as I recall and some additional billions in loans. And then for a while we were foregoing some fees, which added up to some additional billions of dollars.

I guess when you look at that, look at your numbers saying it would take $5 billion to get the job done, I'm just astounded that you can't just sit there and honestly say, "We need the $5 billion and we're going to ask for it and Congress should do it," and you don't even have to mention the administration if you want to leave them out of the equation here and pretend they don't exist and they're not part of the problem, that's fine with me. But, you know, if you would tell me that you're going to ask us for $5 billion to get the job done so we can avoid having another incident. I mean, other incident is probably going to cost more than $23 billion because it's still a little shaky out there.

NULL:

Sir, we continue to tell them what the total bill is going to bill and then it's a question of how the budget is balanced to meet all of the needs.

DEFAZIO:

Well, the budget's not balanced. We're running record deficits, but we can't borrow another $5 billion to take care of this? Thank you, sir.

Thank you, Mr. Chairman.

MICA:

I thank the gentleman.

Mr. Duncan?

DUNCAN:

Thank you, Mr. Chairman.

Dr. Null, there doesn't seem to be much controversy about this except as to the cost. Everybody says this a good thing to do and that these machines have helped create efficiencies and labor savings. And yet I noticed in your testimony you say TSA is currently developing an in-depth cost-effectiveness analysis. And then in the next paragraph you say, "Great efficiency gains will not occur with in-line EDS usage alone."

Well, we talk about -- in the committee press release it says the airports estimate that the total installation of these systems will be about $5 billion. TSA has estimates of $4 billion. For all the airports we've heard a figure about of $10 billion.

I have really two questions. One is is whether it's $4 billion, $5 billion or $10 million. I mean, we talk about billions up here like they're nothing, but $5 billion is a lot of money. Is this where we can get our most bang or best bang for the buck? That's one question.

And then the second question is, we see in most departments in the federal government the bigger the department grows the higher the cost of the products that department buys grow. And the Defense Department is the number one

example of this. I mean, some of these defense contractors make almost obscene profits.

And I'm wondering, as your department grows, as it inevitably will, are you working to try to bring down the cost of this technology or is it going up rapidly so that in a few short years we're going to just be seeing whopping costs on this type of technology? Or are you working to maybe see that -- or help develop other technology that might hopefully bring down some of these costs in the future?

NULL:

Well, as Mr. DeFazio indicated, I do have a business background. I came from private industry and in the high-tech industry you're constantly looking for a reduction in cost, learning curves on manufacturing costs, better ways to build your infrastructure.

DUNCAN:

They always look for that in the private sector. But I'm not sure we look for it hard enough in the public sector.

NULL:

Yes, sir. I concur.

And one of the things that we have done in our organization is to try to instill some newer methodologies in terms of really driving costs, looking for ways to, not only, reduce the cost of the equipment through some of our R&D programs to look for lower-cost solutions, but also looking for ways to do different configurations and implementations of different versions of in-line that maybe are going to cost less than the current bills that we're looking at; as well as working with suppliers not just from the equipment standpoint but the infrastructure suppliers like belt systems, which saw a significant increase in cost after 9/11. And we're starting to see some of that coming back down.

So it is a primary goal of ours to reduce that $3 million or so per million dollars worth of equipment down to a much more realistic ratio and continue to drive the unit cost of the equipment down with the suppliers.

DUNCAN:

Well, and getting back to the first question, if we were to just give you $5 billion is this the number one way that you would spend it? Is this the best bang for the buck as I mentioned earlier?

NULL:

I think that there's a combination of the $5 billion to achieve the job, but with good R&D funding so that hopefully we can reduce that $5 billion as we proceed.

We've got estimates today of that $5 billion, which in many cases are based on a 10 percent design or less on conceptual design. So it's difficult to give a concrete figure on that until we get in. It's like remodeling your home; when you open up that first wall and you don't know what's behind it and all of the sudden the costs go up or they go down depending on what you see.

Most airports we're in that situation, where it's essentially a remodel of a very old infrastructure in many cases. So we are guesstimating and until we open those walls and we get the designs to 60 percent to 70 percent it's going to be tough to tie that actual number down.

DUNCAN:

Are we adding bells and whistles so that the cost of the Invision and L-3 machinery, for instance, the machines are going up, or are they staying?

NULL:

We have continued to drive the cost down with both L-3 and Invision and trying to drive improvements without increase in costs.

DUNCAN:

All right. That's good.

NULL:

Our bigger issue is managing through the infrastructure costs and making sure that we're only paying for those things in in- line systems that we should be paying for.

DUNCAN:

Thank you very much.

MICA:

Thank you.

Mr. Lipinski?

