NULL:

I think somewhere in that range, but I would have to -- I really would have to get back with you, sir.

MICA:

Can you and my staff follow up with a letter? I want an update before we go out next week of exactly what money has been obligated and what money remains in the R&D account. I think that's very important and part of our long-term solution. And also drive costs down and get better detection capability.

Well, again, we thank you. I apologize for putting you with these other folks, Dr. Null. But they would have just hammered you, you know. And at least this way we spread out the grief. So I can be blamed, Mr. DeFazio can be blamed, but it also expedited the hearing today, which we're grateful for.

This does shed some light on a very important issue. And we appreciate all of you providing testimony today.

We're leaving the record open. There may be some additional questions we'll submit and ask you to respond. It'll be made a part of the record.

There being no further business before the Aviation Subcommittee this morning, this hearing is adjourned. Thank you.

The FDCH Transcript Service Jul. 14, 2004

---

List of Speakers

U.S. REPRESENTATIVE JOHN MICA (R-FL) CHAIRMAN

U.S. REPRESENTATIVE TOM PETRI (R-WI)

U.S. REPRESENTATIVE JOHN DUNCAN JR. (R-TN)

U.S. REPRESENTATIVE JACK QUINN (R-NY)

U.S. REPRESENTATIVE VERNON J. EHLERS (R-MI)

U.S. REPRESENTATIVE SPENCER BACHUS (R-AL)

U.S. REPRESENTATIVE SUE W. KELLY (R-NY)

U.S. REPRESENTATIVE RICHARD BAKER (R-LA)

U.S. REPRESENTATIVE FRANK A. LOBIONDO (R-NJ)

U.S. REPRESENTATIVE JERRY MORAN (R-KS)

U.S. REPRESENTATIVE JOHNNY ISAKSON (R-GA)

U.S. REPRESENTATIVE ROBERT (ROBIN) HAYES (R-NC)

U.S. REPRESENTATIVE TIMOTHY JOHNSON (R-IL)

U.S. REPRESENTATIVE DENNIS REHBERG (R-MT)

U.S. REPRESENTATIVE SAM GRAVES (R-MO)

U.S. REPRESENTATIVE MARK KENNEDY (R-MI)

U.S. REPRESENTATIVE BILL SHUSTER (R-PA)

U.S. REPRESENTATIVE JOHN BOOZMAN (R-AR)

U.S. REPRESENTATIVE JOHN SULLIVAN (R-OK)

U.S. REPRESENTATIVE CHRIS CHOCOLA (R-IN)

U.S. REPRESENTATIVE BOB BEAUPREZ (R-CO)

U.S. REPRESENTATIVE STEVE PEARCE (R-NM)

U.S. REPRESENTATIVE JIM GERLACH (R-PA)

U.S. REPRESENTATIVE MARIO DIAZ-BALART (R-FL)

U.S. REPRESENTATIVE JON PORTER (R-NV)

U.S. REPRESENTATIVE DON YOUNG (R-AK) EX OFFICIO

U.S. REPRESENTATIVE PETER A. DEFAZIO (D-OR) RANKING MEMBER

U.S. REPRESENTATIVE LEONARD L. BOSWELL (D-IA)

U.S. REPRESENTATIVE WILLIAM O. LIPINSKI (D-IL)

U.S. REPRESENTATIVE JERRY F. COSTELLO (D-IL)

U.S. DELEGATE ELEANOR HOLMES NORTON (D-DC)

U.S. REPRESENTATIVE ROBERT MENENDEZ (D-NJ)

U.S. REPRESENTATIVE CORRINE BROWN (D-FL)

U.S. REPRESENTATIVE EDDIE BERNICE JOHNSON (D-TX)

U.S. REPRESENTATIVE JUANITA MILLENDER-MCDONALD (D-CA)

U.S. REPRESENTATIVE ELLEN TAUSCHER (D-CA)

U.S. REPRESENTATIVE BILL PASCRELL, JR. (D-NJ)

U.S. REPRESENTATIVE TIM HOLDEN (D-PA)

U.S. REPRESENTATIVE SHELLEY BERKLEY (D-NV)

U.S. REPRESENTATIVE BRAD CARSON (D-OK)

U.S. REPRESENTATIVE JIM MATHESON (D-UT)

U.S. REPRESENTATIVE MICHAEL HONDA (D-CA)

U.S. REPRESENTATIVE RICK LARSEN (D-WA)

U.S. REPRESENTATIVE MICHAEL E. CAPUANO (D-MA)

U.S. REPRESENTATIVE ANTHONY D. WEINER (D-NY)

U.S. REPRESENTATIVE NICK J. RAHALL II (D-WV)

U.S. REPRESENTATIVE BOB FILNER (D-CA)

U.S. REPRESENTATIVE JAMES L. OBERSTAR (D-MN) EX OFFICIO

WITNESSES:

RANDY NULL, ACTING ASSISTANT ADMINISTRATOR, AVIATION OPERATIONS, TRANSPORTATION SECURITY ADMINISTRATION

DAVID PLAVIN, PRESIDENT, AIRPORTS COUNCIL INTERNATIONAL

MIKE GOBB, EXECUTIVE DIRECTOR, LEXINGTON BLUE-GRASS AIRPORT

ALLEN BARBER, SENIOR VICE PRESIDENT/GENERAL MANAGER, L-3 COMMUNICATIONS CORPORATION

THERESA COUTU, GOVERNMENT AFFAIRS DIRECTOR, INVISION TECHNOLOGY, INC.

MICHAEL ELLENBOGAN, PRESIDENT, REVEAL IMAGING TECHNOLOGY

Source: Federal Document Clearing House, Inc. (FDCH-eMedia, Inc.)
From **CQ Transcript Service**
*No portion of this transcription may be copied, sold, or retransmitted without the express written authority of Federal Document Clearing House, Inc.*
4200 Forbes Blvd., Suite 200, Lanham, MD 20706
Tel. (301) 731-1728 · Fax (301) 731-5147
©2004 Federal Document Clearing House, Inc. All Rights Reserved.