UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> REVEAL IMAGING TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-11884-NG <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Attorney Peter A. Biagetti of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, hereby enters an appearance as counsel to defendant Reveal Imaging Technologies, Inc. in the above-captioned action.

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.,**

By its attorneys,

*"s/Peter A. Biagetti"*
Thomas R. Murtagh (BBO #365220)
Peter A. Biagetti (BBO # 042310)
Joseph D. Lipchitz (BBO #632637)
Jason A. Mirabito (BBO #349440)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Date: October 18, 2004

LIT 1483749v1