IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>          Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>          Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## PLAINTIFF'S MOTION FOR IMPOUNDMENT

Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), moves for leave to file under seal Highly Confidential versions of: (1) the Declaration of Robert M. Abrahamsen in Support of L-3's Opposition to Defendant's Rule 12(b)(6) Motion To Dismiss, and (2) L-3's Opposition to Defendant's Rule 12(b)(6) Motion To Dismiss.   These Highly Confidential materials are enclosed in a sealed envelope being hand-delivered to the Court separately from this electronic filing, for the Court's own review.

Redacted versions of the materials for which impoundment is sought are being submitted electronically along with the other papers L-3 is filing in opposition to defendant's Rule 12(b)(6) Motion To dismiss.

L-3 is making this motion in accordance with the Agreed-Upon Protective Order entered by the Massachusetts Superior Court on January 14, 2004 in a co-pending lawsuit involving the parties to this action, captioned <u>L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc., et al</u>, Suffolk Superior Court, Civil Action No. 03-5810-BLS ("the State lawsuit").   The parties have stipulated

that documents produced in the State lawsuit may be used in this litigation subject to the terms of the Agreed-upon Protective Order in the State lawsuit.

As reflected in the accompanying Declaration of Robert M. Abrahamsen in Support of Plaintiff's Motion for Impoundment, each of the documents for which impoundment is sought contains, refers to, or quotes the substance of materials that Reveal has designated as Highly Confidential in the State lawsuit.

In accordance with Local Rule 7.2(a), L-3 states that the material should be impounded until further order of the Court, and suggests that the material be destroyed following the termination of this lawsuit, including any appeals.

In the event the Court does not permit these materials to be impounded, L-3 moves for a determination that they may be filed without impoundment.

|   |   |
|---|---|
|   | L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., |
|   | By its attorneys, |
| October 26, 2004 | /s/ James J. Foster<br>James J. Foster, BBO #553285<br>jfoster@wolfgreenfield.com<br>Michael A. Albert, BBO #558566<br>malbert@wolfgreenfield.com<br>Robert M. Abrahamsen, BBO #636635<br>rabrahamsen@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.: 617-646-8000<br>Fax: 617-646-8646 |