Redacted Version

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>    Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>    Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## DECLARATION OF ROBERT M. ABRAHAMSEN IN SUPPORT OF L-3'S OPPOSITION TO DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS

1. As counsel for Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), I submit this declaration under penalty of perjury in support of L-3's Opposition to Defendant's Rule 12(b)(6) Motion To Dismiss.

2. Attached as Ex. A is a copy of a document produced by Reveal in connection with <u>L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc., et al</u>, Suffolk Superior Court, Civil Action No. 03-5810-BLS ("the State lawsuit"), captioned "Development of a Next Generation Compact, High Performance Certified Inspection System," and bearing production numbers REVL 0000056-0000100.

3. Attached as Ex. B are copies of a number of slides from a PowerPoint presentation produced by Reveal in electronic format in connection with the State lawsuit. The "Name" field for the presentation was "DesignReview20030909," and the "Date Modified" field indicates that the presentation was last modified on September 9, 2003.

836460.1

4. Attached as Ex. C are copies of the slides from another PowerPoint presentation produced by Reveal in electronic format in connection with the State lawsuit. The "Name" field for the presentation was "images.ppt," and the "Date Modified" field indicates that the presentation was last modified on September 9, 2003.

5. Attached as Ex. D is a document produced by Reveal in connection with the State lawsuit, captioned "Original Business Plan November 2002" and bearing production numbers REVL 0002496-0002540.

6. Attached as Ex. E are copies of e-mail strings that were produced by Reveal in connection with the State lawsuit.

7. Attached as Ex. F is a document produced by Reveal in connection with the State lawsuit, captioned "Board of Directors July 29, 2003" and bearing production numbers REVL 0003823-0003834.

8. Attached as Ex. G is the text of a press release that is currently posted on Reveal's Website. For formatting purposes, I cut and pasted the text of the press release into a Microsoft Word document prior to printing it.

9. Attached as Ex. H is a copy of an interoffice memorandum regarding "System AC Power Requirements," which was produced by Reveal in connection with the State lawsuit.

10. Attached as Ex. I are copies of several pages from a document entitled "Agenda Management Offsite January 20, 2004," which was produced by Reveal in connection with the State lawsuit.

11. Attached as Ex. J is a copy of an untitled document with a handwritten note dated February 14, 2004 in the upper right-hand corner, which was produced by Reveal in connection with the State lawsuit.

12. Attached as Ex. K are copies of two e-mail strings regarding "changes in datastore" and "Meeting minutes," which were produced by Reveal in connection with the State lawsuit.

13. Attached as Ex. L is the text of an press release I obtained by performing an Internet search using the Google search engine to locate the phrase "Reveal Imaging Technologies." For formatting purposes, I cut and pasted the text of the press release into a Microsoft Word document prior to printing it.

Dated: October 26, 2004

_____

Robert M. Abrahamsen

**Exhibit A**
**(Redacted)**

**Exhibit B
(Redacted)**

**Exhibit C
(Redacted)**

# Exhibit D
# (Redacted)

**Exhibit E
(Redacted)**

**Exhibit F
(Redacted)**

# Exhibit G

**REVEAL IMAGING TECHNOLOGIES SECURES $10 MILLION IN SERIES A FINANCING**

*Developer of next-generation in line explosives detection systems well positioned to help airports improve passenger and baggage flow while enabling Transportation Security Administration (TSA) to achieve significant labor and infrastructure cost savings.*

Bedford, Mass., October 6, 2003 – Reveal Imaging Technologies, Inc., a developer of operationally compatible security inspection systems, announced today that it has secured $10 million in Series A funding from IDG Ventures, General Catalyst Partners and Greylock. The company will use the financing to further develop and market its next-generation explosives detection systems (EDS) for airport checked baggage inspection, government and private facility protection and inspection of airfreight.

In response to new legislation created after September 11th, US Airports are required to inspect 100% of checked passenger baggage for explosives. To date, most US airports inspect bags using large EDS systems and explosive trace detectors (ETD) in airport lobbies. Integrating the inspection process to improve the passenger flow and to significantly reduce the TSA labor costs requires airports to expand terminals and reconstruct baggage conveyor systems. Construction alone can cost tens, even hundreds of millions of dollars per airport. Industry analysts estimate that it will cost $5 billion to integrate checked baggage inspection at US airports.

"Rather than change the airport to accommodate the screening systems, we designed a screening system that fits the way an airport operates," said Michael Ellenbogen, president, Reveal Imaging Technologies. "Reveal is developing a unique new EDS that is less than half the size of current EDS machines and can be integrated directly into the airport check-in desk. Eliminating the need to reconstruct the baggage conveyor system enables airports to achieve 100% in-line screening at a fraction of the cost of today's in-line EDS option."

