# Exhibit 1

## Abrahamsen, Robert

**From:** Foster, James
**Sent:** Friday, October 22, 2004 3:21 PM
**To:** 'Phinney, Chip'
**Cc:** Abrahamsen, Robert; Albert, Michael; Murtagh, Tom
**Subject:** RE: L-3 v. Reveal

Mr. Phinney –– I would be available anytime on Monday.  JJF

-----Original Message-----
**From:** Phinney, Chip [mailto:CPhinney@mintz.com]
**Sent:** Friday, October 22, 2004 2:47 PM
**To:** Foster, James; Mirabito, Jason
**Cc:** Abrahamsen, Robert; Albert, Michael; Murtagh, Tom
**Subject:** RE: L-3 v. Reveal

Dear Attorney Foster:  Jason will be out of the office through the end of next week.  In the meantime, without waiving any objections Reveal may have to discovery at this time, Tom Murtagh is generally available to speak with you on Monday or Tuesday next week.  Please let me know your availability.

*A.W. (Chip) Phinney*
*Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.*
*One Financial Center*
*Boston, MA 02111*
*Telephone: (617) 348-3061*
*Facsimile: (617) 542-2241*
*awphinney@mintz.com*

-----Original Message-----
**From:** Foster, James [mailto:James.Foster@WolfGreenfield.com]
**Sent:** Friday, October 22, 2004 12:06 PM
**To:** Mirabito, Jason
**Cc:** Abrahamsen, Robert; Albert, Michael; Phinney, Chip
**Subject:** RE: L-3 v. Reveal

Jason –– Despite your intransigence, we will be initiating discovery from Reveal as to the issues presented by the motion.  Although our conversation of Monday probably satisfied  rule 26(f)(2), I would like to confer on the other subjects of rule 26(f), and am available at any time today for that purpose.   JJF

-----Original Message-----
**From:** Mirabito, Jason [mailto:JMirabito@mintz.com]
**Sent:** Wednesday, October 20, 2004 2:24 PM
**To:** Foster, James
**Cc:** Abrahamsen, Robert; Albert, Michael; Mirabito, Jason; Phinney, Chip
**Subject:** RE: L-3 v. Reveal

Jim - we have discussed this among ourselves and at this time do not really see the need for discovery on this motion. You already have access to the state court production. However, Judge Gertner may agree with

10/23/2004

you, so you should make whatever response you feel you must.
Jason

-----Original Message-----
**From:** Foster, James [mailto:James.Foster@WolfGreenfield.com]
**Sent:** Wednesday, October 20, 2004 11:44 AM
**To:** Mirabito, Jason
**Cc:** Abrahamsen, Robert; Albert, Michael; Pritzker, Randy
**Subject:** L-3 v. Reveal

Jason -- As the deadline for responding to your rule 12 motion is next week, we should probably resolve whether we agree or disagree as to how to proceed. As I stated in our telephone conversation on Monday, we should assume that the motion will be converted by the court to one under rule 56. I had suggested that we expedite the discovery as to the issues raised by the motion, and suspend the response date to allow that expedited discovery to be completed. JJF

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.


STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.