# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>　　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>　　　　　Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## NOTICE OF DEPOSITION

Please take notice that plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, requests the oral deposition of defendant, Reveal Imaging Technologies, Inc. ("Reveal"), at the offices of Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210, beginning at 9:30 A.M. on Tuesday, November 30, 2004, unless there is agreement as to a different time or place, on the matters listed in the attached Schedule A.

The materials designated in the attached Schedule B are to be produced on Monday, November 29, 2004.

Since there will be considerable expense in preparing for and taking the deposition, defendant is reminded that the "person so designated shall testify as to matters known or reasonably available to the organization," and will thus be expected to have conducted a sufficient investigation, or have been given sufficient information, to be prepared to give that testimony. The failure to produce a witness sufficiently

836324.1

prepared to testify on all of the listed matters may result in sanctions pursuant to Rule 37(a).

Each person designated by Reveal to testify on its behalf on the matters on the attached Schedule may also be deposed by L-3 pursuant to Rule 30(a)(1) and (b)(1) on any matter within the scope permitted by Rule 26(b)(1).

L-3 COMMUNICATIONS SECURITY<br>
AND DETECTION SYSTEMS, INC.,<br><br>
By its attorneys,

October 25, 2004

James J. Foster, BBO #553285
Michael A. Albert, BBO #558566
Robert M. Abrahamsen, BBO #636635
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.646-8000
Fax: 617.646-8646

## CERTIFICATE OF SERVICE

I certify that on October 25, 2004, I served a copy of the attached Notice of Deposition on counsel for Defendant, Reveal Imaging Technologies, Inc., via hand-delivery, addressed to:

Jason Mirabito, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111

## SCHEDULE A

1. Manufacture and use of any CT-80 machine (production, preproduction or prototype) prior to September 12, 2003.

2. Marketing and sales efforts concerning any CT-80 machine (production, preproduction or prototype) that have been directed toward entities (domestic or foreign) other than the U.S. Government.

3. The purpose and function of Reveal's sales office in the United Kingdom, and the sales or marketing efforts in which that office has engaged or plans on engaging.

4. Manufacture of any CT-80 machine (production, preproduction or prototype) in the absence of a contract obligating Reveal to sell the manufactured machine to the U.S. government.

5. Agreements with the U.S. government concerning any CT-80 machine (production, preproduction or prototype) or its design or development.

## SCHEDULE B

1.  Documents or things sufficient to ascertain the physical and operational state of any CT-80 machine (production, preproduction or prototype) prior to September 12, 2003.

2.  All documents or things concerning marketing or sales efforts concerning any CT-80 machine (production, preproduction or prototype) that were directed toward entities (domestic or foreign) other than the U.S. Government.

3.  All agreements with the U.S. Government concerning any CT-80 machine (production, preproduction or prototype) or its design or development.

4.  All communications to or from any U.S. Government representative concerning any CT-80 machine (production, preproduction or prototype) or its design or development.

5.  Documents or things sufficient to show the number of CT-80 machines (production, preproduction or prototype) that have been or are in the process of being manufactured, where such manufacture took or is taking place, and whether manufacture of each such machine is complete.

6.  All e-mails sent to or received by Michael Ellenbogen, James Buckley, Elan Scheinman, or Jeremy Attree, concerning any CT-80 machine (production, preproduction or prototype).

7.  Documents or things sufficient to show the identities and locations of all manufacturers of CT-80 machines (production, preproduction or prototype).

8.  Documents or things sufficient to show the current location and status of each CT-80 machine (production, preproduction or prototype) Reveal has made.

      9.     Documents or things sufficient to show the identities and locations of all of Reveal's sales offices.

      10.    All documents or things concerning Reveal's sales office in the United Kingdom.