UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br>)<br>)<br>  Plaintiff, )<br>v. )<br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>  Defendant. ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please enter the withdrawal of my appearance as counsel for Defendant Reveal Imaging Technologies, Inc. in the above-captioned action.

Respectfully submitted,

　/s/ Thomas Murtagh
Thomas R. Murtagh (BBO #365220)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Date: November 29, 2004.

LIT 1490404v1