UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS SECURITY | ) | |
| AND DETECTION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11884-NG |
| | ) | |
| REVEAL IMAGING TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO DISMISS
AND ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

November 30, 2004

On November 23, 2004, this court held a hearing to address defendant's "Motion for a Protective Order to Postpone the November 30th Hearing to Address Plaintiff's Pending Rule 56(f) Discovery" (Docket No. 22). By its motion, defendant Reveal Imaging Technologies, Inc. ("Reveal") seeks an order postponing a scheduled hearing on Reveal's Motion to Dismiss (Docket No. 7), allowing additional time for Reveal to produce certain documents that the plaintiff sought as part of its response to Reveal's Motion to Dismiss,[1] and postponing a scheduled deposition of Reveal, pursuant to Fed. R.

---

[1] As part of its response to Reveal's Motion to Dismiss (Docket No. 7), plaintiff filed a "Rule 56(f) Declaration of James J. Foster" (Docket No. 19) in which plaintiff's counsel asserted that the Motion to Dismiss raised disputed issues of fact as to whether the defendant is immune from suit pursuant to federal statutory law, and requested that the court allow plaintiff to complete discovery on the issue of immunity.

Civ. P. 30(b)(6), until after the document production is completed.  Plaintiff L-3

Communications Security and Detection Systems, Inc. ("L-3") argues that Reveal's

present motion is moot because L-3 has agreed to extend the deadline for Reveal to

produce documents and to reschedule the Rule 30(b)(6) deposition at a mutually

convenient time.  With respect to the Motion to Dismiss, L-3 argues that the issues raised

in the motion are more appropriately raised on summary judgment.

At the hearing, Reveal agreed that the issue of immunity, which is the subject of

its Motion to Dismiss, should be raised on summary judgment.  Accordingly, the court

orders as follows:

> (A)    Reveal's Motion for a Protective Order to Postpone the
> November 30th Hearing to Address Plaintiff's Pending Rule
> 56(f) Discovery" (Docket No. 22) is **ALLOWED**.  By
> agreement of the parties, the deadline for Reveal to produce
> documents or otherwise respond to L-3's document requests
> shall be extended for 30 days, and the deposition of Reveal,
> pursuant to Fed. R. Civ. P. 30(b)(6), shall be postponed until
> a date that is agreeable to both parties.

> (B)    Reveal's Motion to Dismiss (Docket No. 7) is **DENIED
> WITHOUT PREJUDICE**.  Reveal may renew its arguments
> concerning immunity in a motion for summary judgment,
> which Reveal may file in accordance with a scheduling order
> that this court will issue following the parties' submission of a
> proposed schedule.

> (C)    By **December 8, 2004**, the parties shall file, either jointly by
> consent or separately if the parties cannot agree, a proposed
> schedule for completing limited discovery relating to the issue
> of immunity and for filing motions for summary judgment.

(D)    By **December 8, 2004**, Reveal shall answer the Amended
Complaint.


<u>       / s / Judith Gail Dein                    </u>
Judith Gail Dein
United States Magistrate Judge