UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) ) | NO. 04-11884-NG |
| REVEAL IMAGING TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

## **DISCOVERY SCHEDULING ORDER**

In accordance with this Court's Order of November 30, 2004, and after review of the parties' alternative proposed schedules, it is hereby ORDERED as follows:

1. The parties shall complete discovery limited to the issue of Reveal's immunity under 28 U.S.C. § 1498 on or before February 28, 2005.

2. The parties will take the Rule 30(b)(6) deposition of Reveal relating to the immunity claim at a mutually agreeable time in January 2005.

3. No discovery on issues other than Reveal's claim of immunity under 28 U.S.C. § 1498 shall be taken without leave of court.

4. The parties recognize the narrow time frame for completing discovery and have agreed that they will expedite such discovery and the resolution of any discovery disputes. If such a dispute arises and is not quickly resolved directly between the parties, either party may bring the dispute to the attention of this Court, by letter, for expedited handling, by telephone or in-person conference at the Court's discretion.

5.	Reveal will file its motion for summary judgment on immunity under 28 U.S.C. § 1498 by March 15, 2005.

6.	Plaintiff will file its opposition to Reveal's motion for summary judgment on immunity under 28 U.S.C. § 1498 by April 15, 2005.

7.	Reveal will file its reply brief fourteen (14) days after plaintiff has filed its opposition brief.

8.	To the extent that this case is not disposed of by Reveal's motion for summary judgment on its immunity claim under 28 U.S.C. § 1498, the Court, if necessary, will schedule a status conference after ruling on summary judgment to discuss a case schedule for the remainder of the case.

/ s / Judith Gail Dein<br>
Judith Gail Dein<br>
United States Magistrate Judge

DATED:  December 10, 2004