IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>　　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>　　　　　Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## L-3'S REPLY TO DEFENDANT'S COUNTERCLAIMS

L-3 Communications Security and Detection Systems, Inc. ("L-3") responds to the corresponding paragraphs of Reveal Imaging Technologies, Inc.'s ("Reveal") counterclaims:

### PARTIES AND JURISDICTION

26. Admits.

27. Admits.

28. Admits.

### FACTS

29. Admits.

30. Admits.

31. Admits that Reveal denies the stated allegations.

32. Admits that Reveal so states, but otherwise denies.

### COUNT I – DECLARATORY JUDGMENT

33. L-3 repeats paragraphs 26-32 above.

34. Admits.

853056.1

35. Admits that Reveal has requested such a determination.

## COUNT II – EXCEPTIONAL CASE

36. L-3 repeats paragraphs 26-35 above.

37. Denies.

## AFFIRMATIVE DEFENSES

1. Reveal has failed to state a claim upon which relief can be granted.

2. Reveal has failed to plead unenforceability with sufficient particularity.

3. Reveal is estopped by assignor estoppel from asserting the '393 patent is invalid or unenforceable.

For the above reasons, L-3 requests that the Court dismiss the counterclaims and grant the relief requested in the Complaint.

L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.,

By its attorneys,

December 20, 2004

/s/ James J. Foster
James J. Foster, BBO #553285
Michael A. Albert, BBO #558566
Robert M. Abrahamsen, BBO #636635
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
JFoster@wolfgreenfield.com
Tel.: 617.646-8000
Fax: 617.646-8646