
Wolf Greenfield
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

James J. Foster
jfoster@wolfgreenfield.com
direct dial 617.646.8225

December 23, 2004

**BY ELECTRONIC FILING**

Magistrate Judge Judith G. Dein
United States District Court
  for the District of Massachusetts
Suite 6410
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: L-3 Communications Security and Detection System, Inc. v. Reveal Imaging Technologies, Inc., C.A. No. 04-11884-NG

Dear Judge Dein:

The VC Entities' Response did not dispute that they performed no search for documents in response to the recently served subpoenas until after L-3 prompted them to do so after the date on which the subpoenas required documents to be produced. Nor did it dispute that the handful of documents they did produce were collected a year ago in response to different subpoenas in a different lawsuit.

Now that L-3 has asked the Court to compel an immediate production, the VC entities state only that they "anticipate" completing a search for documents early next week. In none of their responses or letters to the Court has the VC Entities' counsel committed to a specific date. In view of the limited period for completing discovery on the §1498 issue, L-3 cannot accept such ambiguity. In order to meet the discovery schedule, L-3 is scheduling a Rule 30(b)(6) deposition of the defendant in early January,[1] immediately after having reviewed its document production. As that deposition will lead to more depositions, adherence to the schedule is necessary. L-3 cannot brook delays.

Accordingly, L-3 reiterates its request that the Court require the VC Entities to complete their production forthwith.

---

[1] The Response implied that L-3 had until the end of January to depose Reveal. L-3, however, intends to take that deposition immediately after it receives Reveal's production.

853918.1   Wolf, Greenfield & Sacks, P.C.   |   600 Atlantic Avenue   |   Boston, Massachusetts 02210-2206
617.720.3500   |   fax 617.720.2441   |   www.wolfgreenfield.com



Magistrate Judge Judith G. Dein
December 23, 2004
Page 2

                                        Respectfully,

                                        WOLF, GREENFIELD & SACKS, P.C.

                                        /s/ James J. Foster

                                        James J. Foster

JJF