**James J. Foster**
jfoster@wolfgreenfield.com
direct dial 617.646.8225

December 28, 2004

## BY ELECTRONIC FILING

Magistrate Judge Judith G. Dein
United States District Court
  for the District of Massachusetts
Suite 6410
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

> Re:  L-3 Communications Security and Detection System, Inc. v. Reveal Imaging
> Technologies, Inc., C.A. No. 04-11884-NG

Dear Judge Dein:

This letter will confirm that the Court will hold a telephone conference with counsel for the parties at 11:00 a.m. on Wednesday, December 29 to consider issues raised in recent correspondence.  As discussed with your clerk, the Court will initiate the conference call.

When we called counsel for Reveal this morning, we were told that additional documents would be produced at some point today and that this production might moot the need for the conference tomorrow.  We have arranged with counsel for Reveal to discuss this issue tomorrow morning after we have had an opportunity to examine the production.  If the production should moot all issues in dispute, we will advise the Court before 11:00 a.m. so that the conference need not be held.  Otherwise, the parties will await the Court's call at 11:00 a.m. tomorrow.

Respectfully,

WOLF, GREENFIELD & SACKS, P.C.

/s/ James J. Foster

James J. Foster

JJF

854902.1