

**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

James J. Foster
jfoster@wolfgreenfield.com
direct dial 617.646.8225

December 29, 2004

**BY ELECTRONIC FILING**

Magistrate Judge Judith G. Dein
United States District Court
 for the District of Massachusetts
Suite 6410
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    L-3 Communications Security and Detection System, Inc. v. Reveal Imaging Technologies, Inc., C.A. No. 04-11884-NG

Dear Judge Dein:

    I am writing to confirm a telephone call I had with your clerk a short time ago in which I advised that there would be no need for the conference scheduled at 11:00 a.m. today because the parties had resolved the issue raised in the correspondence of December 21.

    The issue that had been raised was the failure of the three subpoenaed venture capital firms to provide a complete production of documents by the date required. Yesterday, after we advised their counsel that the Court would schedule a conference no later than today, we received additional documents from those entities. Their counsel has represented to us that those entities have now completed a thorough review of their documents and have now produced to us all in their possession responsive to the subpoenas. Based upon that representation, the issue appears to have been resolved.

    The parties are grateful to the Court for giving this dispute such immediate attention, particularly during a holiday week.

                          Respectfully,

                          WOLF, GREENFIELD & SACKS, P.C.

                          /s/ James J. Foster

                          James J. Foster

JJF