IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>　　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>　　　　　Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## STIPULATED ORDER MODIFYING THE DECEMBER 10, 2004 DISCOVERY SCHEDULING ORDER

In view of the letter filed with the Court by Rosemary Allen on January 14, 2005, the parties stipulate that the Discovery Scheduling Order entered December 10, 2004, be modified as follows:

(A)  Discovery is no longer limited to the issue of Reveal's immunity under §1498; and

(B)  The Court will conduct a Rule 16(b) scheduling conference on _____, 2005.

- 2 -

DATED: January 14, 2005

| | |
|---|---|
| **L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.,** | **REVEAL IMAGING TECHNOLOGIES, INC.,** |
| By its attorneys, | By its attorneys, |
| /s/ James J. Foster<br>James J. Foster (BBO #553285)<br>jfoster@wolfgreenfield.com<br>Michael A. Albert (BBO #558566)<br>Robert M. Abrahamsen (BBO #636635)<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 646-8000 | /s/ Rosemary Allen<br>Rosemary Allen (BBO #549746)<br>rmallen@mintz.com<br>Joseph D. Lipchitz (BBO #632637)<br>Jason A. Mirabito (BBO #349440)<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>   and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 |

**So Ordered:**

_____
Judith Gail Dein, Magistrate Judge
Dated: January _____, 2005.