IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>            Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>            Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

**PLAINTIFF'S PROPOSED DISCOVERY PLAN**

Attorneys for the parties have met by telephone but have been unable to agree on the terms of a joint discovery plan. Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), thus submits the following as its Proposed Discovery Plan.

1. The following schedule will be followed:

| EVENT | STIPULATED DEADLINE |
|---|---|
| Join Parties and Amend Pleadings | February 14, 2005 |
| Identification of expert witnesses and submission of expert witness reports as to issues on which the party bears the burden of proof | April 19, 2005 |
| Identification of rebuttal expert witnesses and submission of rebuttal expert witness reports | May 19, 2005 |
| Discovery completed | June 17, 2005 |
| Motions, excluding those regarding the conduct of trial | July 15, 2005 |

863380.1

2. Discovery events occurring prior to February 28, 2005 directed to the §1498(a) issue raised by Reveal shall not count toward the limits set forth in L.R.26.1(C).

3. Reveal will provide Rule 26(a)(1)(C) disclosures forthwith (L-3 has already done so.)

4. L-3 has demanded a trial by jury.

DATED:  February 3, 2005

**L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.,**

By its attorneys,

 /s/ James J. Foster
James J. Foster (BBO #553285)
jfoster@wolfgreenfield.com
Michael A. Albert (BBO #558566)
Robert M. Abrahamsen (BBO #636635)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000