IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

**PLAINTIFF'S CERTIFICATION**
**PURSUANT TO LOCAL RULE 16.1(D)(3)**

We certify that L-3 Communications Security and Detection Systems, Inc. and its trial counsel have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Mark S. Syrnick
L-3 Communications Security and
Detection Systems, Inc.
10E Commerce Way
Woburn, MA 01801

_____
James J. Foster, BBO# 553285
Michael A. Albert, BBO# 558566
Robert M. Abrahamsen, BBO# 636635
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 646-8000
Fax: (617) 646-8646

Dated: February 3, 2005

Dated: February 3, 2005

865206.1