UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

## REVEAL IMAGING TECHNOLOGIES, INC.'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We certify that Reveal Imaging Technologies, Inc. and its trial counsel have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Michael Ellengoben
President and Chief Operating Officer
Reveal Imaging Technologies, Inc.
201 Burlington Road
Bedford, MA 01730

Dated: February 4, 2005

_____
H. Joseph Hameline (BBO #218710)
Rosemary Allen (BBO #549746)
A. Jason Mirabito (BBO # 349440)
Joseph D. Lipchitz (BBO #63237)
Mintz, Levin, Cohn, Ferris, Glovsky
    and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: February 4, 2005

LIT 1502792v1