UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS SECURITY<br>AND DETECTION SYSTEMS, INC., | )<br>)<br>) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | )<br>) | NO. 04-11884-NG |
| REVEAL IMAGING TECHNOLOGIES, INC., | )<br>) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

In accordance with a scheduling conference held today pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The parties will simultaneously exchange a preliminary Proposed Claim Construction of each claim term, phrase or clause that the parties collectively have identified for claim construction purposes on or before **July 13, 2005**.

2. The parties shall complete all fact discovery unrelated to damages on or before **September 15, 2005**. The plaintiff will presently defer discovery regarding damages, but may renew its request for such information upon written notice to the defendant. If the defendant makes a sale to a non-governmental entity, immediate notice of the sale shall be given to the plaintiff. Nothing herein shall constitute a waiver of the plaintiff's right to seek damage discovery as to any sales, governmental or otherwise, beyond the present discovery cut-off date.

3. The party with the burden of proof will serve expert reports on or before **October 3, 2005**. Each party will respond to those reports on or before **October 21, 2005**.

4. The defendant's Motion for a Protective Order (Docket No. 39) is allowed in part and denied in part pursuant to rulings from the bench. The parties

shall submit a revised proposed Protective Order incorporating the court's rulings.

5.    A status conference is scheduled for **Wednesday, September 7, 2005, at 10:00 A.M.** At that time, the parties shall be prepared to discuss:

(i)    the status of the case;
(ii)    scheduling for the remainder of the case through trial;
(iii)    the use of Alternative Dispute Resolution ("ADR"); and
(iv)    consent to trial before the magistrate judge.

The parties shall submit a brief joint statement no later than five (5) days before the status conference addressing the issues itemized above. With respect to items (iii) and (iv), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions

        / s / Judith Gail Dein
        Judith Gail Dein
        United States Magistrate Judge

DATED: February 8, 2005