IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>          Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>          Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), moves for leave to amend its complaint. This action was filed on August 30, 2004. The complaint was amended as a matter of right on September 22, 2004, by service of an Amended Complaint. This motion seeks leave to serve the attached Second Amended Complaint, which differs from the Amended Complaint only in the addition of three counts that allege infringement of additional patents, United States Patent Nos. 6,707,879, 5,905,806, and 5,712,926, by the same product, the "Reveal CT-80." Since the new counts involve the same parties and the same accused product, discovery so far on the merits of the infringement action has been limited, and the motion is timely filed, there is no substantial reason to deny leave to amend.

This motion is further supported by the accompanying Memorandum in Support of Motion for Leave to Amend Complaint.

                                            Respectfully submitted,

                                            L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS, INC.,

                                            By its attorneys,

March 16, 2005                    /s/ James J. Foster
                                            Michael A. Albert, BBO #558566
                                            James J. Foster, BBO #553285
                                            Robert M. Abrahamsen, BBO #636635
                                            WOLF, GREENFIELD & SACKS, P.C.
                                            600 Atlantic Avenue
                                            Boston, Massachusetts 02210
                                            Tel.: 617.646.8000
                                            Fax: 617.646.8646
                                            jfoster@wolfgreenfield.com

## **LOCAL RULE 7.1 CERTIFICATE**

     I certify that on March 11, 2005, counsel for Reveal Imaging Technologies, Inc. ("Reveal"), Rosemary Allen, was contacted for the purpose of determining whether Reveal would consent to the filing of a motion to amend.  Ms. Allen indicated that Reveal would not so consent.

                                          /s/   James J. Foster