UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 14 P 2: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> REVEAL IMAGING TECHNOLOGIES, INC. <br><br> Defendant. | C.A. No. 04-11884-NG |

### NOTICE OF APPEARANCE

Attorney F. James Coe of Hamilton, Brook, Smith & Reynolds, P.C., 530 Virginia Road, Concord, Massachusetts 01742, hereby enters an appearance as counsel to plaintiff L-3 Communications Security and Detection Systems, Inc. in the above-captioned action.

_____
F. James Coe (BBO No. 644705)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036

Attorney for Plaintiff
L-3 Communications Security and
Detection Systems, Inc.

Date: March 11, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail - fax - hand on 3-11-05.

_____

536645