IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## L-3'S MOTION FOR PARTIAL SUMMARY JUDGMENT DECLARING THE ASSERTED CLAIMS OF ITS PATENTS TO BE NEITHER INVALID NOR UNENFORCEABLE

Plaintiff, L-3 Communications Security and Detection Systems, Inc., moves for partial summary judgment that claims 1-6 of U.S. Patent No. 6,721,391 ("the '391 patent"), claims 13 and 29 of U.S. Patent No. 5,642,393 ("the '393 patent"), and claims 38-40, 43, and 55 of U.S. Patent No. 5,838,758 ("the '758 patent") are neither invalid nor unenforceable.

The accompanying memorandum of law contains the grounds for this Motion.

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.,

By its attorneys,

March 25, 2005                    /s/ James J. Foster

873964.2

Michael A. Albert, BBO #558566
James J. Foster, BBO #553285
Robert M. Abrahamsen, BBO #636635
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.646.8000
Fax: 617.646.8646
jfoster@wolfgreenfield.com

## LOCAL RULE 7.1 CERTIFICATE

I certify that counsel for the parties conferred in good faith prior to the filing of this motion, but were unable to resolve the issues presented.


 /s/  Robert M. Abrahamsen