IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>    Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>    Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

### DECLARATION OF ROBERT M. ABRAHAMSEN IN SUPPORT OF L-3'S MOTION FOR PARTIAL SUMMARY JUDGMENT DECLARING THE ASSERTED CLAIMS OF ITS PATENTS TO BE NEITHER INVALID NOR UNENFORCEABLE

1. As counsel for Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), I submit this declaration under penalty of perjury in support of L-3's Motion for Partial Summary Judgment Declaring the Asserted Claims of Its Patents To Be Neither Invalid nor Unenforceable.

2. Attached as Exhibit ("Ex.") A is a copy of interrogatory responses Reveal served on L-3 on February 16, 2005.

3. On February 18, 2005, Reveal produced a box containing numerous patents and publications, along with a cover letter stating that the box contained "documents that may constitute prior art that renders L-3's patents invalid." (A copy of that cover letter is attached as Ex. B.) There were a total of 193 documents included in that production, including 143 U.S. patents, 44 non-patent publications, and 6 published patent applications.

4.    These alleged "prior art" materials did not appear to have been sorted or organized in any particular manner.  No indication was provided as to which of the asserted patents any of the materials were considered pertinent.

5.    Nearly all of the patent documents produced by Reveal were listed on the face of at least one of the asserted patents.  Those materials were thus made of record, and considered by the patent examiner, during the prosecution of such patents.  In addition, a significant number of the non-patent publications produced by Reveal appear to have been published after the filing dates of the patents.  As such, those materials would not be legally cognizable "prior art."

6.    Based upon my review of the produced materials, I was unable to determine Reveal's bases for pleading L-3's patents are invalid, unenforceable, or void.

Dated: March 25, 2005                                              /s/  Robert M.  Abrahamsen