## Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

Joseph D. Lipchitz

617 542 6000
617 542 2241 *fax*

*Direct dial  617 348 3030*
JDLipchitz@mintz.com

February 18, 2005

**By Hand**

James Foster, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Re:   <u>L-3 Communications Security And Detection Systems, Inc. v. Reveal Imaging Technologies, Inc.</u>, U.S.D.C. Mass. Civil Action No. 04-11884-NG

Dear Jim:

As set forth in my letter to you on Wednesday, February 16, 2005, I am producing documents that may constitute prior art that renders L-3's patents invalid. These documents are Bates stamped "F REVL II N 0001-3105." As always, Reveal reserves its right to supplement its discovery as this case proceeds.

In addition, I have enclosed a verified version of Reveal's Objections and Responses to Plaintiff's First Set of Interrogatories, which is signed by Mr. Ellenbogen.

Very truly yours,

Joseph D. Lipchitz

JDL:dln
Enclosures
cc:   Rosemary Allen, Esq.
         Joseph Hameline, Esq.
         A. Jason Mirabito, Esq.

*Boston  Washington  Reston  New York  Stamford  Los Angeles  London*