UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

———————————————————————

L-3 COMMUNICATIONS, SECURITY AND          )
DETECTION SYSTEMS, INC.,                   )
                                           )
            Plaintiff,                     )    C.A. No. 04-11884-NG
                                           )    (Magistrate Judge Judith Gail
                                           )      Dein)
            v.                             )
                                           )
REVEAL IMAGING TECHNOLOGIES, INC.,         )
                                           )
            Defendant.                     )
———————————————————————

## (PROPOSED) DISCOVERY ORDER

It is hereby ORDERED that the discovery schedule in this case is as follows:

> (1)    The Parties are to exchange preliminary claim construction Tuesday, September 13, 2005;

> (2)    The Parties are to exchange of expert reports on Monday, December 5, 2005;

> (3)    The Parties are to exchange rebuttal expert reports on Monday, December 19, 2005;

> (4)    Discovery on infringement and invalidity will close on Tuesday,  February 15, 2006.

It is also hereby ORDERED that in addition to the discovery requests allowed by Local Rule 26.1(C), each party may serve prior to the close of discovery

> (1)    One additional Request for the Production of documents, for a total of t three;

> (2)    25 additional Interrogatories, for a total of 50; and

> (3)    25 additional Requests for Admission, for a total of 50.

> (4)    Three additional depositions for a total of 13.

So Ordered:  _____
                Magistrate Judge Judith G. Dein

Dated:  April ___, 2005

LIT 1514992v1