IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>            Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>            Defendant. | Civil Action No. 04-11884 NG |

## [PROPOSED] MODIFIED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. Any motions to amend the pleadings shall be filed by April 29, 2005.

2. Any motion to extend discovery shall be filed by April 29, 2005.

3. The parties will simultaneously exchange a preliminary Proposed Claim Construction of each claim term, phrase or clause that the parties collectively have identified for claim construction purposes on or before **July 13, 2005**.

4. The parties shall complete all fact discovery unrelated to damages on or before **September 15, 2005**.

5. The party with the burden of proof will serve expert reports on or before **October 3, 2005**. Each party will respond to those reports on or before **October 21, 2005**.

6. If the defendant makes a sale to a non-U.S. governmental entity, the defendant shall immediately notify the plaintiff of the sale.

7. The limit on the number of sets of requests for production imposed by L.R. 26.1(C) is waived for this case.

8. Discovery events occurring prior to February 28, 2005 directed to the §1498(a) issue raised by Reveal shall not count toward the other limits set forth in L.R. 26.1(C).

886962.1

9. At the next status conference, which has been scheduled for **Wednesday, September 7, 2005, at 10:00 A.M.**, the parties, or the plaintiff if there is not agreement, shall submit to the court a proposed schedule for remaining discovery that specifies the particular type of discovery that the plaintiff is seeking. At that time, the parties shall also be prepared to discuss:

(i) the status of the case;
(ii) scheduling for the remainder of the case through trial;
(iii) the use of Alternative Dispute Resolution ("ADR"); and
(iv) consent to trial before the magistrate judge.

The parties shall submit a brief joint statement no later than five (5) days before the status conference addressing the issues itemized above. With respect to items (iii) and (iv), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

_____
Judith Gail Dein
United States Magistrate Judge

Dated: _____, 2005

886962.1                                     2