IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS, INC.
            Plaintiff,

v.

REVEAL IMAGING TECHNOLOGIES,
INC.

            Defendant.

Civil Action No. 04-11884 NG
(Magistrate Judge Judith Gail Dein)

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF L-3'S
MOTION FOR PARTIAL SUMMARY JUDGMENT DECLARING THE ASSERTED
CLAIMS OF ITS PATENTS TO BE NEITHER INVALID NOR UNENFORCEABLE**

L-3 requests leave to file the accompanying Reply Memorandum in Support of

L-3's Motion for Partial Summary Judgment Declaring the Asserted Claims of Its

Patents To Be Neither Invalid nor Unenforceable, to address certain issues raised in

Reveal's Opposition (D.I. 63).

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS, INC.,

By its attorneys,

April 27, 2005

/s/ James J. Foster
Michael A. Albert, BBO #558566
James J. Foster, BBO #553285
Robert M. Abrahamsen, BBO #636635
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.646.8000
Fax: 617.646.8646
jfoster@wolfgreenfield.com

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and Reveal has indicated it would not assent to this motion.

/s/ Robert M. Abrahamsen