IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>　　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>　　　　　Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## L-3'S CROSS-MOTION FOR EXPENSES UNDER RULES 26(c) AND 37(a)(4) AND SANCTIONS UNDER RULE 37(d)

L-3 cross-moves under Rule 26(c) for an order compelling Reveal to appear for its deposition forthwith and to pay L-3 its reasonable expenses, including attorney fees, incurred in relation to this motion, and further cross-moves for sanctions under Rule 37(d). The grounds for this motion are set forth in the accompanying memorandum of law.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　L-3 COMMUNICATIONS SECURITY
　　　　　　　　　　　　　　　　　　AND DETECTION SYSTEMS, INC.,

　　　　　　　　　　　　　　　　　　By its attorneys,

April 27, 2005　　　　　　　　　　　/s/ James J. Foster
　　　　　　　　　　　　　　　　　　Michael A. Albert, BBO #558566
　　　　　　　　　　　　　　　　　　James J. Foster, BBO #553285
　　　　　　　　　　　　　　　　　　Robert M. Abrahamsen, BBO #636635
　　　　　　　　　　　　　　　　　　WOLF, GREENFIELD & SACKS, P.C.
　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210
　　　　　　　　　　　　　　　　　　Tel.: 617.646.8000
　　　　　　　　　　　　　　　　　　Fax: 617.646.8646
　　　　　　　　　　　　　　　　　　jfoster@wolfgreenfield.com

891189.1

**LOCAL RULES 7.1 AND 37.1 CERTIFICATE**

Pursuant to Local Rules 7.1 and 37.1, the undersigned certifies that the parties have conferred and have attempted in good faith to resolve the issue set forth above and further discussed in the accompanying memorandum of law, and that the provisions of 37.1 have been complied with.

/s/ Robert M. Abrahamsen