UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br>)<br>Plaintiff,       )<br>)<br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>Defendant.       ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein). |

### REVEAL'S EMERGENCY MOTION TO STAY AND/OR QUASH PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON <u>CERTAIN CLAIMS OF THE '758 AND '393 PATENTS</u>

Reveal Imaging Technologies, Inc. ("Reveal") hereby moves this Court to stay and/or quash Plaintiff's second partial motion for summary judgment for the reasons set forth in the accompanying memorandum of law.

If the Court does not allow this motion, Reveal requests an extension of time of fourteen days from the issuance of the Order in which to oppose Plaintiff's motion.

## REQUEST FOR HEARING

Reveal hereby requests a hearing on this motion.

                          Respectfully submitted,

                          **REVEAL IMAGING TECHNOLOGIES, INC.,**

                          By its attorneys,

                          /s/ _____
                          H. Joseph Hameline (BBO# 218710)
                          A. Jason Mirabito (BBO # 349440)
                          Michael T. Renaud (BBO # 629783)
                          Mintz, Levin, Cohn, Ferris, Glovsky
                             and Popeo, P.C.
                          One Financial Center
                          Boston, MA 02111
                          (617) 542-6000

Dated: June 17, 2005

LIT 1527446v1