# EXHIBIT A

U.S. DEPARTMENT OF HOMELAND SECURITY

TRANSPORTATION SECURITY ADMINISTRATION

STATEMENT OF DAVID M. STONE
ASSISTANT SECRETARY

Before the

COMMITTEE ON COMMERCE, SCIENCE & TRANSPORTATION
UNITED STATES SENATE
February 15, 2005

Good morning, Mr. Chairman, Senator Inouye, and Members of the Committee. I am pleased to appear before the Committee to speak in support of the President's Fiscal Year (FY) 2006 budget request for the Transportation Security Administration (TSA). I appreciate the strong partnership we have forged together to ensure the safety and security of the nation's transportation systems while maintaining customer service and the free flow of people and goods. I look forward to continuing our endeavors in partnership with the Committee under your direction and leadership.

TSA's mission—to protect the Nation's transportation systems to ensure the freedom of movement for people and commerce—continues to be a vital one, three and one half years after the tragic events of 9/11 that motivated TSA's creation. TSA's mission is completely aligned with that of the Department of Homeland Security and the Border and Transportation Security Directorate, created one year after the creation of TSA. TSA has worked diligently to implement the mandates of Congress to improve the security of aviation and surface transportation, first within the Department of Transportation and now within the Department of Homeland Security.

Today I would like to highlight some of the major accomplishments of TSA over the last fiscal year and focus your attention on some of the key initiatives that will be supported by the President's FY 2006 budget request for TSA. Those key initiatives include:

*Strengthening Security Through Information Technology Connectivity.* High-speed information technology connectivity will be key in our efforts to deliver effective and efficient security by better facilitating screener workforce training and the timely sharing of vital performance information.

*Strengthening Security Through Emerging Technologies.* As we continue to refine our layered approach to aviation security, we are placing a high priority on addressing the threat of explosives coming through the passenger screening checkpoints. We are using FY 2005 funding to move forward with deployment of explosive trace detection portals at screening checkpoints, and the proposed FY 2006 funding levels would further our efforts to deploy other emerging technologies for passenger and baggage screening.

TSA also will deploy improved technology for screening checked baggage. $394 million of the $617 million requested for EDS/ETD for FY 2006 (including contributions of $250 million from the mandatory funded Aviation Security Capital Fund) will be used to purchase and install EDS (which includes Next Generation (Next Gen) and ETDs for needed life-cycle replacement). These purchases are part of the agency's deployment plan to change the mix of stand alone EDS and ETD machines. Next Gen EDS availability is a direct result of prior year investments in the research and development of Checkpoint and Electronic Baggage screening systems. These systems are expected to provide improved detection capabilities and improved passenger and baggage throughput; are smaller in size in some instances; and are expected to reduce staffing requirements and minimize industry/customer impact. Operational expenditures are expected to be reduced because Next Gen development is divided into two categories, short term and long term. Deployment of short term Next Gen solutions will begin in FY 2005 and continue through FY 2006. One of the two Next Gen projects that will be pilot tested in FY 2005 will be Reveal Technologies CT-80. This technology, while still CT (computed tomography/cat scan) based, is much smaller and less expensive than the current certified EDS technologies. We will be purchasing eight units from Reveal for operational testing at three airports within the next several months. Then, TSA will review the results of the pilots to determine the appropriate next steps. The other Next Gen product currently undergoing certification testing is an upgrade to one of the current high-throughput EDS technologies. This upgrade will increase throughput capacity, reduce alarm rates and significantly enhance the image quality presented to our screeners. With these improvements, we anticipate that fewer bags will require resolution screening, thereby reducing the manpower needed to clear bags that cause an alarm.

Long term, Next Gen solutions are under development and may be deployable in FY 2009 and beyond. The mix of equipment would change as it could be possible that one Next Gen EDS could replace up to three ETD machines for primary screening, depending upon throughput requirements. We anticipate that one ETD will still be deployed with Next Gen EDS for use in alarm resolution. This solution will provide increased EDS security benefits and expand EDS capabilities to cover all operations at airports that have only partial EDS capabilities.

In the past, the TSA budget has contained requests for research and development (R&D) funding. The TSA R&D program consists of research and development performed at the Transportation Security Lab (TSL) in Atlantic City, New Jersey, applied research and development efforts for weapons detection, as well as infrastructure and conveyance, Next Gen Explosives Detection Systems, and development of Air Cargo technology. These programs received a total of $178 million in the FY 2005 Department of Homeland Security (DHS) Appropriations Act. For FY 2006, the research and development elements of these programs would be permanently transferred to the DHS Office of Science and Technology (S&T). A significant portion of the R&D budget and a portion of TSL full time equivalents (FTE) are proposed to be transferred to S&T in the FY 2006 request. TSA will retain $23 million, as well as 14 FTEs needed to ensure the agency can continue to meet its operational mission and to liaison with S&T for defining program requirements and integrating R&D products into operations.

