**EXHIBIT D**

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

One Financial Center
Boston, Massachusetts 02111

Michael T. Renaud

617 542 6000
617 542 2241 *fax*

*Direct dial 617 348 4403*
**MTRenaud@mintz.com**

May 31, 2005

**BY FACSIMILE (617) 720-2441**

Robert Abrahamsen, Esq.
Wolf Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

Re:  L-3 Communications Security and Detection Systems, Inc.
v. Reveal Imaging Technologies, Inc.,
USDC (MA) C.A. No: 04-11884-NG
Definitions for Claim Terms for the '391, '393 and the '758 Patents

Dear Bob:

Attached please find Reveal's preliminary definitions for the disputed claim terms for the above mentioned patents asserted by L-3. Please note that we have refined the terms to be construed slightly from the list of disputed claims terms previously identified and exchanged by the parties.

We propose a telephone conference to determine if the parties can narrow their differences regarding the definitions for the attached disputed claim terms. If L-3 is interested in this proposal please call me to discuss.

Very truly yours,

Michael T. Renaud

# CLAIM CHARTS

## U.S. Patent No. 6,721,391

### Claim 1

**"computer readable medium encoded with a plurality of instructions** performing a method"

| | |
|---|---|
| L-3 – | Medium that stores multiple instructions for execution by a computer |
| Reveal – | Computer software performing the following steps |

**"remote"**

| | |
|---|---|
| L-3 – | At a location other than where the scanning occurs |
| Reveal – | At a location further distant than in the same building or terminal where the initial baggage screening step is performed. |

**"remote screening"**

| | |
|---|---|
| L-3 – | Obtaining a screening result at a location other than where the inspection occurs |
| Reveal – | Performing automated computer analysis of the information obtained from the initial baggage screening in a "remote" computer using an algorithm. |

**"information"**

| | |
|---|---|
| L-3 – | Data |
| Reveal – | Data generated by the x-ray inspection in the initial baggage screening |

**"unique item identifier"**

| | |
|---|---|
| L-3 – | Something that uniquely identifies an item |
| Reveal – | One of a kind alpha-numeric file name for an item of baggage |

**"retrieving the information about the item under inspection in response to a request"**

L-3 –    Retrieving from storage information about an inspected item upon receiving a request that identifies the information retrieved

Reveal –    Obtaining stored information about an inspected item via the "remote" access server upon receiving a request from a "remote" computer.

**"analyzing the information to determine a screening result"**

L-3 –    Subjecting the information to analysis to identify an appropriate category into which an item under inspection should be classified

Reveal –    Performing a second automated computer analysis of the "information" using an algorithm in a "remote" computer to analyze the contents of an item of baggage.

**"storing the screening result"**

L-3 –    None

Reveal –    Recording the results of the second computer analysis of the "information" in a computer memory via the "remote" server.

**Claim 2**

**"image file"**

L-3 –    A file containing data representing a likeness of an object or portion of that item

Reveal –    A computer file containing the data corresponding to the image of an item.

**"X-ray image"**

L-3 –    An image that is created by an attenuation or scattering of x-rays

Reveal –    A conventional X-ray image from a stationary X-ray source and detector which is created by the absorption or attenuation of x-rays

### Claim 3

#### "analyzing the image file"

L-3 — Subjecting the data contained in the image file to analysis

Reveal — Using a computer algorithm in a "remote" computer to process and assess the data contained in the image file.

#### "region of interest"

L-3 — A region within the x-ray image warranting further study

Reveal — An area within the "x-ray image" containing properties which the automated computer algorithm identifies as potentially suspect.

### Claim 4

#### "processing a portion of the image file"

L-3 — Processing some of the data contained in the image file

Reveal — Remotely using an automated computer algorithm to analyze data corresponding to the "region of interest"

#### "region if [sic] interest"

L-3 — Same as "region of interest" in claim 3

Reveal — Same as "region of interest" in claim 3

### Claim 5

#### "screening result"

L-3 — The category into which an item under inspection has been classified

Reveal — A classification, based on the automated analysis by a computer algorithm in a "remote" computer, of the properties of an item of baggage.

3

### Claim 6

### "selected detection algorithm"

L-3 –  An algorithm that has been selected to detect particular features

Reveal –  An algorithm selected by the "remote" operator for the automated "remote" computer to detect particular items.

4

## U.S. Patent No. 5,642,393

### Claim 13

### "a multi-view x-ray inspection probe"

L-3 —   An x-ray inspection device that accumulates data when a source/detector arrangement is disposed at each of several orientations about an item under inspection

Reveal —   A conventional, projection x-ray inspection device which is enabled to take conventional x-ray views of an item with an x-ray source and detector from several, but a limited number of particular, selected angles or locations, but is distinct from a CT-type device which performs a mathematical, cross-section reconstruction of data from a very large number of uniformly distributed views from a source and detector array continuously rotating around the item during acquisition of the x-ray views.

### "obtain spatial information"

L-3 —   Obtain information pertaining to the manner in which the examined item occupies a space

Reveal —   Acquire coordinates of suspicious and obscuring objects

### "determine a geometry"

L-3 —   Identify a configuration or arrangement

Reveal —   Identify the optimal angle and location to avoid overlapping or obscuring objects, by means of computer analysis, for the subsequent, material sensitive probe to take a view of the suspicious object and thereby substantially avoiding any obscuring or overlapping objects

### "geometry"

L-3 —   Configuration or arrangement

Reveal —   The layout in three dimensions of an object of interest and surrounding objects and the optimal angle and location at which the material specific probe should thereby be directed to substantially avoid such obscuring or overlapping objects.

