UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC. )<br><br>Plaintiff, )<br>v. )<br>REVEAL IMAGING TECHNOLOGIES, INC. )<br>Defendant. ) | C.A. No. 04-11884-NG |

## ASSENTED TO MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT REVEAL IMAGING TECHNOLOGIES, INC. TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Reveal Imaging Technologies, Inc. ("Reveal") hereby submits this assented to Motion for an extension of time to file its Opposition to Plaintiff's Motion for Partial Summary Judgment. As support for this Motion, Reveal states as follows:

1. Plaintiff's Motion for Partial Summary Judgment was filed June 13, 2005, Defendant's Opposition is now due on June 27, 2005.

2. Reveal requests a two week extension of time, to July 11, 2005, to file its Opposition so that it may provide the Court with additional time to consider Reveal's pending Emergency Motion to Stay or Quash. Subject to the Court's decision on that motion, if the motion for partial summary judgment is not stayed or quashed, Reveal may respond to the arguments presented in L-3's Motion for Partial Summary Judgment.

3. On June 21, 2005, counsel for Reveal conferred with James J. Foster, counsel for L-3, who assented to Reveal's filing of the instant motion.

Reveal respectfully requests that the Court grant its Motion for Extension of Time through and including July 11, 2005 in order to file any opposition, as appropriate, to Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.,**

By its attorneys,

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
Jason A. Mirabito (BBO # 349440)
Michael T. Renaud (BBO# 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

**ASSENTED TO:**

**L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.,**

By its attorneys,

/s/ James J. Foster (hjh)
Michael A. Albert (BBO #558566)
James J. Foster (BBO #553285)
Robert M. Abrahamsen (BBO #636635)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02110
(617) 646-8000

Dated: June 21, 2005

LIT 1479606v1