UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

L-3 COMMUNICATIONS           )
SECURITY AND DETECTION       )
SYSTEMS, INC.,               )
                             )
              Plaintiff,     )          CIVIL ACTION
        v.                   )          NO. 04-11884-NG
                             )
REVEAL IMAGING               )
TECHNOLOGIES, INC.,          )
                             )
              Defendant.     )


**REPORT AND RECOMMENDATION ON
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AND ON DEFENDANT'S MOTION TO STAY AND/OR QUASH**

This matter is currently before the court on plaintiff's motion for partial summary judgment (Docket No. 79) in which L-3 Communications Security and Detection Systems, Inc. ("L-3") seeks a summary judgment ruling that the defendant, Reveal Imaging Technologies, Inc. ("Reveal"), has infringed claims 38-40, 43 and 55 of U.S. Patent No. 5,838,758 and claims 13 and 29 of U.S. Patent No. 5,642,393. Also before the court is Reveal's emergency motion to stay and/or quash L-3's motion for partial summary judgment (Docket No. 83) on the grounds that it is premature.

On June 28, 2005, this court held a hearing to consider Reveal's emergency motion. At the hearing, the parties' agreed that the issue of claim construction is critical to the resolution of L-3's summary judgment motion, and admitted that there is a dispute as to claim construction regarding the two patents that are the subject of the motion. This

court believes that the schedule set forth in its April 29, 2005 Order (Docket No. 77),

which contains deadlines for the completion of discovery unrelated to damages and for

the exchange of expert witness reports, will enable the parties to more fully address the

claim construction issues and should be completed prior to the court's consideration of

any motions for summary judgment.  Accordingly, this court recommends to the District

Judge to whom this case is assigned that Reveal's emergency motion to stay and/or quash

(Docket No. 83) be ALLOWED, that L-3's partial motion for summary judgment (Docket

No. 79) be DENIED WITHOUT PREJUDICE as untimely, and that L-3 be permitted to

file any motions for summary judgment on November 10, 2005, after discovery is

completed in accordance with the existing order.[1]


/ s / Judith Gail Dein
Judith Gail Dein
DATED:  June 28, 2005                    United States Magistrate Judge

---

[1]  The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72 any party who objects to these proposed findings and recommendations must file a written objection thereto with the Clerk of this Court within 10 days of the party's receipt of this Report and Recommendation.  The written objections must specifically identify the portion of the proposed findings, recommendations or report to which objection is made and the basis for such objections.  The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with this Rule shall preclude further appellate review.  See Keating v. Sec'y of Health & Human Servs., 848 F.2d 271, 275 (1st Cir. 1988); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 604-605 (1st Cir. 1980); United States v. Vega, 678 F.2d 376, 378-79 (1st Cir. 1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); see also Thomas v. Arn, 474 U.S. 140, 153-54, 106 S. Ct. 466, 474, 88 L. Ed. 2d 435 (1985).  Accord Phinney v. Wentworth Douglas Hosp., 199 F.3d 1, 3-4 (1st Cir. 1999); Henley Drilling Co. v. McGee, 36 F.3d 143, 150-51 (1st Cir. 1994); Santiago v. Canon U.S.A., Inc., 138 F.3d 1, 4 (1st Cir. 1998).