UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein). |

## REVEAL'S MOTION TO STAY PENDING THE REEXAMINATION OF THE PATENTS-IN-SUIT

Reveal Imaging Technologies, Inc. ("Reveal") moves the Court for an order to stay all proceedings in the above-captioned litigation, including discovery, pending the final resolution of the Requests for Reexamination of U.S. Patent Nos. 5,642,393, 6,721,391, 5,838,758, 5,712,926, 5,905,806, and 6,707,879 (the "patents-in-suit"), which have been filed in the United States Patent and Trademark Office ("PTO"). Reveal has filed with the PTO Requests for Reexamination pursuant to 35 U.S.C. § 301 for each of the six patents-in-suit asserted by plaintiff L-3 Communications Security and Detection Systems ("L-3").

On the basis of judicial economy alone, this lawsuit should be stayed until these reexamination requests are decided by the PTO. In light of the high percentage of claims amended or cancelled by the PTO in the reexamination process, it is highly likely that most of the asserted patent claims will be amended or cancelled. Moreover, L-3 will suffer no prejudice as a result of the stay requested because Reveal has only sold its CT-80 explosive detection system (its only product) to the United States Government. Pursuant to 28 U.S.C. § 1498, L-3 cannot sue Reveal for patent infringement for such sales. *See* 28 U.S.C. § 1498. As a result, L-3

cannot recover damages or obtain an injunction against Reveal for these sales. Hence, L-3 will not be harmed by the stay.

In addition, a pressing and important public policy will be served by the stay. The CT-80 is a TSA-certified explosive detection system ("EDS"). Congressional committees have been demanding that the CT-80 be expeditiously deployed at airports for baggage screening and the protection and security of the United States airline industry and the traveling public. As Reveal alleges in its counterclaim in this action, this patent infringement lawsuit and other litigation filed by L-3 in Massachusetts state court have threatened Reveal's ability to provide the CT-80 to the United States.

For the foregoing reasons, as explained further in the accompanying memorandum of law, Reveal submits that this motion should be granted.

## LOCAL RULE 7.1 CERTIFICATION

On August 4, 2005, Reveal's counsel in good faith conferred by telephone with counsel for L-3 on this matter. L-3 does not, however, assent to this motion to stay the proceedings.

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.,**

By its attorneys,

Dated: August 4, 2005

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000