# EXHIBIT A

```
Citation                        Search Result        Rank 3 of 20      Database
2005 WL 504018 (F.D.C.H.)                                               USPOLTRANS
2005 WL 504018 (F.D.C.H.)
(Publication page references are not available for this document.)
```

Federal Document Clearing House
Copyright (c) 2005 CQ Transcriptions, Inc.
Verbatim Transcript
March 03, 2005
House of Representatives
Appropriations Committee, Homeland Security Subcommittee
Committee Hearing
U.S. Representative Harold Rogers (R-KY) Holds a Hearing on Fiscal Year 2006 Transportation Security Administration Appropriations

HOUSE COMMITTEE ON APPROPRIATIONS: SUBCOMMITTEE ON HOMELAND
SECURITY HOLDS A HEARING ON FISCAL YEAR 2006 TRANSPORTATION
SECURITY ADMINISTRATION APPROPRIATIONS
MARCH 3, 2005
SPEAKERS:
U.S. REPRESENTATIVE HAROLD ROGERS (R-KY)
CHAIRMAN
U.S. REPRESENTATIVE ZACH WAMP (R-TN)
U.S. REPRESENTATIVE TOM LATHAM (R-IA)
U.S. REPRESENTATIVE JO ANN EMERSON (R-MO)
U.S. REPRESENTATIVE JIM KOLBE (R-AZ)
U.S. REPRESENTATIVE ERNEST J. ISTOOK JR. (R-OK)
U.S. REPRESENTATIVE RAY LAHOOD (R-IL)
U.S. REPRESENTATIVE JOHN E. SWEENEY (R-NY)
U.S. REPRESENTATIVE ANDER CRENSHAW (R-FL)
U.S. REPRESENTATIVE JOHN CARTER (R-TX)
U.S. REPRESENTATIVE JERRY LEWIS (R-CA)
EX OFFICIO
U.S. REPRESENTATIVE MARTIN OLAV SABO (D-MN)
RANKING MEMBER
U.S. REPRESENTATIVE DAVID E. PRICE (D-NC)
U.S. REPRESENTATIVE JOSE E. SERRANO (D-NY)
U.S. REPRESENTATIVE LUCILLE ROYBAL-ALLARD (D-CA)
U.S. REPRESENTATIVE MARION BERRY (D-AR)
U.S. REPRESENTATIVE CHET EDWARDS (D-TX)
U.S. REPRESENTATIVE SANFORD D. BISHOP JR. (D-GA)
U.S. REPRESENTATIVE DAVID R. OBEY (D-WI)
EX OFFICIO
WITNESS:
DAVID STONE
ASSISTANT SECRETARY
HOMELAND SECURITY DEPARTMENT
ROGERS: The committee will be in order.
We'd like to welcome today Admiral David Stone, assistant
secretary for the Transportation Security Administration, as he
presents fiscal '06 budget request: in total, $5.6 billion, which is
an increase of $156 million above the '05 level.

2005 WL 504018 (F.D.C.H.)
(Publication page references are not available for this document.)

economy. In 1944, they had turned out B-24 bombers at the rate of one every 63 minutes. And I could go on -- incredible performance. And we won that war, obviously, and became the world power and obliterated the two Axis at the same time on both ends of the globe.
And here we are about the same time from 9/11 as we were from Pearl Harbor, and in most of the airports in our country, there are still checking for explosives, trying to mimic a dog, swiping the luggage with a smeller thing to test in a machine.
How can you defend that?
Would you admit that that's an absolute utter failure?
STONE: I believe in my heart that the fact that we've been able to deter a terrorist attack since 9/11 is the bottom line on our effectiveness to date.
But I also believe technology...
ROGERS: Look, I've been in airports -- and all of us have -- small- and medium-sized airports, not the big ones. And I remember one in particular -- I'm not going to say who it was; I don't want to get anybody in trouble here -- and I noticed that they must have had eight or 10 of the swab machines, the trace machines, in the lobby occupying places where people normally are, and they had no X-ray machines, all swabs.
And so I called the federal director of security there and chatted with that person. And I said, "When are going to get the X-ray machines for this airport? You've got 15 or 20 people out here working, swabbing these baggages, and we could do it with one machine and a fifth, or whatever, of the people. We could save tons of money. Why don't you have an X-ray machine here?"
"Oh," that person said, "we don't want an X-ray machine. Our people are perfectly happy."
Of course, they're happy, but the traveling public isn't.
And I find that attitude all throughout this agency.
And over half the airports now are just as I said. We're employing thousands and tens of thousands of screeners when we can get by with a lot less if your security directors would get those machines in those airports.
Is that right or wrong?
STONE: When I went down to Norfolk, that's exactly what the first thing the federal security director told me when I visited there 10 days ago. It's an all-ETD airport, and he said -- I said, "What do you need from headquarters?" He said, "Can you get us some of that Reveal-type technology, so we can get out of this ETD operation in Norfolk, Virginia."
So I think that resonates...
ROGERS: And what did you say?
STONE: I said, "You bet."
That's a high priority for TSA. We need to move away from our current **technologies** and reduce our personnel strength and be able to

