# EXHIBIT B

U.S. DEPARTMENT OF HOMELAND SECURITY

TRANSPORTATION SECURITY ADMINISTRATION

STATEMENT OF DAVID M. STONE
ASSISTANT SECRETARY

Before the

COMMITTEE ON COMMERCE, SCIENCE & TRANSPORTATION
UNITED STATES SENATE
February 15, 2005

Good morning, Mr. Chairman, Senator Inouye, and Members of the Committee. I am pleased to appear before the Committee to speak in support of the President's Fiscal Year (FY) 2006 budget request for the Transportation Security Administration (TSA). I appreciate the strong partnership we have forged together to ensure the safety and security of the nation's transportation systems while maintaining customer service and the free flow of people and goods. I look forward to continuing our endeavors in partnership with the Committee under your direction and leadership.

TSA's mission—to protect the Nation's transportation systems to ensure the freedom of movement for people and commerce—continues to be a vital one, three and one half years after the tragic events of 9/11 that motivated TSA's creation. TSA's mission is completely aligned with that of the Department of Homeland Security and the Border and Transportation Security Directorate, created one year after the creation of TSA. TSA has worked diligently to implement the mandates of Congress to improve the security of aviation and surface transportation, first within the Department of Transportation and now within the Department of Homeland Security.

Today I would like to highlight some of the major accomplishments of TSA over the last fiscal year and focus your attention on some of the key initiatives that will be supported by the President's FY 2006 budget request for TSA. Those key initiatives include:

*Strengthening Security Through Information Technology Connectivity.* High-speed information technology connectivity will be key in our efforts to deliver effective and efficient security by better facilitating screener workforce training and the timely sharing of vital performance information.

*Strengthening Security Through Emerging Technologies.* As we continue to refine our layered approach to aviation security, we are placing a high priority on addressing the threat of explosives coming through the passenger screening checkpoints. We are using FY 2005 funding to move forward with deployment of explosive trace detection portals at screening checkpoints, and the proposed FY 2006 funding levels would further our efforts to deploy other emerging technologies for passenger and baggage screening.

TSA also will deploy improved technology for screening checked baggage. $394 million of the $617 million requested for EDS/ETD for FY 2006 (including contributions of $250 million from the mandatory funded Aviation Security Capital Fund) will be used to purchase and install EDS (which includes Next Generation (Next Gen) and ETDs for needed life-cycle replacement). These purchases are part of the agency's deployment plan to change the mix of stand alone EDS and ETD machines. Next Gen EDS availability is a direct result of prior year investments in the research and development of Checkpoint and Electronic Baggage screening systems. These systems are expected to provide improved detection capabilities and improved passenger and baggage throughput; are smaller in size in some instances; and are expected to reduce staffing requirements and minimize industry/customer impact. Operational expenditures are expected to be reduced because Next Gen development is divided into two categories, short term and long term. Deployment of short term Next Gen solutions will begin in FY 2005 and continue through FY 2006. One of the two Next Gen projects that will be pilot tested in FY 2005 will be Reveal Technologies CT-80. This technology, while still CT (computed tomography/cat scan) based, is much smaller and less expensive than the current certified EDS technologies. We will be purchasing eight units from Reveal for operational testing at three airports within the next several months. Then, TSA will review the results of the pilots to determine the appropriate next steps. The other Next Gen product currently undergoing certification testing is an upgrade to one of the current high-throughput EDS technologies. This upgrade will increase throughput capacity, reduce alarm rates and significantly enhance the image quality presented to our screeners. With these improvements, we anticipate that fewer bags will require resolution screening, thereby reducing the manpower needed to clear bags that cause an alarm.

Long term, Next Gen solutions are under development and may be deployable in FY 2009 and beyond. The mix of equipment would change as it could be possible that one Next Gen EDS could replace up to three ETD machines for primary screening, depending upon throughput requirements. We anticipate that one ETD will still be deployed with Next Gen EDS for use in alarm resolution. This solution will provide increased EDS security benefits and expand EDS capabilities to cover all operations at airports that have only partial EDS capabilities.

In the past, the TSA budget has contained requests for research and development (R&D) funding. The TSA R&D program consists of research and development performed at the Transportation Security Lab (TSL) in Atlantic City, New Jersey, applied research and development efforts for weapons detection, as well as infrastructure and conveyance, Next Gen Explosives Detection Systems, and development of Air Cargo technology. These programs received a total of $178 million in the FY 2005 Department of Homeland Security (DHS) Appropriations Act. For FY 2006, the research and development elements of these programs would be permanently transferred to the DHS Office of Science and Technology (S&T). A significant portion of the R&D budget and a portion of TSL full time equivalents (FTE) are proposed to be transferred to S&T in the FY 2006 request. TSA will retain $23 million, as well as 14 FTEs needed to ensure the agency can continue to meet its operational mission and to liaison with S&T for defining program requirements and integrating R&D products into operations.

