# EXHIBIT G

Express Mail Label No. EV 46316 ... 55 US
Date of Deposit:  July 29, 2005

Attorney Docket No. 25960-028

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In Re Patent of | : | Eberhard et al. |
| Patent No. | : | 5,905,806 |
| For | : | X-RAY COMPUTED TOMOGRAPHY (CT) SYSTEM FOR DETECTING THIN OBJECTS |
| Serial No. | : | 08/854,349 |
| Filed | : | May 12, 1997 |
| Issued | : | May 18, 1999 |

Mail Stop Ex Parte Reexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## REQUEST FOR REEXAMINATION OF U.S. PATENT NO. 5,905,806

Reexamination under 35 U.S.C. §§ 302-307 and 37 C.F.R. § 1.510 is requested of U.S.
Patent No. 5,905,806 (Eberhard), which was filed on May 12, 1997 and which issued May 18,
1999 to Jeffrey W. Eberhard *et al.*  As required by 37 C.F.R. § 1.510(b)(4), a copy of the
Eberhard patent is attached as Exhibit A.  This patent is still enforceable but subject to a terminal
disclaimer.

Claims of the above-referenced patent are currently being asserted in the following
pending litigation:  L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging
Technologies, Inc., United States District Court for the District of Massachusetts, Civil Action
No. 04-11884 NG (Magistrate Judge Judith Gail Dein).  The Plaintiff in the litigation, patent
owner and the assignee of record of the patent, L-3, has provided its proposed claim construction
(meaning) of certain claim terms for the claims of the Eberhard patent asserted in the above-
referenced litigation, that is, claims 1-3, 5, 6 and 8-10.  A copy of the proposed L-3 claim
construction is attached as Exhibit B.

## I.    Claims for which Reexamination is Requested

Reexamination is requested for claims 1-3, 5, 6 and 8-10 of Eberhard under 35 U.S.C.
§103 on the basis of U.S. Patent No. 5,247,561 (Kotowski) issued to Andreas F. Kotowski on

September 21, 1993, in view of U.S Patent No. 5,150,427 (Frazee) issued to David M. Frazee on September 22, 1992, and U.S Patent No. 4,991,224 (Takahashi) issued to Kazushige Takahashi on February 5, 1991.

### A. Summary of Kotowski

Kotowski was filed on January 2, 1991 and thus constitutes prior art under 102(b). Kotowski discloses an inspection system for closed containers, such as luggage, which applies x-ray energy to the containers and receives the energy scattered by objects in the containers. The received energy is measured and a three dimensional image of the objects in the containers is constructed. The system may also search for a sufficient volume of material with a mass density indicative of an explosive.

We note that Kotowski was cited as an "X" category reference in a Supplementary European Search Report issued on 13 February 1998 for Application Number EP 95 93 6229, which is the EP filing of U.S. Application No. 08/325,145, now U.S. Patent No. 5,712,926, the parent of the Eberhard patent. The Search Report was issued prior to a First Office Action (March 30, 1998) but it apparently was not disclosed to the U.S. Patent Office during the prosecution of the Eberhard patent, despite being cited to be a "X" reference. Kotowski is clearly material prior art as it forms the major basis of this present Reexamination request and as such should have been cited to the PTO as required by 37 CFR 1.56. The same Kotowski prior art also forms the major basis of a concurrently filed request for Reexamination of U.S. Patent No. 5,712,926. A copy of the Search Report is attached as Exhibit C.

### B. Summary of Frazee

Frazee was filed on September 29, 1989 and thus constitutes prior art under 102(b). Frazee discloses a method for editing image data produced from reconstructed tomographic data by creating and editing a bit map with bits corresponding to each data element of the image. The bit map may be altered to track certain editing processes such a s connectivity or region growing.

### C. Summary of Takahashi

Takahashi was filed on October 19, 1989 and this constitutes prior art under 102(b). Takahashi discloses an apparatus for labeling three-dimensionally connected components in a

2

three-dimensional image. The apparatus includes a connectivity detection processor which checks connectivity of representative points in adjacent two-dimensional image planes and an editing processor which uses the two-dimensional connectivity information to obtain a three-dimensionally labeled image code.

### D. Prosecution History of the Eberhard Patent

Eberhard was filed on May 12, 1997 as a continuation of U.S. Application No. 08/325,145, now U.S. Patent No. 5,712,926, which was filed on October 20, 1994. A preliminary amendment which amended claims 1, and 12 and added new claims 20-23 was also filed on May 12, 1997. The first Office Action, mailed on March 30, 1998, indicated that claims 1, 4-6, 12, 15-17 and 20-23 were rejected, and claims 2-3, 7, 13-14 and 18 were objected to. Claims 1-7, 12-18, 21 and 22 were subsequently canceled in the response to the first office action, which was filed on October 8, 1998. The response also added new claims 24-31. A terminal disclaimer was submitted for claims 20 and 23. A Notice of Allowability was mailed on October 21, 1998 indicating that claim 20 and 23-31 were allowed. In the Reasons for Allowance, the Examiner indicated that none of the prior art suggested that the specific features claimed could be used to inspect baggage contents for explosives or delamination in a composite material. As will be discussed below, the Requester submits three prior art references not before the Examiner during prosecution that demonstrate the claimed features to inspect baggage contents for explosives were known in the art, and therefore render obvious claims 1-3, 5, 6 and 8-10 of the Eberhard patent.

