# EXHIBIT J



# United States Patent and Trademark Office

*Performance and Accountability Report*

*for Fiscal Year 2004*

| TABLE 13A | EX PARTE REEXAMINATION (FY 2000 - FY 2004) | | | | |
|---|---|---|---|---|---|
| **ACTIVITY** | **2000** | **2001** | **2002** | **2003** | **2004** |
| **Requests filed, total** | **318** | **296** | **272** | **392** | **441** |
| By patent owner | 137 | 144 | 121 | 136 | 166 |
| By third party | 172 | 150 | 140 | 239 | 268 |
| Commissioner ordered | 9 | 2 | 11 | 17 | 7 |
| **Determinations on requests, total** | **338** | **342** | **272** | **381** | **419** |
| Requests granted: | | | | | |
| By examiner | 320 | 263 | 262 | 360 | 408 |
| By petition | 2 | 2 | 1 | 1 | 0 |
| Requests denied | 16 | 77 | 9 | 20 | 11 |
| **Requests known to have related litigation** | **80** | **80** | **52** | **109** | **138** |
| **Filings by discipline, total** | **318** | **296** | **272** | **392** | **441** |
| Chemical | 96 | 90 | 87 | 124 | 130 |
| Electrical | 103 | 89 | 78 | 118 | 156 |
| Mechanical | 119 | 117 | 107 | 150 | 155 |

| TABLE 13B | INTER PARTES REEXAMINATION (FY 2001 - FY 2004) | | | |
|---|---|---|---|---|
| **ACTIVITY** | **2001** | **2002** | **2003** | **2004** |
| **Requests filed, total** | **1** | **4** | **21** | **27** |
| **Determinations on requests, total** | **-** | **5** | **20** | **25** |
| Requests granted: | - | 5 | 18 | 25 |
| By examiner | - | - | 18 | 25 |
| By petition | - | - | - | |
| Requests denied | - | - | 2 | |
| **Requests known to have related litigation** | **-** | **-** | **4** | **5** |
| **Filings by discipline, total** | **1** | **4** | **21** | **27** |
| Chemical | 1 | 2 | 3 | 6 |
| Electrical | - | - | 7 | 7 |
| Mechanical | - | 2 | 11 | 14 |