# EXHIBIT L



**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

**Robert M. Abrahamsen**
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256

August 3, 2005

*Via Hand Delivery*

Michael T. Renaud, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111

Re: L-3 Communications Security and Detection System, Inc. v. Reveal Imaging Technologies, Inc., C.A. No. 04-11884-NG
Our File No. L0632.60004US00

Dear Mike:

Enclosed are documents bearing production numbers L25622 – 27191. All of these documents have been designated as HIGHLY-CONFIDENTIAL under the Protective Order, and should be treated accordingly.

Very truly yours,

WOLF, GREENFIELD & SACKS, P.C.

Robert M. Abrahamsen

RMA/jhj
Enclosures