IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## L-3'S MOTION TO FILE A MEMORANDUM IN EXCESS 20 PAGES

Pursuant to Local Rule 7.1(b)(4), plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), requests leave to file a memorandum in excess of 20 pages in support of its Motion for Preliminary Injunction. A copy of L-3's memorandum is being filed along with this motion. In support of this motion, L-3 states that its Motion for Preliminary Injunction involves an analysis of a number of fact-intensive issues including the infringement and validity of certain patent claims, the irreparable harm L-3 will suffer if Reveal is not immediately enjoined, the balance of the harms between the parties, and the impact on the public interest.

924362.1

- 2 -

> Respectfully submitted,
>
> L-3 COMMUNICATIONS SECURITY
> AND DETECTION SYSTEMS, INC.,
>
> By its attorneys,

August 9, 2005

/s/ Michael A. Albert_____
Michael A. Albert, BBO #558566
James J. Foster, BBO #553285
Robert M. Abrahamsen, BBO #636635
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.646.8000
Fax: 617.646.8646
malbert@wolfgreenfield.com

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and Reveal has indicated it would not assent to this motion.

/s/ Robert M. Abrahamsen