THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), respectfully moves this Court under Fed. R. Civ. P. 65 and 35 U.S.C. § 283 for entry of an injunction enjoining Defendant, Reveal Imaging Technologies, Inc. ("Reveal"), and its officers, agents employees, attorneys, servants, and all those persons in active concert or participation with them who receive actual notice of the injunction, by personal service or otherwise, from making, using, selling or offering for sale in the United States, or importing into the United States, the explosives detection system known as the "CT-80."

The grounds for this motion are contained in the accompanying memorandum of law. L-3 requests that Reveal be required to file its opposition to this motion on or before August 15, 2005.

923164.1

- 2 -

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., |
|  | By its attorneys, |
| August 9, 2005 | /s/ Michael A. Albert_____<br>Michael A. Albert, BBO #558566<br>James J. Foster, BBO #553285<br>Robert M. Abrahamsen, BBO #636635<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.: 617.646.8000<br>Fax: 617.646.8646<br>malbert@wolfgreenfield.com |

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and Reveal has indicated it would not assent to this motion.

/s/ Robert M. Abrahamsen