THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## [PROPOSED] REPORT AND RECOMMENDATION ON L-3'S MOTION FOR PRELIMINARY INJUNCTION

Before this Court is L-3 Communications Security and Detection Systems, Inc.'s ("L-3") motion for a preliminary injunction. This Court has received and considered briefs from both sides, and has heard and considered argument from both sides at a hearing held on _____, 2005. In light of the record before this Court, it is recommended that the Court issue the following Order that:

A.  Reveal, and all affiliates, subsidiaries, parent companies, employees, agents, officers, directors, attorneys, successors and assigns, and all those acting on behalf of or in active concert and participation with any of them, are preliminarily enjoined from making, using, selling or offering for sale in the United States, or importing into the United States, any CT-80 EDS system.

B.  L-3 shall post a bond in the amount of $50,000 as security pursuant to Fed. R. Civ. P. 65.

Dated:_____              _____
                                       Judge Judith Gail Dein
                                       United States Magistrate Judge

923194.1