IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## L-3'S MOTION FOR EXPANDED AND EXPEDITED DISCOVERY

Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), moves for entry of an Order allowing the parties to engage in any discovery allowed by the Federal Rules of Civil Procedure, and further providing for expedited discovery on all issues pertinent to L-3's motion for a preliminary injunction. The grounds for this motion are contained in the accompanying memorandum of law.

924262.1

- 2 -

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., |
|  | By its attorneys, |
| August 9, 2005 | /s/ Michael A. Albert_____<br>Michael A. Albert, BBO #558566<br>James J. Foster, BBO #553285<br>Robert M. Abrahamsen, BBO #636635<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.: 617.646.8000<br>Fax: 617.646.8646<br>malbert@wolfgreenfield.com |

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and Reveal has indicated it would not assent to this motion.

/s/ Robert M. Abrahamsen