THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## [PROPOSED] ORDER FOR EXPANDED AND EXPEDITED DISCOVERY

The restrictions contained in paragraph 1 of the Court's Order of March 8, 2005 concerning "damages discovery" are hereby lifted. Both parties may now engage in any discovery allowed by the Federal Rules of Civil Procedure.

The Court Orders that expedited discovery on L-3's motion for preliminary injunction proceed as follows:

    1.    Either party may serve requests for documents related to L-3's motion for a preliminary injunction.

    2.    Each party shall respond to such requests for documents within ___ business days.

    3.    Either party may take depositions related to L-3's motion for a preliminary injunction. The parties shall make reasonable efforts to expedite the scheduling of such depositions.

Dated: August __, 2005

                                                                                                    _____
                                                                                                    Judge Judith Gail Dein
                                                                                                    United States Magistrate Judge

924267.1