UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-11884-NG (Magistrate Judge Judith Gail Dein) |
| v. | ) ) | |
| REVEAL IMAGING TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

## REVEAL'S NOTICE OF PATENT OFFICE DECISION TO ORDER REEXAMINATION OF '393 PATENT

Reveal Imaging Technologies, Inc. ("Reveal") filed its Motion to Stay Pending Reexamination of the Patents in Suit on August 4, 2005. In that motion, Reveal stated that the decision by the United States Patent and Trademark Office ("PTO") on whether to reexamine the first of the L-3 patents that were the subject of Reveal's request for reexamination was due on or about August 27, 2005. The PTO has now ordered the reexamination of U.S. Patent No. 5,642,393 ("the '393 patent"), which is one of six patents asserted by L-3 in this litigation. The PTO found that a "substantial new question of patentability affecting claims 1–39 of [the '393 patent] to Krug et al. is raised by the request for reexamination" in view of the Peschmann prior art reference (U.S. Patent No. 5,367,552). A copy of the notice from the PTO is attached hereto as Exhibit A.

The PTO has not yet ruled on Reveal's request that it reexamine the other five (5) L-3 patents that have been asserted by L-3. Reveal respectfully submits that the fact that the PTO will reexamine at least one of the patents at issue in this litigation further supports the bases for Reveal's Motion to Stay.

    Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.,**

By its attorneys,

Dated: August 10, 2005

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000