# EXHIBIT A

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/007,561 | 5642393 |
| | Examiner | Art Unit |
| | Chih-Cheng Glen Kao | 2882 |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>27 May 2005</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892,   b)☒ PTO-1449,   c)☐ Other: _____

1. ☒ The request for *ex parte* reexamination is GRANTED.

    RESPONSE TIMES ARE SET AS FOLLOWS:

    For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

    For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐ The request for *ex parte* reexamination is DENIED.

    This decision is not appealable (35 U.S.C. 303(c)). Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181 ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE REGULATIONS UNDER 37 CFR 1.183.**

    In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

    a) ☐ by Treasury check or,

    b) ☐ by credit to Deposit Account No. _____, or

    c) ☐ by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

cc:Requester ( if third party requester )

Date of Deposit: April 15, 2005                                                                                  Page 1 of 1

Please type a plus sign (+) in this box  [ + ]

PTO/SB (12-97)
Approved for use through 9/30/00. OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Modified Form 1449/PTO | | | | Application Number | 08/533,956 (Patent No. 5,642,393) |
|---|---|---|---|---|---|
| | | | | Filing Date | September 26, 1995 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | | First Named Inventor | Kristoph D. Krug |
| | | | | Group Art Unit | ~~2506~~ 2882 |
| | | | | Examiner Name | ~~David P. Porta~~ Kao |
| (use as many sheets as necessary) | | | | Attorney Docket Number | 03375/010001 |

### U.S. PATENT DOCUMENTS

| Exam Initials | Cite No. | U.S. Patent Document No. | Issue Date | Name of Patentee(s) or Applicant(s) | Class | Sub Class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| ck | A1 | 4,751,722 | 6/14/88 | Harding et al. | 378 | 006 | 5/29/87 |
| ck | A2 | 5,182,764 | 1/26/93 | Peschmann et al. | 378 | 057 | 10/3/91 |
| ck | A3 | 5,367,552 | 11/22/94 | Peschmann | 378 | 057 | 1/21/93 |

### FOREIGN PATENT DOCUMENTS

| Exam Initials | Cite No. | Foreign Patent Document Office Number | Name of Patentee(s) or Applicant(s) | Date of Publication | Translation Yes | No |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER PRIOR ART—NON PATENT LITERATURE DOCUMENTS

| Exam Initials | Cite No. | Name of Author, Title (when appropriate), Publication, Volume, Page(s), Date, Etc. |
|---|---|---|
| | | |

* copies of these references are not provided as they were previously cited by or submitted to the office in a prior application, U.S.S.N. _____, filed _____, which is a continuation-in-part of U.S.S.N. _____, filed _____, and relied upon for an earlier filing date under 35 U.S.C. §120 (continuation, continuation-in-part, and divisional applications).

| Examiner Signature | ck | Date Considered | 7/25/05 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.

Include copy of this form with next communication to applicant.

TRA 2026549v1

Application/Control Number: 90/007,561                                                                                      Page 2
Art Unit: 2882

DECISION

A substantial new question of patentability affecting claims 1-39 of United States Patent Number 5,642,393 to Krug et al. is raised by the request for reexamination.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, Office policy requires that reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)) and provides for extensions of time in reexamination proceedings as set forth in 37 CFR 1.550(c).

The request indicates that Requester considers that claims 1-3, 5-13, 15-17, 19-24, 26-29, and 31-39 are anticipated under 35 U.S.C. 102 in view of Peschmann (US Patent 5,367,552).

The request further indicates that Requester considers that claims 4, 9, 14, 18, 25, and 30 are unpatentable under 35 U.S.C. 103 in view of Peschmann.

It is agreed that the consideration of Peschmann raises a substantial new question of patentability as to at least claim 1 of the Krug et al. patent. As pointed out on pages 8-14 of the request, Peschmann teaches an inspection system for detecting a specific material of interest in items of baggage or packages (abstract), comprising: a multi-view (col. 9, lines 39-42) X-ray inspection probe (fig. 1a, #24) and a directional, material sensitive probe (fig. 6). This teaching by Peschmann of a multi-view X-ray inspection probe and a directional, material sensitive probe was not present in the prosecution of the application, which became the Krug et al. patent. Further, there is a substantial likelihood that a reasonable examiner would consider this teaching

Application/Control Number: 90/007,561 Page 3
Art Unit: 2882

important in deciding whether or not the claim is patentable. Accordingly, Peschmann raises a substantial new question of patentability as to at least claim 1, which question has not been decided in a previous examination of the Krug et al. patent.

Claims 1-39 of the Krug et al. patent will be reexamined.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Chih-Cheng Glen Kao whose telephone number is (571) 272-2492. The examiner can normally be reached on M - F (9 am to 5 pm).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ed Glick can be reached on (571) 272-2490. The fax phone number for the organization where this application or proceeding is assigned is 703-872-9306.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Chih-Cheng Glen Kao

Technology Center 2800

EDWARD J. GLICK
SUPERVISORY PATENT EXAMINER