# EXHIBIT D

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPT.
OF THE TRIAL COURT

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS CORPORATION
DELAWARE,

Plaintiff,

v.

REVEAL IMAGING TECHNOLOGIES, INC.,
MICHAEL ELLENBOGEN, RICHARD BIJJANI,
JAMES BUCKLEY, BRUCE LEE, JOHN
SANDERS and ELAN SCHEINMAN,

Defendants.

BUSINESS LITIGATION
SESSION C.A. NO. 03-5810-BLS
(Judge van Gestel)

## AFFIDAVIT OF NORBERT J. PELC

I, Norbert J. Pelc, hereby depose and state as follows:

1.     I am Professor of Radiology and Bioengineering at Stanford University.

2.     I earned a bachelor's degree in Applied Mathematics, Engineering and Physics
from the University of Wisconsin in 1974, and master's and doctoral degrees in Medical
Radiological Physics from Harvard University in 1976 and 1979, respectively.

3.     Prior to my employment at Stanford University, I worked at GE Medical Systems,
where I was a key contributor to GE's development of advanced imaging products, including
Computed Tomography (CT), Magnetic Resonance Imaging (MRI), and digital x-ray
technology.  I was awarded the Steinmetz Award by GE for my many contributions in this field.

4.     From 1982 through 1990, while principally employed by GE, I was also an
Assistant Clinical Professor of Radiology at the Medical College of Wisconsin and involved in

-1-

education programs there.

     5.     I have more than 30 years of experience in the technology of x-ray and Computed Tomography (CT) imaging.

     6.     I am the inventor of 67 U.S. patents, all in the imaging field and 21 of which are in CT and x-ray imaging.

     7.     I am the author of more than 400 papers and abstracts, all in the imaging field. I have served on the review and editorial boards of leading peer reviewed journals including journals dealing with x-ray imaging and CT, and have served as a grant reviewer for the National Institutes of Health (NIH), the Veterans' Administration (VA), the Whitaker Foundation, and the Medical Research Council of Canada, including grant applications in x-ray imaging and CT.

     8.     I am a fellow of the International Society of Magnetic Resonance in Medicine.

     9.     I am currently a member of the National Advisory Council of the National Institute of Biomedical Imaging and Bioengineering of the NIH.

     10.     I have won numerous awards for my research in the development of advanced imaging technology.

### Computed Tomography (CT)

     11.     Conventional x-ray imaging produces images in which the 3-dimensional item being examined (*e.g.,* a suitcase) is projected onto a plane forming a 2-dimensional image. Details of the item can be seen, especially if they have a very different density from other nearby or surrounding structures. Often, however, detection of objects of interest (*e.g.,* an explosive) can be obscured by the fact that other structures that are actually above or below the object of interest but in the same x-ray path are superimposed over each other in the x-ray image. Computed Tomography is a technique that solves this problem. It produces images of cross-

-2-

sections through the item (*e.g.*, the suitcase), often called slices, in which objects that would be superimposed in a conventional image are separated. For this reason, CT systems have been more successful for automated Explosive Detection Systems (EDS) than conventional projection x-ray systems. CT can produce an image of the distribution of x-ray attenuation in a slice by measuring the transmission of x-rays through the slice from all directions, as will be more fully described below.

     12.     The first commercial CT systems were developed in the early 1970's. During the early period of rapid technical changes, the term "generation" was used to describe systems with different arrangement and required motion of the x-ray source and detectors.

     13.     The most common CT system design is the so-called "third generation" design, in which an x-ray source and an array of x-ray detectors are mounted on a rotating gantry. Figure 1 shows a drawing of a generic third-generation CT system.



**Figure 1**: Components in a so-called "third generation" CT system. θ is the fan-angle of the fan beam.

     14.     The system has a radiation source, typically an x-ray source, mounted on a

"gantry." The output of the x-ray source is restricted, or "collimated" to a fan beam whose width

is large enough to cover the largest object that might be imaged, but which is relatively thin (1-

20 mm) in the direction perpendicular to the plane of the drawing. The size of the largest object

that can be imaged is determined in part by the "fan angle" of the fan beam, designated θ. The

x-ray intensity transmitted through the object (not shown) at different positions within the fan

beam is detected by an array of typically hundreds of detector elements.

      15.     In a typical system, each detector element includes a scintillator that converts the

x-rays into light, and a photodiode that converts the light into an electrical signal.

      16.     Often, detector elements are assembled into modules, each with on the order of

16-64 detector elements. The module might also include a circuit board with the electronics that

amplify and digitize the electrical signals from the detector elements. For this reason, modules

are sometimes called "boards." Thus, a detector module contains multiple detector elements, and

a detector array generally contains multiple detector modules. Both the source and the detectors

are rigidly mounted on the gantry, which can rotate about the axis of rotation, and therefore

about the object which is placed through a circular opening in the gantry.

