UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., ) ) ) ) Plaintiff, ) ) v. ) ) REVEAL IMAGING TECHNOLOGIES, INC., ) ) Defendant. ) | C.A. No. 04-11884-NG (Magistrate Judge Judith Gail Dein) |

### DECLARATION OF MICHAEL ELLENBOGEN

I, Michael Ellenbogen, do hereby declare and state as follows based on personal knowledge:

1. I am the president of Reveal Imaging Technologies, Inc. ("Reveal").

2. I submit this declaration in opposition to L-3's Motion for Expedited Briefing and Motion for a Preliminary Injunction.

3. Reveal has sold eight (8) CT-80 explosive detection system ("EDS") units to the Transportation Security Administration ("TSA") under a program for Pilot and Operational Testing ("pilot program") and will be submitting a response to a Request for Proposal ("RFP") published by the TSA on July 27, 2005. Representatives of thirteen (13) companies, including plaintiff L-3 Communications, Security and Detection Systems, Inc. ("L-3") attended a recent TSA presentation on the RFP. Attached hereto as **Exhibit A** is a true and accurate copy of the TSA notice pertaining to the aforementioned RFP.

4. The FAA contract provision 3.5-1, which is titled Authorization and Consent, was included in the pilot program contract with the TSA. This same provision is incorporated by

reference in the draft contract that is provided to entities requesting information about the recent RFP.

5. Reveal has not made any sales other than the eight (8) CT-80s sold to the TSA. See supra, ¶ 3. We have three machines currently being used for testing and development. Moreover, Reveal is not "stockpiling" an inventory of CT-80s. In fact, Reveal's entire manufacturing inventory is located at its Bedford, Massachusetts, facility, where the entire manufacturing inventory consists of twelve (12) CT-80 machines in varying stages of production in anticipation of the RFP from the TSA discussed above. As a start-up company, Reveal does not have the funds to manufacture any significant number of CT-80s without a specific agreement for their purchase.

6. Reveal has made no foreign sales and has not entered into any agreements for any foreign sales.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of August 2005, in Bedford, Massachusetts.

Respectfully submitted,

Michael Ellenbogen