# EXHIBIT A



# 63 -- Reduced Size EDS

- DRAFT HSTS04-05-R-DEP029 Solicitation 01 - Posted on Jul 27, 2005
- DRAFT RFP SECTION C STATEMENT OF WORK 01 - Posted on Jul 27, 2005
- Industry Day/Cutoff Date for Submission of Interest 01 - Posted on Aug 03, 2005

## General Information

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | HSTS04-05-R-DEP029 |
| Posted Date: | Jul 26, 2005 |
| Original Response Date: | Aug 25, 2005 |
| Current Response Date: | Aug 25, 2005 |
| Original Archive Date: | Sep 09, 2005 |
| Current Archive Date: | Sep 09, 2005 |
| Classification Code: | 63 -- Alarm, signal & security detection equipment |
| Naics Code: | 928110 -- National Security |

## Contracting Office Address

DHS - Border and Transportation Security, Transportation Security Administration, Headquarters TSA, 601 S. 12th Street TSA-25, 10th Floor, Arlington, VA, 22202

## Description

The Transportation Security Administration (TSA) intends to compete a multiple award Indefinite Delivery, Indefinite Quantity (ID/IQ) contract for the acquisition of TSA Certified Reduced Size Explosive Detection System for purchase, deployment and operational maintenance.     The period of performance for the IDIQ contract(s) will be three years for purchase and deployment; and four (4) one-year options to provide maintenance of Reduced Size EDS units with an expected award date of September 2005.    The work under the contract shall include fabrication, test, and delivery of the Reduced Size EDS which shall be composed of commercial-off-the-shelf (COTS) and non-development item (NDI) hardware and software to the maximum extent practicable.     Includes provisions for program management, quality assurance, configuration management, systems engineering, system test and evaluation, implementation and transition, training, and integrated logistics support.     The objective of this contract it to purchase a government certified Reduced Size Explosive Detection System that meets the requirements specified in the Federal Register, April 13, 1998: ?Criteria of Explosives Detection Systems?, Volume 63, Number 70.     A draft RFP will be posted within 24 hours.     Questions regarding this acquisition should be addressed to Connie Thornton at

## Point of Contact

Connie Thornton, Contracting Officer, Phone 571-227-3880, Fax 571-227-2911, Email Connie.Thornton@dhs.gov - Elwyn Thompson, Contracting Officer, Phone 571 227-1877, Fax 571 227-2913, Email jamie.thompson@dhs.gov

**Place of Performance**

    Address: To be determined

---

**Government-wide Numbered Notes**

**You may return to Business Opportunities at:**

- DHS-BT TSA listed by [Posted Date]
- DHS-BT Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]