UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., ) ) ) ) | |
| Plaintiff, ) ) | C.A. No. 04-11884-NG |
| ) | (Magistrate Judge Judith Gail Dein) |
| v. ) ) | |
| REVEAL IMAGING TECHNOLOGIES, INC., ) ) | |
| Defendant. ) | |

**DECLARATION OF MICHAEL T. RENAUD, ESQ.**

I, Michael T. Renaud, do hereby declare and state as follows based on personal knowledge:

1. I am an attorney in the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., located at One Financial Center in Boston, Massachusetts 02111, which represents defendant Reveal Imaging Technologies, Inc. ("Reveal") in this litigation.

2. I submit this declaration in Opposition To L-3's Motion For Expedited Briefing On L-3's Motion For Reconsideration For A Preliminary Injunction And Request To Stay All Proceedings On L-3's Motion.

3. The FAA contract provision 3.5-1, which is titled Authorization and Consent, was included in the pilot program contract with the TSA. This same provision is incorporated by reference in the draft contract that is provided to entities requesting information about the recent RFP. It provides as follows (http://fast.faa.gov/clauses/clauses/3-5-1.htm):

3.5-1: Authorization and Consent

(a) The Government authorizes and consents to all use and manufacture, in performing this contract or any subcontract at any tier, of any invention described in and covered by a United States patent:

(1) Embodied in the structure or composition of any article the delivery of which is accepted by the Government under this contract or

(2) Used in machinery, tools, or methods whose use necessarily results from compliance by the Contractor or a subcontractor with

(i) Specifications or written provisions forming a part of this contract or

(ii) Specific written instructions given by the Contracting Officer directing the manner of performance. The entire liability to the Government for infringement of a patent of the United States may be determined solely by the provisions of the "Indemnity" clause, if any, included in this contract or any subcontract hereunder (including any lower-tier subcontract), and the Government assumes liability for all other infringement to the extent of the authorization and consent hereinabove granted.

(b) The Contractor agrees to include, and require inclusion of, this clause, suitably modified to identify the parties, in all subcontracts at any tier for supplies or services (including construction, architect-engineer services, and materials, supplies, models, samples, and design or testing services. However, omission of this clause from any subcontract does not affect this authorization and consent.)

4. Attached hereto as **Exhibit A** are true and accurate copies of letters exchanged between Reveal's counsel and counsel for L-3 on August 9, 2005.

5. Attached hereto as **Exhibit B** are true and accurate copies of letters and email exchanged between Reveal's counsel and counsel for L-3 on August 4 and 5, 2005.

6. Attached hereto as **Exhibit C** is a true and accurate copy of the Memorandum and Order on Request for Speedy Trial and Related Matters, entered on March 3, 2005, by the Massachusetts Superior Court in L-3 Communications Corp. v. Reveal Imaging Technologies, Inc., Civ. A. No. 03-5810 BLS (Judge van Gestel).

7.       Attached hereto as **Exhibit D** is a true and accurate copy of the Affidavit of Norbert J. Pelc, executed on July 25, 2005, which was submitted by Reveal with its summary judgment papers in <u>L-3 Communications Corp. v. Reveal Imaging Technologies, Inc.</u>, Civ. A. No. 03-5810 BLS (Judge van Gestel).

8.       Attached hereto as **Exhibit E** is a true and accurate copy of excerpts from <u>Image Reconstruction from Projections</u>, Gabor T. Hermann (Academic Press 1980).

9.       Attached hereto as **Exhibit F** is a true and accurate copy of excerpts from Plaintiff's Memorandum in Support of its Motion for Summary Judgment On Ownership and Misappropriation of the "Newco" Folded Detector Array Invention, which was filed by L-3 on August 2, 2005, in <u>L-3 Communications Corp. v. Reveal Imaging Technologies, Inc.</u>, Civ. A. No. 03-5810 BLS (Judge van Gestel).

10.      Attached hereto as **Exhibit G** is a true and accurate copy of excerpts from the U.S. House of Representatives Homeland Security Subcommittee hearing, held on March 3, 2005, regarding fiscal year 2006 Transportation Security Administration ("TSA") appropriations.

11.      Attached hereto as **Exhibit H** is a true and accurate copy of the Memorandum and Orders on Various Motions and Related Matters, entered on December 2, 2004, by the Massachusetts Superior Court in *L-3 Communications Corp. v. Reveal Imaging Technologies, Inc.*, Civ. A. No. 03-5810 BLS (Judge van Gestel).

12.      Attached hereto as **Exhibit I** is a true and accurate copy of the reported decision in <u>Cordis Corp. v. Boston Scientific Corp.</u>, No. Civ. A. 03-027-SLR, Civ. A. 03-283-SLR, 2003 WL 22843072 (D. Del. Nov. 21, 2003).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of August 2005, in Boston, Massachusetts.

Respectfully submitted,

/s/ Michael T. Renaud
Michael T. Renaud

LIT 1536916v1