**EXHIBIT B**

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

One Financial Center
Boston, Massachusetts 02111

Michael T. Renaud

617 542 6000
617 542 2241 *fax*

*Direct dial 617 348 4403*
**MTRenaud@mintz.com**

August 5, 2005

**BY U.S. MAIL & TELEFAX**

Robert Abrahamsen, Esq.
Wolf Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

    Re:   L-3 Communications Security and Detection Systems, Inc.
            v. Reveal Imaging Technologies, Inc.,
            USDC (MA) C.A. No: 04-11884-NG
            <u>Depositions of Dawson & McClelland and Discovery Stay</u>

Dear Bob:

      I write in response to your most recent letter, in which you stated that L 3 cancelled the Dawson deposition based on its concern that Reveal would not comply with its discovery obligations. We are puzzled by that comment. Reveal never suggested that it would do so. L-3, not Reveal, unilaterally cancelled today's deposition of Mr. Dawson, and did so well after business hours on Thursday night. Your email also suggested that L-3 was not willing to proceed with any discovery while the motion for a stay is pending. If that is your position we are willing to discuss that approach. I should also note that it was L-3, not Reveal, that cancelled Mr. McClelland's deposition scheduled for Tuesday, August 9.

      Reveal has met - and will continue to meet - its discovery obligations. In contrast, our most recent correspondence with you evidences L-3's failure to produce requested documents, and only late on Wednesday, August 3 did L-3 produce a box of material directly relevant to today's scheduled deposition. We are reviewing that production which appears to contain only limited product information and limited documents from tenders and RFPs.

      We remain puzzled as to why L-3 cancelled the deposition at the last minute. We are willing to work cooperatively to schedule depositions. Let us know what dates are available for the depositions.

*Boston  Washington  Reston  New York  Stamford  Los Angeles  London*

Case 1:04-cv-11884-NG    Document 104-3    Filed 08/16/2005    Page 3 of 7

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

Robert Abrahamsen, Esq.
August 5, 2005
Page 2

      Please contact me at your convenience to discuss scheduling.

      Very truly yours,

      Michael T. Renaud


**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Robert M. Abrahamsen
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256

August 5, 2005

VIA FACSIMILE

Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
 and Popeo, P.C.
One Financial Center
Boston, MA 02111

Re:   <u>L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc.</u>, C.A. No. 04-11884-NG

Dear Joe:

This is to clarify our position on the scheduling of depositions and other continued discovery in this matter while Reveal's motion for stay is pending.

As you know, L-3 has been eager, since the outset of this case, to move discovery and the ultimate resolution of the case forward expeditiously. What L-3 is not willing to do, however, is turn discovery into a one-way street. Accordingly, we are willing – and indeed it is our preference – to reschedule any depositions, including those of Craig Dawson and Keith McClelland, promptly, and otherwise provide Reveal with any other discovery it may legitimately be seeking, as soon as possible, so long as Reveal is likewise committed to proceeding with its own discovery obligations.

Accordingly, as I explained to you this morning, if Reveal agrees not to use the pending motion for stay as an excuse for refusing to comply with any discovery requests L-3 has made or will make, we are willing to reschedule the depositions forthwith. Please let us know.

Very truly yours,

WOLF, GREENFIELD & SACKS, P.C.

Robert M. Abrahamsen

RMA

cc: Michael Renaud, Esq.

Wolf, Greenfield & Sacks, P.C.   |   600 Atlantic Avenue   |   Boston, Massachusetts 02210-2206
924025.1        617.720.3500   |   fax 617.720.2441   |   www.wolfgreenfield.com

## Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

Michael T. Renaud

617 542 6000
617 542 2241 *fax*

*Direct dial 617 348 4403*
**MTRenaud@mintz.com**

August 5, 2005

<u>BY U.S. MAIL & TELEFAX</u>

Robert Abrahamsen, Esq.
Wolf Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

Re:   L-3 Communications Security and Detection Systems, Inc.
      v. Reveal Imaging Technologies, Inc.,
      USDC (MA) C.A. No: 04-11884-NG
      <u>Depositions of Dawson & McClelland and Discovery Stay</u>

Dear Bob:

We received your voicemail and e-mail from last night, August 4, 2005, canceling the deposition of Craig Dawson (the inventor of two of the patents in suit). I also understand based on your email and voicemail that you are canceling Keith McClelland's deposition scheduled for Tuesday, August 8, 2005. Both of the depositions, as you stated, are cancelled in light of a filing the motion for a stay.

In your e-mail, you asked if Reveal would be "willing to reschedule both of these witnesses for a time subsequent to the court's ruling on the motion for stay." In your voice mail you also stated that L-3 was canceling the Dawson deposition scheduled for today in light of Reveal's motion for stay. I assume that we are willing to do so (subject to our broader discussion internally and with our client) so long as it does not prejudice our ability to complete discovery. This would most likely require some extension of the discovery schedule.

Further, as you know, L-3 produced hundreds of pages of documents (L25622-L27191) relevant to the depositions of both Dawson and McClelland on Wednesday, August 3rd. As previously requested, however, we still await additional supplementation of relevant documents by L-3, including but not limited to, EPO file histories for the patents-in-suit and all related issued patents and pending applications, and documents and things related to or referring to marking of the covered products, including source code for the L-3 products.

*Boston   Washington   Reston   New York   Stamford   Los Angeles   London*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

Robert Abrahamsen, Esq.
June 5, 2005
Page 2


      While we confer concerning your request to stay pending discovery, we are willing to reschedule both of the Dawson and McClelland deposition. Give me a call so we can discuss.

                                    Very truly yours,

                                    Michael T. Renaud

MTR/cl

```
-----Original Message-----
From: Abrahamsen, Robert <Robert.Abrahamsen@WolfGreenfield.com>
To: Renaud, Michael <MTRenaud@mintz.com>
CC: Foster, James <James.Foster@WolfGreenfield.com>; Albert, Michael <Michael.Albert@WolfGreenfield.com>
Sent: Thu Aug 04 22:55:46 2005
Subject: RE: Deposition of Dawson
```

Mike - We assume this means that should you conclude L-3 needs to file for a protective order we will be given a reasonable amount of time after we hear from you to get the motion on file. (If a motion is even necessary since we received no formal renotice).

Just to be clear, L-3 takes the same view with regard to the deposition of Mr. McClelland. Accordingly, when you get back to us, please let us know if Reveal is willing to reschedule both of these witnesses for a time subsequent to the court's ruling on the motion for stay.

Thanks,
Bob

---

```
From: Renaud, Michael [mailto:MTRenaud@mintz.com]
Sent: Thursday, August 04, 2005 9:08 PM
To: Abrahamsen, Robert
Cc: Hameline, Joe; Foster, James
Subject: Deposition of Dawson
```

Bob,

Based on your voice mail of earlier this evening, I am confirming that you have informed Reveal that L-3 will not be producing Dawson tomorrow for deposition. I will confer with Joe Hameline and my client concerning your request to have the deposition of Dawson rescheduled and inform you as to whether or not you will need to file a protective order.

Micheal T. Renaud
617-348-4403