# EXHIBIT E

# IMAGE RECONSTRUCTION FROM PROJECTIONS

## The Fundamentals of Computerized Tomography

GABOR T. HERMAN

*Department of Computer Science*
*State University of New York at Buffalo*
*Amherst, New York*

1980



ACADEMIC PRESS

*A Subsidiary of Harcourt Brace Jovanovich, Publishers*

New York   London   Toronto   Sydney   San Francisco

F REVL 14499

COPYRIGHT © 1980, BY ACADEMIC PRESS, INC.
ALL RIGHTS RESERVED.
NO PART OF THIS PUBLICATION MAY BE REPRODUCED OR
TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC
OR MECHANICAL, INCLUDING PHOTOCOPY, RECORDING, OR ANY
INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT
PERMISSION IN WRITING FROM THE PUBLISHER.

ACADEMIC PRESS, INC.
Orlando, Florida 32887


United Kingdom Edition published by
ACADEMIC PRESS, INC. (LONDON) LTD.
24/28 Oval Road, London NW1   7DX




Library of Congress Cataloging in Publication Data

Herman, Gabor T
   Image reconstruction from projections.

   Includes bibliographies.
   1. Tomography.  2.  Imaging systems in medicine.
I.  Title.
RC78.7.T6H47        616.07'572        79–6785
ISBN 0–12–342050–4




PRINTED IN THE UNITED STATES OF AMERICA

   83    9 8 7 6 5 4 3 2

F  REVL  14500

10                              1   INTRODUCTION



Fig. 1.10 Engineering drawing of a typical CT scanner. (Illustration provided by the General Electric Corporation.)

for data collection in x-ray CT. The tube contains a single x-ray source, the detector unit contains an array of x-ray detectors. Suppose for the moment that the x-ray tube and collimator on the one side and the data acquisition/ detector unit on the other side are stationary, and the patient on the table is moved between them at a steady rate. By shooting a fan beam of x rays through the patient at frequent regular intervals and detecting them on the other side, we can build up a two-dimensional x-ray projection of the patient which is very similar in appearance to the image that is traditionally captured on an x-ray film. Such a projection is shown in Fig. 1.11a. The brightness at a point is indicative of the total attenuation of the x rays from the source to the detector. This mode of operation is *not* CT, it is just an alternative way of taking x-ray images. In the CT mode, the patient is kept stationary, but the tube and the detector unit rotate (together) around the patient. The fan beam of x rays from the source to the detector determines a slice in the patient's body. The location of such a slice is shown by a broken line in Fig. 1.11a. Data are collected for a number of fixed positions of the source and detector; these are referred to as views. For each view, we have a reading by each

F  REVL  14520

Case 1:04-cv-11884-NG    Document 104-6    Filed 08/16/2005    Page 5 of 6



Fig. 1.11. (a) Scout View (a General Electric trademark) with a horizontal cursor indicating the position where the CT scan (and sinograms) were obtained. (b) Sinogram of the projection data. (c) Sinogram of the convolved data. (d) The CT reconstruction. (Illustration provided by Dr. G. H. Glover.)

of the detectors. All the detector readings for all the views can be represented as a *sinogram*, shown in Fig. 1.11b. The intensities in the sinogram are proportional to the line integrals of the x-ray attenuation coefficient between the corresponding source and the detector positions. From these line integrals, a two-dimensional image of the x-ray attenuation coefficient distribution in the slice of the body can be produced by the techniques of image reconstruction. Such an image is shown in Fig. 1.11d. Inasmuch as different tissues have different x-ray attenuation coefficients, boundaries of organs can be delineated and healthy tissue can be distinguished from tumors. In this way CT produces cross-sectional slices of the human body without surgical intervention. [The picture in Fig. 1.11c is a sinogram of the "convolved projection data," which is to be defined in (1.12) of Chapter 10.]

F  REVL  14521

Case 1:04-cv-11884-NG    Document 104-6    Filed 08/16/2005    Page 6 of 6



Fig. 1.12. A possible proton beam delivery system. [Reproduced from Hanson (1979), with permission.]

An alternative (not yet in current medical practice) is to use the same basic procedure, but with *protons* instead of x rays. The proposed apparatus is shown in Fig. 1.12. The suggestion of using protons is supported by the claim that similar quality reconstruction can be obtained by much less dose (and hence health hazard) to the patient; see Fig. 1.13.

A modality of data collection with no demonstrated adverse effect on the patient is *ultrasound.* In Fig. 1.14a, we show a photograph of an apparatus used to collect projection data of the female breast. From the physical measurements one obtains estimates of the line integrals of both the acoustic refraction index and of the acoustic attenuation coefficient. Two separate reconstructions can be performed from these: one producing an image of the distribution of the acoustic refraction index in the cross section and the other producing an image of the distribution of acoustic attenuation in the cross section. The two images looked at together give a great deal of information about the nature of the tumors (if any) present in the breast. Two such reconstructions of an excised breast are compared with the corresponding slice of the actual breast in Fig. 1.14d. The rest of Fig. 1.14 contains a block diagram of computer control and data acquisition and a schematic of scan geometry.

Another method of data collection with potential usefulness in diagnostic medicine is provided by *nuclear magnetic resonance.* When an object is placed in a magnetic field gradient, the frequencies of magnetic resonance signals from its nuclei and unpaired electrons depend upon the value of the local applied magnetic field, as well as upon those molecular interactions usually studied by magnetic resonance methods. The integrated signal from the intersection of a surface of constant magnetic field with a three-dimensional object is one point on a one-dimensional projection of a three-dimensional signal. In a uniform linear field gradient, a plot of such signals

F  REVL  14522