# EXHIBIT F

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                          SUPERIOR COURT DEPARTMENT (BLS)
                                      OF THE TRIAL COURT
                                      CIVIL NO. 03-05810-BLS1
                                      (Judge van Gestel)

. . . . . . . . . . . . . . . . .   .

L-3 COMMUNICATIONS SECURITY AND     .
DETECTION SYSTEMS CORPORATION       .
DELAWARE,                           .
                                    .
            Plaintiff,              .
                                    .          ***HIGHLY CONFIDENTIAL***
     v.                             .
                                    .
REVEAL IMAGING TECHNOLOGIES, INC.,  .
*et al.*,                           .
                                    .
            Defendants.             .
. . . . . . . . . . . . . . . . .   .


**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT ON OWNERSHIP AND MISAPPROPRIATION
OF THE "NEWCO" FOLDED DETECTOR ARRAY INVENTION**


David J. Brody (BBO No. 058200)
Leonard G. Learner (BBO No. 290160)
F. James Coe (BBO No. 644705)
Giovanna Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136
Attorneys for Plaintiff

Dated: August 2, 2005

Plaintiff ("L-3") has moved for summary judgment on its claims for ownership and misappropriation of the "Newco" folded detector array CT explosive detection system ("EDS") that defendant Michael Ellenbogen invented while working for L-3. Summary judgment is appropriate because undisputed facts establish that (a) Ellenbogen's employer L-3 (then still known as PerkinElmer Detection Systems, Inc., or "PEDS") was in the EDS business; (b) while he was employed by PEDS, both before and after it changed its name to L-3, he was obligated to disclose and assign his invention to the company; and (c) Ellenbogen contemplated that his Newco EDS product would perform better than an EDS product that PEDS was already developing under his responsibility. Indeed, Ellenbogen contemplated that after he developed the Newco business opportunity, L-3 might be interested in buying the invention back from him.

## I. Facts

### A. Ellenbogen wrote the Newco Business Plan while he was the top executive in charge of R&D and new product and business development at PEDS

On February 25, 2002, Ellenbogen prepared a "Newco Business Plan" document. The document describes a new EDS product he invented for detecting explosives hidden in airplane baggage before the bags are loaded onto airplanes.[1] (Ellenbogen Tr. 272-73 and Dep. Exh. 30.) A copy of the document is in Addendum ("Add.") A hereto.

Before and after Ellenbogen invented his Newco EDS product, PEDS was in the EDS business. (Ellenbogen Tr. 315.) Ellenbogen was the company's Vice President for Product and Business Development, responsible for all of its research and development ("R&D"), new product and business development, and engineering. (Ellenbogen Tr. 99-100 and Dep. Exh. 6.)

---

[1] Items #1 and #2 in the trade secret listing filed by L-3 on December 20, 2004, are directed to the Newco CT EDS invention that Ellenbogen described in his "Newco Business Plan."

1

One of the PEDS projects under Ellenbogen's responsibility was the VCT-30, a product that was then in process of being certified by the Transportation Security Administration ("TSA"). (Ellenbogen Tr. 123-124; Scheinman Tr. 111.) The VCT-30 is an EDS system that uses a computed tomography ("CT") scanner, rather than just a conventional x-ray scanner. (Scheinman Tr. 62.) PEDS was developing the VCT-30 under a government "Argus" grant, the goal of which was a smaller, less expensive EDS system. (Ellenbogen Tr. 318.) The VCT-30 was initially developed for installation in airport lobbies as a freestanding machine. (Ellenbogen Tr. 299.) However, the TSA asked PEDS to install the VCT-30 in an airport check-in counter. (Ellenbogen Tr. 297-98; Scheinman Tr. 92, 107-08.) Defendant Elan Scheinman spent about 25% of his time working on the VCT-30 check-in counter installation. (Scheinman Tr. 119.) Ellenbogen knew of the TSA's desire to install a small, inexpensive EDS product in the check-in counter. (Ellenbogen Tr. 297-98; Scheinman Tr. 104, 110, 146-150, and Dep. Exh. 12.)

The Newco invention is a small, inexpensive EDS product that Ellenbogen invented specifically for a check-in counter installation. (Ellenbogen Tr. 278-79 and Add. A at p. 7.) According to the Newco Business Plan, "[m]inimizing the size of the system's external envelope is critical to its commercial acceptance," and Ellenbogen achieved this goal through his invention. (Add. A at p. 11.)

Ellenbogen believed that his Newco EDS invention had "potential value." (Ellenbogen Tr. 270-71.) He described it as an improvement over "[f]reestanding" EDS systems, like the VCT-30. (Add. A at pp. 7-8.) He also described L-3 Communications (including PEDS, which L-3 Communications was then in process of purchasing), as being one of Newco's "Direct Competitors," and that L-3 was a "potential buyer for Newco over time." (Ellenbogen Tr. 361-63 and Add. A at p. 14. *See also* Ellenbogen Tr. 344-45 and Dep. Exh. 33, at p. 16.) He thought

2

Respectfully submitted,

_____
David J. Brody (BBO No. 058200)
Leonard G. Learner (BBO No. 290160)
F. James Coe (BBO No. 644705)
Giovanna Fessenden (BBO No. 654681)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136

Dated: August 2, 2005          Attorneys for Plaintiff

#563262

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail - fax - hand on 8/2/05.