IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## ASSENTED-TO MOTION TO FILE A MEMORANDUM IN EXCESS 20 PAGES

Pursuant to Local Rule 7.1(b)(4), Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), requests leave to file a memorandum in excess of 20 pages in opposition to the Motion to Stay (D.I. 90) filed by Reveal Imaging Technologies, Inc. ("Reveal"). A copy of L-3's memorandum is being filed along with this motion. In support of this motion, L-3 states that a response to Reveal's Motion required a careful analysis of a large volume of legal precedent and a thorough evaluation of whether a stay, on the facts of this case, would (1) unduly prejudice or present a clear tactical disadvantage to L-3, (2) simplify the issues in the case, and (3) make any sense given the advanced stage of this case. Reveal has indicated it would assent to this Motion.

928597.1

- 2 -

                                            Respectfully submitted,

                                            L-3 COMMUNICATIONS SECURITY
                                            AND DETECTION SYSTEMS, INC.,

                                            By its attorneys,

August 18, 2005                       /s/ Michael A. Albert_____
                                            Michael A. Albert, BBO #558566
                                            James J. Foster, BBO #553285
                                            Robert M. Abrahamsen, BBO #636635
                                            WOLF, GREENFIELD & SACKS, P.C.
                                            600 Atlantic Avenue
                                            Boston, Massachusetts 02210
                                            Tel.: 617.646.8000
                                            Fax: 617.646.8646
                                            malbert@wolfgreenfield.com


## **LOCAL RULE 7.1 CERTIFICATE**

     Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and Reveal has indicated it would assent to this motion.

                                            /s/ Robert M. Abrahamsen