IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>　　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>　　　　　Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

### DECLARATION OF ROBERT M. ABRAHAMSEN
### IN SUPPORT OF L-3'S OPPOSITION TO MOTION TO STAY

1.　　As counsel for Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), I submit this declaration under penalty of perjury in support of L-3's Opposition to Motion to Stay.

2.　　Attached as Exhibit ("Ex.") A is a copy of a cover letter that accompanied a group of documents delivered to L-3's counsel on February 18, 2005.  Included in that group of documents were copies of U.S. Patent Nos. 4,803,639; 5,182,764; 6,218,943; 5,247,561; and 5,367,552, which were the primary patents upon which Reveal based its requests for reexamination of the six patents L-3 has asserted in this lawsuit.

3.　　Attached as Ex. B is a copy of A. Parker, "Problem Patents: Is Reexamination Truly a Viable Alternative to Litigation?" 3 No. Car. J. L. & Tech. 305 (2002).

4.　　Attached as Ex.  C is a copy of Amy L. Magas, Comment, When Politics Interfere with Patent Reexamination, 4 J. Marshall Rev. of Intell. Prop. L. 160 (2004).

5.　　Attached as Ex. D is a copy of a document retrieved from http://www.uscourts.gov/judbus2004/appendices/c2a.pdf on August 18, 2005.

6.　　Attached as Ex. E are selected pages from responses to document requests that were served on L-3 on February 16, 2005.

928889.1

7. Attached as Ex. F is a copy of a letter from Reveal's counsel dated July 25, 2005. The documents produced to Reveal on August 3, 2005 were collected and produced in response to this letter. To my knowledge, Reveal had not previously requested the production of those particular documents.

8. Attached as Ex. G are selected pages from document requests Reveal served on L-3 on August 1, 2005, which appear to call for many of the same documents that are listed in the July 25, 2005 letter (Ex. F).

9. Attached as Ex. H are copies of selected pages from The Manual of Patent Examining Procedure, 8th Edition, Revision 2 (May 2004).

10. Attached as Ex. I is a document from the United States Patent and Trademark Office entitled "*Ex Parte* Reexamination Data - June 30, 2005."

11. Attached as Ex. J is copy of a statement of Jon W. Dudas, Director of the United States Patent and Trademark Office, that was provided to the United States Senate Committee on the Judiciary Subcommittee on Intellectual Property on April 21, 2005, concerning "The Patent System: Today and Tomorrow."

12. Based on my review of the pleadings and discovery papers in this matter, I determined that more than 75,000 pages of documents have been exchanged between the parties, and more than twenty subpoenas have been issued to non-parties, resulting in the production of more than 6,000 additional document pages as well several CD-ROMs encompassing voluminous additional materials such as emails and other electronic documents in their native format.

Dated: August 18, 2005                    /s/ Robert M. Abrahamsen