# EXHIBIT A

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No.<br>90/007,594 | Patent Under Reexamination<br>5838758 |
| --- | --- | --- |
| | Examiner<br>Thomas R. Artman | Art Unit<br>2882 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>17 June 2005</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:  a)☐  PTO-892,      b)☒  PTO-1449,      c)☐  Other: _____

1. ☒   The request for *ex parte* reexamination is GRANTED.

        RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐   The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

    a) ☐  by Treasury check or,

    b) ☐  by credit to Deposit Account No. _____, or

    c) ☐ by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Application/Control Number: 90/007,594                                                    Page 2
Art Unit: 2882

### *Reexamination*

A substantial new question of patentability affecting claims 38-40, 43 and 55 of United

States Patent Number 5,838,758 is raised by the request for *ex parte* reexamination.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination

proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)).  Extensions of time in

*ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving

Patent No. 5,838,758 throughout the course of this reexamination proceeding.

The request indicates that Requester considers that Steele, Roder and Vinegar may raise a

substantial new question of patentability with respect to claims 38-40, 43 and 55.

It is agreed that the consideration of Steele, alone or in view of Roder and Vinegar, raises

a substantial new question of patentability as to Claims 38-40, 43 and 55 of the Krug patent.  In

particular, Steele teaches the practice of inspecting parts for flaws with a first X-ray device, then

performs one or more CT scans only on the flaw area of the part, as pointed out in pp.3-6 of the

Request.  Further, Roder and Vinegar teach the practice of using CT scans for the specific

application of baggage inspection, and Vinegar also teaches the practice of performing dual

energy CT in baggage inspection applications, as pointed out in pp.6 and 9-10.  These teachings

were not present in the prosecution of the application which became the Krug patent.  Further,

there is a substantial likelihood that a reasonable examiner would consider this teaching

Application/Control Number: 90/007,594                                    Page 3
Art Unit: 2882

important in deciding whether or not the claim is patentable. Accordingly, Steele, Roder and

Vinegar raise a substantial new question of patentability as to Claims 38-40, 43 and 55, which

question has not been decided in a previous examination of the Krug patent. Claims 1-62 of the

Krug patent will be reexamined.


### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Thomas R. Artman whose telephone number is (571) 272-2485.

The examiner can normally be reached on 9am - 6:30pm Monday - Friday.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Ed Glick can be reached on (571) 272-2490. The fax phone number for the

organization where this application or proceeding is assigned is 703-872-9306.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).


Thomas R. Artman
Patent Examiner

EDWARD J. GLICK
SUPERVISORY PATENT EXAMINER