UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-11884-NG (Magistrate Judge Judith Gail Dein) |
| v. | ) ) | |
| REVEAL IMAGING TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

**REVEAL'S OPPOSITION TO L-3'S MOTION FOR EXPANDED
AND EXPEDITED DISCOVERY**

Reveal Imaging Technologies, Inc. ("Reveal") respectfully submits this Opposition to L-3 Communications, Security and Detection Systems, Inc.'s ("L-3") Motion for Expanded and Expedited Discovery. L-3's motion for expanded and expedited discovery is plainly and simply yet another motion to open damages discovery. The Court initially decided to defer damages discovery early in the case. (Dkt. Entry No. 44.) L-3 then sought reconsideration of the issue under the guise of a motion to compel. The Court again considered the issue and found that "the deferral of discovery regarding damages would simplify and facilitate discovery … and would potentially expedite the resolution of this case …." (Dkt. Entry No. 48.) This scheduling order was affirmed by the Court again on April 29, 2005. (Dkt. Entry No. 77.) Most recently, on June 28, 2005, in the Report and Recommendation on L-3's motion for partial summary judgment, this Court once again reaffirmed that damages discovery should be deferred. (Dkt. Entry No. 87.) In that order, the Court again stated that if a sale was made to a non - U.S. governmental

entity that plaintiff should be notified. No such sale has occurred and there is no new argument or basis for L-3's incredible third request to reconsider the issue.

Reveal respectfully incorporates by reference its Opposition to L-3's Motion For Expedited Briefing on L-3's Motion for a Preliminary Injunction (Dkt. Entry No. 101) and respectfully requests that L-3's motion be denied.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **REVEAL IMAGING TECHNOLOGIES, INC.,** |
|  | By its attorneys, |
| Dated: August 19, 2005 | /s/ H. Joseph Hameline |
|  | H. Joseph Hameline (BBO# 218710) |
|  | A. Jason Mirabito (BBO # 349440) |
|  | Michael T. Renaud (BBO # 629783) |
|  | Mintz, Levin, Cohn, Ferris, Glovsky |
|  |   and Popeo, P.C. |
|  | One Financial Center |
|  | Boston, MA 02111 |
|  | (617) 542-6000 |

LIT 1537832v1