THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

**MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL FILING ON NEWLY-DISCOVERED EVIDENCE
IN SUPPORT OF L-3'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), moves for leave to file (1) the accompanying Supplemental Filing on Newly-Discovered Evidence in Support of L-3's Motion for Preliminary Injunction, and (2) the accompanying Declaration of Mark Syrnick in Support of L-3's Motion for Preliminary Injunction. In support of this motion, L-3 states that these papers address new evidence that came to light after L-3 had filed its Motion for Preliminary Injunction (D.I. 94) and that undermines the core argument Reveal made in papers (D.I. 101-104) it submitted last week relating to the TSA's decision on whether to confer "authorization and consent" in connection with an imminent, market-saturating contract Reveal is actively pursuing.

929862.1

- 2 -

                                              Respectfully submitted,

                                              L-3 COMMUNICATIONS SECURITY
                                              AND DETECTION SYSTEMS, INC.,

                                              By its attorneys,

August 22, 2005                          /s/ Michael A. Albert_____
                                              Michael A. Albert, BBO #558566
                                              James J. Foster, BBO #553285
                                              Robert M. Abrahamsen, BBO #636635
                                              WOLF, GREENFIELD & SACKS, P.C.
                                              600 Atlantic Avenue
                                              Boston, Massachusetts 02210
                                              Tel.: 617.646.8000
                                              Fax: 617.646.8646
                                              malbert@wolfgreenfield.com

## **LOCAL RULE 7.1 CERTIFICATE**

       Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and Reveal has indicated it would not assent to this motion.

                                              /s/ Robert M. Abrahamsen