IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>　　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>　　　　　Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

**DECLARATION OF MARK SYRNICK
IN SUPPORT OF L-3'S MOTION FOR
PRELIMINARY INJUNCTION**

　　　1.　　I am the Vice President and General Counsel of plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), and submit this declaration under penalty of perjury in support of L-3's Motion for Preliminary Injunction.

　　　2.　　Attached as Exhibit ("Ex.") A are selected pages from a draft contract posted by the Transportation Safety Administration (TSA) on July 27, 2005 in connection with Solicitation Number HSTS04-05-R-DEP029. I understand this to be the same draft contract that is referred to in paragraph 3 of the Declaration of Michael T. Renaud (D.I. 102) and paragraph 4 of the Declaration Michael Ellenbogen (D.I. 103). Since the day it was first posted, every page of that draft contract has had the word "DRAFT" written diagonally across its face in large capital letters.

　　　3.　　As noted in Renaud and Ellenbogen declarations, the draft contract (Ex. A) listed a provision entitled "Authorization and Consent" (Clause 3.5.1) amongst the various contract clauses that were incorporated by reference into the draft contract. (See Ex. A at I-2). The draft contract also included the full text of a separate clause entitled "Patent Infringement Bond Requirements" (Clause 3.4.1.8). (See Ex. A at I-16). It is my understanding that, when a

929814.1

- 2 -

"patent infringement bond" is required in such a contract, that bond may be used to reimburse the U.S. Government for any liability it incurs under 28 U.S.C. § 1498(a) resulting from the contractor's infringement of United States patents.

4. It is generally understood that the provisions in such draft contracts posted by U.S. Government agencies, including the TSA, are subject to change, and frequently are modified before a final form contract is posted for use in submitting proposals.

5. Attached as Ex. B are selected pages from a final form contract that was posted by the TSA on August 18, 2005 in connection with Solicitation Number HSTS04-05-R-DEP029. This final version of the form contract does not have the word "DRAFT" written diagonally across the face of any of its pages. In the final form contract, clause 3.5.1 ("Authorization and Consent") has been deleted (See Ex. B at I-3), as has clause 3.4.1.8 ("Patent Infringement Bond Requirements").

Dated: August 22, 2005                    /s/ Mark Stephen Syrnick