# EXHIBIT A

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS(15 CFR 700) | RATING | PAGE OF PAGES 1 |
|---|---|---|---|
| 2. CONTRACT NO. | 3. SOLICITATION NO. HSTS04-05-R-DEP029 | 4. TYPE OF SOLICITATION ☐ SEALED BID(IFB) ☒ NEGOTIATED(RFP) | 5. DATE ISSUED July 27, 2005 | 6. REQUISITION/PURCHASE NO. |
| 7. ISSUED BY  Transportation Security Administration, TSA Headquarters 601 South 12th Street Arlington, VA 22202-4220 | CODE | 8. ADDRESS OFFER TO (If other than Item 7) CONNIE THORNTON, CONTRACTING OFFICER Transportation Security Administration, TSA-25 701 South 12th Street Arlington, VA 22202-4220 |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and __See Section L__ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8

Until 2:00 P.M. hours local time      AUGUST 25, 2005      PROPOSALS MUST BE HAND CARRIED AND NOT SENT VIA MAIL, UPS OR FEDEX

Hours                    Date

CAUTION-LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-01. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME Connie Thornton | B. TELEPHONE NO. (include area code)(NO COLLECT CALLS) 571-227-3880 | C. E-Mail ADDRESS Connie.Thornton@dhs.gov |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II – CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORKSTATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | |

### OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|
| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and Related documents numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN DIFFER (Type or print) |
|---|---|---|---|
| 15B. TELEPHONE NO. (include area Code) | 15C. CHECK IF REMITTANCE ADDRESS ☐ IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |

### AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. Amount | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304(c)( ) ☒ 41 U.S.C. 253 (c)( 2 ) | | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
| 24. ADMINISTERED BY (If other than Item 7) | CODE | 25. PAYMENT WILL BE MADE BY | CODE |
| 26. NAME OF CONTRACTING OFFICER (Type or Print) Connie Thornton | | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE |

D-2

# SECTION I - CONTRACT CLAUSES

## I.1 Clauses and Provisions Incorporated by Reference

This contract, as applicable, incorporates by reference the following provisions or clauses with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at: http://fast.TSA.gov (on this web page, select "toolsets", then "procurement toolbox").

| Clause | Clause or Provision Number | Date |
|---|---|---|
| 3.1.8.1 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity. | (September 2000) |
| 3.1.8.2 | Price or Fee Adjustment for Illegal or Improper Activity. | (September 2000) |
| 3.10.1.1 | Notice of Intent to Disallow Costs. | (April 1996) |
| 3.10.1.12 | Changes-Fixed Price. | (April 1996) |
| 3.10.1.14 | Changes-Time-and-Materials or Labor-Hours. | (April 1996) |
| 3.10.1.18 | Notification of Changes. | (April 1996) |
| 3.10.1.2 | Production Progress Reports. | (April 1996) |
| 3.10.1.7 | Bankruptcy. | (April 1996) |
| 3.10.2.1 | Subcontracts (Fixed Price Contracts). | (April 1996) |
| 3.10.2.1.1 | Subcontracts (Fixed Price) (Alternate I) (See Note 1.) | (April 1996) |
| 3.10.2.3 | Subcontracts (Time-and-Materials and Labor-Hour Contracts) | (April 1996) |
| 3.10.2.5 | Competition in Subcontracting. | (January 1998) |
| 3.10.6.1 | Termination for Convenience of the Government (Fixed-Price). | (October 1996) |
| 3.10.6.3 | Termination (Cost-Reimbursement). | (October 1996) |
| 3.10.6.3.4 | Termination (Cost-Reimbursement) (Alternate IV) | (October 1996) |
| 3.10.6.4 | Default (Fixed-Price Supply and Service). | (October 1996) |
| 3.10.6.7 | Excusable Delays | (October 1996) |
| 3.10.9.1 | First Article Approval-Contractor Testing | (July 2003) |
| 3.10.9.1.1 | First Article Approval-Contractor Testing (Alternate I) | (July 2003) |
| 3.10.9.1.2 | First Article Approval-Contractor Testing (Alternate II) | (July 2003) |
| 3.10.9.2 | First Article Approval-Government Testing. | (July 2003) |
| 3.10.9.2.1 | First Article Approval-Government Testing (Alternate I) | (July 2003) |
| 3.10.9.2.2 | First Article Approval-Government Testing (Alternate II) | (July 2003) |
| 3.11.62 | Preference for Privately Owned U.S.-Flag Commercial Vessels. | (April 1999) |
| 3.13.3 | Printed or Copied Double-Sided on Recycled Paper. | (April 1996) |
| 3.2.2.3.25 | Reducing the Price of a Contract or Modification for Defective Cost or Pricing Data | (July 2004) |
| 3.2.2.3.27 | Subcontractor Cost or Pricing Data. | (July 2004) |
| 3.2.2.3.28 | Subcontractor Cost or Pricing Data-Modifications. | (July 2004) |
| 3.2.2.3.29 | Integrity of Unit Prices. | (July 2003) |
| 3.2.2.3.30 | Termination of Defined Benefit Pension Plans | (July 2004) |
| 3.2.2.3.32 | Waiver of Facilities Capital Cost of Money. | (July 2004) |
| 3.2.2.3.33 | Order of Precedence | (July 2004) |
| 3.2.2.3.39 | Requirements for Cost or Pricing Data or Other Information –Modifications | (July 2004) |
| 3.2.2.3.8 | Audit and Records-Sealed Bidding. | (July 2004) |
| 3.2.2.7.6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. | (April 1996) |
| 3.2.2.8.1 | New Material. | (October 1996) |
| 3.2.3.2 | Cost Accounting Standards. | (April 1996) |
| 3.2.3.3 | Disclosure and Consistency of Cost Accounting Practices. | (April 1996) |
| 3.2.3.5 | Administration of Cost Accounting Standards. | (April 1996) |

