UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br><br>Plaintiff, )<br>)<br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

**REVEAL'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION TO STAY PENDING THE
REEXAMINATION OF THE PATENTS-IN-SUIT**

Reveal Imaging Technologies, Inc. ("Reveal"), respectfully moves the Court for leave to file the attached Reply Memorandum in Support of Reveal's Motion To Stay Pending the Reexamination of the Patents-In-Suit. Reveal submits that a rreply is necessary to address and correct certain factual and legal arguments raised by L-3 in their opposition to Reveal's Motion to Stay.

For the foregoing reasons, and because of the import of Reveal's Motion to Stay, Reveal respectfully requests the Court grant it leave to submit the accompanying reply memorandum.

2

## LOCAL RULE 7.1 CERTIFICATION

Reveal's counsel has in good faith conferred with counsel for L-3 concerning Reveal's request for leave of Court to file a reply memorandum, and L-3's counsel has not assented to Reveal's request.

                                                Respectfully submitted,

                                                **REVEAL IMAGING TECHNOLOGIES, INC.,**

                                                By its attorneys,

                                                /s/ H. Joseph Hameline

Dated: August 23, 2005                       H. Joseph Hameline (BBO# 218710)
                                                A. Jason Mirabito (BBO # 349440)
                                                Michael T. Renaud (BBO # 629783)
                                                Mintz, Levin, Cohn, Ferris, Glovsky
                                                  and Popeo, P.C.
                                                One Financial Center
                                                Boston, MA 02111
                                                (617) 542-6000