# EXHIBIT A

August 24, 2005 02:45:11 EST
EliteNet | FAQs | Contact Us

> SITE SEARCH   > SOLUTIONS   > PRODUCTS & SERVICES   > TRAINING   > CUSTOMER SUPPORT   > ABOUT US

**GE Security**



Home

**Product & Services**

Explosives & Narcotics Detection and Identification

Explosives Detection Systems

**CTX Products**

CTX 5500 DS

CTX 5500 DS

# CTX 5500 DS Automated Explosives Detection System

GE's CTX 5500 DS system is the most widely used, TSA-certified explosives detection system (EDS) in the world. It can be used in a standalone application yet powerful enough for integration into airport baggage handling systems. Like all GE CTX EDS machines, the CTX 5500 DS system uses technology derived from medical Computed Tomography (CT) to help locate and identify explosive devices concealed in checked baggage. As the conveyor moves each bag through the machine, the system produces a scan projection X-ray image. Using sophisticated computer algorithms, the CTX 5500 DS system analyzes these slice images and compares their properties with those of known threats. If a match is found, the system alarms and displays the object on the screen. By viewing the screen images an operator can determine whether a threat exists, and then follow established protocols for threat resolution. With hundreds of systems deployed worldwide, GE's CTX systems offer TSA-certified, field-proven technology backed by an expert team of training and support professionals to help large and small airports alike meet today's stringent explosives detection requirements. GE InVision, Inc. CTX products are protected by U.S. patents: 6,430,255; 5,182,764; 5,367,552, and D574706, as well as patents pending.

Click here to learn more

**Standard Features**

**Related Items**

> **Related Products**

- False alarm rate that exceeds industry



# Success Stories

Portfolio Company of the Year Award
Success Stories, by Category | Home

**About NASBIC**

**Membership**

## Vivid Technologies, Inc.
**Woburn, Massachusetts**

**Success Stories**

**Publications**

**Resources**

**NASBIC News Briefs**

**Site Map**

**NASBIC Members Only**

Vivid Technologies, Inc., is recognized today as the world's leading developer and manufacturer of automated systems that scan airline luggage to detect plastic explosives and other dangerous materials. Vivid's systems use patented composition analysis techniques and proprietary x-ray technology to analyze the physical characteristics of each item in a bag, including the item's atomic number and mass. These systems can identify all kinds of substances, including drugs and currency, as well as explosives.

Vivid systems are used at 25 airports around the world, including London's Heathrow Airport and airports in Paris, Amsterdam, Brussels, Zurich, and Glasgow. In fiscal 1997, Vivid was awarded contracts to install explosives detection systems in two of Asia's newest airports: Malaysia's Kuala Lumpur International Airport and Hong Kong's Chek Lap Kok Airport. No such systems are currently used in the U.S. However, the company anticipates a U.S. market for its products will develop as a result of federal legislation, enacted in 1996, that authorizes funds to purchase explosives detection systems, such as Vivid's, and other advanced security equipment for U.S. airports.

Vivid Technologies was established in 1989, a year after the bombing of Pan American Flight 103 over Lockerbie, Scotland. The founders, David Ellenbogen and Jay Stein, had started another company, Hologic, that manufactures bone densitometers used in the diagnosis of osteoporosis. Ellenbogen and Stein decided to apply the technology they had developed for measuring the amount of calcium in bone to the task of detecting explosives in baggage. Several investors, including Pioneer Ventures, a small business investment company (SBIC) based in Boston, thought this was an idea worth backing. Over the course of six years, Pioneer Ventures invested $900,000 to fund the company's growth and development. According to Vivid's Chief Financial Officer, William J. Frain, "The funding by Pioneer was very important to Vivid's early success and was integral in the development of the explosives detection technology currently being deployed worldwide."

Vivid has more than justified Pioneer's faith. Since Pioneer's initial investment in 1989, Vivid has created more than 100 jobs and has deployed more than 150 baggage screening systems making air travel safer around the world. The company's success led to its becoming a public company in December 1996. For the first 6 months of the 1997 fiscal year, Vivid reported net income of $2,112,372 and total revenues of $13,623,673. Since 1994, the company has paid $190,000 in state and federal income taxes.

5/97

about | membership | success stories | publications | resources
sitemap | members only | news briefs | home

contact webmaster
site created and maintained by envista
© 2000 Envista

Built by