THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>　　　　　　Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

**MOTION FOR LEAVE TO SUBMIT
SURREPLY IN OPPOSITION TO REVEAL'S MOTION
TO STAY PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), moves for leave to file a Surreply in Opposition to Reveal's Motion to Stay Pending Reeexamination of the Patents-in-Suit. (A copy of the surreply memorandum and accompanying declaration are being hand-delivered to the Court for filing under seal). A surreply is necessary to address several misstatements and new issues raised in Reveal's reply memorandum. L-3 respectfully requests that leave be granted to file this surreply.

929862.1

- 2 -

          Respectfully submitted,

          L-3 COMMUNICATIONS SECURITY
          AND DETECTION SYSTEMS, INC.,

          By its attorneys,

August 30, 2005          /s/ James J. Foster_____
          Michael A. Albert, BBO #558566
          James J. Foster, BBO #553285
          Robert M. Abrahamsen, BBO #636635
          WOLF, GREENFIELD & SACKS, P.C.
          600 Atlantic Avenue
          Boston, Massachusetts 02210
          Tel.: 617.646.8000
          Fax: 617.646.8646
          malbert@wolfgreenfield.com

**LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for L-3 attempted to contact Reveal to confer on this motion but was unable to reach Reveal's counsel.

          /s/ Robert M. Abrahamsen