# EXHIBIT C

# Request For Proposal
# Next Generation (NexGen)
# Explosive Detection System (EDS)
# Phoenix Project

## July 18, 2003



**United States Department of Homeland Security**
**Transportation Security Administration**
**Transportation Security Laboratory**
**William J. Hughes Technical Center**
**Atlantic City International Airport, New Jersey 08405**

1

REVL 0000001

TABLE OF CONTENTS

Page

ACRONYMS                                                                      4

1.   COOPERATIVE AGREEMENT PROGRAM                                            5
     1.1    Goal                                                              5

2.   PROPOSAL PREPARATION INSTRUCTIONS                                        5

     2.1    Proposal Contents                                                 6
     2.2    Project Management                                                6
            2.2.1    Project Plan                                             7
            2.2.2    Capacity and Capabilities                                7
            2.2.3    Cost and Schedule Risk                                   7
            2.2.4    Performance and Cost Predictions                         7
     2.3    Systems Design                                                    8
     2.4    Submittal Process                                                 8
     2.5    General Requirements                                             8

3.   PROPOSAL PROCESSING AND REVIEW                                           9

     3.1    Process                                                           9
     3.2    Criteria for Technical Evaluation                                 9
            3.2.1    FACTOR 1 Soundness of Technical Approach                 9
            3.2.2    FACTOR 2 Project Management                              9
            3.2.3    FACTOR 3 Performance and Cost Prediction                10
            3.2.4    Ineligible Proposals                                    10

4.   BASIS OF AWARD AND ADMINISTRATION                                       10

     4.1    Basis of Award                                                   10
     4.2    Administration                                                 10-11

APPENDIX A - SPECIFICATION FOR NEXT-GENERATION EDS PHOENIX PROJECT

APPENDIX B -  POINT OF CONTACTS

APPENDIX C -  PROPOSAL FORMAT REQUIREMENTS

REVL  0000002

## LIST OF TABLES

Page

Table 1. Bag Information                                      A-27
Table 2. System Event Information                            A-29
Table 3. Threat Alarm Information                            A-30
Table 4. Threat Image Projection (TIP) Information           A-31
Table 5. User Function Keystroke Information                 A-32
Table 6. On the Job Training Information                     A-33
Table 7. Operator Qualification Test Information             A-34

REVL 0000003

ACRONYMS

| | |
|---|---|
| $A_o$ | Operational Availability |
| ASTM | American Society for Testing and Materials |
| BVS | Bag Viewing Station |
| CF | Critical Failure |
| CFR | Code of Federal Regulations |
| COTS | Commercial Off-The-Shelf |
| CSC | Circuit Switched Cellular |
| CT | Computed Tomography |
| CTI | Combined Threat Image |
| DT&E | Developmental Test and Evaluation |
| EDS | Explosives Detection System |
| EMI | ElectroMagnetic Interference |
| FAA | Federal Aviation Administration |
| FAR | Federal Acquisition Regulation |
| FCC | Federal Communications Commission |
| FDA | Food and Drug Administration |
| FDRS | Field Data Reporting System |
| ID | Identification |
| IEC | International Electrotechnical Commission |
| IED | Improvised Explosive Device |
| $M_R$ | Mission reliability |
| MTBCF | Mean-Time-Between-Critical-Failure |
| MTBF | Mean-Time-Between-Failure |
| MTTR | Mean-Time-To-Repair |
| OJT | On the Job Training |
| OQT | Operator Qualification Test |
| OS | Operating System |
| OSHA | Occupational Safety and Health Administration |
| OTE | Operational Test & Evaluation |
| OTK | Operational Test Kit |
| PED | Personal Electronic Device |
| SOW | Statement of Work |
| STDO | Security Technology Deployment Office |
| TIP | Threat Image Projection |
| TSA | Transportation Security Administration |
| UL | Underwriters Laboratories Inc. |
| VRTM | Verification Requirements Traceability Matrix |

4

# PHOENIX EXPLOSIVES DETECTION SYSTEM (EDS)

## 1. COOPERATIVE AGREEMENT PROGRAM

The TSA is interested in sponsoring the development of a Phoenix EDS for checked bag inspection defined by the requirements contained in this solicitation. This solicitation invites proposals from requested applicants to participate in a cooperative agreement to explore concepts leading to a full-scale development effort. This invitation is for specific research and development of technologies and procedures to counteract terrorist acts against transportation.

### 1.1 Goal

The diverse needs of airports will lead to a number of system solutions for EDS that will include enhanced performance single unit devices, integrated multi-component systems and evolutionary new systems. Improvements in technical performance of EDS devices will result in an increase in the number of explosives detected, a lowering of mass thresholds, an increase in the probability of detection, an increase in baggage throughput, and a decrease in false alarm rates. These improvements will minimize the number of EDS installations for a given passenger flow. Installation and operational costs have driven requirements for increased automated operation, reduced operational expenditures, better reliability, improved safety and simpler facility installation. The best technologies underlying each of the concepts submitted will be identified, evaluated for technical maturity and development risk. Systems engineering factors, concept of operations (including staffing requirements) and life-cycle cost with operational expenditures will also be evaluated. System requirements are described in the Phoenix EDS Specification found in Appendix A.

## 2. PROPOSAL PREPARATION INSTRUCTIONS

### 2.1 Proposal Contents

The Applicant shall provide sufficient and clear information to allow reviewers to evaluate the proposal in accordance with the criteria detailed in Paragraph 3.2. In general, the proposal shall provide a clearly defined project plan.

The proposal shall include the applicant's design process, hardware fabrication and software builds, detection algorithm, configuration management, reliability, quality assurance, production, and logistic support. The proposal shall include a section on Design Issues, including identification of moderate and high risks and how they will be addressed, mitigated, and resolved. The proposal shall include a Concept of Operations (ConOps) description with supporting illustrations.

5

## 2.2    Project Management

The Phoenix Project consists of five (5) phases; two (2) design phases; one (1) systems development phase; and two (2) test and evaluation phases, which includes certification. Each phase is described below. Vendors shall identify all documentation, which shall be provided for each phase.

**Phase 1 Preliminary Design.** This phase consists of preliminary design activities in which the concept of operations will be clearly defined and the system components clearly identified.

**Phase 2 Critical Design.** This phase consists of the further definition of system design aspects and visual and constructive modeling of the concept of operations and overall detection and false alarm performance. All major design aspects are finalized in this phase.

**Phase 3 System Development.** This phase consists of the final design and fabrication of the system. Throughout the project, the vendor will perform developmental test and evaluation of subsystems as jointly agreed upon between the vendor and the TSA. Depending on system design,

**Phase 3a Data Collection** (with bags and threats) will be performed at the TSL, with

**Phase 3b Field Data Collection** to assist in algorithm development and provide a supply of data for further phases.

**Phase 4 Test and Evaluation** consists of several sub phases of testing to ensure the system is operating in accordance with design requirements.

**Phase 4A Vendor-Performed Developmental Testing.** This phase consists of those tests, which the developer performs, either at their location or TSL (or both), to verify proper system functionality. A written test plan must be approved by the TSA. The developer will direct this phase. The TSL reserves the right to witness these evaluations. Results will be submitted to the TSA for review and approval.

**Phase 4B System Qualification Test (SQT) and Field Data Collection (FDC).** This phase consists of evaluations of the full system configuration without testing for explosives detection for a period of time to discover anomalies and evaluate system reliability, prior to full threat detection evaluation and certification testing. In addition, Field Data Collection may occur in order to obtain data on stream of commerce passenger checked bags required for submittal to certification testing. The Phoenix Program Manager or designee will direct this test.

**Phase 4C TSL Developmental Test and Certification Readiness Test.** This phase consists of a series of tests using threats and bags to evaluate the detection and false alarm performance for a variety of threat presentations. An assessment will be made as to the overall readiness of the

6

system to proceed to certification testing. The Phoenix Program Manager or designee will direct this phase. This may include any additional explosives to the current TSA certification test.

**Phase 4D Certification Test.** This phase consists of the TSA certification test and may include an independent assessment test, at the discretion of the TSA Certification Test Director.

**Phase 5 Operational Qualification Test and Demonstration.** This phase consists of an installation and evaluation by the TSA of the system in an airport or other suitable location.

### 2.2.1 Project Plan

The plan shall describe the management of the project including a Level 4 work breakdown structure (WBS) by phases identified in Section 2.2, major and minor milestones and explicit success criteria for each phase. WBS elements and milestones must be linked to design issues. The plan shall include a cost and schedule budget for activities associated with the performance requirements of the Phoenix EDS specification for the Phases. The applicant shall host reviews at the end of each Phase.

### 2.2.2 Capacity and Capabilities

The proposal shall describe the corporate and key personnel skills. Particular detail should be provided on the experiences and capabilities defined in Appendix A.

### 2.2.3 Risk Assessment and Mitigation

The proposal shall identify specific cost, schedule and technical risk drivers. Risks shall be classified as low, medium or high. The proposal shall include mitigation strategies for those risks considered medium or high.

### 2.2.4 Performance and Cost Predictions

The proposal shall address seven (7) factors including true detection rate, automated false alarm rate, automated equipment throughput, effective throughput, footprint and weight, unit cost @ 5, 50 and 100 production quantities, and recurring maintenance cost for a hypothetical production run to be delivered roughly 9 to 12 months after a production quantity order. Analyses, definitions, and explicit assumptions should support these predictions. The production unit cost shall be based on the requirements detailed in the Phoenix Specification, Appendix A.

### 2.3 Systems Design

The Applicant shall address the Phoenix specification provided in Appendix A. This specification will be treated as a requirement under this cooperative agreement, unless jointly agreed upon by the vendor and the TSA. Proposals and development efforts with the lowest risk in meeting the Phoenix specification are preferred over those with higher risk or performance weaknesses.

7

REVL 0000007

## 2.4 Submittal Process

**Who May Submit**

Only selected applicant(s) from the Phase I (Request for White Papers) of the initial announcement may submit under this Phase II.

**When to Submit**

Proposals MUST be received by close of business (4:00 pm EST) on **August 8, 2003**. Proposals received on or before that date and time will be accepted for review. (Note: Proposals MUST be received by the deadline, NOT postmarked).

**Where to Submit**

Submit proposals to the following address:

        Ms. Nicole Feriozzi
        Aviation Grants Office, ACX-050
        Building 300, 3rd Floor
        William J. Hughes Technical Center
        Atlantic City International Airport, NJ 08405

## 2.5 General Requirements

- **Packaging** The outside of the package should be marked "Phoenix Proposal". If copies of the proposals are mailed in more than one package, the number of the individual package, along with the total number of packages should be marked on the outside to ensure that we can track and trace each (e.g. 1 of 3).
  **Classified Material** PROPOSALS SHALL NOT CONTAIN CLASSIFIED INFORMATION.
  **Proposal Submission** One original and ten (10) copies of each proposal shall be submitted. Any reprints, appendices, or other materials to be considered with the proposal shall be attached to the individual copies of the proposal. Proposals should be stapled in the upper left hand corner, but otherwise unbound, in type no smaller than 12 point. Binders are neither required nor preferred.
- **Proposal Format** Proposals shall be assembled in accordance with the outline described in Appendix C.

