**EXHIBIT E**



U.S. Department
of Transportation
Federal Aviation
Administration

William J. Hughes Technical Center

Atlantic City Int'l Airport
New Jersey 08405

September 12, 2003

Mr. James Buckley
Vice President
Reveal Imaging Technologies, Inc.
35 Crosby Drive
Bedford, Massachusetts   01730

Dear Mr. Buckley:

The Transportation Security Administration (TSA) is pleased to announce the award of a Cooperative Agreement to Reveal Imaging Technologies, Inc.. Please note that although this award is made for the TSA it is administered by the Federal Aviation Administration (FAA) Aviation Research Grants Program, ACX-50. This Agreement is to support work proposed by Dr. Richard Bijjani. Your Proposal Number 03-P-0067 entitled, "NexGen EDS Phoenix Project " has been assigned **Cooperative Agreement Number 03-G-014. Please refer to this number in any future correspondence.**

Please review the enclosed award document and respond within 30 days if you require revisions or cannot abide by the conditions set forth. The FAA accounting office will be authorized to release funds in accordance with the conditions of the Agreement and Chapter 6 of FAA Directive 9550.7A found on web site http://www.tc.faa.gov/logistics/grants

Please contact me at (609) 485-4919 or by e-mail at barbara.fuller@faa.gov if further information is required.

Sincerely,

Barbara B. Fuller
FAA Grants Officer
Aviation Research Grants
    Program, ACX-50

2

File:
WP: C:\Documents and Settings\fullerb\My Documents\BARB\aw3a14.doc
ACX-50:bfuller:bbf:5-4919:09/16/2003

REVL 0002952

## COOPERATIVE RESEARCH AGREEMENT

The Transportation Security Administration (TSA) hereby awards Cooperative Research Agreement Number 2003-G-014 to:

**REVEAL IMAGING TECHNOLOGIES, INC.**
Bedford, Massachusetts

to pursue the research described in Proposal Number 03-P-0067, entitled: Reveal NexGen Explosives Detection System ("grant" or "recipient") under the direction of the Principal Investigator: Dr. Richard Biljani, telephone number (781) 276-8494, for a period of 6 months beginning the date of the signature by the TSA designated signatory authority below and ending 6 months later. This will fund Phase 2 and 3 of a five phase project. The amount of this award is $2,384,086.00.

The TSA Project Lead for the Agreement is: Mr. Andy Lee, TSL-1, telephone number (609) 485-4757. The TSA Technical Lead is Dr. Ronald Krauss, TSL-1, telephone number (609) 485-6836. The FAA grants analyst is Mrs. Barbara Fuller, ACX-50, telephone number: (609) 485-4919.

Since this is a continuing Agreement, additional funding may be provided for the following 11 months subject to the special conditions cited in paragraph f. below. Exercising this additional funding option will result in a total estimated Agreement amount of $4,747,424.00.

**Continuing Grant Information:** This continuing Agreement is awarded with expectation of continued funding on a noncompeting basis. It is the intent of the TSA to provide incremental support of the project for additional periods, as specified below, subject to satisfactory scientific progress, availability of funds, and continued relevance to TSA programs.

Changing TSA program constraints and developments within the project itself may dictate adjustments in the originally anticipated level of funding; this is not, however, a binding commitment and is not to be construed as assurance of a renewal of award. **The TSA retains the right of "Refusal of Renewal," i.e.; to discontinue funding after the period currently funded under this Agreement.**

It is understood that as stated in the proposal submitted by the recipient, Phase One – Preliminary Design, has been completed based on work completed by the recipient prior to this submission. Therefore, no funds will be provided for Phase I.

Since the Federal Aviation Administration (FAA) is currently administering this award, the FAA makes this Agreement in accordance with 49 USC, Section 44511 and subject to the following terms and conditions, which are hereby incorporated into this grant:

2

    a. the proposal submitted by the grantee, dated August 7, 2003;

    b. the budget for the research as proposed by the grantee;

    c. the FAA Research Grants Program Directive, FAA Order 9550.7A; (particular attention should be given to Chapter 8, Section 5. "Intellectual property.") This order is located at http://www.tc.faa.gov/logistics/grants

    d. NOTICE: In accordance with Section 306 (b) of Public Law 103-305, you are advised, "It is the sense of Congress that any recipient of a grant under this title, or under any amendment made by this title, should purchase, when available and cost-effective, American made equipment and products when expending grant monies;"

    e. all obligations and responsibilities imposed by statute or regulation, or both, on grant recipients, whether or not explicitly stated in FAA Order 9550.7A (i.e., the responsibility for compliance with all applicable statutes and regulations rests with the grantee); (the full text of guidance on publication of technical papers and information intellectual property is attached); and

    f. the Aviation Research Grant General Condition 1; (See Page 8).

Security Publications:

    1) All research results related to civil aviation security must be reviewed by the Undersecretary of Transportation for Security, or his designee, prior to publication or release to the general public. This includes such items as dissertations, theses, archival and conference technical papers, technical reports, etc. The purpose of this requirement is to determine if the results contain information that may assist terrorists in undermining established security systems.

