# EXHIBIT G

| **SOLICITATION, OFFER AND AWARD** | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS(15 CFR 700) | RATING | | PAGE OF PAGES |
|---|---|---|---|---|
| | | ▶ | | 1 |

| CONTRACT NO. | | 3. SOLICITATION NO HSTS04-05-R-DEP029 | | 4. TYPE OF SOLICITATION | 5. DATE ISSUED July 27, 2005 | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|---|---|
| | | | | ☐ SEALED BID(IFB)<br>☒ NEGOTIATED(RFP) | | |

| ISSUED BY | CODE ☐ | 8. ADDRESS OFFER TO (If other than Item 7) |
|---|---|---|
| **Transportation Security Administration,**<br>**TSA Headquarters**<br>**601 South 12th Street**<br>**Arlington, VA  22202-4220** | | CONNIE THORNTON, CONTRACTING OFFICER<br>Transportation Security Administration, TSA-25<br>701 South 12th Street<br>Arlington, VA 22202-4220 |

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

### SOLICITATION

Sealed offers in original and   **See Section L** copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8

Until 2:00 P.M. hours local time   **AUGUST 25, 2005**   _   **PROPOSALS MUST BE HAND CARRIED AND NOT SENT VIA MAIL, UPS OR FEDEX**

Hours              Date
CAUTION-LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-01. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: ▶ | A. NAME Connie Thornton | B. TELEPHONE NO. (Include area code)(NO COLLECT CALLS) 571-227-3880 | C. E-Mail ADDRESS Connie.Thornton@dhs.gov |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II – CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III- LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORKSTATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | | | | PART IV- REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | X | | REPRESENTATIONS, CERTIFICATIONS AND | |
| X | F | DELIVERIES OR PERFORMANCE | | | K | OTHER STATEMENTS OF OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | X | M | EVALUATION FACTORS FOR AWARD | |

### OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

13. In compliance with the above, the undersigned agrees, if this offer is accepted within __ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT<br>(See Section I. Clause No. 52-232-8) ▶ | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS<br>The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated: | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

| 15A.<br>NAME<br>AND<br>ADDRESS<br>OF<br>OFFEROR | CODE | | FACILITY | | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN DIFFER (Type or print) |
|---|---|---|---|---|---|
| 15B. TELEPHONE NO. (include area Code) | | 15C. CHECK IF REMITTANCE ADDRESS<br>☐ IS DIFFERENT FROM ABOVE. ENTER<br>SUCH ADDRESS IN SCHEDULE. | | 17. SIGNATURE | 18. OFFER DATE |

### AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. Amount | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: | | |
| ☐ 10 U.S.C. 2304(c)(  )   ☒ 41 U.S.C. 253 (c)( 2 ) | | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN ▶   (4 copies unless otherwise specified)  ITEM |
| 24. ADMINISTERED BY (If other than Item 7) | CODE ☐ | 25. PAYMENT WILL BE MADE BY   CODE ☐ |
| 26. NAME OF CONTRACTING OFFICER (Type or Print)<br><br>Connie Thornton | | 27. UNITED STATES OF AMERICA<br><br>(Signature of Contracting Officer) | 28. AWARD DATE |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.



## SECTION B - SUPPLIES OR SERVICES AND PRICES

**B.1    Identification of Supplies/Services**

The Contractor shall provide the following supplies and services in accordance with the terms and conditions of this contract for the performance period identified in Section F for the Reduced Size Explosive Detection Systems (EDS).   The ordering period for the respective Contract Line Item Numbers (CLINs) is contained in Section F.   All CLINS will be activated by means of delivery orders or task orders.

**B.2    Contract Line Item Numbers (CLINs)**

The following contract line items are applicable to delivery orders and task orders issued under this contract.

| CLIN | TITLE | Type | Unit Type | Units | Unit Price | Extended Price |
|------|-------|------|-----------|-------|------------|----------------|
| 0001 | **Stand Alone Reduced Size EDS with Printer** | **FFP** | **EA** | | | |
| 0002 | **Integrated Reduced Size EDS with Printer** | **FFP** | **EA** | | | |
| 0003 | **Partially Integrated Reduced Size EDS with Printer** | **FFP** | **EA** | | | |
| 0004 | **Meetings** | | | | **NSP** | **NSP** |
| 0004A | **Program Reviews** | | | | **NSP** | **NSP** |
| 0004B | **Technical Interchange Meetings** | | | | **NSP** | **NSP** |
| 0005 | **Equipment** | | | | | |
| 0005A | Powered Inclined Entrance/Exit Conveyor | FFP | EA | | | |
| 0005B | Powered Flat Entrance/Exit Conveyor | FFP | EA | | | |
| 0005C | Baggage Viewing Station (BVS) | FFP | EA | | | |
| 0005D | Multiplex Baggage Viewing Station | FFP | EA | | | |
| 0005E | Printer | FFP | EA | | | |
| 0005F | Stand Alone Training Simulator with Printer | FFP | EA | | | |
| 0006 | **Multiplexed-Reduced Size EDS** | | | | | |
| 0006A | Multiplexed Hardware and Software | FFP | EA | | | |
| 0006B | Alternate Viewing Station | FFP | EA | | | |
| 0007 | **Training** | | | | | |
| 0007A | Operator Training Course | FFP | EA | | | |
| 0007B | Training Validation | FFP | EA | | | |
| 0007C | Operator Training (Initial) | FFP | EA | | | |

| CLIN | TITLE | Type | Unit Type | Units | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 0007D | Additional Operator Training (Initial) | FFP | EA | | | |
| 0007E | Operator Training (Recurrent) | FFP | EA | | | |
| 0007F | Instructor Training Course | FFP | EA | | | |
| | | | | | | |
| **0008** | **Conversion of Reduced Size EDS** | | | | | |
| 0008A | Integrated Conversion | FFP | EA | | | |
| 0008B | Partially Integrated Conversion | FFP | EA | | | |
| | | | | | | |
| **0009** | **Engineering Support Services** | **T&M** | | | | |
| | | | | | | |
| **0010** | **Material in Support of Engineering Services** | **T&M** | | | | |
| **0011** | **Shipping** | **T&M** | | | **TBD** | **TBD** |
| **0012** | **Contract Data Requirements List** | | | | **NSP** | **NSP** |
| **0013** | **Warranty Services** | | | | **NSP** | **NSP** |
| | | | | | | |
| **0014** | **General Test Requirements** | | | | **NSP** | **NSP** |
| 0014A | **System Qualification Test** | FPP | EA | | | |
| 0014B | **Operational Test and Evaluation** | FFP | EA | | | |
| 0014C | **First Article Test and Evaluation Unit and Execution** | FFP | EA | | | |
| 0015 | **Technical Data Package** | FFP | Lot | 1 | | |

**OPTION CLINS**

| OPTION CLIN | TITLE | Type | Unit Type | Units | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 0016 | **Field Data Reporting System (FDRS) Reporting (OPTION)** | | | | **TBD** | **TBD** |

**MAINTENANCE OPTION YEAR 1**
**(To begin in the second year of contract)**

| OPTION CLINs | TITLE | Type | Unit Type | Units | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **1011** | **Maintenance (OPTION)** | | | | | |
| 1011A | Preventative Maintenance | FFP | EA | **See B.4.1.** | | |
| 1011B | Corrective Maintenance | FFP | EA | **See B.4.1** | | |
| | | | | | | |
| 1020 | RMA Metrics Startup | | LOT | 1 | NSP | NSP |
| 1030 | Maintainer Training | | EA | | | |

### MAINTENANCE OPTION YEAR 2
#### (To begin in the third year of contract)

| OPTION CLINs | TITLE | Type | Unit Type | Units | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **2011** | **Maintenance (OPTION)** | | | | | |
| 2011A | Preventative Maintenance | FFP | EA | **See B.4.1** | | |
| 2014B | Corrective Maintenance | FFP | EA | **See B.4.1** | | |
| | | | | | | |
| 2020 | RMA Metrics Startup | | LOT | 1 | NSP | NSP |
| 2030 | Maintainer Training | | EA | | | |

### MAINTENANCE OPTION YEAR 3
#### (To begin in the fourth year of contract)

| OPTION CLINs | TITLE | Type | Unit Type | Units | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **3011** | **Maintenance (OPTION)** | | | | | |
| 3011A | Preventative Maintenance | FFP | EA | **See B.4.1** | | |
| 3011B | Corrective Maintenance | FFP | EA | **See B.4.1** | | |
| | | | | | | |
| 3020 | RMA Metrics Startup | | LOT | 1 | NSP | NSP |
| 3030 | Maintainer Training | | EA | | | |

### MAINTENANCE OPTION YEAR 4
#### (To begin in fifth year of contract)

| OPTION CLINs | TITLE | Type | Unit Type | Units | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| **4011** | **Maintenance (OPTION)** | | | | | |
| 4011A | Preventative Maintenance | FFP | EA | **See B.4.1** | | |
| 4011B | Corrective Maintenance | FFP | EA | **See B.4.1** | | |
| | | | | | | |
| 4020 | RMA Metrics Startup | | LOT | 1 | NSP | NSP |
| 4030 | Maintainer Training | | EA | | | |

**B.3    Type of Contract**

This is an Indefinite Delivery/Indefinite Quantity (ID/IQ) contract. The Contracting Officer intends to issue both Firm Fixed Price (FFP) and Time-and-Material (T&M) delivery/task orders to satisfy TSA requirements. Maintenance costs per unit are fixed price. Delivery/Task orders will be issued for all equipment and services orders.

**B.4    Indefinite Quantity Contract – Minimum and Maximum Amount**

During the period of performance of this contract, the Government may provide to the Contractor one or more delivery/task orders. The minimum delivery/task order quantity shall be at least one Reduced Size EDS unit. The maximum ceiling price for all orders established under this contract shall not EXCEED $263,356,000 (excluding T&M orders), unless the contract is modified by the Contracting Officer. The government is not obligated to order more than the minimum stated amount under this contract. The government is not obligated to order all CLIN items.

**B.5    Time and Materials CLINs**

The contractor shall, when so ordered by the Government, provide the necessary management, labor, facilities, materials and supplies to perform the tasks in individual Delivery Orders (D.O.). Each D.O. will be issued pursuant to and within the scope of the Section C, Statement of Work. The contractor on a Time and Material basis shall provide the labor hours for this contract with Fixed Labor Rates. The contractor will be reimbursed for all allowable and allocable costs for Materials and Travel burdened with G&A, if applicable. Each D.O. will identify the task to be accomplished, period of performance, established labor hours by labor mix, and estimated material and travel costs. No profit/fee will be paid on costs for Materials and Travel.

**B.5.1    Engineering Support Services and Material, CLIN 0009**

CLIN 0009 is a time and materials CLIN and will be used in the event that Engineering Services are ordered pursuant to Statement of Work, Section C. Regarding Engineering Support Services, actual and reasonable costs for transportation, lodging, meals and incidental expenses will be reimbursed in accordance with Section H. Profit will not be paid on these costs. Regarding CLIN 0010 Material in Support of Engineering Services, material costs will be reimbursed in accordance with Section H. No profit or fee will be paid on these costs.

**B.5.2    Shipping, CLIN 0011**

CLIN 0011. Delivery Orders will be issued for shipping requirements as necessary. The contractor shall provide the necessary labor, material and services as identified in Delivery Orders. Actual shipping costs will be paid on a cost basis, profit/fee will not be paid on these costs.

**B.5.3    Fully Burdened Direct Labor Rates**

The labor rates proposed are to be fully burdened with Overhead, General and Administrative Costs, Profit/Fee and any appropriate Escalation charges. These rates shall apply for the period commencing with the date the contract is awarded by the Government through September 30, 2008. The rates shall be used when billing the TSA for delivery orders issued during the applicable contract period. The contract shall submit an invoice for only the time of the personnel whose services are applied directly to the work called for in each individual Delivery Order and accepted by the Contracting Officer's Technical Representative. The Government shall pay the Contractor for a Delivery Order at rates in effect in the contract for the contract period when the Delivery Order was issued. The Contractor shall maintain time and labor distribution records for all employees who worked under the contract. These records must document time work and work performed by each individual on all Delivery Orders.

**B.5.4    Rate RE-Determination**

The rates identified herein are not subject to re-determination based upon changes in direct and indirect costs. The Contracting Officer may consider rate changes based upon future changes in the Contractor's rate structure.

**B.6    Fixed Price Delivery Orders**

The contractor, shall, when so ordered by the Government, provide the necessary management, labor, facilities, materials and supplies to perform tasks as stated in individual Delivery Orders (D.O.). Each D.O. will be issued pursuant to and within the scope of the Section C, Statement of Work. The contractor shall provide the service and/or deliverables within the parameters of the Firm Fixed Price Delivery Order.

Any deviations between service delivery and proposed delivery will entitle the Contracting Officer to unilaterally adjust the contract price and/or termination of the contract without liability to the Government for the unperformed portion of the period of performance.

**B.7    Travel on Firm-Fixed Price and Time-and-Material Delivery/Task Orders**

For Engineering Support Services, the Contracting Officer will reimburse non-local travel costs on either a firm-fixed price or time-and-material basis. It is anticipated that most travel will be reimbursed on a time-and-material basis. All travel costs must be in accordance with the Joint Travel Regulations (JTR).

**B.8    Option CLINs**

The Contractor is not authorized to perform the identified Option CLINs until the Contracting Officer exercises the option CLIN(s) and provides an "Official Notice to Proceed" to the Contractor. Exercise of each Option CLIN is the sole, unilateral decision of the Contracting Officer.

**B.8.1    Fixed Price Maintenance Option CLINs 1011, 1020, 1030, 2011, 2020, 2030, 3011, 3020, 3030, 4011, 4020, and 4030 and associated sub-CLINs**

The annual maintenance costs are fixed priced for machines outside of warranty. The annual maintenance costs represent the price to provide 12 full months of maintenance for a deployed, in-service, out-of-warranty machine. The Government and Contractor recognize that the quantity of machines will vary over time. The prices are valid for the identified quantities plus or minus 20%. Any changes outside this range will require negotiation to establish new unit prices.

**B.8.2    CLIN 0015 Fixed Price Technical Data Package**

The contractor shall, when so ordered by the Government, provide the necessary data package as identified in the Section C Statement of Work. **All Technical Data Package contract data deliverables shall be marked as either,** "Approved for public release; distribution is unlimited." or "Distribution is authorized to U.S. Government Agencies and their contractors. Other requests for this document shall be referred to the TSA Office of Acquisition and the TSA Chief Technology Officer."

Any document containing security information as defined in 49 CFR Part 1520 shall contain the following statement:

> "WARNING: This document contains Sensitive Security Information that is controlled under the provisions of 49 CFR 1520. No part of this document may be released to persons without a need to know, as defined in 49 DFR 1520, except with the written permission of the Administrator, Washington, DC. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public availability to be determined under 5 U.S.C. 552."

**B.8.3    CLIN 0016 Field Data Reporting System (FDRS) – Unpriced Option**

The pricing for the Field Data Reporting System will be subject to negotiation.



## SECTION C - DESCRIPTION/SPECIFICATIONS/WORKSTATEMENT



# SECTION D - PACKAGING AND MARKING

**D.1    Packing and Packaging**

All deliverables under this contract shall be preserved and packaged in accordance with ASTM-D-3591, Standard Commercial Practice, to assure delivery at the destination and to prevent deterioration and damage due to shipping, handling, and storage hazards. The contract shall identify any unique storage requirements for units and related equipment.

**D.2    Marking of Deliverables**

In addition to information provided with shipping instructions, all deliverables shall be marked on the outside of the packaging with the following:

    a.    TSA contract number
    b.    Contractor's name and address
    c.    Lists of contents
    d.    Task/Delivery Order Number
    e.    Date of submittal

The Contractor may be required to install TSA furnished inventory bar codes upon completion of the Reduced Size EDS Factory Acceptance Test as specified in delivery/task orders.

**D.3    Marking of Reports**

The Contractor shall mark all reports as follows:

    a.    TSA contract number
    b.    Contract Line Item Number (CLIN)
    c.    Report Title
    d.    Task/Delivery Order Number (if applicable)
    e.    Date
    f.    Distribution
    g.    Document Control Number

**D.4    Contract Data Requirement Markings**

**All contract data deliverables shall be marked as either, "Approved for public release; distribution is unlimited." or "Distribution is authorized to U.S. Government Agencies and their contractors. Other requests for this document shall be referred to the TSA Office of Acquisition and the TSA Chief Technology Officer."**

Any document containing security information as defined in 49 CFR Part 1520 shall contain the following statement:

> "WARNING: This document contains Sensitive Security Information that is controlled under the provisions of 49 CFR 1520. No part of this document may be released to persons without a need to know, as defined in 49 DFR 1520, except with the written permission of the Adminstrator, Washington, DC. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public availability to be determined under 5 U.S.C. 552."

**D.5    Security**

The Contractor shall take all necessary precautions to ensure that all sensitive date developed under this contract are delivered to the Government in a secure manner.  To the extent that Security Equipment must be moved and/or shipped to accomplish the requirement of these Items, the Equipment shall be adequately preserved, package, packed, and marked in accordance with best commercial practices to assure safe delivery at final destination.

The technical and administrative/financial data to be furnished hereunder shall be adequately preserved, packaged, packaged and marked in accordance with best commercial practices to assure safe delivery at final destination.

**D.6    Marking of Shipments**
Shipments shall be marked in accordance with best commercial practices.




D-2

# SECTION E - INSPECTION AND ACCEPTANCE

**E.1**    **Points of Inspection and Acceptance**

E1.1    Supplies and/or services specified for delivery in Part I-Section F, DELIVERY OR PERFORMANCE, of this Contract shall be inspected and accepted at the location specified in Section F.

E.1.2    All deliverables under this Contract shall be subject to review and inspection by the Contracting Officer's QRO, specified in Section G.

E.1.3    Inspection, review and approval of deliverables or associated services prior to final acceptance shall not be construed as assurance of acceptance of the finished product.

E.1.4    Unless otherwise specifically provides in the contract, the Contracting Officer shall be the person authorized to make final Government acceptance of all deliverables called for in the CDRLs and all reviews specified in the SOW. Final acceptance of all deliverables items shall be made, in writing, by the TSA Contracting Officer or designee.

**E.2**    **Assignment of a Quality Assurance Officer (QAO)**    (August 2002)

The following provisions are part of this contact.

(a) The Government's Quality Assurance Officer (QAO) assigned to this contract, and designated as such by the Government, has the authority to verify that the contractor's quality system complies with contract requirements, including the contractor's Quality Assurance Plan (if applicable), to witness tests, and to inspect and accept or reject supplies provided under this contract.

(b) Prior to shipment thereof, the Contractor shall submit to the QAO, for inspection and preliminary acceptance, all supplies which are subject to final Government inspection and acceptance at destination. Preliminary acceptance by the QAO constitutes verification by the Government that supplies comply with all contract requirements which are to be completed prior to shipment, including satisfactory completion of factory tests. Any supplies determined by the QAO to be nonconforming shall be corrected prior to shipment. All other supplies, except those specified to be accepted by the Contracting Officer, shall be submitted to the QAO for final inspection and acceptance prior to shipment. For all supplies subject to preliminary acceptance, final acceptance and passage of title shall occur at destination.

(c) Failure of the Contractor to maintain and operate a Quality System in accordance with the terms of the contract may, based upon a written determination of the QAO (and consistent with the quality system requirements of the contract), be grounds for rejection of affected supplies.

(d) The Contractor shall provide appropriate office space for the QAO and his/her staff for the performance of Government evaluations and administrative functions. The office area shall be secure to accommodate meetings of a sensitive nature. File cabinets and suitable desks, both with locking capabilities, typewriters and chairs, all in good repair, and other miscellaneous office equipment, as required, shall be supplied by the Contractor. The Contractor shall provide secretarial help, as required by the QAO, for typing documents related to the contract. A telephone shall be provided to each desk, with no less than one line per two QAO staff members. The cost of long distance calls placed by the QAO staff will be borne by the Government. The contractor shall provide parking space to the extent available. In the event a change in location of the QAO staff is required, Contractor/QAO coordination will take place in order to facilitate Government planning and implementation of a smooth transition.

(e) Notifications of Readiness for Inspection. Unless otherwise specified in the contract, the contractor shall notify the designated resident QAO in writing within 2 workdays (7 workdays is there is not a resident QUO) of the time:

    (1)  when contractor inspection or tests will be performed in accordance with the conditions of the contract and

    (2)  when the supplies or services performed will be ready for government inspection.

(End of clause)

## E.3    Higher-Level Contract Quality Requirement

3.10.4.13  Higher-Level Contract Quality Requirement      (April 2004)

(a) The Contractor shall comply with the standard titled ANSI/ISO/ASQC Q9002-1994 AMERICAN NAITONAL STANDARD Quality Systems-Model for Quality Assurance in Production, Installation, and Servicing which is hereby incorporated into this contract. (b) The Contractor shall establish and maintain a Quality System in accordance with the above referenced standard(s) and the contractor's Quality System Plan (QSP). This QSP is hereby incorporated into this contract when approved by the Contracting Officer. If the QSP is submitted as part of a response to a RFI/RFP submission and approved before award, then the QSP is hereby incorporated into this contract at time of award. The QSP shall describe the Contractor's provisions for quality assurance, inspection and test of all supplies to be provided under this contract, in accordance with the terms of this contract, including but not limited to the contract specifications and the above referenced standard. (Note; Formal third-party ISO9000 registration is not required. Formal third-party ISO9000 registration does not relieve the contractor from the requirements of submitting a QSP.) (c) In the event of conflict between the Quality System Plan (QSP) and the above referenced standard(s), the applicable standards shall control. (d) Calibration systems and measuring and test equipment shall be controlled in accordance with a nationally recognized standard, such as: ISO 10012 or ANSI/NCSL Z250-1. (e) Government Furnished Property shall be controlled to assure acceptability upon receipt, preclude degradation, damage or misuse during storage, use or test, and assure proper final disposition in accordance with the contract. (f) Site installation activities, maintenance, and support services shall be controlled in accordance with contract requirements. (End of clause)

## E.4    Clauses and Provisions Incorporated by Reference

This contract, as applicable, incorporates by reference the following provisions or clauses with the same full force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at: http://fast.TSA.gov (on this webpage, select "toolsets", then "procurement toolbox").

| | | |
|---|---|---|
| 3.10.4.2 | Inspection of Supplies-Fixed-Price. | (November 1997) |
| 3.10.4.4 | Inspection of Services--Both Fixed-Price & Cost Reimbursement | (April 1996) |
| 3.10.4.5 | Inspection-Time-and-Material and Labor-Hour. | (April 1996) |
| 3.10.4.15 | Certificate of Conformance. | (April 1996) |
| 3.10.4.16 | Responsibility for Supplies. | (April 1996) |
| 3.20.4-1 | Contractors Inspection Requirements | (August 2002) |

## E.5    Additional Clauses (for) Inspection and Acceptance

### E.5.1    Inspection and Acceptance (Factory Acceptance Test (FAT))

Inspection and test associated with government acceptance of systems components and aggregates, including all hardware/equipment, along with all software, firmware, and interface requirements shall be performed by the Contractor at the Contractor's facility and shall be witnessed by the TSA or a TSA Agent.

Government acceptance of systems components and aggregates, including all hardware/equipment, along with all software, firmware and interface requirements consists of satisfactory completion of all factory inspections and tests. Acceptance shall be made at the Contractor's facility by the TSA on Form TSA-256, Inspection Report of Material and/or Services.

**E.5.2    Site Acceptance Testing (SAT)**

The Government shall perform SAT on all systems components and aggregates, including all hardware/equipment, along with all software, firmware and interface requirements under Part I – Section F, Deliveries or Performance of this contract including installation services.  SAT acceptance consists of satisfactory completion of all inspections and tests associated with the delivered items and shall be witnessed by the TSA or a TSA Agent.

**E.6     Deviations and Waivers**



The Government reserves the right to waive any Government inspection.  If Government inspection is waived for a Contract item, the Contractor shall nevertheless perform all of the required tests utilizing the Government approved test procedures and provide to the Government certified test data recorded on forms as approved by the Government.

The QRO has the authority to approve minor deviations and waivers affecting a Contract End Item if so designated by the Contracting Officer.  A minor deviation or waiver is one, which does not adversely affect safety, durability, reliability, performance, interchangeability of parts or assemblies, in any technical or other requirement of the Contract and does not change price or quantity, or affect delivery under the Contract.

