UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC.,<br>    Plaintiff,<br><br>    v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.,<br>    Defendant. | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

**APPENDIX OF LEGAL AUTHORITIES CITED IN SUPPORT OF REVEAL'S SUPPLEMENTAL MEMORANDUM REGARDING IMMUNITY UNDER 28 U.S.C. § 1498**

**Authority**   **Tab**

*Chisum on Patents*, Vol. 5, § 16.06 .................................................................................1

\*   \*   \*

*Bereslavsky v. Esso Standard Oil Co.*, 175 F.2d 148 (4th Cir. 1949).................................2

*Calhoun v. United States*, 453 F.2d 1385 (Ct. Cl. 1972).....................................................3

*Carrier Corp. v. United States*, 534 F.2d 244 (Ct. Cl. 1976) .............................................4

*Coakwell v. United States*, 372 F.2d 508 (Ct. Cl. 1967).....................................................5

*Crater Corp. v. Lucent Tech., Inc.*, 255 F.3d 1361 (Fed. Cir. 2001) ...................................6

*Croll-Reynolds Co. v. Perini-Leavell-Jones-Vinell*, 399 F.2d 913 (5th Cir. 1968)...............7

*Croydon Co. v. Unique Furnishings, Ltd.*, 831 F. Supp. 480 (E.D.N.C. 1993).....................8

*Evans. v. McDermott Aircraft Corp.*, 270 F. Supp. 778 (D. Mo. 1967),
vacated on other grounds, 395 F.2d 359 (8th Cir. 1968) .....................................................9

*Hughes Aircraft Co. v. United States*, 534 F.2d 889 (Ct. Cl. 1976) ...................................... 10

*Leesona Corp. v. United States*, 599 F.2d 958 (Ct. Cl. 1979) ............................................... 11

*John J. McMullen Assoc. Inc., v. State Bd. Of Higher Educ.*,
268 F. Supp. 735 (D. Or. 1967) .............................................................................................. 12

*Robishaw Eng'g, Inc. v. United States*, 891 F. Supp. 1134 (E.D. Va. 1995) ......................... 13

*Larson v. United States*, 26 Cl. Ct. 365 (1992) ..................................................................... 14

*Raymond Eng'g Inc. v. Miltope Corp.*, 231 U.S.P.Q. 575 (S.D.N.Y. 1986) .......................... 15

*Richmond Screw Anchor Co. v. United States*, 275 U.S. 331 (1928) .................................... 16

*Riles v. Amerada Hess Corp.*, 999 F. Supp. 938 (S.D. Tex. 1998) ........................................ 17

*Trojan, Inc. v. Shat-R-Shield, Inc.*, 885 F.2d 854 (Fed. Cir. 1989) ....................................... 18

*W.L. Gore & Assoc. Inc. v. Garlock, Inc.*, 842 F.2d 1275 (Fed. Cir. 1988) .......................... 19

*Windsurfing Int'l., Inc. v. Ostermann*, 534 F. Supp. 581 (S.D.N.Y. 1982) ........................... 20

 

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.,**

By its attorneys,

Dated: September 13, 2005

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO # 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000