**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>                Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>                Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

**DECLARATION OF ADAM J. KESSEL
IN SUPPORT OF L-3'S SUPPLEMENTAL BRIEF ON
<u>AUTHORIZATION AND CONSENT</u>**

1.      As counsel for Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), I submit this declaration under penalty of perjury in support of L-3's Opposition to Motion to Stay.

2.      Attached as Exhibit A is a document entitled "Reduced Size EDS Industry Day Questions." This documented was posted on the Federal Business Opportunities website on August 17, 2005, and is available at <http://www1.eps.gov/EPSData/DHS-BT/Archive/Synopses/35287/HSTS04-05-R-DEP029/20050818131517.zip>.

Dated: September 13, 2005            <u>/s/ Adam J. Kessel</u>
                                                      Adam J. Kessel

931843.1

# EXHIBIT A

# Reduced Size EDS Industry Day Questions

| Item | Question | Response | Status |
|---|---|---|---|
| 1 | How does TSA define a Partially Integrated Reduced Size EDS? | A Partially Integrated Reduced Size EDS is connected with the Baggage Handling System (BHS) at either the entry conveyor or the exit conveyor, but not both. | Closed |
| 2 | CLIN 0016 is for the Field Data Reporting System (FDRS). Should the CLIN be priced or leave it TBD? | CLIN 0016 should be priced as firm fixed price per unit. Paragraph 6.1.7 in the Statement of Work identifies the FDRS requirement. Please note CLIN 0016 has been renumbered to read CLIN 0110. | Closed |
| 3 | There are four one-year options for maintenance. Is it acceptable to quote these options as if they are sequential, or should we quote them irrespective of whether or not a previous year was exercised? For example, assume TSA decides not to exercise the maintenance option for year 2 but later decides they want to exercise the maintenance option for year 3. Do we need to price the maintenance options with this in mind, or can we assume that the price for the maintenance option in year 3 is only valid if TSA has exercised the options for years 1 and 2? | The four one-year maintenance options should be priced irrespective of whether or not a previous option year was exercised. | Closed |
| 4 | Clause B.4 states that the minimum quantity shall be at least one (1) Reduced Size EDS. Furthermore, Clause B.8.1 states, "The prices are valid for the identified quantities plus or minus 20%." Please provide additional information on the number of systems TSA intends to procure, as well as a potential delivery schedule. | Clause B.8.1 applies to the Maintenance Option CLINs only. Regarding the number of systems and potential delivery schedule, please see answer to questions 30, 37, and 38. Please note B.8.1 has been renumbered to read B.9.2. | Closed |
| 5 | In Clause H.2, Ethical Behavior, it states, "…Contractor or subcontractor employees shall refrain from making any statement or taking action, which would be construed as demonstrating bias against a competitor." The EDS marketplace is very competitive and it is difficult to see how a company can win a competitive tender without "demonstrating bias against a competitor." Please define what TSA means by the above referenced statement. | It is unlikely that this clause will be applicable as it is doubtful that competitors work will be reviewed. Please note | Closed |
| 6 | Under H.18, Payment, Option Maintenance CLINs 1011, 2011, 3011, 4011, there is a discussion on when service-level agreement requirements are not met. In particular, the language says, "The remaining 5% will be held in a retained account over which the CO has unilateral authority." What are the criteria to determine eventual payment, or is this truly at the sole discretion of the CO? | The remaining 5% is at the sole discretion of the CO. | Closed |

