UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC.,<br>     Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.,<br>     Defendant. | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein). |

## NOTICE OF FILING WITH CLERK'S OFFICE

  Pursuant to the terms of the Protective Order entered in the above case, I hereby give notice that the original Supplemental Declaration of Michael Ellenbogen, with *highly confidential* Exhibits D and F attached, will be manually filed with the Court *under seal* on Wednesday, September 14, 2005. The redacted version of Mr. Ellenbogen's Supplemental Declaration has been filed electronically with the Court this day.

Dated: September 13, 2005

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
 and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

**Attorneys for Reveal Imaging Technologies, Inc.,**

LIT 1541195v.1