IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## NOTICE OF APPEARANCE OF ADAM J. KESSEL

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of the Plaintiff, L-3 Communications Security and Detection Systems, Inc., in the above-identified action.

Respectfully submitted,

Dated: September 14, 2005

/s/ Adam J. Kessel
Adam J. Kessel (BBO # 661211)
akessell@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA 02210
(617) 646-8000

936948.1