IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## REQUEST FOR EXPEDITED HEARING

Presently pending before the Court is L-3's Motion for Preliminary Injunction, which was filed on August 9, 2005. The motion was filed because the TSA was about to make a pending, substantial award. The TSA has stated it will make that award by the end of next week (September 24, 2005). At a hearing on September 1, the Court requested further briefing with respect to several issues. The Court also indicated that, after receiving that briefing, another hearing might be held. Because the date on which the award will be made is fast approaching, L-3 respectfully requests that the Court schedule that hearing as early in the week as the Court's schedule permits.

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS, INC.,

By its attorneys,

September 16, 2005

   /s/ James J. Foster
Michael A. Albert, BBO #558566
James J. Foster, BBO #553285
Robert M. Abrahamsen, BBO #636635
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.646.8000
Fax: 617.646.8646

938227.1

malbert@wolfgreenfield.com

938227.1                                    2