UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br><br>Plaintiff, )<br><br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br><br>Defendant. ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein). |

**REVEAL'S MOTION TO COMPEL L-3 TO PRODUCE OVERDUE DOCUMENTS, SUPPLEMENT INTERROGATORY RESPONSES AND PRODUCE KEY WITNESSES FOR DEPOSITION AS REQUIRED DUE TO TARDY DOCUMENT PRODUCTION**

Pursuant to Fed. R. Civ. P. 37(a), Reveal Imaging Technologies, Inc. ("Reveal") moves the Court to compel plaintiff L-3 Communications Security and Detection Systems ("L-3"): (1) to produce additional documents, including key technical materials regarding L-3's products, that have been improperly withheld from production over the course of fact discovery; (2) to supplement its incomplete and indefinite responses to Reveal's Interrogatory Nos. 2, 4, 5 and 7; and (3) if necessary, to make witnesses who have already been deposed (e.g., inventor-witnesses) available again for deposition, as their earlier depositions proceeded without Reveal having the benefit of responsive and material documents that were withheld by L-3.

For the foregoing reasons, as explained further in the accompanying memorandum of law, Reveal submits that this motion to compel should be granted.

**LOCAL RULE 7.1 CERTIFICATION**

Through numerous correspondence and telephone communications over many weeks, counsel for Reveal and L-3 have conferred on the matters addressed by this motion. In particular,

2

on August 30, 2005, the parties by telephone made a good faith final attempt to "meet and confer" in order to obviate the need for the Court's intervention as to this discovery dispute. Nonetheless, Reveal could not obtain from L-3 the discovery desired and to which it is entitled under the Rules. Accordingly, proceeding without L-3's assent to this motion, Reveal respectfully requests that its motion to compel be granted.

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.**,

By its attorneys,

Dated: September 16, 2005

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

LIT 1539812v.1

2