# EXHIBIT A



**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Robert M. Abrahamsen
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256

June 13, 2005

VIA FACSIMILE

Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
 and Popeo, P.C.
One Financial Center
Boston, MA 02111

    Re: <u>L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc.</u>, C.A. No. 04-11884-NG

Dear Joe:

    We informed you this morning that L-3 would be producing a witness on Thursday, June 16th, as requested in the Rule 30(b)(6) notice you served on May 24th. In response, you stated tersely that Reveal would not be going forward with the deposition until "issues related to the production of documents in this case can be resolved." Since L-3 has now provided you with more than 25,000 pages of materials responsive to Reveal's discovery requests (including responsive documents from the inventors and concerning L-3's products), you have received a full production from Krug and Tortora, and Eberhard and Hsiao are not and never have been L-3 employees, you have been provided with all of the documents you could possibly require to take this deposition. It thus appears this most recent postponement is but another delay tactic intended to draw out the resolution of this matter.

    Accordingly, we again feel compelled to reiterate that L-3 intends to vigorously oppose any effort by Reveal to alter any operative deadlines in this case. We have repeatedly offered to make witnesses available for deposition <u>on dates of your choosing</u>, and you have consistently made the unilateral decision at the 11th hour to forego taking such depositions.

Very truly yours,

WOLF, GREENFIELD & SACKS, P.C.

Robert M. Abrahamsen

RMA