# EXHIBIT E

# Exhibit has been designated "Highly Confidential" and will be filed conventionally with the Clerk's Office