# EXHIBIT H

# Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

H. Joseph Hameline

617 542 6000
617 542 2241 *fax*

*Direct dial 617 348 1651*

May 26, 2005

**Via Facsimile and Overnight Mail**

James Foster, Esq.
Wolf, Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02110

Re:  L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc., U.S.D.C. Mass., Civil Action no 04-11884-NG
<u>L-3 Document Supplementation and Depositions</u>

Dear Mr. Foster:

We have reviewed L-3's recent document production, including the two boxes of documents received May 24, 2005, and have concluded that L-3 has not yet produced all of the documents necessary to proceed with the depositions of the noticed inventors.

While not addressing all the deficiencies, we note that the following documents have not been produced: documents related to the marking of products covered by the patent, as identified in L-3's Responses to Plaintiff's Interrogatories, including VCT-30, VCT-30+, VCT-60, MIS Server, RRITA Business Method, Remote Expert, CXRS, eXaminer 3DX 6000, and eXaminer 3DX 6500; documents concerning the structure, function and operation of the products covered by the patent, including but not limited to product manuals, data sheets, drawings, sketches, notebooks, and source code; documents related to the structure, function and operation of the Vivid Rapid Detection System, identified in the '393 patent at column 3, lines 42-45; and prosecution files and attorney files for each of the following continuation applications: 10/262,550 and 08/854,349.

Please produce these documents as soon as possible. As we have previously stated, we require a reasonable period of time to conduct a meaningful review of all documents prior to taking depositions. As such, we will not be taking Mr. Dawson's deposition on June 3, or Mr. Hurd's deposition on June 7. Upon receipt of the supplemental production we will commence review of the documents and work with you to reschedule the depositions.

*Boston  Washington  Reston  New York  Stamford  Los Angeles  London*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

James Foster, Esq.
May 26 2005
Page 2

Please contact me if you have any questions.

Sincerely,

H. J. Hameline

LIT 1523212v.1