# EXHIBIT J

## Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

617 542 6000
617 542 2241 *fax*

Michael T. Renaud

*Direct dial 617 348 4403*
**MTRenaud@mintz.com**

August 22, 2005

**BY TELEFAX AND OVERNIGHT MAIL**

Robert Abrahamsen, Esq.
Wolf Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

Re:   L-3 Communications Security and Detection Systems, Inc.
      v. Reveal Imaging Technologies, Inc.,
      USDC (MA) C.A. No: 04-11884-NG
      Production of L-3 Technical/Marketing Product Documents

Dear Bob:

I write to request the production of all technical and marketing documents, including but not limited to user manuals, maintenance manuals, configuration manuals, product specifications, product requirements, product descriptions and documents related in any way to the marketing or structure, function and operation of the L-3 EDS systems referenced below. In light of L-3's claim construction, such EDS systems are potentially prior art and clearly related to the inventions at issue in the patents-in-suit, and the related documents should be produced without further delay. These EDS systems encompass the following L-3 products, including Vivid, PerkinElmer, and EG&G products, including but not limited to VIS-M, VIS-W, MIS Bridge, and NIS Server. In particular, I note that there is an Appendix A referenced in U.S. Patent No. 6,218,943 (col. 1, line 8) which should be produced (it was not produced with the patent) and not designated as Confidential or Highly Confidential. In addition, because these documents are intended for use in connection with marketing and sales of these products, they should not be designated as Confidential or Highly Confidential.

Please produce all such documents by close of business today, as we intend to use some of these documents at Mr. McClelland's deposition tomorrow and Mr. Dawson's deposition on Thursday.

*Boston  Washington  Reston  New York  Stamford  Los Angeles  London*



MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

Robert Abrahamsen, Esq.
August 22, 2005
Page 2

Very truly yours,

Michael T. Renaud