# EXHIBIT L

-----Original Message-----
From: Renaud, Michael <MTRenaud@mintz.com>
To: Foster, James <James.Foster@WolfGreenfield.com>; 'Robert.Abrahamsen@WolfGreenfield.com' <Robert.Abrahamsen@WolfGreenfield.com>
CC: Hameline, Joe <JHameline@mintz.com>; Chelini, Kathryn <KVChelini@mintz.com>
Sent: Wed Aug 31 16:33:07 2005
Subject: FW: REVEAL/FED: Request for production of file histories and prosecuting attorneys' files


2443_001.pdf (123 KB)

Jim, Bob,

As we discussed in our telephone conversation on Tuesday, Reveal requests the production of documents related to the patents-in-suit, as listed below. If any of these documents have already been produced, we would appreciate receiving the relevant Bates ranges:

-- File Histories and Prosecuting Attorneys' Files for each of the patents-in-suit.
-- File Histories and Prosecuting Attorneys' Files for all foreign equivalents (patents and patent applications) of the patents-in-suit.
-- File Histories and Prosecuting Attorneys' Files for all provisional applications upon which the patents-in-suit claim priority or are based.
-- File Histories and Prosecuting Attorneys' Files for all continuation applications to the patents-in-suit and any applications that claim priority based on the filing dates of the patents-in-suit.
-- File Histories and Prosecuting Attorneys' Files for any patents and patent applications in the field of EDS that claim any of the inventors of any of the patents-in-suit
-- The File History and Prosecuting Attorneys' Files for U.S. Patent 6,218,943 to Ellenbogen, and specifically, the "Appendix A" referenced in column 1, lines 5-10. I have included as attachments two pages from this patent.

To the extent that L-3 maintains that any of these documents have been produced L-3 agreed to identify relevant bates-numbers.

We await your supplemental production as to these documents. If we do not receive production by Wednesday, September 3rd we will consider the meet and confer on this issue complete.

Thank you,
Michael T. Renaud
617-348-4403

1