# EXHIBIT O

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

One Financial Center
Boston, Massachusetts 02111

Joseph D. Lipchitz

617 542 6000
617 542 2241 *fax*

*Direct dial 617 348 3030*
JDLipchitz@mintz.com

April 25, 2005

**By Hand**

James Foster, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

Re: <u>L-3 Communications, Security And Detection Systems, Inc. v. Reveal Imaging Technologies, Inc.</u>, U.S.D.C. Mass. Civil Action No. 04-11884-NG

Dear Jim:

Enclosed are Reveal Imaging Technologies, Inc.'s Second Request for the Production of Documents and its Amendment to its First Set of Interrogatories In Light of L-3's Subsequent Second Amended Complaint. As we discussed, we are amending our First Set of Interrogatories to incorporate the three new Patents-In-Suit included by L-3 in its Second Amended Complaint. Please note that the only new interrogatories are Numbers 15 and 16.

Very truly yours,

Joseph D. Lipchitz

JDL:epb
Enclosures:
cc:   Rosemary Allen, Esq.
      H. Joseph Hameline, Esq.
      A. Jason Mirabito, Esq.