# EXHIBIT P



**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Robert M. Abrahamsen
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256

August 30, 2005

VIA FACSIMILE

Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
 and Popeo, P.C.
One Financial Center
Boston, MA  02111

Re: <u>L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc.</u>, C.A. No. 04-11884-NG

Dear Joe:

In your letter of August 25, 2005, you asked us, among other things, to identify the dates on which the matter of the asserted claims of L-3's patents was conceived and reduced to practice. We can presently identify the following dates:

| Patent No. | Conception Date | Constructive Reduction to Practice Date | Supporting Document |
|---|---|---|---|
| 6,721,391 | Appears to have been at least as early as October 22, 1999 | April 3, 2001 – The filing date of application ser. no. 60/281,068 | L17813 et. seq. |
| 6,707,879 | Appears to have been at least as early as March 30, 2000 | April 3, 2001 – The filing date of application ser. no. 60/281,068 | L09715 et. seq. |
| 5,642,393 | Appears to have been at least as early as June 1995 | September 26, 1995 – The filing date of application ser. no. 08/533,956 | L06585 et seq. |
| 5,838,758 | Appears to have been at least as early as July 18, 1990 | August 10, 1990 – The filing date of application ser. no. 07/566,083 | |
| 5,712,926 | Appears to have been at least as early as February 26, 1994 | October 20, 1994 – The filing date of application ser. no. 08/325,145 | GE01508 |
| 5,905,806 | Appears to have been at least as early as February 26, 1994 | October 20, 1994 – The filing date of application ser. no. 08/325,145 | GE01508 |



Wolf Greenfield
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Joseph Hameline, Esq.
August 30, 2005
Page 2

                                      Very truly yours,

                                      WOLF, GREENFIELD & SACKS, P.C.

                                      Robert M. Abrahamsen

RMA

cc: Michael Renaud, Esq.