# EXHIBIT Q

# Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

Michael T. Renaud

617 542 6000
617 542 2241 *fax*

*Direct dial 617 348 4403*
MTRenaud@mintz.com

July 25, 2005

**BY TELEFAX & OVERNIGHT MAIL**

Robert Abrahamsen, Esq.
Wolf Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

Re:   L-3 Communications Security and Detection Systems, Inc.
       v. Reveal Imaging Technologies, Inc.,
       USDC (MA) C.A. No: 04-11884-NG
       <u>Defendant's Interrogatory No. 4</u>

Dear Bob:

I write in regards to Defendant's Interrogatory No. 4, which requests the identification of dates, locations, persons and documents relating to conception, reduction to practice, and public use of the subject matter of the patents-in-suit. Plaintiff's most recent Response, served on May 12, 2005, as well as its earlier Response of March 7, 2005, is incomplete.

In its Responses, L-3 states that it "has not yet determined whether it will rely on dates of conception or reductions to practice of the claimed inventions that are prior to the patents' filing dates" and that "non-privileged documents that may constitute evidence of conception upon which L-3 chooses to rely, as well as other information called for by this interrogatory, will be produced pursuant to Rule 33(d)."

It has been over two months since L-3's most recent Response, and yet the referenced documents have still not been produced. Nor has L-3 "determined" what dates for conception and reduction to practice it intends to rely upon. As such, please identify the requested dates for each of the patents-in-suit, and provide the documents as requested in Interrogatory No. 4.

*Boston  Washington  Reston  New York  Stamford  Los Angeles  London*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

Robert Abrahamsen, Esq.
June 25, 2005
Page 2

    As always, feel free to contact me should you have any questions.

                              Very truly yours,

                              Michael T. Renaud