# EXHIBIT R

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center<br>Boston, Massachusetts 02111

Michael T. Renaud

617 542 6000
617 542 2241 *fax*

*Direct dial 617 348 4403*
MTRenaud@mintz.com

August 1, 2005

**BY TELEFAX & OVERNIGHT MAIL**

Robert Abrahamsen, Esq.
Wolf Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

    Re:    L-3 Communications Security and Detection Systems, Inc.
            v. Reveal Imaging Technologies, Inc.,
            USDC (MA) C.A. No: 04-11884-NG
            <u>Dawson and McClelland Depositions</u>

Dear Bob:

      Please confirm that all documents responsive to Reveal's document requests served on L-3 prior to August 1, 2005 or responsive to subpoenas to Craig Dawson and Keith McClelland have been produced. Reveal has previously identified missing responsive documents in our letters of May 4, May 26, May 31, June 3, June 28, and July 25, 2005. Such documents include, but are not limited to, inventor files and notebooks, documents related to conception and reduction to practice, and attorney's files and file histories for the patents-in-suit, all foreign equivalents for the patents-in-suit, all pending patent applications by the inventors of the patents-in-suit and documents related to products covered by the asserted patents.

      Existing document requests are also directed to L-3 or its predecessors' EDS products. Obviously, responsive documents would include any documents related to Vivid systems installed particularly in the UK during the 1980s and 1990s including but, not limited to, systems identified in the videotape narrated by Mr. Shanks. See Bates No. L14142. Further, obviously responsive documents would include any documents covering the VCT-30, VCT-30+, VCT-60, MIS 3DX, RRITA Business method, Remote Expert, CXRS, eXaminer 3DX 6000, and eXaminer 3Dx 65000. Please advise whether L-3 intends to produce such documents in advance of the scheduled depositions.

      Finally, please confirm that all documents related to Craig Dawson's involvement with the Argus VCT 30 project and Richard Bijjani, as referenced in Mr. Dawson's Affidavit of July 14, 2004, have been produced.

*Boston  Washington  Reston  New York  Stamford  Los Angeles  London*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

Robert Abrahamsen, Esq.
August 1, 2005
Page 2

As always, feel free to contact me should you have any questions.

Very truly yours,

Michael T. Renaud