# EXHIBIT S

**From:** Renaud, Michael
**Sent:** Thursday, July 28, 2005 7:58 PM
**To:** 'Abrahamsen, Robert'
**Cc:** Foster, James; Hameline, Joe
**Subject:** L-3 v. Reveal - Scheduling Depositions

Bob,

I am still waiting for confirmation on deposing Dawson and McClelland on August 5 and 9th respectively. Please advise as soon as possible.

Also please identify by bate range the documents produced from the files of Dawson and identify by bates range the documents produced from McClelland's files.

Michael T. Renaud
617-348-4403

1