# EXHIBIT T

```
-----Original Message-----
From: Abrahamsen, Robert [mailto:Robert.Abrahamsen@WolfGreenfield.com]
Sent: Friday, July 29, 2005 9:44 AM
To: Renaud, Michael
Cc: Foster, James; Hameline, Joe
Subject: RE: L-3 v. Reveal - Scheduling Depositions
```

Mike - I have confirmed Dawson's availability on August 5. McClelland is out of town this week so I have not yet been able to confirm his availability on August 9. I am aware that some documents from their files can be found at L07485 et seq. It is possible that additional documents from their files have also been produced, but I'm not certain one way or the other. Bob