UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 04-11884-NG (Magistrate Judge Judith Gail Dein). |
| REVEAL IMAGING TECHNOLOGIES, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the exhibits listed below will be manually filed with the Court in paper form only and subject to a motion for impoundment in accordance with a Protective Order:

- Exhibits E and F to the Declaration of Michael T. Renaud (transcript excerpts from the depositions of Craig Dawson and Keith McClelland).

Subject to the above, the original documents will be maintained in the case file in the Clerk's Office.

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.,**

By its attorneys,

Dated: September 16, 2005

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111