UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY, AND DETECTION SYSTEMS, INC.<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant and Counter Claimant. | Civil Action No. 04-11884-NG |

NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Defendant and Counter Claimant Reveal Imaging Technologies, Inc., in the above captioned action.

> REVEAL IMAGING TECHNOLOGIES, INC.
> By its attorney,
>
> /s/ Thomas E. Lent
> Thomas E. Lent, B.B.O. #644970
> Lurie & Krupp, LLP
> One McKinley Square
> Boston, MA  02109
> Tel.  (617) 367-1970

Date: September 21, 2005