UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., ) ) ) ) | |
| Plaintiff, ) ) | C.A. No. 04-11884-NG (Magistrate Judge Judith Gail Dei[n]) |
| v. ) ) | |
| REVEAL IMAGING TECHNOLOGIES, INC., ) ) | |
| Defendant. ) ) | |

### REVEAL'S ASSENTED-TO MOTION TO IMPOUND

Pursuant to Local Rule 7.2, Reveal Imaging Technologies, Inc. ("Reveal") respectf[ully] requests permission to impound Exhibits E and F to the Declaration of Michael T. Renaud, E[sq.], which was submitted to the Court on September 16, 2005, in support of Reveal's motio[n to] compel. Exhibits E and F consist of excerpts from the depositions of inventors Craig Daw[son] and Keith McClelland.

As grounds for this Motion, Reveal states as follows, as supported by the Declaratio[n of] Ian R. Marinoff, Esq. Regarding Impoundment attached hereto as **Exhibit A**:

Reveal brings this motion in accordance with the Protective Order, attached heret[o as] **Exhibit B**, entered by the Court on March 18, 2005 (the "Protective Order "). Protective Ord[er ¶] 10.

L-3 designated the above-referenced deposition testimony of Messrs. Dawson [and] McClelland as "Highly Confidential."

Therefore, Reveal submits that there is good cause for impounding these documents u[ntil] further order of the Court. Accordingly, Reveal respectfully requests that the Court grant [its] motion.

## LOCAL RULE 7.1 CERTIFICATION

On September 16, 2005, Reveal's counsel in good faith conferred by telephone w[ith] counsel for L-3 on this matter. L-3 assents to this motion to impound "Highly Confident[ial]" materials.

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, IN[C.]**

By its attorneys,

Dated: September 19, 2005

_____
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
 and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

LIT 1541775v.2