UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.,<br><br>Defendant. | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dei[n]) |

### DECLARATION OF IAN R. MARINOFF, ESQ. REGARDING IMPOUNDMENT

I, Ian R. Marinoff, do hereby declare and state as follows based on personal knowledg[e]

1. I am an attorney in the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P[.C.], located at One Financial Center in Boston, Massachusetts 02111, which represents defen[dan]t Reveal Imaging Technologies, Inc. ("Reveal") in this litigation.

2. I submit this declaration in connection with Reveal's Assented-To Motion to Impo[und] Exhibits E and F to the Declaration of Michael T. Renaud, Esq., which was submitted to [the] Court on September 16, 2005, in support of Reveal's motion to compel.

3. Exhibits E and F consist of excerpts from the depositions of inventors Craig Dawson [and] Keith McClelland.

4. The foregoing documents consist of deposition testimony that Plaintiff has designate[d] "Highly Confidential" under the Protective Order entered by the Court on March 18, 20[05]. Reveal brings this motion in accordance with the Protective Order. Protective Order ¶ 10.

2

5. Without waiving its right to challenge Plaintiff's confidentiality designations, Re[ ] requests that the Court allow the above-referenced documents to be filed under seal [ ] impounded.

I declare under penalty of perjury that the foregoing is true and correct. Executed on th[ ] 19th day of September 2005, in Boston, Massachusetts.

Respectfully submitted,

/s/ Ian R. Marinoff
Ian R. Marinoff

LIT 1541789v.2

2