# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>　　　　Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

### DECLARATION OF MARC EFRON

1.  I am a Partner at Crowell & Moring, LLP, Washington, D.C., a law firm that provides legal services to L-3 Communications Security and Detection Systems, Inc. I submit this declaration under penalty of perjury.

2.  On Tuesday, September 27, 2005, I called Ross Dembling, a lawyer with the TSA whom I knew to be working on the reduced size EDS procurement that is a subject of the pending motion for a preliminary injunction.

3.  Mr. Dembling told me that he was aware of this patent infringement litigation.

4.  With respect to the reduced size EDS procurement, I asked him if the TSA had decided to accept liability for any patent infringement by Reveal. He replied, *inter alia*, that "no decision [regarding his agency's accepting liability for patent infringement] has been made one way or the other."

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Marc Efron

943000.1

# EXHIBIT B

# MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

H. Joseph Hameline | 617 348 1651 | jhameline@mintz.com

September 16, 2005

**BY FACSIMILE AND REGULAR MAIL**

James J. Foster, Esquire
Wolf Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

Re: L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc., U.S.D.C. (MA) C.A. No. 04-11884-NG

Dear Jim:

Pursuant to Judge Dein's direction at the last hearing, I am providing notice of bids tendered by Reveal for foreign sales of its CT-80. Reveal has recently responded to two public tenders: one from ASA (which I understand is a consortium of airports in Mexico) and one from a British agent representing civil aviation interests in the Bahamas. To date, these bids have not resulted in any orders. In addition, Reveal has submitted a proposal in response to a request from Nassau International Airport. Again, no order has been issued as a result of this proposal.

I assume that L-3 is aware of all of these RFPs in light of its position in the industry.

Very truly yours,

H. Joseph Hameline

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON