UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-11884-NG |
| v. | ) ) | (Magistrate Judge Judith Gail Dein) |
| REVEAL IMAGING TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

**REVEAL'S RENEWED MOTION TO STAY
PENDING REEXAMINATION OF THE SIX PATENTS-IN-SUIT**

Defendant Reveal Imaging Technologies, Inc. ("Reveal") hereby renews its request that this Court stay all proceedings pending the re-examination of the six (6) patents-in-suit by the United State Patent and Trademark Office ("USPTO"). Following this Court's denial of Reveal's initial Motion to Stay, filed at a time when four of the six the Requests for Re-Examination remained pending, the USPTO has *granted* those requests and ordered the reexamination of each claim -- all thirty-six (36) -- contained in each and every patent-in-suit. Since that time, the Court has decided that 28 U.S.C. § 1498 applies to all sales by Reveal to the Transportation Security Administration. Finally, the parties have essentially completed fact discovery.

In light of these new facts and circumstances and given that there is a high likelihood that the patent claims will either be amended or cancelled, Reveal respectfully renews its request that

this Court stay all proceedings in this litigation pending the USPTO's resolution of its

reexaminations of the six patents-in-suit.


                                          Respectfully submitted,

Dated: October 6, 2005                    **REVEAL IMAGING TECHNOLOGIES, INC.,**

                                          By its attorneys,

                                          /s/ H. Joseph Hameline
                                          H. Joseph Hameline (BBO# 218710)
                                          A. Jason Mirabito (BBO # 349440)
                                          Michael T. Renaud (BBO # 629783)
                                          Mintz, Levin, Cohn, Ferris, Glovsky
                                            and Popeo, P.C.
                                          One Financial Center
                                          Boston, MA 02111
                                          (617) 542-6000


LIT 1544633v.1