UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REVEAL IMAGING TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 04-11884-NG <br> (Magistrate Judge Judith Gail Dein) |

## DECLARATION OF NOAH C. SHAW

I, Noah C. Shaw, do hereby declare and state as follows based on personal knowledge:

1. I am an attorney in the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., located at One Financial Center in Boston, Massachusetts 02111, which represents Defendant Reveal Imaging Technologies, Inc. ("Reveal") in this litigation.

2. I submit this declaration in support of Reveal's Renewed Motion to Stay Pending the Re-examination of the Patents-in-Suit.

3. The United States Patent and Trademark Office ("USPTO") has ordered the re-examination of all six of the patents-in-suit asserted by plaintiff L-3 Communications Security and Detection Systems ("L-3"). The USPTO will reexamine the validity of all thirty-six (36) patent claims asserted by L-3.

4. Attached hereto as **Exhibit A** is a true and accurate copy of the USPTO Order Granting the Request For Ex Parte Re-examination of U.S. Patent No. 5,838,758.

5. Attached hereto as **Exhibit B** is a true and accurate copy of the USPTO Order Granting the Request For Ex Parte Re-examination of U.S. Patent No. 5,642,393.

2

    6.  Attached hereto as **Exhibit C** is a true and accurate copy of the USPTO Order Granting the Request For Ex Parte Re-examination of U.S. Patent No. 6,721,391.

    7.  Attached hereto as **Exhibit D** is a true and accurate copy of the USPTO Order Granting the Request For Ex Parte Re-examination of U.S. Patent No. 6,707,879.

    8.  Attached hereto as **Exhibit E** is a true and accurate copy of the USPTO Order Granting the Request For Ex Parte Re-examination of U.S. Patent No. 5,712,926.

    9.  Attached hereto as **Exhibit F** is a true and accurate copy of the USPTO Order Granting the Request For Ex Parte Re-examination of U.S. Patent No. 5,905,806.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of October 2005, in Boston, Massachusetts.

                                             /s/ Noah C. Shaw
                                           Noah C. Shaw

LIT 1544583v1