**EXHIBIT A**



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,594 | 06/17/2005 | 5838758 | 25960-023 | 6302 |

7590    08/16/2005

Randy J. Pritzker, Esq.
WOLF GREENFIELD & SACKS P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 08/16/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/007,594 | 5838758 |
| | Examiner | Art Unit |
| | Thomas R. Artman | 2882 |

--*The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--

The request for *ex parte* reexamination filed *17 June 2005* has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:  a)☐ PTO-892,   b)☒ PTO-1449,   c)☐ Other: _____

1. ☒  The request for *ex parte* reexamination is GRANTED.

   RESPONSE TIMES ARE SET AS FOLLOWS:

   For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

   For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐  The request for *ex parte* reexamination is DENIED.

   This decision is not appealable (35 U.S.C. 303(c)). Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181 ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE REGULATIONS UNDER 37 CFR 1.183.**

   In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

   a) ☐  by Treasury check or,

   b) ☐  by credit to Deposit Account No. _____, or

   c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

cc:Requester ( if third party requester )
U.S. Patent and Trademark Office
PTOL-471 (Rev. 04-01)         Office Action in *Ex Parte* Reexamination         Part of Paper No. 200507

Application/Control Number: 90/007,594 Page 2
Art Unit: 2882

*Reexamination*

A substantial new question of patentability affecting claims 38-40, 43 and 55 of United States Patent Number 5,838,758 is raised by the request for *ex parte* reexamination.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in *ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 5,838,758 throughout the course of this reexamination proceeding.

The request indicates that Requester considers that Steele, Roder and Vinegar may raise a substantial new question of patentability with respect to claims 38-40, 43 and 55.

It is agreed that the consideration of Steele, alone or in view of Roder and Vinegar, raises a substantial new question of patentability as to Claims 38-40, 43 and 55 of the Krug patent. In particular, Steele teaches the practice of inspecting parts for flaws with a first X-ray device, then performs one or more CT scans only on the flaw area of the part, as pointed out in pp.3-6 of the Request. Further, Roder and Vinegar teach the practice of using CT scans for the specific application of baggage inspection, and Vinegar also teaches the practice of performing dual energy CT in baggage inspection applications, as pointed out in pp.6 and 9-10. These teachings were not present in the prosecution of the application which became the Krug patent. Further, there is a substantial likelihood that a reasonable examiner would consider this teaching

Application/Control Number: 90/007,594                                                    Page 3
Art Unit: 2882

important in deciding whether or not the claim is patentable. Accordingly, Steele, Roder and Vinegar raise a substantial new question of patentability as to Claims 38-40, 43 and 55, which question has not been decided in a previous examination of the Krug patent. Claims 1-62 of the Krug patent will be reexamined.

*Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Thomas R. Artman whose telephone number is (571) 272-2485. The examiner can normally be reached on 9am - 6:30pm Monday - Friday.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ed Glick can be reached on (571) 272-2490. The fax phone number for the organization where this application or proceeding is assigned is 703-872-9306.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Thomas R. Artman
Patent Examiner

EDWARD J. GLICK
SUPERVISORY PATENT EXAMINER

Express Mail No.: EV 475168345 US  
Date of Deposit: June 17, 2005

Page 1 of 1  
Attorney Docket No.: 25960-023

Please type a plus sign (+) in this box [+]

PTO/SB (12-97)  
Approved for use through 9/30/00. OMB 0651-0031  
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE  
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Modified Form 1449/PTO | | Application Number | 5,838,758 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | | Filing Date | March 13, 1995 |
| | | First Named Inventor | Kristoph D. Krug |
| | | Group Art Unit | |
| | | Examiner Name | Porter, David P |
| | | Attorney Docket Number | 25960-023 |

**U.S. PATENT DOCUMENTS**

| Exam Initials | Cite No. | U.S. Patent Document No. | Issue Date | Name of Patentee(s) or Applicant(s) | Class | Sub Class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| /DP/ | A1 | 4,571,491 | 02/18/86 | Vinegar et al. | 250 | 252.1 | |
| /DP/ | A2 | 4,803,639 | 02/07/89 | Steele et al. | 364 | 507 | |

**U.S. PUBLISHED APPLICATION DOCUMENTS**

| Exam Initials | Cite No. | U.S. Published Application No. | Published Date | Name of Patentee(s) or Applicant(s) | Class | Sub Class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Exam Initials | Cite No. | Foreign Patent Document Office Number | Name of Patentee(s) or Applicant(s) | Date of Publication | Translation Yes No |
|---|---|---|---|---|---|
| | | | | | |

**OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS**

| Exam Initials | Cite No. | Name of Author, Title (when appropriate), Publication, Volume, Page(s), Date, Etc. |
|---|---|---|
| /DP/ | C1 | Roder *J. Testing and Evaluation*, 13(3):211-216 (1985) |

\* a copy of this reference is not provided as it was previously cited by or submitted to the office in a prior application, Serial No. _____, filed _____, and relied upon for an earlier filing date under 35 U.S.C. §120 (continuation, continuation-in-part, and divisional applications).

| Examiner Signature | /David Porter/ | Date Considered | 7/9/05 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

TRA 2046323v1