**EXHIBIT B**



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,561 | 05/27/2005 | · 5642393 | 25960-022 | 3140 |

7590        08/05/2005

Randy J. Pritzer, Esq.
Wolf Greenfield and Sacks P. C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

| EXAMINER |
|---|
| KAO |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2882 | |

DATE MAILED: 08/05/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

C. Eric Schulman
Mintz Levin Cohn Ferris Glovsky & Popeo PC
One Financial Center
Boston, MA 02111

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. 90/007,561.

PATENT NO. 5,642,393.

ART UNIT 2882.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(e)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(e)).

PTOL-465 (Rev.04-03)

| ***Order Granting / Denying Request For Ex Parte Reexamination*** | Control No. 90/007,561 | Patent Under Reexamination 5642393 |
|---|---|---|
| | Examiner Chih-Cheng Glen Kao | Art Unit 2882 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>27 May 2005</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☐ PTO-892,    b)☒ PTO-1449,    c)☐ Other: _____

1. ☒   The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐   The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181 ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

a) ☐  by Treasury check or,

b) ☐  by credit to Deposit Account No. _____;  or

c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

cc:Requester ( if third party requester )
U.S. Patent and Trademark Office
PTOL-471 (Rev. 04-01)                        Office Action in *Ex Parte* Reexamination                        Part of Paper No. 200508

Application/Control Number: 90/007,561                                        Page 2
Art Unit: 2882

DECISION

A substantial new question of patentability affecting claims 1-39 of United States Patent Number 5,642,393 to Krug et al. is raised by the request for reexamination.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, Office policy requires that reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)) and provides for extensions of time in reexamination proceedings as set forth in 37 CFR 1.550(c).

The request indicates that Requester considers that claims 1-3, 5-13, 15-17, 19-24, 26-29, and 31-39 are anticipated under 35 U.S.C. 102 in view of Peschmann (US Patent 5,367,552).

The request further indicates that Requester considers that claims 4, 9, 14, 18, 25, and 30 are unpatentable under 35 U.S.C. 103 in view of Peschmann.

It is agreed that the consideration of Peschmann raises a substantial new question of patentability as to at least claim 1 of the Krug et al. patent. As pointed out on pages 8-14 of the request, Peschmann teaches an inspection system for detecting a specific material of interest in items of baggage or packages (abstract), comprising: a multi-view (col. 9, lines 39-42) X-ray inspection probe (fig. 1a, #24) and a directional, material sensitive probe (fig. 6). This teaching by Peschmann of a multi-view X-ray inspection probe and a directional, material sensitive probe was not present in the prosecution of the application, which became the Krug et al. patent. Further, there is a substantial likelihood that a reasonable examiner would consider this teaching

Application/Control Number: 90/007,561                                      Page 3
Art Unit: 2882

important in deciding whether or not the claim is patentable. Accordingly, Peschmann raises a

substantial new question of patentability as to at least claim 1, which question has not been

decided in a previous examination of the Krug et al. patent.

    Claims 1-39 of the Krug et al. patent will be reexamined.

### *Conclusion*

    Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Chih-Cheng Glen Kao whose telephone number is (571) 272-

2492. The examiner can normally be reached on M - F (9 am to 5 pm).

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Ed Glick can be reached on (571) 272-2490.  The fax phone number for the

organization where this application or proceeding is assigned is 703-872-9306.

    Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Chih-Cheng Glen Kao

Technology Center 2800

EDWARD J GLICK
SUPERVISORY PATENT EXAMINER