**EXHIBIT F**



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,649 | 07/29/2005 | 5905806 | 25960-028 | 6043 |

23628    7590    09/27/2005

WOLF GREENFIELD & SACKS, PC
FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON, MA  02210-2211

| EXAMINER |
|---|
| David E. Harvey |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

DATE MAILED: 09/27/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. | Patent Under Reexamination |
|---|---|---|
| | 90/007,649 | 5905806 |
| | Examiner | Art Unit | |
| | DAVID E. HARVEY | 3992 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>29 July 2005</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:  a)☐  PTO-892,      b)☒  PTO-1449,      c)☐  Other: _____

1. ☒    The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐    The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

a) ☐  by Treasury check or,

b) ☐  by credit to Deposit Account No. _____, or

c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

DAVID E HARVEY
Primary Examiner
Art Unit: 2614

cc:Requester ( if third party requester )
U.S. Patent and Trademark Office
PTOL-471 (Rev. 04-01)                    Office Action in *Ex Parte* Reexamination                    Part of Paper No. 20010905

Application/Control Number: 90/007,649          Page 2

Art Unit: 3992

## DECISION GRANTING REEXAMINATION

1) A substantial new question of patentability affecting claims

1-3, 5, 6, and 8-10 of United States Patent Number 5,905,806 to

Eberhard et al. is raised by the present request for

reexamination.


2) Extensions of time under 37 CFR 1.136(a) will not be

permitted in these proceedings because the provisions of 37 CFR

1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding.  Additionally, 35 U.S.C. 305 requires

that reexamination proceedings "will be conducted with special

dispatch" (37 CFR 1.550(a)).  Extension of time in *ex parte*

reexamination proceedings are provided for in 37 CFR 1.550(c).

Application/Control Number: 90/007,649                     Page 3
Art Unit: 3992

## Issues Raised in the Request

**3)** The request indicates that the requester considers
independent claim 1 of Eberhard et al. (U.S. Patent #5,905,806)
to be rendered obvious under Section 103 by U.S. Patent No.
5,247,561 to Kotowski, in view of U.S. Patent No. 5,150,427 to
Frazee et al and US Patent #4,991,224 to Takahashi et al., for
the reasons set forth in section "II" of the request [SEE pages
3-6 of said request].

**4)** The request indicates that the requester considers dependent
claim 2 of Eberhard et al. (U.S. Patent #5,905,806) to be
rendered obvious under Section 103 by U.S. Patent No. 5,247,561
to Kotowski, in view of U.S. Patent No. 5,150,427 to Frazee et
al and US Patent #4,991,224 to Takahashi et al., for the reasons
set forth in section "II" of the request [SEE pages 6-8 of said
request].

Application/Control Number: 90/007,649                    Page 4
Art Unit: 3992

**5)** The request indicates that the requester considers

independent claim 3 of <u>Eberhard et al.</u> (U.S. Patent #5,905,806)

to be rendered obvious under Section 103 by U.S. Patent No.

5,247,561 to <u>Kotowski</u>, in view of U.S. Patent No. 5,150,427 to

<u>Frazee et al</u> and US Patent #4,991,224 to <u>Takahashi et al.</u>, for

the reasons set forth in section "II" of the request [SEE pages

8-11 of said request].

**6)** The request indicates that the requester considers

independent claim 5 of <u>Eberhard et al.</u> (U.S. Patent #5,905,806)

to be rendered obvious under Section 103 by U.S. Patent No.

5,247,561 to <u>Kotowski</u>, in view of U.S. Patent No. 5,150,427 to

<u>Frazee et al</u> and US Patent #4,991,224 to <u>Takahashi et al.</u>, for

the reasons set forth in section "II" of the request [SEE pages

11-14 of said request].

**7)** The request indicates that the requester considers

independent claim 6 of <u>Eberhard et al.</u> (U.S. Patent #5,905,806)

to be rendered obvious under Section 103 by U.S. Patent No.

5,247,561 to <u>Kotowski</u>, in view of U.S. Patent No. 5,150,427 to

<u>Frazee et al</u> and US Patent #4,991,224 to <u>Takahashi et al.</u>, for

Application/Control Number: 90/007,649          Page 5
Art Unit: 3992

the reasons set forth in section "II" of the request [SEE pages
15-17 of said request].

