# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## **DECLARATION OF CHRISTINE LINDSEY**

1.  I am an employee of L-3 Communications Security and Detection Systems, Inc., ("L-3"). I submit this declaration under penalty of perjury.

2.  Part of my responsibilities at L-3 is to act as L-3's Liaison to the Transportation Security Administration ("TSA") for contracting issues.

3.  Over the past months, I have been involved in L-3's bid in response to the TSA's Reduced-Sized EDS Procurement Request for Proposals ("RFP"). The Contracting Officer in charge of that RFP is Jamie Thompson. The Contracting Officer is the appointed TSA official with authority for selecting which bidders receive an award, determining contractual terms and conditions and executing the resulting contract.

4.  On September 27, 2005, I was informed by Jamie Thompson that Reveal Imaging Technologies ("Reveal") had been awarded a contract under the RFP and that L-3 would not be awarded a contract.

5.  As a general practice after a procurement contract has been awarded, the TSA offers to hold a separate individual "debriefing" session with those bidders that do

945301.1

not receive an award. The purpose is to answer questions about the award, and the process and considerations that led to it.

6. On October 6, 2005, I participated in a debriefing telephone conference with Jamie Thompson from the TSA regarding the reduced-sized EDS procurement. Also present in the conference were three other L-3 employees.

7. In the debriefing telephone conference, Jamie Thompson said that L-3's proposal was considered, but that Reveal's proposal was selected.

8. During the debriefing telephone conference, Jamie Thompson was asked whether the contract awarded to Reveal included an "authorization and consent" clause for patent infringement. Jamie Thompson responded that the terms of Reveal's contract were identical to those of the published contract in the final RFP, which did not contain an authorization and consent clause.

9. During the debriefing telephone conference, Jamie Thompson was asked whether the Government had accepted liability or immunized Reveal for patent infringement. Jamie Thompson responded that the Government had not accepted liability or immunized Reveal for any patent infringement.

*Christine Lindsey* (signature)

945301.1

# EXHIBIT B

# MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

H. Joseph Hameline | 617 348 1651 | jhameline@mintz.com

September 16, 2005

**BY FACSIMILE AND REGULAR MAIL**

James J. Foster, Esquire
Wolf Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

    Re:    L-3 Communications Security and Detection Systems, Inc. v.
              Reveal Imaging Technologies, Inc., U.S.D.C. (MA) C.A. No. 04-11884-NG

Dear Jim:

    Pursuant to Judge Dein's direction at the last hearing, I am providing notice of bids tendered by Reveal for foreign sales of its CT-80. Reveal has recently responded to two public tenders: one from ASA (which I understand is a consortium of airports in Mexico) and one from a British agent representing civil aviation interests in the Bahamas. To date, these bids have not resulted in any orders. In addition, Reveal has submitted a proposal in response to a request from Nassau International Airport. Again, no order has been issued as a result of this proposal.

    I assume that L-3 is aware of all of these RFPs in light of its position in the industry.

                                                 Very truly yours,

                                                 H. Joseph Hameline

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON

# EXHIBIT C

# MINTZ LEVIN

H. Joseph Hameline | 617 348 1651 | jhameline@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

October 5, 2005

**BY FACSIMILE AND REGULAR MAIL**

James J. Foster, Esquire
Wolf Greenfield and Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

Re: L-3 Communications Security and Detection Systems, Inc. v.
Reveal Imaging Technologies, Inc., U.S.D.C. (MA) C.A. No. 04-11884-NG

Dear Jim:

In my letter dated September 16, 2005, I informed you that Reveal had made a proposal to ASA (an operator of airports in Mexico) for the sale of its CT 80. I understand that ASA has very recently issued an order to Reveal for four (4) CT 80s.

This letter is submitted pursuant to the Court's instruction to apprise L-3 of the status of Reveal's foreign sales.

Very truly yours,

H. Joseph Hameline

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON