UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC.,<br>    Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.,<br>    Defendant. | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

## REVEAL'S MOTION TO AMEND ANSWER & COUNTERCLAIM

Reveal Imaging Technologies, Inc. ("Reveal") hereby moves this Court to allow the filing of the attached First Amended Answer and Counterclaims of Reveal Imaging Technologies, Inc.

As grounds for this motion, Reveal states that the amendments relates to the new affirmative defenses of inequitable conduct and patent misuse with respect to U.S. Patent Nos. 6,721,391 and 6,707,879. The facts concerning and supporting Affirmative Defenses six through eight were only fully obtained during deposition testimony over the last week of discovery and also arise as a result of L-3's current infringement contentions in its expert reports submitted on October 18, 2005.

L-3 will not be prejudiced by this amendment as it is and has been in possession all of the facts concerning these affirmative defenses.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Defendant's counsel in good faith conferred by telephone with counsel for L-3 on this matter on October 20, 2005 and again on October 21, 2005. Unable to obtain plaintiff's assent to the instant motion, Defendant files this motion as without L-3's assent.

Respectfully submitted,

Reveal Imaging Technologies, Inc.,

By its attorneys,

Dated: October 21, 2005

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel. (617) 542-6000
Fax (617) 542-2241