UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 04-11884-NG |
| REVEAL IMAGING TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S RENEWED MOTION TO STAY
AND MOTION TO COMPEL DISCOVERY**

A hearing was held on October 27, 2005 to address "Reveal's Renewed Motion to Stay Pending Reexamination of the Six Patents-in-Suit" (Docket No. 134) and Reveal's "Motion to Compel L-3 to Produce Overdue Documents . . ." (Docket No. 125). After consideration of the parties' submissions, as well as their oral arguments, it is hereby ORDERED as follows:

1. Reveal's Motion to Stay is taken under advisement. In the interim, discovery is to continue in accordance with the prior orders of the court. By November 10, 2005 the parties shall submit proposed schedules for the completion of expert discovery through the resolution of claim construction and summary judgment issues. Prior to November 10, 2005 the parties shall confer and shall attempt to agree on a proposed schedule.

2. Reveal's Motion to Compel is **ALLOWED IN PART** and **DENIED IN PART** as follows:

    A. Discovery relating to Reveal's Counterclaims is deferred to Phase II.

    B. L-3 contends that it is unable to locate documents requested by Reveal relating to the GE and Lockheed Martin technology. Reveal shall draft a letter identifying specifically the items it is requesting, and a duly authorized officer of L-3 shall attest, in writing, that after a diligent search all available materials have been produced and no additional responsive documents can be located.

    C. L-3 is to produce source codes, subject to SSI requirements of the TSA, describing the manner in which the examiner series practices the '806 and '926 patents in connection with the image processing function.

    D. The other issues raised in Reveal's motion to compel have been resolved by the parties.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
DATED: October 27, 2005            United States Magistrate Judge