LIPINSKI:

Thank you, Mr. Chairman.

I thank all the witnesses for being here at this very important hearing.

Doctor, I wanted to ask you what is the criteria for an airport having their in-line EDS system installed? In your testimony it sounded like, frankly, if they weren't doing a good job and they had too many screeners it seemed like they got a higher priority. But I'd like to know from you what is the criteria for doing an airport?

NULL:

Well, the number one priority is achieving compliance of electronic screening. So for those airports where we were not able to do stand-alone or in-lobby solutions, we regressively gone after in- line systems in order to achieve 100 percent. So that's number one.

The second priority is all about maintaining compliance, so that we know that in December of '02 we installed 100 percent compliance in the airports that can't sustain that through the growth. So as we move forward into the growth rates that we're seeing today, those were the second priority airports was preserving that.

Then we start looking for operational efficiencies, whether that be in screener reductions or improved operational flows in the lobbies of the airport.

And then finally is pure cost savings on elimination of ETD because of the staff count.

So those are the four priorities that we go through in that determination.

LIPINSKI:

Because nothing against the eight airports that were completed very early, but there are many other airports in this country that are much busier airports. And it seems to me that many of the most busy airports have not been completed. They are really not even in the second list of eight, you know, that you're talking about being completed. And they are sort of, you know, way out there.

And I think most of us agree that the full in-line EDS system is the most effective system for security. And it seems to me that we have to look at some of these larger airports, who seem to be really way out there as far as the time when they are going to be done, finding some way to get them done much earlier.

I noticed also that, does the individual cost factor for doing this at airports have anything to do with the priority in which they are done? I mean, there are some of these that are extremely expensive to do. I was very surprised that in Mr. Plavin's testimony he lists that O'Hare and Midway, which I have, obviously, a vested interest in, would be $90 million, yet there are some other airports that are nowhere near as large that you were talking about $130 million, $140 million, $175 million. Is that because of the physical constraints at the present time?

NULL:

Yes, sir. It depends on the age of the airport, how many remodels it's been through in its history, as well as the distribution of the terminal structure. Like DFW, which has got a large distance between each of the terminals, you have increased infrastructure cost because of the connecting belt systems. And that is the major driver in the cost.

LIPINSKI:

Those airports in New York in Newark, I mean, they are going to be extremely expensive to put this system into. And yet they handle a tremendous amount of traffic.

NULL:

Yes, sir.

LIPINSKI:

I mean, it concerns me that, you know, we may be doing the places that aren't quite as expensive to get done and thereby jeopardizing so many other members of the flying public with a less secure security system.

Washington National, you still, you know, can't move around within 30 minutes of taking off from Washington National. You can't move around within 30 minutes of landing at Washington National. We still have two sky marshals on every plane going in and out of there, because I try to be the first person on and there's always two gentlemen I greet when I get on the plane and ask them how things are going.

And yet, you know, I don't see them on any immediate list to have this in-line EDS machine. What is the particular reason in regards to that? We seem to put so much emphasis on Washington National Reagan Airport -- I've got to get Ronald Reagan in there -- and yet we don't have any plans for the EDS machines. And that's, you know, a relatively -- not a relatively, it is a new airport really.

NULL:

Yes, sir. I think the reality is that DCA is actually operating fairly efficiently with their lobby systems. They are doing EDS screening of all bags and it's been running fairly effectively.

So from a pure security standpoint I've got airports that are much higher security challenge than DCA. And that's part of the reason that it is down the list.

With regard to the New York-New Jersey Port Authority, we concur that those are all very good candidates, in particular JFK and Newark, for in-line systems.

NULL:

But another part of our decision process is whether the airport authority is prepared to come up with the original investment to actually do the construction. So that's some of the governing piece of whether or not they can get an LOI is whether or not they are able to come up with the initial capital.

LIPINSKI:

It's 25 percent.

NULL:

They have to come up with the entire capital to begin with and then we pay back over time.

LIPINSKI:

Seventy-five percent, correct?

NULL:

Right.

LIPINSKI:

OK.

NULL:

But that's paid back 75 percent over time. The initial construction is born by the airport authority themselves. So that's the big boggy up front.

LIPINSKI:

So if I want to see the in-line EDS machines operating at an airport eight blocks away from my home, Midway Airport, the city of Chicago is going to have to come up with all that money before anything is going to happen over there? And it seems like there's been a problem coming up with money for O'Hare thus far between the TSA and the Chicago Aviation Department.

NULL:

Yes, sir. I mean, if one is using the LOI structure then that's absolutely the case that the airport does have to come up with that capital.

LIPINSKI:

And according to the information I have, it's going to cost -- yes, did you want something, Mr. Chairman?