The check-in desk is an ideal location and opportunity to inspect baggage, while the ticket agent issues the passenger boarding pass. Reveal's system can be integrated quickly and easily into the check-in desk giving airports the benefit of integrated screening without the infrastructure costs associated with a major airport construction program.

"Reveal's innovative technology, coupled with the extended opportunity that screening during the check-in process allows, enables the highest levels of detection performance while decreasing the false alarm rate." Said Dr. Richard Bijjani, chief technology officer, Reveal Imaging Technologies.

"The Reveal team has a proven track record in the security industry and extensive experience building solutions that are operationally compatible with airports and airlines," said Chip Hazard, managing general partner, IDG Ventures. "Reveal's InLine

Check In Station is the first new alternative for in line screening since the change in US aviation security regulations."

**About Reveal Imaging:**
Headquartered in Bedford, MA, Reveal Imaging Technologies, Inc., has developed a new paradigm for government mandated explosives detection systems (EDS) for airport security. Reveal's solution, driven by sophisticated software detection algorithms, is significantly more cost and space efficient than current EDS systems. Reveal brings together security imaging experts with over 100 years of cumulative experience designing, developing and deploying EDS for airport and facility security. For more information, please visit: www.revealimaging.com.

**About General Catalyst Partners:**
Founded in 2000 and headquartered in Cambridge, Mass., General Catalyst Partners is the private equity partner for entrepreneurs, early-stage companies and transformational companies that seek to build innovative software and technology platforms into industry-leading companies. By leveraging its principals' deep operational expertise, General Catalyst helps portfolio companies improve their likelihood of success through business building and partnership development assistance. For more information, please visit: www.generalcatalyst.com.

**About IDG Ventures**
IDG Ventures is a global family of locally managed venture capital funds pursuing investment opportunities across a broad array of technology industry sectors including enterprise software, communications software, Internet enabling software, wireless technologies and services and Bio-IT related technologies and services. With nearly $600 million in capital currently under management, IDG Ventures invests in companies ranging from early to late-stage across these sectors. For more information, please visit: www.idgventures.com

**About Greylock**
Greylock is a private venture capital firm, founded in Boston in 1965, with committed capital of over $2.2 billion under management. Over the past 37 years Greylock has provided equity capital and support to more than 250 developing companies, many of which have gone on to become leaders in their respective industries. Of these companies, over 120 have become publicly held, while more than 80 others have merged successfully with other leading companies. For more information, please visit: www.greylock.com

**For more information, contact:**
Jim Buckley
Reveal Imaging Technology, Inc.
Tel (781) 276-8400
jim.buckley@revealimaging.com

**Exhibit H
(Redacted)**

# Exhibit I
# (Redacted)

**Exhibit J
(Redacted)**

**Exhibit K**
**(Redacted)**

# Exhibit L

**Reveal Imaging Technologies Inc. Announce Expansion into Europe.**

Bedford, Mass., February 22, 2004 - Reveal Imaging Technologies Inc., a developer of next generation in line explosive detection systems, announced today that it has opened a sales office in the UK to spearhead it's operations in Europe, the Middle East and Africa. The European operation is headed by Managing Director Jeremy Attree. Jeremy is an experienced operator in the field of security, having spent 7 years as head of the European arm of Vivid Technologies, the baggage screening equipment supplier, and latterly as Director Security for QinetiQ Ltd, responsible for developing a sustainable technology and product base for QinetiQ's worldwide security business.

"I'm very excited to be part of the Reveal team. Not only is the product fulfilling a real need in the US market but it also represents a significant proposition for the European customer base and beyond," said Jeremy. " As pressures to improve security standards increase worldwide, suppliers need to respond with not only technically excellent products, but with products which match the operational demands of the airport at an affordable cost. The Reveal solution wins on all counts."

Mike Ellenbogen, president, Reveal Imaging Technologies said " This move represents a significant step in the growth of Reveal Imaging and Jeremy is the ideal man to lead us into Europe. The sales office is just the first step, technical support and full service and maintenance capability will undoubtedly follow as the business expands."

About Reveal Imaging Technologies, Inc.:
Headquartered in Bedford, MA, Reveal has developed the first small CT based explosives detection system for checked baggage that integrates directly into the check-in desk at airport terminals. This Computed Tomography (CT) system measures both density and atomic number assuring thorough inspection and low false alarm rates. The Reveal system eliminates the extensive costs of retrofitting existing back-room baggage handling systems. For more information, please visit www.revealimaging.com.