Strengthening Security of Surface Transportation

TSA also enhances security for America's surface transportation systems, while ensuring freedom of movement of people and commerce. America's transportation system includes approximately 775 million passengers traveling on buses each year and over 9 billion passenger trips on mass transit per year; over 140,000 miles of railroad track (of which 120,000 miles are privately owned), 3.8 million miles of roads (46,717 miles of Interstate highway and 114,700 miles of National Highway System roads), 582,000 bridges over 20 feet of span, 54 tunnels over 500 meters in length, nearly 2.2 million miles of pipeline; and nearly 800,000 shipments of hazardous materials transported everyday (95 percent by truck).

To help achieve greater security for surface transportation, TSA is the DHS responsible agency for developing the Transportation Sector-Specific Plan (TSSP) and Transportation Security Operations Plans (TSOP) (*i.e.*, modal security plans). The plans are being developed in accordance with Homeland Security Presidential Directive 7 (HSPD-7), the developing National Infrastructure Protection Plan (NIPP), and Congressional direction. They will serve a critical purpose by providing the framework and defining the responsibilities for risk management of the Transportation Sector. TSA has worked closely with Information Analysis and Infrastructure Protection Directorate (IAIP) and the Department of Transportation to develop the Transportation Sector Specific Plan (TSSP) under the guidance of Border and Transportation Security Directorate (BTS). The TSSP and TSOP will provide important guidance for TSA's surface transportation security work.

As evidenced by last year's rail bombings in Madrid, there is an ongoing potential threat to our domestic, intermodal transportation system that requires intermodal countermeasures. TSA has regulatory authority for all of surface transportation security and utilizes a threat-based risk management system to ensure transportation security and to direct the investment of resources. Transportation security is a shared public/private responsibility, and with this in mind, TSA coordinates and leverages government and industry efforts to develop security plans and standards for intermodal transportation.

11

This approach provides consistency among modes and recognizes transportation security in the context of intermodal, interdependent and international concerns. TSA continues to work with modal administrators within the Department of Transportation and industry stakeholders to establish best practices and national standards, develop security plans and regulations, better assess security vulnerabilities, and identify needed security enhancements for surface transportation modes and related infrastructure. In FY 2005, it is anticipated that TSA will:

▶ Build upon the pilot project efforts and initiatives commenced in FY 2004 to identify best practices, develop performance-based standards and regulations, and build risk-based security plans, such as identifying Hazmat transportation security vulnerabilities and mitigation strategies.

▶ As delegated by IAIP, continue to develop and implement vulnerability assessment models for all surface modes as the basis for identifying security gaps and developing mitigation.

▶ In coordination with IAIP, strengthen industry stakeholder partnerships to facilitate information sharing through the transition from Information Sharing Analysis Centers (ISACs) to Sector Coordinating Councils and Government Coordinating Councils.

▶ Increase security awareness and response by providing security awareness materials for surface transportation employees, operators, and passengers; conducting national security exercises; and continuing to provide transportation security guidance, support, and coordination for National Special Security Events.

▶ Provide operational support and expertise to Office of State and Local Government Coordination and Preparedness in the non-aviation transportation security grant selection process.

▶ Hire and deploy 100 surface transportation compliance inspectors, who will first focus on rail security, to enhance the level of national transportation security by leveraging private and public partnerships through a consistent national program of compliance reviews, audits, and enforcement actions pertaining to required standards and directives.

In presenting our budget, we understand our responsibility towards the American public to be good stewards of the funds entrusted to us. TSA has achieved an unqualified audit opinion for FY 2004, its fourth consecutive clean audit. In FY 2005, TSA is striving to maintain its clean audit record and correct any internal control weaknesses noted in audit reports. With the transition to DHS behind us, TSA continues to implement more efficient and effective financial management processes across the organization.

In conclusion, I want to express, as I have in the past, how proud I am of TSA's security screening workforce. Our screeners have carried out their responsibilities with skill and professionalism in a challenging and ever-changing environment. This past year was particularly challenging with the large number of National Special Security Events, for which many of our screeners and other personnel provided unique support. The reality of

TSA's mission is such that we must constantly be prepared to provide on a 24/7 basis the highest level of security we can within the resources we have been provided. The increasing variety and sophistication of weapons and communication tools available to modern terrorists presents a significant challenge.

While our security screening workforce is on the front lines, headquarters staff and TSA leadership maintain the vigilance necessary to support our vital mission. Each day, I meet with TSA leaders at an Operations/Intelligence briefing to address key operational and intelligence issues as they arise and to ensure that appropriate action is taken. While we are aware that the risk of terrorism will likely never be eliminated, that risk has been greatly reduced. TSA will continue to identify and evaluate threats and vulnerabilities and to implement measures that both facilitate transportation and improve its security.