### "a material sensitive probe"

L-3 —   A device that is capable of examining an interior region of an item and that assists in identifying a material in the examined region by sensitivity to one or

5

      more characteristics of that material

Reveal —  An inspection device which is capable of movement to particular, selected angles and locations to take a limited number of views using a stationary source and detector, but which is different from a CT-type device and which obtains additional, material specific information beyond that acquired by the x-ray inspection probe.

### "material specific information"

L-3 —   Information reflecting one or more characteristics of a substance, which information assists in identifying the substance.

Reveal —   Information reflecting the atomic and molecular composition of an item and includes information in addition to the information acquired by the first x-ray inspection probe.

### "several examination angles"

L-3 —   Two or more angular positions of an x-ray beam used for examination

Reveal -   Two or more particular positions or perspectives from which conventional x-ray projection views of an item are taken.

### "interface system"

L-3 -   One or more components allowing the x-ray inspection probe to interact with the material sensitive probe

Reveal -   One or more components allowing the material specific probe to obtain the "spatial information" and the additional "geometry" information from the x-ray inspection probe.

### Claim 29

### "x-ray inspection method"

L-3 -   A method for inspecting that uses x-rays

Reveal -   A conventional x-ray method whereby each x-ray view is a projection scan obtained from a detector and source positioned in a predetermined orientation, and which is distinct from a CT-type method.

### "employing x-ray radiation"

L-3 -   Using radiation emitted from a source of x-rays

Reveal -   Using radiation emitted from a conventional x-ray inspection device to obtain a projection scan image.

7

### "obtain multi-view spatial information"

L-3 -   Obtain information pertaining to the manner in which an item under inspection occupies a space, based upon x-ray data accumulated when a source/detector arrangement was disposed at each of several orientations about that item

Reveal -   Obtain "spatial information" using a "multi view x-ray inspection probe" from particular, selected angles to an item.

### "determining a geometry"

L-3 -   Identifying a configuration or arrangement

Reveal -   Identifying the optimal angle and location to avoid overlapping or obscuring objects, by means of computer analysis for the subsequent, material sensitive probe to take an x-ray view of the suspicious object, thereby substantially avoiding any overlapping or obscuring objects.

### "geometry"

L-3 -   A configuration or arrangement

Reveal   The layout in three dimensions of an object of interest and surrounding objects and the optimal angle and location at which the material sensitive probe is thereby directed to substantially avoid overlapping and obscuring objects.

### "a material sensitive probe using said geometry"

L-3 -   A material sensitive probe employed in the identified configuration or arrangement

Reveal -   A "material sensitive probe" analyzing an identified object by employing the optimal angle and location to avoid overlapping or obscuring objects to obtain additional material specific information beyond that acquired by the first x-ray inspection probe .

## U.S. Patent No. 5,838,758

### Claim 38

### "sequentially moving a package"

| | |
|---|---|
| L-3 - | Moving a package in a sequence |
| Reveal - | Transporting a package in a forward progression to the x-ray inspection unit and from the x-ray inspection unit to the CT scanner. |

### "x-ray inspection unit"

| | |
|---|---|
| L-3 | A unit that uses x-rays to inspect a package or suitcase |
| Reveal - | A conventional x-ray projection device employing a stationary detector and stationary source and which is distinct from a CT-type device which performs a mathematical, cross-section reconstruction of data from a very large number of uniformly distributed views from a source and detector array continuously rotating around the item during acquisition of the x-ray views. |

### "x-ray transmission data"

| | |
|---|---|
| L-3 - | Data representing the measured intensity of x-rays passing through an examined item, as attenuated by constituent components of the item |
| Reveal - | Data obtained from the "x-ray inspection unit" representing the absorption and attenuation of x-rays passing through an item. |

### "further detailed inspection by CT scanning"

| | |
|---|---|
| L-3 - | Inspection by a CT scanner after inspection by the x-ray inspection unit |
| Reveal - | Inspection by a computer tomography inspection device, which performs a mathematical, cross-section reconstruction of data from a very large number of uniformly distributed views obtained by a source and detector array continuously rotating around the item during the acquisition of the x-ray views, and which is a separate device from the x-ray inspection unit. |

### "further moving said suspected package to a CT scanner"

| | |
|---|---|
| L-3 | After x-ray inspection, moving the package to a position where it can be CT scanned by a CT scanner |
| Reveal | Transporting the items in a forward progression from the conventional "x-ray inspection unit" to a separate CT scanner |

9

**"CT scanner"**

L-3 -   An apparatus capable of performing computed tomography

Reveal -   A device performing computed tomography also known as a CAT (Computer Axial Tomography) scanner, which is defined above

**Claim 55**

**"CT scanner"**

L-3 –   None

Reveal –   A device performing computed tomography also known as CAT (Computer Axial Tomography), which is defined above.

**"on-line in real time"**

L-3 –   None

Reveal –   The CT scan of the suspect package proceeds contemporaneously with the first x-ray inspection unit inspecting successive items on the conveyor system.

**"stationary x-ray source"**

L-3 –   None

Reveal –   A x-ray source system which is fixed and not moving when transmitting x-rays

**"stationary x-ray detector system"**

L-3 –   None

Reveal –   An x-ray detector system which is fixed and not moving when it is obtaining x-ray information

**"to provide further information relevant to a physical property"**

L-3 –   None

Reveal –   This claim element is too vague for Reveal to provide a coherent construction. The term appears to relate to something concerning : To generate additional data from a CT scanner which provides additional information relevant to the three dimensional attributes of an item

11

**"in three dimensions"**

L-3 –       None

Reveal –    With X, Y and Z coordinates

LIT 1523248v1