2005 WL 504018 (F.D.C.H.)
(Publication page references are not available for this document.)

better detect the threats with new **technologies.**
So I think that resonates through all the leadership.
ROGERS: A recent GAO report said that two or three times more bags can be screened per hour by an **EDS** machine in line compared to a stand-alone system, and ten times more bags can be screened with an **EDS** system compared to the trace machines.
GAO also said that, and I quote, "A typical lobby-based screening unit consisting of a stand-alone **EDS** machine with three ETD machines had a baggage through quota of 376 bags per hour, requiring a staff of 19 screeners."
In contrast, you estimate, or TSA estimates, that about 425 bags per hour could be screened with one in-line machine and only use just over four screeners.
I mean, we're making these machines and we've given you money to buy them and install them, what's the problem? Why aren't they out there?
It's been four years. I mean, we won World War II in that period of time. Why can't we get these X-ray machines in airports?
STONE: Those cat-scan machines are going out.
As you know, from the funding levels we had in '05 and projecting in '06, and with the LOIs bringing those airports on line, and reduce over overall strength.
ROGERS: I was born at night, but not last night.
And you had plenty of time to get these machines to these airports. We will not -- our patience is over. This is it.
I want a deadline. When are you going to get those machines in those airports and get rid of those smelling machines in the lobby, so we can occupy that with passengers and airports will not be required to spend $10 zillion ripping up the back end of the airport to put in-line systems?
Why aren't we putting in these new, modern, smaller, cheaper machines? You can get them for a third or half the price of the big, old, original X-ray machines. And they're small; they can be put out there where the passengers check in with the airline. And you won't need the in-line system back-end thing.
STONE: Mr. Chairman, I fully agree.
**Reveal,** for instance, just came into certification specs six weeks ago. We've already started this month a pilot in Gulfport, Newark, JFK -- a 90-day pilot to get that **Reveal technology** out in the field and tested, because we couldn't agree more that we need to get away from the ETDs and get that kind of **technology** out into the field.
ROGERS: Well, let's talk about that a second.
They were certified December 21st, '04. On January 11th, '05, TSA announced you intended to acquire eight of those new smaller machines to begin operational testing in a few airports this spring: Newark, JFK, Gulfport, Biloxi, are the three testing sites. It's

2005 WL 504018 (F.D.C.H.)
**(Publication page references are not available for this document.)**

unclear what you're going to do beyond that pilot test.
In '05, we appropriated $30 million to install the next-generation **EDS** machines and that was done, I think, largely with the new **Reveal**, smaller machine in mind. Eight systems cost less than one-tenth at this funding level.
In other words, that $30 million we gave you, you only spent one-tenth of that money on those eight systems. And some rumor has it that you may spend about half of that remaining money to modify the old machines with new software, and there's a lot of problems with that.
So what do you say?
STONE: Those new machines that we were looking at -- recently, we were looking at $20 million for Reveal, $10 million for the new machines.
The new machines have not come into certification, so we're looking now to take as much of that remaining $10 million, unless there is something that changes dramatically here in the very near term, on these other new mods.
ROGERS: There you go again.
(CROSSTALK)
ROGERS: There you go again.
You're going to decide to take the money we appropriated for one purpose and spend it for another.
STONE: No, no.
That $30 million is for Reveal-type technology or next generation, if there is some significant enhancement.
So right now, we agree that the preponderance of that money definitely needs to go to Reveal, which is proven, whereas the next generation mods have not come into specifications.
ROGERS: Well, look, I want a report on this. I'm unclear where you're going, and I know where this committee has told you to go -- it's not very smoky, it's plain.
And if I have one problem with TSA -- if I could say there is just one problem -- it would be the same problem as the whole department has: There is an arrogance out there.
There is an arrogance in this department. You will not listen to the Congress who funds your programs, and we're responsive to the people out there, and that's not going to last very long.
And I want to know what you plan to do, in detail, to get the new-generation machines in these airports and when...
STONE: Yes, sir.
ROGERS: ... and what you need to get there, and why you haven't got there already, and what you're going to do with the $30 million we gave you to do just that.
STONE: Yes, sir.
ROGERS: Forthwith. How soon?