Strengthening Security of Surface Transportation

TSA also enhances security for America's surface transportation systems, while ensuring freedom of movement of people and commerce. America's transportation system includes approximately 775 million passengers traveling on buses each year and over 9 billion passenger trips on mass transit per year; over 140,000 miles of railroad track (of which 120,000 miles are privately owned), 3.8 million miles of roads (46,717 miles of Interstate highway and 114,700 miles of National Highway System roads), 582,000 bridges over 20 feet of span, 54 tunnels over 500 meters in length, nearly 2.2 million miles of pipeline; and nearly 800,000 shipments of hazardous materials transported everyday (95 percent by truck).

To help achieve greater security for surface transportation, TSA is the DHS responsible agency for developing the Transportation Sector-Specific Plan (TSSP) and Transportation Security Operations Plans (TSOP) (*i.e.*, modal security plans). The plans are being developed in accordance with Homeland Security Presidential Directive 7 (HSPD-7), the developing National Infrastructure Protection Plan (NIPP), and Congressional direction. They will serve a critical purpose by providing the framework and defining the responsibilities for risk management of the Transportation Sector. TSA has worked closely with Information Analysis and Infrastructure Protection Directorate (IAIP) and the Department of Transportation to develop the Transportation Sector Specific Plan (TSSP) under the guidance of Border and Transportation Security Directorate (BTS). The TSSP and TSOP will provide important guidance for TSA's surface transportation security work.

As evidenced by last year's rail bombings in Madrid, there is an ongoing potential threat to our domestic, intermodal transportation system that requires intermodal countermeasures. TSA has regulatory authority for all of surface transportation security and utilizes a threat-based risk management system to ensure transportation security and to direct the investment of resources. Transportation security is a shared public/private responsibility, and with this in mind, TSA coordinates and leverages government and industry efforts to develop security plans and standards for intermodal transportation.

This approach provides consistency among modes and recognizes transportation security in the context of intermodal, interdependent and international concerns. TSA continues to work with modal administrators within the Department of Transportation and industry stakeholders to establish best practices and national standards, develop security plans and regulations, better assess security vulnerabilities, and identify needed security enhancements for surface transportation modes and related infrastructure. In FY 2005, it is anticipated that TSA will:

► Build upon the pilot project efforts and initiatives commenced in FY 2004 to identify best practices, develop performance-based standards and regulations, and build risk-based security plans, such as identifying Hazmat transportation security vulnerabilities and mitigation strategies.

► As delegated by IAIP, continue to develop and implement vulnerability assessment models for all surface modes as the basis for identifying security gaps and developing mitigation.

► In coordination with IAIP, strengthen industry stakeholder partnerships to facilitate information sharing through the transition from Information Sharing Analysis Centers (ISACs) to Sector Coordinating Councils and Government Coordinating Councils.

► Increase security awareness and response by providing security awareness materials for surface transportation employees, operators, and passengers; conducting national security exercises; and continuing to provide transportation security guidance, support, and coordination for National Special Security Events.

► Provide operational support and expertise to Office of State and Local Government Coordination and Preparedness in the non-aviation transportation security grant selection process.

► Hire and deploy 100 surface transportation compliance inspectors, who will first focus on rail security, to enhance the level of national transportation security by leveraging private and public partnerships through a consistent national program of compliance reviews, audits, and enforcement actions pertaining to required standards and directives.

In presenting our budget, we understand our responsibility towards the American public to be good stewards of the funds entrusted to us. TSA has achieved an unqualified audit opinion for FY 2004, its fourth consecutive clean audit. In FY 2005, TSA is striving to maintain its clean audit record and correct any internal control weaknesses noted in audit reports. With the transition to DHS behind us, TSA continues to implement more efficient and effective financial management processes across the organization.

In conclusion, I want to express, as I have in the past, how proud I am of TSA's security screening workforce. Our screeners have carried out their responsibilities with skill and professionalism in a challenging and ever-changing environment. This past year was particularly challenging with the large number of National Special Security Events, for which many of our screeners and other personnel provided unique support. The reality of

TSA's mission is such that we must constantly be prepared to provide on a 24/7 basis the highest level of security we can within the resources we have been provided. The increasing variety and sophistication of weapons and communication tools available to modern terrorists presents a significant challenge.

While our security screening workforce is on the front lines, headquarters staff and TSA leadership maintain the vigilance necessary to support our vital mission. Each day, I meet with TSA leaders at an Operations/Intelligence briefing to address key operational and intelligence issues as they arise and to ensure that appropriate action is taken. While we are aware that the risk of terrorism will likely never be eliminated, that risk has been greatly reduced. TSA will continue to identify and evaluate threats and vulnerabilities and to implement measures that both facilitate transportation and improve its security.

Thank you for the opportunity to provide this information. TSA looks forward to working with the Committee as we continue our efforts to strengthen homeland security. I will be pleased to answer any questions you may have.