## II.    Explanation of the Pertinence and Manner of Applying the Cited Prior Art to Every Claim for which Reexamination is Requested based on prior art

Claims 1-3, 5, 6 and 8-10 of the Eberhard patent or not patentable because the are obvious under 35 U.S.C. § 103 on the basis of the Kotowski patent in view of the Frazee and Takahashi patents. Each of the elements of claims 1-3, 5, 6 and 8-10 are set forth below with an explanation as to how the Kotowski, Frazee and Takahashi patents meet all of the recited elements:

| U.S. 5,905,806 (Eberhard) Claim 1 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
|  |  |

| U.S. 5,905,806 (Eberhard) Claim 1 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| "A method of detecting an explosive comprising the steps of: : " | Kotowski discloses a method of detecting explosives. "The processor may also search for, and raise an alarm if it detects, a sufficient volume of material with a mass density indicative of an explosive." (Kotowski Abstract).<br><br>"In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm$^3$." (Kotowski Col. 6 lines 31-34).<br><br>"If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski Col. 6 lines 34-38). |
| "scanning a three-dimensional volume to determine the density of each of a plurality of voxels representing the three-dimensional volume" | Kotowski discloses that "the processor 208 may compute a density of the first slice 111 (and also each successive slice 111) one scattering volume 201 at a time." (Kotowski Col. 5 lines 39-41, emphasis added).<br><br>See Kotowski FIG. 2, a detailed view of an incident x-ray beam and a sensor for scattered energy (i.e. a scattering volume is a voxel).<br><br>Thus, Kotowski determines the density of each voxel (i.e. scattering volume) in a three-dimensional volume. Further, Kotowski also discusses alternative configurations for accommodating a three-dimensional objects: "[f]or example, the x-ray source 109 and the sensors might be swept in an arc around the container 101." (Kotowski Col. 7 lines 17-19). |
| "connecting and labeling voxels of the plurality of voxels which have similar densities using an evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for | "[T]he processor 208 may also examine the density image which it computes, so as to automatically determine if there are any explosives within the container 101. In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm$^3$. If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 28-39).<br><br>The art of 3D mapping and thresholding was well known at the time of Kotowski. It is common knowledge that x-ray based medical imaging provides established methods to detect suspicious volumes in 3D objects. Therefore, a skilled person would have sufficient prompt to consider prior art from the field of medical imaging when looking for details of how to detect suspicious volumes in a piece of luggage. More specifically, the |

4

| U.S. 5,905,806 (Eberhard) Claim 1 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| contiguity;" | relationship between medical imaging and baggage inspection is further identified within the specification of the Eberhard patent. "General background on CT scanning, hardware, and signal processing may be found in… *Image Reconstruction From projections*, Gabor T. Herman (Academic press 1980). The entire contents of these publications are incorporated herein by reference." (Eberhard, Col. 3 lines 43-53). The Gabor T. Herman reference is devoted to the fundamentals of image reconstruction in the medical field (Herman, Preface). For at least these reasons, a skilled person would look to the techniques of image construction available in the field of medical imaging to calculate a density image in a baggage inspection system.<br><br>Therefore, it would have been obvious to one skilled in the art at the time of Kotowski to look to the field of medical image reconstruction to create the density image disclosed in Kotowski.<br><br>Frazee discloses connecting and labeling voxels of the plurality of voxels which have similar densities using an evaluation process. "By establishing a suitable <u>threshold</u>, a simple <u>comparison</u> of the signal intensity of each voxel with the threshold readily distinguishes those voxels associated with the bone rather than the soft tissue." (Frazee, Col. 2 lines 25-30, emphasis added). Further, Frazee discloses comparing a voxel to it its neighboring voxels (i.e. in the same plane and in the planes above and below a given voxel) "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., <u>adjacent</u> to the seed, in a <u>predefined direction</u>) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., <u>falling within the same threshold range</u>) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br><br>Takahashi discloses that voxels in the plane above and the plane below can be used to evaluate contiguity. "Each pixel is also <u>three-dimensionally</u> checked to determine if it is connected to pixels identified with other connected components" (Takahashi, Col. 1 lines 49-52, emphasis added).<br><br>Thus, it would have been obvious to utilize the techniques of Frazee and Takahashi with Kotowski. As a result, Kotowski, in view of Frazee and Takahashi, discloses connecting and labeling voxels of the plurality of voxels which have similar densities using an evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity because the density image of Kotowski can be constructed with the 3D thresholding and mapping techniques known in the art. |

| U.S. 5,905,806 (Eberhard) Claim 1 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| "determining at least one of the volume and the mass of each contiguous region of voxels having similar densities; and " | "In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm$^3$." (Kotowski, Col. 6 lines 31-34).<br><br>"If a sufficient <u>volume</u> (or a sufficient <u>mass</u>) of material with a mass <u>density</u> indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 34-38, emphasis added).<br><br>Thus, Kotowski discloses determining at least one of the volume and the mass of each contiguous region of voxels having similar densities. |
| "comparing at least one of the volume and the mass of each contiguous region having similar densities to at least one threshold and identifying each region which exceeds a threshold as a region potentially containing an explosive." | "If a sufficient <u>volume</u> (or a sufficient <u>mass</u>) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 34-38, emphasis added).<br><br>Thus, Kotowski discloses comparing at least one of the volume and the mass of each contiguous region to a first threshold and identifying each such contiguous region having similar densities to at least one threshold and identifying each region which exceeds a threshold as a region potentially containing an explosive. |

Therefore, based on the above discussion, claim 1 is obvious and therefore unpatentable under 35 U.S.C. §103.

| U.S. 5,905,806 (Eberhard) Claim 2 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| "A method as set forth in claim 1, wherein in said evaluation process differences between a property of said | "[T]he processor 208 may also examine the density image which it computes, so as to automatically determine if there are any explosives within the container 101. In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm$^3$. If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the |