      17.     At any angular orientation of the gantry, the source and detector elements together

measure a "fan-beam projection" of a slice through the object. As the gantry rotates, the source

and detector elements measure fan-beam projections at many view angles. Depending on the

size of the object and the desired spatial resolution, 200 to more than 1000 views are collected, a

process that might take from a fraction of a second to several seconds, depending on the system.

A reconstruction algorithm, essentially a mathematical formula or recipe, is used to produce an

image of the slice from the data measured by the detector elements at the various view angles.

The minimum angular rotation necessary to produce an accurate reconstruction is 180° plus the

-4-

fan angle. Often, however, data from a 360° rotation is used. There are a number of reconstruction algorithms in common use. One uses fan-beam data where the rays are at equal angular increments within the fan-beam. Another popular reconstruction algorithm organizes the data into projections composed of rays that are parallel to, and equally spaced from, each other. Parallel-ray projections must cover an angular range of at least 180°.

18.    In commercial systems, the detector modules are generally mounted end-to-end to form a single long and contiguous array (as shown in Figure 1), but other configurations are possible and known. Also, in commercial systems, the distance of each module from the x-ray source is generally constant for all modules. That is, the modules are mounted at a constant distance from the source, and thereby the modules are mounted on an arc that is a portion of a circle centered at the source. That is the case for the system of Figure 1 but other configurations are possible. For example, Figure 2A shows a CT system with a straight rather than curved detector array, and Figure 2B shows a system with the detector elements mounted on a circle centered at the center of rotation. These configurations are shown in Figures 3 and 7, respectively, in Horn, Proc. of the IEEE, Vol. 67, pp. 1616-23, 1979 ("Horn"). Clearly, in both of these systems the detector elements are not at a constant distance from the source. One known disadvantage of using a straight detector array (Figure 2A) or a detector array whose elements lie on a circle centered at the source (Figure 1) is that the CT system enclosure must be large to accommodate the large detector array. The system of Figure 2B avoids this problem. A "folded" detector array can also be used to reduce the size of the system, as was shown in U.S. Patent 4,599,740 ("Cable") for radiographic systems. Figure 3 of U.S. Patent 6,335,957 ("DiBianca") shows the use of a folded detector array in a CT system. Such a system is shown in Figure 2C.



**Figure 2:** Other configurations for detector arrays for CT scanners. (A) straight detector array. (B) detector elements on a circle centered at the center of rotation. (C) "folded" detector array. Systems like A and B were shown in Horn. A system like C was shown in DiBianca. (D) Example of how a detector array (red region) can be built from multiple detector boards (solid black lines), each facing the source. This drawing was adapted from the Rapiscan design drawing in REVL 05748.

19.     As mentioned above, detector elements are often assembled into detector modules or "boards." As of 2002, it was known that while these boards could be arranged end-to-end so as to form a continuous array, they are preferably arranged so that each detector board faces the x-ray source. For the system of Figure 1, the continuous arrangement also has the boards facing the source. However, this is not true in other detector array shapes. An example is shown in

Figure 2D, which shows an L-shaped array made with boards facing the source. Thus, the red shaded regions in Figures 2A-D represent the overall shape of the detector array and not the alignment of individual boards.

20.     When detectors are made using scintillators and photodiodes, it is important that the detector elements (and detector boards) be shielded from ambient light since light leakage into a photodiode would introduce error into the measured signal. Therefore, the red shaded regions in Figures 2A-D and similar figures in this Affidavit can be viewed as representing the light-tight box or shield within which the detector boards are mounted.

21.     To produce x-rays, the x-ray source must be provided with high voltage (50-150 kV, where one kV is 1,000 volts) power. Therefore, the CT system includes a high voltage power supply, sometimes called a "generator," that converts the available electrical power (*e.g.*, 120V or 240V) into high voltage. In most new CT systems, the high voltage power supply is mounted on the rotating gantry. In many systems prior to 1990, however, especially before compact high voltage power supplies became readily available, the high voltage power supply was not mounted on the rotating gantry, and the power supply was connected to the x-ray source through very long high voltage cables.

22.     Some means must be used to provide electrical and data connections between the components mounted on the rotating gantry (*e.g.*, the source and detectors) and the rest of the system components that are not rotating and are mounted on the stationary system "chassis" or elsewhere in the room. This includes electrical power that needs to be provided to the source and other components, and electrical signals from the detectors that need to be sent to other components.

23.     In many systems built since the late 1980's, the electrical power and signal

-7-

connections are made through a "slip ring" that allows the gantry to continuously rotate, much like a radar antenna at an airport. Generally, such systems transmit low voltage power through the slip ring and have the high voltage power supply mounted on the rotating gantry, although one system built around 1978 used a high voltage slip ring. Systems in which the high voltage power supply is not mounted on the gantry typically do not use slip rings. Instead, a cable take-up mechanism is used to handle long power and data cables. Due to finite cable lengths, these systems can only rotate for a finite angular range before they have to stop and rotate in the opposite direction. These systems that rotate in one direction, stop, rotate in the other direction, etc., can be said to use an oscillating rather than continuous rotational motion.