| | | |
|---|---|---|
| 3.2.4.16 | Ordering. | (October 1996) |
| 3.2.4.16.1 | Ordering (Alternate I) | (October 1996) |
| 3.2.4.17 | Order Limitations. | (October 1996) |
| 3.2.4.19 | Requirements. | (October 1996) |
| 3.2.4.19.1 | Requirements (Alternate I) | (October 1996) |
| 3.2.4.20 | Indefinite Quantity | (July 1996) |
| 3.2.4.33 | Option for Increased Quantity-Separately Priced Line Item. | (April 1996) |
| 3.2.4.34 | Option to Extend Services. | (April 1996) |
| 3.2.4.35 | Option to Extend the Term of the Contract. | (April 1996) |
| 3.2.4.4 | Fixed-Price Contracts with Economic Price Adjustment-Labor and Material | (April 1996) |
| 3.2.5.3 | Gratuities or Gifts. | (January 1999) |
| 3.2.5.4 | Contingent Fees. | (October 1996) |
| 3.2.5.5 | Anti-Kickback Procedures. | (October 1996) |
| 3.2.5.6 | Restrictions on Subcontractor Sales to the TSA. | (April 1996) |
| 3.3.1.1 | Payments. | (April 1996) |
| 3.3.1.15 | Assignment of Claims. | (April 1996) |
| 3.3.1.17 | Prompt Payment. | (January 2003) |
| 3.3.1.25 | Mandatory Information for Electronic Funds Transfer (EFT) Payment - Central Contractor Registration (CCR) | (June 2001) |
| 3.3.1.5 | Payments under Time-and-Materials and Labor-Hour Contracts. | (April 2001) |
| 3.3.1.6 | Discounts for Prompt Payment. | (April 1996) |
| 3.3.1.7 | Limitation on Withholding of Payments. | (April 1996) |
| 3.3.1.8 | Extras. | (April 1996) |
| 3.4.2.6 | Taxes-Contracts Performed in U.S. Possessions or Puerto Rico. | (October 1996) |
| 3.4.2.8 | Federal, State, and Local Taxes -- Fixed Price Contract | (April 1996) |
| 3.5.1 | Authorization and Consent. | (April 1996) |
| 3.5.13 | Rights in Data-General. | (October 1996) |
| 3.5.13.1 | Rights in Data-General (Alternate I) | (October 1996) |
| 3.5.13.2 | Rights in Data-General (Alternate II) | (October 1996) |
| 3.5.13.3 | Rights in Data-General (Alternate III) | (October 1996) |
| 3.5.13.4 | Rights in Data-General (Alternate IV) | (October 1996) |
| 3.5.13.5 | Rights in Data-General (Alternate V) | (October 1996) |
| 3.5.18 | Commercial Computer Software-Restricted Rights. | (October 1996) |
| 3.5.2 | Notice and Assistance Regarding Patent and Copyright Infringement. | (October 1996) |
| 3.5.20 | Technical Data Certification, Revision, and Withholding of Payment-Major Systems. | (October 1996) |
| 3.6.1.3 | Utilization of Small Business Concerns. | (September 2001) |
| 3.6.1.4 | Small, Small Disadvantaged, Women-Owned and Service-Disabled Veteran Owned Small Business Subcontracting Plan | (September 2001) |
| 3.6.1.6 | Liquidated Damages-Subcontracting Plan. | (September 2001) |
| 3.6.1.7 | Limitations on Subcontracting. | (August 1997) |
| 3.6.2.1 | Contract Work Hours and Safety Standards Act-Overtime Compensation. | (September 2003) |
| 3.6.2.12 | Affirmative Action for Special Disabled and Vietnam Era Veterans | (January 1998) |
| 3.6.2.13 | Affirmative Action for Workers with Disabilities. | (April 2000) |
| 3.6.2.14 | Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans. | (January 1998) |
| 3.6.2.16 | Notice to the Government of Labor Disputes. | (April 1996) |
| 3.6.2.17 | Payment for Overtime Premiums. | (April 1996) |
| 3.6.2.2 | Convict Labor. | (April 1996) |
| 3.6.2.28 | Service Contract Act of 1965, As Amended. | (April 1996) |
| 3.6.2.30 | Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts). | (April 1996) |
| 3.6.2.4 | Walsh-Healey Public Contracts Act. | (April 1996) |
| 3.6.2.5 | Prohibition of Segregated Facilities. | (April 1996) |