8

REVL 0000008

## 3. PROPOSAL PROCESSING AND REVIEW

### 3.1 Process

Each proposal, when received, will be acknowledged via email or phone and assigned an individual proposal number. Each proposal will be reviewed to ensure that appropriate forms have been signed, it is in the required format, and all relevant information has been submitted. Any proposal that does provide all required information may not be considered further. Accepted proposals will be reviewed for technical merit by a technical evaluation team. The team will consist of five or more technically qualified individuals supported by contracted evaluators, who are subject to explicit non-disclosure agreements, objectivity certification, and hardware exclusionary roles regarding this solicitation. A designated team leader will be responsible for compiling evaluations and developing a recommended overall rating based on the ratings of the team members. Applicants should allow 30 days for review and processing. The TSA is not responsible for any expenses incurred by the applicant in responding to this solicitation.

### 3.2 Criteria for Technical Evaluation

The following three primary factors will be considered by the TSA in determining the technical merit of the proposal. Factors 1, 2, and 3 are all of equal importance. A proposal will be judged ineligible if it fails to meet any one of the criteria. The criteria and a brief explanation of each are listed below.

### 3.2.1 FACTOR 1 Soundness of Technical Approach

Each reviewer will rate the technical approach proposed to explore and verify concepts and validate the designs against the Phoenix EDS specification. The reviewers will consider the proposal's completeness in addressing the strengths and weaknesses of the design as well as critical design issues that need to be addressed in the early phases and design alternatives, if certain key assumptions are not proven true. The focus of this evaluation will be on activities related to Section 2, Appendix A requirements, system design and ConOps.

### 3.2.2 FACTOR 2 Project Management

Each reviewer will rate the maturity and soundness of the project plan. Each reviewer will consider the proposed work break-down structure (WBS) by phases, resource allocation, relevance of major and minor milestones, explicit success criteria for each phase, and their linkage to design issues. The reviewers will consider the capabilities of the personnel, resources, capacity, and facilities proposed to accomplish the R&D objectives, as well as the capacity to manufacture in the mid-term. Particular attention will be given to the experiences and capabilities. Risk identification and management will also be evaluated.

9

### 3.2.3   FACTOR 3 Performance and Cost Prediction

Each reviewer will evaluate the reasonableness, assumptions and analyses supporting the cost submissions detailed by phase and WBS.

### 3.2.4   Ineligible Proposals

Proposals determined to be ineligible for consideration under this solicitation will be returned to the applicant. The Grants Officer will provide a written explanation as to why the proposal was deemed ineligible. Proposals that are non-responsive to the technical requirements, or judged as significantly failing to meet any one of the criteria in Paragraph 2.1 or Paragraph 3.2, or so incomplete that a reasonable evaluation cannot be made, will be deemed ineligible.

**Withdrawal** A proposal may be withdrawn by the proposing organization at anytime before an award is made. The request shall be in writing, signed by the Principal Investigator, and submitted to the Grants Officer stating the reason for withdrawal.

### 4.   BASIS OF AWARD AND ADMINISTRATION

### 4.1   Basis of Award

The TSA intends to enter into a Cooperative Agreement with the applicant(s) who submits a proposal that represents the best value to the Government considering the technical merit of the proposal (Section 3.2, Factors 1, 2 and 3) and cost related considerations. The TSA reserves the right to:
- Elect not to make any award.
- Enter into more than one cooperative agreement.
- Determine which funding vehicle to use for the relationship between the TSA and the applicant.
- Conduct cost-sharing discussions.
- Conduct discussions with potential applicant regarding proposal clarifications or modifications or other terms and conditions.
- Elect not to award follow-on phases, extensions or modifications without termination cost.

### 4.2   Administration

The award instrument will contain all of the terms and conditions applicable to the cooperative agreement and will be based on the proposal submitted. Guidance may be found at the following:

www.its.tc.faa.gov/logistics/grants

After entering the web site above, scroll down to "Current FAA Grant Forms" to locate the required forms mentioned in this solicitation.

REVL 0000010

The TSA will not provide a profit with the award of a grant/cooperative agreement. The applicant will be subject to a Defense Contract Audit Agency audit of their costs and accounting systems.

Information and advice may be obtained by contacting:

Ms. Barbara Fuller
Grants Officer, Aviation Research Grants Program, ACX-50
WJ Hughes Technical Center
Atlantic City Int'l Airport, NJ 08405
Office: (609) 485-4919
Email: Barbara.Fuller@faa.gov

11

APPENDIX A - SPECIFICATION FOR NEXT-GENERATION EDS PHOENIX PROJECT

## 1. INTRODUCTION

The Department of Homeland Security (DHS), Transportation Security Administration (TSA), Transportation Security Laboratory (TSL) located at the William J. Hughes Technical Center (WJHTC), Atlantic City International Airport, N.J., will be awarding Cooperative Agreements for the development of Next-Generation (NexGen) Explosives Detection Systems (EDS) under the title of the Phoenix Project. This project is the first of two projects that fall under the NexGen Program and will result in deployment ready systems in a 2 to 5 year timeframe. The second component of the NexGen Program will be the Manhattan II Project that will be seeking revolutionary new technology for screening checked baggage and will result in deployment ready systems in a 5 to 10 year timeframe.

### 1.1 Scope

This Phoenix Cooperative Agreement Announcement offers an invitation to submit innovative system solutions built upon both available and emerging technologies and concepts for Explosives Detection Systems. The objective of the process is to identify EDS systems to provide the nation's airport security systems with explosive material screening with full respect for the passenger's time and privacy rights, and to provide these new systems with reduced life-cycle cost.

This Announcement is an invitation to vendors who have previously submitted White Paper(s) to expand their concepts for system solutions. As detailed in the initial announcement, the Phoenix Project supports three specific categories of solutions:

**Category 1:** **Improvements to existing certified systems**
**Category 2:** **Combination/integration of existing and emerging technologies**
**Category 3:** **Evolutionary screening systems**

**The following specification applies to ALL THREE categories, unless otherwise noted.**

## 2. APPLICABLE DOCUMENTS

### 2.1 TSA/FAA Documents

DHS/TSA/TSL-03/XX - "Second Generation Functional Requirements for Threat Image Projection Systems on X-ray Machines," DRAFT (Only some parts are applicable for EDS. A draft Functional Requirements Document for EDS will be available in October 2003).

12

REVL 0000012

DOT/FAA/CT-03/05 HF STD-001 - "Human Factors Design Standard: Acquisition of Commercial Off-the-Shelf Subsystems, Non-developmental Items, and Developmental Systems (2003)." Download at http://acb220.tc.faa.gov

FAA Order 1370.82 - Information Systems Security program - June 9, 2000

## 2.2 Non-TSA/FAA Government Documents

| | |
|---|---|
| 49 CFR Part 1520 | Protection of Sensitive Security Information |
| 14 CFR Part 108 | Airplane Operator Security [FAR 108.17 (a)(5)] |
| 21 CFR 1020.40 | FDA: Performance Standards for Ionizing Radiation Emitting Products |
| 29 CFR 1910.1096 | OSHA: Ionizing Radiation |
| 47 CFR 15 | FCC: Radio Frequency Devices |
| Federal Register | April 13, 1998: "Criteria for Certification of Explosives Detection Systems", Volume 63, Number 70 |
| MIL-STD-973 | April 17, 1992: Military Standard Configuration Management with Interim Notice 3, 13 January 1995 |

## 2.3 Non-Government Documents

American Society for Testing and Materials (ASTM) Standard F792-82

International Electrotechnical Commission (IEC) 60950- Safety of Information Technology Equipment

International Electrotechnical Commission (IEC) 61010 - "Safety requirements for electrical equipment for measurement, control, and laboratory use".

Underwriters Laboratories (UL) 187 - Standard for X-ray Equipment
Underwriters Laboratories 310 - Electrical Quick-Connect Terminals
Underwriters Laboratories 3101-1 - Safety for Electrical Equipment for Laboratory Use

## 2.4 Order of Precedence

In the event of a conflict between the text of this document and the references cited herein, the text of this document takes precedence. Nothing in this document, however, supersedes laws and regulations unless a specific exemption has been obtained.

## 3. REQUIREMENTS

### 3.1 System

The EDS shall be an inspection system for screening checked passenger bags within an airport security screening system. During passenger bag inspection, the EDS shall continuously control,

13

inspect, and safely transport all bags introduced, evaluated by the EDS, and through the point of alarm resolution. The system shall be deployment ready within 5 years.

### 3.1.1 Functional Requirements

**Note:** All software shall be coded against SEI Level 3, at a minimum.

### 3.1.1.1 Imaging Capability

The EDS image quality and performance capabilities shall:

  (a) Permit a screener/operator to distinguish a 24-gauge wire under the 5/16 inch of 1100 aluminum using a Test Step Wedge specified in American Society for Testing and Materials (ASTM) Standard F792-82, and satisfy Federal Acquisition Regulation (FAR) Part 108.17 (a)(5);

  (b) Image Format: Binary form, 2-byte integers. The first three (3) values shall be width, height, and length of the image. The remainder of the file shall be a raster scan of the entire image. It shall sweep horizontally (across the width dimension), starting at the top of the first slice. After each sweep, it shall move down one row. After sweeping through the full height dimension, it shall start over at the top of the next slice. This shall continue until all "length" slices have been swept.

  (c) Provide sufficient resolution for a screener/operator to accurately identify objects with rigid shapes, based on a database of known objects carried in passenger checked baggage (e.g. hairdryers, laptop computers, shoes, etc.).

  (d) Indicate incomplete scans, such as corrupted images or split bags, and display a message indicating the appropriate action required. The EDS shall not allow corrupted events to occur for more than 1.0% of bags.

  (e) Permit a screener/operator, utilizing an Operational Test Kit (OTK), to verify the critical image quality parameters are within specification;

  (f) Provide an image archiver that:

    (1) Records, in color, all bags scanned by the system within a 24 hour period;

    (2) Displays archive image files in color on the Baggage Viewing Station (BVS) upon screener/operator command.

  (g) Provide images on the BVS that will be sufficient to assist alarm bag resolution by hand search by providing general reference location of alarm object(s) within the bag, general shape, and a means to correlate it with the bag that caused the alarm.