    2) Information must be submitted to the Technical Monitor, who then forwards information to the Undersecretary of Transportation for Security, or his designee, through his or her respective appropriate management official.

    3) Within 4 weeks of submission, a notice of approval or declination for publication or release, or a request for a revision will be provided by the Undersecretary of Transportation for Security, or his designee, to the Technical Monitor through his or her respective service director.

Reveal Technologies, Inc., will be given a copy of a memorandum from Michael A. Canavan, former FAA Associate Administrator for Civil Aviation Security, dated May 18, 2001, which explains the protection of Part 191, Sensitive Security Information.

3

<u>Public Release of Information</u> – There shall be no public release of information concerning the requirements of grant awards/agreements, the applicant's work product, and/or results to the Government. The Transportation Security Administration, Undersecretary of Transportation for Security or designee, shall approve all requests for information pertaining to this grant award. Authority is 49 U.S.C. Section 40119 as amended by the Aviation and Transportation Security Act, Pub. L. 107-71, November 19, 2001 Section 101(e).

It is understood that this Agreement may have substantial involvement between the participants as defined in the following paragraphs:

The TSA will be involved in the review of system design and program management of the project. System design, documentation and software will be subject to the approval of the TSA.

The TSA will provide necessary information on explosives detection system requirements and modify the Phoenix specification as required. The TSA will provide other unclassified and sensitive security information, as needed by the recipient.

The TSA will provide laboratory space and staff to collaborate on research, test and evaluation activities to be performed at the Transportation Security Laboratory (TSL), subject to availability.

The TSA will provide luggage, simulated improvised explosive devices, explosives and/or explosive simulants to be used for data collection and testing at the TSL. Explosive simulants are generally available for purchase from commercial sources. Simulated blasting caps are available through the TSA, subject to availability and sufficient notice.

The TSA will support data collection and conduct test and evaluation of the developed systems or subsystems, which will include blind testing. The TSA will perform verification activities for compliance of the system (and recipient) with project requirements by analysis, test, or other means.

The TSA will coauthor, provide critical review, approve and provide official processing of technical reports.

4

This is a phased project with critical milestones. The TSA will review the status of the project at critical milestones and make a determination whether to continue the project. The recipient shall not begin any phase of the project without prior authorization from the Phoenix R&D Project Manager. The recipient shall not be entitled to reimbursement of costs incurred for work performed or materials acquired for unapproved phases of the project.

The recipient shall prepare and deliver a program management plan which describes in detail the approach taken in performing and managing the project, including, but not limited to Level 4 (minimum) work breakdown structure, assignment of resources, identification of key personnel, identification of technical, schedule, and cost risks and a risk mitigation plan, list and schedule of deliverables, quality assurance/control plan(s), test and evaluation plan(s), and security management plan.

The recipient shall submit monthly detailed technical progress reports and detailed invoices. The recipient shall be available for weekly teleconferences and monthly-to-quarterly program reviews, depending on program activity.

The TSA reserves the right to witness tests at the vendor's facility to monitor progress and verify compliance with requirements.

The TSA shall retain title to all systems and devices developed or acquired under this project.

The recipient shall provide detailed information on the analysis and decision software of developed system(s).

The recipient shall follow industry-accepted standard testing methodologies and statistical sampling and analysis, such as ASTM methods for imaging and/or computerized tomography, in evaluating the system performance.

All deliverables, including those associated with the certification testing process, shall be delivered to the Phoenix R&D Project Manager. Additional distribution shall be provided on an as-needed basis.

All program phases, including certification testing, shall be coordinated with the Phoenix R&D Project Manager.

The recipient shall provide written evidence of personnel and facility security clearances.

The vendor shall provide maintenance and repair services for systems while under the Agreement.

5

All reports shall be prepared in accordance with TSA format requirements. All delivered reports shall not contain proprietary information or labeling.

All delivered reports, communications, etc., shall be labeled with applicable security warnings. All electronic versions of sensitive security information shall be password protected. Transmission of sensitive security information via e-mail is permissible, provided it is password protected. Classified information shall not be transmitted over non-secure channels.

All unclassified reports containing sensitive security information shall labeled on the front cover and each page with the following warning:

"WARNING: This document contains sensitive security information that is controlled under the provisions of 49 CFR Part 1520. No part of this document may be released without the written permission of the Undersecretary of Transportation for Security, Washington, DC, 20590. Unauthorized release may result in civil penalty or other action. For U.S. Government agencies, public availability to be determined

**Funding Support FY- 2003  - $2,384,086.00**

FY-03 APPROPRIATION AND FUNDS CERTIFICATION:

05X0508400-2003-802FREDA39-2F20000000-41040 = Phase I -   $             0
                                                Phase II -  $    127,794.00
                                                Phase III – $2,256,292.00

The grantee agrees to abide by all the terms and conditions set out in this award letter. The grantee explicitly assures the FAA that it will comply with the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, the Drug-Free Workplace Act, and Executive Order 11246, dealing with Equal Employment Opportunity.