# SECTION F - DELIVERIES OR PERFORMANCE

**F.1      Period of Performance**

The ordering period of performance for each CLIN is specified below:

Items 0001, 0002, 0003, 0005, 0006, 0007, 0008, 0014, 0015  and associated SubCLINs – The ordering period for the following CLINs shall be 36 months from date of contract award.  Individual task/delivery orders will identify delivery schedules:

| CLINs | Ordering Period of Performance |
|---|---|
| 0001, 0002, 0003, 0005, 0006, 0007,  0008, 0014, 0015 and associated SubCLINs | 36 months from date of contract award |

Items 0004,  0009, 0010, 0011,0012, 0013 and associated SubCLINs – The ordering period for the following CLINs shall be 60 months from date of contract award   Individual task/delivery orders will identify delivery schedules.   Deliveries or performance of the technical, training and administrative/financial data to be furnished hereunder shall be in accordance Contract Data Requirements List, DD Form 1423.

| CLINs | Ordering Period of Performance |
|---|---|
| 0004, 0009, 0010, 0011, 0012, 0013 and  associated SubCLINs | 60 months from date of contract award |

Option Item 0016 -   Field Data Reporting System (FDRS) Reporting  - The ordering period for CLIN 0015 and 0016 is 60 months from date of contract award.   Individual task/delivery order will identify delivery schedule:

| CLINs | Ordering Period of Performance |
|---|---|
| 0016 | 60 months from date of contract award |

Maintenance Option Items 1011, 1020, 1030, 2011, 2020, 2030, 3011, 3020, 3030, 4011, 4020 , 4030, and associated SubCLINs  -  Maintenance (Preventative Maintenance and Corrective Maintenance)  for the Reduced Sized EDS units delivered under CLIN 0001, 0002, and 0003 will commence  upon completion of SAT as part of the warranty period.   At the conclusion of the warranty period, the Contractor's responsibility for maintenance shall begin commence upon Site Acceptance Testing of each Reduced Size EDS unit delivered under CLIN 0001 and/or CLIN 0002 and/or CLIN 0003 and continue as follows based on the TSA Contracting Officer exercising the Maintenance Option.

| Option Line Items | Period of Performance |
|---|---|
| Maintenance Option Year 1 | |
| 1011, 1011A, 1011B, 1020, 1030 | To begin in second year of the contract |
| | One year after SAT of the first EDS unit |
| Maintenance Option Year 2 | |
| 2011, 2011A, 2011B, 2020, 2030 | To begin in the third year of the contract |
| | Two years after SAT of the first EDS unit |
| Maintenance Option Year 3 | |
| 3011, 3011A, 3011B, 3020, 3030 | To begin in the fourth year of the contract |
| | Three years after SAT of the first EDS unit |
| Maintenance Option Year 4 | |

F-1

| Option Line Items | Period of Performance |
|---|---|
| 4011, 4011A, 4011B, 4020, 4030 | To begin in the fifth year of the contract |
| | Four years after SAT of the first unit |

Relevant Delivery or Performance provisions are included in full text under Section I, Contract Clauses, of this Contract

**F.2    Time and Place of Delivery/Performance**

The delivery schedule for all contract line items (CLINs) shall be specified in individual delivery orders. CLIN delivery schedules shall be consistent with the requirements provided in the following table.

| CLIN | TITLE | Delivery Requirement | FOB |
|---|---|---|---|
| 0001 | Stand Alone Reduced Size EDS with Printer | As specified in Delivery Order | Origin |
| 0002 | Integrated Reduced Size EDS with Printer | | |
| 0003 | Partially Integrated Reduced Size EDS with Printer | | |
| 0004 0004A, 0004B | Meetings | As specified in Section C Statement of Work | Destination and/or Origin |
| 0005, 0005A, 0005B, 0005C, 0005D, 0005E 0005F | Equipment | As specified in Delivery Order | Origin |
| 0006, 0006A, 0006B | Multiplexed Reduced Size EDS | As specified in Delivery Order | Destination |
| 0007, 0007A, 0007B, 0007C, 0007D, 0007E, 0007F | Training | As specified in Delivery Order | Destination and/or Origin |
| 0008, 0008A, 0008B | Conversions of Reduced Size EDS | As specified in Delivery Order | Destination |
| 0009 | Engineering Support Services | As specified in Delivery Order | Destination |
| 0010 | Material in Support of Engineering Support Services | As specified in Delivery Order | Destination |
| 0011 | Shipping | As specified in Delivery Order | N/A |
| 0012 | Contract Data Requirements List | As specified in Section C Statement of Work and CDRL | Destination |
| 0013 | Warranty | As Specified in Section C Statement of Work | Destination |
| 0014, 0014A, 0014B, 0014C | General Test Requirements | As specified in Section C Statement of Work | Origin and/or Destination |
| 0015 | Technical Data Package – | As specified in Section C Statement of Work | Destination |
| 0016 – OPTION | Field Data Reporting System (FDRS) Reporting – OPTION | As specified in Section C Statement of Work | Destination |
| 1011, 2011, 3011, 4011 and SubCLINs - OPTIONS | Maintenance – OPTIONS | As specified in Section C Statement of Work | Destination |

**F.3     Clauses and Provisions Incorporated by Reference**

This contract, as applicable, incorporates by reference the following provisions or clauses with the same full force and effect as if they were given in full text.  Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at:  http://fast.TSA.gov  (on this webpage, select "toolsets", then "procurement toolbox").

| | | |
|---|---|---|
| 3.10.1.11 | **Government Delay of Work** | **(April 1996)** |
| 3.10.1.9 | **Stop-Work Order.** | **(October 1996)** |
| 3.2.2.8.3 | **Delivery of Excess Quantities.** | **(April 1996)** |
| 3.11.29 | **F.O.B. Origin.** | **(April 1999)** |
| 3.11.34 | **F.O.B. Destination.** | **(April 1999)** |
| 3.11.48 | **F.O.B. Destination-Evidence of Shipment.** | **(April 1999)** |

**F.4     Additional Clauses and Provisions**

**F.4.1     F.O.B. Origin, Contractor's Facility  (August 2002)**
(a)  The term "F.O.B. Origin, Contractor's Facility", as used in this clause, mean free of expense to the Government delivered on board the indicated type of conveyance of the carrier (or of the Government, if specified) at the designated facility, on the named street  or highway, in the city, county, and State from which the shipment will be made.

(b)  The Contractor shall –

(1) (i) Pack and mark the shipment to comply with contract specifications; or

   (ii) IN the absence of specifications, prepare the shipment in conformance with carrier requirements to protect the goods and to ensure assessment of the lowest applicable transportation charge;

(2) (i) Order specified carrier equipment when requested by the Government; or (ii) If not specified, order appropriate carrier equipment no in excess of capacity to accommodate the shipment.

(3)  Deliver the shipment in good order and condition to the carrier, and load, stow, trim, block and/or brace carload or truckload shipment (when loaded by the Contractor) on or in the carrier's conveyance as required by carrier rules and regulations;

(4) Be responsible for any loss of and/or damage to the goods—
        (i) Occurring before delivery to the carrier;
        (ii) Resulting from improper packing and marking; or
        (iii) Resulting from improper loading, stowing, trimming, blocking, and/or bracing of the shipment, if loaded by the Contractor on or in the carrier's conveyance;

(5) Complete the Government bill of lading supply by the TSA or, when a Government bill of lading is not supplied, prepare a commercial bill of lading or other transportation receipt.  The bill of lading shall show—
        (i) A description of the shipment in terms of governing freight classification or tariff (or Government rate tender) under which the lowest rates are applicable.
        (ii) The seals affixed to the conveyance with their serial numbers or other identification;
        (iii) Lengths and capacities of cars or trucks ordered and furnished;
        (iv) Other pertinent information required to effect prompt delivery to the consignee, including name, delivery address, postal address and XIP code of consignee, routing, etc, ;
        (v) Special instructions or annotations requested by the government for commercial bills of lading; e.g.,
            (A) "To be converted to a Government bill of lading," or
            (B) "This shipment is the property of, and the freight charges paid to the carrier(s) will be reimbursed by, the Government"; and

(vi) The signature of the carrier's agent and the date the shipment is received by the carrier; and

(6) Distribute the copies of the bill of lading, or other transportation receipts, as directed by the government.

(End of Clause)

### F.4.2   3.2.4-20 Indefinite Quantity

(a)  This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule.  The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b)  Delivery or performance shall be made only as authorized by orders issued in accordance with the "Ordering" clause.  The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the maximum. The Government shall order at least the quantity of supplies or services designated in the Schedule as the minimum.

(c)  Except for any limitations on quantities in the "Order Limitations" clause or in the Schedule, there is no limit on the number of orders that be issued.  The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d)  Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order.  The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after the last delivery date per the last order.

(End of clause)

### F.4.3   3.2.4-16 Ordering

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery order or task orders by the individuals or activities designated in the Schedule.  Such orders may be issued from date of award through the period specified in Section F.

(b)  All delivery orders or task orders are subject to the terms and conditions of this contract.  In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail.  Orders may be issued orally, by facsimile, or by commerce methods only if authorized in the Schedule.

(End of clause)

### F.4.4   Time of Delivery – Indefinite Delivery/Indefinite Quantity

The time of delivery schedule for all contract line items (CLINs) shall be as specified in individual delivery orders and task orders.  However, the Government will not order nor shall the Contractor be required to deliver indefinite delivery/indefinite quantity units in excess of quantities indicated in Section B.  The Government agrees to order the minimum quantity in accordance with Section B.4 in the initial delivery order, concurrent with contract award.

**F.5.5    Place of Delivery/Performance – Non-Data Items**

The place of service delivery or performance shall be specified in the individual task/delivery orders. Delivery of products shall be F.O.B Origin.

**F.4.6    Time and Place of Delivery – Data Items**

Time and place of delivery of all contract data requirements shall be as detailed and/or explained in the applicable Contract Data Requirements List (CDRL). See Section J: Attachments, for further details.

**F.4.7    Notice Regarding Late Delivery**

In the event the Contractor anticipates difficulty in complying with any delivery schedule, the Contractor shall immediately notify the Contracting Officer in writing, giving pertinent details, including the date by which it expects to make delivery. (End of clause)

**F.4.8    Notice of Delay**

If Contractor becomes unable to complete the contract work at the time(s) specified because of technical difficulties, notwithstanding the exercise of good faith and diligent efforts in the performance of the work called for hereunder, the Contractor shall give the Contracting Office written notice of the anticipated delay and the reasons therefore,. Such notice and reasons shall be delivered promptly after the condition creating the anticipated delay become known to the Contractor, but in no event less than forty-five (45) days before the completion date specified in the contract, unless otherwise directed by the Contracting Officer. When the notice is required, the Contracting Office may extend the time specified in the Schedule for the period to be in the best interest of the Government.



## SECTION G - CONTRACT ADMINISTRATION DATA

**G.1      Contract Management**

Notwithstanding the Contractor's responsibility for total management responsibility during the performance of this contract, the administration of the contract will require maximum coordination between the TSA and the Contractor.

The following individuals will be the TSA's points of contact during the performance of the contract:

**G.2      Contract Administration**

**Contracting Officer**

> Ms. Connie Thornton
> Transportation Security Administration
> 701 South 12th Street,
> 10 Floor, Mail Stop T-25
> Arlington, VA  22202
>
> Telephone: 571-227-3880
> e-mail:  Connie.Thornton@dhs.gov

**Contracting Officer's Technical Representative – Production**

> Mr. David Harder
> Transportation Security Administration
> 701 South 12th Street
> 8th Floor, Mail Stop T-16
> Arlington, VA  22202
>
> Telephone: 571-227-1501
> e-mail:  David.Harder@dhs.gov

**Contracting Officer's Technical Representative Alternate – Production**

> Mr. Mark Bernatowicz
> Transportation Security Administration
> 701 South 12th Street
> 8th Floor, Mail Stop T-16
> Arlington, VA  22202
>
> Telephone: 571-227-1623
> e-mail:  Mark.Bernatowicz@dhs.gov

**Contracting Officer's Technical Representative – Maintenance**

> Mr. Ron Pierce
> Transportation Security Administration
> 701 South 12th Street
> 8th Floor, Mail Stop T-16

Arlington, VA  22202

Telephone:    571-227-1452
e-mail:  Ron.Pierce@dhs.gov

**Quality Reliability Officer (QRO)**

To Be Determined
Transportation Security Administration
701 South 12th Street
Arlington, VA  22202

Telephone:
e-mail:

a.  The Contracting Officer has responsibility for ensuring the performance of all necessary actions for effective contracting; ensuring compliance with the terms of the contract and safeguarding the interests of the United States in its contractual relationships.  Accordingly, the Contracting Officer is the only individual who has the authority to enter into, administer, or terminate this contract.  In addition, the Contracting Officer is the only person authorized to approve changes to any of the requirements under this contract, and notwithstanding any provision contained elsewhere in this contract, the said authority remains solely with the Contracting Officer.

b.  The Contracting Officer may designate, in writing, representatives to perform functions required to administer this contract, however, any implied or expressed actions take by these representatives must be within the limits cited with the Contracting Officer's written designations.  If any individual alleges to be a representative of the Contracting Officer and the Contractor has not received a choppy of the document designating that representative, the Contractor shall refrain from acting upon the representative's requirements and immediately contact the Contracting Officer to obtain a copy of the document designating that individual as a representative of the Contracting Officer.

c.  The Contractor shall immediately notify the Contracting Office for clarification when a question arises regarding the authority of any person to act for the Contracting Officer under the contract.

The following individuals will be the Contractor's points of contact during the performance of this contract:

**Program Manager**

**To Be Determined**

**Contracts Manager**

**To Be Determined**

**G.2    Contracting Officer's Authority**

a.  The Contracting Officer has responsibility for ensuring the performance of all necessary actions for effective contracting; ensuring compliance with the terms of the contract and safeguarding the interests of the United State in its contractual relationships.  Accordingly, the Contracting Officer is the only individual who has the authority to enter into, administer, or terminate this contract.  In addition, the Contracting Officer is the only person authorized to approve changes to any of the requirements under this contract, and notwithstanding any provision contained elsewhere is this contract, the said authority remains solely with the Contracting Officer.

b. The Contracting Officer may designate, in writing, representatives to perform functions required to administer this contract, however, any implied or expressed actions taken by these representatives must be within the limits cited within the Contracting Officer's written designations. The Contracting Officer shall provide the Contractor copies of all relevant written designations. If any individual alleges to be a representative of the Contracting Officer and the Contractor ahs not received a copy of the document designating that representative, the Contractor shall refrain from acting upon the representative's requirements and immediately contact the Contracting Officer to obtain a copy of the document designating that individual as a representative of the Contracting Officer.

c. The Contractor shall immediately notify the Contracting Officer for clarification when a question arises regarding the authority of any person to act for the Contracting Officer under the contract.

**G.3    Contracting Officer's Technical Representative (3.10.1-22)**

(a) The Contracting Officer may designate other Government personnel (known as the Contracting Officer's Representative) to act as his or her authorized representative for contract administration functions which do not involve changes to the scope, performance, price, schedule, or terms and conditions of the contract. The designation will be in writing, signed by the Contracting Officer, and will set forth the authorities and limitations of the representative(s) under the contract. The contractor may be required to sign the COR Letter of Appointment to acknowledge the authorities and limitations of the COR assigned to this contract. Such designation will not contain authority to sign contractual documents, order contract changes, modify contract terms, or create any commitment or liability on the part of the Government different from that set forth in the contract.

(b) The Contractor shall immediately contact the Contracting Officer if there is any question regarding the authority of an individual to act as a representative of the Contracting Officer under this contract.

(End of clause)


**G.4    Invoices**

The Transportation Security Administration intends to make payment within 30 days of receipt of a properly prepared invoice submitted to the billing office listed below:

>   United States Coast Guard Finance Center
>   TSA Commercial Invoices
>   P.O. Box 4111
>   Chesapeake, VA 23326-4111
>
>   Customer Service Number:  (800) 564-5504 or (757)-523-6940
>   Or http://www.fincen.uscg.mil/


The Contractor shall submit an original and three copies of all invoices to the designated billing office. TSA approval of the invoices will be based on Contracting Officer and Contracting Officer's Technical Representative review. The Contracting Officer will authorize payment in amounts determined to be allowable, allocable, and reasonable in accordance with the Transportation Security Administration Acquisition Management System (TSA-AMS) clauses, guidelines, memorandums, policies, and regulations.

An invoice must include the following:
>   Name and address of the Contractor;
>   Invoice date and number;
>   Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number)

Description, quantity, unit of measure, unit price and extended price of the items delivered or services performed;

Shipping and payment terms (e.g. shipment number and date of shipment, prompt payment discount terms). Bills of lading number and weight of shipment will be shown for shipments on Government bills of lading;

Name and address of Contract to whom payment is to be sent;

Name (where practicable), title, phone number and mailing address of person to notify in the event of defective invoice.

## G.5    Correspondence Procedures

To promote timely and effective contract administration, correspondence submitted under this contract shall be subject to the following procedures (except for invoices and deliverable items):

a.  All correspondence relative to this contract shall be addressed to the Contracting Officer listed in Section G.1. and shall reference the contract number.    Correspondence of a technical nature shall include an information copy addressed to the Contracting Officer's Technical Representative (COTR), listed in Section G.1.

b.  Mail:  The Contractor shall use discretion in the use of "express" or "overnight" mail.  These premium services should be used sparingly and in situations where the regular U.S. mail system would not be adequate for the timely transfer of technical or contract related documentation.  Use of electronic mail or facsimile (FAX) service is encouraged where appropriate.

## G.6    TSA Internal Reviews of Contractor Performance

Notwithstanding the requirement that price must always be assessed by the Contracting Officer as being reasonable, the TSA places a high value on the Contractor providing a high level of quality support in performing this contract.  This TSA emphasis on the importance of quality performance initiated in awarding this contract will be ongoing throughout the duration of this contract.  Accordingly, the TSA will periodically, as subsequently scheduled by the Contracting Officer, conduct formal internal reviews focused on assessing the quality of the Contractor's performance.  The Contracting Officer will share the summary results of these ongoing reviews with the Contractor as a means of providing ongoing feedback on the TSA's perception of Contractor performance.  Should these reviews disclose a pattern of poor performance, lack of adherence to contractual requirements, negligence or other unfavorable trends, the TSA may terminate or, not exercise options in, this contract.  Additionally, completed TSA internal review reports of Contractor performance will be maintained in the TSA past performance database, which may be used by other Federal, State and local Government personnel in future procurements.

## G.7    Funding

Funding for the individual efforts under this contract shall be cited on the individual delivery and task orders.

## G.8    Travel Costs

a.  Travel shall be reimbursed on a cost plus GNA, no fee basis, subject to Joint Federal Travel Regulations (JFTR) guidelines and any other limitations cited below.

   1.  The Government will reimburse the Contractor, up to amounts allowed by the JFTR, for reasonable travel expenditures, incurred in the performance of this contract.  In maintaining a policy of keeping travel costs 'reasonable' in the performance of this contract, the Contractor agrees to use a cost effective approach and continuously pursue opportunities to lower and contain travel costs using, where practical, group rate arrangements, off-peak travel itineraries and other similar travel cost containment methods. Further, the Contractor agrees to effect procedures to ensure Government reimbursable travel expenditures are only incurred when absolutely necessary.  To assist it in determining reasonable travel

cost objectives, as needed, the Contractor is encouraged to contact the TSA travel office for general guidance. Further, to mitigate the inherently higher rates associated with urgent emergent travel, the Contractor agrees to contact, reasonably in advance, the Contracting Officer for assistance prior to executing such travel, unless documented circumstances clearly indicate such advance contact was not possible.

2. Incurred travel costs, listed below, will be disallowed for Government reimbursement and considered as being expenditures to be absorbed by the Contractor. Included are costs:
   (i) in excess of amounts allowed by the JFTR;
   (ii) within a Government installation, where Government transportation is available;
   (iii) for personal convenience, including daily travel to and from work;
   (iv) in the case of urgent emergent travel, in excess of amounts allowed by the JFTR, due to the Contractor not requesting Contracting Officer assistance reasonably in advance except for justifiable and documented circumstances which prevented such advance contact from being possible; and
   (v) in the replacement of personnel, when such replacement is accomplished for the Contractor's or employee's convenience

In the case of urgent emergent travel, if the Contracting Officer's assistance has been reasonably requested in advance, or if requested as soon as practical after commencement of travel and properly justified and documented, the Contracting Officer may authorize, on a case-by-case basis, reimbursement for amounts in excess of JFTR rates. The Contractor shall implement procedures to minimize urgent emergent travel. Any Contracting Officer decision regarding reimbursement of travel costs in excess of amounts allowed by JFTR, for urgent emergent travel, shall be a unilateral decision, not subject to dispute or any right contained in the contracts disputes clause of this contract.

3. Relocation and travel costs incident to relocation are unallowable as a direct cost to this contract.



# SECTION H - SPECIAL CONTRACT REQUIREMENTS

**List of Section H Clauses:**

| | | |
|---|---|---|
| H.1 | Dissemination of Contractor Information | |
| H.2 | Ethical Behavior | |
| H.3 | Release of Information | |
| H.4 | Notification to Third Parties of Product Capabilities | |
| H.5 | Contractor Non-Compliance with Contract | |
| H.6 | Order of Precedence (August 2002) (3.2.2.3-33) | |
| H.7 | Contract Disputes (May 2003) | |
| H.8 | Escrow Account Requirement | |
| H.9 | Delivery Orders | |
| H.10 | Limitation of Liability | |
| H.11 | Data Rights Transfer | |
| H.12 | Testing Procedures Developed | |
| H.13 | Equipment Nonperformance | |
| H.14 | Total Maintenance Responsibility | |
| H.15 | Awarding Orders Under Multiple Award Contracts | |
| H.16 | Data Reporting for Preventative Maintenance | |
| H.17 | Exercise of Option | |
| H.18 | Payment | |
| H.19 | Warranty | |
| H.20 | Government Audit | |
| H.21 | Incorporation of Representations and Certifications by Reference | |
| H.22 | Incorporation of the Contractor's Proposal | |
| H.23 | Subcontracts | |
| H.24 | Small Business and Subcontracting Plan | |
| H.25 | Key Personnel Requirements | |
| H.26 | Materials and Travel | |

## H.1    Dissemination of Contractor Information

The Contractor shall not publish, permit to be published, or distribute for public consumption any information, oral or written, concerning the results or conclusions made pursuant to the performance of this contract, without the prior written consent of the Contracting Officer. This statement includes seminars, professional society meeting/conferences and meetings with foreign dignitaries both government and from the private sector. Two copies of any material proposed to be published or distributed shall be submitted to the Contracting Officer. The following schedule is established as a guideline when requesting consent (calendar days):

| | |
|---|---|
| Written information | - 15 days |
| Oral information | - 15 days |
| Congressional information | - 10 days |

Any Contractor proposals for perspective work, exclusive of this contract, for which the Contractor may employ information generated in the performance of this contract, the Contractor is required only to notify the Contracting Officer of its intent to submit a proposal. Such notification shall include a brief description of the requirement for which the Contractor is proposing and indicate the Government or business activity to which the proposal is being submitted.

H-1

**H.2     Ethical Behavior**

Notwithstanding the Contractor's obligation to comply with all requirements, terms and conditions contained in this contract, the Contractor is encouraged to conduct an ongoing program to ensure its and subcontractor employees are aware of, understand and practice ethical behavior and conduct themselves in an unbiased and objective manner. Situations may arise where employees of the Contractor or subcontractor may review documentation, participate in discussions, help execute actions or otherwise exert influence on decisions, which could involve competitors. In such situations, involved Contractor or subcontractor employees shall refrain from making any statement or taking action, which could be construed as demonstrating bias against a competitor.

**H.3     Release of Information**

Work performed under this contract may involve access to information, including specification, cost estimates and other sensitive data. Consequently, the Contractor and subcontractor(s) (including individual employees thereof) shall not release or communicate, except as required by law or regulations, such information, including any news release, public announcement, or advertising material concerned with this contract, whether orally or in writing, to any person except:

> (a)  TSA personnel with a "need to know" who have signed a non-disclosure form;
> (b)  Employees of the Contractor with a "need to know", who have signed a non-disclosure form, or
> (c)  Such other person as may be designated in writing by the Contracting Officer and who have signed a non-disclosure form.

Further, no documents, reports, information, etc. related to work under this contract, may be released to the public or provided to any party other than the TSA and its Contractors without review and written approval of the TSA.

The Contractor shall not make publicity releases in connection with this contract unless prior written approval has been obtained from the Contracting Officer.

**H.4     Notification to Third Parties of Product Capabilities**

Due to the Security Sensitive nature of these products and services, including specifications and performance, and this contract with the TSA for these products and services, the Contractor will not release information specific to performance of this contract about the equipment capabilities and performance to third parties or the General Public. TSA agrees and acknowledges without limiting the generality of the foregoing, the Contractor is not to release this information about this product and service to Third Parties or the General Public without the approval and consent of the TSA Contracting Officer.

**H.5     Contractor Non-Compliance with Contract**

(a)    Contractor non-compliance with any requirement, term or condition contained in this contract may result in the TSA:

> (1)  Terminating this contract, in whole or part, for convenience or default;
> (2)  Withholding payments
> (3)  Initiating suspension or debarment action against the Contractor; and
> (4)  Initiating other action, as appropriate.

(b)    In addition to paragraph (a), Contractor non-compliance with any statutory requirement included in this contract, may result in the Contractor and its employees and subcontractors being fined and/or imprisoned, or incurring other sanctions.

**H.6    Order of Precedence (August 2002) (3.2.2.3-33)**

Any inconsistency in this RFI/RFP or contract shall be resolved by giving precedence in the following order:

(a) the Schedule (excluding the specifications);
(b) representations and other instructions;
(c) contract clauses;
(d) other documents, exhibits, and attachments;
(e) the specifications; and
(f) the drawings.