# Reduced Size EDS Industry Day Questions

| Item | Question | Response | Status |
|---|---|---|---|
| 7 | Section H.22, Incorporation of the Contractor's Proposal, says, "The Contractor's Technical Approach has been incorporated as a means of meeting the requirements of the Contract. If it is later determined that the approach will not satisfy the requirements of the contract, it will be the Contractor's responsibility to determine an adequate method, and after approval of such improved method, to implement the change." Does this mean that if we identify items in "Exceptions and Deviations" section of the Technical Approach that changes will need to be incorporated to make the system 100% compliant with the Procurement Specification? | Clause H.22, Incorporation of the Contractor's proposal has been revised. Please see the revised text. | Closed |
| 8 | Section H.23, Subcontracts, states that the Contractor must "make payments to subcontractors in a manner consistent with or more expeditious than the Government's requirement for prompt payment." Does TSA really intend to limit our ability to negotiate more favorable payment terms with our suppliers? For example, if we have negotiated 45-day payment terms with all our suppliers and offer TSA a discount for payment within 10 days, do we then need to modify the agreements with our suppliers? | The intent of the Clause H.23 is to ensure that subcontractors are paid in a timely manner. The negotiation of payment terms is between the contractor and their suppliers. | Closed |
| 9 | Section H.24, Subcontracting Plan, discusses the Small Business Participation Approach that is required as part of the Price Proposal. Is this plan required if the Offeror is a small business? | A Small Business Participation Approach is not required if the Offeror is a small business. | Closed |
| 10 | In Section I, Clause 3.14.6 refers to pre-employment security screening of employees. In particular, this clause states that employees assigned to work at an airport must "undergo a pre-employment security investigation prior to being permitted to report to work…This submission must take place at least thirty (30) days prior to the employment start date." The Field Service Engineers (FSE) are the ones that will be primarily impacted by this clause. We are assuming that this clause means that the security screening must be completed prior to being permitted to go to airport, not to report to work at the company. Please clarify. | Security Screening must be completed prior to being permitted to go to airport, not reporting to work at the company. See also Clause 3.13-8 Foreign Nationals as Contractor Employees which has been added to the RFP. | Closed |
| 11 | Section I, Clause 3.2.2.3.74, Site and Depot Level Spare Parts, states, "Offerors responding to this solicitation shall include the following in their proposal: A separately price recommended initial site and depot-level spare parts list for CLIN [CO to insert CLIN number here]." Since there is no CLIN for Spare Parts, should one be added, or was this clause inadvertently added? | No CLIN for spare parts will be added at this time. | Closed |
| 12 | Section I, Clause 3.4.1.8 talks about a patent infringement bond requirement. Please provide additional information on what will be required by TSA. | Clause 3.4.1.8 has been deleted. | Closed |

# Reduced Size EDS Industry Day Questions

| Item | Question | Response | Status |
|---|---|---|---|
| 13 | Section L.7.1, Vendor Proposal Instructions states, "Offerors shall provide evidence of completed Transportation Security Laboratory (TSL) certification, SQT and OUE, and associated results for each." In the event the Offeror doesn't have a formal report from TSL, is it acceptable to provide contact information at TSA whereby the reviewers can get this information? | Yes, it is acceptable to provide contact information whereby reviewers can obtain this information. | Closed |
| 14 | Section L.7.1 states, "The Reduced Size EDS shall be certified by the TSL as set forth in Federal Register Volume 63, Number 70 April 13, 1998, Criteria for Certification of Explosives Detection Systems." Although there is no reference to 75% threat masses here, in the Statement of Work and Product Specification it adds the requirement that it must certified at "75% threat explosive masses." Is TSL Certification at 75% threat explosive masses a goal, or a requirement? | Certification at 75% threat explosive masses is a requirement. To clarify, the Offerors Reduced Size EDS must be certified by the TSL as set forth in Federal Register Volume 63, Number 70 April 13, 1998, Criteria for Certification of Explosives Detection Systems at 100% threat mass to be considered for this procurement. For reduced Size EDS systems submitted that do not meet the requirement for certification at 75% threat mass, the Offerors must provide information on when 75% threat mass certification will be obtained in the QASP. | Closed |
| 15 | Section L.5.3, General Requirements for Proposal Volumes, states, "All offers shall be delivered either by hand to the Contracting Officer at the following address or via electronic mail." In Section L.8, Proposal Volumes, there are clear directions on the number of hard copies and CD ROM copies that are required. Are all-electronic submissions acceptable? | Offers are to be hand delivered and received at the place and time identified in Section L.5.3. Offers are not to be submitted via electronic mail. Please note that Section L.5.3 has been renumbered to Section L.7.2. | Closed |
| 16 | Section 3.7.1.4.1 of the SOW, System Qualification Test, states, "The Contractor shall provide a pre-production Reduced Size EDS to support a Government-conducted System Qualification test (SQT) at the Transportation Security Laboratory (TSL)." Is this a requirement if an SQT has already been conducted by TSL? | If the SQT has already been conducted, then the results need to be provided. | Closed |
| 17 | Section 3.7.1.4.2 of the SOW, Operational Test and Evaluation, states, "The Contractor shall provide a pre-production Reduced Size EDS to support a TSL-conducted Operational Test & Evaluation (OT&E)." Is this a requirement if an OT&E is already in progress? | No pre-production Reduced Size EDS needs to be provided if OT&E is in progress. | Closed |
| 18 | Section 3.9.2 of the SOW, Site Installation Engineering, describes in a fair amount of detail what may be required if the CO decides to have the installation engineering performed by the Contractor. Since there is no associated CLIN for this work, how will the costs associated with this task be recovered? Will this issue be addressed in the individual Delivery Orders on a T&M basis? | Site Installation Engineering will be addressed in individual Delivery Orders on a T&M basis. | Closed |