**8)** The request indicates that the requester considers
independent claim 8 of Eberhard et al. (U.S. Patent #5,905,806)
to be rendered obvious under Section 103 by U.S. Patent No.
5,247,561 to Kotowski, in view of U.S. Patent No. 5,150,427 to
Frazee et al and US Patent #4,991,224 to Takahashi et al., for
the reasons set forth in section "II" of the request [SEE pages
18-20 of said request].

**9)** The request indicates that the requester considers
independent claim 9 of Eberhard et al. (U.S. Patent #5,905,806)
to be rendered obvious under Section 103 by U.S. Patent No.
5,247,561 to Kotowski, in view of U.S. Patent No. 5,150,427 to
Frazee et al and US Patent #4,991,224 to Takahashi et al., for
the reasons set forth in section "II" of the request [SEE pages
20-23 of said request].

Application/Control Number: 90/007,649                    Page 6
Art Unit: 3992

**10)** The request indicates that the requester considers

independent claim 10 of Eberhard et al. (U.S. Patent #5,905,806)

to be rendered obvious under Section 103 by U.S. Patent No.

5,247,561 to Kotowski, in view of U.S. Patent No. 5,150,427 to

Frazee et al and US Patent #4,991,224 to Takahashi et al., for

the reasons set forth in section "II" of the request [SEE pages

23-25 of said request].

## Question of Patentability

**11)** The request indicates that the requester considers
independent claim 1 of <u>Eberhard et al.</u> (U.S. Patent #5,905,806)
to be rendered obvious under Section 103 by U.S. Patent No.
5,247,561 to <u>Kotowski</u>, in view of U.S. Patent No. 5,150,427 to
<u>Frazee et al</u> and US Patent #4,991,224 to <u>Takahashi et al.</u>, for
the following reasons:

> **A)** That <u>Kotowski</u> describes a method of detecting an
> explosive that comprises the steps of:

>> 1. "*Scanning a three-dimensional volume to determine
>> the density of each of a plurality of voxels
>> representing the three dimensional volume*," i.e.,
>> slice by slice, thereby producing a "density image"
>> [NOTE: scattering volumes (i.e., *voxels*) 201 of figure
>> 2; column 5, lines 17-20 and 33-45; and column 7,
>> lines 17-19];

Application/Control Number: 90/007,649                    Page 8
Art Unit: 3992

> 2. Examining the produced "density image" to detect
> "regions" of the image, i.e. respective groups of
> scattering volumes/voxels, having:
>
>> a. A density greater than about 1.2 $g/cm^3$ and less
>> than about 1.8 $g/cm^3$; and
>
>> b. The sufficient Volume (or mass) needed to be
>> indicative of an explosive.
>> [Note: lines 25-35 of column 6]
>
> Wherein, to determine whether a detected region has
> said "sufficient" volume (or mass), as described, it
> is inherent that the method includes steps of:
>
>> a. "Determining" the volume (or mass) of the
>> detected region; and
>
>> b) "Comparing" the determined volume (or mass) to
>> some kind of threshold value for "identifying"
>> whether the determined volume (or mass) meets the
>> described *sufficient* criteria.

**B)** That claim 1 differs from Kotowski only in that the
claimed method utilized a step of **"connecting and labeling"**
voxels of similar densities in the same and adjacent planes
of the scanned space to determine contiguity; i.e. wherein
Kotowski is silent as to the processing that was to be used
to detect the "regions" of contiguous scattering volumes
(i.e. voxels) having a densities between about 1.2 g/cm$^3$ and
1.8 g/cm$^3$.

**C)** That the prior art of Frazee et al. and Takahashi et al.
evidence that it was well known in the 3D X-ray imaging art
to have used volume/voxel "connecting" and "labeling"
algorithms/techniques to identify "regions" of similar
density in 3D X-ray images.

**D)** And that it would have been obvious to have utilized
these conventional volume/voxel "connecting" and "labeling"
algorithms/techniques of the prior art as the required
means in Kotowski needed to identify the described

Application/Control Number: 90/007,649                    Page 10
Art Unit: 3992

"regions" of similar density in the 3D density images
described therein.

[*Wherein a claim chart comparing the limitations of claim 1
to the applied prior art is provided on pages* 3-6 *of said
request*].