Thank you for the opportunity to provide this information. TSA looks forward to working with the Committee as we continue our efforts to strengthen homeland security. I will be pleased to answer any questions you may have.

```
Citation                       Search Result        Rank 3 of 20      Database
2005 WL 504018 (F.D.C.H.)                                              USPOLTRANS
2005 WL 504018 (F.D.C.H.)
(Publication page references are not available for this document.)
```

Federal Document Clearing House
Copyright (c) 2005 CQ Transcriptions, Inc.
Verbatim Transcript
March 03, 2005
House of Representatives
Appropriations Committee, Homeland Security Subcommittee
Committee Hearing

U.S. Representative Harold Rogers (R-KY) Holds a Hearing on Fiscal Year 2006 Transportation Security Administration Appropriations
HOUSE COMMITTEE ON APPROPRIATIONS: SUBCOMMITTEE ON HOMELAND SECURITY HOLDS A HEARING ON FISCAL YEAR 2006 TRANSPORTATION SECURITY ADMINISTRATION APPROPRIATIONS
MARCH 3, 2005
SPEAKERS:
U.S. REPRESENTATIVE HAROLD ROGERS (R-KY)
CHAIRMAN
U.S. REPRESENTATIVE ZACH WAMP (R-TN)
U.S. REPRESENTATIVE TOM LATHAM (R-IA)
U.S. REPRESENTATIVE JO ANN EMERSON (R-MO)
U.S. REPRESENTATIVE JIM KOLBE (R-AZ)
U.S. REPRESENTATIVE ERNEST J. ISTOOK JR. (R-OK)
U.S. REPRESENTATIVE RAY LAHOOD (R-IL)
U.S. REPRESENTATIVE JOHN E. SWEENEY (R-NY)
U.S. REPRESENTATIVE ANDER CRENSHAW (R-FL)
U.S. REPRESENTATIVE JOHN CARTER (R-TX)
U.S. REPRESENTATIVE JERRY LEWIS (R-CA)
EX OFFICIO
U.S. REPRESENTATIVE MARTIN OLAV SABO (D-MN)
RANKING MEMBER
U.S. REPRESENTATIVE DAVID E. PRICE (D-NC)
U.S. REPRESENTATIVE JOSE E. SERRANO (D-NY)
U.S. REPRESENTATIVE LUCILLE ROYBAL-ALLARD (D-CA)
U.S. REPRESENTATIVE MARION BERRY (D-AR)
U.S. REPRESENTATIVE CHET EDWARDS (D-TX)
U.S. REPRESENTATIVE SANFORD D. BISHOP JR. (D-GA)
U.S. REPRESENTATIVE DAVID R. OBEY (D-WI)
EX OFFICIO
WITNESS:
DAVID STONE
ASSISTANT SECRETARY
HOMELAND SECURITY DEPARTMENT
ROGERS: The committee will be in order.
We'd like to welcome today Admiral David Stone, assistant secretary for the Transportation Security Administration, as he presents fiscal '06 budget request: in total, $5.6 billion, which is an increase of $156 million above the '05 level.

Case 1:04-cv-11884-NG   Document 84-2   Filed 06/17/2005   Page 8 of 10

Page 12
2005 WL 504018 (F.D.C.H.)
(Publication page references are not available for this document.)

economy. In 1944, they had turned out B-24 bombers at the rate of one every 63 minutes. And I could go on -- incredible performance. And we won that war, obviously, and became the world power and obliterated the two Axis at the same time on both ends of the globe.
And here we are about the same time from 9/11 as we were from Pearl Harbor, and in most of the airports in our country, there are still checking for explosives, trying to mimic a dog, swiping the luggage with a smeller thing to test in a machine.
How can you defend that?
Would you admit that that's an absolute utter failure?
STONE: I believe in my heart that the fact that we've been able to deter a terrorist attack since 9/11 is the bottom line on our effectiveness to date.
But I also believe technology...
ROGERS: Look, I've been in airports -- and all of us have -- small- and medium-sized airports, not the big ones. And I remember one in particular -- I'm not going to say who it was; I don't want to get anybody in trouble here -- and I noticed that they must have had eight or 10 of the swab machines, the trace machines, in the lobby occupying places where people normally are, and they had no X-ray machines, all swabs.
And so I called the federal director of security there and chatted with that person. And I said, "When are going to get the X-ray machines for this airport? You've got 15 or 20 people out here working, swabbing these baggages, and we could do it with one machine and a fifth, or whatever, of the people. We could save tons of money. Why don't you have an X-ray machine here?"
"Oh," that person said, "we don't want an X-ray machine. Our people are perfectly happy."
Of course, they're happy, but the traveling public isn't.
And I find that attitude all throughout this agency.
And over half the airports now are just as I said. We're employing thousands and tens of thousands of screeners when we can get by with a lot less if your security directors would get those machines in those airports.
Is that right or wrong?
STONE: When I went down to Norfolk, that's exactly what the first thing the federal security director told me when I visited there 10 days ago. It's an all-ETD airport, and he said -- I said, "What do you need from headquarters?" He said, "Can you get us some of that Reveal-type technology, so we can get out of this ETD operation in Norfolk, Virginia."
So I think that resonates...
ROGERS: And what did you say?
STONE: I said, "You bet."
That's a high priority for TSA. We need to move away from our current **technologies** and reduce our personnel strength and be able to