6

| U.S. 5,905,806 (Eberhard) Claim 2 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| given voxel and a property of voxels in said planes above and below said given voxel are employed to evaluate contiguity" | processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 28-39).<br><br>The art of 3D mapping and thresholding was well known at the time of Kotowski. It is common knowledge that x-ray based medical imaging provides established methods to detect suspicious volumes in 3D objects. Therefore, a skilled person would have sufficient prompt to consider prior art from the field of medical imaging when looking for details of how to detect suspicious volumes in a piece of luggage. More specifically, the relationship between medical imaging and baggage inspection is further identified within the specification of the Eberhard patent. "General background on CT scanning, hardware, and signal processing may be found in... *Image Reconstruction From projections*, Gabor T. Herman (Academic press 1980). The entire contents of these publications are incorporated herein by reference." (Eberhard, Col. 3 lines 43-53). The Gabor T. Herman reference is devoted to the fundamentals of image reconstruction in the medical field (Herman, Preface). For at least these reasons, a skilled person would look to the techniques of image construction available in the field of medical imaging to calculate a density image in a baggage inspection system.<br><br>Therefore, it would have been obvious to one skilled in the art at the time of Kotowski to look to the field of medical image reconstruction to create the density image disclosed in Kotowski.<br><br>Frazee discloses that in the evaluation process, differences between a property of said given voxel and a property of voxels in said planes above and below said given voxel are employed to evaluate contiguity. "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., adjacent to the seed, in a predefined direction) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., falling within the same threshold range) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br>The Requester respectfully asserts that determining whether voxels share a specified property (as disclosed in Frazee) inherently includes evaluating the differences of a property between voxels (as suggested by Eberhard).<br><br>Takahashi discloses that voxels in the plane above and the plane below can be used to evaluate contiguity. "Each pixel is also three-dimensionally checked to determine if it is connected to pixels identified with other connected components" (Takahashi, Col. 1 lines 49-52, emphasis added). |

| U.S. 5,905,806 (Eberhard) Claim 2 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| | Thus, it would have been obvious to utilize the techniques of Frazee and Takahashi with Kotowski. As a result, Kotowski, in view of Frazee and Takahashi, discloses that the evaluation process differences between a property of said given voxel and a property of voxels in said planes above and below said given voxel are employed to evaluate contiguity because the density image of Kotowski can be constructed with the 3D thresholding and mapping techniques known in the art. |

Therefore, based on the above discussion, claim 2 is obvious and therefore unpatentable under 35 U.S.C. §103.

| U.S. 5,905,806 (Eberhard) Claim 3 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| "A method to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, wherein the explosive is smaller in at least one dimension than a linear dimension of the voxels, the method comprising the steps of:" | "The processor may also search for, and raise an alarm if it detects, a sufficient volume of material with a mass density indicative of an explosive." (Kotowski Abstract). "In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 $g/cm^3$." (Kotowski Col. 6 lines 31-34). Eberhard discusses using a priori knowledge to modify the range densities (i.e. thresholds) identified with potential explosives to detect explosives that are smaller than a linear dimension of the voxels (Eberhard Col. 3 lines 63-66). For example, a voxel that is 100% full of explosives will have a density of 1.5 gm/cc, and correspondingly, a voxel that is 20% full of explosives will have a density of 0.3 gm/cc (Eberhard FIGS. 1 and 2). Kotowski discloses that the "processor may also examine the <u>density image</u> which it computes, so as to automatically determine if there are any explosives in the container." (Kotowski Col. 5 lines 28-30, emphasis added). Further, Kotowski discloses other applications for the invention such as "inspection of closed containers to count, inventory or measure their contents, including fluid contents." (Kotowski Col. 7 lines 60-61). The different materials disclosed in Kotowski may have different mass densities (i.e. threshold values). "It is generally well known in the art that explosives generally have mass density between about 1.2 and 1.8 gm/cc. In contrast, bulk materials found in luggage, clothing, liquids, paper, and |

| U.S. 5,905,806 (Eberhard) Claim 3 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
|  | the like generally have a mass density less than about 1 gm/cc;" (Kotowski Col. 2 lines 63-68). Accordingly, Kotowski discloses a method for automatically detecting objects based on a density image created for a specific threshold.<br><br>As discussed with respect to claim 1, Frazee discloses using voxels within a threshold range to compute a density image. "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., <u>adjacent</u> to the seed, in a <u>predefined direction</u>) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., <u>falling within the same threshold range</u>) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br><br>Accordingly, it would have been obvious for a person skilled in the art at the time of Kotowski to look to Frazee to establish a priori threshold range to construct the density image disclosed in Kotowski.<br><br>Thus, it would have been obvious to utilize the technique of Frazee with Kotowski. As a result, Kotowski in view of Frazee discloses a method to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, wherein the explosive is smaller in at least one dimension than a linear dimension of the voxels because the density image of Kotowski can be constructed using the thresholding techniques known in the art. |
| "radiation scanning the three-dimensional volume to determine a property of each of a plurality of voxels representing the three-dimensional volume;" | Kotowski discloses that "the processor 208 may compute a density of the first slice 111 (and also each successive slice 111) <u>one scattering volume 201 at a time</u>." (Kotowski Col. 5 lines 39-41, emphasis added).<br><br>See Kotowski FIG. 2, a detailed view of an incident x-ray beam and a sensor for scattered energy (i.e. a scattering volume is a voxel).<br><br>Thus, Kotowski discloses radiation scanning the three-dimensional volume to determine a property of each of a plurality of voxels (i.e. scattering volumes) representing the three-dimensional volume. Further, Kotowski also discusses alternative configurations for accommodating a three-dimensional objects: "[f]or example, the x-ray source 109 and the sensors might be swept in an arc around the container 101." (Kotowski Col. 7 lines 17-19). |
| "identifying voxels having similar values of said | "[T]he processor 208 may also examine the density image which it computes, so as to automatically determine if there are any explosives within the container 101. In a preferred embodiment, the processor may |

| U.S. 5,905,806 (Eberhard) Claim 3 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and" | search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm³. If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 28-39).