24.    As mentioned above, CT systems produce images of the distribution of x-ray attenuation. The specific physical property that is depicted in the image is the "linear attenuation coefficient." The linear attenuation coefficient depends on the material (the atomic number and density) and also on the energy of the x-rays used to measure the projection data. If measurements are made with two or more different x-ray energies, one can compute images of the more basic physical properties, atomic number and density. One way to obtain dual energy data is to perform two scans of the slice, each with a different x-ray source voltage (as reported by Roder in "Explosives detection by dual-energy computed tomography (CT)," SPIE Vol. 182, Imaging Applications for Automated Industrial Inspection and Assembly, pp. 171-178, 1979). It is also possible to make dual energy measurements by rapidly switching the x-ray source voltage during a single scan or by using an x-ray beam that contains a wide range of x-ray energies (*i.e.*, a wide x-ray spectrum), and separating the range of energies by using a more complex array of detectors (as described in U.S. Patent 4,029,963 "Alvarez," col. 6 line 6 to col. 8 line 41). In one such system, each detector element actually consists of two sensors, one behind the other in the

direction of x-ray travel. The broad spectrum x-rays first enter the front sensor which detects the lower energy part of the spectrum. The back sensor then absorbs the remaining, higher energy x-rays. By providing more specific physical information, "dual energy" CT can aid in the separation of potential explosives from non-threatening objects.

25.     A long object can be examined by making images of a stack of slices. This requires multiple rotations of the gantry. A system with a slip ring can image the volume using one long continuous rotation while a system without a slip ring needs to use multiple oscillations. A volume can be imaged by collecting the data for one slice, moving the object some distance through the gantry opening, taking data for another slice, and so on. This is sometimes called a "step-and-shoot" scan.

26.     An alternative approach that is possible with slip-ring systems is to move the object continuously through the gantry opening as the gantry rotates through many rotations and continuously collects projection data. This is typically called a "helical" or "spiral" scan.

## Concepts in the Newco Business Plan and the Provisional Patent Application Dated October 2, 2002

27.     The main aspects of the CT concepts described in the Newco Business Plan and in the Provisional Patent Application were known as of 2002.

28.     The Newco Business Plan document, on pages 7-12, contains a broad outline description (*i.e.*, not very detailed) of an envisioned CT system for explosives detection ("Newco Concept").

29.     The features that are described or shown diagrammatically at least in part are: (1) it does not rotate continuously and instead uses an oscillating motion of less than 360°, (2) the x-ray source power supply and the Data Acquisition System (DAS) are mounted on the chassis and

not on the gantry, (3) it uses a wide x-ray fan-beam to reduce the system's size, and (4) the detector array appears to be comprised of multiple modules that are mounted separately and close to the scanner opening in a "horseshoe" shape. As explained in detail below, none of these aspects was new in 2002.

30.     CT scanners that oscillated rather than rotating continuously were not new in 2002. In fact, most of the CT systems built before 1990 did not have slip rings (which are necessary for continuous rotation) and instead oscillated. See, for example, U.S. Patent 4,366,577 (col. 4, lines 47-53).

31.     The Newco Concept includes a rotation of less than 360°. This was also not new in 2002. For example, see Fahrig, *et al*, Medical Physics, Vol. 24, pp 1097-1106, 1997. On p. 8, the Newco Business Plan states that the rotation is to be 270°. The minimum rotation for accurate CT reconstruction is 180° plus the fan angle. The fan angle for the Newco Concept was 120° (p. 11 of the Newco Business Plan). A 270° rotation is not sufficient if the fan angle is 120°; for a 120° fan angle, the minimum rotation is 300°.

32.     A further aspect that must be considered is that while the gantry rotation cannot be started and stopped instantaneously, projections are generally collected during relatively constant speed rotation. Thus, if the maximum acceleration of the gantry dictates that 20° of rotation is needed to accelerate and decelerate the gantry and if data covering 300° is needed, the total gantry rotation must be 340° (340=20+300+20). Thus, use of a 270° rotation with a 120° fan beam as suggested in the Newco Concept will not produce accurate images. For accurate CT images, either the gantry rotation has to be at least 300° plus the rotation needed to accelerate and decelerate, or the fan beam must be no wider than 90° (270=180+90) minus the rotation needed to accelerate and decelerate.

33.    In the Newco Concept, the x-ray source power supply and the Data Acquisition System (DAS) are mounted on the chassis and not on the gantry. Mounting of the x-ray source power supply on the chassis was not new. The aforementioned U.S. Patent 4,366,577 ("Brandt") describes a cable take-up mechanism for handling the high voltage cables that connect the x-ray source mounted on the rotating gantry to the high voltage power supply which is not mounted on the rotating gantry (e.g., col. 1 lines 37-40). U.S. Patent 4,298,799 ("Oliver," e.g., Fig 1, elements 21-23) shows a "fourth generation" CT system with the data acquisition electronics not mounted on the rotating gantry. I am not aware of a reference that shows a third-generation CT system with the DAS mounted on the chassis, but view this as a design choice. Furthermore, it is my belief that an engineer familiar with CT technology in 2002 would have been aware of this choice, and the advantages and disadvantages of selecting this option.