| | | |
|---|---|---|
| 3.6.2.9 | Equal Opportunity. | (August 1998) |
| 3.6.3.11 | Toxic Chemical Release Reporting. | (April 1998) |
| 3.6.3.16 | Drug-Free Workplace. | (January 2004) |
| 3.6.3.3 | Hazardous Material Identification and Material Safety Data. | (April 1996) |
| 3.6.3.9 | Refrigeration Equipment and Air Conditioners. | (August 1998) |
| 3.6.4.10 | Restrictions on Certain Foreign Purchases. | (April 1996) |
| 3.6.4.2 | Buy American Act-Supplies. | (July 1996) |
| 3.9.1.1 | Contract Disputes. | (November 2002) |
| 3.9.1.2 | Protest After Award. | (August 1997) |

## I.2    Clauses Provided in Full Text

1.13.4    Cost/Schedule Status Report (July 2003)
(a) The Contractor shall use management procedures in the performance of this contract that provide for- (1) Planning and control of costs; (2) Measurement of performance (value for completed tasks); and (3) Generation of timely and reliable information for the cost/schedule status report (C/SSR). (b) At a minimum, these procedures must provide for-- (1) Establishing the time-phased budgeted cost of work scheduled (including work authorization, budgeting, and scheduling), the budgeted cost for work performed, the actual cost of work performed, the budget at completion, the estimate at completion, and provisions for subcontractor performance measurement and reporting; (2) Applying all direct and indirect costs and provisions for use and control of management reserve and undistributed budget. (3) Incorporating changes to the contract budget base for both Government directed changes and internal re-planning. (4) Establishing constraints that preclude subjective adjustments of data to ensure performance measurement remains realistic. Unless the Contracting Officer provides prior written approval, in no case shall the total allocated budget exceed the contract budget base. For cost-reimbursement contracts, the contract budget base shall exclude changes for cost growth increases, other than for authorized changes to the contract scope; and (5) Establishing the capability to accurately identify and explain significant cost and schedule variances, both on a cumulative basis and projected at completion basis. (c) The Contractor may use a cost/schedule control system that has been recognized by a TSA contracting officer (CO) or by a CO from another federal agency as complying with the 32 EVMS criteria from the American National Standards Institute (ANSI)/Electronic Industries Alliance (EIA) Standard – 748-1998, Earned Value Management Systems. (d) The TSA may require an integrated baseline review within 180 calendar days after (1) contract award, (2) the exercise of significant contract options, or (3) the incorporation of major modifications. The purpose of the integrated baseline review is for the TSA and the Contractor to jointly evaluate the adequacy of the Contractor's planning efforts in meeting baseline goals in areas such as the complete coverage of the statement of work, logical scheduling of the work activities, adequate allocation of resources, and risk management. The Contractor shall provide necessary documents and data that describe the methods of planning, control and data generation in actual operation to satisfy the requirement of paragraph (a) of this clause. (e) The Contractor shall provide access to all pertinent records, company procedures, and data requested by the CO, or authorized representative, to -- (1) Show proper implementation of the procedures generating the cost and schedule information being used to satisfy the C/SSR contractual data requirements to the Government; and (2) Ensure continuing application of the accepted company procedures in satisfying the C/SSR data item. (f) The Contractor shall submit any substantive changes to the procedures and their impact to the CO for review. (g) The Contractor shall require a subcontractor to furnish a C/SSR in each case where the subcontractor will perform critical or significant tasks related to the prime contract. The TSA and the prime Contractor shall mutually identify which subcontracts are critical or significant to the achievement of baseline goals, and each identified subcontractor's reported cost and schedule information shall be incorporated in the Contractor's C/SSR. (h) The Contractor shall submit a C/SSR report prepared in accordance with [Contracting Officer to insert information to describe reporting requirements] by [Contracting Officer to insert due date]. (End of clause)