### 3.1.1.2 Certification

The EDS shall be certified by the Transportation Security Laboratory as set forth in Federal Register, Volume 63, Number 70, April 13, 1998: "Criteria for Certification of Explosives Detection Systems".

14

### 3.1.1.2.1 Automated Detection

**Category 1\*:** Improve probability of detection for explosives contained in the TSA certification criteria, and/or provide detection capabilities for additional explosives materials.
**Category 2:** Meet or exceed TSA certification criteria. Initial Phoenix announcement states preference given to those that provide higher probability of detection capabilities for additional explosives.
**Category 3:** Meet or exceed TSA certification criteria. Initial Phoenix announcement states preference given to those that provide higher probability of detection capabilities for additional explosives.

### 3.1.1.2.2 False Alarm Rate

**Category 1\*:** Provide significant reduction (>25%) in operational false alarm rates.
**Category 2:** Demonstrate machine operational false alarm rate of less than 10%.
**Category 3:** Demonstrate machine operational false alarm rate of less than 5%.

### 3.1.1.2.3 Machine Throughput

**Category 1\*:** Must provide significant increase in machine throughput capabilities.
**Category 2 and 3:** Not Applicable. Initial Phoenix announcement states preference given to higher throughput systems.

**\*NOTE: As stated in the initial Phoenix announcement, Category 1 requirements state ANY of the improvements listed under Automated Detection, False Alarm Rates, Throughput, and RMA (Section 3.2.2) are acceptable.**

### 3.1.1.3 Main Inspection Enclosure Accessibility

The EDS shall permit direct access to the main inspection enclosure, including entrance and exit conveyors, to manually clear a bag jam. The EDS shall not require the use of any tools to access the main inspection enclosure. The EDS shall return to operational status in less than 1 minute after the bag jam is cleared.

### 3.1.1.4 Start-up/Power Down Time

The EDS shall have a cold start time of no more than 15 minutes. Cold start is defined as an EDS that has been turned off/shut down but is still connected to a power source. The EDS shall have a warm start time or fault reset time of no more than 4 minutes. Warm/Standby start-up is defined as an EDS that is turned on but is in a sleep or stand-by state. Power-down procedures shall be complete in five minutes or less. Power down is defined as the transition from operational mode to system shut down, i.e. system can be disconnected from electrical service.

REVL 0000015

**3.1.1.5 Automated Data Collection**

The EDS shall provide automated data collection and local/remote upload/download capability. The EDS shall provide networking capabilities for networking the EDS machines via a common vendor-interface to a Local Area Network (LAN) deployed at each airport. The EDS shall provide a wireless modem and an analog modem for the purpose of automated data collection in the event a LAN is not deployed at an airport.

**NOTE:** For Category 2 systems with multiple components, this requirement applies to each individual component.

**3.1.1.5.1 Field Data Reporting System**

The EDS shall include a Field Data Reporting System (FDRS) that can collect, analyze, display, store, and print EDS system, baggage and screener/operator processing data/information in accordance with Section 5. The EDS shall:

  (a) Provide internal storage so that the FDRS data elements are stored for a minimum of one year without being overwritten;
  (b) Allow only User Access Level 1 users to delete FDRS data records during the required one year retention period;
  (c) Ensure that all data recorded in the FDRS is a 100% accurate record of the data events required to be recorded by Section 5 and that all data in each and all of the tables is correspondent throughout;
  (d) Provide bag counts that are accurate to within 1%; and
  (e) Display FDRS data identified in Section 5 on the BVS. The EDS shall print FDRS reports to the EDS printer using menu commands provided on the BVS. Reports shall print in the same format as the data displayed on the BVS. The EDS shall provide User Access data view and print authority in conformance to the access levels defined in Section 6.

**3.1.1.5.2 Uploading/Downloading Capability**

Uploading means loading data/information into the EDS either locally or remotely. Downloading means retrieving data/information from the EDS either locally or remotely. The EDS shall:

  (a) Provide secure remote uploading/downloading of data/information from/to a local or remote server in compliance with FAA Information Security Order 1370.82;
  (b) Provide all required FDRS data/information with appropriate headers in comma delimited format in accordance with Section 5. Download procedures shall have a feature to allow for the selection of a subset of the data/information by or within a given table, thus limiting the size of downloads when necessary; and
  (c) Make fault, failure, system operation, and detection log files available for downloading.

REVL 0000016

### 3.1.1.5.3  Data Collection Support Software

The EDS shall include the necessary software to provide network connectivity firewall protection virus protection file compression and file encryption.

### 3.1.1.5.3.1    Network Connectivity

The EDS shall employ Transmission Control Protocol/Internet Protocol (TCP/IP). File Transfer Protocol (FTP) shall be utilized for transferring data files, image files, and operational parameter updates, between the TSA server and the EDS. The EDS shall be configured as a FTP server and support FTP initiation request from the TSA server, which will function as a FTP client. The EDS FTP server shall restrict access to TSA provided usernames/ passwords. The EDS FTP server shall respond to data request and accept incoming file transfers from the TSA server (FTP client).

EDS systems are required to work in a secure command, control, and communications (C3) environment at the transportation terminals in which they will be deployed. EDS shall be developed with the capability to provide secure interfaces to integrate the EDS with terminal local area networks (LANs) and wide area networks (WANs) for both data transfer and C3 functions as part of a secure network infrastructure. External interface connections to the EDS shall include RS-232, IEEE 422, IEEE 802.3 (Ethernet), IEEE 802.11 (wireless), and others as appropriate.

### 3.1.1.5.3.2    The EDS FTP Server Function

The EDS software shall:

(a) In the root directory on the internal hard drive, designate a directory named "pub", where all FDRS data files will be located once compressed and encrypted;

(b) Compress all files in the "pub" directory. The compressed file size shall be compressed to a size and format comparable to the current version of WINZIP. The compressed files shall be capable of being decompressed on the TSA server via the current version of WINZIP. FDRS files contained in the "pub" folder shall conform to the following file-naming scheme:

Naming convention of Compressed files shall be:

<machine_ID><year><month>.ZIP      where:
<machine_ID>    the identification (ID) number of the EDS;
<year>          four-digit year identifier, such as "2001";
<month>         two digit identifier, such as "03" for March or "11" for November.

Naming convention of Table files contained within the Compressed file shall be:
<machine_ID><year><month><table_number>.TXT   where:
<machine_ID>    the identification (ID) number of the EDS;
<year>          four-digit year identifier, such as "2001";

17

&lt;month&gt;      two digit identifier, such as "03" for March or "11" for November; and,

&lt;table_number&gt;  The FDRS Table number (i.e., 1,2,3,4,5,6, or 7), indicating which FDRS Table is contained in the file.

(c) Encrypt FDRS files and other data prior to FTP transmission or transfer to other types of medium, e.g., read/write CD/DVD, zip drive, or tape drive. The encryption shall be no less than 128-bit key encryption. The encrypted file shall be encrypted/decrypted using a single password to be supplied by the TSA;

(d) In the root directory on the internal hard drive, designate a directory named "config" that will accept and store machine configuration changes (e.g., operational parameter updates, Threat Image Projection (TIP) image files);

(e) Use usernames and passwords to:
  (1) Authenticate client to server (via the USER and PASS commands), and
  (2) Restrict access to the "pub" and the "config" directories;

(f) Do not include an "anonymous user" capability;

(g) Log the date, time, FTP client IP address and commands that occurred during an FTP session in the FTP log file. The FTP log file shall be available for review locally for a period no less than 6 months;

(h) Provide real-time anti-virus protection software that is capable of being remotely updated regularly to ensure that it can detect and clean newly identified/created viruses. The anti-virus software shall provide protection against viruses and be capable of detecting boot sector, file, and macro viruses and performing signature based scanning. If a signature virus is detected, the anti-virus software shall place an entry in the event log and record the name of the infected file(s) and shall attempt to clean, delete, or quarantine the file containing the virus. During the cleaning procedure, the anti-virus software shall attempt to permanently remove the virus from the infected file(s). During the delete procedure, the anti-virus software shall delete the infected file(s) from the internal hard drive. The event log file shall be available for review locally for a period of no less than 6 months; and

(i) Provide at least a network layer level firewall that shall:
  (1) Examine IP packets and makes decisions to accept or deny packet traffic based upon criteria such as source and destination IP addresses and source and destination TCP/UDP port numbers;
  (2) Provide auditing or logging of access request;
  (3) Verify the destination port of the same connection and then match it against its configuration to allow or deny a connection request;
  (4) Protect the data from unauthorized user attacks, meet or exceed the following software rule-base:
    [a] Restrict the use of domain name system (DNS),
    [b] Restrict the use of the bootstrap protocol (Bootp) service (Bootp enables a computer to discover its own IP address),
    [c] Restrict the use of the NetBIOS name service and the NetBIOS datagram service used in file sharing on a Microsoft Network,

18

[d] Permit inbound and outbound loopback connections to the local host address of 127.0.0.1,

[e] Restrict all types of inbound ICMP messaging (ICMP messages provide status and control information), and

[f] Automatically enable firewall rules that protect from known remote-access hostile attacks; and

(5) Provide counters that record the:

[a] Number of inbound TCP connections that were blocked,

[b] Number of outbound TCP connections that were blocked; and

[c] Sum of blocked TCP connections (both inbound and outbound).

### 3.1.1.5.3.3    The EDS FTP Data Transfer Process

The EDS FTP data transfer process shall occur in the following order:

(a) The EDS FTP server software shall "listen" at all times on the available data ports for a connection from the active transfer process in order to open a data connection. The data port connection shall be available through a wireless modem, analog modem, and Ethernet network interface card (NIC); and

(b) The TSA server acting as the FTP client will initiate a control connection specifying the parameters for the data connection (data port, transfer mode, representation type, and structure). Once the connection is opened, the TSA server (FTP Client) will send a username and password to the EDS to access its FTP server file system. The EDS shall authenticate the TSA server by verifying/validating the username and password. The EDS shall execute FTP commands upon authentication of the TSA Server. The EDS server shall close the open FTP connection after disconnect from the TSA server and return to a ready/normal state.

### 3.1.1.6 Security

### 3.1.1.6.1  Security Controls

Because the EDS may be accessible to "uncleared" personnel, the EDS shall:

(a) Provide the means to:

(1) physically protect its sensitive components; and

(2) password protect collected data from theft and sabotage in both operational and non-operational modes;

(b) Include a screener/operator console with a mechanical key-actuated control for locking/unlocking the console. The EDS shall only operate when the key is in the unlocked position. The key shall only be removable when in the locked position;

(c) Include maintenance and repair access doors and panels that can be locked; and

(d) Include tamper-evident seals on internal assemblies that contain sensitive components/data.