In compliance with Office of Management and Budget Circular A-133, "Audits of Institutions of Higher Education and Other Nonprofit Institutions," FAA Research Grants have been assigned Catalog of Federal Domestic Assistance Number 20.108.

As a grant recipient, you are responsible for providing a copy of all single audit reports to the Federal Audit Clearinghouse. After reviewing the report, if deficiencies are found, a copy will be forwarded to the Department of Transportation Office of Inspector General who will then forward a copy to the FAA.

6

It is understood that a final report will be submitted to the technical monitor, with a copy to the Grants Analyst, at the completion of the last phase of this project. If for some reason the project is terminated prior to its completion date, a final report will be submitted at that time. Please submit in electronic portable document format (PDF) either on disk or by e-mail to barbara.fuller@faa.gov and andy.lee@faa.gov.

7

Please review the award to ensure that you concur with its conditions. If we do not receive comments from you within 30 days from the date of this award, we will consider the conditions acceptable.

AWARDED BY:

*[signature]* 09/12/2003
Signature/Date

Randal E. Null, Ph.D.
Assistant Administrator
Chief Technical Officer
Transportation Security Administration
U.S. Department of Homeland Security

8

### RESEARCH GRANT AWARD
### GENERAL CONDITION 1

PAYMENT PROCEDURES.

Advance Payments. Recipients may be paid in advance, only with prior approval of the Grants Officer or their designee. Recipients must submit copies of: (1) written procedures that minimize the time elapsing between the transfer of funds and disbursement by the recipient, and (2) financial management systems that meet the standards for fund control and accountability as provided in Office of Management and Budget (OMB) OMB-A-110, Subpart C, Financial and Program Management, Para 21. Cash advances to a recipient organization shall be limited to the minimum amounts needed and be timed to be in accordance with the actual, immediate cash requirements of the recipient organization in carrying out the purpose of the approved project. The timing and amount of cash advances shall be as close as is administratively feasible to the actual disbursements by the recipient for direct project costs and the proportionate share of any allowable indirect costs. The attached addendum identifies the breakdown of shared costs between the Government and the recipient.

Advances of Federal funds shall be deposited and maintained in insured accounts whenever possible. Recipients shall maintain advances of Federal funds in interest bearing accounts, unless (1), (2) or (3) apply.

   1) The recipient receives less than $120,000 in Federal awards per year.

   2) The best reasonably available interest bearing account would not be expected to earn interest in excess of $250 per year on Federal cash balances.

   3) The depository would require an average or minimum balance so high that it would not be feasible within the expected Federal and non-Federal cash resources.

Working Capital Advance Payment. If a recipient cannot meet the criteria for advance payments and if the Grants Officer has determined that reimbursement is not feasible because the recipient lacks sufficient working capital, the Grants Officer may approve payments on a working capital advance basis. Under this procedure, the FAA shall advance cash to the recipient to cover its estimated disbursement needs for an initial period generally geared to the recipient's disbursing cycle. Thereafter, the FAA shall reimburse the recipient for its actual cash disbursements. This payment method shall only be used for recipients who are willing to provide timely advances to their subrecipients to meet the subrecipient's actual cash disbursements.

<u>Reimbursement Method.</u>  Reimbursement is the preferred method when the requirements specified above cannot be met. Recipients shall be authorized to submit requests for reimbursement at least monthly. When the reimbursement method is used, FAA shall make payment within 30 days after receipt of the billing, unless the billing is improper.

<u>Submission of Cash Transaction Reports.</u>  In addition, if funds are advanced in excess of $10,000, the recipient shall submit an original and one copy of OMB Form SF-272, Federal Cash Transactions Report, to the FAA 15 days after the end of each calendar quarter.

<u>Request for Payment.</u>  Recipients shall be authorized to submit requests for advances and reimbursements at least monthly when electronic fund transfers are not used. Requests for Treasury Check advance payment shall be submitted on SF-270, "Request for Advance or Reimbursement". This form is not to be used when Treasury check advance payments are made to the recipient automatically through the use of a predetermined payment schedule or if precluded by special Federal awarding agency instructions for electronic funds transfer.

Payments will be made by check or electronic funds transfer. When payment is to be made by check, the FAA will authorize the U.S. Treasury to make payment directly to the recipient organization. When payment is to be made electronically, the funds will be transferred between the U.S. Treasury and the participating financial institution through the Automated Clearing House (ACH) network. However, an OMB Form SF-3881, Payment Information Form, ACH Vendor Payment System, is required for processing by the Accounting Branch, ACX-32. This form is available by contacting the Aviation Research Grants Office at (609) 485-4424.

Further, please submit all financial documents to:

FAA William J. Hughes Technical Center
ATTN: Accounting Branch, ACX-32
Atlantic City International Airport, NJ  08405