**H.7    Contract Disputes** (May 2003)

(a) All contract disputes arising under or related to this contract shall be resolved through the Transportation Security Administration (TSA) dispute resolution system at the FAA Office of Dispute Resolution for Acquisition (ODRA) and shall be governed by the procedures set forth in 14 C.F.R. Parts 14 and 17, which are hereby incorporated by reference. Judicial review, where available, will be in accordance with 49 U.S.C. 46110 and shall apply only to final agency decisions. A contractor may seek review of a final TSA decision only after its administrative remedies have been exhausted.

(b) The filing of a contract dispute with the ODRA may be accomplished by mail, overnight delivery, hand delivery, or by facsimile. A contract dispute is considered filed on the date it is received by the ODRA.

(c) Contract disputes are to be in writing and shall contain:

(1) The contractor's name, address, telephone and fax numbers and the name, address, telephone and fax numbers of the contractor's legal representative(s) (if any) for the contract dispute;

(2) The contract number and the name of the Contracting Officer;

(3) A detailed chronological statement of the facts and of the legal grounds for the contractor's positions regarding each element or count of the contract dispute (i.e., broken down by individual claim item), citing to relevant contract provisions and documents and attaching copies of those provisions and documents;

(4) All information establishing that the contract dispute was timely filed;

(5) A request for a specific remedy, and if a monetary remedy is requested, a sum certain must be specified and pertinent cost information and documentation (e.g., invoices and cancelled checks) attached, broken down by individual claim item and summarized; and

(6) The signature of a duly authorized representative of the initiating party.

(d) Contract disputes shall be filed at the following address:

Office of Dispute Resolution, AGC-70
Federal Aviation Administration
800 Independence Avenue S.W. Room 323
Washington, DC 20591
Telephone: (202) 267-3290, Facsimile: (202) 267-3720

(2) other address as specified in 14 CFR Part 17.

H-3

(e) A contract dispute against the TSA shall be filed with the ODRA within two (2) years of the accrual of the contract claim involved. A contract dispute by the TSA against a contractor (excluding contract disputes alleging warranty issues, fraud or latent defects) likewise shall be filed within two (2) years after the accrual of the contract claim. If an underlying contract entered into prior to the effective date of this part provides for time limitations for filing of contract disputes with the ODRA which differ from the aforesaid two (2) year period, the limitation periods in the contract shall control over the limitation period of this section. In no event will either party be permitted to file with the ODRA a contract dispute seeking an equitable adjustment or other damages after the contractor has accepted final contract payment, with the exception of TSA claims related to warranty issues, gross mistakes amounting to fraud or latent defects. TSA claims against the contractor based on warranty issues must be filed within the time specified under applicable contract warranty provisions. Any TSA claims against the contractor based on gross mistakes amounting to fraud or latent defects shall be filed with the ODRA within two (2) years of the date on which the TSA knew or should have known of the presence of the fraud or latent defect.

(f) A party shall serve a copy of the contract dispute upon the other party, by means reasonably calculated to be received on the same day as the filing is to be received by the ODRA.

(g) After filing the contract dispute, the contractor should seek informal resolution with the Contracting Officer.

(h) The TSA requires continued performance with respect to contract disputes arising under this contract, in accordance with the provisions of the contract, pending a final TSA decision.

(i) The TSA will pay interest on the amount found due and unpaid from (1) the date the Contracting Officer receives the contract dispute, or (2) the date payment otherwise would be due, if that date is later, until the date of payment. Simple interest on contract disputes shall be paid at the rate fixed by the Secretary of the Treasury that is applicable on the date the Contracting Officer receives the contract dispute and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary until payment is made.

(j) Additional information and guidance about the ODRA dispute resolution process for contract disputes can be found on the ODRA Website at http://www.faa.gov.

(End of clause)

## H.8    Escrow Account Requirement

The TSA has a mandate to acquire and install airport security equipment throughout the country. It is essential that the TSA have the ability to acquire and maintain the systems in the event the Contractor becomes insolvent. Therefore, the Contract shall establish an escrow account to include all necessary software (source code, object code, development environment and documentation), and related product level technical data package for the equipment and its peripheral equipment ordered under this contract. The Contractor shall ensure that the escrow is updated and kept current with any engineering change proposals provided under this contract. The Contractor shall coordinate this effort with the TSA and provide a copy of the account document for TSA review and concurrence.

The account shall include the same information for subcontractors. The escrow account shall only become available in the event the Contractor becomes insolvent.

## H.9    Delivery Orders

(a) The Contracting Officer will issue delivery orders. These delivery orders will be issued in writing and may include a complete Statement of Work to be performed. The Statement of Work will reference this contract and also will identify the delivery schedule and delivery locations for the equipment ordered. Deliveries are expected to commence on schedule in accordance with the order.

(b) If provisioned items are ordered, a Statement of Work will be included with the order. In this instance, the Contractor's response to the Statement of Work shall include the discussion of the technical approach to performing work, estimated number of hours to complete the task, personnel required, equipment required, additional pricing not included in Section B, estimated cost to perform the work based on rates in Section B and estimated performance period and schedule. Delivery orders will be issued after negotiations, if necessary, have been completed and mutual agreement is reached.

(c) The Contractor shall review each delivery order for consistency with the mutual agreement reached between the Government and the Contractor and acknowledge receipt and acceptance of the delivery order within five working days after receipt of the delivery order. If the Contractor cannot accept the delivery order as written, the Contractor shall indicate in its acknowledgment, the changes requested prior to acceptance. Any differences must be resolved between the parties and the order modified to reflect the final delivery order agreement.

(d) Delivery orders become effective when the order is signed (effective date) and extend through the performance period specified on the delivery order.

(e) If the Contractor or the Government determines that specific tasks required by the delivery order cannot be accomplished or it is not in the Government's best interest to continue work on the task, the Government will cancel a portion or all of the delivery order at no additional cost. The Government will provide a 30-day cancellation notification. The Government will negotiate an equitable settlement with the Contractor to pay for the work accomplished prior to the cancellation. This settlement shall not exceed the total fixed price of the delivery order.

d. *Format.* The Contracting Officer will issue Delivery Orders, in writing, to the Contractor, using TSA format (Order for Supplies or Services). Each Delivery order issued shall be in accordance with and subject to all terms and conditions of the contract under which it is issued and shall contain, as a minimum, the following information

    1. A Delivery Order number;
    2. Appropriate TSA points-of-contact;
    3. A period-of-delivery/performance;
    4. A list of deliverables and the delivery schedule;
    5. A description of authorized travel including to and from points, if applicable
    6. A maximum allowable travel amount, as applicable;
    7. A description of any Government-Furnished Information or Property to
      be provided with delivery locations and required delivery dates if applicable;
    8. A delivery order total value;
    9. Applicable appropriation and accounting data; and

## H.10    Limitation of Liability

a. Except as provided elsewhere in this clause/contract, and except to the extent that the Contractor is expressly responsible under this contract for deficiencies in the services required to be performed under it, including any materials furnished in conjunction with those services, the Contractor shall not be liable for loss of or damage to property of the Government that occurs after Government acceptance of services performed under this contract, and results from any defects or deficiencies in the services performed or materials furnished.

b. The limitation of liability shall not apply when a defect or deficiency in, or the Government's acceptance of, services performed or materials furnished results from willful misconduct or lack of good faith on the part of any of the Contractor's managerial personnel. The term Contractor's managerial personnel, as used in this clause, means the Contractor's directors officers, and any of the Contractor's managers, superintendents, or equivalent representatives who have supervision or direction of all or substantially all of the Contractor's business, all or substantially all of the Contractor's operations at any one plant, laboratory, or separate location at which the contract is being performed, or a separate and complete major industrial operation connected with the performance of this contract.

c. If the Contractor carries insurance, or has established a reserve for self-insurance, covering liability for loss or damage suffered by the Government through the Contractor's performance of services or furnishing of materials under this contract, the Contractor shall be liable to the Government, to the extent of such insurance or reserve, for loss of or damage to property of the Government occurring after Government acceptance of, and resulting from any defects and deficiencies in, services performed or materials furnished under this contract.

d. The Contractor shall include this clause, including this paragraph, supplemented as necessary to reflect the relationship of the contracting parties, in all subcontracts over $25,000.

## H.11    DATA RIGHTS TRANSFER

In the event that the Government transfers title to the supplies acquired under this contract to a third party, the license document titled Software License (Attachment J.5) shall apply to the transferee.   Government data rights under this contract are as detailed in Section I clauses 3.5-13, "Rights in Data – General" and 3.5-18 "Commercial Computer Software – Restricted Rights.  No data rights of the Government shall be extinguished via transfer of title of supplies delivered under this contract.  Additionally, the Government shall not be liable for any patent or copyright infringement resulting from such title transfer.

## H.12    TESTING PROCEDURES DEVELOPED

The Government has unlimited rights to the Factory Acceptance Test and Site Acceptance Test Procedures developed under this contract in accordance with TSA AMS clause 3.5. -13 Rights in Data – General.

## H.13    EQUIPMENT NONPERFORMANCE

a.    Definitions
     (1) Nonconformity – nonconformity may include a number of relatively minor defects whose cumulative total adds up to a failure.

     (2) Substantial nonconformity – A substantial nonconformity may include a failure or refusal to repair the goods under the warranty.

b.    If a piece of equipment purchased by the TSA is discovered to have nonconformity, the contractor must propose a fix to the TSA.  At the discretion of the TSA, this fix can be, but is not limited to, a "swap out" with a new piece of equipment or an extended warranty.  The proposed fix must be at no additional cost to the TSA, it's Assignee, or agent.

c.    If a piece of equipment is found to have a substantial nonconformity, the TSA must be compensated as follows:

     1)   If the nonconformity is discovered in year 1 – complete replacement or 100% reimbursement
     2)   If the nonconformity is discovered in year 2 – 66% reimbursement
     3)   If the nonconformity is discovered in year 3 – 33% reimbursement

d.    If the substantial nonconformity is so grievous as to affect the TSA's, Assignee's, or agent's ability to maintain security at the site where the subject equipment is located, the TSA may:

     1)   Suspend all subsequent orders at no cost to the TSA
     2)   Cancel all subsequent orders at no cost to the TSA
     3)   Seek an equitable adjustment for the value of nonconforming equipment
     4)   Seek any remaining common law damages
     5)   Terminate for default

(End of Clause)

## H.14   Total Maintenance Responsibility

(a)      Representation.  The Contractor represents, and the Government has executed this contract in reliance upon such representation, that the Contractor has completely and comprehensively reviewed and analyzed the content of and means of compliance with the Specification and Statement of Work (SOW) for Reduced Size EDS provided herein.  The Contractor further represents, and the Government has executed this contract in reliance upon such representation, that the Contractor has completely and comprehensively reviewed and analyzed the Security Equipment listed in each Line Item as has acquired either directly or through subcontracting or teaming arrangement the expertise necessary to maintain that equipment in the manner required by the SOW.

The Contractor also represents that it has reviewed and is familiar with the R&M requirements for Security Equipment, and has reviewed the specifications for Equipments.

(b)      Acknowledgement.  The Contractor hereby acknowledges that it has no right to assert against the Government, its officers, agents, or employees, any claim or demands with respect to the aforesaid specifications based upon impossibility of performance; defective, inaccurate, unfeasible, insufficient or invalid Security Equipment specifications; or implied warranties of suitability of any such specifications.  Security Equipment specifications shall be deemed to mean subsystem level, unit level, and software specifications.  The Contractor further acknowledges that the Contractor shall not be entitled to any changes to delivery schedules or any other terms or conditions of this contract as a result of changes to Security Equipment specifications which may be necessary to permit achievement of the Operational Availability or other requirements of the Contract.

(c)      Limitation with Regard to Security Equipment.  Such acknowledgements are, however, contingent upon the Security Equipment being in a condition suitable for the intended use.  Suitability for the intended use shall be deemed to mean that, and shall be satisfied if the Security Equipment conforms without waiver or deviation to the terms of its specification or can be caused to do so by the maintenance which is the requirement of this Contract.

(d)      Order of Precedence.  Specifications, Statements of Work, and other documents related to this procurement will be constructed in light of the intended Security application for the Equipment.  The Contractor, in assuming this Contract, has represented that he had adequate expertise in maintaining the Security Equipment in the environments currently in effect at the airports covered by this Contract, and the use for which it is intended.  In the event of an apparent conflict, the order of precedence shall be:

1. Contract Terms or Modifications which, on their face, contain modifications to the Specifications, Statements of Work, or other Requirements for the Maintenance actions,
2. Key Performance Parameters For The End Items,
3. Statement Of Work.

Government approval of any submitted technical approach, specification, design review, or any other representation concerning the method of performance does not constitute a change to the performance requirements.  Such approvals are made only in reliance upon the Contractor's actual or implied representation that the method will be adequate to fulfill all requirements of the contract. If it is later determined that the approved approach will not satisfy the requirements of the contract, it will be the Contractor's responsibility to determine an adequate method, and after approval of such improved method, to implement the change.

## H.15   AWARDING ORDERS UNDER MULTIPLE AWARD CONTRACTS (JUN 2002)

(a) All multiple award contractors shall be provided a fair opportunity to be considered for each order in excess of $2,500 pursuant to the procedures established in this clause, unless the contracting officer determines that:

(1) The agency's need for the services or supplies is of such urgency that providing such opportunity to all such contractors would result in unacceptable delays,

(2) Only one such contractor is capable of providing the services or supplies at the level of quality required because the services or supplies ordered are unique or highly specialized;

(3) The task or delivery order should be issued on a sole source basis in the interest of economy or efficiency because it is a logical follow-on to an order already issued under the contract, provided that all awardees were given a fair opportunity pursuant to the procedures in this clause to be considered for the original order;

(4) It is necessary to place an order to satisfy a minimum guarantee;

(5) It is necessary to place an order based on consideration of similar equipment installed at baggage screening site;

(6) It is necessary to place an order based on consideration of airport requirements (e.g. size, weight, throughput); or

(7) It is necess/ary to place an order based on consideration of life cycle costs.

(b) Unless the procedures in paragraph (a) are used for awarding individual orders, multiple award contractors will be provided a fair opportunity to be considered for each order using the following procedures:

(c) Under the provisions of the Federal Acquisition Streamlining Act of 1994, 10 U.S.C. 2304 (c) (Public Law 103-355), a protest is not authorized in connection with the issuance or proposed issuance of an individual task or delivery order except for a protest on the grounds that the order increases the scope, period, or maximum value of the contract under which the order is issued.

(d) This requirement does not guarantee the contractor issuance of any task order or delivery order above the minimum guarantee(s) stated in paragraph F of this contract.

## H.16    Data Reporting for Preventive? Maintenance

The Contractor has up to six months or one day after installation and SAT from contract award to begin fulfilling the Maintenance Reporting requirements. These requirements will be incorporated in a subsequent contract modification.

## H.17    Exercise of Option

(a)    Supplies or Services to be Furnished – The Contractor hereby grants unilateral options to the Government to procure any or all line item(s) identified as option items in Section B of this solicitation/ contract. The items for which the options are to be exercised shall be delivered

(1) in the quantities specified in the Section B of the schedule;

(2) in full compliance with the descriptions and specifications prescribed for that item in Sections C, D, and E of the Schedule;

(3) in accordance with the delivery schedule set forth for that item in Section F of the Schedule and

(4) at the price for Option Items 0016 through 4030 in Schedule B of this solicitation/contract.

(b)    The Contracting Officer shall have the right to exercise the Government's options at one time or from time to time for the any or all of the items identified below by issuing written, telegraphic notice or e-mail thereof to the Contractor. See Section B.

However, if funding has not been provided to the Contracting Officer by that time, the Contracting Officer may unilaterally extend the Date for Option Exercise until funding is made available. In this event, the Contractor will be entitled to an equitable adjustment if it can demonstrate actual costs caused by the delay. If the delay is beyond the date when performance is to begin, the Contractor will not be required to perform until funding is made available for such performance.

If the Government declines to exercise any individual Option Line Item for a specific annual period, its options for the analogous Item in following period will be deemed to have expired, and will still be available for

unilateral exercise. I.e., if Option Item 2011 is not exercised within the time available for its exercise, then Option Items 3011 and 4011 will still be available for exercise.

(c)    Terms and Conditions - The contractual terms governing each exercised option shall consist of the provisions applicable to that item under the basic contract. However, the Contracting Officer, as part of the option exercise, may add or modify any term or clause as required by regulation, or by Public Law or Executive Order and applicable regulations issued pursuant thereto, on the date of the exercise of the respective option. Any term or condition so added or modified shall apply prospectively only. The prices for the Option Maintenance periods shall be established in accordance with a mathematical formula which will take into account the following factors:

1. Quantity of Fielded Equipment
2. Age of Fielded Equipment
3. Warranty Status of Fielded Equipment
4. Adjustment in actual inflation form 1 January 2006 to the date that performance begins under the individual Item.
5. The average prices of all previous Line Items for maintenance of the same equipment at the same Airport Type.

> Note to Offerors: It is the Offeror's responsibility to propose a formula using the above factors, and reflecting their effect on pricing under their Offer.

## H. 18  PAYMENT

The TSA shall pay the Contractor, upon submission of proper documentation, the prices stipulated in this particular contract, for any and all supplies delivered and accepted, and or any and all services rendered and accepted, less any and all deductions provided for in this contract.   Payment will be made upon receipt of the following documentation but is not limited to: 1) proper invoice(s) (following the proper invoicing procedures); 2) Form TSA-256 (Inspection of Material and /or Services, signed by the proper TSA Quality Representative (and/or designee); and 3) with the **Successful Completion** of the required FAT & SAT(s) in the commercial airport environment set out below.

**CLINS 0001, 0002, 0003:**
TSA will allow the Contractor to bill 50% of the amount of the EDS units order at the time the Delivery Order is issued to the Contractor.

**Factory Acceptance Test:**
TSA will allow the Contractor to bill 40% of the unit at successful completion of the Factory Acceptance Test.

**Site Acceptance Test:**
The Contractor shall be allowed to invoice the remaining 10% of the unit price when the unit successfully completes Site Acceptance Testing or nor later than 120 days from FAT.

**Option Maintenance CLINs 1011, 2011, 3011,  4011:**
Payment to the Contractor will be based on deployed, in-service, out-of-warranty machines. The Contractor shall submit a monthly invoice for 1/12 of the annual unit maintenance price based upon the number of out-of-warranty units in service and the monthly service level. If the mean downtime for units covered by CLINs 1011, 2011, 3011, and 4011 meets the service-level agreement requirements and all required data deliverables are delivered, the Contractor may bill for a full 1/12 of the CLIN price for that month. When service-level agreement requirements are not met or any required data deliverables are not delivered, the Contractor shall only bill for 95% of 1/12 of the CLIN price for that month. The remaining 5% will be held in a retained account over which the CO has unilateral authority.

**Remaining CLINs:**
TSA will allow the Contractor to bill upon delivery or completion of services.


## H.19    WARRANTY:

The Contractor's warranty shall comply with mean downtime requirements defined in paragraph 7.1.6 of this SOW. The Contractor's warranty shall cover the period ending one year from either the date of Site Acceptance Testing or 120 days after Factory Acceptance Testing, whichever is earlier. The Contractor's warranty shall include the performance of preventative and corrective maintenance in accordance with paragraphs 7.1.3 and 7.1.4 of this SOW.


## H.20    GOVERNMENT AUDIT

A Defense Contract Audit Administration (DCAA) audit will be conducted to review the contractor's cost accounting system for cost reimbursable contracts and the contractor's price estimating methodology. The TSA reserves the right to re-open negotiations based on the findings of the government's audit and recommendation of the DCAA.


## H.21    Incorporation of Representations and Certifications by Reference

All representations, certifications and other written statements made by the Contractor in response to Section K of the SIR, incident to award of this contract or modification of this contract, are hereby incorporated by reference into this contract with the same force and effect as if they were given in full text herein.


## H.22    Incorporation of the Contractor's Proposal

The following portions of the Contractor's proposal are incorporated into this Contract and made a part of the Contract Requirements:

1. Section K: Representations and Certifications.
2. The Contractor's Technical Approach,
3. Pricing Proposal and supporting documentation.

The Contractor's Technical Approach has been incorporated as a means of meeting the requirements of the Contract. If it is later determined that the approach will not satisfy the requirements of the contract, it will be the Contractor's responsibility to determine an adequate method, and after approval of such improved method, to implement the change.


## H.23   Subcontracts

The Contractor shall ensure all subcontracts awarded under this contract incorporate all clauses and provisions required by this contract, including applicable Section K "Representations and Certifications". The Contractor shall only invoice for work completed subcontractors and make payments to subcontractors in a manner consistent with or more expeditious than the Government's requirement for prompt payment. If the Contractor fails to comply with this procedure, it will be proceeding at its own risk and may result in this contract subsequently being terminated.

## H.24    SUBCONTRACTING PLAN

SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN.

The Contractor's Small Business and Small Disadvantaged Business Subcontracting Plan will be approved by contract modification, and will be incorporated into and made a part of this contract.  The Small Business and Small Disadvantaged Business Subcontracting Plan must be submitted and approved no later than XXXXX 2005.

The Transportation Security Administration is strongly committed to ensuring that all small business, veteran-owned, small businesses, service disabled veteran-owned small businesses, HUBZone small businesses, small businesses, small disadvantaged businesses and women-owned businesses have maximum opportunities to participate in subcontracting with TSA prime Contractors.  To reinforce this commitment, TSA has established subcontracting goals for contract actions.  Offerors responding to this solicitation shall address in their proposal the manner in which they can achieve an overall small business subcontracting goal of 10% based on contract dollars.

## H.25   Key Personnel Requirements 3.8.2.17  (July 1996)

a) The personnel and/or facilities as specified below are considered essential to the work being performed hereunder and may, with the consent of the contracting parties, be changed from time to time during the course of the contract. (b) Prior to removing, replacing, or diverting any of the specified personnel and/or facilities, the Contractor shall notify in writing, and receive consent from, the Contracting Officer reasonably in advance of the action and shall submit justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on this contract. (c) No diversion shall be made by the Contractor without the written consent of the Contracting Officer. (d) The key personnel and/or facilities under this contract are: _____

_____    _____
_____    _____
_____    [List key personnel and/or facilities] (End of clause)

## H.26    Materials and Travel

Materials and travel shall be reimbursed at cost plus G&A, if applicable and approved by DCAA.  No profit shall be paid on materials and travel.