# Reduced Size EDS Industry Day Questions

| Item | Question | Response | Status |
|---|---|---|---|
| 19 | In numerous discussions we were told by TSA that they would handle the training if there was a wider deployment. Does TSA truly intend for the Contractor to perform the various training? If so, where would the Training Validation identified in Section 3.11.1.1 be conducted? If it is at the Contractor's facilities, who is responsible for Operator travel expenses? | It is not TSA's intent for the vendor to perform training on wide scale deployments. Separate task orders will be issued if the vendor is requested to perform training or be involved in training validation. | Closed |
| 20 | Section 5.1.2.3, Maintenance Security Equipment Database, states, "The SE Maintenance Database shall be stored on a GFE server." Please provide additional information on the location of the GFE server. | SOW 5.1.2.3 will be revised to remove the requirement to store the Maintenance Security Equipment Database on a GFE server. | Closed |
| 21 | Under Section 6.1.8, Government Property and Inventory Management, there is a reference to DHS/TSA approved property management applications. Please provide a list of those applications that are approved by DHS/TSA. | The requirement for using a 'DHS/TSA-approved COTS auto-discovery property management application' will be deleted. Refer to the revised SOW paragraph 6.1.8 for a description of the requirements for property management. | Closed |
| 22 | There are discrepancies between the table on pages 11 – 20 of the Interim EDS TIP Requirements and those contained on pages A5 – A12 of the Procurement Specification. Please clarify which tables govern. | There are no vendor requirements for TIP at this time other than those listed in section 3.1.8 of the Reduced Size EDS specification. The references to TIP in A5-A12 and attachment J-9, TIP-Draft, were included to provide vendors insight into future TIP requirements. The information in attachment J-9 will take precedence, but should be used for informational purposes only, as these are draft requirements | Closed |
| 23 | The draft RFP contains two sets of proposal preparation instructions (L.7.1 and L.8). Which format should be followed? The outline in L.8 is very logical, but those in L.7.1 are significantly more specific. | Section L.7.1 should be followed. | Closed |
| 24 | At what point is ISO 9001 Compliance necessary in this procurement process. | At time of contract award. | Closed |
| 25 | Is TSA planning a sole source award? If so, has a J&A been prepared. What is the justification. Can we get a copy? | A competitive procurement is being conducted for this requirement, which may result in multiple awards. | Closed |
| 26 | Has TSA done a market survey? What was found regarding sources of supply and cost of acquisition? | TSA relies upon the Transportation Security Laboratory (TSL) to certify equipment for use in transportation security applications. The vendors of equipment certified by the TSL are considered the sources of supply. | Closed |
| 27 | Does entry and exit conveyor count in the footprint? | Yes | Closed |