**It is agreed that consideration of these references raises a substantial new
question of patentability as to claim 1 of the <u>Eberhard et al.</u> patent (#5,905,806).
Each of these references is not cumulative with respect to the prior art of record
cited in the patented file. Further, there is a substantial likelihood that a
reasonable examiner would consider the teachings of each of these references
important in deciding whether or not claim 1 of <u>Eberhard et al.</u> [#5,905,806] is
patentable.**

Application/Control Number: 90/007,649                Page 11
Art Unit: 3992

**12)** The request indicates that the requester considers dependent

claim 2 of Eberhard et al. (U.S. Patent #5,905,806) to be

rendered obvious under Section 103 by U.S. Patent No. 5,247,561

to Kotowski, in view of U.S. Patent No. 5,150,427 to Frazee et

al and US Patent #4,991,224 to Takahashi et al., for the

following reasons:

**A)** For the reasons set forth for claim 1 above from which

claim 2 depends; and

**B)** That, in the modified system of Kotowski, the process of

determining the "regions" of contiguous volumes/voxels

would inherently included a process of evaluating

differences in the determined density "property" between

the volumes/voxels.

*[Wherein a claim chart comparing the additional limitations of*

*claim 2 to the applied prior art is provided on pages 6-8 of*

*said request].*

Application/Control Number: 90/007,649                    Page 12
Art Unit: 3992

It is agreed that consideration of these references raises a substantial new

question of patentability as to claim 2 of the <u>Eberhard et al.</u> patent (#5,905,806).

Each of these references is not cumulative with respect to the prior art of record

cited in the patented file.  Further, there is a substantial likelihood that a

reasonable examiner would consider the teachings of each of these references

important in deciding whether or not claim 2 of <u>Eberhard et al.</u> [#5,905,806] is

patentable.

Application/Control Number: 90/007,649                    Page 13
Art Unit: 3992

**13)** The request indicates that the requester considers
independent claim 3 of Eberhard et al. (U.S. Patent #5,905,806)
to be rendered obvious under Section 103 by U.S. Patent No.
5,247,561 to Kotowski, in view of U.S. Patent No. 5,150,427 to
Frazee et al and US Patent #4,991,224 to Takahashi et al., for
the following reasons:

> **A)** That Kotowski describes a method for ascertaining the
> presence of an explosive within in a three dimensional
> volume wherein, implicitly, at least one of the dimensions
> of the explosive may be smaller than the linear dimensions
> of the scattering volumes (i.e. voxels) that make up the
> volume. That is, that the lower end of the density range
> that is detected in Kotowski implicitly permits smaller
> dimensioned explosives of larger densities to be detected
> by the Kotowski method despite the fact that the detected
> density is diluted by the larger dimensions of the
> scattering volumes (i.e. voxels).

> **B)** That the method described by Kotowski comprises the
> steps of:

Application/Control Number: 90/007,649          Page 14
Art Unit: 3992

1. *"Radiation scanning" a three-dimensional volume to determine a property (i.e. density) of each of a plurality of voxels representing the three dimensional volume,* i.e., slice by slice, thereby producing a "density image" [NOTE: scattering volumes (i.e., voxels) 201 of figure 2; column 5, lines 17-20 and 33-45; and column 7, lines 17-19];

2. Examining the produced "density image" for identifying "regions" of the image by **identifying contiguous groups of scattering volumes/voxels that have a "similar property"**; i.e., regions comprised of volumes/voxels that have density values falling within the range of  about 1.2 g/cm$^3$ and 1.8 g/cm$^3$ [Note: lines 25-35 of column 6]; and

3) **Identifying said contiguous groups (i.e., the regions) as potentially containing an explosive when a characteristic thereof (i.e. its volume/mass) has a predetermined value (i.e. is sufficient to be indicative of an explosive)** [Note: lines 25-35 of column 6]

Application/Control Number: 90/007,649          Page 15
Art Unit: 3992

C) That claim 3 differs from Kotowski only in that the
claimed method utilized a "contiguity evaluation process"
for identifying contiguous groups of voxels, whereby said
"contiguity evaluation process" compare the property of a
given voxel to those in the same plane and planes above and
below the given voxel. Kotowski is silent as to the
"contiguity evaluation process" that was to be used to
detect the "regions" of contiguous scattering volumes (i.e.
voxels) having a densities between about 1.2 $g/cm^3$ and 1.8
$g/cm^3$.

D) That the prior art of Frazee et al. and Takahashi et al.
evidence that it was well known in the 3D X-ray imaging art
to have compared the characteristic of adjacent
volume/voxel as part of a "contiguity evaluation process"
to identify "regions" of similar density in 3D X-ray
images.