Page 13

2005 WL 504018 (F.D.C.H.)
(Publication page references are not available for this document.)

better detect the threats with new **technologies.**
So I think that resonates through all the leadership.
ROGERS: A recent GAO report said that two or three times more
bags can be screened per hour by an **EDS** machine in line compared to a
stand-alone system, and ten times more bags can be screened with an
**EDS** system compared to the trace machines.
GAO also said that, and I quote, "A typical lobby-based screening
unit consisting of a stand-alone **EDS** machine with three ETD machines
had a baggage through quota of 376 bags per hour, requiring a staff of
19 screeners."
In contrast, you estimate, or TSA estimates, that about 425 bags
per hour could be screened with one in-line machine and only use just
over four screeners.
I mean, we're making these machines and we've given you money to
buy them and install them, what's the problem? Why aren't they out
there?
It's been four years. I mean, we won World War II in that period
of time. Why can't we get these X-ray machines in airports?
STONE: Those cat-scan machines are going out.
As you know, from the funding levels we had in '05 and projecting
in '06, and with the LOIs bringing those airports on line, and reduce
over overall strength.
ROGERS: I was born at night, but not last night.
And you had plenty of time to get these machines to these
airports. We will not -- our patience is over. This is it.
I want a deadline. When are you going to get those machines in
those airports and get rid of those smelling machines in the lobby, so
we can occupy that with passengers and airports will not be required
to spend $10 zillion ripping up the back end of the airport to put in-
line systems?
Why aren't we putting in these new, modern, smaller, cheaper
machines? You can get them for a third or half the price of the big,
old, original X-ray machines. And they're small; they can be put out
there where the passengers check in with the airline. And you won't
need the in-line system back-end thing.
STONE: Mr. Chairman, I fully agree.
**Reveal**, for instance, just came into certification specs six
weeks ago. We've already started this month a pilot in Gulfport,
Newark, JFK -- a 90-day pilot to get that **Reveal technology** out in the
field and tested, because we couldn't agree more that we need to get
away from the ETDs and get that kind of **technology** out into the field.
ROGERS: Well, let's talk about that a second.
They were certified December 21st, '04. On January 11th, '05,
TSA announced you intended to acquire eight of those new smaller
machines to begin operational testing in a few airports this spring:
Newark, JFK, Gulfport, Biloxi, are the three testing sites. It's

2005 WL 504018 (F.D.C.H.)
(Publication page references are not available for this document.)

unclear what you're going to do beyond that pilot test.
In '05, we appropriated $30 million to install the next-generation **EDS** machines and that was done, I think, largely with the new **Reveal**, smaller machine in mind. Eight systems cost less than one-tenth at this funding level.
In other words, that $30 million we gave you, you only spent one-tenth of that money on those eight systems. And some rumor has it that you may spend about half of that remaining money to modify the old machines with new software, and there's a lot of problems with that.
So what do you say?
STONE: Those new machines that we were looking at -- recently, we were looking at $20 million for Reveal, $10 million for the new machines.
The new machines have not come into certification, so we're looking now to take as much of that remaining $10 million, unless there is something that changes dramatically here in the very near term, on these other new mods.
ROGERS: There you go again.
(CROSSTALK)
ROGERS: There you go again.
You're going to decide to take the money we appropriated for one purpose and spend it for another.
STONE: No, no.
That $30 million is for Reveal-type technology or next generation, if there is some significant enhancement.
So right now, we agree that the preponderance of that money definitely needs to go to Reveal, which is proven, whereas the next generation mods have not come into specifications.
ROGERS: Well, look, I want a report on this. I'm unclear where you're going, and I know where this committee has told you to go -- it's not very smoky, it's plain.
And if I have one problem with TSA -- if I could say there is just one problem -- it would be the same problem as the whole department has: There is an arrogance out there.
There is an arrogance in this department. You will not listen to the Congress who funds your programs, and we're responsive to the people out there, and that's not going to last very long.
And I want to know what you plan to do, in detail, to get the new-generation machines in these airports and when...
STONE: Yes, sir.
ROGERS: ... and what you need to get there, and why you haven't got there already, and what you're going to do with the $30 million we gave you to do just that.
STONE: Yes, sir.
ROGERS: Forthwith. How soon?