The art of 3D mapping and thresholding was well known at the time of Kotowski. It is common knowledge that x-ray based medical imaging provides established methods to detect suspicious volumes in 3D objects. Therefore, a skilled person would have sufficient prompt to consider prior art from the field of medical imaging when looking for details of how to detect suspicious volumes in a piece of luggage. More specifically, the relationship between medical imaging and baggage inspection is further identified within the specification of the Eberhard patent. "General background on CT scanning, hardware, and signal processing may be found in… *Image Reconstruction From projections*, Gabor T. Herman (Academic press 1980). The entire contents of these publications are incorporated herein by reference." (Eberhard, Col. 3 lines 43-53). The Gabor T. Herman reference is devoted to the fundamentals of image reconstruction in the medical field (Herman, Preface). For at least these reasons, a skilled person would look to the techniques of image construction available in the field of medical imaging to calculate a density image in a baggage inspection system.

Therefore, it would have been obvious to one skilled in the art at the time of Kotowski to look to the field of medical image reconstruction to create the density image disclosed in Kotowski.

Frazee discloses identifying voxels having similar values of a property to identify a contiguous group of voxels having similar values using a contiguity evaluation process. "By establishing a suitable threshold, a simple comparison of the signal intensity of each voxel with the threshold readily distinguishes those voxels associated with the bone rather than the soft tissue." (Frazee, Col. 2 lines 25-30, emphasis added). Further, Frazee discloses comparing a voxel to it its neighboring voxels (i.e. in the same plane and in the planes above and below a given voxel) "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., adjacent to the seed, in a predefined direction) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., falling within the same threshold range) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added). |

| U.S. 5,905,806 (Eberhard) Claim 3 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
|  | Takahashi discloses that voxels in the plane above and the plane below can be used to evaluate contiguity. "Each pixel is also three-dimensionally checked to determine if it is connected to pixels identified with other connected components" (Takahashi, Col. 1 lines 49-52, emphasis added). <br><br> Thus, it would have been obvious to utilize the techniques of Frazee and Takahashi with Kotowski. As a result, Kotowski in view of Frazee and Takahashi discloses identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity because the density image of Kotowski can be constructed with the 3D thresholding and mapping techniques known in the art. |
| "identifying said contiguous group of voxels as potentially containing said explosive if a characteristic of said contiguous group has a predetermined value." | Kotowski discloses that the "processor may also examine the density image which it computes, so as to automatically determine if there are any explosives in the container." (Kotowski Col. 5 lines 28-30, emphasis added). As discussed with respect to claim 1, Frazee discloses using voxels within a threshold range to compute a density image. "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., adjacent to the seed, in a predefined direction) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., falling within the same threshold range) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added). <br><br> Thus, Kotowski discloses identifying said contiguous group of voxels as potentially containing said explosive if a characteristic of said contiguous group has a predetermined value. |

Therefore, based on the above discussion, claim 3 is obvious and therefore unpatentable under 35 U.S.C. §103.

| U.S. 5,905,806 (Eberhard) Claim 5 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| "A method to ascertain the presence of an object in a three-dimensional | Eberhard discusses using a priori knowledge to modify the range densities (i.e. thresholds) identified with potential explosives to detect explosives that are smaller than a linear dimension of the voxels (Eberhard Col. 3 lines 63-66). For example, a voxel that is 100% full of explosives will have a density of 1.5 gm/cc, and correspondingly, a voxel that is 20% full |

| U.S. 5,905,806 (Eberhard) Claim 5 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| volume represented by a plurality of voxels, wherein the object is smaller in at least one dimension than a linear dimension of the voxels, the method comprising the steps of: " | of explosives will have a density of 0.3 gm/cc (Eberhard FIGS. 1 and 2).<br><br>Kotowski discloses that the "processor may also examine the <u>density image</u> which it computes, so as to automatically determine if there are any explosives in the container." (Kotowski Col. 5 lines 28-30, emphasis added). Further, Kotowski discloses other applications for the invention such as "inspection of closed containers to count, inventory or measure their contents, including fluid contents." (Kotowski Col. 7 lines 60-61). The different materials disclosed in Kotowski may have different mass densities (i.e. threshold values). "It is generally well known in the art that explosives generally have mass density between about 1.2 and 1.8 gm/cc. In contrast, bulk materials found in luggage, clothing, liquids, paper, and the like generally have a mass density less than about 1 gm/cc;" (Kotowski Col. 2 lines 63-68). Accordingly, Kotowski discloses a method for automatically detecting objects based on a density image created for a specific threshold.<br><br>Frazee discloses using voxels within a threshold range to compute a density image. "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., <u>adjacent</u> to the seed, in a <u>predefined direction</u>) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., <u>falling within the same threshold range</u>) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br><br>Accordingly, it would have been obvious for a person skilled in the art at the time of Kotowski to look to Frazee to establish a priori threshold range to construct the density image disclosed in Kotowski.<br><br>Thus, it would have been obvious to utilize the technique of Frazee with Kotowski. As a result, Kotowski in view of Frazee discloses a method to ascertain the presence of an object in a three-dimensional volume represented by a plurality of voxels, wherein the object is smaller in at least one dimension than a linear dimension of the voxels because the density image of Kotowski can be constructed using the thresholding techniques known in the art. |
| "radiation scanning the three-dimensional volume to determine a property of each of a plurality of voxels | Kotowski discloses that "the processor 208 may compute a density of the first slice 111 (and also each successive slice 111) <u>one scattering volume 201 at a time</u>." (Kotowski Col. 5 lines 39-41, emphasis added).<br><br>See Kotowski FIG. 2, a detailed view of an incident x-ray beam and a sensor for scattered energy (i.e. a scattering volume is a voxel).<br><br>Thus, Kotowski discloses radiation scanning the three-dimensional |