34.    The Newco Business Plan also calls for mounting the x-ray source on the chassis rather than on the rotating gantry: "Rather than mounting the X-ray source and high voltage power supplies on the rotating gantry, these components can be mounted in the chassis of the system . . . ." The only type of third-generation CT system that could have its x-ray source mounted on the stationary chassis is one in which the x-ray beam is stationary and the object is rotated on a stage (see, e.g., Copley et al, "Computed Tomography Part I: Introduction and Industrial Applications," JOM Vol. 46, pp. 14-26, 1994). A CT system with a rotating gantry (including an oscillating rotational motion as in this system) cannot have the x-ray source mounted on the stationary chassis. This statement in the Newco Business Plan and a similar statement in the Provisional Patent Application are most likely errors.

35.    The Newco Concept includes a wide fan beam. In the figure on page 11 of the Newco Business Plan (reproduced below as Figure 3A), the fan angle is shown as 120°. The

-11-

advantage of using a wide fan-beam to decrease the size of the system was well-known in 2002. The width of the fan beam is related to the size of the object to be imaged (or field of view, "FOV") and the distance of the source from the object. A short distance between the source and the object leads to a wide fan beam, and vice versa (*e.g.*, Cable '740, col. 7, lines 20-25). It was known well before 2002 that x-ray imaging systems and CT scanners can be made more compact by placing the source closer to the object and using a wide fan beam. Cable teaches that a system can be made compact by placing the source close to the object (*i.e.*, using a wide fan beam) and employing a "folded" detector. U.S. Patent 5,867,553 ("Gordon") teaches that it is "desirable" to use a "very wide" fan beam (col. 6 lines 57-63) in a CT system. Use of a wide fan is also clearly shown in a letter from Andreas Kotowski to the FAA dated 9/5/95 ("Kotowski letter"). In Figure 1.2, panels a-d, of the Kotowski letter one can appreciate that the CT system can be made increasingly more compact as the fan angle is increased from about 45° to 110°. In Fig. 1.2.d (reproduced below as Figure 3B), the x-ray source is essentially as close as it could possibly be to the CT scanner gantry opening, thereby making the fan angle as wide as possible given the finite size of the x-ray source and the gantry opening.

-12-



**Figure 3:** Two CT systems with wide fan beams and detectors in a horseshoe shape. (A): Newco Concept (red "horseshoe" arc added).  (B) system from Figure 1.2d of the Kotowski letter

36.    The Newco Business Plan states that the system is to have a "horseshoe" architecture.  This is not a standard term in the field and it is not specifically defined in the document.  However, based on the explanatory text in Mr. Ellenbogen's Provisional Patent Application and consistent with Mr. Ellenbogen's deposition, the term pertains to the shape of the assembly of detector modules or boards.  In the Newco Concept, the detector elements appear to be grouped into detector modules, each of equal size.  This is consistent with testimony, and I have therefore labeled the corresponding linear structures "detector modules" in Figure 3A.  The detector modules in the Newco Concept are not at constant distance from the source, and instead are mounted close to the gantry opening.  Because the detector array is wrapped closely around the gantry opening, use of a wide fan beam leads to the detector modules

forming a horseshoe pattern. In an effort to make this clear, I added a red horseshoe shape to Figure 3A.

37.     Use of a horseshoe-shaped detector array (*i.e.,* a detector array wrapped around the gantry opening) was not new in 2002. The system in Fig 1.2d of the Kotowski letter also has a horseshoe shape, as shown in Figure 3B above. Plaintiff's Second Supplemental Response to Interrogatory No. 2 (the "Second Supplemental Response") suggests that the comparison made in Figure 3 is misleading in part because the detector array of the system of Figure 3B (Fig. 1.2d of the Kotowski letter) is continuous rather than comprised of discrete subsets, and that the detector boards do not face the source (Second Supplemental Response, pp. 4-5). I maintain that the comparison is completely fair. First, the comparison shows that the idea of having the detector array in a "horseshoe" shape, even in combination with a wide fan beam, was not new. Second, as explained by Dr. Peschmann, who created the drawing of Figure 3B, his intent when he made the drawing was not to suggest that the detector boards making up the array would be placed end-to-end to make a continuous array. The shape simply indicates the envelope (*e.g.,* the light tight housing) within which the detector boards would be placed. If one were to build a CT scanner using this geometry, according to Dr. Peschmann, "the individual detector boards in the detector array would naturally have to be angled to face the x-ray source such that x-ray photons strike the detector boards at as close to 90° as possible," and thus the detector boards would not be placed end-to-end to make a continuous array. This is exactly consistent with Mr. Ellenbogen's use of the term "horseshoe" for the detector array of the Newco Concept, which also does not have detector boards in a continuous end-to-end array.