I-3

provisions required by the Transportation Security Administration. (b) The contractor shall maintain and furnish evidence of the following insurance, with the stated minimum limits: (1) Worker's Compensation and Employer's Liability. The contractor shall comply with applicable Federal and State workers' compensation and occupational disease statutes. The contractor shall maintain employer's liability coverage of at least $100,000, except in States with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers. (2) General Liability. The contractor shall maintain bodily injury general liability insurance written on a comprehensive form of policy of at least $100,000* per person and $500,000* per occurrence. Property damage limits, if any, will be set forth elsewhere in the "Schedule." (3) Automobile Liability. For automobiles used in connection with performance of this contract, the contractor shall maintain automobile liability insurance written on a comprehensive form of policy with coverage of at least $200,000* per person and $500,000* per occurrence for bodily injury and $20,000* per occurrence for property damage, unless higher limits are required by airport management and state law. (4) Aircraft Liability. If aircraft will be used in connection with performance of this contract, the contractor shall maintain aircraft public and passenger liability insurance with coverage of at least $200,000* per person and $500,000* per occurrence for bodily injury other than passenger liability, and $200,000* per occurrence for property damage. Coverage for passenger liability bodily injury shall be at least $200,000* multiplied by the number of seats or passengers, whichever is greater. (5) Watercraft Liability When watercraft will be used in connection with performing the contract, the contractor shall provide watercraft liability insurance. Limits shall be at least $1,000,000* per occurrence. The policy shall include coverage for owned, non-owned and hired watercraft. (6) Environmental Impairment Liability. When the contract involves hazardous wastes, the contractor shall provide environmental impairment liability insurance with coverage of at least $1,000,000* bodily injury per occurrence and $1,000,000* property damage per occurrence. Such insurance shall include coverage for the clean up, removal, storage, disposal, transportation, and use of pollutants and hazardous waste. (7) Medical Malpractice. When the contract will involve health care services, the contractor shall maintain medical malpractice liability insurance with coverage of at least $500,000* per occurrence. (c) Each policy shall substantially include the following provision: "It is a condition of this policy that the issuing company furnish written notice to the Transportation Security Administration 30 days in advance of the effective date of any reduction in or cancellation of this policy." (d) The contractor shall furnish a certificate of insurance or, if required by the Contracting Officer, true copies of liability policies and manually countersigned endorsements of any changes, including the TSA's contract number to ensure proper filing of documents. Insurance shall be effective, and evidence of acceptable insurance furnished, before beginning performance under this contract. Evidence of renewal shall be furnished not later than five days before a policy expires. (e) The maintenance of insurance coverage as required by this clause is a continuing obligation. The lapse or termination of insurance coverage without replacement coverage being obtained will be grounds for termination for default. *Unless modified in the "Schedule" (End of clause)

3.4.1.7    Notice to Proceed (April 1996)
The contractor shall not initiate work under this contract until it has received a Notice To Proceed in writing from the Contracting Officer. (End of clause)

3.4.1.8    Patent Infringement Bond Requirements (October 1996)
The Contractor shall be required to submit a patent infringement bond in a penal amount set by the Contracting Officer and in a form acceptable to the Government. Failure to submit an acceptable bond may be cause for termination of the contract for default. (End of clause)

3.4.1.9    Deposit of Assets Instead of Surety Bonds (April 1996)
(a) If the contractor has deposited assets instead of furnishing sureties for any bond required under this contract and the assets are in the form of checks, or drafts, the Contracting Officer will hold the assets in an account for the contractor's benefit. (b) Upon contract completion, the contractor's funds will be returned as soon as possible, but not later than 60 days after the final invoice has been paid, unless the Contracting Officer determines that part or all of the account is required to compensate the Transportation Security Administration for costs it incurs as a result of the contractor's delay, default, or failure to perform. In such a case, the entire account will be available to compensate the Transportation Security Administration. (End of clause)