19

### 3.1.1.6.2 Software Controls

The EDS shall include a means to alert the screener/operator of any configuration or data change (see FAA Information Systems Security Program - Order 1370.82). The EDS software shall:

(a)  Allow user access and capabilities per Section 6. User accounts shall be password protected and provide for authorized user access verification. The EDS software shall permit access to the system by authorized users only. The EDS software shall allow authorized users to access only those functions for which they are authorized. Null passwords shall not be allowed;

(b)  Deny access to the EDS after three failed logon attempts for any user level. The next higher user level shall be permitted to reset the password;

(c)  Record/log unauthorized system access attempts (see Section 6);

(d)  Deny access to unauthorized users to direct operating system (OS) functions/commands (see Section 6); and

(e)  Restrict access to system/OS files/data (see Section 6).

### 3.1.1.6.3  Bag Tracking and Controls

The EDS shall:

(a)  Allow the screener/operator to physically isolate and maintain control over a bag identified as suspicious;

(b)  For stand-alone configurations, not clear a bag image immediately after a screener/operator declares the bag suspect. The current bag image shall remain on the screen until the screener/operator responds appropriately to the prompt, "You have suspected this bag. Press the X button to erase the image and view the next bag." The current bag image shall remain on the screen until the screener determines the image is no longer needed; and

(c)  For integrated configurations, provide capability to route a suspect bag image to a secondary monitor and/or printer.

### 3.1.1.7 Threat Image Projection (TIP) Capability

The EDS shall comply with the functional requirements defined in Section 7. TIP for the EDS shall allow user access per Section 6. Uploading, downloading, printing, and scanning of TIP

images to/from the TIP library shall only be allowed by a User Access Level 1. Authorized username and password shall be required to operate the EDS TIP system.

### 3.1.1.8 On-the-Job Training (OJT) / Operator Qualification Test (OQT) Function

The EDS shall operate in an OJT mode and an OQT mode. Activating the OJT mode or the OQT mode shall automatically disable the EDS operational mode, disable the in-feed conveyer belt, and enable the screener/operator display screen. EDS shall simultaneously store one OJT stored image library and one OQT stored image library. The OQT shall be expandable to provide up to 1000 OJT bags, and up to 500 OQT bags. The OQT images will be provided by the TSA. The OQT stored image library shall be up loadable to the EDS using a network connection, modem, disk, or other means.

### 3.1.1.8.1 OJT

The EDS shall operate in an OJT mode using a stored image library. Any authorized user level shall be allowed to activate the OJT mode by pressing a button or turning a key to a designated position. The OJT function shall:

(a) Disengage conveyor belt when OJT mode is initiated;

(b) Display images on the screener/operator display screen from the stored image library in sequence order;

(c) Display sequence number (not image number) on the screener/operator display screen. This display feature shall be selectable (ON/OFF);

(d) Display on the screener/operator display screen the results of the screener/operator decision for each image (hit, miss, etc.);

(e) Record machine identification number, time-in, time-out, site, airline, and screening company for each screener/operator, and detailed training results;

(f) Prevent images from being printed;

(g) Allow the screener/operator to exit from the training at any time;

(h) Allow an instructor or supervisor to access an image menu and select any single image or specific multiple images for display;

(i) Automatically disengage the OJT mode and engage the screening mode when the conveyor belt is initiated.

REVL 0000021

### 3.1.1.8.2  OQT

The EDS shall operate in an OQT mode using a stored image library. Only User Access Level 1 users shall be allowed to activate the OQT mode by pressing a button or turning a key to a designated position. The OQT function shall:

(a) Allow the access level 1 user to input relevant test conditions for later use in creating a test report - site, air carrier, screening company, screener/operator username, response time-out is configurable (default is "unlimited");

(b) Display images from the stored image library in random order;

(c) Display sequence number (not image number) on the screener/operator display screen. This display feature shall be selectable (ON/OFF);

(d) Not show the results of the screener/operator decision for each image (hit, miss);

(e) Automatically tabulate the score for each test taken;

(f) Record access level 1 user test conditions, machine identification number, time-in, time-out, site, airline, and screening company for each screener/operator, and detailed testing results;

(g) Prevent images from being printed; and

(h) Allow the access level 1 user to exit from a test at any time.

### 3.1.1.9  Human Factors

The operator workstation shall provide alarm resolution tools for the screener/operator to systematically screen bags by the system. The EDS shall allow screeners/operators and maintainers to use/maintain the EDS, including all system functions and alarm resolution techniques. The vendor should consider the human factors standards in DOT/FAA/CT-03/05 HF STD-001 - "Human Factors Design Standard: Acquisition of Commercial Off-the-Shelf Subsystems, Non-developmental Items, and Developmental Systems (2003)." Download at http://acb220.tc.faa.gov. The EDS shall:

(a) Be operable by screeners/operators meeting personnel requirements specified in the Aviation & Transportation Security Act, Public Law 107-7;

(b) Be designed so that all critical tasks related to its operation, which will be performed by screeners/operators, do not require greater aptitudes and abilities than are found in the prospective screener/operator population at the time of deployment;

REVL  0000022

(c) Provide informative and actionable screener/operator displays on system status, alarm resolution, OTK results (pass/fail), and bag jams or incomplete scan events. It shall include sufficient displays, controls and inspection aides to permit trained screeners/operators to correctly detect threats while minimizing the false hand search rate;

(d) Inform the screener/operator when intervention or action is required to resolve a machine fault or invalid command, and shall not allow the screener/operator to continue until that requirement is met.

(e) Display the mode of operation to operators at all times. Mode of operation refers to any state of the machine that affects how the system functions, and it may apply to more than one function. For example, if different modes exist for scanning (e.g., hold-on-alarm vs. continuous) and/or displaying bags (e.g., alarm only vs. all bags), then the current modes selected for these functions shall be displayed to operators.

(f) Indicate the title of all screens/windows to convey the purpose of that screen/window (e.g., "Login Window" to indicate that the operator enters his or her log-in information in that window).

(g) Provide start-up and power-down procedures or functions at the BVS such that:

    (1) Upon completion of start-up (cold and stand-by) a login window is displayed;

    (2) The login process requires no more than 30 seconds to complete. Login process is defined as the time from when the screener/operator enters user information and password to the time the operator is able to scan bags;

(h) Use a graphical user interface that is viewable on the operator workstation monitor and console and meets the following criteria:

    (1) It shall take the system no more than 1 second from the time that a key or icon is selected to the time that the screener/operator receives feedback that it was successfully selected. Commands shall NOT be buffered;

    (2) Icons and labels shall be easily identifiable, and colors shall be easily distinguishable;

    (3) Icons, labels, and colors shall be used consistently across displays;

    (4) It shall display a message or icon to indicate when the system is busy processing a screener/operator-initiated or machine-initiated command;

    (5) Text labels and messages should be presented in mixed case format (i.e., as "Text" not as "TEXT" or "text");

    (6) CT Images shall be colored using the following conventions:

        [a] Red for potential explosives;

        [b] Orange for potential explosives materials less than the certification mass threshold;

        [c] Yellow for shielded/opaque/non-penetrable materials;

        [d] Cyan/blue for metallic objects; and

        [e] Green for metallic objects inside potential explosives.

    (7) Current time and date shall be displayed;

    (8) Screener login name shall be displayed;

    (9) The EDS shall have the capability to remove the color-coding present on the images;

23

REVL 0000023

(10) Each machine-identified alarm object shall be surrounded by a color-coded outline/box on the X-ray image of the whole bag. A red box shall surround alarm objects. The outline/box for the current threat being processed by the operator shall be yellow.

(11) If the same function keys or icons are available on more than one screen, then those functions should appear in the same location across screens;

(12) The system shall indicate when a function has been activated or disabled on any screen or console;

(13) Function keys and icons should be assigned a single function. If a function key or icon must be used for more than function, then the system shall distinguish which function is available at all times;

(14) If an action requires the use of an embedded menu system or a multi-step process, then there shall be available at all times a menu selection, key, or icon that allows the screener/operator to cancel the last action or return to the starting position;

(15) The screener/operator console shall have separate, dedicated keys or icons for the screener/operator to make the final decision (i.e., clear or suspect). These keys or functions icons shall be spaced at least one key-width or icon-width apart from all other keys or function icons; and

(16) For workstations that display images, the following image tools shall be available to the screener through a configuration file that is password protected: image rotation (for 3-D only), window/level, zoom, annotations and markers, distance measurement, and linear scale.

(i) The system shall require that the screener/operator make a decision for each alarm object and not permit the screener/operator to clear a bag image until a decision is made for all objects.

(j) The system shall be configurable to display customized pop-up messages to screeners/operators when the bag image is initially displayed and when a decision is made for the final threat in a bag.

(k) For any on-screen action with an associated time limit, the user interface shall provide an indicator of the time remaining to perform the action.

(l) On-line help shall be available to screeners.

### 3.1.1.9.1 Documentation

The vendor shall deliver, at the end of Phase 4b, a documentation package containing the following materials:

(a) Operator's Manual
- Overview of Equipment Functions
  - Schematic / pictorial presentation of all operator interface elements with names clearly labeled.
  - Functional description of the operator interfaces with labeled diagrams of common hard and soft controls.
  - Overview of how equipment enhances and integrates into current security environment.
- Routine Use of Equipment

24

REVL 0000024

- Detailed description of normal passenger / baggage processing procedures using the equipment.
- Detailed description of informational interfaces, the location of information sources, and the proper use the operator should make of that information. The training shall include labeled reproductions of all the major informational interfaces.
- Detailed description of operator control interfaces, the location of controls and the proper use of these controls in normal screening. The training shall include labeled reproductions of all the major control interfaces.
- Detailed description of all threat and emergency alarms, the location and significance of all these indicators.
- Alarm Processing
  - Instruction in the common causes of machine alarms in normal passenger baggage. Illustrative examples of alarm resolution with real case material. These examples shall include pictorial information where visual information is critical. The quality of the information presented should be sufficient to illustrate the key elements of the case.
  - Instruction on the functions available for manipulating images and the information provided for each alarm bag. Examples shall include screen captures illustrating the information.
- Standard Operating Procedures
  - Start-up, including cold start
  - Shutdown
  - Calibration
  - Routine Maintenance Procedures and Schedule
- Emergency / Safety Procedures
  - Detailed description of any safety equipment that is used (e.g. dosimeter badges, ionizing chamber, etc.), and detailed instruction in its proper use.
  - Detailed description of any safety risks associated with operation of the equipment, and instructions in how to avoid hazardous situations using this equipment.
  - Location and operation of emergency shutdown switches.
  - Detailed description of any special equipment procedures to be followed in case of an emergency (fire, etc.).

(b) Slides for Operator's Manual
All information presented in the Operator's Manual shall be delivered in electronic form, as Microsoft® Power Point slides. Textual information shall be accompanied by screen captures, digital images, and/or animations, where applicable.