# SECTION I - CONTRACT CLAUSES

## I.1    Clauses and Provisions Incorporated by Reference

This contract, as applicable, incorporates by reference the following provisions or clauses with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet at: http://fast.TSA.gov (on this web page, select "toolsets", then "procurement toolbox").

| Clause | Clause or Provision Number | Date |
|---|---|---|
| 3.1.8.1 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity. | (September 2000) |
| 3.1.8.2 | Price or Fee Adjustment for Illegal or Improper Activity. | (September 2000) |
| 3.10.1.1 | Notice of Intent to Disallow Costs. | (April 1996) |
| 3.10.1.12 | Changes-Fixed Price. | (April 1996) |
| 3.10.1.14 | Changes-Time-and-Materials or Labor-Hours. | (April 1996) |
| 3.10.1.18 | Notification of Changes. | (April 1996) |
| 3.10.1.2 | Production Progress Reports. | (April 1996) |
| 3.10.1.7 | Bankruptcy. | (April 1996) |
| 3.10.2.1 | Subcontracts (Fixed Price Contracts). | (April 1996) |
| 3.10.2.1.1 | Subcontracts (Fixed Price) (Alternate I) (See Note 1.) | (April 1996) |
| 3.10.2.3 | Subcontracts (Time-and-Materials and Labor-Hour Contracts) | (April 1996) |
| 3.10.2.5 | Competition in Subcontracting. | (January 1998) |
| 3.10.6.1 | Termination for Convenience of the Government (Fixed-Price). | (October 1996) |
| 3.10.6.3 | Termination (Cost-Reimbursement). | (October 1996) |
| 3.10.6.3.4 | Termination (Cost-Reimbursement) (Alternate IV) | (October 1996) |
| 3.10.6.4 | Default (Fixed-Price Supply and Service). | (October 1996) |
| 3.10.6.7 | Excusable Delays | (October 1996) |
| 3.10.9.1 | First Article Approval-Contractor Testing | (July 2003) |
| 3.10.9.1.1 | First Article Approval-Contractor Testing (Alternate I) | (July 2003) |
| 3.10.9.1.2 | First Article Approval-Contractor Testing (Alternate II) | (July 2003) |
| 3.10.9.2 | First Article Approval-Government Testing. | (July 2003) |
| 3.10.9.2.1 | First Article Approval-Government Testing (Alternate I) | (July 2003) |
| 3.10.9.2.2 | First Article Approval-Government Testing (Alternate II) | (July 2003) |
| 3.11.62 | Preference for Privately Owned U.S.-Flag Commercial Vessels. | (April 1999) |
| 3.13.3 | Printed or Copied Double-Sided on Recycled Paper. | (April 1996) |
| 3.2.2.3.25 | Reducing the Price of a Contract or Modification for Defective Cost or Pricing Data | (July 2004) |
| 3.2.2.3.27 | Subcontractor Cost or Pricing Data. | (July 2004) |
| 3.2.2.3.28 | Subcontractor Cost or Pricing Data-Modifications. | (July 2004) |
| 3.2.2.3.29 | Integrity of Unit Prices. | (July 2003) |
| 3.2.2.3.30 | Termination of Defined Benefit Pension Plans | (July 2004) |
| 3.2.2.3.32 | Waiver of Facilities Capital Cost of Money. | (July 2004) |
| 3.2.2.3.33 | Order of Precedence | (July 2004) |
| 3.2.2.3.39 | Requirements for Cost or Pricing Data or Other Information –Modifications | (July 2004) |
| 3.2.2.3.8 | Audit and Records-Sealed Bidding. | (July 2004) |
| 3.2.2.7.6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. | (April 1996) |
| 3.2.2.8.1 | New Material. | (October 1996) |
| 3.2.3.2 | Cost Accounting Standards. | (April 1996) |
| 3.2.3.3 | Disclosure and Consistency of Cost Accounting Practices. | (April 1996) |
| 3.2.3.5 | Administration of Cost Accounting Standards. | (April 1996) |

| 3.2.4.16 | Ordering. | (October 1996) |
|---|---|---|
| 3.2.4.16.1 | Ordering (Alternate I) | (October 1996) |
| 3.2.4.17 | Order Limitations. | (October 1996) |
| 3.2.4.19 | Requirements. | (October 1996) |
| 3.2.4.19.1 | Requirements (Alternate I) | (October 1996) |
| 3.2.4.20 | Indefinite Quantity | (July 1996) |
| 3.2.4.33 | Option for Increased Quantity-Separately Priced Line Item. | (April 1996) |
| 3.2.4.34 | Option to Extend Services. | (April 1996) |
| 3.2.4.35 | Option to Extend the Term of the Contract. | (April 1996) |
| 3.2.4.4 | Fixed-Price Contracts with Economic Price Adjustment-Labor and Material | (April 1996) |
| 3.2.5.3 | Gratuities or Gifts. | (January 1999) |
| 3.2.5.4 | Contingent Fees. | (October 1996) |
| 3.2.5.5 | Anti-Kickback Procedures. | (October 1996) |
| 3.2.5.6 | Restrictions on Subcontractor Sales to the TSA. | (April 1996) |
| 3.3.1.1 | Payments. | (April 1996) |
| 3.3.1.15 | Assignment of Claims. | (April 1996) |
| 3.3.1.17 | Prompt Payment. | (January 2003) |
| 3.3.1.25 | Mandatory Information for Electronic Funds Transfer (EFT) Payment - Central Contractor Registration (CCR) | (June 2001) |
| 3.3.1.5 | Payments under Time-and-Materials and Labor-Hour Contracts. | (April 2001) |
| 3.3.1.6 | Discounts for Prompt Payment. | (April 1996) |
| 3.3.1.7 | Limitation on Withholding of Payments. | (April 1996) |
| 3.3.1.8 | Extras. | (April 1996) |
| 3.4.2.6 | Taxes-Contracts Performed in U.S. Possessions or Puerto Rico. | (October 1996) |
| 3.4.2.8 | Federal, State, and Local Taxes -- Fixed Price Contract | (April 1996) |
| 3.5.1 | Authorization and Consent. | (April 1996) |
| 3.5.13 | Rights in Data-General. | (October 1996) |
| 3.5.13.1 | Rights in Data-General (Alternate I) | (October 1996) |
| 3.5.13.2 | Rights in Data-General (Alternate II) | (October 1996) |
| 3.5.13.3 | Rights in Data-General (Alternate III) | (October 1996) |
| 3.5.13.4 | Rights in Data-General (Alternate IV) | (October 1996) |
| 3.5.13.5 | Rights in Data-General (Alternate V) | (October 1996) |
| 3.5.18 | Commercial Computer Software-Restricted Rights. | (October 1996) |
| 3.5.2 | Notice and Assistance Regarding Patent and Copyright Infringement. | (October 1996) |
| 3.5.20 | Technical Data Certification, Revision, and Withholding of Payment-Major Systems. | (October 1996) |
| 3.6.1.3 | Utilization of Small Business Concerns. | (September 2001) |
| 3.6.1.4 | Small, Small Disadvantaged, Women-Owned and Service-Disabled Veteran Owned Small Business Subcontracting Plan | (September 2001) |
| 3.6.1.6 | Liquidated Damages-Subcontracting Plan. | (September 2001) |
| 3.6.1.7 | Limitations on Subcontracting. | (August 1997) |
| 3.6.2.1 | Contract Work Hours and Safety Standards Act-Overtime Compensation. | (September 2003) |
| 3.6.2.12 | Affirmative Action for Special Disabled and Vietnam Era Veterans | (January 1998) |
| 3.6.2.13 | Affirmative Action for Workers with Disabilities. | (April 2000) |
| 3.6.2.14 | Employment Reports on  Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans. | (January 1998) |
| 3.6.2.16 | Notice to the Government of Labor Disputes. | (April 1996) |
| 3.6.2.17 | Payment for Overtime Premiums. | (April 1996) |
| 3.6.2.2 | Convict Labor. | (April 1996) |
| 3.6.2.28 | Service Contract Act of 1965, As Amended. | (April 1996) |
| 3.6.2.30 | Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts). | (April 1996) |
| 3.6.2.4 | Walsh-Healey Public Contracts Act. | (April 1996) |
| 3.6.2.5 | Prohibition of Segregated Facilities. | (April 1996) |

| 3.6.2.9 | Equal Opportunity. | (August 1998) |
| 3.6.3.11 | Toxic Chemical Release Reporting. | (April 1998) |
| 3.6.3.16 | Drug-Free Workplace. | (January 2004) |
| 3.6.3.3 | Hazardous Material Identification and Material Safety Data. | (April 1996) |
| 3.6.3.9 | Refrigeration Equipment and Air Conditioners. | (August 1998) |
| 3.6.4.10 | Restrictions on Certain Foreign Purchases. | (April 1996) |
| 3.6.4.2 | Buy American Act-Supplies. | (July 1996) |
| 3.9.1.1 | Contract Disputes. | (November 2002) |
| 3.9.1.2 | Protest After Award. | (August 1997) |

## I.2    Clauses Provided in Full Text

1.13.4    Cost/Schedule Status Report (July 2003)
(a)The Contractor shall use management procedures in the performance of this contract that provide for- (1) Planning and control of costs; (2) Measurement of performance (value for completed tasks); and (3) Generation of timely and reliable information for the cost/schedule status report (C/SSR). (b) At a minimum, these procedures must provide for-- (1) Establishing the time-phased budgeted cost of work scheduled (including work authorization, budgeting, and scheduling), the budgeted cost for work performed, the actual cost of work performed, the budget at completion, the estimate at completion, and provisions for subcontractor performance measurement and reporting; (2) Applying all direct and indirect costs and provisions for use and control of management reserve and undistributed budget. (3) Incorporating changes to the contract budget base for both Government directed changes and internal re-planning. (4) Establishing constraints that preclude subjective adjustments to data to ensure performance measurement remains realistic. Unless the Contracting Officer provides prior written approval, in no case shall the total allocated budget exceed the contract budget base. For cost-reimbursement contracts, the contract budget base shall exclude changes for cost growth increases, other than for authorized changes to the contract scope; and (5) Establishing the capability to accurately identify and explain significant cost and schedule variances, both on a cumulative basis and projected at completion basis. (c) The Contractor may use a cost/schedule control system that has been recognized by a TSA contracting officer (CO) or by a CO from another federal agency as complying with the 32 EVMS criteria from the American National Standards Institute (ANSI)/Electronic Industries Alliance (EIA) Standard – 748-1998, Earned Value Management Systems. (d) The TSA may require an integrated baseline review within 180 calendar days after (1) contract award, (2) the exercise of significant contract options, or (3) the incorporation of major modifications. The purpose of the integrated baseline review is for the TSA and the Contractor to jointly evaluate the adequacy of the Contractor's planning efforts in meeting baseline goals in areas such as the complete coverage of the statement of work, logical scheduling of the work activities, adequate allocation of resources, and risk management. The Contractor shall provide necessary documents and data that describe the methods of planning, control and data generation in actual operation to satisfy the requirement of paragraph (a) of this clause. (e) The Contractor shall provide access to all pertinent records, company procedures, and data requested by the CO, or authorized representative, to -- (1) Show proper implementation of the procedures generating the cost and schedule information being used to satisfy the C/SSR contractual data requirements to the Government; and (2) Ensure continuing application of the accepted company procedures in satisfying the C/SSR data item. (f) The Contractor shall submit any substantive changes to the procedures and their impact to the CO for review. (g) The Contractor shall require a subcontractor to furnish a C/SSR in each case where the subcontractor will perform critical or significant tasks related to the prime contract. The TSA and the prime Contractor shall mutually identify which subcontracts are critical or significant to the achievement of baseline goals, and each identified subcontractor's reported cost and schedule information shall be incorporated in the Contractor's C/SSR. (h) The Contractor shall submit a C/SSR report prepared in accordance with [Contracting Officer to insert information to describe reporting requirements] by [Contracting Officer to insert due date]. (End of clause)

1.13.5    Contractor Quality Control (July 2003)

The Contractor shall operate a comprehensive quality control program, which will assure services will be performed to contract specifications. The quality control program shall identify performance problems and potential problems and seek to eliminate these problems prior to their having an impact on the contract. The Contractor shall establish and maintain a complete Quality Control Plan (QCP) to ensure the requirements of the contract are provided as specified. One copy of the Contractor's final QCP shall be provided to the Contracting Officer and one copy to the Contracting Officer's Representative (COR) not later than the post-award conference. The Contractor shall provide a complete copy to the Contracting Officer and COR as any updates/changes occur. The Contractor shall retain copies of all documents/records generated in the quality control process for at least one year after expiration of the contract and shall present them to the Contracting Officer or COR upon request. At a minimum, the plan shall: (a) Provide the Contractor's organizational structure and functional statements showing the relationship with work items in contract; (b) Detail a quality control inspection program covering all general and specific tasks included in SOW. It shall specify tasks or areas to be inspected on either a scheduled or unscheduled basis, and the manner in which inspections are to be conducted. (c) Detail method/s of identifying deficiencies before performance becomes unacceptable in accordance with this Performance Work Statement; (d) Detail how Contractor personnel will be trained; (e) Detail how survey administration will be tracked and maintained; (f) Review services to be examined for quality; (g) Specify forms to be used. The Contractor shall maintain a quality control file of all inspections, to include corrective actions taken. The file shall be available in electronic (Microsoft Word or other format that the government can use without incurrence of additional expense) and paper format. The file shall be subject to Government Review at the Government's discretion by the Contracting Officer, COR or other Government official appointed by the Contracting Officer. The Contractor shall provide status reports on the quality or progress towards delivering quality items on a _____ (input monthly, bi-weekly, quarterly etc...) basis. Reporting frequency may be adjusted by the Contracting Officer or COR based upon his/her confidence in the Contractor's performance level of accomplishing the required tasks. The Contractor shall provide status reports via the method (e.g., electronic or paper) requested by the Project Manager. (End of clause.)

3.1.1    Clauses and Provisions Incorporated by Reference. (September 2002)

This RFI/RFP or contract, as applicable, incorporates by reference one or more provisions or clauses listed below with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make the full text available, or offerors and contractors may obtain the full text via Internet http://www.tsa.dot.gov/business_opp/business_opp_index.htm

3.1.7.2    Organizational Conflicts of Interest  (August 1997)

(a) By submitting and offer or proposal the offeror or Contractor warrants that, to the best of the Contractor's knowledge and belief, there are no relevant facts or circumstances which could give rise to an organizational conflict of interest (OCI), as defined in the TSA Acquisition Management System, "Organizational Conflicts of Interest", or that the Contractor has disclosed all such relevant information. (b) The offeror or Contractor agrees that if an actual or potential OCI is discovered after award, the Contractor shall make a full disclosure in writing to the Contracting Officer. The disclosure shall include a mitigation plan describing actions the Contractor has taken or proposes to take, to avoid, mitigate, or neutralize the actual or potential conflict. Changes in the Contractor's relationships due to mergers, consolidations or any unanticipated circumstances may create an unacceptable organizational conflict of interest might necessitate such disclosure. (c) The TSA reserves the right to review and audit OCI mitigation plans as needed after award, and to reject mitigation plans if the OCI, in the judgment of the Contracting Officer cannot be avoided, or mitigated. (d) The Contracting Officer may terminate this contract for convenience in whole or in part, if it deems such termination necessary to avoid an OCI. If the Contractor was aware of a potential OCI prior to award or discovered an actual or potential conflict after award and did not disclose or misrepresented relevant information to the Contracting Officer, the Government may terminate this contract for default, debar the Contractor from government contracting, or pursue such other remedies as may be permitted by law or this contract. (e) The Contractor further agrees to insert provisions which shall conform substantial to the language

of this clause including this paragraph (d) in any subcontract or consultant agreement hereunder. (End of clause)

### 3.10.1.24  Notice of Delay  (November 1997)

If the Contractor becomes unable to complete the contract work at the time(s) specified because of technical difficulties, notwithstanding the exercise of good faith and diligent efforts in the performance of the work called for hereunder, the Contractor shall give the Contracting Officer written notice of the anticipated delay and the reasons therefore. Such notice and reasons shall be delivered promptly after the condition creating the anticipated delay becomes known to the Contractor, but in no event less than forty-five (45) days before the completion date specified in this contract, unless otherwise directed by the Contracting Officer. When the notice is required, the Contracting Officer may extend the time specified in the Schedule for the period determined in the best interest of the Government. (End of clause)

### 3.10.2.6  Subcontracts for Commercial Items.  (April 1997)

I. Definition. (a) "Commercial item," as used in this clause, means: (1) Any item, other than real property, that is of a type customarily used for nongovernmental purposes and that- (i) Has been sold, leased, or licensed to the general public; or (ii) Has been offered for sale, lease, or license to the general public; (2) Any item that evolved from an item described in paragraph I(a)(1) of this clause through advances in technology or performance and that is not yet available in the commercial marketplace, but will be available in the commercial marketplace in time to satisfy the delivery requirements under a pending Government contract; (3) Any item that would satisfy a criterion expressed in paragraphs I(a)(1) or (a)(2) of this clause, but for- (i) Modifications of a type customarily available in the commercial marketplace; or (ii) 'Minor' modifications of a type not customarily available in the commercial marketplace made to meet Federal Government requirements. 'Minor' modifications means modifications that do not significantly alter the nongovernmental function or essential physical characteristics of an item or component, or change the purpose of a process. Factors to be considered in determining whether a modification is minor include the value and size of the modification and the comparative value and size of the final product. Dollar values and percentages may be used as guideposts, but are not conclusive evidence that a modification is minor. (4) Any combination of items meeting the requirements of paragraphs I(a)(1), (2), (3), or (5) of this clause that are of a type customarily combined and sold in combination to the general public; (5) Installation services, maintenance, services, repair services, training services, and other services if such services are procured for support of an item referred to in paragraphs I(a)(1), (2), (3), or (4) of this clause, and if the source of such services-- (i) Offers such services to the general public and the Federal Government contemporaneously and under similar terms and conditions; and (ii) Offers to use the same work force for providing the Federal Government with such services as the source uses for providing such services to the general public; (6) Services of a type offered and sold competitively in substantial quantities in the commercial marketplace based on established catalog or market prices for specific tasks performed, under standard commercial terms and conditions. This does not include services that are sold based on hourly rates without an established catalog or market price for a specific service performed; (7) Any item, combination of items, or service referred to in subparagraphs I(a)(1) through (a)(6), notwithstanding the fact that the item, combination of items, or service is transferred between or among separate divisions, subsidiaries, or affiliates of a Contractor; or (8) A non-developmental item, if the procuring agency determines the item was developed exclusively at private expense and sold in substantial quantities, on a competitive basis, to multiple State and local Governments. (b) "Subcontract," as used in this clause, includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier. II. To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or non-developmental items as components of items to be supplied under this contract. III. Notwithstanding any other clause of this contract, the Contractor is not required to include any TSA Acquisition Management System provision or clause, other than those listed below to the extent they are applicable and as may be required to establish the reasonableness of prices, in a subcontract at any tier for commercial items or commercial components: (a) Equal Opportunity (E.O. 11246); (2) Affirmative Action for Special Disabled and Vietnam Era Veterans (38 U.S.C. 4212(a)); (b)

Affirmative Action for Handicapped Workers (29 U.S.C. 793); and (c) Preference for Privately Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996). IV. The Contractor shall include the terms of this clause, including this paragraph IV, in subcontracts awarded under this contract. (End of clause)

3.10.3.1    Definitions - Government Property  (December 1997)

(a) Accessory item - an item that facilitates or enhances the operation of plant equipment but which is not essential for its operation. (b) Agency-peculiar property - Government-owned personal property that is peculiar to the mission of an agency (e.g., military or space property). It excludes Government material, special test equipment, special tooling, and facilities. (c) Auxiliary item - an item without which the basic unit of plant equipment cannot operate. (d) Common item - material that is common to the applicable Government contract and the Contractor's other work. (e) Contractor-acquired property (CAP) - property acquired or otherwise provided by the Contractor for performing a contract and to which the Government has title. (f) Contractor inventory - (1) Any property acquired by and in the possession of a Contractor or subcontractor under a contract for which title is vested in the Government and which exceeds the amounts needed to complete full performance under the entire contract; (2) Any property that the Government is obligated or has the option to take over under any type of contract as a result either of any changes in the specifications or plans thereunder or of the termination of the contract (or subcontract thereunder) before completion of the work, for the convenience or at the option of the Government; and (3) Government-furnished property that exceeds the amounts needed to complete full performance under the entire contract. (g) Custodial records - written memoranda of any kind, such as requisitions, issue hand receipts, tool checks, and stock record books, used to control items issued from tool cribs, tool rooms, and stockrooms. (h) Discrepancies incident to shipment - all deficiencies incident to shipment of Government property to or from a Contractor's facility whereby differences exist between the property purported to have been shipped and property actually received. Such deficiencies include loss, damage, destruction, improper status and condition coding, errors in identity or classification, and improper consignment. (i) Facilities - when used in other than a facilities contract, means property used for production, maintenance, research, development, or testing. It includes plant equipment and real property. It does not include material, special test equipment, special tooling, or agency-peculiar property. (j) Facilities contract - a contract under which Government facilities are provided to a Contractor or subcontractor by the Government for use in connection with performing one or more related contracts for supplies or services. A "related contract" as used in this clause, means a Government contract or subcontract for supplies or services under which the use of the facilities is or may be authorized. It is used occasionally to provide special tooling or special test equipment. Facilities contracts may take any of the following forms: (1) Facilities acquisition contract providing for the acquisition, construction, and installation of facilities. (2) Facilities use contract providing for the use, maintenance, accountability, and disposition of facilities. (3) A consolidated facilities contract, which is a combination of facilities acquisition and a facilities use contract. (k) Government-furnished property (GFP) - property in the possession of, or directly acquired by, the Government and subsequently made available to the Contractor. (l) Government production and research property - Government-owned facilities, Government owned special test equipment, and special Blank Sidetooling to which the Government has title or the right to acquire title. (m) Government property - all property owned by or leased to the Government or acquired by the Government under the terms of the contract. It includes both Government-furnished property and Contractor-acquired property as defined in this section. (n) Individual item record - a separate card, form, document or specific line(s) of computer data used to account for one item of property. (o) Line item - a single line entry on a reporting form that indicates a quantity of property having the same description and condition code from any one contract at any one reporting location. (p) Material - property that may be incorporated into or attached to a deliverable end item or that may be consumed or expended in performing a contract. It includes assemblies, components, parts, raw and processed materials, and small tools and supplies that may be consumed in normal use in performing a contract. (q) Nonprofit organization - any corporation, foundation, trust, or institution operated for scientific, educational, or medical purposes, not organized for profit, and no part of the net earnings of which inures to the benefit of any private shareholder or individual. (r) Nonseverable - when related to Government production and research property, means property that cannot be removed after erection or installation without substantial loss of value or damage to the

property or to the premises where installed. (s) Personal property - property of any kind or interest in it, except real property, records of the Federal Government, and naval vessels of the following categories: battleships, cruisers, aircraft carriers, destroyers, and submarines. (t) Plant clearance - all actions relating to the screening, redistribution, and disposal of Contractor inventory from a Contractor's plant or work site. The term 'Contractor's plant' includes a Contractor-operated Government facility. (u) Plant clearance officer - an authorized representative of the Contracting Officer assigned responsibility for plant clearance. (v) Plant clearance period - the period beginning on the effective date of contract completion or termination and ending 90 days (or such longer period as may be agreed to) after receipt by the Contracting Officer of acceptable inventory schedules for each property classification. The final phase of the plant clearance period means that period after receipt of acceptable inventory schedules. (w) Plant equipment - personal property of a capital nature (including equipment, machine tools, test equipment, furniture, vehicles, and accessory and auxiliary items) for use in manufacturing supplies, in performing services, or for any administrative or general plant purpose. It does not include special tooling or special test equipment. (x) Precious metals - uncommon and highly valuable metals characterized by their superior resistance to corrosion and oxidation. Included are silver, gold, and the platinum group metals-platinum, palladium, iridium, osmium, rhodium, and ruthenium. (y) Property - all property, both real and personal. It includes facilities, material, special tooling, special test equipment, and agency-peculiar property. (z) Property Administrator (PA) - an authorized representative of Contracting Officer assigned to administer the contract requirements and obligations relating to Government property. (aa) Public body - any State, Territory, or possession of the United States, any political subdivision thereof, the District of Columbia, the Commonwealth of Puerto Rico, any agency or instrumentality of any of the foregoing, any Indian tribe, or any agency of the Federal Government. (bb) Real property - land and rights in land, ground improvements, utility distribution systems, and buildings and other structures. It does not include foundations and other work necessary for installing special tooling, special test equipment, or plant equipment. (cc) Reportable property - Contractor inventory that must be reported for screening in accordance with this subpart before disposition as surplus, to a separate contract or to a special contract requirement governing their use or disposition. (dd) Reporting activity - the Government activity that initiates the Standard Form 120, Report of Excess Personal Property (or when acceptable to GSA, by data processing output). (ee) Salvage - property that because of its worn, damaged, deteriorated, or incomplete condition or specialized nature, has no reasonable prospect of sale or use as serviceable property without major repairs, but has some value in excess of its scrap value. (ff) Scrap - personal property that has no value except for its basic material content. (gg) Screening completion date - the date on which all screening required by this subpart is to be completed. It includes screening within the Government and the donation screening period. (hh) Serviceable or usable property - property that has a reasonable prospect of use or sale either in its existing form or after minor repairs or alterations. (ii) Special test equipment - either single or multipurpose integrated test units engineered, designed, fabricated, or modified to accomplish special purpose testing in performing a contract. It consists of items or assemblies of equipment including standard or general purpose items or components that are interconnected and interdependent so as to become a new functional entity for special testing purposes. It does not include material, special tooling, facilities (except foundations and similar improvements necessary for installing special test equipment), and plant equipment items used for general plant testing purposes. (jj) Special tooling - jigs, dies, fixtures, molds, patterns, taps, gauges, other equipment and manufacturing aids, all components of these items, and replacement of these items, which are of such a specialized nature that without substantial modification or alteration their use is limited to the development or production of particular supplies or parts thereof or to the performance of particular services. It does not include material, special test equipment, facilities (except foundations and similar improvements necessary for installing special tooling), general or special machine tools, or similar capital items. (kk) Stock record - perpetual inventory record which shows by nomenclature the quantities of each item received and issued and the balance on hand. (ll) Summary Record - a separate card, form, document or specific line(s) of computer data used to account for multiple quantities of a line item of special tooling, special test equipment, or plant equipment costing less than $5,000 per unit. (mm) Surplus property - Contractor inventory not required by any Federal agency. (nn) Surplus release date (SRD) - the date on which screening of personal property for Federal use is completed and the property is not needed for any Federal use. On that date, property becomes surplus and is eligible for donation. (oo) Termination

inventory - any property purchased, supplied, manufactured, furnished, or otherwise acquired for the performance of a contract subsequently terminated and properly allocable to the terminated portion of the contract. It includes Government-furnished property. It does not include any facilities, material, special test equipment, or special tooling that are subject to a separate contract or to a special contract requirement governing their use or disposition. (pp) Utility distribution system - includes distribution and transmission lines, substations, or installed equipment forming an integral part of the system by which gas, water, steam, electricity, sewerage, or other utility services are transmitted between the outside building or structure in which the services are used and the point of origin, disposal, or connection with some other system. It does not include communication services. (qq) Work-in-process - material that has been released to manufacturing, engineering, design or other services under the contract and includes undelivered manufactured parts, assemblies, and products, either complete or incomplete. (End of clause)