# Reduced Size EDS Industry Day Questions

| Item | Question | Response | Status |
|---|---|---|---|
| 28 | Section C-31 refers to Category X-IV airports.  How many airports are there that would need to be supported?  What is the estimated number of bags per hour required for these airports?  (equates to number of systems per airport) | TSA is currently conducting surveys of sites which may support installation of the Reduced Size EDS. | Closed |
| 29 | What is the BHS belt width for integrated systems?  If the maximum bag width is 29", is a 29" wide belt acceptable? | The BHS belt width is 1 meter.  The width of the belt in the proposed unit is a function of the design of the unit and its ability to meet specified requirements with that belt width. | Closed |
| 30 | What is the acceptable delivery period after time of award? | The acceptable period of delivery for initial units is anticipated not to exceed 180 days from Delivery Order award. | Closed |
| 31 | Should the training include OSR or will TSA provide the OSR training after an operator training course? | The vendor must include On Screen Resolution (OSR) training.  OSR training teaches operators how to use the features on the BVS to identify objects and materials.  This should not be confused with On Screen Alarm Resolution Protocol (OSARP) which is developed by TSA. | Closed |
| 32 | Can maintenance pricing be "TBD" for the submission? | No | Closed |
| 33 | For CLIN 7A - is this for the development of both operator training and "train the trainer" training courses?  If so, then 7C and 7F are for the delivery of these two courses.  Is this correct? | It is intended that the operator training and instructor material are developed as part of CLIN 0007A.  CLIN 0007C is for the conduct of operator training and 0007F is for conduct of instructor training (train the trainer). | Closed |
| 34 | Please clarify the differences between BVS (CLIN 5D), MBVS (CLIN 5E), and ABVS (CLIN 6B).  Is an ABVS referring to a Level 3 screening station for assisting in direct trace operation? | A Baggage Viewing Station (BVS) is for operator use in the immediate area of the reduced size EDS and receives images from only one reduced size EDS. A Multiplex BVS (MBVS) is for use with a multiplexed system and can receive images from any EDS on the multiplex network. An Alternate BVS (ABVS) is for the use of operators in the Electronic Trace Detection (ETD) area to assist in the resolution of suspect/alarm baggage.  Please note the final RFP has made changes to CLINs/SubCLINs for 0005 and 0006. | Closed |
| 35 | For converting a standalone machine to an integrate-able one (CLIN 8A), is this CLIN limited to the software and hardware on the machine excluding additional "Multiplex Equipment" required for networking it (i.e. a switch)? | Yes | Closed |