Application/Control Number: 90/007,649          Page 16
Art Unit: 3992

    **E)** And that it would have been obvious to have utilized
these conventional "contiguity evaluation process" of the
prior art as the required means in <u>Kotowski</u> needed to
identify the described "regions" of similar density in the
3D density images described therein.


*[Wherein a claim chart comparing the limitations of claim 3
to the applied prior art is provided on pages 8-11 of said
request].*


**It is agreed that consideration of these references raises a substantial new
question of patentability as to claim 3 of the <u>Eberhard et al.</u> patent (#5,905,806).
Each of these references is not cumulative with respect to the prior art of record
cited in the patented file. Further, there is a substantial likelihood that a
reasonable examiner would consider the teachings of each of these references
important in deciding whether or not claim 3 of <u>Eberhard et al.</u> [#5,905,806] is
patentable.**

Application/Control Number: 90/007,649                    Page 17
Art Unit: 3992

**14)** The request indicates that the requester considers
independent claim 5 of Eberhard et al. (U.S. Patent #5,905,806)
to be rendered obvious under Section 103 by U.S. Patent No.
5,247,561 to Kotowski, in view of U.S. Patent No. 5,150,427 to
Frazee et al and US Patent #4,991,224 to Takahashi et al., for
the following reasons:

   **A)** That Kotowski describes a method for ascertaining the
   presence of an object (e.g., an explosive) within in a
   three dimensional volume wherein, implicitly, at least one
   of the dimensions of the object (e.g. the explosive) may be
   smaller than the linear dimensions of the scattering
   volumes (i.e. voxels) that make up the volume. The
   detection of the lower end of the density range in Kotowski
   implicitly permits smaller dimensioned object (i.e.,
   explosives of larger density) to be detected by the
   Kotowski method, despite the fact that calculated density
   value is diluted by the larger dimensions of the scattering
   volumes (i.e. voxels).

**B)** That the method described by <u>Kotowski</u> comprises the
steps of:

> 1. *"Radiation scanning" a three-dimensional volume to
> determine a property (i.e. density) of each of a
> plurality of voxels representing the three dimensional
> volume,* i.e., slice by slice, thereby producing a
> "density image" [NOTE: scattering volumes (i.e.,
> *voxels*) 201 of figure 2; column 5, lines 17-20 and 33-
> 45; and column 7, lines 17-19];

> 2. Examining the produced "density image" for
> identifying "regions" of the image by **identifying**
> **contiguous groups of scattering volumes/voxels that**
> **have a "similar property"**; i.e., regions comprised of
> volumes/voxels that have density values falling
> within the range of  about 1.2 g/cm$^3$ and 1.8 g/cm$^3$
> [Note: lines 25-35 of column 6]; and

> 3) **Identifying said contiguous groups (i.e., the**
> **regions) as potentially containing the object (i.e.,**
> **the explosive) when a characteristic thereof (i.e. its**
> **volume/mass) has a predetermined value (i.e. is**

Application/Control Number: 90/007,649                    Page 19
Art Unit: 3992

      **sufficient to be indicative of the**

      **object/explosive**)[Note: lines 25-35 of column 6]


**C)** That claim 6 differs from <u>Kotowski</u> only in that the
claimed method utilized a "contiguity evaluation process"
for identifying contiguous groups of voxels, whereby said
"contiguity evaluation process" compare the property of a
given voxel to those in the same plane and planes above and
below the given voxel. <u>Kotowski</u> is silent as to the
"contiguity evaluation process" that was to be used to
detect the "regions" of contiguous scattering volumes (i.e.
voxels) having a densities between about 1.2 g/cm$^3$ and 1.8
g/cm$^3$.


**D)** That the prior art of <u>Frazee et al.</u> and <u>Takahashi et al.</u>
evidence that it was well known in the 3D X-ray imaging art
to have compared the characteristic of adjacent
volume/voxel as part of a "contiguity evaluation process"
to identify "regions" of similar density in 3D X-ray
images.

Application/Control Number: 90/007,649                    Page 20
Art Unit: 3992

E) And that it would have been obvious to have utilized
these conventional "contiguity evaluation process" of the
prior art as the required means in <u>Kotowski</u> needed to
identify the described "regions" of similar density in the
3D density images described therein.

[Wherein a claim chart comparing the limitations of claim 5
to the applied prior art is provided on pages 11-14 of said
request].