12

| U.S. 5,905,806 (Eberhard) Claim 5 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| representing the three-dimensional volume;" | volume to determine a property of each of a plurality of voxels (i.e. scattering volumes) representing the three-dimensional volume. Further, Kotowski also discusses alternative configurations for accommodating a three-dimensional objects: "[f]or example, the x-ray source 109 and the sensors might be swept in an arc around the container 101." (Kotowski Col. 7 lines 17-19). |
| "identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and" | "[T]he processor 208 may also examine the density image which it computes, so as to automatically determine if there are any explosives within the container 101. In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm$^3$. If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 28-39).<br><br>The art of 3D mapping and thresholding was well known at the time of Kotowski. It is common knowledge that x-ray based medical imaging provides established methods to detect suspicious volumes in 3D objects. Therefore, a skilled person would have sufficient prompt to consider prior art from the field of medical imaging when looking for details of how to detect suspicious volumes in a piece of luggage. More specifically, the relationship between medical imaging and baggage inspection is further identified within the specification of the Eberhard patent. "General background on CT scanning, hardware, and signal processing may be found in... *Image Reconstruction From projections*, Gabor T. Herman (Academic press 1980). The entire contents of these publications are incorporated herein by reference." (Eberhard, Col. 3 lines 43-53). The Gabor T. Herman reference is devoted to the fundamentals of image reconstruction in the medical field (Herman, Preface). For at least these reasons, a skilled person would look to the techniques of image construction available in the field of medical imaging to calculate a density image in a baggage inspection system.<br><br>Therefore, it would have been obvious to one skilled in the art at the time of Kotowski to look to the field of medical image reconstruction to create the density image disclosed in Kotowski.<br><br>Frazee discloses identifying voxels having similar values of a property to identify a contiguous group of voxels having similar values using a contiguity evaluation process. "By establishing a suitable threshold, a simple comparison of the signal intensity of each voxel with the threshold |

13

| U.S. 5,905,806 (Eberhard) Claim 5 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| | readily distinguishes those voxels associated with the bone rather than the soft tissue." (Frazee, Col. 2 lines 25-30, emphasis added). Further, Frazee discloses comparing a voxel to it its neighboring voxels (i.e. in the same plane and in the planes above and below a given voxel) "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., adjacent to the seed, in a predefined direction) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., falling within the same threshold range) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br><br>Takahashi discloses that voxels in the plane above and the plane below can be used to evaluate contiguity. "Each pixel is also three-dimensionally checked to determine if it is connected to pixels identified with other connected components" (Takahashi, Col. 1 lines 49-52, emphasis added).<br><br>Thus, it would have been obvious to utilize the techniques of Frazee and Takahashi with Kotowski. As a result, Kotowski in view of Frazee and Takahashi discloses identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity because the density image of Kotowski can be constructed with the 3D thresholding and mapping techniques known in the art. |
| "identifying said contiguous group of voxels as potentially containing said object if a characteristic of said contiguous group has a predetermined value, wherein said three-dimensional volume includes luggage contents." | Kotowski discloses that the "processor may also examine the density image which it computes, so as to automatically determine if there are any explosives in the container." (Kotowski Col. 5 lines 28-30, emphasis added). As discussed with respect to claim 1, Frazee discloses using voxels within a threshold range to compute a density image. "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., adjacent to the seed, in a predefined direction) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., falling within the same threshold range) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br><br>Thus, Kotowski discloses identifying said contiguous group of voxels as potentially containing said object if a characteristic of said contiguous group has a predetermined value, wherein said three-dimensional volume includes luggage contents. |

14

Therefore, based on the above discussion, claim 5 is obvious and therefore unpatentable under 35 U.S.C. §103.

| U.S. 5,905,806 (Eberhard) Claim 6 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| "An apparatus to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, wherein the explosive is smaller in at least one dimension than a linear dimension of the voxels, the apparatus comprising:" | Kotowski discloses to ascertain the presence of an explosive. "The processor may also search for, and raise an alarm if it detects, a sufficient volume of material with a mass density indicative of an explosive." (Kotowski Abstract). <br><br> Eberhard discusses using a priori knowledge to modify the range densities (i.e. thresholds) identified with potential explosives to detect explosives that are smaller than a linear dimension of the voxels (Eberhard Col. 3 lines 63-66). For example, a voxel that is 100% full of explosives will have a density of 1.5 gm/cc, and correspondingly, a voxel that is 20% full of explosives will have a density of 0.3 gm/cc (Eberhard FIGS. 1 and 2). <br><br> Kotowski discloses that the "processor may also examine the <u>density image</u> which it computes, so as to automatically determine if there are any explosives in the container." (Kotowski Col. 5 lines 28-30, emphasis added). Further, Kotowski discloses other applications for the invention such as "inspection of closed containers to count, inventory or measure their contents, including fluid contents." (Kotowski Col. 7 lines 60-61). The different materials disclosed in Kotowski may have different mass densities (i.e. threshold values). "It is generally well known in the art that explosives generally have mass density between about 1.2 and 1.8 gm/cc. In contrast, bulk materials found in luggage, clothing, liquids, paper, and the like generally have a mass density less than about 1 gm/cc;" (Kotowski Col. 2 lines 63-68). Accordingly, Kotowski discloses a method for automatically detecting objects based on a density image created for a specific threshold. <br><br> Frazee discloses using voxels within a threshold range to compute a density image. "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., <u>adjacent</u> to the seed, in a <u>predefined direction</u>) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., <u>falling within the same threshold range</u>) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added). <br><br> Accordingly, it would have been obvious for a person skilled in the art at the time of Kotowski to look to Frazee to establish a priori threshold range to construct the density image disclosed in Kotowski. <br><br> Thus, it would have been obvious to utilize the technique of Frazee with |