38.     Plaintiffs, in their Supplemental Response to Interrogatory No. 2 (the "Supplemental Response") and in the Second Supplemental Response, emphasize the importance

and alleged novelty of the use of a wide fan beam in the Newco Concept and in the system of the
Provisional Patent Application, and specifically that the proposed fan angle of 120° is wider than
any fan beam previously used for CT. In my opinion, use of a wide fan beam, even one of 120°
fan angle, was not novel in 2002, for the reasons stated above among others. Further, the
statements in these documents ignore the fact that the Newco Business Plan and the Provisional
Patent Application propose to use this 120° fan angle in a system that rotates only 270°. As
described above, this combination is incapable of producing accurate CT reconstructions, so the
120° fan angle, while not novel, is also not really enabled.

39.     In a number of depositions and other documents in the present case, attention is
placed on the relatively smaller fan angles of medical CT scanners. The smaller fan angles of
medical CT scanners should not be used to infer that a larger fan angle in a baggage scanner is in
any way novel. As is explained below, the relatively smaller fan angle of medical CT scanners is
due to the fact that in medical CT scanners, the gantry opening is significantly larger than the
object being imaged (the FOV).

40.     The main reason for the difference in fan angles between medical scanners and
baggage scanners is the fact that medical scanners must have gantry openings that are much
larger than the largest object that is likely to be imaged (the scanned field of view, FOV).
Typical specifications for the scanned FOV and the gantry opening in medical CT in 2002 were
48 cm and 70 cm, respectively. That is, the scanner produced an image of the central 48 cm
diameter circle within the larger 70 cm diameter gantry opening. A 48 cm FOV is adequate for
medical applications as the vast majority of patients fit into this circle. In baggage scanning, to
achieve a 48 cm FOV, one can use a gantry opening of 48 cm. This is not acceptable in medical
CT for a number of reasons: (1) patients (and their doctors) object to patients being placed into a

-15-

tight tunnel opening; (2) for safety reasons, the medical staff must be able to observe the patient during scanning, which is impossible if the gantry opening is no larger than the FOV; and (3) medical CT gantries must be able tilt (typically +/- 30°) in order to be able to directly obtain oblique or tilted slices, which also requires a gantry opening that is wider than the patient. Thus, in 2002, a typical medical CT scanner with a 48 cm diameter FOV had a 70 cm diameter gantry opening, and a large gantry opening (even with the same FOV) was a market advantage.

41.    In medical CT as in baggage scanning, it was well known in 2002 that placing the x-ray source as close as possible to the gantry opening is desirable (*e.g.*, see "Gordon"). Minimizing the distance of the source from the gantry opening makes the system more compact, maximizes the utilization of x-ray output, and also minimizes mechanical stresses on the x-ray source from centripetal forces. With respect to any discussion of the impact of the x-ray source and its location on how compact a CT scanner is, the key issue is the distance of the source from the gantry opening; the fan angle is actually one possible surrogate measure.

42.    One should consider, therefore, not just the fan-angle (the angle subtended by the FOV) but also the effective fan angle (the angle subtended by the gantry opening). These are shown as $\theta$ and $\theta'$, respectively, in Figure 4. The angle between the two lines emanating from the source that are tangent to the FOV is $\theta$ while the angle between the two lines emanating from the source that are tangent to the gantry opening is $\theta'$. When the FOV and the gantry opening are equal, the fan angle $\theta$ and the effective fan angle $\theta'$ are equal. In medical CT, since the gantry opening is substantially larger than the FOV, the effective fan angle $\theta'$ is larger than the fan angle $\theta$. For example, in a medical CT system with a FOV of 48 cm, a gantry opening of 70 cm, and a fan angle of 60°, the effective fan angle is 94°. That is, in a CT system with a 48 cm FOV, a 70 cm gantry opening, and a 60° fan angle, the location of the x-ray source is the same

as, and the gantry is as compact as, a baggage scanner with a 70 cm gantry opening and fan angle of 94°. With respect to the x-ray source, the only difference is the width of the collimator opening.



**Figure 4**: Diagram depicting the fan-angle θ (the angle subtended by the scanned FOV, *i.e.*, dashed lines), and the effective fan angle θ' (the angle subtended by the gantry opening, *i.e.*, solid lines).

43.    Mounting detector modules close to the gantry opening, as in the Newco Concept, was also not new in 2002. Figure 5 below compares the Newco Concept with the system of Fig. 9 of U.S. Patent 5,912,938 ("Dobbs"). One goal of the Dobbs patent is the desire to make the system more compact (col. 9, lines 15-18). Dobbs teaches a design in which the detectors are placed on a circle centered on the center of rotation, labeled $C_5$ in Figure 5B. The examiner of the Dobbs patent concluded that this arrangement of detectors was shown even earlier, in the Oliver patent (Dobbs prosecution file history, Bates number REVL 5988). Dobbs also shows that the detector elements can be grouped into modules (e.g., at E and E'), with each module close to the circle. Unfortunately, the modules are not correctly drawn in Fig. 9 of the Dobbs patent. While in Fig. 9 some modules are drawn at steep angles with respect to the incident x-rays, the text makes it clear that nominally the modules are perpendicular to the line pointing at the source, although in one embodiment they are tilted by a small angle (col. 9 line 64 to col. 10

-17-

line 8).