# EXHIBIT B

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS(15 CFR 700) | RATING | PAGE OF PAGES 1 / 142 |
|---|---|---|---|

| 2. CONTRACT NO. | 3. SOLICITATION NO. HSTS04-05-R-DEP029 | 4. TYPE OF SOLICITATION ☐ SEALED BID(IFB) ☒ NEGOTIATED(RFP) | 5. DATE ISSUED 27 July 2005 Revised 18 Aug 05 | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|

| 7. ISSUED BY  CODE | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|
| Transportation Security Administration, TSA Headquarters 601 South 12th Street Arlington, VA 22202-4220 | CONNIE THORNTON, CONTRACTING OFFICER Transportation Security Administration, TSA-25 701 South 12th Street Arlington, VA 22202-4220 |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ___See Section L___ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8

Until 2:00 P.M. hours local time   September 6, 2005   PROPOSALS MUST BE HAND CARRIED AND NOT SENT VIA MAIL, UPS OR FEDEX

Hours     Date
CAUTION-LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-01. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME Connie Thornton Jamie Thompson | B. TELEPHONE NO. (include area code)(NO COLLECT CALLS) 571-227-3880 571-227-1877 | C. E-Mail ADDRESS Connie.Thornton@dhs.gov Jamie.Thompson@dhs.gov |
|---|---|---|---|

**11. TABLE OF CONTENTS**

| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II – CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORKSTATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | | | | PART IV- REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | |

**OFFER (Must be fully completed by offeror)**

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ___calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52-232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amend- Amendments to the SOLICITATION for offerors and Related documents numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN DIFFER (Type or print) |
|---|---|---|---|

| 15B. TELEPHONE NO. (include area Code) | 15C. CHECK IF REMITTANCE ADDRESS ☐ IS DIFFERENT FROM ABOVE. ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|

**AWARD (To be completed by Government)**

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. Amount | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304(c)( )  ☒ 41 U.S.C. 253 (c)(2) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7)   CODE | 25. PAYMENT WILL BE MADE BY   CODE |
|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or Print) | 27. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 28. AWARD DATE |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

D-2

# SECTION I - CONTRACT CLAUSES

## I.1  Clauses and Provisions Incorporated by Reference

This contract, as applicable, incorporates by reference the following provisions or clauses with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at: http://fast.TSA.gov (on this web page, select "toolsets", then "procurement toolbox").

| Clause | Clause or Provision Number | Date |
|---|---|---|
| 3.1.8.1 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity. | (September 2000) |
| 3.1.8.2 | Price or Fee Adjustment for Illegal or Improper Activity. | (September 2000) |
| 3.10.1.1 | Notice of Intent to Disallow Costs. | (April 1996) |
| 3.10.1.12 | Changes-Fixed Price. | (April 1996) |
| 3.10.1.14 | Changes-Time-and-Materials or Labor-Hours. | (April 1996) |
| 3.10.1.18 | Notification of Changes. | (April 1996) |
| 3.10.1.2 | Production Progress Reports. | (April 1996) |
| 3.10.1.7 | Bankruptcy. | (April 1996) |
| 3.10.2.1 | Subcontracts (Fixed Price Contracts). | (April 1996) |
| 3.10.2.3 | Subcontracts (Time-and-Materials and Labor-Hour Contracts) | (April 1996) |
| 3.10.2.5 | Competition in Subcontracting. | (January 1998) |
| 3.10.6.1 | Termination for Convenience of the Government (Fixed-Price). | (October 1996) |
| 3.10.6.3 | Termination (Cost-Reimbursement). | (October 1996) |
| 3.10.6.3.4 | Termination (Cost-Reimbursement) (Alternate IV) | (October 1996) |
| 3.10.6.4 | Default (Fixed-Price Supply and Service). | (October 1996) |
| 3.10.6.7 | Excusable Delays | (October 1996) |
| 3.10.9.2 | First Article Approval-Government Testing. | (July 2003) |
| 3.10.9.2.1 | First Article Approval-Government Testing (Alternate I) | (July 2003) |
| 3.10.9.2.2 | First Article Approval-Government Testing (Alternate II) | (July 2003) |
| 3.11.62 | Preference for Privately Owned U.S.-Flag Commercial Vessels. | (April 1999) |
| 3.13.3 | Printed or Copied Double-Sided on Recycled Paper. | (April 1996) |
| 3.2.2.3.25 | Reducing the Price of a Contract or Modification for Defective Cost or Pricing Data | (July 2004) |
| 3.2.2.3.27 | Subcontractor Cost or Pricing Data. | (July 2004) |
| 3.2.2.3.29 | Integrity of Unit Prices. | (July 2003) |
| 3.2.2.3.30 | Termination of Defined Benefit Pension Plans | (July 2004) |
| 3.2.2.3.32 | Waiver of Facilities Capital Cost of Money. | (July 2004) |
| 3.2.2.3.33 | Order of Precedence | (July 2004) |
| 3.2.2.3.39 | Requirements for Cost or Pricing Data or Other Information –Modifications | (July 2004) |
| 3.2.2.3.8 | Audit and Records-Sealed Bidding. | (July 2004) |
| 3.2.2.7.6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. | (April 1996) |
| 3.2.2.8.1 | New Material. | (October 1996) |
| 3.2.3.2 | Cost Accounting Standards. | (April 1996) |
| 3.2.3.3 | Disclosure and Consistency of Cost Accounting Practices. | (April 1996) |
| 3.2.3.5 | Administration of Cost Accounting Standards. | (April 1996) |
| 3.2.4.16 | Ordering. | (October 1996) |
| 3.2.4.16.1 | Ordering (Alternate I) | (October 1996) |
| 3.2.4.19 | Requirements. | (October 1996) |
| 3.2.4.20 | Indefinite Quantity | (July 1996) |
| 3.2.4.33 | Option for Increased Quantity-Separately Priced Line Item. | (April 1996) |