(c) Maintenance Manual
- Routine Maintenance Procedures and Schedule
- Detailed Maintenance/Troubleshooting Procedures

Safety Procedures for Maintenance Personnel

REVL 0000025

### 3.1.1.10 Radiation Survey Function

The EDS shall provide a mode of operation that permits maintenance personnel, utilizing an industry accepted scatter block that will cause worst case scatter conditions, to perform a field/site radiation compliance test to verifycompliance with 21 CFR 1020.40. The radiation survey mode shall:

(a) Be menu driven at the BVS;
(b) Be accessible by Level 1 Users only;
(c) Correctly position the scatter block in the plane of the X-ray;
(d) Provide user selectable X-ray generation;
(e) Display X-ray tube current measurements on the BVS; and
(f) Display X-ray tube voltage measurements on the BVS.

### 3.1.1.11 Multiplexing Capability

The EDS scanners and BVS shall be capable of operating in a multiplexed configuration by the addition of a multiplex network.

### 3.1.1.12 Integration with Baggage Handling System (BHS) (Integrated Systems Only)

The EDS shall be designed to receive bags from, and return bags to, an airport baggage handling system. The EDS shall be capable of controlling an entrance conveyor and one exit conveyor. The EDS shall permit the screener/operator to physically isolate and maintain control over a bag identified as suspicious either inside the EDS or on the exit conveyor, depending on BHS configuration, until resolution of alarm is complete.

**NOTE:** For Category 2, baggage handling and control between components of the overall system is the responsibility of the vendor.

### 3.1.1.13 Programmable Logic Controller (PLC) (Integrated Systems Only)

The Integrated EDS shall include a PLC with the software required to interface with an airport Master PLC. The PLC software shall function in accordance with "Interface Specification For Integration of PLC With Inline Baggage Handling System PLC", Section 8.

### 3.2 Performance

The system shall provide auto-calibration capability as a function of time or temperature of detectors.

The system shall provide a capability of alternating between detection algorithms, on a per bag basis, to accommodate multiple operating scenarios or threat levels.

REVL 0000026

### 3.2.1 Physical

The EDS shall incorporate basic design aesthetics and shall be designed to facilitate routine system maintenance with minimal movement of the system.

**Bag Size**

**Category 1:** Not Applicable.
**Category 2:** The EDS shall accept bags to a maximum length of 100 cm, a maximum width of 80 cm, and a maximum height of 50 cm.
**Category 3:** The EDS shall accept bags to a maximum length of 150 cm, a maximum width of 100 cm, and a maximum height of 50 cm.

**Floor Loading**

**Category 1:** Not Applicable.
**Category 2:** Not Applicable.
**Category 3:** Comparable to current, certified EDS. As stated in the Phoenix announcement, preference will be given to smaller/lighter systems.

**Footprint**

**Category 1:** Not Applicable.
**Category 2:** Not Applicable.
**Category 3:** Comparable to current, certified EDS. As stated in the Phoenix announcement, preference will be given to smaller/lighter systems.

**Height of Baggage Entry Stage (Stand-alone systems only)**

The height of the staging surface shall user configurable with a minimum range of 23 – 90 cm from the ground.

**Height of Baggage Exit Stage (Stand-alone systems only)**

The height of the baggage exit stage from the EDS Component shall be user configurable with a minimum range of 23 – 90 cm from the ground.

### 3.2.1.1 Power/Voltage

The EDS shall be compatible with existing airport electrical infrastructure and capable of operating on commercially available power at US airports.

### 3.2.1.2 Alarm Indicator Light

The EDS shall incorporate alarm indicator light(s) visible from a minimum distance of five meters for each component of the system, if more than one. The indicator light(s) shall be

27

visible by individuals standing within 360 degrees around the scanner. The indicator light(s) shall provide the following color display:

(a) White steady      machine decision is alarm on current displayed bag;

(b) White flashing    screener/operator selects "SUSPECT; or

(c) No light          screener/operator selects "CLEAR".

### 3.2.1.3 Mobility (Stand-Alone Systems Only)

The EDS and associated conveyors shall be designed to allow ease of movement of the equipment without lifting. Wheels, casters, rollers, or other similar mechanisms shall be provided.

### 3.2.2 Availability/Reliability (Categories 2 and 3)

### 3.2.2.1 Operational Availability ($A_o$)

The EDS shall demonstrate Operational Availability Ao threshold of at least 96% for each 6 month period during its entire life-cycle. As a computational example the cumulative downtime per system during inspection duty hours for all maintenance would not exceed 233.6 duty hours annually assuming an average duty day of 16 hours for 365 days each year. Ao is defined as:

$$Ao = \frac{Uptime}{(Uptime + Downtime)} \quad \text{for any single the EDS on any duty day}$$

Downtime is the total amount of time the system is not available for use during the duty day. Downtime does not include system unavailability caused by a bag jam or conveyor fault outside of the EDS scanner that causes the EDS to stop operation. Downtime can be caused by two events:

(a) A critical failure (Any failure where the EDS cannot perform its mission for greater than 10 minutes, not including time allowed for cold restarts, and maintenance is contacted); and

(b) A non-critical failure (Problem occurs and the fault condition is cleared within 10 minutes or is cleared without contacting maintenance);

REVL 0000028

.2.2.2Mission Reliability

The EDS shall meet the mission reliability ($M_R$) threshold of at least 98% where $M_R$ is defined as:

$$M_R = e^{-(\text{Failure Rate})(\text{Mission Duration})}$$

where:

"failure rate" is the ratio of number of critical failures/total operating time (hours), "mission duration" is the length (hours) of the mission, and "e" is the natural logarithmic base.

$M_R$ is the probability that a given the EDS will be able to complete a day's work without suffering any critical failures.

### 3.2.3 Maintainability

The EDS shall be designed to minimize the number of maintenance access areas and external clearance distance required for those access areas. The EDS shall be designed to provide simplified maintenance operations. The EDS shall be designed so that minimum tools are required for preventive/scheduled maintenance. The EDS shall have:

(a) A mean-time-to-repair (MTTR) of not more than 4 hours; and

(b) A mean-time-between-failure (MTBF) of at least 1,000 hours.

Where MTTR and MTBF are defined as follows:

MTTR: Following a failure and diagnosis of the problem, the mean time required to restore the system to a fully operational state.

MTBF: The mean time allowed between critical failure of the system.

**\*NOTE: As stated in the initial Phoenix announcement, Category 1 requirements state ANY of the improvements listed under Automated Detection, False Alarm Rates, Throughput, and RMA are acceptable. RMA includes a significant improvement in Availability, MTTR, MTBF, and Reliability.**

### 3.2.4 Safety

The EDS shall comply with OSHA 29 CFR 1910.1096 and FDA 21 CFR 1020.40 during all modes of operation and non-operating states, clearing bag jam, and performing screener/operator-level maintenance actions. The EDS shall have a physical emergency-stop button present at the BVS. With a checked baggage within the confines of an EDS Component,

29

it shall be possible to disable all EDS Component mechanical and radiation-emitting functions in a fail-safe method, such that the user may remove the bag from the EDS manually. The EDS shall have a lock-down mode of operation so that when activated by the screener/operator:

(a) No portion of the system shall move under power; and

(b) If ionizing radiation is employed, no radiation shall be produced.

### 3.2.5 Certification of Conformance

The EDS shall conform with UL 187, UL 310, or IEC 61010-1 (references 2.14, 2.15, and 2.16 respectively), UL 3101-1 and IEC 60950. The EDS Vendor is solely responsible for obtaining certification from an independent audit/test agency.

### 3.2.6   Environments

### 3.2.6.1 Temperature/Humidity

**For Lobby Solutions**: The EDS shall operate between 10 and 35 degrees centigrade and up to 85% relative humidity.

**For Non-Lobby Solutions**: The EDS shall operate between −20 and 50 degrees centigrade and up to 90% relative humidity.

### 3.2.6.2 Electromagnetic Compatibility

### 3.2.6.2.1 Personal Electronic Devices

The EDS shall not alter or damage personal electronic devices (PEDs) in checked baggage. A PED is defined to include any PED, which in the user non-operational mode utilizes electronic circuitry to maintain computer clock and data storage functions.

### 3.2.6.2.2 Emission Control

All the EDS radio frequency emissions shall be constrained to non-restricted bands in accordance with 47 CFR 15.

### 3.2.6.2.3  Susceptibility

The EDS shall have minimum susceptibility to environmental or bag-source electromagnetic interference (EMI).

### 4. VERIFICATION

Unless otherwise specified herein, verification will be accomplished through inspection, test, demonstration, and analysis. To support compliance with the requirements within this

30

specification inspection, test, demonstration, and analysis shall be performed on an EDS that is representative of the approved production design that has been placed under configuration control.

## 4.1 Test Planning/Procedures

The test and evaluation process shall be used to assure that the EDS has met the requirements of the EDS specification, associated interface requirements and control documents, and algorithm description. All vendor testing shall be conducted according to Government approved test plans, test cases, and test procedures and may be witnessed by an authorized Government representative(s).

## 4.1.2 Vendor DT&E

Vendor DT&E testing includes test and evaluation of the engineering design and developmental process by determining incrementally the degree to which functional engineering specifications are attained. Verification shall proceed from the unit level through integrated verification of functional areas and interfaces within the complete system, and to the complete system, in as near an operational configuration and environment as practical.

## 4.1.3 TSL Developmental Test and Certification Readiness Test

This phase consists of a series of tests using threats and bags to evaluate the detection and false alarm performance for a variety of threat presentations. An assessment will be made as to the overall readiness of the system to proceed to certification testing. This phase will be directed by the Phoenix Program Manager, or designee.

## 4.1.4 Government Certification Testing

The Government will conduct certification testing to verify compliance to all TSA EDS Certification Criteria for automated bag inspection as set forth in Federal Register, April 13, 1998: "Criteria for Certification of Explosives Detection Systems", Volume 63, Number 70.

## 4.1.5 Operational Qualification Test and Demonstration

The Government will conduct Operational Testing on production representative systems to assess operational effectiveness and suitability when used by representative field operators in the intended operational environment.

## 4.2 Verification Methods

All EDS development will undergo test and evaluation to verify that the EDS meets system specification requirements. The verification methods (Analysis, Demonstration, Inspection, and Test) described below are mandatory for EDS requirements verification.

31

### 4.2.1 Analysis

#### 4.2.1.1 Hardware

Hardware analysis shall encompass any or all of the following:

(a) Engineering Analysis is usually an engineering design function involving study, calculation, or modeling of the known or potential failure modes, and reaction or interactions of the specified parts, materials, and the design configuration with the known function, performance and/or probable effects of the operational environments.