3.10.4.25  Alternate Quality System Plan (June 1999)
Offerors may submit alternate quality system plan proposals that depart from the stated quality assurance requirements. These alternate proposals shall be submitted in addition to the proposal that satisfies the stated quality assurance requirements in the RFI/RFP. The offeror, in its submission of the alternate proposal that departs from the stated requirements, shall clearly identify why the acceptance of the alternate proposal would be advantageous to the Government. Any deviations from the terms and conditions of the RFI/RFP, as well as the comparative advantage to the Government, shall be clearly identified and explicitly defined. The Government is not liable for the alternate proposal preparation costs or any delay in acting upon any proposal. The decision of the Contracting Officer as to acceptance of the alternate proposal is final. The offeror shall submit as a minimum the following information to support the alternate proposal: (a) A description of the difference between the primary and the alternate proposal, and the comparative advantages and disadvantages of each; (b) Itemized requirements of the RFI/RFP which must be changed if the alternate proposal is adopted, and the proposed revision to the resulting contract for each change; (c) An estimate of the changes in performance, schedule, and cost, if any, that will result from adoption of the alternate proposal; (d) A reasonable method for sharing in the proposed savings, if any, between the Government and the offeror, if the proposed change would result in the reduced overall lifecycle costs. (End of provision)

3.10.5.1    (April 1996) Product Improvement/ Technology Enhancement (a) At any time during the performance of a contract, a Contractor may submit, or the TSA may solicit, product improvement or technology enhancement proposals for TSA review. Contractors are encouraged to discuss product improvement or technology enhancement ideas with the TSA prior to preparing and submitting a formal proposal. These proposals should suggest methods for performing more economically and/or methods for incorporating emerging technology. Changes may be proposed to save money, to improve performance or reliability, to save energy or space, to satisfy increased data processing requirements, to incorporate technological advances in software, or for other technical or business reasons that the Contractor believes may be advantageous to the TSA. Discontinuance of equipment is subject to negotiations and to the TSA's written approval prior to the introduction of a substitute product. (b) The Government is not liable for product improvement or technology enhancement proposal preparation costs or any delay in acting upon any proposal. The Contractor has the right to withdraw, in whole or in part, any proposal not accepted by the TSA within the period specified in the proposal. The decision of the Contracting Officer as to the acceptance or rejection of a proposed change is final and not subject to dispute. Proposals will be valid for a reasonable period of time but not less than 30 days. (c) The TSA may approve any proposed change, in whole or in part, and, if approved, the change will be incorporated into the contract by mutual agreement. The contract modification will include an equitable adjustment for the resultant costs or savings, if any, and modify any other affected provision of the contract, if any. Until the effective date of the modification, the Contractor shall perform in accordance with the existing contract. (d) As a minimum, the following information should be submitted by the Contractor with each proposal. The extent and detail provided should be proportionate to the complexity and/or value of the proposed change. (1) A description of the difference between the existing contract requirement and the proposed change, and the comparative advantages and disadvantages of each; (2) A discussion of the functions of systems, equipment, facilities, services and supplies for the purpose of achieving the essential functions at the

lowest life cycle cost and consistent with required performance, reliability, quality, and safety; (3) Itemized requirements of the contract which must be changed if the proposal is adopted, and the proposed revision to the contract for each such change; (4) An estimate of the changes in performance and cost, if any, that will result from adoption of the proposal; (5) An evaluation of the effects the proposed change would have on collateral costs to the Government, such as TSA-furnished property costs, costs of related items, and costs of maintenance and operation; (6) A statement of the time by which work must begin on change so as to obtain the maximum benefits of the changes during the remainder of the contract; (7) A statement of the effect on the contract completion date or delivery schedule; and (8) A reasonable method for sharing in the proposed savings, if any, if the proposed change would result in a reduction in the overall life cycle costs. (End of clause)

3.13.5    Seat Belt Use by Contractor Employees  (January 1999)
In accordance with Executive Order 13043 entitled "Increasing Seat Belt Use in the U.S.," the Contractor is encouraged to implement, communicate and enforce on the job seat belt policies and programs for their employees and subcontractors when operating company-owned, rented or personally-owned vehicles in the performance of this contract. (End of clause)

3.14.3    Foreign Nationals as Contractor Employees  (July 2002)
(a) Each employee of the Contractor shall be a citizen of the United States of America, or an alien who has been lawfully admitted for permanent residence as evidenced by Alien Registration Receipt Card Form I-151, or who presents other evidence from the Immigration and Naturalization Service that employment will not affect his/her immigration status. (b) Aliens and foreign nationals proposed under this contract must meet the following conditions: (1) Must have resided within the United States for 3 consecutive years of the last 5 years unless a waiver of this requirement is requested by the TSA requiring office and approved by the applicable TSA designated security office; (2) a risk or sensitivity level designation can be made for the position; and (3) the appropriate security investigation can be adequately conducted and completed. (End of clause)

3.14.5    Sensitive Unclassified Information (SUI)  (April 2003)
(a) Sensitive information shall be restricted to specific contractors who: (1) have a need to know to perform contract tasks; (2) meet personnel suitability security requirements to access sensitive information; and (3) successfully complete a non-disclosure agreement (NDA). (b) The contractor shall develop and implement procedures to ensure that sensitive information is handled in accordance with TSA requirements and at a minimum, will address: (1) steps to minimize risk of access by unauthorized persons during business and non-business hours to include storage capability; (2) procedures for safeguarding during electronic transmission (voice, data, fax) mailing or hand carrying; (3) procedures for protecting against co-mingling of information with general contractor data system/files; (4) procedures for marking documents with both the protective marking and the distribution limitation statement as needed; (5) procedures for the reproduction of subject material; (6) procedures for reporting unauthorized access; and (7) procedures for the destruction and/or sanitization of such material. (End of clause)

3.14.6    Pre-Employment Security Screening Of Contractor Employee  (July 2004)
A. All employees assigned to work in a Transportation Security Administration (TSA) facility, inclusive of all airports nationwide, under this contract will be required to undergo a pre-employment security screening investigation prior to being permitted to report to work. The Contractor shall ensure that each employee meets the following criteria: 1) Contractor employees must be US Citizens or Legal Permanent Residents. Only US Citizens can access TSA's Information Technology (IT) Systems. 2) Contractor employees must undergo a favorable Background Investigation. a) The following Background Investigation Security Paperwork must be completed by the contractor employee and given to the Contracting Officer's Technical Representative (COTR) at least thirty-five (35) days prior to the employment start date: 1) Standard Form (SF) 86, Questionnaire for National Security. (The SF 86 is available at www.opm.gov under standard forms.) 2) Form FD 258, Fingerprint Cards. (Two (2) original Fingerprint Cards are required to be completed and signed by the person taking the fingerprints. Fingerprints can be taken by local law enforcement agencies.) 3) TSA Form 2201, Fair

Credit Reporting Act Form. b) The COTR will submit the Background Investigation Security Paperwork to the TSA Credentialing Program Office (CPO). This submission must take place at least thirty (30) days prior to the employment start date. c) When a contractor employee voluntarily or involuntarily leaves his/her employment under a contract with TSA, the contractor must obtain and return the contractor employee's badge to the COTR on the contractor employee's last day of work at a TSA facility, inclusive of all airports nationwide. The COTR will return the contractor employee's badge to the Office of Security, Physical Security Division. B. As stated above, contractor employees requiring staff-like access to TSA facilities on a recurring basis (more than 14 days per year) must have a favorably adjudicated fingerprint based criminal history record check, credit check and search of the Office of Personnel Management, Security/Suitability Investigations Index, prior to being issued a permanent TSA Headquarters photo access pass. COTRs should advise the Office of Security, Physical Security Division, if the contract on which the contractor is working will last 90 days or less. Record checks may be conducted prior to or concurrently with a National Agency Check and Inquiries and Credit (NACIC) investigation. The NACIC is the minimum investigative standard for TSA contractor employees. C. Contractor employees requiring temporary facility access for one to fourteen days or facility maintenance, routine delivery, etc., require only a fingerprint check and/or National Crime Information Center (NCIC) records check. D. A contractor that participates in the National Industrial Security Program (NISP) may, through their COTR certify, in writing, that their employees have met the standard defined in Paragraph B. above. (End of Clause)

3.2.2.3.37           Notification of Ownership Changes           (July 2004)
(a) The Contractor (you) must notify TSA in writing within 30 days when you become aware that a change in ownership has occurred or will occur and that the change could affect the value of your capitalized assets in the accounting records, asset valuations, or cause any other cost changes. (b) You must: (1) Maintain current, accurate, and complete inventory records of assets and their costs; (2) Provide the Contracting Officer (CO) access to the records on request; (3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of your ownership changes; and (4) Retain and maintain depreciation and amortization schedules based on the asset records maintained before each ownership change. (c) You must include the substance of this clause in all subcontracts under this contract with a value exceeding $1,000,000 and that require cost and price data. (End of clause)

3.2.2.3.73           Shipping Spare Parts  (July 2004)
When shipping spare parts, the contractor shall include a packing list with the shipment. The packing list shall include at least the following information for each different item shipped: noun name, part number, Commercial and Government Entity (CAGE) Code, quantity, unit price, and national stock number (if available). (End of Clause)

3.2.2.3.74           Site And Depot Level Spare Parts  (July 2004)
Offerors responding to this solicitation shall include the following in their proposals: A separately-priced recommended initial site and depot-level spare parts list for CLIN [CO to insert CLIN number here]. The list shall contain each item's noun name, part number, Commercial and Government Entity (CAGE) Code, quantity, unit price, national stock number (if available) and the recommended quantity. The Government reserves the right to approve, disapprove, or modify the recommended spare parts list as required as part of the ongoing negotiation of the spare parts lists prior to contract award. (End of Clause)

3.2.2.3.75           Requests for Contract Information  (July 2004)
Any contract resulting from this SIR will be considered a public document, subject to release under the Freedom of Information Act (FOIA), 5 U.S.C. Section 552. Unless covered by an exemption described in the Act, all information contained in the contract, including unit price, hourly rates and their extensions, may be released to the public upon request. Offerors are therefore urged to mark any sensitive documents submitted as a result of this Screening Information Request SIR that may be deemed as trade secrets, proprietary information, or privileged or confidential financial information. [End of Clause]

3.2.2.3.76          Representation -- Release of Contract Information  (July 2004)
(a) Any contract resulting from the issuance of this Screening Information Request (SIR) may be the subject of a request for release pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. Section 552. (b) As an aid in responding to requests for information, this provision facilitates the review and screening process used in determining the releasibility of the contract(s) in whole or in part. Accordingly, the offeror's response to this SIR relative to potential release of information contained in any resultant contract is set forth at (c) below. (c) REPRESENTATION CONCERNING RELEASE OF CONTRACT INFORMATION-- The offeror represents that--(1)[ ] It has made a complete review of its submittal(s) in response to this SIR and that no exemption from mandatory release under FOIA exists, and, (2)[ ] It has no objection to the release of any contract it may be awarded in whole or in part resulting from this SIR. OR The offeror represents that [ ] its submittal(s) in response to this SIR contains information that is exempt from mandatory release under FOIA. Accordingly, the offeror represents that--(1)[ ] It has specifically identified via placement of restrictive markings on any sensitive documents submitted in response to this SIR such as trade secrets, proprietary information, or commercial or financial information that is privileged or confidential, and (2)[ ] It, as the party that provided the information, has furnished the contracting officer by separate letter concurrent with this submittal detailed information specifically listing the page(s) to be withheld complete with any and all legal justifications which would permit the TSA to invoke an exemption to the FOIA. [End of Provision]

3.2.2.7.1  Qualification Requirements.  (April 1996)
(a) Definition: 'Qualification requirement,' as used in this clause, means a Government requirement for testing or other quality assurance demonstration that must be completed before award. (b) One or more qualification requirements apply to the supplies or services covered by this contract. For those supplies or services requiring qualification, whether the covered product or service is an end item under this contract or simply a component of an end item, the product, manufacturer, or source must have demonstrated that it meets the standards prescribed for qualification before award of this contract. The product, manufacturer, or source must be qualified at the time of award whether or not the name of the product, manufacturer, or source is actually included on a qualified products list, qualified manufacturers list, or qualified bidders list. Offerors should contact the agency activity designated below to obtain all requirements that they or their products or services, or their subcontractors or their products or services, must satisfy to become qualified and to arrange for an opportunity to demonstrate their abilities to meet the standards specified for qualification.
_____ (Agency Name and Contact)
_____ (Address) (c) If an
offeror, manufacturer, source, product or service covered by a qualification requirement has already met the standards specified, the relevant information noted below should be provided. Offeror's Name
_____ Manufacturer's Name
_____ Source's Name
_____ Item Name
_____ Service Identification
_____ Test Number
_____ (to the extent known)
_____ (d) Even though a product or service subject to
a qualification requirement is not itself an end item under this contract, the product, manufacturer, or source must nevertheless be qualified at the time of award of this contract. This is necessary whether the Contractor or a subcontractor will ultimately provide the product or service in question. If, after award, the Contracting Officer discovers that an applicable qualification requirement was not in fact met at the time of award, the Contracting Officer may either terminate this contract for default or allow performance to continue if adequate consideration is offered and the action is determined to be otherwise in the Government's best interests. (e) If an offeror, manufacturer, source, product, or service has met the qualification requirement but is not yet on a qualified products list or qualified vendors list, the offeror shall submit evidence of qualification prior to award of this contract. Unless determined to be in the Government's interest, award of this contract shall not be delayed to permit an offeror to submit evidence of qualification. (f) Any change in location or ownership of the plant where a previously qualified product or service was manufactured or performed requires reevaluation of the qualification. Similarly, any change in location or ownership of a previously qualified manufacturer or

source requires reevaluation of the qualification. The reevaluation must be accomplished before the date of award. (End of clause)

3.2.4.2    Fixed-Priced Contracts with Economic Price Adjustment-Standard Supplies  (April 1996)
(a) The Contractor warrants that the unit price stated in the "Schedule" for _____ [insert "Schedule" line item number(s)] is not in excess of the Contractor's applicable established price in effect on the contract date for like quantities of the same item. The term unit price excludes any part of the price directly resulting from requirements for preservation, packaging, or packing beyond standard commercial practice. The term established price means a price that (1) is an established catalog or market price for a commercial item sold in substantial quantities to the general public, and (2) is the net price after applying any standard trade discounts offered by the Contractor. (b) The Contractor shall promptly notify the Contracting Officer of the amount and effective date of each decrease in any applicable established price. Each corresponding contract unit price shall be decreased by the same percentage that the established price is decreased. The decrease shall apply to those items delivered on and after the effective date of the decrease in the Contractor's established price, and this contract shall be modified accordingly. The Contractor shall certify (1) on each invoice that each unit price stated in it reflects all decreases required by this clause or (2) on the final invoice that all required price decreases have been applied as required by this clause. (c) If the Contractor's applicable established price is increased after the contract date, the corresponding contract unit price shall be increased, upon the Contractor's written request to the Contracting Officer, by the same percentage that the established price is increased, and the contract shall be modified accordingly, subject to the following limitations: (1) The aggregate of the increases in any contract unit price under this clause shall not exceed 10 percent of the original contract unit price. (2) The increased contract unit price shall be effective (i) on the effective date of the increase in the applicable established price if the Contracting Officer receives the Contractor's written request within 10 days thereafter or (ii) if the written request is received later, on the date the Contracting Officer receives the request. (3) The increased contract unit price shall not apply to quantities scheduled under the contract for delivery before the effective date of the increased contract unit price, unless failure to deliver before that date results from causes beyond the control and without the fault or negligence of the Contractor. (4) No modification increasing a contract unit price shall be executed under this paragraph (c) until the Contracting Officer verifies the increase in the applicable established price. (5) Within 30 days after receipt of the Contractor's written request, the Contracting Officer may cancel, without liability to either party, any undelivered portion of the contract items affected by the requested increase. (d) During the time allowed for the cancellation provided for in subparagraph (c)(5) above, and thereafter if there is no cancellation, the Contractor shall continue deliveries according to the contract delivery schedule, and the Government shall pay for such deliveries at the contract unit price, increased to the extent provided by paragraph (c) above. (End of clause)

3.2.4.27   Limitation of Price and Contractor Obligations (April 1996)
(a) Funds available for performance are described in the Schedule. The amount of funds available at award is not considered sufficient for the performance required for any program year other than the first program year. When additional funds are available for the full requirements of the next succeeding program year, the Contracting Officer shall notify the Contractor in writing. The Contracting Officer shall also modify the amount of funds described in the "Schedule" as available for contract performance. This procedure shall apply for each successive program year. (b) The TSA is not obligated to the Contractor for any amount over that described in the "Schedule" as available for contract performance. (c) The Contractor is not obligated to incur costs for the performance required for any program year after the first unless and until written notification is received from the Contracting Officer of an increase in availability of funds. If so notified, the Contractor's obligation shall increase only to the extent contract performance is required for the additional program year for which funds are made available. (d) If this contract is terminated under the "Termination for Convenience of the Government" clause, 'total contract price' in that clause means the amount available for performance of this contract, as in paragraph (a) above, plus the amount established as the cancellation ceiling. 'Work under the contract' in that clause means the work under program year requirements for which funds have been made available. If the contract is terminated for default, the Government's rights under this contract shall apply to the entire multi-year requirements. (e) Notification to the Contractor

of an increase or decrease in the funds available for performance of this contract under another clause (e.g., an "Option" or "Changes" clause) shall not constitute the notification contemplated by paragraph (a) of this clause. (End of clause)

### 3.2.5.1    Officials Not to Benefit (April 1996)

No member of or delegate to Congress, or resident commissioner, shall be admitted to any share or part of this contract, or to any benefit arising from it. However, this clause does not apply to this contract to the extent that this contract is made with a corporation for the corporation's general benefit. (End of clause)

### 3.2.5.8    Whistleblower Protection for Contractor Employees (April 1996)

The contractor agrees not to discharge, demote or otherwise discriminate against an employee as a reprisal for disclosing information to a Member of Congress, or an authorized official of an agency or of the Department of Justice, relating to a violation of law related to this contract (including the competition for or negotiation of a contract). Definitions: (1) "Authorized official of the agency" means an employee responsible for contracting, program management, audit, inspection, investigation, or enforcement of any law or regulation relating to TSA procurement or the subject matter of the contract. (2) "Authorized official of the Department of Justice" means any person responsible for the investigation, enforcement, or prosecution of any law or regulation. (End of clause)

### 3.3.1.32    Performance-Based Payments. (November 2000)

(a) Amount of payments and limitations on payments. Subject to such other limitations and conditions as are specified in this contract and this clause, the amount of payments and limitations on payments shall be specified in the contract's description of the basis for payment. (b) Contractor request for performance-based payment. The Contractor may submit requests for payment of performance-based payments not more frequently than monthly, in a form and manner acceptable to the Contracting Officer. Unless otherwise authorized by the Contracting Officer, all performance-based payments in any period for which payment is being requested shall be included in a single request, appropriately itemized and totaled. The Contractor's request shall contain the information and certification detailed in paragraphs (l) and (m) of this clause. (c) Approval and payment of requests. (1) The Contractor shall not be entitled to payment of a request for performance-based payment prior to successful accomplishment of the event or performance criterion for which payment is requested. The Contracting Officer shall determine whether the event or performance criterion for which payment is requested has been successfully accomplished in accordance with the terms of the contract. The Contracting Officer may, at any time, require the Contractor to substantiate the successful performance of any event or performance criterion which has been or is represented as being payable. (2) A payment under this performance-based payment clause is a contract financing payment under the Prompt Payment clause of this contract, and approved requests shall be paid in accordance with the prompt payment period and provisions specified for contract financing payments by that clause. However, if the Contracting Officer requires substantiation as provided in paragraph (c)(1) of this clause, or inquires into the status of an event or performance criterion, or into any of the conditions listed in paragraph (e) of this clause, or into the Contractor certification, payment is not required, and the prompt payment period shall not begin until the Contracting Officer approves the request. (3) The approval by the Contracting Officer of a request for performance-based payment does not constitute an acceptance by the Government and does not excuse the Contractor from performance of obligations under this contract. (d) Liquidation of performance-based payments. (1) Performance-based finance amounts paid prior to payment for delivery of an item shall be liquidated by deducting a percentage or a designated dollar amount from the delivery payment. If the performance-based finance payments are on a delivery item basis, the liquidation amount for each such line item shall be the percent of that delivery item price that was previously paid under performance-based finance payments or the designated dollar amount. If the performance-based finance payments are on a whole contract basis, liquidation shall be by either pre-designated liquidation amounts or a liquidation percentage. (2) If at any time the amount of payments under this contract exceeds any limitation in this contract, the Contractor shall repay to the Government the excess. Unless otherwise determined by the Contracting Officer, such excess shall be credited as a reduction in the unliquidated performance-based payment balance(s), after adjustment of invoice

payments and balances for any retroactive price adjustments. (e) Reduction or suspension of performance-based payments. The Contracting Officer may reduce or suspend performance-based payments, liquidate performance-based payments by deduction from any payment under the contract, or take a combination of these actions after finding upon substantial evidence any of the following conditions: (1) The Contractor failed to comply with any material requirement of this contract (which includes paragraphs (h) and (i) of this clause). (2) Performance of this contract is endangered by the Contractor's-- (i) Failure to make progress; or (ii) Unsatisfactory financial condition. (3) The Contractor is delinquent in payment of any subcontractor or supplier under this contract in the ordinary course of business. (f) Title. (1) Title to the property described in this paragraph (f) shall vest in the Government. Vestiture shall be immediately upon the date of the first performance-based payment under this contract, for property acquired or produced before that date. Otherwise, vestiture shall occur when the property is or should have been allocable or properly chargeable to this contract. 2) "Property," as used in this clause, includes all of the following described items acquired or produced by the Contractor that are or should be allocable or properly chargeable to this contract under sound and generally accepted accounting principles and practices: (i) Parts, materials, inventories, and work in process; (ii) Special tooling and special test equipment to which the Government is to acquire title under any other clause of this contract; (iii) Nondurable (i.e., noncapital) tools, jigs, dies, fixtures, molds, patterns, taps, gauges, test equipment and other similar manufacturing aids, title to which would not be obtained as special tooling under subparagraph (f)(2)(ii) of this clause; and (iv) Drawings and technical data, to the extent the Contractor or subcontractors are required to deliver them to the Government by other clauses of this contract. (3) Although title to property is in the Government under this clause, other applicable clauses of this contract (e.g., the termination or special tooling clauses) shall determine the handling and disposition of the property. (4) The Contractor may sell any scrap resulting from production under this contract without requesting the Contracting Officer's approval, provided that any significant reduction in the value of the property to which the Government has title under this clause is reported in writing to the Contracting Officer. The contractor shall credit the proceeds against the cost of performance. (5) In order to acquire for its own use or dispose of property to which title is vested in the Government under this clause, the Contractor must obtain the Contracting Officer's advance approval of the action and the terms. If approved, the contractor shall exclude the allocable costs of the property from the costs of contract performance, and repay to the Government any amount of unliquidated payments allocable to the property. (6) When the Contractor completes all of the obligations under this contract, including liquidation of all performance-based payments, title shall vest in the Contractor for all property (or the proceeds thereof) not-- (i) Delivered to, and accepted by, the Government under this contract; or (ii) Incorporated in supplies delivered to, and accepted by, the Government under this contract and to which title is vested in the Government under this clause. (7) The terms of this contract concerning liability for Government-furnished property shall not apply to property to which the Government acquired title solely under this clause. (g) Risk of loss. Before delivery to and acceptance by the Government, the Contractor shall bear the risk of loss for property, the title to which vests in the Government under this clause, except to the extent the Government expressly assumes the risk. If any property is damaged, lost, stolen, or destroyed, the basis of payment (the events or performance criteria) to which the property is related shall be deemed to be not in compliance with the terms of the contract and not payable (if the property is part of or needed for performance), and the Contractor shall refund the related performance-based payments in accordance with paragraph (d) of this clause. (h) Records and controls. The Contractor shall maintain records and controls adequate for administration of this clause. The Contractor shall have no entitlement to performance-based payments during any time the Contractor's records or controls are determined by the Contracting Officer to be inadequate for administration of this clause. (i) Reports and Government access. The Contractor shall promptly furnish reports, certificates, financial statements, and other pertinent information requested by the Contracting Officer for the administration of this clause and to determine that an event or other criterion prompting a financing payment has been successfully accomplished. The Contractor shall give the Government reasonable opportunity to examine and verify the Contractor's records and to examine and verify the Contractor's performance of this contract for administration of this clause. (j) Special terms regarding default. If this contract is terminated under the default provisions of any termination clause, (1) the Contractor shall, on demand, repay to the Government the amount of unliquidated performance-based payments, and (2) title shall vest in the Contractor, on full liquidation of all performance-based payments, for all property for which

the Government elects not to require delivery under the Default clause of this contract. The Government shall be liable for no payment except as provided by the Default clause. (k) Reservation of rights. (1) No payment or vesting of title under this clause shall-- (i) Excuse the Contractor from performance of obligations under this contract; or (ii) Constitute a waiver of any of the rights or remedies of the parties under the contract. (2) The Government's rights and remedies under this clause-- (i) Shall not be exclusive, but rather shall be in addition to any other rights and remedies provided by law or this contract; and (ii) Shall not be affected by delayed, partial, or omitted exercise of any right, remedy, power, or privilege, nor shall such exercise or any single exercise preclude or impair any further exercise under this clause or the exercise of any other right, power, or privilege of the Government. (l) Content of Contractor's request for performance-based payment. The Contractor's request for performance-based payment shall contain the following: (1) The name and address of the Contractor; (2) The date of the request for performance-based payment; (3) The contract number and/or other identifier of the contract or order under which the request is made; (4) Such information and documentation as is required by the contract's description of the basis for payment; and (5) A certification by a Contractor official authorized to bind the Contractor, as specified in paragraph (m) of this clause. (m) Content of Contractor's certification. As required in paragraph (l)(5) of this clause, the Contractor shall make the following certification in each request for performance-based payment: I certify to the best of my knowledge and belief that-- (1) This request for performance-based payment is true and correct; this request (and attachments) has been prepared from the books and records of the Contractor, in accordance with the contract and the instructions of the Contracting Officer; (2) (Except as reported in writing on _____), all payments to subcontractors and suppliers under this contract have been paid, or will be paid, currently, when due in the ordinary course of business; (3) There are no encumbrances (except as reported in writing on _____) against the property acquired or produced for, and allocated or properly chargeable to, the contract which would affect or impair the Government's title; (4) There has been no materially adverse change in the financial condition of the Contractor since the submission by the Contractor to the Government of the most recent written information dated _____; and (5) After the making of this requested performance-based payment, the amount of all payments for each deliverable item for which performance-based payments have been requested will not exceed any limitation in the contract, and the amount of all payments under the contract will not exceed any limitation in the contract. (End of clause)