# Reduced Size EDS Industry Day Questions

| Item | Question | Response | Status |
|---|---|---|---|
| 36 | Please confirm that Standalone Reduced Size EDS (CLIN 1) pricing is limited to the EDS machine while standalone BVS, MBVS, and ABVS are separately priced on CLIN's 5D, 5E, and 6B? | The pricing of a stand-alone, integrated, and partially integrated reduced size EDS includes a BVS. The MBVS and ABVS are ordered and priced separately. The specification is being revised to clarify optional equipment. Please note the final RFP has made changes to CLINs/SubCLINs for 0005 and 0006. | Closed |
| 37 | I understand that initial order(s) are dependent on initial TSA site survey results and are also focused on those airports which are just using ETD for bag screening - can you give us any indication of the size of this market?  What is the ball park figure TSA is projecting? | TSA intends to order an initial number of units at contract award(s).  Additional units will be awarded to satisfy results of site surveys.  The estimate for first year quantity is 60 to 70 units. | Closed |
| 38 | In terms of the budget and eventual appropriations, is the Reduced Size EDS coming out of the EDS line item, the next generation line item, or is it its own line item?  And what is the dollar figure associated with it? | The initial (first year) funding is part of the NexGen appropriation. | Closed |
| 39 | Is the 50 square ft maximum inclusive of entrance/exit feed conveyors? | Yes | Closed |
| 40 | The Multiplexing is dependent upon TSA IRD (i.e. use of SSH Client environment supplied by TSA?)  When will it be finalized and made available by TSA. | The TSA universal IRD, attachment J-8, address the generic requirements for the Reduced Size EDS to connect with and to communicate with external networks outside the reduced Size EDS environment. A more detailed document on the Reduced Size EDS external communications requirements will be released in the future in the form of an Interface Control Document (ICD). Neither document will address internal or multiplexing communication protocols/ requirements.  Internal communications are under vendor design control. | Closed |
| 41 | What is the time expectation that Reduced Size EDS is ready for deployment?  In other words, if the product is under development and has yet to achieve certification, how much time is available to fulfill all standard qualification requirements to offer product in accordance to Reduced Size solicitation? | The requirement is for certification at time of contract award. | Closed |
| 42 | Will the final revision of the specification clarify what is a "should" versus a "shall" ? | Yes | Closed |
| 43 | What is the TSA's expected ROM price for Reduced Size EDS? | TSA cannot provide that information at this time. | Closed |
| 44 | Bag size 46" L X 29" W X 24" H.  Is that a single bag of these dimensions?  Or is it one bag 46" L, a different bag 29" W, and a third bag 24" H ? | This is the dimension for a single bag. | Closed |
| 45 | Could you please list a few of the airports in which Reduced Size EDS will be deployed?  (i.e. those only using ETD?) | TSA cannot provide that information at this time. | Closed |

# Reduced Size EDS Industry Day Questions

| Item | Question | Response | Status |
|---|---|---|---|
| 46 | The draft RFP makes no mention of an openness to completely new system designs based on emerging technologies. Will a proposal for a pre-production system to be delivered in 24 months for OT&E and certification be considered? Will this RFP cover this proposed 24 month system development? | Please see response to question 41. | Closed |
| 47 | Reference slides 29 and 30. If you have already been through SQT and OT&E do you price out CLINs 14A and 14B? | CLINs 0014A and 0014B need to be priced, however these CLINs will not be evaluated for purposes of pricing analysis. | Closed |
| 48 | If all requirements, i.e. foot print, throughput, 75% certification, etc. are not met, will the RFP be closed and a new spec written to allow suppliers to meet requirements, or will exceptions to these requirements be allowed? | As part of their proposals, vendors are required to complete the Verification Requirements Traceablity Matrix (VRTM) to indicate which requirements are met and which are not. Vendors are also required to submit a Quality Assurance Surveillance Plan (QASP) for those requirements which are not met. Please see paragraph 3.2.1 of the Statement of Work (SOW) for a discussion of the QASP requirements. TSA does not intend to close the RFP and rewrite the specification. | Closed |
| 49 | Define alternate proposals on page L-3, Section L.7 | Proposing another type of technology would be an example of an alternate proposal. | Closed |
| 50 | Would a proposal for an alternate solution, still including certified equipment, be accepted for evaluation based on best overall value to the Government? | Please see response to questions 48 and 49. | Closed |
| 51 | Page L-3  Section L.7.1 - 2.4 states "Identification of Exceptions, Deviations - (4 page limit)" and Section L.7 state "Objections to any terms and conditions of the RFP may make the offer unacceptable." Are the exceptions relative to technical requirements while the objections are relevant to the FAR flow downs, etc. ? | Exceptions, Deviations are relative to technical requirements and objections are relevant to the FAR/AMS clauses or RFP terms and conditions. | Closed |
| 52 | Can a company bid specific CDRL's (i.e. training and maintenance) for consideration or is this a non-compliant proposal? | To be compliant, the offer should address all CLINs. | Closed |
| 53 | How is the company's capacity and capability to support the program being evaluated? It is not part of the proposal format. | This will be evaluated as part of the pre-award audit. | Closed |
| 54 | What is the driver to replace trace? What were the results of the cost benefit analysis?  What assumptions were used? | Per 49 CFR Part 1520, Protection of Sensitive Security Information, TSA will not elaborate on the decision to replace ETD equipment with EDS. | Closed |
| 55 | Evidence of certification, SQT, OUE is required in the proposal and also in the CLIN's. Please explain. | Please see response to question 47. | Closed |
| 56 | Has TSA determined what companies comply with technical requirements? What is the number of companies? | No | Closed |