**It is agreed that consideration of these references raises a substantial new
question of patentability as to claim 5 of the <u>Eberhard et al.</u> patent (#5,905,806).
Each of these references is not cumulative with respect to the prior art of record
cited in the patented file. Further, there is a substantial likelihood that a
reasonable examiner would consider the teachings of each of these references
important in deciding whether or not claim 5 of <u>Eberhard et al.</u> [#5,905,806] is
patentable.**

Application/Control Number: 90/007,649          Page 21
Art Unit: 3992

**15)** The request indicates that the requester considers

independent claim 6 of <u>Eberhard et al.</u> (U.S. Patent #5,905,806)

to be rendered obvious under Section 103 by U.S. Patent No.

5,247,561 to <u>Kotowski</u>, in view of U.S. Patent No. 5,150,427 to

<u>Frazee et al</u> and US Patent #4,991,224 to <u>Takahashi et al.</u>, for

the following reasons:

**A)** That <u>Kotowski</u> describes an apparatus for ascertaining

the presence of an explosive within in a three dimensional

volume wherein, implicitly, at least one of the dimensions

of the explosive may be smaller than the linear dimensions

of the scattering volumes (i.e. voxels) that make up the

volume. That is, that the lower end of the density range

that is detected in <u>Kotowski</u> implicitly permits smaller

dimensioned explosives of larger densities to be detected

by the <u>Kotowski</u> method despite the fact that the detected

density is diluted by the larger dimensions of the

scattering volumes (i.e. voxels).

Application/Control Number: 90/007,649                    Page 22
Art Unit: 3992

**B)** That the apparatus described by <u>Kotowski</u> comprises:

1. *A scanner for scanning a three-dimensional volume to determine a property (i.e. density) of each of a plurality of voxels representing the three dimensional volume,* i.e., slice by slice, thereby producing a "density image" [NOTE: scattering volumes (i.e., voxels) 201 of figure 2; column 5, lines 17-20 and 33-45; and column 7, lines 17-19];

2. **A processor (@ 208) that includes:**

a) **A contiguity identification module** (e.g. a module of software) for:

>**Determining a property (i.e. the density) of each volume/voxel of the produced "density image;"**

> Identifying "regions" of the image by **identifying contiguous groups of scattering volumes/voxels that have a "similar property**

Application/Control Number: 90/007,649                    Page 23
Art Unit: 3992

value"; i.e., regions comprised of
volumes/voxels that have density values
falling within the range of about 1.2 g/cm$^3$
and 1.8 g/cm$^3$ [Note: lines 25-35 of column
6]; and

b) **An explosive identification module** (e.g. a
module of software) for:

>**Identifying said contiguous groups (i.e.,
the regions) as potentially containing the
explosive when a characteristic thereof
(i.e. its volume/mass) has a predetermined
value (i.e. is sufficient to be indicative
of the explosive)** [Note: lines 25-35 of
column 6]

**C)** That claim 6 differs from <u>Kotowski</u> only in that the
claimed apparatus utilized a "contiguity identification
module" for identifying contiguous groups of voxels,
whereby said "contiguity identification module" compared
the property of a given voxel to those in the same plane

and planes above and below the given voxel. <u>Kotowski</u> is
silent as to the "contiguity identification module" that
was to be used to detect the "regions" of contiguous
scattering volumes (i.e. voxels) having a densities between
about 1.2 $g/cm^3$ and 1.8 $g/cm^3$.

**D)** That the prior art of <u>Frazee et al.</u> and <u>Takahashi et al.</u>
evidence that it was well known in the 3D X-ray imaging art
to have compared the characteristic of adjacent
volume/voxel as part of a "contiguity identification
module" to identify "regions" of similar density in 3D X-
ray images.

**E)** And that it would have been obvious to have utilized
these conventional "contiguity identification" processes of
the prior art as the required means in <u>Kotowski</u> needed to
identify the described "regions" of similar density in the
3D density images described therein.

*[Wherein a claim chart comparing the limitations of claim 6
to the applied prior art is provided on pages 15-17 of said
request].*

Application/Control Number: 90/007,649                    Page 25
Art Unit: 3992

It is agreed that consideration of these references raises a substantial new

question of patentability as to claim 6 of the <u>Eberhard et al.</u> patent (#5,905,806).