| U.S. 5,905,806 (Eberhard) Claim 6 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| | Kotowski. As a result, Kotowski in view of Frazee discloses an apparatus to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, wherein the explosive is smaller in at least one dimension than a linear dimension of the voxels because the density image of Kotowski can be constructed using the thresholding techniques known in the art . |
| "a scanner to scan the three-dimensional volume; and" | See Kotowski FIG. 2, a detailed view of an incident x-ray beam and a sensor for scattered energy (i.e. a scattering volume is a voxel). |
| "a processor which includes<br><br>(1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for | "[T]he processor 208 may also examine the density image which it computes, so as to automatically determine if there are any explosives within the container 101. In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm³. If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 28-39).<br><br>The art of 3D mapping and thresholding was well known at the time of Kotowski. It is common knowledge that x-ray based medical imaging provides established methods to detect suspicious volumes in 3D objects. Therefore, a skilled person would have sufficient prompt to consider prior art from the field of medical imaging when looking for details of how to detect suspicious volumes in a piece of luggage. More specifically, the relationship between medical imaging and baggage inspection is further identified within the specification of the Eberhard patent. "General background on CT scanning, hardware, and signal processing may be found in... *Image Reconstruction From projections*, Gabor T. Herman (Academic press 1980). The entire contents of these publications are incorporated herein by reference." (Eberhard, Col. 3 lines 43-53). The Gabor T. Herman reference is devoted to the fundamentals of image reconstruction in the medical field (Herman, Preface). For at least these reasons, a skilled person would look to the techniques of image construction available in the field of medical imaging to calculate a density image in a baggage inspection system.<br><br>Therefore, it would have been obvious to one skilled in the art at the time of Kotowski to look to the field of medical image reconstruction to create the density image disclosed in Kotowski. |

16

| U.S. 5,905,806 (Eberhard) Claim 6 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| contiguity; and<br><br>(2) an explosive identification module to identify said contiguous group of voxels as potentially containing said explosive if a characteristic of said contiguous group has a predetermined value. | Frazee discloses a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of a property to identify a contiguous group of voxels having similar values using a contiguity evaluation process . "By establishing a suitable threshold, a simple comparison of the signal intensity of each voxel with the threshold readily distinguishes those voxels associated with the bone rather than the soft tissue." (Frazee, Col. 2 lines 25-30, emphasis added). Further, Frazee discloses comparing a voxel to it its neighboring voxels (i.e. in the same plane and in the planes above and below a given voxel) "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., adjacent to the seed, in a predefined direction) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., falling within the same threshold range) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br><br>Takahashi discloses that voxels in the plane above and the plane below can be used to evaluate contiguity. "Each pixel is also three-dimensionally checked to determine if it is connected to pixels identified with other connected components" (Takahashi, Col. 1 lines 49-52, emphasis added).<br><br>Thus it would have been obvious to utilize the techniques of Frazee and Takahashi with Kotowski. As a result, Kotowski in view of Frazee and Takahashi discloses a processor including:<br><br>(1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and<br><br>(2) an explosive identification module to identify said contiguous group of voxels as potentially containing said explosive if a characteristic of said contiguous group has a predetermined value.<br><br>because the density image of Kotowski can be constructed with the 3D thresholding and mapping techniques known in the art. |

Therefore, based on the above discussion, claim 6 is obvious and therefore unpatentable under 35 U.S.C. §103.

| U.S. 5,905,806 (Eberhard) Claim 8 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| "An apparatus to ascertain the presence of an object in a three-dimensional volume represented by a plurality of voxels, wherein the object is smaller in at least one dimension than a linear dimension of the voxels, the apparatus comprising" | Eberhard discusses using a priori knowledge to modify the range densities (i.e. thresholds) identified with potential explosives to detect explosives that are smaller than a linear dimension of the voxels (Eberhard Col. 3 lines 63-66). For example, a voxel that is 100% full of explosives will have a density of 1.5 gm/cc, and correspondingly, a voxel that is 20% full of explosives will have a density of 0.3 gm/cc (Eberhard FIGS. 1 and 2).<br><br>Kotowski discloses that the "processor may also examine the <u>density image</u> which it computes, so as to automatically determine if there are any explosives in the container." (Kotowski Col. 5 lines 28-30, emphasis added). Further, Kotowski discloses other applications for the invention such as "inspection of closed containers to count, inventory or measure their contents, including fluid contents." (Kotowski Col. 7 lines 60-61). The different materials disclosed in Kotowski may have different mass densities (i.e. threshold values). "It is generally well known in the art that explosives generally have mass density between about 1.2 and 1.8 gm/cc. In contrast, bulk materials found in luggage, clothing, liquids, paper, and the like generally have a mass density less than about 1 gm/cc;" (Kotowski Col. 2 lines 63-68). Accordingly, Kotowski discloses a method for automatically detecting objects based on a density image created for a specific threshold.<br><br>Frazee discloses using voxels within a threshold range to compute a density image. "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., <u>adjacent</u> to the seed, in a <u>predefined direction</u>) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., <u>falling within the same threshold range</u>) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br><br>Accordingly, it would have been obvious for a person skilled in the art at the time of Kotowski to look to Frazee to establish a priori threshold range to construct the density image disclosed in Kotowski.<br><br>Thus, it would have been obvious to utilize the technique of Frazee with Kotowski. As a result, Kotowski in view of Frazee discloses an apparatus to ascertain the presence of an object in a three-dimensional volume represented by a plurality of voxels, wherein the object is smaller in at least one dimension than a linear dimension of the voxels because the density image of Kotowski can be constructed using the thresholding techniques known in the art. |
| "a scanner to scan the three- | See Kotowski FIG. 2, a detailed view of an incident x-ray beam and a |