Newco CT with 120° X-ray source

*FIG.9*

A                                    B

**Figure 5:** Two CT systems with horseshoe shaped.  (A): Newco Concept.  (B) system from Figure 9 of Dobbs (red rectangles added)

44.    I added the red overlays in Figure 5B to make the correct arrangement of modules clear, and also added a module centered on the central ray and two modules on the right hand side of the fan-beam for additional clarity.  These are part of the Dobbs system but were not shown on Fig. 9.  While one embodiment in Dobbs (Fig. 10) has the detectors tilted, this tilt is not a requirement or part of all the described embodiments.  Even if the detectors are tilted, the envisioned tilt angles are small, much smaller than the depicted in Fig. 9 of Dobbs.  Thus, this aspect of the drawing in Fig. 9 is not exactly correct.

45.    Plaintiff's Second Supplemental Response states that while Dobbs teaches a design in which the detectors are placed on a circle centered at the center of rotation, as I indicate above, Dobbs also teaches other configurations.  This is irrelevant.  Similarly, the fact that one embodiment of Dobbs has the detector boards not exactly facing the source but at a small tilt

-18-

angle is irrelevant, since other embodiments do not use this tilt. The Second Supplemental

Response suggests that the configuration of detectors in the Newco Concept is substantially

different from Dobbs because the detector elements on each board of the Newco Concept are

essentially equidistant from the source. However, this is also true of Dobbs. The Second

Supplemental Response also suggests that the Newco Concept is different because the detector

board centers are not on a circle. This is also irrelevant. The inner edges of the detector boards

of the Newco Concept are on a circle centered at the isocenter, which is essentially equivalent to

Dobbs. In my opinion, there is nothing in the detector arrangement of the Newco Concept (or of

the Provisional Patent Application) that is not shown in Dobbs or a simple modification thereof.

46.    Mr. Ellenbogen's Provisional Patent Application, dated October 2, 2002,

describes a CT system for explosives detection. Like the Newco Concept, it is envisioned to

have an oscillating horseshoe design, to rotate less than 360°, to use a wide fan beam, and to have

the DAS and the high voltage power supply mounted on the chassis and not on the rotating

gantry.

47.    The Provisional Patent specifically says that the detector elements are mounted

close to the gantry opening and "pointed" at the source. As explained above, none of these

aspects were new in 2002.

48.    The concept described in the Provisional Patent Application has an additional

element: it collects dual energy data in sequential scans, each with a different x-ray source

voltage. As described above in ¶ 24, dual energy CT imaging was not new in 2002. Several

techniques for obtaining dual energy CT data were known. The technique described in the

Provisional Patent Application is the simplest to implement, consisting of performing one scan at

one x-ray energy, backing the suitcase out of the machine, and performing a second scan at a

-19-

second x-ray energy (Provisional Patent Application, p. 9, lines 8-12). While simple to implement, this method is the least time efficient. In addition, it presents a potential technical problem since it requires that the data from the two scans be registered, which may be difficult unless the machine's mechanical movements are very reproducible.

### *Comparison of the Reveal CT-80 and the Utility Patent Application with the concepts in the Newco Business Plan and the Provisional Patent Application*

49.    The Reveal CT-80 is materially different from the concepts described in the Newco Business Plan and the Provisional Patent Application. I visited the Reveal facility in Bedford, MA and my opinions are based at least in part on my inspection of the CT-80 and my discussions with Reveal personnel.

50.    A non-provisional patent application, entitled "Folded Array CT Baggage Scanner" was filed by Michael Ellenbogen on October 2, 2003 (the "Utility Patent Application"). The CT scanner concepts in the Utility Patent Application are materially different from those of the Newco Business Plan and the Provisional Patent Application, and similar to those of the CT-80.

51.    There are several key aspects of both the Newco Concept and the Provisional Patent Application that, while not new, are key to the design philosophy. These include: (1) oscillating rotation of less than 360° rather than continuous rotation; (2) no slip ring; (3) high voltage power supply and DAS mounted on the chassis rather than on the rotating gantry; and (4) a horseshoe architecture. The CT-80 takes the exact opposite approach on each one of these. An additional difference between the CT-80 and the other two designs is the fan beam angle. A further difference between the CT-80 and the system of the Provisional Patent Application is the way in which dual energy imaging is accomplished.

52.     While the Newco Business Plan and the Provisional Patent Application emphasize the desirability of using an oscillating rotation of less than 360° rather than a continuous rotation, the CT-80 and the Utility Patent Application use a continuous rotation.

53.     While the Newco Business Plan and the Provisional Patent Application emphasize an approach in which a slip ring would not be needed, the CT-80 and the Utility Patent Application use a slip ring.