| | | |
|---|---|---|
| 3.2.4.34 | Option to Extend Services. | (April 1996) |
| 3.2.4.35 | Option to Extend the Term of the Contract. | (April 1996) |
| 3.2.4.4 | Fixed-Price Contracts with Economic Price Adjustment-Labor and Material | (April 1996) |
| 3.2.5.3 | Gratuities or Gifts. | (January 1999) |
| 3.2.5.4 | Contingent Fees. | (October 1996) |
| 3.2.5.5 | Anti-Kickback Procedures. | (October 1996) |
| 3.2.5.6 | Restrictions on Subcontractor Sales to the TSA. | (April 1996) |
| 3.3.1.1 | Payments. | (April 1996) |
| 3.3.1.15 | Assignment of Claims. | (April 1996) |
| 3.3.1.17 | Prompt Payment. | (January 2003) |
| 3.3.1.25 | Mandatory Information for Electronic Funds Transfer (EFT) Payment - Central Contractor Registration (CCR) | (June 2001) |
| 3.3.1.5 | Payments under Time-and-Materials and Labor-Hour Contracts. | (April 2001) |
| 3.3.1.6 | Discounts for Prompt Payment. | (April 1996) |
| 3.3.1.7 | Limitation on Withholding of Payments. | (April 1996) |
| 3.3.1.8 | Extras. | (April 1996) |
| 3.4.1.10 | Insurance-Work on a Government Installation | (July 1996) |
| 3.4.1.11 | Insurance-Liability to Third Persons | (October 1996) |
| 3.4.2.6 | Taxes-Contracts Performed in U.S. Possessions or Puerto Rico. | (October 1996) |
| 3.4.2.8 | Federal, State, and Local Taxes -- Fixed Price Contract | (April 1996) |
| 3.5.13 | Rights in Data-General. | (October 1996) |
| 3.5.13.1 | Rights in Data-General (Alternate I) | (October 1996) |
| 3.5.13.2 | Rights in Data-General (Alternate II) | (October 1996) |
| 3.5.13.3 | Rights in Data-General (Alternate III) | (October 1996) |
| 3.5.13.5 | Rights in Data-General (Alternate V) | (October 1996) |
| 3.5.18 | Commercial Computer Software-Restricted Rights. | (October 1996) |
| 3.5.2 | Notice and Assistance Regarding Patent and Copyright Infringement. | (October 1996) |
| 3.5.20 | Technical Data Certification, Revision, and Withholding of Payment-Major Systems. | (October 1996) |
| 3.6.1.3 | Utilization of Small Business Concerns. | (September 2001) |
| 3.6.1.4 | Small, Small Disadvantaged, Women-Owned and Service-Disabled Veteran Owned Small Business Subcontracting Plan | (September 2001) |
| 3.6.1.6 | Liquidated Damages-Subcontracting Plan. | (September 2001) |
| 3.6.1.7 | Limitations on Subcontracting. | (August 1997) |
| 3.6.2.1 | Contract Work Hours and Safety Standards Act-Overtime Compensation. | (September 2003) |
| 3.6.2.12 | Affirmative Action for Special Disabled and Vietnam Era Veterans | (January 1998) |
| 3.6.2.13 | Affirmative Action for Workers with Disabilities. | (April 2000) |
| 3.6.2.14 | Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans. | (January 1998) |
| 3.6.2.16 | Notice to the Government of Labor Disputes. | (April 1996) |
| 3.6.2.17 | Payment for Overtime Premiums. | (April 1996) |
| 3.6.2.2 | Convict Labor. | (April 1996) |
| 3.6.2.28 | Service Contract Act of 1965, As Amended. | (April 1996) |
| 3.6.2.30 | Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts). | (April 1996) |
| 3.6.2.4 | Walsh-Healey Public Contracts Act. | (April 1996) |
| 3.6.2.5 | Prohibition of Segregated Facilities. | (April 1996) |
| 3.6.2.9 | Equal Opportunity. | (August 1998) |
| 3.6.3.11 | Toxic Chemical Release Reporting. | (April 1998) |
| 3.6.3.16 | Drug-Free Workplace. | (January 2004) |
| 3.6.3.3 | Hazardous Material Identification and Material Safety Data. | (April 1996) |
| 3.6.3.9 | Refrigeration Equipment and Air Conditioners. | (August 1998) |
| 3.6.4.10 | Restrictions on Certain Foreign Purchases. | (April 1996) |
| 3.6.4.2 | Buy American Act-Supplies. | (July 1996) |