This analysis is normally used to verify margin when it is not desirable to test to failure.

(b) Similarity Analysis is a method applied to end-items or components that are identical in design and manufacturing processes to end-items or components that have been previously qualified to equivalent or more stringent requirements. This method can be applied to COTS equipment for the same manufacturer's models based upon the manufacturer's engineering specifications. For COTS equipment, use of manufacturer's published materials that contain test conformance information relating to materials construction, commercial reliability test data, internal performance capabilities and environmental conditions (heat, power consumption, etc.) are acceptable.

(c) Validation of Records Analysis is a method of verification wherein manufacturing records are used to verify compliance of concealed construction features or processes of manufacturing (e.g., vendor items). This method shall be applied to COTS equipment for the same manufacturer's models based upon the manufacturer's engineering specifications.

#### 4.2.1.2 Software

Software analysis shall encompass the processing of accumulated results and conclusions to provide proof that the verification of requirements has been accomplished. The analytical results may be composed of interpretation of existing information or derived from lower level tests, demonstrations, analyses, or examinations.

### 4.2.2 Demonstration

The Demonstration verification method is used to indicate a general "pass/fail" condition.

#### 4.2.2.1 Hardware

Hardware demonstration shall determine the qualitative characteristics of end-item or component properties by observation. Demonstration shall not require special test equipment or instruction to vary characteristics such as operational performance, human engineering features, service, access features, and transportability.

REVL 0000032

#### 4.2.2.2 Software

Software demonstration shall determine compliance with requirements (e.g., the proper response at a site as a result of a specified interrogation or command to be processed by the program) through observation of functional operation. Demonstration shall be used primarily for activities where data gathering is not appropriate, such as display image verification.

### 4.2.3  Inspection

#### 4.2.3.1 Hardware

Inspection of hardware shall include verifying physical characteristics to determine compliance with requirements without the use of special laboratory equipment, procedures, items, or services. Inspection shall verify workmanship, physical condition, construction features, and document/drawing compliance. For COTS hardware, use of manufacturer's published materials that contain test conformance information pertaining to commercial reliability test data, Office of Safety Health Administration regulations, Military Standards, or Federal Communications Commission licensing is acceptable.

#### 4.2.3.2 Software

Inspection shall be an examination that includes review of software operation to verify compliance with software documentation, requirements, and coding standards, as well as verification of the implementation of required algorithms.

### 4.2.4  Test

#### 4.2.4.1 Hardware

Hardware testing shall measure hardware performance during or after the controlled application of functional and/or environmental stimuli. Test equipment required for measurements shall be calibrated. Test software shall be validated.

#### 4.2.4.2 Software

Software testing shall employ technical means, including evaluation of functional operation by use of special equipment or instrumentation, software and/or simulation techniques, to determine compliance of the system with requirements. Test equipment required for measurements shall be calibrated. Test software shall be validated. Data derived from software testing shall be reduced for analysis of software/system performance under the test specified.

### 4.5 Verification Requirements Traceability Matrix

The Verification Requirements Traceability Matrix (VRTM), which will be provided in a future test plan, defines the verification method to be used to validate each EDS specification

requirement. Formal verification tests shall encompass the following range of conditions, when applicable:

# 5. AUTOMATED FIELD DATA RECORDING SYSTEM REQUIREMENTS

## 5.1 Field Data Reporting System

The EDS shall include a Field Data Reporting System (FDRS) that can collect, store, analyze and display baggage and screener/operator-processing data. Download procedures shall have a feature to allow for selecting a subset of data or tables, thus limiting the size of downloads when necessary. All data to be transmitted or downloaded shall be comma delimited and readable by Microsoft Office applications. The collected FDRS data shall be formatted, compressed, and encrypted prior to (1) transmitting to a designated TSA server via a network connection or modem or (2) downloading to floppy disks (1.44 MB capacity), Iomega-compatible zip disks (100 MB capacity), or read/write CD/DVD (minimum 650 MB capacity). Media chosen by the Vendor should allow for at least two months of data to be stored on one disk, tape, or CD/DVD.

## 5.2 Primary Data Field

A Primary Data Field, the combination of Machine_ID and Bag_ID, shall separately identify each bag scanned and link data from other tables and for each EDS. The Bag_ID shall not repeat within a one-year period.

## 5.3 FDRS Report Display/Printout

The FDRS Report options shall allow an authorized user to select data by FDRS Table and date range. The Report format shall include selected start date, end date, time period and FDRS data.

With input parameters of Start Date, End Date, and Time Period where:

| Input Field | Description | Format |
|---|---|---|
| Start Date | Date to begin report calculations | mm-dd-yyyy |
| End Date | Date to end report calculations | mm-dd-yyyy |
| Time Period | Time period which report data is to be calculated. | (Pull Down Menu) Day, Week, Month, Year |

### 5.3.1  Equipment Summary Report

An equipment summary report shall be available as described below. The report shall provide, at a minimum, the following data. This report shall be able to be viewed on the BVS monitor, and shall be able to be printed on the EDS printer. The printout shall be in the same format as displayed on the monitor. The output shall be in tabular format with the output field or output field abbreviation in the column header. There shall be one row in the table for each time period

34

(day, week, month, year) in the date range. The first column in the table shall contain the date or dates corresponding to the specific row.

REVL 0000035

| Output Field | Description | Format |
|---|---|---|
| Date Range | Date range applicable to the specific output row | mm-dd-yyyy thru mm-dd-yyyy |
| Bags | Number of bags for each time period | Numeric |
| Auto Alarms | Number of auto alarms for each time period | Numeric |
| Suspect Bags | Number of bags suspected by the operator for each time period | Numeric |
| False Alarm Rate | False Alarm rate for time period | Numeric to 1/10 |
| Peak Hour | Peak number of bags run at any hour during the time period | Numeric |
| Emergency Stops | Number of emergency stops during the time period | Numeric |
| Software Restarts | Number of software restarts required during the time period | Numeric |

The last row in the table shall contain the total or average for the date range based on the following definitions.

| Output Field | Description | Format |
|---|---|---|
| Report Range | Date range for report | mm-dd-yyyy thru mm-dd-yyyy |
| Bags | Total number of bags run for report range | Numeric |
| Auto Alarms | Total number of auto alarms for report range | Numeric |
| Suspect Bags | Total number of bags suspected by the operators during the report range | Numeric |
| False Alarm Rate | Average False Alarm rate for report range | Numeric to 1/10 |
| Peak Hour | Peak number of bags run at any hour during the report range | Numeric |
| Emergency Stops | Total number of emergency stops during the report range | Numeric |
| Software Restarts | Total number of software restarts required during the report range | Numeric |

### 5.3.2   Operator Summary Report

An operator summary report shall be available as described below. The report shall require a Start Date and End Date to be generated. This report shall be able to be viewed on the BVS monitor, and shall be able to be printed on the EDS printer. The printout shall be in the same

36

format as displayed on the monitor. A report with the following data shall be generated for each day in the selected date range. Start Date and End Date shall be inclusive.

| Output Field | Description | Format |
|---|---|---|
| Machine ID | Serial Number of the L-3 EDS | Numeric |
| Login ID | Unique Logon ID of the user | Numeric |
| Login Date | Date session started | mm-dd-yyyy |
| Login Time | Time session started | hh:mm:ss |
| Logout Date | Date session ended | mm-dd-yyyy |
| Logout Time | Time session ended | hh:mm:ss |
| Bags | Number of bags for each time period | Numeric |
| Auto Alarms | Number of machine alarms during the time period | Numeric |
| False Alarm Rate | Machine False Alarm rate for time period | Numeric to 1/10 |
| Operator Suspects | Number of operator suspects during time period | Numeric |
| Operator False Alarm Rate | Operator False Alarm Rate during time period | Numeric to 1/10 |

### 5.3.3 TIP Reporting

Vendors shall provide TIP reporting in accordance with paragraph 3.7.2 of DOT/FAA/AR-97/67 Functional Requirements for Threat Image Projection Systems on X-ray Machines. Report formats may be modified as appropriate to accommodate EDS technology and TIP, as long as the substance of the reports remains. These reports shall be able to be viewed on the BVS monitor, and shall be able to be printed on the EDS printer. Printouts shall be in the same format as displayed on the monitor.

### 5.4 FDRS Data

The collected data shall include the following seven tables:

| Table | Title | Content |
|---|---|---|
| I | Bag Information | Information for each scanned bag. |
| II | System Events Information | Information for each system event. Prior to the downloading of the EDS FRDS data, a record with event "Current TIP Settings" shall be created. |
| III | Threat/Alarm Information | Information for each threat/alarm identified by the EDS. |

37

| IV | Threat Image Projection (TIP) Information | Information for TIP images. |
|---|---|---|
| V | User Function Keystroke Information | Information for each function keystroke made by an EDS user. |
| VI | On the Job Training (OJT) Information | Information for each OJT session |
| VII | Operator Qualification Test (OQT) | Information for each OQT |

REVL 0000038

Table 1. Bag Information

| Field Name | Field Description | Field Format | Field Values/Comments |
|---|---|---|---|
| Machine_ID | Identification number of the EDS | String (length = 8) | The field format is a total length of eight (Vendor identifier plus EDS serial number). |
| Bag_ID | Identification number of the bag | Integer (8 digits) | Bag_ID shall not repeat within a one-year period. |
| RFID | Radio Frequency Identification | String (length = 10) | |
| Bag_Type | What type of bag? | String (length = 4) | Example:<br>    FA-C for Clearable False Alarm<br>    FA-S for Non-clearable False Alarm<br>    IE for IED TIP<br>    IQ for OTK bag<br>    RE for Real<br>    SH for Shield |
| Version | EDS software version identification | String (length = 10) | Vendor assigned software version identification for the software running on the EDS |
| Bag_Start_Date_Stage_1 | On what date did the bag enter the first scanner? | String (length = 10) | mm-dd-yyyy |
| Bag_Start_Time_Stage_1 | At what time did the bag enter the first scanner? | String (length = 8) | hh:mm:ss |
| Bag_Start_Date_Stage_2 | On what date did the bag enter the second scanner? | String (length = 10) | mm-dd-yyyy<br>Used only for EDS that employ two stages. |
| Bag_Start_Time_Stage_2 | At what time did the bag enter the second scanner? | String (length = 8) | hh:mm:ss<br>Used only for EDS that employ two stages |
| Operator_Bag_Start_Date | On what date did the screener/operator receive the image file? | String (length = 10) | mm-dd-yyyy |
| Operator_Bag_Start_Time | At what time did the screener/operator receive the image file? | String (length = 8) | hh:mm:ss |
| Num_Slices_User | Number of additional scanner images (e.g., CT slices) taken by the screener/operator, if applicable | Integer | Used for Operator performance evaluation. Applies only to systems using CT slices. |
| Num_Slices_Machine | Number of scanner images (e.g., CT slices) | Integer | Applies only to systems using CT slices. |