3.3.2.1    TSA Cost Principles. (October 1996)
(a) Transportation Security Administration (TSA) "Contracting Cost Principles" shall be used for: (1) The pricing of contracts, subcontracts, and modifications to contracts and subcontracts whenever cost analysis is performed; and (2) the determination, negotiation, or allowance of cost when required by a contract clause. (b) TSA Cost Principles are incorporated by reference in this contract as the basis for: (1) Determining reimbursable costs under-- (i) Cost-reimbursement contracts and cost-reimbursement subcontracts under these contracts preformed by commercial organizations, and (ii) The cost-reimbursement portion of time-and -materials contracts except when material is priced on a basis other than at cost; (2) Negotiating indirect cost rates, when: (i) TSA has division or corporate contract administration responsibilities; (ii) Quick Close-out procedures are used; or (iii) Indirect rate caps are negotiated in the contract. (3) Proposing, negotiating, or determining costs under terminated contracts; (4) Price revision of fixed-price incentive contracts; (5) Price redetermination of price redetermination contracts; and (6) Pricing changes and other contract modifications. (c) When contract administration responsibilities rest with another Government agency, the TSA will apply the cost principles of the administering agency for the determination or negotiation of indirect rates not covered by (2)(ii) or (2)(iii) above. (d) Upon request, the Contracting Officer will provide a copy of the TSA "Contract Cost Principles." Until TSA develops its own Contract Cost Principles, TSA will adopt FAA's Contract Cost Principles, available at: http://fast.faa.gov/procurement-guide/html/3-3-2.htm (End of Clause)


3.4.1.12    Insurance (July 1996)
(a) During the term of this contract and any extension, the contractor shall maintain at its own expense the insurance required by this clause. Insurance companies shall be acceptable to the Transportation Security Administration. Policies that apply to covered contract work shall include all terms and

provisions required by the Transportation Security Administration. (b) The contractor shall maintain and furnish evidence of the following insurance, with the stated minimum limits: (1) Worker's Compensation and Employer's Liability. The contractor shall comply with applicable Federal and State workers' compensation and occupational disease statutes. The contractor shall maintain employer's liability coverage of at least $100,000, except in States with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers. (2) General Liability. The contractor shall maintain bodily injury general liability insurance written on a comprehensive form of policy of at least $100,000* per person and $500,000* per occurrence. Property damage limits, if any, will be set forth elsewhere in the "Schedule." (3) Automobile Liability. For automobiles used in connection with performance of this contract, the contractor shall maintain automobile liability insurance written on a comprehensive form of policy with coverage of at least $200,000* per person and $500,000* per occurrence for bodily injury and $20,000* per occurrence for property damage, unless higher limits are required by airport management and state law. (4) Aircraft Liability. If aircraft will be used in connection with performance of this contract, the contractor shall maintain aircraft public and passenger liability insurance with coverage of at least $200,000* per person and $500,000* per occurrence for bodily injury other than passenger liability, and $200,000* per occurrence for property damage. Coverage for passenger liability bodily injury shall be at least $200,000* multiplied by the number of seats or passengers, whichever is greater. (5) Watercraft Liability When watercraft will be used in connection with performing the contract, the contractor shall provide watercraft liability insurance. Limits shall be at least $1,000,000* per occurrence. The policy shall include coverage for owned, non-owned and hired watercraft. (6) Environmental Impairment Liability. When the contract involves hazardous wastes, the contractor shall provide environmental impairment liability insurance with coverage of at least $1,000,000* bodily injury per occurrence and $1,000,000* property damage per occurrence. Such insurance shall include coverage for the clean up, removal, storage, disposal, transportation, and use of pollutants and hazardous waste. (7) Medical Malpractice. When the contract will involve health care services, the contractor shall maintain medical malpractice liability insurance with coverage of at least $500,000* per occurrence. (c) Each policy shall substantially include the following provision: "It is a condition of this policy that the issuing company furnish written notice to the Transportation Security Administration 30 days in advance of the effective date of any reduction in or cancellation of this policy." (d) The contractor shall furnish a certificate of insurance or, if required by the Contracting Officer, true copies of liability policies and manually countersigned endorsements of any changes, including the TSA's contract number to ensure proper filing of documents. Insurance shall be effective, and evidence of acceptable insurance furnished, before beginning performance under this contract. Evidence of renewal shall be furnished not later than five days before a policy expires. (e) The maintenance of insurance coverage as required by this clause is a continuing obligation. The lapse or termination of insurance coverage without replacement coverage being obtained will be grounds for termination for default. *Unless modified in the "Schedule" (End of clause)

### 3.4.1.7    Notice to Proceed (April 1996)
The contractor shall not initiate work under this contract until it has received a Notice To Proceed in writing from the Contracting Officer. (End of clause)

### 3.4.1.8    Patent Infringement Bond Requirements (October 1996)
The Contractor shall be required to submit a patent infringement bond in a penal amount set by the Contracting Officer and in a form acceptable to the Government. Failure to submit an acceptable bond may be cause for termination of the contract for default. (End of clause)

### 3.4.1.9    Deposit of Assets Instead of Surety Bonds (April 1996)
(a) If the contractor has deposited assets instead of furnishing sureties for any bond required under this contract and the assets are in the form of checks, or drafts, the Contracting Officer will hold the assets in an account for the contractor's benefit. (b) Upon contract completion, the contractor's funds will be returned as soon as possible, but not later than 60 days after the final invoice has been paid, unless the Contracting Officer determines that part or all of the account is required to compensate the Transportation Security Administration for costs it incurs as a result of the contractor's delay, default, or failure to perform. In such a case, the entire account will be available to compensate the Transportation Security Administration. (End of clause)

### 3.6.2.35    Prevention of Sexual Harassment (August 1998)

(a) "Sexual Harassment", as used in this clause, means unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature when (i) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (ii) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individuals; or (iii) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance, or creating an intimidating, hostile, or offensive working environment.

(b) It is TSA policy that sexual harassment will not be tolerated or condoned in the TSA workplace. It is also TSA's intent to effectively address inappropriate conduct before it rises to the levels proscribed by the Equal Employment Opportunity Commission as "sexual harassment".

(c) The Contractor agrees to support this policy in performing work under this contract, and that sexual harassment in any form will not be tolerated in the TSA workplace.
(d) If the Contractor, or a subcontractor of any tier, subcontracts any portion of the work under this contract, each such subcontract shall include this provision.

(e) The Contractor shall take whatever corrective action it deems necessary to promptly address sexual harassment in the TSA workplace or on an TSA site. The Contractor agrees to immediately provide the Contracting Officer all relevant information pertaining to any such conduct, and notify him/her of planned corrective action.

(f) The Contracting Officer may require the Contractor to remove employee(s) from the TSA worksite that the Contracting Officer deems to have engaged in sexual harassment.

(g) Any TSA action under subsection (f) above does not relieve the Contractor of its liability or obligations under the Civil Rights Act of 1964, or any other applicable law or regulation.
(End of clause)


3.6.2.10 Equal        Opportunity Preaward Clearance of Subcontracts  (November 1997)
Notwithstanding the clause of this contract titled 3.10.2-1, Subcontracts (Fixed-Price Contracts), the Contractor shall not enter into a first-tier subcontract for an estimated or actual amount of $10 million or more without obtaining in writing from the Contracting Officer a clearance that the proposed subcontractor is in compliance with equal opportunity requirements and therefore is eligible for award.
(End of clause)


3.6.3.15        Material Requirements (October 2002)
(a) Definitions: (1) New as used in this clause, means composed of previously unused components, whether manufactured from virgin material, recovered material in the form of raw material, or materials and by-products generated from, and reused within, an original manufacturing process; provided that the supplies meet contract requirements, including but not limited to, performance, reliability, and life expectancy. (2) "Reconditioned" as used in this clause, means restored to the original normal operating condition by readjustments and material replacement. (3) "Recovered material" as used in this clause, means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process. (4) "Remanufactured" as used in this clause, means factory rebuilt to original specifications. (5) "Virgin material" as used in this clause, means?? (i) Previously unused raw material, including previously unused copper, aluminum, lead, zinc, iron, other metal or metal ore; or (ii) Any undeveloped resource that is, or with new technology will become, a source of raw materials. (b) The Contractor agrees: To provide supplies that are new, reconditioned, or remanufactured, as defined in this clause, unless this contract otherwise requires virgin material or

supplies composed of or manufactured from virgin material. (c) A proposal to provide unused former Government surplus property shall include a complete description of the material, the quantity, the name of the Government agency from which acquired, and the date of acquisition. (d) A proposal to provide used, reconditioned, or remanufactured supplies shall include a detailed description of such supplies and shall be submitted to the Contracting Officer for approval. (e) Used, reconditioned, or remanufactured supplies, or unused former Government surplus property, may be used in contract performance if the Contractor has proposed the use of such supplies, and the Contracting Officer has authorized their use. (End of clause)

3.6.3.6    Notice of Radioactive Materials. (August 1997)
(a) The Contractor shall notify the Contracting Officer or designee, in writing, _____* days prior to the delivery of, or prior to completion of any servicing required by this contract of, items containing either (1) radioactive material requiring specific licensing under the regulations issued pursuant to the Atomic Energy Act of 1954, as amended, as set forth in Title 10 of the Code of Federal Regulations, in effect on the date of this contract, or (2) other radioactive material not requiring specific licensing in which the specific activity is greater than 0.002 microcuries per gram or the activity per item equals or exceeds 0.01 microcuries. Such notice shall specify the part or parts of the items which contain radioactive materials, a description of the materials, the name and activity of the isotope, the manufacturer of the materials, and any other information known to the Contractor which will put users of the items on notice as to the hazards involved (OMB No. 9000-0107). (b) If there has been no change affecting the quantity of activity, or the characteristics and composition of the radioactive material from deliveries under this contract or prior contracts, the Contractor may request that the Contracting Officer or designee waive the notice requirement in paragraph (a) of this clause. Any such request shall-- (1) Be submitted in writing; (2) Contain a certification that the quantity of activity, characteristics, and composition of the radioactive material have not changed; and (3) Cite the contract number on which the prior notification was submitted and the contracting office to which it was submitted. (c) All items, parts, or subassemblies which contain radioactive materials in which the specific activity is greater than 0.002 microcuries per gram or activity per item equals or exceeds 0.01 microcuries, and all containers in which such items, parts or subassemblies are delivered to the Government shall be clearly marked and Labeled as required by the latest revision of MIL-STD 129 in effect on the date of the contract. (d) This clause, including this paragraph (d), shall be inserted in all subcontracts for radioactive materials meeting the criteria in paragraph (a) of this clause. (End of clause) *The Contracting Officer shall insert the number of days required in advance of delivery of the item or completion of the servicing to assure that required licenses are obtained and appropriate personnel are notified to institute any necessary safety and health precautions.

3.6.3.8    Ozone-Depleting Substances.        (August 1998)
(a) Definition. "Ozone-depleting substance", as used in this clause, means any substance designated as Class I by the Environmental Protection Agency (EPA) (40 CFR Part 82), including but not limited to chlorofluorocarbons, halons, carbon tetrachloride, and methyl chloroform; or any substance designated as Class II by EPA (40 CFR Part 82), including but not limited to hydrochlorofluorocarbons. (b) The Contractor shall label products which contain or are manufactured with ozone-depleting substances in the manner and to the extent required by 42 U.S.C. 7671j (b), (c), and (d) and 40 CFR Part 82, Subpart E, as follows: "Warning Contains (or manufactured with, if applicable) [Contractor to insert information], a substance(s) which harm(s) public health and environment by destroying ozone in the upper atmosphere." (End of clause)

3.6.4.5    Buy American--Steel and Manufactured Products (July 1996)
(a) Section 9129 of the Aviation Safety and Capacity Expansion Act of 1990 (Subtitle B of Title IX of Pub. L. 101-508, the Omnibus Budget Reconciliation Act of 1990) requires the use of steel and manufactured products produced in the United States when a project such as that covered by this contract receives funding. (b) The Contractor shall deliver only steel and manufactured products produced in the United States. This requirement shall not apply where the Secretary or his or her designee has found-- (1) That its application would be inconsistent with the public interest; (2) That such materials are not produced in the United States in sufficient and reasonably available quantities and of a satisfactory quality; (3) In the case of the procurement of facilities and equipment under the

I-18

Airport and Airway Improvement Act of 1982, (i) the cost of components and subcomponents which are produced in the United States is more than 60 percent of the cost of all components to be delivered under this contract, and (ii) final assembly of the facility or equipment to be delivered under this contract has taken place in the United States; or (4) That inclusion of domestic material will increase the cost of the overall contract by more than 25 percent. (c) In calculating components' costs, labor costs involved in final assembly shall not be included in the calculation. (d) This clause takes precedence over the provisions of clause "Buy American Act--Supplies" and clause "Buy American Act--Construction Materials" in respect to their applicability to steel and manufactured products. (e) The offeror warrants that steel and manufactured products to be used in the project are produced in the United States, and that components of unknown origin are considered to have been produced or manufactured outside the United States. Should any end product be of foreign origin, the Contractor shall identify, in writing, such products and country of origin to the Contracting Officer prior to contract award. Such information is required in implementation of Section 9129 of the Aviation Safety and Capacity Expansion Act of 1990, (Subtitle B of Title IX of P. L. 101-508, the Omnibus Budget Reconciliation Act of 1990). (End of clause)

3.8.2.19    Prohibition on Advertising    (October 1996)
The Contractor or its representatives (including training instructors) shall not advertise or solicit business from attendees for private, non-Government training during contracted-for training sessions. This prohibition extends to unsolicited oral comments, distribution or sales of written materials, and/or sales of promotional videos or audio tapes. The contractor agrees to insert this clause in its subcontracts. (End of clause)

**3.9.1-3 Protest (May 2003)**

        AS A CONDITION OF SUBMITTING AN OFFER OR RESPONSE TO THIS RFI/RFP (OR OTHER SOLICITATION, IF APPROPRIATE), THE OFFEROR OR POTENTIAL OFFEROR AGREES TO BE BOUND BY THE FOLLOWING PROVISIONS RELATING TO PROTESTS:

(a) Protests concerning Transportation Security Administration's (TSA) Request For Information/Request For Proposals (RFI/RFPs) or awards of contracts shall be resolved through the dispute resolution system at the FAA Office of Dispute Resolution for Acquisition (ODRA), and shall be governed by the procedures set forth in 14 C.F.R. Parts 14 and 17, which are hereby incorporated by reference. Judicial review, where available, will be in accordance with 49 U.S.C. 46110 and shall apply only to final agency decisions. A protestor may seek review of a final TSA decision only after its administrative remedies have been exhausted.

(b) Offerors initially should attempt to resolve any issues concerning potential protests with the Contracting Officer. The Contracting Officer should make reasonable efforts to answer questions promptly and completely, and, where possible, to resolve concerns or controversies. The protest time limitations, however, will not be extended by attempts to resolve a potential protest with the Contracting Officer.

(c) The filing of a protest with the ODRA may be accomplished by mail, overnight delivery, hand delivery, or by facsimile. A protest is considered filed on the date it is received by the ODRA.

(d) Only an interested party may file a protest. An interested party is one whose direct economic interest has been or would be affected by the award or failure to award a TSA contract. Proposed subcontractors are not "interested parties" within this definition.

(e) A written protest must be filed with the ODRA within the times set forth below, or the protest shall be dismissed as untimely:

(1) Protests based upon alleged improprieties in a solicitation or a RFI/RFP that are apparent prior to bid opening or the time set for receipt of initial proposals shall be filed prior to bid opening or the time set for the receipt of initial proposals.

(2) In procurements where proposals are requested, alleged improprieties that do not exist in the initial solicitation, but which are subsequently incorporated into the solicitation, must be protested not later than the next closing time for receipt of proposals following the incorporation.

(3) For protests other than those related to alleged solicitation improprieties, the protest must be filed on the later of the following two dates:

(i) Not later than seven (7) business days after the date the protester knew or should have known of the grounds for the protest; or

(ii) If the protester has requested a post-award debriefing from the TSA Integrated Business Team, not later than five (5) business days after the date on which the Business Team holds that debriefing.

(f) Protests shall be filed at:

(1)   Office of Dispute Resolution, AGC-70
      Federal Aviation Administration
      800 Independence Avenue S.W. Room 323
      Washington, DC 20591
      Telephone: (202) 267-3290, Facsimile: (202) 267-3720
(2) other address as specified in 14 CFR Part 17.

(g) At the same time as filing the protest with the ODRA, the protester shall serve a copy of the protest on the Contracting Officer and any other official designated in the RFI/RFP for receipt of protests by means reasonably calculated to be received by the Contracting Officer on the same day as it is to be received by the ODRA. The protest shall include a signed statement from the protester, certifying to the ODRA the manner of service, date, and time when a copy of the protest was served on the Contracting Officer and other designated official(s).

(h) Additional information and guidance about the ODRA dispute resolution process for protests can be found on the ODRA Website at http://www.faa.gov.

**(End of provision)**


### 3.10.3.2.2   Government Property—Basic Clause (December 1997), Alternate II (December 1997)

Add the following paragraphs (c) and (g)(3) – (12) to the basic clause for cost-reimbursement, labor hour, or time and materials contracts that include property.
(c) Title in Government property.

(2) Cost-reimbursement, labor hour, time and materials contracts.
(i) Title to all property purchased by the Contractor for which the Contractor is entitled to be reimbursed as a direct item of cost under this contract shall pass to and vest in the Government upon the vendor's delivery of such property.
(ii) Title to all other property, the cost of which is reimbursable to the Contractor, shall pass to and vest in the Government:
(A) Issuance of the property for use in contract performance;
(B) Commencement of processing of the property for use in contract performance; or
(C) Reimbursement of the cost of the property by the Government, whichever occurs first.
(iii) All Government-furnished property and all property acquired by the Contractor, title to which vests in the Government under this paragraph (collectively referred to as "Government property"), are subject to the provisions of this clause. Title to Government property shall not be affected by its incorporation into or attachment to any property not owned by the Government, nor should

I-20

Government property become a fixture or lose its identity as personal property by being attached to any real property.

(g) Risk of loss or damage to GFP.

(3) Cost, labor hour or time and materials contracts - limited risk of loss. The Contractor shall not be liable for loss or destruction of, or damage to, the Government property provided under this contract (or, if an educational or nonprofit organization, for expenses incidental to such loss, destruction, or damage), except as provided in subparagraph (4) below.

(4) The Contractor shall be responsible for loss or destruction of, or damage to, the Government property provided under this contract (including expenses incidental to such loss, destruction, or damage)-

(i) That results from a risk expressly required to be insured under this contract but only to the extent of the insurance required to be purchased and maintained or to the extent of insurance actually purchased and maintained, whichever is greater;

(ii) That results from a risk that is in fact covered by insurance or for which the Contractor is otherwise reimbursed, but only to the extent of such insurance or reimbursement;

(iii) For which the Contractor is otherwise responsible under the express terms of this contract;

(iv) That results from willful misconduct or lack of good faith on the part of the Contractor's managerial personnel; or

(v) That results from a failure on the part of the Contractor, due to willful misconduct or lack of good faith on the part of the Contractor's managerial personnel, to establish and administer a program or system for the control, use, protection, preservation, maintenance, and repair of Government property as required by this clause.

(5) If the Contractor fails to act as provided by subdivision (g)(4)(v) above, after being notified (by certified mail addressed to one of the Contractor's managerial personnel) of the Government's disapproval, withdrawal of approval, or non-acceptance of the system or program, it shall be conclusively presumed that such failure was due to willful misconduct or lack of good faith on the part of the Contractor's personnel. In such event, any loss or destruction of, or damage to, the Government property shall be presumed to have resulted from such failure unless the Contractor can establish by clear and convincing evidence that such loss, destruction, or damage:

(i) Did not result from the Contractor's failure to maintain an approved program or system; or

(ii) Occurred while an approved program or system was maintained by the Contractor.

(6) If the Contractor transfers Government property to the possession and control of a subcontractor, the transfer shall not affect the liability of the Contractor for loss or destruction of, or damage to, the property as set forth above. However, the Contractor shall require the subcontractor to assume the risk of, and be responsible for, any loss or destruction of, or damage to, the property while in the subcontractor's possession or control, except to the extent that the subcontract, with the advance approval of the Contracting Officer, relieves the subcontractor from such liability. In the absence of such approval, the subcontract should contain appropriate provisions requiring the return of all Government property in as good condition as when received, except for reasonable wear and tear or for its use in accordance with the provisions of the prime contract.

(7) Upon loss or destruction of, or damage to, Government property provided under this contract, the Contractor shall so notify the Contracting Officer and shall communicate with the loss and salvage organization, if any, designated by the Contacting Officer. With the assistance of any such organization, the Contractor shall take all reasonable action to protect the Government property from further damage, separate the damaged and undamaged Government property, put all the affected Government property in the best possible order, and furnish to the Contracting Officer a statement of:

(i) The lost, destroyed, or damaged Government property;

(ii) The time and origin of the loss, destruction, or damage;

(iii) All known interests in commingled property of which the Government property is a part; and

(iv) The insurance, if any, covering any part of or interest in such commingled property.

(8) The Contractor shall repair, renovate, and take such other action with respect to damaged Government property as the Contracting Officer directs. If the Government property is destroyed or damaged beyond practical repair, or is damaged and so commingled or combined with property of others (including the Contractor's) that separation is impractical, the Contractor may, with the approval of and subject to any conditions imposed by the Contracting Officer, sell such property for the account of the Government. Such sales may be made in order to minimize the loss to the Government, to permit the resumption of business, or to accomplish a similar purpose. The Contractor shall be entitled to an equitable adjustment in the contract price for the expenditures made in performing the obligations under this subparagraph (g)(8) in accordance with this clause. However, the Government may directly reimburse the loss and salvage organization for any of their charges. The Contracting Officer should give due regard to the Contractor's liability under this paragraph (g) when making any such equitable adjustment.

(9) The Contractor represents that it is not including in the price, and agrees it will not hereafter include in any price to the Government, any charge or reserve for insurance (including any self-insurance fund or reserve) covering loss or destruction of, or damage to, Government property, except to the extent that the Government may have expressly required the Contractor to carry such insurance under another provision of this contract.

(10) The Contractor shall not be reimbursed for, and shall not include as an item of overhead, the cost of insurance or of any reserve covering risk of loss or destruction of, or damage to, Government property, except to the extent that the Government may have expressly required the Contractor to carry insurance under another provision of this contract.

(11) In the event the Contractor is reimbursed or otherwise compensated for any loss or destruction of, or damage to, Government property, the Contractor shall use the proceeds to repair, renovate, or replace the lost, destroyed, or damaged Government property or shall otherwise credit the proceeds to, or equitably reimburse the Government, as directed by the Contracting Officer.

(12) The Contractor shall do nothing to prejudice the Government's rights to recover against third parties for any loss or destruction of, or damage to, Government property. Upon the request of the Contracting Officer, the Contractor shall, at the Government's expense, furnish to the Government all reasonable assistance and cooperation (including the prosecution of suit and execution of instruments of assignment in favor of the Government) in obtaining recovery. In addition, where a subcontractor has not been relieved from liability for any loss or destruction of, or damage to, Government property, the Contractor shall enforce for the benefit of the Government the liability of the subcontractor for such loss, destruction, or damage.

The foregoing provisions shall apply to scrap from Government property; provided, however, that the Contracting Officer may authorize or direct the Contractor to omit from such inventory schedules any scrap consisting of faulty castings or forgings or of cutting and processing waste, such as chips, cuttings, borings, turnings, short ends, circles, trimmings, clippings, and remnants, and to dispose of such scrap in accordance with the Contractor's normal practice and account for it as a part of general overhead or other reimbursable costs in accordance with the Contractor's established accounting procedures.