# Reduced Size EDS Industry Day Questions

| Item | Question | Response | Status |
|---|---|---|---|
| 57 | What is the requirement that necessitates Reduced Size? What studies or surveys have been made to determine the 50 square ft requirement? | The size requirement was based on the desire of TSA to replace a typical trace node with a reduced size EDS. A typical trace node contains approximately 35 square feet of equipment and 35 square of space for two operators for a total of 70 square feet. This will allow for approximately 50 square feet for a reduced size EDS and 20 square feet for an operator/BVS. | Closed |
| 58 | Will TSA accept proposals that do not meet all of the technical specifications and lists exceptions as provided in the proposal instructions. | Please see the response to question 48. | Closed |
| 59 | When were the specifications, Statement of Work, and RFP started and finalized? Who created them? Did anyone other than Government employees participate in any portions? | The reduced Size EDS SOW and Specification are TSA documents. | Closed |
| 60 | Is there an incumbent contract for the Reduced Size EDS requirement? If so, can you provide me with the Contractor's Name, Contract Number, Contract Type, Award Date, Duration -- including option years, and Total Value? I would appreciate any information you are able to provide. | There is no incumbent contractor. This is a new requirement. | Closed |
| 61 | You answered the question regarding the total market as 60 to 70 systems. Was that the initial delivery order or the total contract quantity? | Please see the response to question 37. | Closed |
| 62 | Is the availability of FDRS a mandatory requirement at time of award? If not, please provide rationale. | Please see the response to question 48. | Closed |
| 63 | Is it mandatory that the product(s) being proposed be certified for 75% threat explosive masses at time of award? | Please see the response to question 48. | Closed |
| 64 | Is it mandatory that an Integrated Reduced Size EDS be available at time of award? If so, will the requirements of 3.1.7.3.2 and 3.1.7.3.3 need to be demonstrated? | Please see the response to question 48. | Closed |
| 65 | Is it mandatory that a Partially Integrated Reduced Size EDS be available at time of award? If so, will it need to be demonstrated? | Please see the response to question 48. | Closed |
| 66 | Is it mandatory that a Multiplex Baggage Viewing Station for a Reduced Size EDS be available at time of award? | Please see the response to question 48. | Closed |
| 67 | Is it mandatory that an alternate bag viewing station be available at time of award? | Please see the response to question 48. | Closed |
| 68 | Is it mandatory that the contractor provide history to indicate experience in maintenance and quality tracking? | Please see the response to question 48. Please note that the requirement is to provide a history of maintenance actions and quality metrics. | Closed |