Each of these references is not cumulative with respect to the prior art of record

cited in the patented file.  Further, there is a substantial likelihood that a

reasonable examiner would consider the teachings of each of these references

important in deciding whether or not claim 6 of <u>Eberhard et al.</u> [#5,905,806] is

patentable.

Application/Control Number: 90/007,649                    Page 26
Art Unit: 3992

**16)** The request indicates that the requester considers

independent claim 8 of <u>Eberhard et al.</u> (U.S. Patent #5,905,806)

to be rendered obvious under Section 103 by U.S. Patent No.

5,247,561 to <u>Kotowski</u>, in view of U.S. Patent No. 5,150,427 to

<u>Frazee et al</u> and US Patent #4,991,224 to <u>Takahashi et al.</u>, for

the following reasons:

> **A)** That <u>Kotowski</u> describes an apparatus for ascertaining
> the presence of an object (i.e., an explosive) within in a
> three dimensional volume wherein, implicitly, at least one
> of the dimensions of the object (i.e. the explosive) may be
> smaller than the linear dimensions of the scattering
> volumes (i.e. voxels) that make up the volume. The
> detection of the lower end of the density range in <u>Kotowski</u>
> implicitly permits smaller dimensioned object (i.e.,
> explosives of larger density) to be detected by the
> <u>Kotowski</u> method, despite the fact that calculated density
> value is diluted by the larger dimensions of the scattering
> volumes (i.e. voxels).

Application/Control Number: 90/007,649                  Page 27
Art Unit: 3992

    **B)** That the apparatus described by <u>Kotowski</u> comprises:

        1. *A scanner for scanning a three-dimensional volume to determine a property (i.e. density) of each of a plurality of voxels representing the three dimensional volume,* i.e., slice by slice, thereby producing a "density image" [NOTE: scattering volumes (i.e., *voxels*) 201 of figure 2; column 5, lines 17-20 and 33-45; and column 7, lines 17-19];

        2. A processor (@ 208) that includes:

            a) **A contiguity identification module** (e.g. a module of software) for:

                >**Determining a property (i.e. the density) of each volume/voxel of the produced "density image;"**

                > Identifying "regions" of the image by **identifying contiguous groups of scattering volumes/voxels that have a "similar property**

Application/Control Number: 90/007,649                    Page 28
Art Unit: 3992

value"; i.e., regions comprised of
volumes/voxels that have density values
falling  within the range of  about 1.2 g/cm³
and 1.8 g/cm³ [Note: lines 25-35 of column
6]; and

b) An object (i.e. explosive) identification
module (e.g. a module of software) for:

>Identifying said contiguous groups (i.e.,
the regions) as potentially containing the
object (i.e., the explosive) when a
characteristic thereof (i.e. its
volume/mass) has a predetermined value (i.e.
is sufficient to be indicative of the
object/explosive)[Note: lines 25-35 of
column 6]

C) That claim 8 differs from Kotowski only in that the
claimed apparatus utilized a "contiguity identification
module" for identifying contiguous groups of voxels,
whereby said "contiguity identification module" compared

Application/Control Number: 90/007,649                    Page 29
Art Unit: 3992

the property of a given voxel to those in the same plane

and planes above and below the given voxel.  Kotowski is

silent as to the "contiguity identification module" that

was to be used to detect the "regions" of contiguous

scattering volumes (i.e. voxels) having a densities between

about 1.2 g/cm$^3$ and 1.8 g/cm$^3$.


D) That the prior art of Frazee et al. and Takahashi et al.

evidence that it was well known in the 3D X-ray imaging art

to have compared the characteristic of adjacent

volume/voxel as part of a "contiguity identification

module" to identify "regions" of similar density in 3D X-

ray images.


E) And that it would have been obvious to have utilized

these conventional "contiguity identification" processes of

the prior art as the required means in Kotowski needed to

identify the described "regions" of similar density in the

3D density images described therein.

[Wherein a claim chart comparing the limitations of claim 8

to the applied prior art is provided on pages 18-20 of said

request].

Application/Control Number: 90/007,649                    Page 30
Art Unit: 3992

It is agreed that consideration of these references raises a substantial new
question of patentability as to claim 8 of the <u>Eberhard et al.</u> patent (#5,905,806).
Each of these references is not cumulative with respect to the prior art of record
cited in the patented file. Further, there is a substantial likelihood that a
reasonable examiner would consider the teachings of each of these references
important in deciding whether or not claim 8 of <u>Eberhard et al.</u> [#5,905,806] is
patentable.