18

| U.S. 5,905,806 (Eberhard) Claim 8 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| dimensional volume; and" | sensor for scattered energy (i.e. a scattering volume is a voxel). |
| "a processor which includes<br><br>(1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | "[T]he processor 208 may also examine the density image which it computes, so as to automatically determine if there are any explosives within the container 101. In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm$^3$. If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 28-39).<br><br>The art of 3D mapping and thresholding was well known at the time of Kotowski. It is common knowledge that x-ray based medical imaging provides established methods to detect suspicious volumes in 3D objects. Therefore, a skilled person would have sufficient prompt to consider prior art from the field of medical imaging when looking for details of how to detect suspicious volumes in a piece of luggage. More specifically, the relationship between medical imaging and baggage inspection is further identified within the specification of the Eberhard patent. "General background on CT scanning, hardware, and signal processing may be found in… *Image Reconstruction From projections*, Gabor T. Herman (Academic press 1980). The entire contents of these publications are incorporated herein by reference." (Eberhard, Col. 3 lines 43-53). The Gabor T. Herman reference is devoted to the fundamentals of image reconstruction in the medical field (Herman, Preface). For at least these reasons, a skilled person would look to the techniques of image construction available in the field of medical imaging to calculate a density image in a baggage inspection system.<br><br>Therefore, it would have been obvious to one skilled in the art at the time of Kotowski to look to the field of medical image reconstruction to create the density image disclosed in Kotowski. |
| (2) an object identification module to identify said contiguous group of voxels as potentially containing said object if a | Frazee discloses a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process. "By establishing a suitable <u>threshold</u>, a simple <u>comparison</u> of the signal intensity of each voxel with the threshold readily distinguishes those voxels associated with the bone rather than the soft tissue." (Frazee, Col. 2 lines 25-30, emphasis added). Further, Frazee |

19

| U.S. 5,905,806 (Eberhard) Claim 8 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| characteristic of said contiguous group has a predetermined value, wherein said three-dimensional volume includes luggage contents. | discloses comparing a voxel to it its neighboring voxels (i.e. in the same plane and in the planes above and below a given voxel) "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., adjacent to the seed, in a predefined direction) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., falling within the same threshold range) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).

Takahashi discloses that voxels in the plane above and the plane below can be used to evaluate contiguity. "Each pixel is also three-dimensionally checked to determine if it is connected to pixels identified with other connected components" (Takahashi, Col. 1 lines 49-52, emphasis added).

Thus, it would have been obvious to utilize the techniques of Frazee and Takahashi with Kotowski. As a result, Kotowski in view of Frazee and Takahashi discloses a processor including:

(1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and

(2) an object identification module to identify said contiguous group of voxels as potentially containing said object if a characteristic of said contiguous group has a predetermined value, wherein said three-dimensional volume includes luggage contents.

because the density image of Kotowski can be constructed with the 3D thresholding and mapping techniques known in the art. |

Therefore, based on the above discussion, claim 8 is obvious and therefore unpatentable under 35 U.S.C. §103.

| U.S. 5,905,806 (Eberhard) Claim 9 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| "A method to ascertain the presence of an | Kotowski discloses a method to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels. "The processor may also search for, and raise an alarm if it detects, a sufficient |

| U.S. 5,905,806 (Eberhard) Claim 9 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| explosive in a three-dimensional volume represented by a plurality of voxels, the method comprising the steps of: " | volume of material with a mass density indicative of an explosive." (Kotowski Abstract).<br><br>"the processor 208 may compute a density of the first slice 111 (and also each successive slice 111) one scattering volume 201 at a time." (Kotowski Col. 5 lines 39-41, emphasis added). |
| "radiation scanning the three-dimensional volume to determine a property of each of a plurality of voxels representing the three-dimensional volume;" | Kotowski discloses that "the processor 208 may compute a density of the first slice 111 (and also each successive slice 111) one scattering volume 201 at a time." (Kotowski Col. 5 lines 39-41, emphasis added).<br><br>See Kotowski FIG. 2, a detailed view of an incident x-ray beam and a sensor for scattered energy (i.e. a scattering volume is a voxel).<br><br>Thus, Kotowski discloses radiation scanning the three-dimensional volume to determine a property of each of a plurality of voxels (i.e. scattering volumes) representing the three-dimensional volume. Further, Kotowski also discusses alternative configurations for accommodating a three-dimensional objects: "[f]or example, the x-ray source 109 and the sensors might be swept in an arc around the container 101." (Kotowski Col. 7 lines 17-19). |
| "identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and" | "[T]he processor 208 may also examine the density image which it computes, so as to automatically determine if there are any explosives within the container 101. In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm$^3$. If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 28-39).<br><br>The art of 3D mapping and thresholding was well known at the time of Kotowski. It is common knowledge that x-ray based medical imaging provides established methods to detect suspicious volumes in 3D objects. Therefore, a skilled person would have sufficient prompt to consider prior art from the field of medical imaging when looking for details of how to detect suspicious volumes in a piece of luggage. More specifically, the relationship between medical imaging and baggage inspection is further identified within the specification of the Eberhard patent. "General background on CT scanning, hardware, and signal processing may be found in… *Image Reconstruction From projections*, Gabor T. Herman |

21

| U.S. 5,905,806 (Eberhard) Claim 9 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
|  | (Academic press 1980). The entire contents of these publications are incorporated herein by reference." (Eberhard, Col. 3 lines 43-53). The Gabor T. Herman reference is devoted to the fundamentals of image reconstruction in the medical field (Herman, Preface). For at least these reasons, a skilled person would look to the techniques of image construction available in the field of medical imaging to calculate a density image in a baggage inspection system.<br><br>Therefore, it would have been obvious to one skilled in the art at the time of Kotowski to look to the field of medical image reconstruction to create the density image disclosed in Kotowski.<br><br>Frazee discloses identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process. "By establishing a suitable <u>threshold</u>, a simple <u>comparison</u> of the signal intensity of each voxel with the threshold readily distinguishes those voxels associated with the bone rather than the soft tissue." (Frazee, Col. 2 lines 25-30, emphasis added). Further, Frazee discloses comparing a voxel to it its neighboring voxels (i.e. in the same plane above and in the planes above and below a given voxel) "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., <u>adjacent</u> to the seed, in a <u>predefined direction</u>) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., <u>falling within the same threshold range</u>) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br><br>Takahashi discloses that voxels in the plane above and the plane below can be used to evaluate contiguity. "Each pixel is also <u>three-dimensionally</u> checked to determine if it is connected to pixels identified with other connected components" (Takahashi, Col. 1 lines 49-52, emphasis added).<br><br>Thus, it would have been obvious to utilize the techniques of Frazee and Takahashi with Kotowski. As a result, Kotowski in view of Frazee and Takahashi discloses identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity because the density image of Kotowski can be constructed with the 3D thresholding and mapping techniques known in the art. |
| "identifying said contiguous group of | "[T]he processor 208 may also examine the density image which it computes, so as to automatically determine if there are any explosives |

| U.S. 5,905,806 (Eberhard) Claim 9 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| voxels as potentially containing said explosive based on a characteristic of said contiguous group." | within the container 101. In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm$^3$. If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 28-39). <br><br> Thus, Kotowski discloses identifying said contiguous group of voxels as potentially containing said explosive based on a characteristic of said contiguous group. |