54.     While the Newco Business Plan and the Provisional Patent Application emphasize the desirability of mounting the DAS and the high voltage power supply on the stationary chassis rather than on the rotating gantry, the CT-80 and the Utility Patent Application have these components mounted on the rotating gantry.

55.     While the Newco Business Plan and the Provisional Patent Application emphasize the horseshoe architecture that comes about from mounting each detector module close to the gantry opening, the CT-80 and the Utility Patent Application take a materially different approach.

56.     I created a drawing of the design of the CT-80 (relevant also to the Utility Patent Application), shown and compared to the Newco Concept in Figure 6. As illustrated in Figure 6B, the detector modules of the CT-80 and the Utility Patent Application are grouped into arrays (three in the CT-80), a central array (comprised of eight modules in the CT-80) and wing arrays (two in the CT-80, each containing two modules). The arrangement of detectors of the CT-80 and the Utility Patent Application is much more like that of a conventional third-generation CT system in which the detector modules are mounted on a circle centered at the source (e.g., Figure 1). Indeed, if the central array were to continue laterally, as shown by the red cross-hatch, it would be exactly as in a conventional scanner. To make the system more compact, in the CT-80

-21-

and the Utility Patent Application, the detector elements that would be in the cross-hatched area are moved upward and are mounted in the wing arrays. In the Newco Concept and in the Provisional Patent Application, each detector module is mounted <u>close to the gantry opening</u> (a <u>circle centered at the center of rotation</u>) forming a horseshoe shape as shown in Figure 6A. In material contrast to this, almost all the detector modules of the CT-80 and the Utility Patent Application are purposely mounted <u>not close to the gantry opening</u>. Instead, they are mounted substantially end-to-end to each other and formed into three longer arrays, each placed on a <u>circle centered at the source</u>. The detector modules of the CT-80 are not mounted adjacent to a circle centered at the center of rotation and do not form a horseshoe shape.



**Figure 6:** Figure comparing the Newco Concept with the Reveal CT-80. (A): Newco Concept (red "horseshoe" added). (B) Schematic drawing of the Reveal CT-80 made by Norbert J. Pelc.

57.    While the Newco Business Plan and the Provisional Patent Application emphasize use of a 120° fan beam, the CT-80 uses a significantly smaller ~96° fan beam.

58.    The Provisional Patent Application proposes to perform dual energy imaging by sequentially collecting data with two x-ray source voltages, backing the suitcase out of the

system between data acquisitions. The CT-80 performs dual energy imaging in a very different way. Each detector element of the CT-80 is actually two x-ray sensors in a front-back configuration. The broad-spectrum x-ray beam generated by the x-ray source and transmitted through the object first enters the front sensor that detects the low energy portion of the spectrum. The remaining, higher energy x-rays penetrate into the back sensor where they are detected. In this way, the CT-80 can collect dual energy data in a single step rather than in sequential acquisitions as is proposed in the Provisional Patent Application.

59.    The Second Supplemental Response seems to suggest that the detector concept of the Newco Business Plan (or the Provisional Patent Application) is similar to that of the CT-80 (or of the Utility Patent Application) because in both cases the arrays are discontinuous or "broken." I disagree. In the former, the intent is to place each board as close to the gantry opening as possible. This teaching is quite clear in the Provisional Patent Application which states that "Each detector is mounted on the gantry close to the inner diameter of the gantry itself" (REVL 575, lines 13-14). Doing so will clearly minimize the radial distance between any detector element and the gantry opening, and thereby minimize the size of the gantry if the detector array was the limiting item. By contrast, the majority of the boards in the CT-80 are not mounted close to the gantry opening. This is a substantial change of design philosophy. Making the array discontinuous in and of itself was not new in 2002 (see "Dobbs" or Figure 2D).

60.    The Second Supplemental Response states that using different spacing between detector elements in the various arrays of the CT-80 (or the Utility Patent Application) is obvious. No references are given to support this assertion. The document states that this approach is necessary for eventual re-binning into parallel rays. This is simply incorrect. Re-binning can be done with or without equiangular fan data. In general, re-binning requires

-23-

interpolation in both angle and radial distance to obtain equally spaced parallel rays, and I agree that the interpolation can introduce some blurring. However, equiangular sampling does not avoid the interpolation. At most, as discussed below, it can avoid interpolation in angle. Interpolation in radial distance is still needed, still resulting in blurring.

61.    In the special case when the angle between adjacent rays in the equiangular fan data is exactly equal to the angle between adjacent fan beam views, the measurements can be grouped into parallel rays and interpolation in angle is not needed. However, this requires an unreasonably large number of views. For example, in a system with 600 detectors in a 60° fan the angular spacing between rays (i.e., adjacent detector elements) is 0.1°. Angular interpolation could be avoided if adjacent fan-beam projections were also separated by 0.1°. However, this implies 3,600 projections over 360°, far more than is actually needed. Using so many projections would impose significant computational and data rate burdens on the system. I am not aware of any commercial CT scanner that used this approach. In any case, even if this specific design choice was used, the now parallel rays would not be equally spaced and interpolation would still be needed before a conventional parallel-ray reconstruction algorithm could be used.