| | | |
|---|---|---|
| 3.9.1.1 | Contract Disputes. | (November 2002) |
| 3.9.1.2 | Protest After Award. | (August 1997) |

ADDED CLAUES:

| | | |
|---|---|---|
| 3.4.1.10 | Insurance-Work on a Government Installation | (July 1996) |
| 3.4.1.11 | Insurance-Liability to Third Persons | (October 1996) |

DELETED CLAUSES:

| | | |
|---|---|---|
| 3.10.2.1.1 | Subcontracts (Fixed Price) (Alternate I) (See Note 1.) | (April 1996) |
| 3.10.9.1 | First Article Approval-Contractor Testing | (July 2003) |
| 3.10.9.1.1 | First Article Approval-Contractor Testing (Alternate I) | (July 2003) |
| 3.10.9.1.2 | First Article Approval-Contractor Testing (Alternate II) | (July 2003) |
| 3.2.2.3.28 | Subcontractor Cost or Pricing Data-Modifications. | (July 2004) |
| 3.2.4.17 | Order Limitations. | (October 1996) |
| 3.2.4.19.1 | Requirements (Alternate I) | (October 1996) |
| 3.5.1 | Authorization and Consent. | (April 1996) |
| 3.5.13.4 | Rights in Data-General (Alternate IV) | (October 1996) |

## I.2  Clauses Provided in Full Text

1.13.4   Cost/Schedule Status Report (July 2003)
(a)The Contractor shall use management procedures in the performance of this contract that provide for- (1) Planning and control of costs; (2) Measurement of performance (value for completed tasks); and (3) Generation of timely and reliable information for the cost/schedule status report (C/SSR). (b) At a minimum, these procedures must provide for-- (1) Establishing the time-phased budgeted cost of work scheduled (including work authorization, budgeting, and scheduling), the budgeted cost for work performed, the actual cost of work performed, the budget at completion, the estimate at completion, and provisions for subcontractor performance measurement and reporting; (2) Applying all direct and indirect costs and provisions for use and control of management reserve and undistributed budget. (3) Incorporating changes to the contract budget base for both Government directed changes and internal re-planning. (4) Establishing constraints that preclude subjective adjustments of data to ensure performance measurement remains realistic. Unless the Contracting Officer provides prior written approval, in no case shall the total allocated budget exceed the contract budget base. For cost-reimbursement contracts, the contract budget base shall exclude changes for cost growth increases, other than for authorized changes to the contract scope; and (5) Establishing the capability to accurately identify and explain significant cost and schedule variances, both on a cumulative basis and projected at completion basis. (c) The Contractor may use a cost/schedule control system that has been recognized by a TSA contracting officer (CO) or by a CO from another federal agency as complying with the 32 EVMS criteria from the American National Standards Institute (ANSI)/Electronic Industries Alliance (EIA) Standard – 748-1998, Earned Value Management Systems. (d) The TSA may require an integrated baseline review within 180 calendar days after (1) contract award, (2) the exercise of significant contract options, or (3) the incorporation of major modifications. The purpose of the integrated baseline review is for the TSA and the Contractor to jointly evaluate the adequacy of the Contractor's planning efforts in meeting baseline goals in areas such as the complete coverage of the statement of work, logical scheduling of the work activities, adequate allocation of resources, and risk management. The Contractor shall provide necessary documents and data that describe the methods of planning, control and data generation in actual operation to satisfy the requirement of paragraph (a) of this clause. (e) The Contractor shall provide access to all pertinent records, company procedures, and data requested by the CO, or authorized representative, to -- (1) Show proper implementation of the procedures generating the cost and schedule information being used to satisfy the C/SSR contractual data requirements to the Government; and (2) Ensure continuing application of the accepted company procedures in satisfying the C/SSR data item. (f) The Contractor shall submit any substantive changes to the procedures and their impact to the CO for review. (g) The Contractor shall require a subcontractor to furnish a C/SSR in each case where the subcontractor will perform critical or significant tasks related to the prime contract. The TSA and the prime Contractor shall mutually identify which subcontracts are critical or significant to the achievement of baseline goals, and each