39

| | taken by the machine, if applicable | | |
|---|---|---|---|
| Num_Threats | Number of threats identified by the EDS | Integer | |
| Num_Threats_Viewed | Number of threats viewed by the screener/operator | Integer | |
| Num_Keystrokes | Number of keystrokes used by screener/operator to resolve bag | Integer | |
| Machine_Decision | What decision did the EDS make? | String (length = 1) | Use<br>A for Alarm<br>C for Clear<br>F for Fault |
| Logon_ID | Identification login of the screener/operator | String (length = 15) | |
| Operator_Bag_End_Date | On what date did the screener/operator make the decision? | String (length = 10) | mm-dd-yyyy |
| Operator_Bag_End_Time | At what time did the screener/operator make the decision? | String (length = 8) | hh:mm:ss |
| Operator Decision | What decision did the screener/operator make? | String (length = 1) | Use<br>C for Clear<br>S for Suspect |

REVL  0000040

Table 2. System Event Information

| Field Name | Field Description | Field Format | Field Values/Comments |
|---|---|---|---|
| Machine_ID | Identification number of the EDS | String (length = 8) | The field format is a total length of eight (Vendor identifier plus serial number). |
| Event_Date | On what date did the event occur? | String (length = 10) | mm-dd-yyyy |
| Event_Time | At what time did the event occurred? | String (length = 8) | hh:mm:ss |
| Event | What event occurred? | String (length = 25) | At a minimum, possible choices include: account creations, "Current TIP Settings" failed startups, machine fault resets, screener/operator logoff screener/operator logon, software restart, system errors, system startup, system shutdown. TIP setting change |
| Event_Detail | Detail event information | String (length = 100) | As appropriate, include information such as: screener/operator name, screener/operator user level, TIP settings, TIP Library Version for "Current TIP settings". |

REVL  0000041

Table 3. Threat Alarm Information

| Field Name | Field Description | Field Format | Field Values/Comments |
|---|---|---|---|
| Machine_ID | Identification number of the EDS | String (length = 8) | The field format is a total length of eight (Vendor identifier plus serial number). |
| Bag_ID | Identification number of the bag | Integer (8 digits) | Bag_ID shall not repeat within a one-year period.<br>If multiple threats are identified in a bag, an entry shall be made in this table for each threat identified and the Bag_ID shall repeat. |
| Threat_Category | What type of threat was presented? | String (length = 2) | Use<br>   BL for bulk.<br>   CO for commercial<br>   MI for military<br>   SH for shield<br>   ST for sheet |
| Operator_Name | Operator Name | String (length =    ) | Use "Last Name, First Name" format |
| Weight | What was the weight of threat presented? | Decimal | As measured by the system. |

REVL  0000042

Table 4. Threat Image Projection (TIP) Information

| Field Name | Field Description | Field Format | Field Values/Comments |
|---|---|---|---|
| Machine_ID | Identification number of the EDS | String (length = 8) | The field format is a total length of eight (Vendor identifier plus serial number). |
| Bag_ID | Identification number of the bag | Integer | Bag_ID shall not repeat within a one-year period. |
| TIP_ID | What TIP image was presented? | String (length = 10) | As appropriate, use TSA or Vendor assigned name for the TIP image. |
| Threat_Category | What type of threat was presented? | String (length = 2) | Use<br>  CO for commercial<br>  MI for military<br>  SH for shield<br>  ST for sheet |
| Threat_Subcategory | For bulk explosives, what type of item was presented? | String (length = 2) | Use<br>  BB for bag as bomb<br>  CE for contained electronic<br>  CO for contained other<br>  OP for open<br>  SP for sympathetic |
| Weight_Category | For bulk explosives, what was the weight of explosive mass presented in IED TIP? | String (length = 2) | Use<br>  LT for less than 100%,<br>  EQ for 100%,<br>  GT for greater than 100% |
| Threat_Ratio | Percentage of current Threat (IEDs and Shields) TIP images presented relative to all other TIP images | Integer | Percentage |
| FA_Ratio | Percentage of non-threat false alarm TIP images presented relative to all other TIP images | Integer | Percentage |

REVL 0000043

Table 5. User Function Keystroke Information

| Field Name | Field Description | Field Format | Field Values/Comments |
|---|---|---|---|
| Machine_ID | Identification number of the EDS | String (length = 8) | The field format is a total length of eight (Vendor identifier plus serial number). |
| Bag_ID | Identification number of the bag | Integer | Bag_ID shall not repeat within a one-year period. If multiple keystrokes are used for a given bag, an entry shall be made in this table for each function keystroke used and the Bag_ID shall repeat. |
| Operator_Name | Operator Name | String (length =    ) | Use "Last Name, First Name" format |
| Which_Keystroke | Which function key was used? | String (length = 2) | Vendor defined. For example: CT for color of threat SI for  sharpen image etc. |
| Keystroke_Time | At what time was the function keystroke used? | String (length = 8) | hh:mm:ss |

44

Table 6. On the Job Training Information

| Field Name | Field Description | Field Format | Field Values/Comments |
|---|---|---|---|
| Machine_ID | Identification number of the EDS | String (length = 8) | The field format is a total length of eight (Vendor identifier plus serial number). |
| Operator_Name | Operator Name | String (length = 50) | Use "Last Name, First Name" format |
| Time-In | At what time did the OJT session begin? | String (length = 8) | hh:mm:ss |
| Time_Out | At what time did the OJT session end? | String (length = 8) | hh:mm:ss |
| Site | TSA Airport code | String (length = 3) | |
| Airline | TSA Airline code | String (length = 3) | |
| Num_Questions | Number of OJT questions submitted | String (length = 3) | |
| Num_Correct | Number of OJT questions answered correctly | String (length = 3) | |

45

REVL 0000045

Table 7. Operator Qualification Test Information

| Field Name | Field Description | Field Format | Field Value/Comments |
|---|---|---|---|
| Machine_ID | Identification number of the EDS | String (length = 8) | The field format is a total length of eight (Vendor identifier plus serial number). |
| Operator_Name | Operator Name | String (length =    ) | Use "Last Name, First Name" format |
| Time-In | At what time did the OJT session begin? | String (length = 8) | hh:mm:ss |
| Time_Out | At what time did the OJT session end? | String (length = 8) | hh:mm:ss |
| Site | TSA Airport code | String (length = 3) | |
| Airline | TSA Airline code | String (length = 3) | |
| Num_Questions | Number of OQT questions submitted | String (length = 3) | |
| Num_Correct | Number of OQT questions answered correctly | String (length = 3) | |

46

REVL  0000046

# 6. USER ACCESS LEVELS AND CAPABILITIES

User access and associated capabilities, based on username/password/user access level, shall be as follows:

| USER ACCESS LEVEL | USER | CAPABILITIES |
|---|---|---|
| 1 | Federal Security Director Vendor Maintenance Technician (see Note 1) | Upload New Images and Data Download Data (see Note 1) Set and Alter Passwords (see Note 1) Maintain Employee Records View/Print Data Reports Logon and Logoff Modify baselined/fielded software (see Note 1)<br><br>Note 1: Vendor Maintenance Technicians shall not set or alter passwords and shall download data only without alteration. Vendor "superuser" passwords will be disabled by TSA rep. after site acceptance. Only TSA approved software changes shall be made to the baselined/fielded software. |
| 2 | Asst/Deputy FSD Screening Manager | Download Data without Alteration Set and Alter Passwords Maintain Employee Records View/Print Data Reports Logon and Logoff |
| 3 | Checkpoint Security Supervisor / Screener-in-Charge | Set and Alter Passwords Maintain Employee Records View Data Reports Logon and Logoff |
| 4 | Screener/Operator | Logon and Logoff |

47

REVL 0000047

# 7. THREAT IMAGE PROJECTION REQUIREMENTS

## 7.1 Overview

The Federal Aviation Administration (FAA) developed Threat Image Projection (TIP) systems for X-ray machines in the mid-1990's to increase screener/operator threat image recognition performance and to provide a tool to measure this performance. TIP for X-ray machines can either (1) project a stored image of a threat onto the real X-ray image of a passenger's bag (Fictional Threat Image), or (2) project a stored image of a bag that contains a threat (Combined Threat Image (CTI)) in between the X-ray images of two passenger bags. Primarily, TIP systems have been incorporated into X-ray equipment used for the screening of carry-on baggage at airport passenger screening checkpoints. The principal TSA document outlining the current TIP requirements for X-ray equipment is in draft form, "Second Generation Functional Requirements for Threat Image Projection Systems on X-ray Machines," DHS/TSA/TSL-03/TBD. A draft of the TIP functional requirements for EDS will be available by September 2003. Any requirements in that document shall supersede any requirements in this specification. The vendor shall update any necessary changes to the TIP software that result from modifications to the TSA-approved Standard Operating Procedures or Alarm Resolution Protocol.

The Integrated EDS TIP shall only project a stored image of a whole bag (CTI) to a screener/operator. The Integrated EDS TIP bags can either contain a threat object or a non-threat false alarm object. The TIP software shall not provide any cues to the screeners when a TIP image is projected.

## 7.2 Remote Downloading/Uploading

TSA intends to, using a network connection or modem, (1) download performance data from each Integrated EDS and (2) upload TIP images, TIP schedules, and ratios settings. See Section 5 for Field Data Recording System (FDRS) data formats.

## 7.3 Functional Requirements

### 7.3.1 System

(a) The Integrated EDS TIP shall exist on the same Integrated EDS system as the algorithm software used for passenger bags.

(b) The Integrated EDS TIP shall be capable of being operated with all Integrated EDS functions and features for image manipulation (e.g., color, image enhancement, additional slicing).

(c) The Integrated EDS shall record the same information in the FDRS for TIP images, in real time, as is recorded for real passenger bags processed by the Integrated EDS.

48

REVL 0000048

(d) User access and associated capabilities shall be numbered as 1 through 4, with 1 being the highest level of access. The associated capabilities will be defined by the TSA.

(e) TIP performance data shall only be available to authorized users, as specified by the TSA.

(f) TIP databases and libraries shall be password protected.

### 7.3.2 Image

(a) The Integrated EDS TIP shall project CTIs, (i.e., prefabricated images of an entire bag that is clear, contains a threat, or contains a non-threat alarm object).

(b) The Integrated EDS shall project clear, uncorrupted TIP images that are of a quality equal to the actual images produced by the Integrated EDS (e.g., resolution, color, size) from scanning real bags.