(End of clause)

### 3.10.4.21    Requirements for Software Measures (August 1996)

(a) Software Measurements Plan

(1) Draft.

(i) Content. The Contractor shall provide a draft software measurements plan for collecting and reporting software measurement data. The plan shall include the following:

(A) a measurement definition;
(B) the measurement approach ;
(C) how data will be collected;
(D) measurement methodologies;
(E) how the data will be utilized in the Contractor's internal management of the program;
(F) issues to be addressed;
(G) the measures to be utilized;
(H) an estimation methodology;
(I) the method used to measure actual data;
(J) the data reporting format and associated mechanism
(K) a description of any tools utilized;
(L) points of contact and responsibilities;
(M) organizational communications and interfaces.

(ii) Approval. The Contractor shall submit the plan to the Contracting Officer for review and approval within ** days after date of award. The Contracting Officer will notify the Contractor of the approval or rejection of the plan within ** days after receipt.

(iii) Substitute Measures. In the event that an FAA-specified measure is unavailable, the Contractor shall request a substitution in its plan. The request shall identify the substitute software measure with a data definition, rationale for the change, a description of how this measure addresses the identified issue, and a description of how this measure will be used internally. The proposed substitute software measure shall be readily available from the Contractor's software development process.

(2) Modifying the Approved Plan. After the draft software measurements plan is approved by the Contracting Officer, the Contractor shall not modify the approved plan without the prior review and approval of the Contracting Officer. The Contractor shall notify the Contracting Officer immediately of a proposed change to the software measurement parameters defined in the approved plan and provide an updated plan in writing to the Contracting Officer within 30 days of the change. The updated plan shall document the proposed changes, such as those related to definitions, estimation methodologies, or actual measurement approaches. The updated plan requires approval by the Contracting Officer.

(b) Monthly Reports. The Contractor shall submit a monthly progress report on actual data collected during the previous calendar month related to the software development. The report shall address each data item at the specified collection level on each software measure specified in the plan and use the same measurement methodology specified in the plan. The Contractor shall not report data as actuals, until the criteria for counting actuals has been successfully met. The Contractor shall submit this report to the Contracting Officer on a monthly basis, within 30 days after the data is collected.

(c) Contractor Access. The Contracting Officer may require access at reasonable times to contractor personnel, contract software records and processes from time to time to gather or validate information related to the software that is not otherwise provided under the contract. The access could be for the purpose of interviewing contractor personnel, conducting audits of the software development processes and practices, and performing other examinations related to the software development or software measures. In these instances, the Contractor shall also provide explanations and rationale for changes, answer questions, and provide clarifications regarding the measurement process and associated data and information to the product team members engaged in administering the contract. The Contractor shall contact the Contracting Officer in the event of requested access that appears to be inappropriate or unreasonable.

** To be inserted by the Integrated Product Team (IPT)/Product Team (PT).

(End of clause)

**3.11.27 Contract Not Affected by Oral Agreement**

No oral statement of any person shall modify or otherwise affect the terms, conditions, or specifications stated in this contract. All modifications to the contract must be made in writing by the Contracting Officer or an authorized representative.

(End of clause)

**3.11.28      Contractor's Invoices**

The Contractor shall submit itemized invoices as instructed by the Contracting Officer. The Contractor shall annotate each invoice with the contract number and other ordering office document identification.

(End of clause)



## SECTION J- LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

J-1:     CDRLs & DIDs
J-2:     Reliability, Maintainability, Availability (RMA) Metrics Terms and Definitions
J-3:     Metrics Definition Tutorial
J-4:     Maintenance Requirements Document
J-5:     Security Requirements Document
J-6:     Property Requirements Document
J-7:     FMI Process Document
J-8:     Interface Requirements Document for Airport Security Equipment (ASE)
J-9:     Interim EDS TIP Requirements
J-10:    Procurement Specification for Reduced Size Explosives Detection System (EDS)

NOTE:  ATTACHMENTS WILL BE PROVIDED UPON REQUESTS SUBMITTED TO THE TSA CONTRACTING OFFICER

## SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

Offeror shall complete and return this section to the Contracting Officer prior to Contract Award.

**3.2.2.3.3  Affiliated Offerors**        (July 2004)
(a) Business concerns are affiliates of each other when, either directly or indirectly, (1) one concern controls or has the power to control the other, or (2) a third party controls or has the power to control both. (b) Each offeror shall submit with its offer an affidavit stating that it has no affiliates, or containing the following information: (1) The names and addresses of all affiliates of the offeror. (2) The names and addresses of all persons and concerns exercising control or ownership of the offeror and any or all of its affiliates, and whether they exercise such control or ownership as common officers, directors, stockholders holding controlling interest or otherwise. (End of provision)

**3.2.2.3.10  Type of Business Organization** (July 2004)
        The offeror, by checking the applicable box, represents that-- (a) It operates as [ ] a corporation incorporated under the laws of the State of_____ , [ ] an individual, [ ] a partnership, [ ] a nonprofit organization, or [ ] a joint venture or [ ] Other [Specify the type of organization.] (b) If the offeror is a foreign entity, it operates as [ ] individual, [ ] a partnership, [ ] a nonprofit organization, [ ] a joint venture, or [ ] a corporation, registered for business in _____ . (country) (End of provision)

**3.2.2.3-15 Authorized Negotiators** (April 1996)

The offeror represents that the following persons are authorized to negotiate on its behalf with the Government in connection with this submittal._____ [list names, titles, and telephone numbers of the authorized negotiators].
(End of Provision)

**3.2.2.3.23  Place of Performance.**    (July 2004)
(a) The offeror (you), in fulfilling any contract resulting from this SIR, [ ] intends, [ ] does not intend (check applicable block) to use one or more plants or facilities located at a different address from your address as stated in this offer. (b) If you check 'intends' in paragraph (a) above, insert the following information: Place of Performance Street: City: State: Zip Code: Name of owner and operator, if other than the owner (End of provision)

**3.2.2.3.70  Taxpayer Identification.**   (July 2004)
(a) Definitions. (1) "Common parent," as used herein, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member. (2) "Corporate status," as used herein, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services. (3) "Taxpayer Identification Number (TIN)," as used herein, means the number required by the IRS to be used by the offeror in reporting income tax and other returns. (b) All offerors are required to submit the information required in paragraphs (c) through (e) of this provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). The TSA will use this information for the purpose of collecting and reporting on any delinquent amounts arising out of the respondent's relation with the Federal Government. This is pursuant to Public Law 104 -134, the Debt Collection Improvement Act of 1996, Section 31001(I)(3). If the resulting contract is subject to the reporting requirements, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract. (c) Taxpayer Identification Number (TIN). [ ] TIN:
_____ [ ] TIN has been applied for. [ ] TIN is not required because: [ ] Offeror is a

nonresident alien, foreign corporation, or foreign partnership that does not leave income effectively connected with the conduct of a trade or business in the U.S. and does not have all office or place of business or a fiscal paying agent in the U.S.; [ ] Offeror is an agency or instrumentality of a foreign government; [ ] Offeror is an agency or instrumentality of a Federal, state, or local government; [ ] Other State basis.
_____. (d) Corporate Status. [ ] Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services; [ ] Other corporate entity [ ] Not a corporate entity [ ] Sole proprietorship [ ] Partnership [ ] Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a). (e) Common Parent. [ ] Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause. [ ] Name and TIN of common patent:
Name _____ TIN
_____ (End of provision)

### 3.2.2.7-7 Certification Regarding Debarment, Suspension, Proposed Debarment, and Other Responsibility Matters (April 1996)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are [ ] are not [ ] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have [ ] have not [ ] within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers: or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

(C) Are [ ] are not [ ] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has [ ] has not [ ] within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) 'Principals,' for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions). THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this SIR. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this SIR for default.
(End of Provision)

**3.2.3.1    Cost Accounting Standards Notices and Certification.**    (April 1996)
Note: This notice does not apply to small businesses or foreign governments. This notice is in three parts, identified as the following sections I through III. Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract. I. DISCLOSURE STATEMENT-COST ACCOUNTING PRACTICES AND CERTIFICATION (a) Any contract in excess of $500,000 resulting from this RFI/RFP, except contracts in which the price negotiated is based on (1) established catalog or market prices of commercial items sold in substantial quantities to the general public, or (2) prices set by law or regulation, will be subject to the requirements of CAS rules, except for those contracts which are exempt as specified in CAS rules. (b) Any offeror submitting a offer which, if accepted, will result in a contract subject to the requirements of CAS rules must, as a condition of contracting, submit a Disclosure Statement as required by CAS rules. The Disclosure Statement must be submitted as a part of the offer under this RFI/RFP unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this offer. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision. Caution: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing offers or accumulating and reporting contract performance cost data. (c) Check the appropriate box below: [ ] (1) Certificate of Concurrent Submission of Disclosure Statement. The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows: (i) Original and one copy to the cognizant Contracting Officer (CO), and (ii) One copy to the cognizant contract auditor. (Disclosure must be on Form No. CASB DS-1. Forms may be obtained from the cognizant CO.) Date of Disclosure Statement
_____ Name and Address of Cognizant ACO where filed
_____ The offeror further certifies that practices used in estimating costs in pricing this offer are consistent with the cost accounting practices disclosed in the Disclosure Statement. [ ] (2) Certificate of Previously Submitted Disclosure Statement. The offeror hereby certifies that Disclosure Statement was filed as follows: Date of Disclosure Statement: _____ Name and Address of Cognizant CO where filed: _____ The offeror further certifies that the practices used in estimating costs in pricing this offer are consistent with the cost accounting practices disclosed in the applicable disclosure statement. [ ] (3) Certificate of Monetary Exemption. The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling more than $25 million (of which at least one award exceeded $1 million) in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this offer, the offeror will advise the Contracting Officer immediately. [ ] (4) Certificate of Interim Exemption. The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with CAS rules, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this offer has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under subparagraph (c)(1) or (c)(2) of Part I of this provision, as appropriate, to verify submission of a completed Disclosure Statement. Caution: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $25 million or more in the current cost accounting period may not claim this exemption (4). Further, the exemption applies only in connection with offers submitted before expiration of the 90-day period following the cost accounting period in which the monetary exemption was exceeded. II. COST ACCOUNTING STANDARDS-ELIGIBILITY FOR MODIFIED CONTRACT COVERAGE If the offeror is eligible to use the modified provisions of CAS rules and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause. [ ] The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of CAS rules and

certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because during the cost accounting period immediately preceding the period in which this offer was submitted, the offeror received less than $25 million in awards of CAS-covered prime contracts and subcontracts, or the offeror did not receive a single CAS-covered award exceeding $1 million. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately. Caution: An offeror may not claim the above eligibility for modified contract coverage if this offer is expected to result in the award of a CAS-covered contract of $25 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $25 million or more. III. ADDITIONAL COST ACCOUNTING STANDARDS APPLICABLE TO EXISTING CONTRACTS The offeror shall indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts. ___Yes ___No (End of provision)


(End of clause)


3.2.5.7    **Disclosure Regarding Payments to Influence Certain Federal Transactions.**    (June 1999)
(a) Definitions. (1) "The Act," as used in this clause, means section 1352, title 31, United States Code. (2) "Agency," as used in this clause, means executive agency, within the meaning of 5 U.S.C. 101, 102, and 104(I), and any wholly owned Government corporation within the meaning of 31 U.S.C. 9101.. (3) "Covered Federal action," as used in this clause, means any of the following Federal actions: (i) The awarding of any Federal contract. (ii) The making of any Federal grant. (iii) The making of any Federal loan. (iv) The entering into of any cooperative agreement. (v) The extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement. (4) "Indian tribe" and "tribal organization," as used in this clause, have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450B) and include Alaskan Natives. (5) "Influencing or attempting to influence," as used in this clause, means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action. (6) "Local government," as used in this clause, means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government. (7) "Officer or employee of an agency," as used in this clause, includes the following individuals who are employed by an agency: (i) An individual who is appointed to a position in the Government under title 5, United States Code, including a position under a temporary appointment. (ii) A member of the uniformed services, as defined in subsection 101(3), title 37, United States Code. (iii) A special Government employee, as defined in section 202, title 18, United States Code. (iv) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, title 5, United States Code, appendix 2. (8) "Person," as used in this clause, means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization with respect to expenditures specifically permitted by other Federal law. (9) "Reasonable compensation," as used in this clause, means, with respect to a regularly employed officer or employee of any person, compensation that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by, or not furnished in cooperation with the Federal Government. (10) "Reasonable payment," as used in this clause, means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector. (11) "Recipient," as used in this clause, includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization with respect to expenditures specifically permitted by other Federal law. (12) "Regularly employed," as used in this clause, means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less than 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days. (13) "State," as used in this clause, means a State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, a territory or possession of the United States, an agency or instrumentality of a

K-4

State, and multi-State, regional, or interstate entity having governmental duties and powers. (b) Prohibitions. The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that: (1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement; (2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal action) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the RFIs/RFPs, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and (3) He or she will include the language of this clause in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall disclose accordingly. (4) This certification and disclosure is a prerequisite for making or entering into this contract imposed by the Act. Any person who makes a prohibited expenditure or fails to file or amend a disclosure form, shall be subject to a civil penalty of not less than $10,000 and not more than $100,000, for each such failure. (c) The prohibitions of the Act do not apply under the following conditions: (1) Agency and legislative liaison by own employees. (i) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of a payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action if the payment is for agency and legislative liaison activities not directly related to a covered Federal action. (ii) For purposes of subdivision (c)(1)(i) of this clause, providing any information specifically requested by an agency or Congress is permitted at any time. (iii) The following agency and legislative liaison activities are permitted at any time where they are not related to a specific solicitation for any covered Federal action: (A) Discussing with an agency the qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities. (B) Technical discussions and other activities regarding the application or adaptation of the person's products or services for an agency's use. (iv) The following agency and legislative liaison activities are permitted where they are prior to the RFI/RFP of any covered Federal action: (A) Providing any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action; (B) Technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and (C) Capability presentations by persons seeking awards from an agency pursuant to the provisions of a law authorizing such actions; (v) Only those services expressly authorized by subdivision (c)(1)(i) of this clause are permitted under this clause. (2) Professional and technical services. (i) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of: (A) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of submittal/offer or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. (B) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any submittal/offer or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations. (ii) For purposes of subdivision (c)(2)(i) of this clause, 'professional and technical services' shall be limited to advice and analysis directly applying any professional or technical discipline. For example, drafting of a legal document accompanying a submittal/offer by a lawyer is allowable. Similarly, technical advice provided by an engineer on the performance or operational capability of a piece of equipment rendered directly in the negotiation of a contract is allowable. However, communications with the intent to influence made by a professional (such as a licensed lawyer) or a technical person (such as a licensed accountant) are not allowable under this section unless they provide advice and analysis directly applying their professional or technical expertise and unless the advice or analysis is rendered directly and solely in the preparation, submission or negotiation of a covered Federal action. Thus, for example, communications with the intent to influence made by a lawyer that do not provide legal advice or analysis directly and solely related to the legal aspects of his or her client's submittal/offer, but generally advocate one proposal over another are not allowable under this section because the lawyer is not providing professional legal services. Similarly, communications with the intent to influence made by an engineer providing an engineering

K-5

analysis prior to the preparation or submission of a submittal/offer are not allowable under this section since the engineer is providing technical services but not directly in the preparation, submission or negotiation of a covered Federal action. (iii) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents. (iv) Only those services expressly authorized by subdivisions (c)(2)(i) and (ii) of this clause are permitted under this clause. (v) The reporting requirements herein shall not apply with respect to payments of reasonable compensation made to regularly employed officers or employees of a person. (d) Disclosure. (1) The Contractor who requests or receives from an agency a Federal contract shall file with that agency a disclosure form, OMB Standard Form LLL, Disclosure of Lobbying Activities, if such person has made or has agreed to make any payment using nonappropriated funds (to include profits from any covered Federal action), which would be prohibited under subparagraph (b)(1) of this clause, if paid for with appropriated funds. (2) The Contractor shall file a disclosure form at the end of each calendar quarter in which there occurs any event that materially affects the accuracy of the information contained in any disclosure form previously filed by such person under subparagraph (e)(1) of this clause. An event that materially affects the accuracy of the information reported includes: (i) A cumulative increase of $25,000 or more in the amount paid or expected to be paid for influencing or attempting to influence a covered Federal action; or (ii) A change in the person(s) or individual(s) influencing or attempting to influence a covered Federal action; or (iii) A change in the officer(s), employee(s), or Member(s) contacted to influence or attempt to influence a covered Federal action. (3) The Contractor shall require the certification, and if required, a disclosure form by any person who requests or receives any subcontractor exceeding $100,000 under the Federal contract. (4) All subcontractor disclosure forms shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall submit all disclosures to the Contracting Officer at the end of the calendar quarter in which the disclosure form is submitted by the subcontractor. (e) Agreement. The Contractor agrees not to make any payment prohibited by this clause. (f) Penalties. (1) Any person who makes an expenditure prohibited under paragraph (b) of this clause or fails to file or amend the disclosure form to be filed or amended by paragraph (b) shall be subject to civil penalties as provided for by 31 U.S.C. 1352. An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable. (2) Contractors may rely without liability on the representations made by their subcontractors in the certification and in the disclosure form. (g) Cost allowability. Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable. Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision. (End of clause)

### 3.5.6    Royalty Information

(a) Cost or charges for royalties. When the response to this solicitation contains costs or charges for royalties totaling more than $250, the following information may be included in the response relating to each separate item of royalty or license fee:

  (1) Name and address of licenser.
  (2) Date of license agreement.
  (3) Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.
  (4) Brief description, including any part or model numbers of each contract item or component on which
      the royalty is payable.
  (5) Percentage or dollar rate of royalty per unit.
  (6) Unit price of contract item.
  (7) Number of units.
  (8) Total dollar amount of royalties.

(b) Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

### 3.5.14    Representation of Limited Rights Data and Restricted Computer Software.    (October 1996)
(a) This RFI/RFP sets forth the work to be performed if a contract award results, and the Government's known delivery requirements for data, as defined in the clause "Rights in Data-General." Any resulting contract may also provide the Government the option to order additional data under the "Additional Data Requirements" clause, if

included in the contract. Any data delivered under the resulting contract will be subject to the "Rights in Data-General" clause that is to be included in this contract. Under the latter clause, a Contractor may withhold from delivery data that qualify as limited rights data or restricted computer software, and deliver form, fit, and function data in lieu thereof. The latter clause also may be used with its Alternates II and/or III to obtain delivery of limited rights data or restricted computer software, marked with limited rights or restricted rights notices, as appropriate. In addition, use of Alternate V with this latter clause provides the Government the right to inspect such data at the Contractor's facility. (b) As an aid in determining the Government's need to include any of the aforementioned Alternates in the clause Rights in Data-General, the offeror's response to this RFI/RFP may, to the extent feasible, complete the representation in paragraph (b) of this provision to either state that none of the data qualify as limited rights data or restricted computer software, or identify which of the data qualifies as limited rights data or restricted computer software. Any identification of limited rights data or restricted computer software in the offeror's response is not determinative of the status of such data should a contract be awarded to the offeror. REPRESENTATION CONCERNING DATA RIGHTS Offeror has reviewed the requirements for the delivery of data or software and states (offeror check appropriate block)-- [ ] None of the data proposed for fulfilling such requirements qualifies as limited rights data or restricted computer software. [ ] Data proposed for fulfilling such requirements qualify as limited rights data or restricted computer software and are identified as follows:

_____    _____
                                               Note: "Limited rights data" and "Restricted computer software"
are defined in the contract clause titled "Rights In Data-General." (End of provision)


**3.6.2.3 Walsh-Healey Public Contracts Act Representation** (January 1998)

The offeror represents as a part of this offer that the offeror is [ ] or is not [ ] a regular dealer in, or is
[ ] or is not [ ] a manufacturer of, the supplies offered.
(End of Provision)


**3.6.2.6        Previous Contracts and Compliance Reports**  (April 1996)

The offeror represents that

(a) It [ ] has, [ ] has not, participated in a previous contract or subcontract subject either to the "Equal Opportunity" clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) It [ ] has, [ ] has not, filed all required compliance reports; and (c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)


**3.6.2.8        Affirmative Action Compliance**  (April 1996)

The offeror represents that

(a) It [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or

(b) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(End of provision)

**3.6.3.1    Clean Air and Water Certification**     (April 1996)

The Offerors signature on this contract constitutes an affirmative attestation that: (a) Any facility to be used in the performance of this contract is not listed on the Environmental Protection Agency (EPA) List of Violating Facilities; (b) The Offeror will immediately notify the Contracting Officer, of the receipt of any communication from the Administrator, or a designee, of the EPA, indicating that any facility that the Offeror uses for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and (c) The Offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract. (End of provision)


**3.6.3.2         Clean Air and Clean Water (April 1996)**

(a) Definitions:

   (1) Air Act, as used in this clause, means the Clean Air Act (42 U.S.C. 7401 et seq.).

   (2) Clean air standards, as used in this clause, means--

      (i) Any enforceable rules, regulations, guidelines, standards, limitations, orders, controls, prohibitions, work practices, or other requirements contained in, issued under, or otherwise adopted under the Air Act or Executive Order 11738;

      (ii) An applicable implementation plan as described in section 110(d) of the Air Act (42 U.S.C. 7410(d));

      (iii) An approved implementation procedure or plan under section 111(c) or section 111(d) of the Air Act (42 U.S.C. 7411(c) or (d)); or

      (iv) An approved implementation procedure under section 112(d) of the Air Act (42 U.S.C. 7412(d)).

   (3) Clean water standards, as used in this clause, means any enforceable limitation, control, condition, prohibition, standard, or other requirement promulgated under the Water Act or contained in a permit issued to a discharger by the Environmental Protection Agency (EPA) or by a State under an approved program, as authorized by section 402 of the Water Act (33 U.S.C. 1342), or by local government to ensure compliance with pretreatment regulations as required by section 307 of the Water Act (33 U.S.C. 1317).

   (4) Compliance, as used in this clause, means compliance with--

      (i) Clean air or water standards; or

      (ii) A schedule or plan ordered or approved by a court of competent jurisdiction, the Environmental Protection Agency (EPA), or an air or water pollution control agency under the requirements of the Air Act or Water Act and related regulations.

   (5) Facility, as used in this clause, means any building, plant, installation, structure, mine, vessel or other floating craft, location, or site of operations, owned, leased, or supervised by a Contractor or subcontractor, used in the performance of a contract or subcontract. When a location or site of operations includes more than one building, plant, installation, or structure, the entire location or site shall be deemed a facility except when the Administrator, or a designee, of the Environmental Protection Agency (EPA) determines that independent facilities are collocated in one geographical area.

   (6) Water Act, as used in this clause, means Clean Water Act (33 U.S.C. 1251 et seq.).

(b) The Contractor agrees:

(1) To comply with all the requirements of section 114 of the Clean Air Act (42 U.S.C. 7414) and section 308 of the Clean Water Act (33 U.S.C. 1318) relating to inspection, monitoring, entry, reports, and information, as well as other requirements specified in section 114 and section 308 of the Air Act and the Water Act, and all regulations and guidelines issued to implement those acts before the award of this contract;

(2) That no portion of the work required by this prime contract will be performed in a facility listed on the EPA List of Violating Facilities on the date when this contract was awarded unless and until the EPA eliminates the name of the facility from the listing;

(3) To use best efforts to comply with clean air standards and clean water standards at the facility in which the contract is being performed; and

(4) To insert the substance of this clause into any nonexempt subcontract, including this subparagraph (b)(4).

(End of clause)

**3.6.3.10    Certification of Toxic Chemical Release Reporting**.    (August 1998)
        (a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995. (b) By signing this offer, the offeror certifies that-- (1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or (2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: [Offeror check each block that is applicable.] __(i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c); __(ii) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A); __(iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA); __(iv) The facility does not fall within Standard Industrial Classification Code (SIC) designations 20 through 39 or; __(v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction. (End of provision)

**3.6.4.15 Buy American Act Certificate**   (June 1996)

(a) The offeror certifies that each end product, except as listed below, is a domestic end product (as defined in the clause "Buy American Act-Supplies,") and components of unknown origin are considered to have been mined, produced, or manufactured outside the United States.

| Excluded End Product | Country of Origin |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

[list as necessary]

(b) The offeror agrees to furnish any additional information as the Contracting Officer may request to verify the above information and to evaluate the offer. Offerors may obtain from the Contracting Officer lists of articles, materials, and supplies excepted from the Buy American Act.

K-9

(End of provision)

**3.13-4 Contractor Identification Number—Data Universal Numbering System (DUNS) Number** (August 1997)

(a) "Contractor Identification Number," as used in this provision, means "Data Universal Numbering System (DUNS) number, which is a nine-digit number assigned by Dun and Bradstreet Information Services.

(b) Contractor identification is essential for complying with statutory contract reporting requirements. Therefore, the offeror shall submit its DUNS number, annotated as "DUNS" following its name and address on the cover sheet of its proposal.