**Reduced Size EDS Industry Day Questions**

| Item | Question | Response | Status |
|---|---|---|---|
| 69 | Is it mandatory that the product(s) being offered have a certified throughput of at least 120 bags per hour? | Please see the response to question 48. | Closed |
| 70 | Is it mandatory that the product(s) being offered provide a capability of alternating between detection algorithms, on a per bag basis, to accommodate multiple operating scenarios or threat levels?<br>    What is the rationale for this requirement, if mandatory?<br>    If a mandatory requirement, would it be mandatory for each airport? | Please see the response to question 48. | Closed |
| 71 | Is it mandatory that the product(s) being offered provide manual and auto-calibration capability as a function of time or temperature of detectors to maintain certified performance?<br>    What is the rationale for this requirement, if mandatory?<br>    If a mandatory requirement, would it be mandatory for each airport? | Please see the response to question 48. | Closed |
| 72 | Are each of the Imaging Requirements under 3.1.3 mandatory? | Please see the response to question 48. | Closed |
| 73 | Are the requirements under 3.1.4 all mandatory? | Please see the response to question 48. | Closed |
| 74 | Is it mandatory that TIP functionality be available in the product(s) being offered at time of award?  If not, please explain rationale. | Please see the response to question 48. | Closed |
| 75 | Is it mandatory that each machine-identified alarm object be surrounded by color-coded outline/box on the X-ray image of the whole bag?  Is it mandatory that a yellow box shall surround alarm objects and the outline/box for the current threat being processed by the operator be in red?<br>   If so, what is the rationale for this requirement and what color differentiates an object that the operator requires to search?<br>   Are there studies or surveys that support this rationale? | Please see the response to question 48. | Closed |

## Reduced Size EDS Industry Day Questions

| Item | Question | Response | Status |
|---|---|---|---|
| 76 | Is it mandatory that workstations that display images, the following image tools shall be available to the screener through a configuration file that is password protected: image rotation (for 3-D only), window/level, zoom, annotations and markers, distance measurement, and linear scale.<br>   If so, what is the rationale?<br>   Are there studies or surveys that support this rationale? | Please see the response to question 48. | Closed |
| 77 | Is the bag length of 46 inches mandatory?  If so, what is the rationale for this size? How will golf bags be addressed?<br>   Is the width of 29 inches and height of 24 inches mandatory for the bag size?<br>   If so, what is the rational for the overall bag size?<br>   Are there studies or surveys that support this rationale for these particular Category Airports? | Please see the response to question 48. | Closed |
| 78 | Is the floor loading requirement mandatory?  If so, what was the rationale and are there studies or surveys that would support this rationale?  Does this rationale exist at every airport? | Please see the response to questions 28 and 48. | Closed |
| 79 | Is the height of 75 inches mandatory?  If so, what is the rationale on this?  Are there studies or surveys available to support this?  Does this rationale exist at every airport? | Please see the response to questions 28 and 48. | Closed |
| 80 | Is the 50 square feet footprint mandatory?  If so, what was the rationale?  Also, if so, what about the square footage of an integrated system?  Are there studies or surveys to support this?  Does this rationale exist at every airport? | Please see the response to questions 28 and 48. | Closed |
| 81 | Please clarify the mobility requirement in 3.2.7.  Wheels, casters and rollers may also be considered a lifting device.  Can a lifting tool be considered a similar mechanism? | The intent of the requirement is for TSA to have the ability to move the equipment within a level plane without having to hire an outside contractor/rigging company.  If the lifting device provides this capability and is included as part of each Reduced Size EDS, then it meets this requirement. | Closed |
| 82 | I have been informed that answers to these questions will be provided August 16, 2005.  Please confirm that this is the correct date. | August 16, 2005 is that date announced that the response would be provided to questions. | Closed |

**Reduced Size EDS Industry Day Questions**

| Item | Question | Response | Status |
|---|---|---|---|
| 83 | In the "Solicitation Offer & Award" document, section L.7.1, "Vendor Proposal Instructions", Item 4.0, states "Offerors shall provide evidence of completed Transportation Security Laboratory (TSL) Certification…". Our equipment, which is commercially available, has not been certified by TSL, will this automatically disqualify our proposal should we submit one? And, how can we obtain this certification for future proposals? | Transportation Security Laboratory (TSL) certification is required before a contract can be awarded. You may contact Mr. William Petracci at TSL to obtain certification information, phone (609) 813-2708. | Closed |
| 84 | If we team with another company to respond to this solicitation, will "both" companies need to meet the requirements for ISO 9001 certification or equivalent? Will one member of the "team" suffice? | The prime contractor is required to meet the requirements for ISO 9001 certification or equivalent. | Closed |

8/9/05