Application/Control Number: 90/007,649                    Page 31
Art Unit: 3992

**17)** The request indicates that the requester considers

independent claim 9 of <u>Eberhard et al.</u> (U.S. Patent #5,905,806)

to be rendered obvious under Section 103 by U.S. Patent No.

5,247,561 to <u>Kotowski</u>, in view of U.S. Patent No. 5,150,427 to

<u>Frazee et al</u> and US Patent #4,991,224 to <u>Takahashi et al.</u>, for

the following reasons:

**A)** That <u>Kotowski</u> describes a method of detecting an

explosive that comprises the steps of:

1. "*Radiation scanning a three-dimensional volume to*

*determine a property of (i.e. the density of) each of*

*a plurality of voxels representing the three*

*dimensional volume,*" i.e., slice by slice, thereby

producing a "density image" [NOTE: scattering volumes

(i.e., *voxels*) 201 of figure 2; column 5, lines 17-20

and 33-45; and column 7, lines 17-19];

2. **Identifying scattering volumes/voxels having**

**similar values of said property;** i.e. those having

density values that fall within the range of about 1.2

Application/Control Number: 90/007,649          Page 32
Art Unit: 3992

g/cm$^3$ to about 1.8 g/cm$^3$ [Note: lines 25-35 of column
6];

3) Identifying, using a contiguous region evaluation
process, "regions" in the density that are comprised
of respective groups the scattering volumes/voxels
having similar values of said property; i.e. those
having density values that fall within the range of
about 1.2 g/cm$^3$ to about 1.8 g/cm$^3$ [Note: lines 25-35
of column 6];
and

4) Identifying those of the identified "regions",
contiguous groups of volumes/voxels having similar
values, that have a characteristic (i.e. are of a
sufficient volume (or mass)) so as to be potentially
indicative of an explosive.
[Note: lines 25-35 of column 6]

C) That claim 9 differs from <u>Kotowski</u> only in that the
claimed method utilized a "contiguity evaluation process"
for identifying contiguous groups of voxels, whereby said
"contiguity evaluation process" compare the property of a
given voxel to those in the same plane and planes above and
below the given voxel.  <u>Kotowski</u> is silent as to the
"contiguity evaluation process" that was to be used to
detect the "regions" of contiguous scattering volumes (i.e.
voxels) having a densities between about 1.2 $g/cm^3$ and 1.8
$g/cm^3$.

D) That the prior art of <u>Frazee et al.</u> and <u>Takahashi et al.</u>
evidence that it was well known in the 3D X-ray imaging art
to have compared the characteristic of adjacent
volume/voxel as part of a "contiguity evaluation process"
to identify "regions" of similar density in 3D X-ray
images.

E) And that it would have been obvious to have utilized
these conventional "contiguity evaluation process" of the
prior art as the required means in <u>Kotowski</u> needed to

Application/Control Number: 90/007,649                        Page 34
Art Unit: 3992

identify the described "regions" of similar density in the

3D density images described therein.

*[Wherein a claim chart comparing the limitations of claim 9*
*to the applied prior art is provided on pages 20-23 of said*
*request].*

**It is agreed that consideration of these references raises a substantial new question of patentability as to claim 9 of the <u>Eberhard et al.</u> patent (#5,905,806). Each of these references is not cumulative with respect to the prior art of record cited in the patented file.  Further, there is a substantial likelihood that a reasonable examiner would consider the teachings of each of these references important in deciding whether or not claim 9 of <u>Eberhard et al.</u> [#5,905,806] is patentable.**

Application/Control Number: 90/007,649                    Page 35
Art Unit: 3992

**18)** The request indicates that the requester considers
independent claim 10 of Eberhard et al. (U.S. Patent #5,905,806)
to be rendered obvious under Section 103 by U.S. Patent No.
5,247,561 to Kotowski, in view of U.S. Patent No. 5,150,427 to
Frazee et al and US Patent #4,991,224 to Takahashi et al., for
the following reasons:

   **A)** That Kotowski describes an apparatus for ascertaining
   the presence of an explosive within in a three dimensional
   volume that comprises:

       1. *A scanner for scanning a three-dimensional volume
       to determine a property (i.e. density) of each of a
       plurality of voxels representing the three dimensional
       volume,* i.e., slice by slice, thereby producing a
       "density image" [NOTE: scattering volumes (i.e.,
       *voxels*) 201 of figure 2; column 5, lines 17-20 and 33-
       45; and column 7, lines 17-19];