Therefore, based on the above discussion, claim 9 is obvious and therefore unpatentable under 35 U.S.C. §103.

| U.S. 5,905,806 (Eberhard) Claim 10 | §103 Prior Art (Kotowski, Frazee & Takahashi) |
|---|---|
| "An apparatus to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, the apparatus comprising:" | "This invention related to inspection of luggage and other closed containers." (Kotowski Col. 1 lines 6-7). <br><br> "If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski Col. 6 lines 34-38). |
| "a scanner to scan the three-dimensional volume; and" | See Kotowski FIG. 2, a detailed view of an incident x-ray beam and a sensor for scattered energy (i.e. a scattering volume is a voxel). |
| "a processor which includes <br><br> (1) a contiguity identification module to | "[T]he processor 208 may also examine the density image which it computes, so as to automatically determine if there are any explosives within the container 101. In a preferred embodiment, the processor may search the density image for regions whose density is substantially between about 1.2 and 1.8 g/cm$^3$. If a sufficient volume (or a sufficient mass) of material with a mass density indicative of an explosive, the |

23

| | |
|---|---|
| determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | processor 208 may indicate an alarm to that effect (such as by a light or buzzer), so that an operator may perform a more detailed inspection." (Kotowski, Col. 6 lines 28-39).<br><br>The art of 3D mapping and thresholding was well known at the time of Kotowski. It is common knowledge that x-ray based medical imaging provides established methods to detect suspicious volumes in 3D objects. Therefore, a skilled person would have sufficient prompt to consider prior art from the field of medical imaging when looking for details of how to detect suspicious volumes in a piece of luggage. More specifically, the relationship between medical imaging and baggage inspection is further identified within the specification of the Eberhard patent. "General background on CT scanning, hardware, and signal processing may be found in… *Image Reconstruction From projections*, Gabor T. Herman (Academic press 1980). The entire contents of these publications are incorporated herein by reference." (Eberhard, Col. 3 lines 43-53). The Gabor T. Herman reference is devoted to the fundamentals of image reconstruction in the medical field (Herman, Preface). For at least these reasons, a skilled person would look to the techniques of image construction available in the field of medical imaging to calculate a density image in a baggage inspection system.<br><br>Therefore, it would have been obvious to one skilled in the art at the time of Kotowski to look to the field of medical image reconstruction to create the density image disclosed in Kotowski. |
| (2) an explosive identification module to identify said contiguous group of voxels as potentially containing said explosive based on a characteristic of said contiguous group." | Frazee discloses a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process. "By establishing a suitable <u>threshold</u>, a simple <u>comparison</u> of the signal intensity of each voxel with the threshold readily distinguishes those voxels associated with the bone rather than the soft tissue." (Frazee, Col. 2 lines 25-30, emphasis added). Further, Frazee discloses comparing a voxel to it its neighboring voxels (i.e. in the same plane and in the planes above and below a given voxel) "A voxel is connected to the seed if and only if (1) the voxel is a neighbor (i.e., <u>adjacent</u> to the seed, in a <u>predefined direction</u>) or a neighbor of another connected voxel, and (2) the voxel shares a specified property (e.g., <u>falling within the same threshold range</u>) with the seed voxel." (Frazee, Col. 2 lines 49-53, emphasis added).<br><br>Takahashi discloses that voxels in the plane above and the plane below can be used to evaluate contiguity. "Each pixel is also <u>three-dimensionally</u> checked to determine if it is connected to pixels identified with other |

connected components" (Takahashi, Col. 1 lines 49-52, emphasis added).

Thus, it would have been obvious to utilize the techniques of Frazee and Takahashi with Kotowski. As a result, Kotowski in view of Frazee and Takahashi discloses a processor including:

(1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and

(2) an explosive identification module to identify said contiguous group of voxels as potentially containing said explosive if a characteristic of said contiguous group has a predetermined value.

because the density image of Kotowski can be constructed with the 3D thresholding and mapping techniques known in the art.

Therefore, based on the above discussion, claim 10 is obvious and therefore unpatentable under 35 U.S.C. §103.

### III.    Statement of Substantial New Questions of Patentability

The Kotowski, Frazee and Takahashi patents were not of record in the file history of the Eberhard patent. Claims 1-3, 5, 6 and 8-10 in the Eberhard patent are obvious on the basis of, Kotowski in view of Frazee, in further view of Takahashi, under sections 35 U.S.C. §103. For at least these reasons, a substantial new question of patentability is raised.

Respectfully Submitted,

T.J. Clark, Esq. (Reg. No. 54,039)
Attorney for Requester
c/o MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO, P.C.
Telephone  617/542-6000
Facsimile   617/542-2241
**Customer No. 30623**

Dated:  July 29, 2005

25

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this request has been served in its entirety on the patent owner as provided in 37 CFR. 1.33(c). The name and address of the parties served, the date of service, and the method of service are:

1) Randy J. Pritzger, Esq.

WOLF GREENFIELD & SACKS, P.C.

FEDERAL RESERVE PLAZA

600 ATLANTIC AVENUE

BOSTON MA 02210

Date of Service:  July 29, 2005

Method of Service:  First Class Mail

Respectfully submitted,

T.J. Clark
Reg. No. 54,039
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo P.C.
1 Financial Center
Boston, MA 02111

Dated: July 29, 2005

TRA2057033