62.    Thus, while the Second Supplemental Response states that using equiangular sampling in folded or broken arrays would be obvious, no reasonable support for this statement is given. Quite the contrary, the Second Supplemental Response has evidence as to why it was not obvious. Specifically, with respect to Cable's teaching of the use of a wide fan beam with his folded array, the document points to Cable's concern about variation in the x-ray intensity detected in various rays (Second Supplemental Response, pp. 3-4). If equiangular sampling is obvious, then Cable could have used it and would have avoided this problem. Indeed, it was a desire to maintain the detected signal relatively uniform across the fan beam, and not re-binning

-24-

as suggested by the Plaintiffs, that motivated the use of different detector spacing in the different arrays of the CT-80.

63.    In my opinion, use of exactly the same detector boards throughout the system, and not use of constant angular sampling as in the CT-80, would be the obvious choice for the system designer. The fact that the Newco Business Plan and the Provisional Patent Application are completely silent in this regard lead me to conclude that the intent in those documents was to have the same detector element size throughout the entire system. This is a substantial difference compared to the CT-80 and the system of the Utility Patent Application.

### Designated Trade Secret #1

64.    All aspects in purported trade secret number 1 either were known in 2002 or were not described in either the Newco Business Plan or the Provisional Patent Application.

65.    The following table expresses my opinions with regard to Designated Trade Secret #1:

| An explosive detection system for screening airport passenger baggage that is suited for installation in an airport check-in counter by using a reduced size CT scanner with the following characteristics: | I understand that this aspect is being addressed by another expert, as well as by existing testimony and evidence. |
|---|---|
| A wide angle x-ray source positioned closer to the detector array than in a standard CT, in order to reduce the CT scanner size; and | This was known in 2002. See ¶ 35, and also ¶ 38-42. |
| a folded detector array that contains multiple pluralities of detectors, in which a first plurality is positioned at one distance from the x-ray source, and a second plurality is positioned at a second distance from the x-ray source, the second distance being different from the first. | This was known in 2002. See ¶ 43 and Figure 5 above. See also the Dobbs, Cable, and DiBianca patents. Indeed, claim 1 of U.S. Patent Application No. 10/677,976 was rejected as anticipated by DiBianca. |

| | |
|---|---|
| The folded detector array in such as system encompasses, as one option, a folded array where at least a pair of second detector pluralities are positioned at the second distance, with each pair of second pluralities positioned on either side of first plurality of detectors. | This was known in 2002. See Dobbs patent and Figure 5 above. |
| Another option of the folded detector array has the detectors positioned on the gantry so that the entire x-ray beam intersects at least one detector | If the word "detector" at the end of this phrase is assumed to mean "detector element," I do not understand how this option could be possible in a third generation CT scanner. If "the entire x-ray beam intersects at least one detector," one detector element is large enough to intersect the entire beam. This feature was not described in the Newco Business Plan nor in the Provisional Patent Application, and it is not used by either of these systems nor the Reveal CT-80. |
| and the entire x-ray beam intersects the entire cross section of the CT scanner's tunnel. | This was known in 2002. See, e.g., Figure 1.2 of the Kotowski letter, or Fenkart, U.S. Patent 6,647,091 Fig. 7. |
| A further option of the folded detector array has the angle between beams from the x-ray source to adjacent detectors in the first plurality of detectors the same as the angle between beams from the x-ray source to adjacent detectors in the second plurality of detectors. | This feature was not described in the Newco Business Plan nor in the Provisional Patent Application. |

### Bases for Opinions

66.     My opinions are based on, among other things, my education, training and more than 30 years of experience as an imaging scientist; my review of the deposition testimony of Dr. David Schaffer (vice president of engineering for the security division of Analogic); the deposition testimony of Peter Conway (Mechanical Engineering Manager of Reveal Imaging); the deposition testimony of Dr. Douglas Mook (President of the Aptec Group); the deposition testimony of Dr. Richard Bijjani; the Affidavit of Dr. Kristian Peschmann; the Affidavit of Peter

-26-

Conway; portions of the deposition testimony of Mr. Michael Ellenbogen; the parties' responses to Interrogatory No. 2.; my reading of a number of published references, some of which are cited in the text above.

67.    Other references I reviewed are, among other things, Peschmann U.S. Patent 5,182,764; Roder "Principles, History, and Status of Dual-Energy Computerized Tomographic Explosives Detection," JTEVA Vol. 13, pp. 211-6, 1985; Kedem *et al.*, "Computed Tomography for Thick Steel Pipes and Castings," Final Report for Research Projects T-103 and T-101, EPRI, 1986; Roder, *et al*, "Design and Development of a Prototype Compact CT Scanner" (Bates number REVL 05479-5487); Bjorkholm, "Highly integrated x-ray system," Port Technology International, PT20-35/1, pp. 1-3.

Signed under the penalties of perjury this 25th day of July, 2005:

*Norbert Pelc*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Norbert J. Pelc

-27-