connection with performance of this contract, the contractor shall maintain aircraft public and passenger liability insurance with coverage of at least $200,000* per person and $500,000* per occurrence for bodily injury other than passenger liability, and $200,000* per occurrence for property damage. Coverage for passenger liability bodily injury shall be at least $200,000* multiplied by the number of seats or passengers, whichever is greater. (5) Watercraft Liability When watercraft will be used in connection with performing the contract, the contractor shall provide watercraft liability insurance. Limits shall be at least $1,000,000* per occurrence. The policy shall include coverage for owned, non-owned and hired watercraft. (6) Environmental Impairment Liability. When the contract involves hazardous wastes, the contractor shall provide environmental impairment liability insurance with coverage of at least $1,000,000* bodily injury per occurrence and $1,000,000* property damage per occurrence. Such insurance shall include coverage for the clean up, removal, storage, disposal, transportation, and use of pollutants and hazardous waste. (7) Medical Malpractice. When the contract will involve health care services, the contractor shall maintain medical malpractice liability insurance with coverage of at least $500,000* per occurrence. (c) Each policy shall substantially include the following provision: "It is a condition of this policy that the issuing company furnish written notice to the Transportation Security Administration 30 days in advance of the effective date of any reduction in or cancellation of this policy." (d) The contractor shall furnish a certificate of insurance or, if required by the Contracting Officer, true copies of liability policies and manually countersigned endorsements of any changes, including the TSA's contract number to ensure proper filing of documents. Insurance shall be effective, and evidence of acceptable insurance furnished, before beginning performance under this contract. Evidence of renewal shall be furnished not later than five days before a policy expires. (e) The maintenance of insurance coverage as required by this clause is a continuing obligation. The lapse or termination of insurance coverage without replacement coverage being obtained will be grounds for termination for default. *Unless modified in the "Schedule" (End of clause)

3.4.1.7    Notice to Proceed  (April 1996)
The contractor shall not initiate work under this contract until it has received a Notice To Proceed in writing from the Contracting Officer. (End of clause)

3.4.1.8    Patent Infringement Bond Requirements (October 1996) – DELETED

3.4.1.9    Deposit of Assets Instead of Surety Bonds (April 1996) – DELETED

### 3.6.2.35    Prevention of Sexual Harassment (August 1998)

(a) "Sexual Harassment", as used in this clause, means unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature when (i) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (ii) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individuals; or (iii) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance, or creating an intimidating, hostile, or offensive working environment.

(b) It is TSA policy that sexual harassment will not be tolerated or condoned in the TSA workplace. It is also TSA's intent to effectively address inappropriate conduct before it rises to the levels proscribed by the Equal Employment Opportunity Commission as "sexual harassment".

(c) The Contractor agrees to support this policy in performing work under this contract, and that sexual harassment in any form will not be tolerated in the TSA workplace.
(d) If the Contractor, or a subcontractor of any tier, subcontracts any portion of the work under this contract, each such subcontract shall include this provision.

(e) The Contractor shall take whatever corrective action it deems necessary to promptly address sexual harassment in the TSA workplace or on an TSA site. The Contractor agrees to immediately provide the Contracting Officer all relevant information pertaining to any such conduct, and notify him/her of planned corrective action.