(c) The Integrated EDS shall be delivered with an initial Vendor TIP image library containing a minimum of 100 TIP images, for testing purposes, that contains the following:

    (1) A minimum of 10 each of CTIs and FTIs with shield alarms,
    (2) A minimum of 10 each of CTIs and FTIs with Improvised Explosive Devices (IEDs), and
    (3) A minimum of 30 each CTIs and FTIs of non-threat false alarms. Half of these CTIs and half of these FTIs shall be images of items that are clearable according to the alarm resolution protocol, and the other half shall be images of items that must be suspected according to the alarm resolution protocol.
    (4) TIP image filenames shall be in the format: IED00001 (for IEDs), SH00001 (for shielded items), FA-C00001 (for clearable non-threats), FA-S00001 (for non-threats requiring search)
    Shield and non-threat false alarm bag data may be obtained by capturing images of real bags scanned during airport data collection, with permission from the airport and local TSA, if the contents of the bag are confirmed and they meet the requirements of the TSA-approved alarm resolution protocol category the image represents.

(d) All TIP images shall be 49 CFR Part 1520 restricted.

REVL 0000049

### 7.3.3 Threat Image Modification

A User Access Level 1 user shall only perform uploading, downloading, printing, and scanning of TIP images to/from the TIP library.

(a) The Integrated EDS TIP library shall be capable of storing up to 2,000 CTI images at one time for Operator Qualification Testing (OQT), and for On the Job Training (OJT). These images may consist of clear bag images, threat bag images, shield bags, or non-threat false alarm bag images.

(b) The Integrated EDS TIP shall be capable of having TIP images added via network connection, modem, disk, or other means.

(c) The Integrated EDS shall be capable of scanning new threat images. If any special tools are required, the Vendor shall provide the tools with each system.

### 7.3.4 User Interface

(a) The username of the screener/operator who is logged onto the system shall be displayed.

(b) The Integrated EDS TIP shall be capable of being operated with all Integrated EDS functions and features for image manipulation (e.g., color, image enhancement, additional slicing.)

(c) The filename of the TIP image shall not be displayed to the screener/operator. Each displayed TIP image shall receive a unique number as if it were a real bag. Displayed TIP images shall be numbered sequentially.

(d) Text feedback shall be provided to the screener/operator as follows:
  (1) For a threat TIP hit: "You have correctly identified a fictional IED / shield / protocol-prohibited item *[either "IED," "shield," or name of protocol-prohibited item" is presented as appropriate]*. Press X button to view the next bag/to clear the FTI and view the real bag." The message background shall be green.
  (2) For a threat TIP miss: "You did not identify the fictional IED / shield / protocol-prohibited item *[either "IED," "shield," or name of protocol-prohibited item" is presented as appropriate]*. Press X button to view the next image/to clear the FTI and view the real bag." The message background shall be red.
  (3) For a non-threat TIP false alarm: "The alarm object was not an IED, shield, or protocol-prohibited item. Press X button to see the next image/to clear the FTI and view the real bag." The message background shall be yellow.
  (4) For a non-threat TIP correct rejection: "You have correctly decided that the alarm object was not an IED/shield/protocol-prohibited item. Press X button to see the next image/to clear the FTI and view the real bag." The message background shall be white.

50

REVL  0000050

### 7.3.5 Scheduling

Scheduling requirements shall be modifiable only by a User Access Level 1 user. Scheduling shall be capable of being set (1) via the keyboard, (2) screener/operator console, or (3) remotely from a designated TSA server.

(a) Each TIP category (Threat and False Alarm) shall be assigned a presentation frequency (percentage). The sum of all TIP categories shall equal 100%. Each bag presented shall be selected from one of the TIP categories with a probability equal to the specified frequency. These probabilities shall be the same for every bag (i.e., by using a random number generator). The vendor shall document the algorithms from which the schedule distribution is determined and shall provide proof of function.

(b) Authorized users shall be able to specify the percentages of each Threat Subcategory (sheet, military, commercial, shield) to be used, which shall total 100%, as well as the percentages of each IED Subcategory (open, contained electronic, contained other, sympathetic, bag as bomb). The ability to select and deselect individual threat names shall also be available.

(c) TIP images shall be menu selectable by TIP Type (IED/shield and false alarm).

(d) Threats shall be menu selectable by Threat Subcategory (sheet, military, commercial, shield).

(e) TIP images shall be menu selectable by IED subcategory (open, contained electronic, contained other, sympathetic, bag as bomb).

(f) TIP images shall be menu selectable by Weight Category (Less than 100%, 100% or Greater than 100%).

(g) Individual threats shall be capable of being selected/deselected.

### 8. EDS PLC Specification

### 8.1 Relays

The EDS PLC interface shall contain 16 single pole 12 VDC relays.

### 8.2 High Speed External Interface

The High Speed EDS PLC interface shall be capable of supporting the following control signals:

**Signals from Airport PLC To EDS**

| Signal Name | Signal Description |
| --- | --- |
| QBW | Queue Bag Waiting |
| ER/R | Exit Ready to Receive |

REVL 0000051

DACK                                Decision Acknowledged - Only used w/
                                    custom extended decision pending exit
                                    queue.

**Signals from EDS to Airport PLC**

| Signal Name | Signal Description |
|---|---|
| | EDS System On/Standby |
| | System Fault |
| QCL | Queue Conveyor Load |
| UBW | Unknown Bag Waiting |
| CBW | Clear Bag Waiting |
| SBW | Suspect Bag Waiting |
| DAV | Decision Available - Only used w/ custom extended decision pending exit queue. |

REVL 0000052

APPENDIX B - POINT OF CONTACTS

• Barbara Fuller (609) 485-4919; Grants Officer   (Barbara.Fuller@faa.gov)
• Nicole Feriozzi (609) 485-4781, Grants Office
• Grants Office Fax (609) 485-6509
• Andy Lee (609) 485-4757; R&D Vector Lead, Checked Baggage Security
  (Technical Questions)   (Andy.Lee@faa.gov)
• Ronald Krauss (609) 485-6836 Program Manager, Bulk Explosives Detection
  (Alternate) (Ronald.Krauss@faa.gov)

APPENDIX C  -  PROPOSAL FORMAT REQUIREMENTS

**Proposals Shall Not Contain Classified Information**. Proposals shall be assembled in the following sequence: cover letter, cover sheet, table of contents, project summary, results from prior support, project description, bibliography, budget, budget narrative, indirect cost agreement, salary schedule, current and pending support, and appendices. The following is a detailed description of the proposal format requirements.

**Cover Letter** A standard business format cover letter shall be affixed to the front of the proposal. Either the principal investigator, an approving official at the place of business, or both shall sign it.

**Cover Sheet** Use FAA Form 9550-1, Cover Sheet for Proposals to the FAA/TSA. The original shall be signed by the Principal Investigator, endorsed by the authorized organizational representative, and submitted to the TSA. Point of contact information, including address, phone number, fax number, and email address shall be included.
a.  Principal Investigator Signature. The signature of the Principal
Investigator signifies agreement to assume responsibility for the scientific or technical direction of the project and for the preparation of required technical reports.
b.  Organizational Endorsement. By endorsing the cover sheet, the authorized Organizational Representative affirms on behalf of the proposing organization that all requirements for handling and managing grants will be met, and provides certification regarding federal debt status, debarment and suspension, drug-free workplace, and lobbying activities.

**Table of Contents** Self-explanatory

**Project Summary** The proposal shall contain a 200-word summary of the proposed activity suitable for publication. It shall be a self-contained description of the activity that would result if the proposal receives funding by the TSA.

53

REVL 0000053

**Results from Prior** Support if the Principal Investigator has received FAA/TSA funding in the past 5 years, information on prior funding shall be provided. The information shall include: (1) the project title; (2) the amount of funding; (3) the period of support; (4) a summary of the project; (5) results obtained; and (6) disposition of the grant or contract.

**Project Description** This section is **limited to 25 pages** in 12-point font. Appended information will not be considered in the evaluation. Refer to Paragraph 2.1 for the specific contents of the proposal.

**Bibliography** A bibliography of relevant and supporting published literature shall be provided.

**Budget and Budget Narrative** Each proposal shall contain a budget summary using FAA Form 9550-2 **for each phase**, broken down to the required Level 4 WBS, and overall project cumulative. A detailed budget narrative must be attached that explains and clarifies those items included on Form 9550-2. The information reported should be detailed and sufficient to allow an analysis by appropriate TSA personnel to make a determination that the budgeted costs are necessary to perform the work, reasonable, and not specifically precluded by program guidelines, law, or regulation. All applicable line items must be completed. Each phase of support requires a separate FAA Form 9550-2. The budget shall be certified by signature by the Principal Investigator and the Authorized Organizational Representative in the spaces provided. (Please include cost sharing information in the budget narrative that accompanies FAA Form 9550-2.) **The narrative shall be less than 10 pages.** Catalog costs and sources should be identified where available to substantiate material cost estimates.

**Indirect Cost Agreement** The Organizational Representative shall attach a copy of the latest organizational indirect cost agreement negotiated with the organization's cognizant Federal audit agency (Health and Human Services, Department of Defense or other) currently in force. The applicant will certify that the costs that the TSA is being asked to support are allowable and that the treatment of direct or indirect costs in the budget is consistent with applicable Federal cost principles and with the policies of the submitting organization. FAR Sub 31.2, Contracts with Commercial Organizations. [48 C.F.R. 31.2].

**Salary Schedule** The Organizational Representative shall attach a copy of the latest salary schedule for all individuals identified on the budget estimate.

**Current and Pending Support** Applicants shall identify all current project support from whatever source(s) (i.e., Federal, State, or local Government agencies, private foundations, industrial or other commercial organizations) on FAA Form 9550-3. It should include the proposed project and all other projects requiring a portion of the time of the Principal Investigator and all other senior personnel, even if they receive no salary support. The number of person-months or percentage of effort to be devoted to the projects must be stated regardless of source of support. Similar information must be provided for all proposals that are pending including the TSA. If the project now being submitted has been funded previously by a source other than the TSA, the information requested in the paragraph above should be furnished for the immediately preceding funding period. If the proposal is being submitted to other possible

54

sponsors all of them should be listed. Concurrent submission of a proposal to other organizations will not prejudice its review by the TSA.

**Appendix** The appendix must contain certifications for compliance with the Civil Rights Act of 1964 and Lobbying Restrictions. These certifications are made by signing the cover sheet and FAA Form 9550-1. However, the Certification Regarding Lobbying descriptive text page must be attached to complete this certification. OMB Standard Form-LLL may also be required if any funds were expended in lobbying Federal officials. Certification Regarding Drug-Free Workplace Requirements must be signed and included in the appendix. The appendix must also describe available facilities and major items of equipment to be used in the proposed work if these are of a specialized nature and essential to the performance of the project.

REVL 0000055