(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. A DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to provide the following information:

> (1) Company name.
> (2) Company address.
> (3) Company telephone number.
> (4) Line of business.
> (5) Chief executive officer/key manager.
> (6) Date the company was started.
> (7) Number of people employed by the company.
> (8) Company affiliation.

(d) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet Home Page at http://www.dbis.customer/custlist.htm. If an offeror is unable to locate a local service center, it may send and e-mail to Dun and Bradstreet at globalinfo@dbisma.com.

(End of provision)

## SMALL BUSINESS PROGRAM REPRESENTATIONS (August 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is _____ *[insert NAICS code]*.

(2) The small business size standard is _____ *[insert size standard]*.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) *Representations*.

(1) The offeror represents as part of its offer that it * is, * is not a small business concern.

(2) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents, for general statistical purposes, that it * is, * is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents as part of its offer that it * is, * is not a women-owned small business concern.

(4) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offferor represents as part of its offer that it * is, * is not a veteran-owned small business concern.

K-10

(5) [*Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.*] The offeror represents as part of its offer that is * is, * is not a service-disabled veteran-owned small business concern.

(6) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents, as part of its offer, that -

> (i) It * is, * is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

> (ii) It * is, * is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate of the HUBZone small business concern or concerns that are participating in the joint venture. [*The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: _____.*] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(c) *Definitions.* As used in this provision--

"Service-disabled veteran-owned small business concern"-

(1) Means a small business concern-

> (i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

> (ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) *Notice.*

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall --

      (i) Be punished by imposition of fine, imprisonment, or both;

      (ii) Be subject to administrative remedies, including suspension and debarment; and

      (iii) Be ineligible for participation in programs conducted under the authority of the Act.

**(End of provision)**

*The following Representations, Certifications, and Other Statements of Offerors apply regardless of contract type:*

K.1 - 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):
:http://www.arnet.gov/far/

PROVISION

| NO. | TITLE | | DATE |
|---|---|---|---|
| 52.204-5 | Women-Owned Business (Other Than Small Business) | MAY 1999 | |
| 52.222-38 | Compliance with Veterans' Employment Reporting Requirements | | DEC 2001 |

    \*   \*   \*   \*   \*   \*

K.12    CERTIFICATION

I hereby certify that the responses to the above Representations, Certification, and Other Statements are accurate and complete.

    Signature: _____

    Title: _____

    Date: _____

# SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS OR QUOTERS

## L.1 -   Clauses and Provisions Incorporated by Reference

This contract, as applicable, incorporates by reference the following provisions or clauses with the same force and effect as if they were given in full text.

| Provision/ Clause No. | TITLE | DATE |
|---|---|---|
| 1.13.3 | Cost/Schedule Status Report Plans (July 2003) | (July 2003) |
| 3.1.7.3 | Organizational Conflict of Interest SIR Provision | (August 1997) |
| 3.2.2.3.1 | False Statements Offerors. | (July 2004) |
| 3.2.2.3.11 | Unnecessarily Elaborate Submittals | (July 2004) |
| 3.2.2.3.12 | Amendments to Screening Information Requests | (July 2004) |
| 3.2.2.3.13 | Submission of Information/ Documentation/Offers | (July 2004) |
| 3.2.2.3.14 | Late Submissions, Modifications, and Withdrawals of Submittals | (July 2004) |
| 3.2.2.3.15 | Authorized Negotiators | (July 2004) |
| 3.2.2.3.16 | Restriction on Disclosure and Use of Data | (July 2004) |
| 3.2.2.3.17 | Preparation of Offers | (July 2004) |
| 3.2.2.3.18 | Prospective Offeror's Requests for Explanations | (July 2004) |
| 3.2.2.3.19 | Contract Award | (July 2004) |
| 3.2.2.3.20 | Electronic Offers | (July 2004) |
| 3.2.2.3.21 | Reserved | (July 2004) |
| 3.2.2.3.31 | Facilities Capital Cost of Money. | (July 2004) |
| 3.2.2.3.38 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data. | (July 2004) |
| 3.2.2.3.38.1 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data (Alternate I) | (July 2004) |
| 3.2.2.3.38.2 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data (Alternate II) | (July 2004) |
| 3.2.2.3.9 | Notice of Possible Standardization | (July 2004) |
| 3.2.4.1 | Type of Contract. | (April 1996) |
| 3.2.4.25 | Single or Multiple Awards. | (April 1996) |
| 3.6.2.7 | Preaward On-Site Equal Opportunity Compliance Evaluation. | (November 1997) |

## L.2  Communication and Correspondence

This is an all-electric solicitation.  No hard copies will be mailed.  Amendments to the solicitation will be posted to the Federal Business Opportunities website (www.fbo.gov).  It is the Offeror's responsibility to periodically review the Federal Business Opportunities website for notices, amendments, updates, questions and answers and changes to the posted information.

Any technical questions, requests for clarification or requests for data in connection with this RFP must be in writing and shall be directed to the Contracting Officer.  All communications concerning the solicitation, including any of a

technical nature, must be made through the Contracting Officer in writing or via electronic mail (e-mail) at: Connie.Thornton@dhs.gov .

## L.3    Government Rights

The Government reserves the following rights with regard to Award:

### L.3.1.    Award Without Discussion

The Government intends to evaluate proposals and make award without discussions. Offers should contain the offeror's best terms within the proposed technical approach, to include all evaluation factors and sub-factors. Additionally, the Government reserves the right to conduct discussions and request proposal revisions if it is determined to be necessary. If a competitive range is established, the Government may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

 **(End of provision)**

### L.3.2.    No Award

The Government reserves the right not to make an award as a result of this RFP if such award is determined contrary to the best interest of the Government.

### L.3.3    Expenses Related to Offer's Submission

The Government will not pay any bid and proposal costs incurred in the submission of the offer or related to any studies or designs deemed necessary to prepare this offer.

## L.4    Disputes

All contract disputes arising under or related to this acquisition and resulting contract (if awarded) shall be resolved through the Transportation Security Administration (TSA) dispute resolution system at the FAA Office of Dispute Resolution for Acquisition (ODRA) and shall be governed by the procedures set forth in 14 C.F.R. Parts 14 and 17, which are hereby incorporated by reference. Judicial review, where available, will be in accordance with 49 U.S.C. 46110 and shall apply only to final agency decisions. A contractor may seek review of a final TSA decision only after its administrative remedies have been exhausted.

AMS 3.9.1-1 entitled Contract Disputes (May 2003) provides detailed information regarding contract disputes.

## L.5    Submission of Offers

Offers shall be submitted in accordance with the instructions provided herein and received by the Contracting Officer by 2:00 PM (Noon) Eastern Standard Time (EST) August 25, 2005. Offers not received by the Contracting Officer within the specified deadline will be considered non-responsive and shall not be considered for contract award. Offers are to be hand carried to the Contracting Officer and not submitted via mail, UPS, UPS, Federal Express, or any other mail service.

## L.6    Incorporation of Offers into Contract

The successful Offeror's technical and price proposals will be incorporated into the contract. Therefore, the successful Offeror will be responsible for delivering service in accordance with both the Statement of Work (SOW)

and the provisions of its offer (note – order of contractual requirement importance is: SOW, Offeror's proposal). Any deviations between service delivery and proposed delivery will entitle the Contracting Officer to unilateral adjustment of the contract price and/or termination of the contract without liability to the Government for the unperformed portion of the period of performance.

**L.7    Instructions for Submittal of Proposals**

Each Offeror shall submit a proposal that clearly and concisely describes and defines the Offeror's response to the objectives/requirements contained in the RFP. Unnecessary elaboration, or other presentations beyond that sufficient to present a complete and effective proposal are not desired. Elaborate artwork, expensive paper or bindings, and expensive visual or other presentation aids are neither necessary nor desired. The proposal shall contain all the pertinent information in sufficient detail in the area of the proposal where it contributes most critically to the discussion of the same information. When necessary, the Offeror shall refer to the initial discussion and identify its location within the proposal. Offerors should also identify risks inherent in their proposal, techniques used to mitigate those risks, and where such techniques were successfully employed in other contracts.

If an Offeror does not understand the instructions contained herein, then written notification should be provided to the contracting officer for clarification sufficiently in advance of the deadline for the receipt of offers to get an answer in time to meet the deadline. The Government will publish the questions asked and the answers given, and distribute them to all prospective Offerors.

Alternate proposals are not authorized. Objections to any terms and conditions of the RFP may make the offer unacceptable. An offeror may correct a deficiency only through discussions.

The Government will process late submissions of offers in accordance with AMS 3.2.2.3.1.2.3 (entitled *Receipt/Evaluation of Submittals*). If an offer is received late and is not eligible for consideration in accordance with AMS 3.2.2.3.1.2.3, then the Government will reject that offer without evaluation.

**L.7.1    Vendor Proposal Instructions**
Offeror's technical and price responses to this RFP shall be provided in the following two volumes: Volume I: Technical Approach; and Volume II: Price Proposal. THE VOLUME I TECHNICAL APPROACH SHOULD CONTAIN NO PRICING INFORMATION. Proposal Volume format is provided herein.

Offerors shall provide their Volume I: Technical Approach to satisfy:

 1.0 Executive Summary (2 page limit)
 2.0 Specification Compliance – The technical approach proposed for Specification Compliance shall include:
   2.1 Overview of Specification Compliance - (2 page limit)
   2.2 Completed Verification Requirements Traceability Matrix (VRTM) – The Contractor shall add columns to the VRTM and address: specific design parameters (where applicable), compliance indicator (yes/no), and comments.
   2.3 Quality Assurance Surveillance Plan (QASP) to address compliance issues ,schedule and mitigation plan for achieving compliance for those items from the VRTM identified as not meeting compliance.
   2.4 Identification of Exceptions Deviations – (4 page limit)
   2.5 Risk. (4 page limit)

 3.0 SOW Performance – (29 page limit)
 The technical approach proposed by Offerors to satisfy the SOW performance requirements shall address:
   3.1 Understanding of the Requirements (2 page limit)
   3.2 Performance Approach (including the approach and processes to satisfy the requirements, and the associated risk)
       3.2.1 Program Management (2 page limit)
       3.2.2 Quality Program (2 page limit)
       3.2.3 Configuration Management Program (2 page limit)
       3.2.4 Meetings and Reviews (1 page limit)

3.2.5 System Design (2 page limit)

3.2.6 System Refresh, Upgrade and Technology Infusion (2 page limit)

3.2.7 Test and Evaluation (2 page limit)

3.2.8 Technical Manuals (2 page limit)

3.2.9 Site Installations (2 page limit)

3.2.10 Security (2 page limit)

3.2.11 Training (2 page limit)

3.2.12 Equipment (2 page limit)

3.2.13 EDS System Warranty – The warranty proposed by Offerors shall address: preventative and corrective maintenance actions; consumables (if any); exclusions; and warranty period. (2 page limit)

3.2.14 Engineering Support Services (2 page limit)

3.3 Maintenance Approach (32 page limit)

3.3.1 Overall Maintenance Approach – The maintenance approach proposed by Offerors to satisfy the maintenance SOW requirements to include:

3.3.1.1 Understanding of the Maintenance Requirements (2 page limit)

3.3.1.2 ILS Management

3.3.1.2.1 Program Management (2 page limit)

3.3.1.2.2 Meetings and Reviews (2 page limit)

3.3.1.2.3 Integrated Support Plan (2 page limit)

3.3.1.2.4 Quality Assurance (2 page limit)

3.3.1.2.5 Configuration Management Program (2 page limit)

3.3.1.2.6 Security Requirements (2 page limit)

3.3.1.2.7 Standards and Code Requirements (2 page limit)

3.3.1.3 ILS Technical – Maintenance

3.3.1.3.1 Dispatch Contact Facility (2 page limit)

3.3.1.3.2 Maintenance Cost Reporting (2 page limit)

3.3.1.3.3 Preventative Maintenance (2 page limit)

3.3.1.3.4 Corrective Maintenance (2 page limit)

3.3.1.3.5 Maintenance Training (2 page limit)

3.3.1.3.6 RMA Requirements (2 page limit)

3.3.1.3.7 Field Data Reporting System Data (2 page limit)

3.3.1.3.8 Government Property and Inventory Management (2 page limit)

4.0 Offerors shall provide evidence of completed Transportation Security Laboratory (TSL) certification, SQT and OUE, and associated results for each. The Reduced Size EDS shall be certified by the TSL as set forth in Federal Register Volume 63, Number 70 April 13, 1998, "Criteria for Certification of Explosives Detection Systems". Offerors shall provide a an attachment to Volume 1, evidence of completed TSL certification , SQT and OUSE, and associated results for each.


Offerors shall submit Volume I: Price Proposal that provides the following:

- Data shall be sufficient for the Government to determine that the proposed price is reasonable and realistic for the effort. Pricing data should address material, labor, other direct costs, direct and indirect labor rates and other indirect expenses.
- Section B Pricing
- Based upon a review of the SOW, the Offeror is to propose recommended labor categories and associated labor rates, by fiscal year, to fulfill requirements for CLIN 0009 Engineering Support Services. For purposes of evaluation, the labor rate will be in effect for a fiscal year as indicated in the below table. The Offeror may propose as many labor categories as necessary. It is intended that the proposed labor categories and labor rates will be incorporated into the contract.

EXAMPLE - Reduced Size EDS Engineering Support Services Labor Rate Categories - CLIN 0009

| Labor Category | Year 1 Hourly Rate OCT2005- SEP2006 | Year 2 Hourly Rate OCT2006- SEP2007 | Year 3 Hourly Rate OCT2007- SEP2008 | Year 4 Hourly Rate OCT2008- SEP2009 | Year 5 Hourly Rate OCT2009- SEP2010 |
|---|---|---|---|---|---|
| Example: | | | | | |
| Program Manager | $120 | $125 | $130 | $135 | $140 |
| Integration Engineer | $90 | $95 | $100 | $105 | $110 |
| Training Specialist | $60 | $65 | $70 | $75 | $80 |
| | | | | | |
| | | | | | |
| | | | | | |

- Small Business Participation:

  The Transportation Security Administration is strongly committed to ensuring that all small business, veteran-owned, small businesses, service disabled veteran-owned small businesses, HUBZone small businesses, small businesses, small disadvantaged businesses and women-owned businesses have maximum opportunities to participate in subcontracting with TSA prime Contractors. To reinforce this commitment, TSA has established subcontracting goals for contract actions. Offerors responding to this solicitation shall address in their proposal the manner in which they can achieve an overall small business subcontracting goal of 10% based on contract dollars.

- Business Forms:
  The offeror shall prepare and submit the following in the Price Volume:

    a.  Standard Form 33 "Solicitation, Offer and Award." Offeror shall complete blocks 12 through 18.
    b.  Solicitation Section K Representation, Certification, and Other Statement of Offerors. This information must be completed and returned by the Offeror and its subcontractors in its entirety.
    c.  Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specified patents.
    d.  Offerors shall also identify potential and/or existing Organizational Conflicts of Interest.

**L.8    Proposal Volumes**
This section specifies the format and content that Offerors shall use for proposals responding to this RFP. It is required that the Offerors respond in accordance with these instructions. The goal is not to restrict the Offerors in the manner in which they will perform their work but rather to ensure a certain degree of uniformity in the format of the responses for evaluation purposes. In order to receive full consideration, firms are encouraged to ensure that the information provided within their proposal is factual, accurate and complete. Offerors are required to submit their proposals in separate volumes as indicated below. The Offeror's proposal must be organized according to the following format

**Volume I:   Technical Approach**

  1.1   Executive Summary
  1.2   Specification Compliance
    1.2.1   Overview

1.2.2    Verification Requirements Traceability Matrix
1.2.3    Quality Assurance Surveillance Plan and Schedule
1.2.4    Exceptions and Deviations
1.2.5    Risk
1.3    SOW Performance
1.3.1    Executive Summary
1.3.2    Understanding of the Requirements
1.3.3    Performance Approach
1.4    Maintenance
1.4.1    Overall Maintenance Approach
1.4.1.1    Understanding of the Maintenance Requirements
1.4.1.2    Preventative Maintenance Approach and Schedule
1.4.1.3    Corrective Maintenance Approach
1.4.1.4    Potential Maintenance Problems and Solutions
1.4.1.5    Consumables
1.4.1.6    Maintenance Risk
1.4.2    Warranty
1.4.2.1    Preventative Maintenance Actions
1.4.2.2    Corrective Maintenance Actions
1.4.2.3    Consumables
1.4.2.4    Exclusions
1.4.2.5    Warranty Period

**Volume II: Price Proposal**

2.1.    Introduction (1 page)
2.2.    Section B Pricing
2.3.    CLIN 0009 Engineering Services Labor Categories and associated labor rates
2.3.1.    Proposed labor basis of estimate by labor category.  Brief description of each labor  category recommended.
2.4.    Small Business Participation Approach
2.5.    Business Forms
2.5.1.    Three (3) copies of HSTS04-05-R-DEP029 with Signed and Dated Contract Cover  Page (Page 1 Block 17) and Completed Section K.

Offerors shall submit eight (8) hard-copies of Volume I plus one (1)  CD ROM copies, and six  (6) hard-copies of Volume II plus two (2) CD ROM copies.

### L.5.3    General Requirements for Proposal Volumes

**It is to be noted that no price information is to be contained within volumes other than the Price Proposal volume.**  The Offeror is responsible for providing adequate documentation to enable a thorough evaluation of the proposal.

**Pages shall be 8 ½ x 11", with at least one inch margins on all sides, using Times New Roman font with a 12 point size type or larger for all body text with one (1) inch margins top, bottom and on the unbound side.** The pages of the proposal text shall be singled sided.  Text used in graphics is at the discretion of the contractor, but should maintain a legible font and size; graphics must be able to be printed and copied in pure black and white. Pages shall be consecutively numbered.  Each page of the proposal should be affixed with the following legend: **"Source Selection Information – (See AMS 3.1.6 or FAR 3.104).**  Proprietary markings are permitted Each proposal volume shall be bound separately.  Each proposal volume and CD will be considered secure sensitive information and shall be marked with the following legend:

"Warning: This Document contains sensitive security information that is controlled under the provision of 49 CFR Part 1520.  No part of this document may be released without written permission of the Secretary of the Transportation Security Administration."

CD ROM Submission:
On the outside of each CD ROM, the Offeror shall clearly mark:
- The solicitation number
- The Offeror's name
- The date of submission and
- The proposal volume and files contained on the CD

Offers are advised that **classified or special access information shall not** be included in any submission in response to this solicitation. Instead, references to provide support in the proposal shall use unclassified information. Offerors are further advised that if proprietary, competition sensitive or company's confidential information is to be included in their response, they should indicate the nature of the information in the submittal and specify how to contact the Offeror. *The Contractor shall apply and maintain effective security practices in accordance with the requirements in DD Form 254 (SECTION J).*

**Submission**

Offerors shall not use the U.S. Mail or overnight mail to submit proposals. The Government will not accept facsimile submission of offers for this procurement. A proposal shall be valid for a period of 180 days from date of submission. All offers shall be delivered either by hand to the Contracting Officer at the following address or via electronic mail at Connie.Thornton@dhs.gov. The Contracting Officer will send an acknowledgement of receipt of the proposal to the originator via e-mail. For hand-delivery proposals, it is important that the outer envelope or wrapping be addressed as follows:

Connie Thornton, Contracting Officer
U.S. Department of Homeland Security
Transportation Security Administration
Office of Acquisitions – TSA-25
701 South 12th Street
Arlington, VA 22202

**The submission date for proposals is no later than AUGUST 25, 2005 at 2:00 PM Eastern Daylight Savings Time.** Proposal received on or before that date and time will be accepted for review. Proposals received after that date and time will be considered late in accordance with "Late Submissions, Modifications, and Withdrawals of Submittals,".

# SECTION M - EVALUATION FACTORS FOR AWARD

## CLAUSES AND PROVISIONS INCORPORATED BY REFERENCE (TSA 3.1.1) (SEP 2002)

### 3.2.2.3.34  Evaluation of Offers for Multiple Awards.  (July 2004)

In addition to other factors, offers will be evaluated on the basis of advantages and disadvantages to the Government that might result from making more than one award (multiple awards). It is assumed, for the purpose of evaluating submittals, that $500 would be the administrative cost to the Government for issuing and administering each contract awarded under this RFI/RFP and individual awards shall be for the items or combinations of items that result in the lowest aggregate cost to the Government, including the assumed administrative costs. (End of provision)

### 3.2.4.31    Evaluation of Options.  (April 1996)

Except when it is determined not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s). (End of provision)

### 3.3.1.30    Progress Payments Not Included.  (November 1997)

A progress payments clause is not included in this RFI/RFP, and will not be added to the resulting contract at the time of award. Submissions conditioned upon inclusion of a progress payment clause in the resulting contract will not be considered. (End of provision)

### Basis for Award and Best Value

TSA intends to award to award  competitive best value contract(s) with a production base of three (3) years and four (4) one-year options to provide maintenance of delivered Reduced Size EDS Units.   One or more award(s) shall be made to the offeror(s) whose proposal is determined to best meet the needs of Government after consideration of all factors -- i.e., provides the "best value."  The best value approach is a method of selecting the proposal that presents the best value to the Government, based on the evaluation of cost or price and other factors specified in the RFP. The Government may determine that a higher rated technical evaluation merits a higher price, and therefore represents the best value to the Government.

The Government reserves the right to hold communications with one or more offerors, or may award without communications or negotiations.  The Government may award any resulting contract to other than the lowest priced offeror, or other than the offeror with the highest non-cost rating. The Government reserves the right to award without discussions.

Offerors are required to meet all solicitation requirements including instructions, conditions and notices, representations and certifications, provisions and other requirements.  The Government may reject any proposal that is evaluated to be unrealistic in terms of program commitments, significantly not compliant with the solicitation requirements, unrealistically high or low in price/cost, or reflects a failure to comprehend the complexity and risks of the program.

Advisors who are not Federal Government employees may assist in the evaluation and provide input regarding the proposals.

**Basis of Evaluation**

a.    General

(1) This is a competitive source selection and will be conducted in accordance with the Transportation Security Administration Acquisition Management System. Proposals will be evaluated using the evaluation factors identified below.

(2) Proposals which are unrealistic in terms of technical capability or are unrealistically high or low in cost will be deemed reflective of an inherent lack of technical competence or indicative of a failure to comprehend the proposed contractual requirements and will be rejected.

b.    Evaluation Approach

The Government will evaluate:

(1) The extent to which the proposal exhibits a clear understanding of the work requirements and the means required to fulfill the requirements.

(2) The extent to which the proposal demonstrates the ability to meet or exceed the requirements defined in the RFP.

(3) Feasibility of performing all RFP requirements within the total price proposed.

**Evaluation Factors**

Evaluation Factors: The following evaluation factors are listed in descending order of importance:

Factor 1 – Technical Approach
Factor 2 – Maintenance Approach
Factor 3 – Cost/Price

**Evaluation Factor Relative Values**

a. Factors 1(Technical Approach) and 2 (Maintenance Approach) are more important than Factor 3 (Cost/Price).

b. Offerors should be aware that if competing proposals are determined essentially equal in terms of non-price factors, the Government may determine that the best value decision is the lowest priced offer. The Government may make tradeoffs between technical, maintenance and price when determining which proposal offers the best value to the Government. This tradeoff process may result in an award to other than the low priced offer or other than the proposal with the highest non-price factor rating.

**Cost or Price - Fairness, Reasonableness and Realism**

The offer shall be evaluated to determine if the costs or prices are fair and reasonable.

Price analysis shall be used for evaluating the reasonableness of the offered prices. For CLINs identified to be priced on a cost-reimbursable basis, evaluations shall also include a cost realism analysis to determine what the Government should realistically pay for the proposed effort, the offeror's understanding of the work, and the offeror's ability to perform the contract.

Cost realism analyses shall also be performed on cost-reimbursement CLINs to determine the probable cost of performance for each offeror. The probable cost may differ from the proposed cost and should reflect the Government's best estimate of the cost of any contract that is most likely to result from the offeror's proposal. The probable cost shall be used for purposes of evaluation to determine the best value. The probable cost is determined by adjusting each offeror's proposed cost, and fee when appropriate, to reflect any additions or reductions in cost elements to realistic levels based on the results of the cost realism analysis.

Option costs or prices will be included in the evaluation, unless the Government determines a proposed option will most likely not be included or exercised in the resulting contract. The Government will also consider all warranty period(s) provided by the Offeror.

**The Government shall evaluate unbalanced pricing. An offer may be rejected if the contracting officer determines that the lack of balance poses an unacceptable risk to the Government.**

**Notice of Award**

The Transportation Security Administration intends to award one or more Fixed Price and Time and Materials Indefinite Delivery/Indefinite Quantity type contract(s) for deployment and maintenance of the Reduced Size EDS. The proposals submitted will be evaluated based upon as assessment and review of technical capabilities to include the Offeror's technical approach, maintenance approach and cost/price. The evaluation will ensure that proposals meet the TSA's needs while determining the amount of risk (if any) associated with the Contractor performance. If is it determined that risk is greater than anticipated then the Contracting Officer reserves the right to hold negotiations to communicate approaches that will mitigate this risk.



(End of Section M)