Application/Control Number: 90/007,649                Page 36
Art Unit: 3992

    2. A processor (@ 208) that includes:

        a) A contiguity identification module (e.g. a
module of software) for:

            >Determining a property (i.e. the density)
of each volume/voxel of the produced
"density image;"

            > Identifying "regions" of the image by
identifying contiguous groups of scattering
volumes/voxels that have a "similar property
value"; i.e., regions comprised of
volumes/voxels that have density values
falling  within the range of  about 1.2 $g/cm^3$
and 1.8 $g/cm^3$ [Note: lines 25-35 of column
6]; and

Application/Control Number: 90/007,649          Page 37
Art Unit: 3992

> b) **An explosive identification module** (e.g. a
> module of software) for:
>
> > >**Identifying said contiguous groups (i.e.,
> > the regions) as potentially containing the
> > explosive when a characteristic thereof
> > (i.e. its volume/mass) has a predetermined
> > value (i.e. is sufficient to be indicative
> > of the explosive)**[Note: lines 25-35 of
> > column 6]

C) That claim 10 differs from Kotowski only in that the
claimed apparatus utilized a "contiguity identification
module" for identifying contiguous groups of voxels,
whereby said "contiguity identification module" compared
the property of a given voxel to those in the same plane
and planes above and below the given voxel. Kotowski is
silent as to the "contiguity identification module" that
was to be used to detect the "regions" of contiguous
scattering volumes (i.e. voxels) having a densities between
about 1.2 $g/cm^3$ and 1.8 $g/cm^3$.

Application/Control Number: 90/007,649                    Page 38
Art Unit: 3992

     **D)** That the prior art of <u>Frazee et al.</u> and <u>Takahashi et al.</u>
evidence that it was well known in the 3D X-ray imaging art
to have compared the characteristic of adjacent
volume/voxel as part of a "contiguity identification
module" to identify "regions" of similar density in 3D X-
ray images.

     **E)** And that it would have been obvious to have utilized
these conventional "contiguity identification" processes of
the prior art as the required means in <u>Kotowski</u> needed to
identify the described "regions" of similar density in the
3D density images described therein.

[*Wherein a claim chart comparing the limitations of claim 10
to the applied prior art is provided on pages 23-25* of said
request].

**It is agreed that consideration of these references raises a substantial new
question of patentability as to claim 10 of the <u>Eberhard et al.</u> patent (#5,905,806).
Each of these references is not cumulative with respect to the prior art of record
cited in the patented file.  Further, there is a substantial likelihood that a**

Application/Control Number: 90/007,649                    Page 39
Art Unit: 3992

**reasonable examiner would consider the teachings of each of these references**

**important in deciding whether or not claim 10 of <u>Eberhard et al.</u> [#5,905,806] is**

**patentable.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Application/Control Number: 90/007,649                    Page 40
Art Unit: 3992

19) All of the references cited by the requester are deemed to
raise substantial new questions of patentability that have not
been decided during the examination of the Eberhard et al
[#5,905,806] patent.  Accordingly, the request for reexamination
is granted.


20) All claims will be reexamined.


21) The patent owner is reminded of the continuing
responsibility under 37 CFR 1.565(a), to apprise the Office of
any litigation activity, or other prior or concurrent
proceeding, involving Patent No. 5,905,806 throughout the course
of this reexamination proceeding.  See MPEP §§ 2207, 2282 and
2286.


**********************************************************

Application/Control Number: 90/007,649                    Page 41
Art Unit: 3992

**22) All** correspondence relating to this ex *parte* reexamination

proceeding should be directed:

> By U.S. Postal Service Mail:
>
>> Mail Stop *Ex Parte* Reexam
>> Central Reexamination Unit
>> Office of Patent Legal Administration
>> United States Patent & Trademark Office
>> P.O. Box 1450
>> Alexandria, VA 22313-1450
>
> By FAX to:     (571) 273-9900
>                Central Reexamination Unit
>
>
> By hand:       Customer Service Window
>                Randolph Building
>                401 Dulany Street
>                Alexandria, VA 22314

Any inquiry concerning this communication or earlier
communications from the examiner, or as to the to the status of
this proceeding, should be directed to the Central Reexamination
Unit at telephone number (571) 272-7705.

David E. Harvey
Primary Examiner
(571) 272-7345

Conferee

Conferee
SPRE 3992