# ATTACHMENT TO EXHIBIT A
(Imatron Study)

Imatron Inc.    389 Oyster Point Boulevard
Medical Imaging Technology    South San Francisco, CA 94080

**imatron**

## FINAL REPORT

## DUAL-ENERGY COMPUTED TOMOGRAPHIC
## EXPLOSIVES AND SUITCASE CHARACTERIZATION STUDY

### Prepared by:

**IMATRON, INC.**
**389 Oyster Point Blvd.**
**South San Francisco, CA 94080**

### Submitted to:

**DEPARTMENT OF RADIOLOGICAL SCIENCES**
**University of California, Los Angeles**
**Los Angeles, CA 90024**

### Under

**FAA Contract No. DTFA03-85-C-00037**



# TABLE OF CONTENTS

| | Page |
|---|---|
| 1.0. INTRODUCTION AND OBJECTIVES | 1 |
| 2.0. EXPERIMENT | 2 |
| 2.1. Development of Specific Program Objectives and Experimental Procedures | 2 |
| 2.2. Program Objectives and Achievemnts | 2 |
| 2.2.1. Explosives Study | 2 |
| 2.2.2. Suitcase Study | 3 |
| 2.3. Experimental Procedures | 3 |
| 2.3.1. Site Selection | 3 |
| 2.3.2. Experimental Hardware | 3 |
| 2.3.4. Scan Parameters | 5 |
| 2.3.5. Personnel | 5 |
| 2.3.6. Calibration Procedures | 5 |
| 2.3.7. Explosives Samples and Scan Procedures | 9 |
| 2.3.8. Suitcase Samples and Scan Procedures | 12 |
| 2.3.8.1. Selection Rules | 14 |
| 2.3.8.2. Data Recorded | 14 |
| 2.3.8.3. Data Recording Forms | 15 |
| 3.0. RESULTS | 16 |
| 3.1. Explosives Characterization Study | 16 |
| 3.2. Suitcase Characterization Study | 34 |
| 4.0. ANALYSIS AND CONCLUSIONS | 42 |

i

## LIST OF ILLUSTRATIONS

**Page**

Figure 2.1. Ellis & Watts Scanner Trailer ....... 4

Figure 2.2. Technicare 2060Q Gantry ....... 4

Figure 2.3. Operator's Console ....... 4

Figure 2.4. Test Configuration for Explosive Samples ....... 10

Figure 2.5. Scanner Trailer On Location at LAX ....... 13

Figure 2.6. TWA Baggage Line at LAX ....... 13

Figure 2.7. Hot Water Bottles Used for Internal Density Reference ....... 13

Figure 3.1. Measured Density Distribution for Products Using Military Explosives (BoM Study) ....... 23

Figure 3.2. Measured Density Distribution of NG/EGDN-based Products (BoM Study) ....... 24

Figure 3.3. Measured Density Distribution of Water Gels (BoM Study) ....... 25

Figure 3.4. Measured Density Distribution of Emulsions (BoM Study) ....... 26

Figure 3.5. Measured Density Distribution of All Commercial Explosive Products, Excluding Products Derived from Military Explosives (BoM Study) ....... 27

Figure 3.6. Computed Density Distribution of Cap-Sensitive Commercial Explosives as a Fraction of Production (Extrapolated from Data Provided by the Institute of the Makers of Explosives) ....... 30

Figure 3.7. Eight-Part Photograph Illustrating the Three-Dimensional Volumetric Imaging Capabilities of CT ....... 33

Figure 3.8. Sample CT Images of Suitcases (LAX Study) ....... 35

Figure 3.9. Density Distribution of Paper Items in Suitcases (LAX Study) ....... 37

ii

Figure 3.10. Density Distribution of Liquids and Creams
in Suitcases (LAX Study)                          38

Figure 3.11. Density Distribution of Shoe Components in
Suitcases (LAX Study)                             39

Figure 3.12. Density Distribution of "Other" Objects
Found in Suitcases (LAX Study)                    40

Figure 3.13. Density Distribution of All Objects Found
in Suitcases During the LAX Study with
Areas Greater than 1.6 Square Inches and
Densities Greater than 0.5.                       41

## LIST OF TABLES

| | Page |
|---|---|
| Table 3.1. DECT Characterization of Military Explosives (18 Samples) | 17 |
| Table 3.2. DECT Characterization of NG/EGDN Explosives (28 Samples) | 18 |
| Table 3.3. DECT Characterization of Water Gels (32 Samples) | 20 |
| Table 3.4. DECT Characterization of Emulsions (15 Samples) | 22 |
| Table 3.5. Density Distribution of Explosives used in Bureau of Mines Study. | 28 |
| Table 3.6. Results of the Detasheet Measurements (Bureau of Mines Study) | 31 |
| Table 3.7. Density Distribution of Suitcase Contents | 36 |

iv

## 1.0 INTRODUCTION AND OBJECTIVES

Under the terms of a fixed-price task order from the University of California, Los Angeles (UCLA), issued pursuant to FAA Contract No. DTFA03-85-C-00037 with the Image Processing Laboratory of UCLA, Imatron, Inc. has investigated the feasibility of utilizing dual-energy computed tomography (DECT) for the detection of explosives in real-world scenarios. Specifically, Imatron performed experimental studies and analyses to achieve the following objectives:

1. Quantitatively characterize[1] a broad spectrum of explosives by DECT.

2. Quantitatively characterize explosive simulants and identify simulants that accurately represent the range of DECT values obtained for live explosives.

3. Quantitatively characterize materials encountered in passenger luggage.

4. Establish the frequency of occurrence in passenger luggage of materials with explosive-like characteristics.

5. Identify commonly encountered innocuous materials with explosive-like DECT characteristics (if possible).

6. Establish a DECT data base for passenger luggage for possible further analysis.

7. Present and document the results.

---

[1] In this program, materials and objects were characterized on the basis of data from reconstructed CT images obtained at two energies, rather than on the basis of data obtained from dual-energy images generated using the Alvarez-Macovski algorithm (which operates on the projection "views" or "profiles" before image reconstruction). It was recognized that this would result in some decrease in atomic number discrimination and the introduction of unnecessary artifacts. However, because special-purpose computer hardware was not available to perform the necessary operations on the projection data, implementing the Alvarez-Macovski algorithm would have entailed an enormous expenditure of time and resources using a mainframe computer. It was believed that this was not justified by the improvement in performance to be expected. Thus, the results obtained in this study are "worst-case," in that improved atomic number discrimination and artifact reduction would be expected from a system employing special-purpose hardware.

1

These objectives have been achieved, as reported below. This report is divided into five sections: this Introduction, Experiment, Results, Analysis, and Conclusions.

## 2.0. EXPERIMENT

### 2.1. Development of Specific Program Objectives and Experimental Procedures.

A kick-off meeting between UCLA and Imatron was held at Imatron on February 19, 1987. The FAA Technical Center was represented by Mr. Roy Mason, the Contracting Officer's Representative (COR) for the UCLA contract. UCLA was represented by Dr. H.K. Huang, Dr. Nickolas Mankovich, Dr. Kelby Chan, and Dr. Brent Stewart. Imatron was represented by Dr. Douglas Boyd, Mr. Shalom Ackelsburg, and Dr. Fred Roder. Also present at the meeting was Mr. Richard Stockton, President of Southern CATS, Inc. (Imatron's subcontractor for scanner operation) and Dr. John Schroeder, President of the Ontar Corp. (Imatron's subcontractor for data analysis).

Program objectives, the division of responsibilities, and preliminary experimental procedures for this effort were drafted at this meeting. These were refined after a dry run of the draft data acquisition procedure, which was performed the week of March 1st at Century City Hospital using a Technicare 2060Q scanner. (Participants in the dry run were Fred Roder and Rick Stockton. Nick Mankovich served as an observer. Suitcases and samples used in the Phase I laboratory demonstration program were used for the dry run.) Some further revisions were made by Imatron during the course of the characterization studies, with the concurrence of UCLA. Presented below are the program objectives established at the kick-off meeting, the actual achievements of the program, and the experimental procedures which were actually employed during the characterization studies.

### 2.2. Program Objectives and Achievements.

#### 2.2.1. Explosives Study. The FAA established the Bureau of Mines (BoM) in Pittsburgh as both the source of explosives samples and the experimental site for the explosives characterization study. To this end, the FAA had transferred funds directly to BoM. At the kick-off meeting, it was agreed that only cap-sensitive explosives would be included in the study. A minimum of 100 and a maximum of 200 different types of explosives would be characterized. During the period the explosives characterization study was performed, only 93 different types of cap-sensitive explosives were available at BoM. We were therefore not quite able to achieve our minimum goal. However, we were able to perform some additional experiments which measured (1) projected performance against sheet explosives and (2) the uniformity of commercial explosives. In addition, by placing explosives in a packed suitcase and taking contiguous scans over a central region of that suitcase, we were able to generate a

2

data set which permitted the three-dimension volumetric imaging of
explosives concealed in luggage to be demonstrated.

**2.2.2. Suitcase Study.** At the kick-off meeting it was agreed that
the suitcase data base would consist of approximately 1000
suitcases. For each suitcase, two scan planes would be chosen, and
each of these scan planes would be imaged at both 140 and 100 Kv.
Within each scan plane the average CT values and their standard
deviations would be recorded for a set of four regions of interest
(ROI) at each of the two x-ray voltages. Selection rules were set
for choosing the scan planes and selecting the regions of interest.

After the Century City dry run, the number of ROI's was reduced
from four to three per scan plane. During the actual study, time
and funding limited us to acquiring data for only 800 suitcases.
Of these, 750 provided meaningful data.

**2.3. Experimental Procedures.**

**2.3.1. Site Selection – Explosives Study.** On March 13, 1987, Fred
Roder of Imatron and Roy Mason, the FAA Contracting Officer's
Representative (COR) for this study, met with Mr. Ed Hay at the
Bureau of Mines to tour the facility, select a site for the
explosives characterization phase, and arrange for support by BoM
personnel. The site selected was a level section of road outside
an explosives test chamber.

**2.3.2. Site Selection – Suitcase Study.** Both the San Francisco
(SFO) and Los Angeles (LAX) International Airports were considered
for the suitcase study. Ultimately, LAX was selected because of
the availability of a suitable open area for the scanning trailer
near the TWA baggage make-up area, and because of the proximity of
SCI, the organization responsible for scanner operation and
maintenance.

Imatron was assisted in selecting an experimental site and in
obtaining permission to perform the tests by Mr. Edward Ridel and
Mr. Joseph Coyne of the FAA Civil Aviation Security Field Office at
LAX. Mr. Thomas Vavrek, Manager of TWA Ground and Aircraft
Services, and Mr. Lyle L. Ahner, TWA Area Security Manager,
cooperated closely with the Imatron team in day-to-day operations.
Mr. Mario S. Polselli, Chief of Operations at LAX, and Mr. William
J. Carey, his assistant, expedited the security clearances and
badging of test personnel.

**2.3.3. Experimental Hardware.** A Technicare 2060 Quantum scanner
mounted in an Ellis & Watts trailer was rented from King's Medical
Corp. and delivered to the Bureau of Mines (BoM) in Pittsburgh on
28 May 1987. Figure 2.1. This was a totally self- contained
scanning unit, which included a diesel-powered generator to provide
electrical power, the scanning gantry (Figure 2.2), and separate
operator's and physician's consoles (Figure 2.3).

3



FIGURE 2.1.  Ellis & Watts Scanner Trailer

FIGURE 2.2.  Technicare 2060Q Gantry

FIGURE 2.3.  Operator's Console

**2.3.4. Scan Parameters.** In order to ensure the consistency of both the explosives and suitcase data, all scans were performed on a Technicare 2060Q scanner using identical scan parameters. Thus, the scanner was operated in the service mode, with a 50 cm reconstruction circle and a flat filter. The scanner software was altered by Rick Stockton to allow the ROI software to run while the scanner was operated in this mode. The high- and low- energy x-ray values were chosen to be 140 and 100 Kv. Slice thickness was set at 10 mm, with each scan set at 8 sec and 100 Ma.

**2.3.5. Personnel.** Two men were in the scanner trailer at all times for both the BoM and LAX studies. One was the scanner operator: either Ed Manubay or Rick Stockton of Southern CATS; the other was the image analyzer: either an Imatron employee (Fred Roder, Elan Scheinman, or Ian Hankinson) or John Schroeder of Ontar. The names of the scanner operator and the image analyzer were recorded on each data form, along with the date. For the explosives characterization study, neither the scanner operator nor the image analyzer touched the explosives. The samples were brought to and placed in the scanner by Messrs. Larry Kent and Jim Mitsch, Bureau of Mines employees trained in the safe handling of explosives. For the suitcase characterization study, the suitcases were handled by project personnel.

**2.3.6. Calibration Procedures.** The numerical values of the pixels comprising the CT images produced by the Technicare 2060Q scanner range from -1000 to +1000, and are called either CT values or Hounsfield numbers (after the developer of the CT scanner, Godfrey Hounsfield). Because CT is a quantitative measuring technique, CT values are intended to be characteristic of the imaged materials themselves (rather than simply of the image), and thus should be reproducible day-to-day and scanner- to-scanner. In order to achieve this reproducibility, CT scanners are calibrated at reasonable intervals using air and water as the standards. A CT value of -1000 corresponds to air (essentially 0 grams/cubic cm), while a CT value of 0 corresponds to water (1 gram/cubic cm). On this scale, dense bone is approximately +1000. The scale of CT values is linear in density for the water-like materials (i.e., organic materials such as explosives). Higher atomic number materials produce CT values which are higher than would be expected based on density alone. Materials such as glass, aluminum, and steel, which are both high-density and high-atomic-number, exceed the calibration range for medical CT scanners; in images, they usually appear as solid white.

The scanner was calibrated once a day, using a uniform-field phantom (cylindrical water phantom), a bone mineral phantom prepared by Dr. Chris Cann, and dual-energy calibration materials supplied by UCLA. Each day the high- and low-energy CT values from five regions within the uniform-field phantom and each of the samples in the bone mineral phantom were checked against earlier

5

readings to make certain that no significant shifts in the measured values had occurred. No significant shifts (i.e., greater than 10 CT numbers) were observed. (Significant shifts could indicate high voltage drift or other hardware problems.) All calibration data were recorded on magnetic tape, but they did not contribute directly to the analysis of the explosives and suitcase data.

The Technicare scanner has a diagnostic mode which, among other things, shows which detectors are not functioning. Software automatically compensates for malfunctioning detectors, but each day the number(s) of any additional malfunctioning detector(s) was recorded.

The following page is a sample of a filled-out calibration data recording form, which we called the Shift Log-On. On it are recorded the date and time, the scanner operator and the image analyzer, the tape numbers and file numbers on which the data are recorded, the uniform-field phantom values (averaged over 200-250 pixels), the bone mineral phantom values (averaged over 200-250 pixels), and the numbers of any additional bad detectors. The section marked "Dual-Energy Checkerboard" refers to a dual-energy calibration phantom that we expected to obtain from the FAA. This calibration phantom was never utilized. Instead, we used aluminum and Lucite step wedges and a series of aluminum and Lucite strips provided by UCLA. The data obtained using these calibration standards are essentially identical to the data which would be obtained using a checkerboard. However, because the procedures for data collection are different, a different form was used for record keeping.

The UCLA dual-energy calibration materials consisted of nine-step step wedges of eighth-inch 1100 aluminum and half-inch Lucite, as well as nine flat strips of the aluminum and Lucite with the same respective thicknesses. The calibration procedure involved a series of twelve scans: a projection scan with the patient couch only (Table deltaview); projection scans with 10 combinations of 1100 aluminum and Lucite step wedges and strips (Setups 1 - 10); and an air CT scan without the patient table. Note that for each of the Setups 1 -10, both the Lucite (Wp) and aluminum (Wa) step wedges were scanned. Each setup involved placing a different combination of Lucite and aluminum strips under the step wedges. A copy of the UCLA calibration data form is shown on the second page following. Note that only file numbers were recorded. The data obtained in this manner were recorded on magnetic tape and will permit the raw data recorded for the explosives and suitcases to be analyzed after the fact using the Alvarez-Macovski method, should this ever become desirable.

6

SHIFT LOG-ON

DATE: 8/5/87

TIME: (AM) PM

OPERATOR: EAr

RAW # 353

IMAGE ANALYZER:

DYNG 65 # 351

SYSTEM DIAGNOSTICS

WATER--LOW ENERGY
FILE NO.: 5969

WATER--HIGH-ENERGY
FILE NO.: 5980

-2.4

RMSD = 11.01

PMSD = 21.61

-78    3.4    -5.9    -1.9    -4.3

-6.6    -5.5

ADDITIONAL BAD DETECTORS:

FILE NO.        DUAL-ENERGY CHECKERBOARD

PROJECTION SCAN--TABLE (LOW-ENERGY)

PROJECTION SCAN--TABLE (HIGH-ENERGY)

PROJECTION SCAN--PHANTOM (HIGH-ENERGY)

PROJECTION SCAN--PHANTOM (LOW-ENERGY)

FILE NO.        CHRIS CANN PHANTOM

5903    CT SCAN (LOW-ENERGY)

5972    CT SCAN (HIGH-ENERGY)

| REGION | # PIXELS | HIGH-ENERGY | STD DEV | LOW-ENERGY | STD DEV |
|--------|----------|-------------|---------|------------|---------|
| 1 | | | 23.73 | 355.6 | 19.83 |
| 2 | | 185.6 | 8.01 | 184.2 | 14.29 |
| 3 | | 87.3 | | 90.5 | 8.07 |
| 4 | | 8.0 | 3.79 | -8.7 | 4.3 |
| 5 | | -82.9 | 8.79 | -122.9 | 6.22 |

REVISED 5/20/87

7

UCLA Calibration

Date: _8/5/87_                     Magnetic tape # _IMAGES = 360_
                                                 _RAW = 354_

| Setup | Description | raw data file names |
|-------|-------------|---------------------|
| 0 | Table deltaview | Lo @ 6 060   Hi @ 6059 |
| 1 | Wp+9p+0a / Wa+0p+0a | Lo @ 6061   Hi @ 6062 |
| 2 | Wp+9p+1a / Wa+1p+0a | Lo @ 6064   Hi @ 6063 |
| 3 | Wp+9p+2a / Wa+2p+0a | Lo @ 6065   Hi @ 6066 |
| 4 | Wp+9p+3a / Wa+3p+0a | Lo @ 6068   Hi @ 6067 |
| 5 | Wp+9p+4a / Wa+4p+0a | Lo @ 6069   Hi @ 6070 |
| 6 | Wp+9p+5a / Wa+5p+0a | Lo @ 6072   Hi @ 6071 |
| 7 | Wp+9p+6a / Wa+6p+0a | Lo @ 6073   Hi @ 6074 |
| 8 | Wp+9p+7a / Wa+7p+0a | Lo @ 6076   Hi @ 6075 |
| 9 | Wp+9p+8a / Wa+8p+0a | Lo @ 6077   Hi @ 6078 |
| 10 | Wp+9p+9a / Wa+9p+0a | Lo @ 6080   Hi @ 6079 |
| 11 | Air CT (without table) | Lo @ 6082   Hi @ 6081 |

Key:    Wp = 9 steps of plastic
        Wa = 9 steps of aluminum
        #p = # plastic (1/2" thick) lengths
        #a = # aluminum (1/8" thick) lengths

6/4/87 njm

8

**2.3.7. Explosives Samples and Scan Procedures.** The BoM test site became operational on 5 June 1987. Data on explosive samples and simulants was acquired over the period 5 June to 11 June, 1987. A total of 93 cap-sensitive explosives from the BoM magazines were studied. These included conventional dynamites, water gels, emulsions, militaries, and cast boosters, which represented all the varieties of explosives available at the BoM at the time of the tests.

Because BoM is responsible for certifying explosives as permissible for use in underground mining operations, the majority of the products tested were either permissible or experimental formulations[2] submitted to BoM to be tested for permissibility. Of the 28 NG/EGDN formulations, 17 of the 28 were permissible, and an additional 2 were experimental. Of the emulsions, 4 of 15 were permissible, and an additional 5 were experimental. Of the water gels and slurries, 19 of 32 were permissible, and an additional 6 were experimental. (One of the tested water gels was found to contain a significant amount of a high-atomic-number material. We were informed by Dr. Frank Beitel, Supervisor of the Permissible Explosives Group at BoM, that this explosive was experimental, with no plans for its production. It was included in the data base, but it was not considered in the analysis of the data base.)

Permissible explosives comprise approximately 3 percent of commercial cap-sensitive production[3] and are less energetic (on average) than other packaged high explosives. More importantly in terms of this study, however, permissible explosives have lower average densities (by approximately 10%) than the remainder of cap-sensitive products. Consequently, the sample population used in the BoM study was skewed towards lower density products.

In addition to the 93 compact cap-sensitive explosive products, eight Deta Sheet samples ranging in thickness from 1/16 in. to 11/32 in. were examined, along with ten explosive simulants (six supplied by SAIC and four which were employed on Phase I of the present program). Finally, three explosive samples (a conventional dynamite, an emulsion, and a water gel) were sampled at three positions along their length to assess within-stick variability. Each explosive sample consisted of a single stick or item and each scan also contained a small water-filled plastic bottle. See Figure 2.4. For samples other than the sheet explosives, CT characteristics were measured over a round or oval region of

---

[2] Samples included as permissible were either marked as such or appeared on the 1987 Bureau of Mines list of permissible explosives. Experimental formulations were identified as such by Mr. Ed Hay, Bureau of Mines (Private Communication, 1990).

[3] Mr. Fred Smith, President of the Institute of the Makers of Explosives (private communication, 1990).



FIGURE 2.4.   Test configuration for explosive samples.

The  following page is a sample of a filled-out  explosives  data
recording form.    The data from two samples are recorded on  each
data sheet.

BUREAU OF MINES EXPLOSIVES TEST

DATE: 6/9/87                                         TIME: 9:15 AM PM

OPERATOR: Stockton

IMAGE ANALYZER: Roda

| SAMPLE NUMBER | FILE # | SAMPLE DATA | # PIX | WATER DATA | # PIX |
|---|---|---|---|---|---|
| 53 | HE: @ 258 | Sample 117.3 | 217 | Water −18.6 | 217 |
|  |  | SD 32.48 |  | SD 1.17 |  |
|  | LE: @ 257 | Sample 180.6 |  | Water 1.1 |  |
|  |  | SD 32.89 |  | SD 1.77 |  |

(#43) Atlas 8X  12175AZ  1¼x8  Granlar NG

| SAMPLE NUMBER | FILE # | SAMPLE DATA | # PIX | WATER DATA | # PIX |
|---|---|---|---|---|---|
| 54 | HE: @ 260 | Sample 258.3 | 217 | Water −17.6 | 217 |
|  |  | SD 2.17 |  | SD 1.24 |  |
|  | LE: @ 259 | Sample 326.2 |  | Water 1.1 |  |
|  |  | SD 2.82 |  | SD 1.77 |  |

(#44)  Atlas 8X  1¼x8  Granlar NG

11

interest containing 200 to 250 pixels. For the stick explosives, the minimum total number of pixels in a sample was approximately 600.

On June 11 one additional experiment was performed: after placing two explosives samples in a test suitcase, a 34-cm-long portion of that suitcase was scanned using contiguous slice planes. The data thus obtained were subsequently used to create three- dimensional images. Calibration data, raw data, and reconstructed image data were recorded on separate magnetic tapes.

**2.3.8. Suitcase Samples and Scan Procedures.** The scanner was picked up by King's Medical on 12 June and delivered to the baggage make-up area of the TWA terminal at LAX on 17 June 1987 (Figure 2.5). The site became operational on 22 June. Data on out-bound luggage passing through the TWA terminal was acquired from 22 June to 7 August 1987. In all, a total of 800 suitcases were examined. Approximately half of these were outbound international suitcases, to be placed on a nonstop flight to London, with continuing service to Tel Aviv.

Suitcases were selected at random from the TWA baggage lines and returned to the same lines (Figure 2.6). At no time did the examination process prevent a suitcase from making its assigned flight. The only restriction placed upon a suitcase was that it fit in the 50 cm. reconstruction circle of the scanner. Surprisingly, very few suitcases were found not to fit in this reconstruction circle. Although by no means a scientifically established number, it is believed that 80% or more of all checked luggage had a maximum diameter of 50 cm or less. Only large pullman suitcases did not fit in the scanned volume.

Each examined suitcase was weighed on a bathroom scale and measured to the nearest inch with a tape measure. These figures, along with a brief physical description (e.g., grey vinyl garment bag) were entered on the data sheet. The suitcase was then placed on the patient table on top of a pair of filled hot-water bags laid end-to-end (to provide an internal water reference for each image). See Figure 2.7.

12



FIGURE 2.5. Scanner trailer on location at LAX.



FIGURE 2.6. TWA baggage line at LAX.



FIGURE 2.7. Hot water bottles used for internal density reference.

13

**2.3.8.1. Selection Rules.** A projection image was acquired at 140 kV. This image was used by the system operator (not the image analyzer) to select two planes for CT scanning. Each scan plane was scanned at two x-ray voltages: 140 kV and 100 kV. If no dense objects were visible in the projection image, the operator selected CT scan planes at random, at roughly the 1/3 and 2/3 points of the projection image. This was the situation most often for large suitcases exclusively containing clothing. If dense objects were present, the operator selected planes that passed through as many objects as possible, while at the same time avoiding compact metallic objects (such as electrical transformers) as much as possible. However, if it was necessary to include a dense metallic object in the scan plane in order to image another object of interest, then that object was included. Dense metal objects proved to be less of a problem than had been expected: very few images had unacceptable levels of metal artifacts, although virtually all images contained some metal.

In analyzing the CT images, up to three regions of interest (ROI's) were selected within each image plane. For each ROI, the type of object being analyzed, the approximate size of the total region (often much larger than the number of pixels), the number of pixels in the ROI, and the mean CT and standard deviation values at 140 and 100 kV were noted. Materials with CT numbers between 0 and +1000 (corresponding to organic materials with densities of between 1.0 and 2.0 grams/cubic cm) with more than 200 pixels in the image plane were always selected first. Small objects with the same CT characteristics (including some shoe soles and heels) were selected next. Finally, large objects, with negative CT values (corresponding to organic materials with densities less than 1 gram/ cubic cm) were selected. These typically included books, reports, magazines, and cosmetics. It is worth noting that in almost all instances it was trivial to identify the type of object being examined. Books, magazines and reports all look very different. Patterns in thick shoe soles virtually identify the manufacturer, and liquids are almost always identifiable by the air bubble at the top of the container. If no dense object was measurable within an image (i.e., if the suitcase contained only clothing) nothing was noted on the data sheet. However, even if nothing was noted, the CT scan was taken and archived.

**2.3.8.2. Data Recorded.** Manual recording of the suitcase data proceeded at the physician's console during the data acquisition on a time-available basis while the operator's console was used for running the scanner. In this manner data were obtained for 550 of the 800 suitcases scanned at LAX. Data for the remaining 250 suitcases were obtained using a permanent-site Technicare 2060Q system at Torrance Neuroscan. Image tapes from LAX were brought to Torrance Neuroscan and the data were collected during the evening hours on approximately ten days distributed over a four month period. In all, valid data were obtained for approximately 750 of the 800 suitcases scanned. Loss of data for 50 of the 800

14

suitcases scanned is primarily attributable to three sources: experimental error, tape problems, and human error.

Experimental Error: On occasion, the suitcase being scanned caught on the gantry just enough to prevent superposition of the 140 and 100 kV images, but not enough to be evident to the operator at the console.

Tape Problems: Several of the tapes recording the images were found to be defective. In these cases the tapes containing the raw image files were shipped to Torrance from South San Francisco. However, in one case, both the image tape and the corresponding raw data tape were found to be defective. In another case, the wrong raw data tape was shipped. These problems prevented data from suitcases 415-424 and 523-530 from being obtained.

Human Error: For suitcases 593-603 neither the reconstructed images nor raw data was recorded.

**2.3.8.3. Data Recording Forms.** The following page is a sample of a filled-out data recording form for a single suitcase.

**2.3.6. Archival Data Storage.** Calibration data, raw image data, and reconstructed images were recorded for all suitcase samples, on separate magnetic tapes. Approximately 270 tapes were required for this purpose. An additional 20 tapes were required for the explosives characterization studies. These tapes are presently stored at Imatron in South San Francisco. Hard copies of a few suitcase images were prepared for illustrative purposes.

15

## 3.0. RESULTS

### 3.1. Explosives Characterization Study.

Tables 3.1 - 3.4 present the data obtained for the 93 explosive product samples used in the explosives characterization study, categorized as (1) products utilizing military explosives, (2) nitroglycerin- and ethylene-glycol-dinitrate-based dynamites (NG/EGDN), (3) water gels, and (4) emulsions. The tables contain the following entries: the sample number; the manufacturer and product identification codes; the dimensions of the sample; the CT values obtained at 140 kV and 100 kV (the H.E. and L.E. Values, respectively); and the standard deviations of the H.E. and L.E. values. These last two data relate to "texture": the more heterogeneous the material, the higher the standard deviation.

The military explosives samples predominantly consisted of cast boosters of one form or another. Cast booster are commercial products which often utilize surplus military explosives of unknown etiologies. Some products were labeled by type of explosive content (tetryl, Comp-B, TNT, pentolite); however, there is no assurance that the contents of these products were unadulterated. We were not able to obtain samples of C-4 or TNT as they are produced for the defense department. The military samples studied were found to extend over a relatively broad range in CT values: from +274 to +734. High-energy standard deviation values were low: 25 or less.

As noted in Section 2.3.7, the majority of the cap-sensitive packaged high explosives studied at the Bureau of Mines were either permissibles or experimentals. Consequently, the population of the products studied was weighted towards lower densities. (According to Ed Hay of the Bureau of Mines, the difference in the median of the density distribution for permissible versus non-permissible explosives is approximately 10%.)

16

TABLE 3.1

DECT CHARACTERIZATION OF MILITARY EXPLOSIVES (18 SAMPLES)

| SAMPLE NO. | DESCRIPTION | DIMEN. (in.) DIAM X LENGTH | H.E. VALUE | STD DEV | L.E. VALUE | STD DEV |
|---|---|---|---|---|---|---|
| 1 | CAST BOOSTER TETRYL DISK | 2.875X0.875 | 302.3 | 4.20 | 304.6 | 2.48 |
| 2 | CAST BOOSTER COMP-B (GOEX) | 3.59X2.59 | 433.3 | 16.23 | 404.8 | 21.87 |
| 3 | CAST BOOSTER AUSTIN MX-5 | 2.59X4.0 | 710.7 | 27.6 | 833.6 | 65.42 |
| 4 | CAST BOOSTER TROJAN SUPERPRIME 16L | 2.22X4.81 | 464.1 | 24.14 | 448.6 | 27.02 |
| 5 | CAST BOOSTER AUSTIN UN0042 | 2.28X5.75 | 412.6 | 43.11 | 426.3 | 48.69 |
| 6 | CAST BOOSTER COMP-A | 3.0X1.0 | 339.5 | 7.46 | 340.3 | 6.88 |
| 7 | CUP INITIATOR COMP-A3 | 1.875X1.406 | 424.9 | 20.53 | 433.6 | 21.20 |
| 8 | CAST BOOSTER COMP-A5 | 2.0X0.97 | 396.9 | 9.18 | 401.8 | 6.86 |
| 9 | TNT | 2.0X3.19 | 400.3 | 2.35 | 394.9 | 3.02 |
| 10 | PENTOLITE | 2.0X2.06 | 508.3 | 8.12 | 508.5 | 9.37 |
| 85 | DEMOLITION BLOCK C-3 | 2.0X2.0X11.0 | 506.9 | 5.21 | 498.8 | 5.45 |
| 86 | JET TAPPER DUPONT SHAPED CHARGE | COPPER CONE | 522.6 | 4.26 | 521.9 | 4.06 |
| 87 | TNT | 2.0 SPHERE | 502.6 | 18.59 | 503.9 | 17.47 |
| 88 | PENTOLITE | 4.5X4.5 | 455.6 | 5.88 | 443.1 | 6.14 |
| 89 | TNT | 3.0X1.0 | 273.9 | 4.99 | 265.2 | 5.17 |
| 90 | TNT | 2.75X3.0 | 397.4 | 2.63 | 387.3 | 2.72 |
| 110 | CAST BOOSTER AUSTIN MX-5 | 2.5X4.0 | 733.6 | 15.69 | 888.6 | 21.22 |
| 111 | CAST BOOSTER | 2.0X6.0 | 450.9 | 25.25 | 451.4 | 23.51 |

17

TABLE 3.2

DECT CHARACTERIZATION OF NG/EGDN EXPLOSIVES (28 SAMPLES)

| SAMPLE NO. | DESCRIPTION | DIMEN. (in.) DIAM X LENGTH | H.E. VALUE | STD DEV | L.E. VALUE | STD DEV |
|---|---|---|---|---|---|---|
| 11 | ATLAS 7X 051382R2 | 1.25 X 8.0 | 156.6 | 10.38 | 182.1 | 9.09 |
| 13 | ATLAS 7W 051282R2 | 1.25 X 8.0 | 148.0 | 5.61 | 169.3 | 5.19 |
| 14 | ATLAS 8D 111483R2 | 1.25 X 8.0 | 213.4 | 6.41 | 226.0 | 6.49 |
| 15 | ATLAS 8I 020884R2 | 1.25 X 8.0 | 188.4 | 16.66 | 218.9 | 9.76 |
| 16 | ATLAS 8A 090182R2 | 1.25 X 8.0 | 169.3 | 2.37 | 190.1 | 2.37 |
| 17 | ATLAS 8C 101282R2 | 1.25 X 8.0 | 199.3 | 8.21 | 221.5 | 6.85 |
| 18 | ATLAS AD 011084R2 | 1.25 X 8.0 | 190.1 | 2.37 | 199.3 | 8.21 |
| 19 | ATLAS 7D | 1.25 X 12.0 | 154.0 | 9.09 | 153.1 | 9.41 |
| 20 | ATLAS 8J 071984R2 | 1.25 X 8.0 | 139.8 | 7.93 | 215.9 | 8.57 |
| 24* | ATLAS 5P 0205582 | 1.25 X 8.0 | -91.6 | 23.55 | -10.5 | 1.08 |
| 34 | ATLAS 8MM | 1.25 X 8.0 | 570.7 | 19.97 | 652.0 | 22.5 |
| 47* | ATLAS 5MR COALITE | 1.25 X 8.0 | 22.7 | 37.8 | 74.1 | 40.55 |
| 48 | ATLAS 5LR COALITE | 1.25 X 8.0 | 101.5 | 34.17 | 157.9 | 38.04 |
| 49* | ATLAS 5V COALITE 04157A2 | 1.25 X 8.0 | 76.8 | 30.4 | 132.5 | 34.23 |
| 51 | ATLAS 8U GRANULAR | 1.0 X 8.0 | 333.6 | 20.84 | 414.8 | 19.49 |
| 52 | ATLAS 8W GRANULAR 12175A2 | 1.25 X 8.0 | 348.0 | 13.05 | 421.3 | 14.60 |

18

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | ATLAS 8X GRANULAR 12175A2 | 1.25 X 8.0 | 117.3 | 32.48 | 180.6 | 32.89 |
| 54 | ATLAS 8Y GRANULAR | 1.25 X 8.0 | 258.3 | 21.17 | 326.2 | 21.82 |
| 63 | ATLAS RXL620 | 1.25 X 8.0 | 303.7 | 20.51 | 348.8 | 21.22 |
| 64 | ATLAS RXL621 | 1.25 X 8.0 | 315.9 | 45.57 | 339.5 | 46.09 |
| 68 | ATLAS GIANT GELATIN | 2.0 X 16.0 | 683.5 | 14.54 | 733.2 | 16.72 |
| 69 | RED DIAMOND DITCHING DYNAMITE - AUSTIN | 1.25 X 8.0 | 286.7 | 23.93 | 317.2 | 24.77 |
| 75 | HERCULES HERCOAL 330 | 1.25 X 8.0 | 370.9 | 34.29 | 431.4 | 34.68 |
| 76 | INDEPENDENT 40% SUPER DYNAMITE | 1.25 X 8.0 | 399.5 | 17.70 | 431.4 | 34.68 |
| 77 | RED DIAMOND NO. 4 - AUSTIN | 1.25 X 8.0 | 291.3 | 22.48 | 345.9 | 23.25 |
| 78 | ATLAS PETROGEL NO. 1 - GRANULAR | 2.5 X 29.0 | 816.6 | 52.11 | 1018.9 | 63.77 |
| 80 | ATLAS GEL COALITE Z | 1.25 X 8.0 | 576.9 | 21.05 | 358.9 | 23.75 |
| 81 | RED DIAMOND RED-D-GEL B - AUSTIN | 1.25 X 8.0 | 582.7 | 18.10 | 657.9 | 20.83 |

TABLE 3.3
DECT CHARACTERIZATION OF WATER GELS (32 SAMPLES)

| SAMPLE NO. | DESCRIPTION | DIMENSIONS (in.) | H.E. VALUE | STD DEV | L.E. VALUE | STD DEV |
|---|---|---|---|---|---|---|
| 12 | CIL BL-728 * | 1.25 X 7.75 | 1288.8 | 274.8 | 1715.2 | 312.2 |
| 21 | DUPONT EL929A | 1.25 X 8 | -30.2 | 18.03 | 22.3 | 19.75 |
| 22 | DUPONT EL929B | 1.25 X 8 | 26.9 | 26.51 | 85.3 | 26.57 |
| 23 | DUPONT EL932A | 1.25 X 8 | 80.1 | 18.92 | 31.2 | 19.58 |
| 25 | DUPONT EL943E | 1.25 X 8 | 129.1 | 26.39 | 185.3 | 30.39 |
| 26 | DUPONT EL943A | 1.25 X 8 | 11.0 | 16.57 | 63.0 | 17.30 |
| 27 | DUPONT EL929E | 1.25 X 8 | 131.9 | 20.02 | 189.4 | 21.26 |
| 28 | DUPONT EL929C | 1.25 X 8 | 163.6 | 32.33 | 219.1 | 33.68 |
| 29 | DUPONT EL904E | 1.25 X 8 | 324.4 | 11.06 | 395.1 | 13.10 |
| 30 | DUPONT EL904D | 1.25 X 8 | 314.5 | 18.17 | 381.2 | 18.95 |
| 31 | DUPONT EL904F | 1.25 X 8 | 396.1 | 16.06 | 474.3 | 17.45 |
| 32 | IRECO XR842002 | 1.25 X 8 | 156.6 | 17.76 | 188.4 | 17.45 |
| 35 | DUPONT EL943B | 1.25 X 8 | 97.2 | 19.84 | 135.1 | 19.42 |
| 36 | DUPONT EL945A | 1.25 X 8 | -1.2 | 21.30 | 43.1 | 21.95 |
| 37 | DUPONT EL945B | 1.25 X 8 | 114.3 | 33.72 | 162.8 | 34.73 |
| 38 | DUPONT EL945E | 1.25 X 8 | 143.4 | 24.21 | 198.1 | 25.20 |
| 39 | IRECO XR85200 | 1.25 X 16 | -174.0 | 143.03 | -158.2 | 142.63 |
| 40 | IRECO XR842001 | 1.25 X 16 | -161.1 | 123.37 | -141.7 | 126.02 |
| 41 | IRECO XR862006 | 1.25 X 16 | 46.5 | 125.41 | 82.7 | 126.43 |
| 42 | IRECO XR862005 | 1.25 X 16 | -191.9 | 161.54 | -175.7 | 164.70 |
| 60 | DUPONT EL932E | 1.25 X 8 | 180.1 | 46.87 | 246.4 | 48.79 |
| 61 | DUPONT EL932B | 1.375 X 8 | 154.9 | 27.00 | 209.8 | 26.89 |
| 62 | DUPONT TOVEX 326 | 1.25 X 16 | 78.2 | 9.28 | 109.8 | 8.69 |
| 65 | DUPONT EL897 | 1.25 X 8 | 104.3 | 29.13 | 140.7 | 30.72 |

20

| 66 | DUPONT EL896 | 1.25 X 8 | -48.5 | 31.62 | -22.2 | 31.67 |
| 67 | DUPONT EL898 | 1.25 X 8 | 145.4 | 31.62 | 181.9 | 32.50 |
| 70 | DUPONT TOVEX 923E | 1.25 X 16 | 206.8 | 16.20 | 261.7 | 18.21 |
| 71 | DUPONT TOVEX 326 | 1.25 X 8 | 119.6 | 14.0 | 155.3 | 14.08 |
| 72 | APACHE DYNAGEL 205 | 1.25 X 12 | 193.0 | 37.49 | 235.8 | 37.02 |
| 73 | CIL POWERMIX 500 | 1 X 12 | 137.2 | 24.50 | 197.9 | 25.46 |
| 79 | DUPONT TOVEX TR2 | 1.25 X 8 | 275.1 | 21.05 | 358.9 | 23.75 |
| 84 | DUPONT TOVEX 500 | 3 X 16 | 183.4 | 25.81 | 193.4 | 26.26 |

* CIL BL-728 was an experimental barium-based explosive.

21

TABLE 3.4

DECT CHARACTERIZATION OF EMULSIONS (15 SAMPLES)

| SAMPLE NO. | DESCRIPTION | DIMENSIONS (in.) | H.E. VALUE | STD DEV | L.E. VALUE | STD DEV |
|---|---|---|---|---|---|---|
| 33 | ATLAS 7D | 1.25 X 16 | 136.4 | 7.70 | 157.0 | 8.35 |
| 43 | INDEPENDENT IXLE HR-2 71S6EA | 1.25 X 8 | 22.6 | 21.06 | 48.1 | 20.70 |
| 44 | INDEPENDENT IXLE HR-2 71K6BA | 1 X 8 | 11.0 | 17.74 | 40.5 | 18.19 |
| 45 | INDEPENDENT IXLE HR-2 71K6BH | 2 X 8 | 31.9 | 12.16 | 50.9 | 12.49 |
| 46 | INDEPENDENT IXLE HR-2 71K6LA | 1.25 X 8 | 17.7 | 16.79 | 45.3 | 17.17 |
| 50 | IRECO XR842001 | 1.25 X 8 | 80.6 | 5.50 | 108.7 | 4.54 |
| 55 | ATLAS 9B1C285R2 | 1.25 X 8 | 124.5 | 8.58 | 155.9 | 7.25 |
| 56 | IRECO XR852002 | 1.25 X 8 | 96.2 | 10.3 | 126.7 | 10.40 |
| 57 | IRECO XR842001 | 1.25 X 8 | 73.9 | 3.76 | 104.4 | 3.96 |
| 58 | IRECO XR842002-2 | 1.25 X 8 | 169.7 | 15.43 | 205.9 | 15.22 |
| 59 | IRECO XR852001 | 1.25 X 8 | 73.9 | 11.47 | 95.5 | 11.98 |
| 74 | ATLAS 7D | 1.25 X 12 | 131.5 | 9.60 | 154.0 | 9.87 |
| 82 | AUSTIN COALMEX 14E | 1.25 X 16 | 139.5 | 7.82 | 155.3 | 7.33 |
| 83 | TROJAN NITROCHEM | 3 X 16 | 140.2 | 47.08 | 163.0 | 48.01 |
| 113 | ATLAS 8J C71984R2 | 1.25 X 8 | 191.3 | 13.49 | 217.6 | 12.82 |

22

Of the data shown in Tables 3.1 - 3.4, it was determined that the single-energy CT value was of greatest significance. Because the high-energy and low-energy CT values did not vary very appreciably (with the exception of the experimental formulation in sample 12 on Table 3.3, noted earlier), it was concluded that the explosives did not contain significant amounts of high atomic number materials. Consequently, CT values could be interpreted as fair approximations of mass densities. Figures 3.1 through 3.4 were prepared making this approximation to show the distributions for the products in each of the four categories of explosives in the familiar terms of density rather than the unfamiliar terms of CT number. Figure 3.5 is a sum of the distributions in Figures 3.2 through 3.4, representing the tested commercial explosives which were not derived from military explosives. The data represented in Figures 3.1 through 3.5 is summarized in Table 3.5.



FIGURE 3.1. Measured density distribution for products using military explosives (Bureau of Mines study).

23



FIGURE 3.2.   Measured density distribution of NG/EGDN-based products (Bureau of Mines study).



FIGURE 3.3. Measured density distribution of water gels (Bureau of Mines study).



FIGURE 3.4. Measured density distribution of emulsions (Bureau of Mines study).



FIGURE 3.5. Measured density distribution of all commercial explosive products, excluding products derived from military explosives (Bureau of Mines study).

TABLE 3.5. Density distribution of explosives used in Bureau of Mines study. The packaged high explosives tested were predominantly permissibles. Permissibles, on average, are lower density than the general population of packaged high explosives.

| Density grams/cc | NUMBER OF SAMPLES | | | | |
|---|---|---|---|---|---|
| | Water Gels | Emulsions | NG/EGDN | Military-Derived | Total |
| <0.5 | 0 | 0 | 0 | 0 | 0 |
| 0.5-0.6 | 0 | 0 | 0 | 0 | 0 |
| 0.6-0.7 | 0 | 0 | 0 | 0 | 0 |
| 0.7-0.8 | 0 | 0 | 0 | 0 | 0 |
| 0.8-0.9 | 3 | 0 | 0 | 0 | 3 |
| 0.9-1.0 | 3 | 0 | 1 | 0 | 4 |
| 1.0-1.1 | 6 | 8 | 2 | 0 | 16 |
| 1.1-1.2 | 13 | 7 | 10 | 0 | 30 |
| 1.2-1.3 | 2 | 0 | 4 | 1 | 7 |
| 1.3-1.4 | 3 | 0 | 6 | 4 | 13 |
| 1.4-1.5 | 0 | 0 | 0 | 7 | 7 |
| 1.5-1.6 | 1 | 0 | 3 | 4 | 8 |
| 1.6-1.7 | 0 | 0 | 1 | 0 | 1 |
| 1.7-1.8 | 0 | 0 | 0 | 2 | 2 |
| 1.8-1.9 | 0 | 0 | 1 | 0 | 1 |
| 1.9-2.0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 31 | 15 | 28 | 18 | 92 |

As we have noted, the explosives samples used in the Bureau of Mines study were predominantly permissibles and experimental formulations intended for permissibility testing. Because permissibles represent only about 3% of domestic commercial explosive production, it is believed that a density distribution weighted on the basis of the percent of production might be more realistic.

The following explosives production data was provided by Mr. Fred Smith, President of the Institute of the Makers of Explosives, an industry group representing U.S. manufacturers of commercial explosives. The data are for calendar year 1988. The total explosives manufactured was approximately 4.7 billion pounds. Of this amount, approximately 800 – 850 million pounds was cap-sensitive packaged high explosive. The remainder was bulk explosive. Within the category of cap-sensitive explosives, approximately 78.7% consisted of water gels, slurries, and emulsions. Of the remainder, approximately 3.3% consisted of permissible explosives of all types, while conventional dynamites and other high explosives made up 18%. Mr. Smith also provided the following data on the density range of products produced by a "very large" but unidentified manufacturer:

| | |
|---|---|
| Emulsions: | 1.18 – 1.25 g/cc |
| Slurries: | 1.12 – 1.30 g/cc |
| Nitroglycerin (NG) Dynamites: | 0.82 – 1.54 g/cc |
| Non-NG Dynamites | 1.23 – 1.35 g/cc |
| Permissible Explosives: | 0.90 – 1.44 g/cc |

These data, together with the 1988 production data, were used to prepare the Figure 3.6, Computed Density Distribution of Cap-Sensitive Commercial High Explosives. In preparing this figure, it was assumed that the fractional production of the "large manufacturer" parallelled the fractional production of the industry as a whole, and that the production of a given type of product was uniform over the specified density range.

29



FIGURE 3.6. Computed density distribution of cap-sensitive commercial explosives as a fraction of production. (Extrapolated from data provided by the Institute of the Makers of Explosives.)

In addition to the data on compact explosives products presented above, a series of six Detasheet samples ranging in thickness from 0.13 to 0.34 in. were also studied. All the samples were identical in formulation, so differences in the measured values were indicative of scanner performance. We were able to use the region-of-interest (ROI) software for the 0.34, 0.31, and 0.25 in. samples, just as we had for the compact samples. However the ROI software did not permit the formation of thin enough regions to measure the 0.22, 0.16, and 0.13 in. samples. For these samples, the display window was set to unity, and the maximum and minimum CT values within the sample were obtained. The CT value of the sample was then taken as the average of these two values. When this method was employed, we were not able to ascertain the standard deviation of the measured value.

Table 3.6 shows the results of the Detasheet study. Note that there is a gradual decrease in the average CT value as the thickness of the sample decreases from 0.34 to 0.16 in. However, between 0.16 and 0.13 the CT value decreases by almost 50%. It should be noted, however, that these data are valid only for the Technicare 2060Q scanner. For other scanners the signature of a sheet explosive may suddenly decrease at a higher or lower thickness. Because scanners can be designed to perform well within a specified range, the minimum thickness of sheet explosive to be reliably detected is a critical design parameter.

TABLE 3.6.  Results of the Detasheet measurements (Bureau of Mines study).

| SHEET THICKNESS | HIGH ENERGY | STD DEV | LOW ENERGY | STD DEV |
|---|---|---|---|---|
| 0.34 in. | 289.0 | 20.01 | 291.0 | 17.99 |
| 0.31 in. | 272.5 | 10.03 | 272.6 | 9.24 |
| 0.25 in. | 256.8 | 17.60 | 260.0 | 17.82 |
| 0.22 in. | 254.0 | – | 254.0 | – |
| 0.16 in. | 226.5 | – | 230.5 | – |
| 0.13 in. | 125.0 | – | 134.5 | – |

As part of the BoM study, eight simulants were also characterized: four from SAIC and four from an earlier CT explosives detection program. In terms of density, the SAIC C-4 simulant was found to have a density of 1.55g/cc, the SAIC dynamite simulants were found to have densities of 1.13 and 1.14 g/cc, and the SAIC water gel simulant was found to have a density of 1.08 g/cc. Although we did not have a pure C-4 sample for comparison, 1.55 g/cc is very close to the published value of 1.58 g/cc. The water gel and dynamite simulants were within the density ranges found for these products.

The simulants used in the earlier CT study were Lucite (1.11 g/cc), linen-filled phenolic (1.10 g/cc), white Delrin (1.33 g/cc), and black Delrin (1.35 g/cc). All of these materials are therefore suitable simulants for commercial explosives, and the Delrin is dense enough to simulate a sheet explosive. However, none of these materials approached the density of C-4.

The final experiment performed at the Bureau of Mines was to place a 0.25-in.-thick Detasheet sample and five sticks of a water gel in a test suitcase approximately 64 cm long and to scan the suitcase along 34 contiguous planes, 1 cm on center. Thus a complete three-dimensional data set was acquired for approximately half the suitcase. This data set was loaded onto a Dimensional Medical Imaging (DMI) system and analyzed in a three-dimensional volumetric imaging mode.

Figure 3.7 shows a series of eight photographs derived from this experiment. Going from left to right, then top to bottom, the photographs show the following:

1. The water gel and Detasheet samples used for the test.

2. The explosives samples placed in the suitcase. The water gel is on top at the front of the suitcase; the Detasheet is against the bottom of the suitcase in the background.

3. A projection image of the suitcase obtained with the scanner. This is comparable to an image produced by a conventional concourse x-ray security system. The water gel is at the top right (visible); the Detasheet is at the top left (not readily discernible).

4. A CT image of the suitcase in a region not containing explosives. The region in the bottom left of the image is a shaving kit. The large round object containing a liquid (with a visible meniscus) is a can of shaving cream. The smaller round object is a solid deodorant. The region at the top of the image is a briefcase containing reports. The area at the bottom right of the image contains clothing. The metal frame of the suitcase is visible at the four corners.

32



FIGURE 3.7. Eight-part photograph illustrating the the three-dimensional volumetric imaging capabilities of CT.

33

5. A CT image of the suitcase the sheet explosive (left) and the water gel (right). The remainder of the image shows clothing and a paperback book.   In both CT images the CT values corresponding to the explosives were found to be unique - higher than the CT values for the shaving kit contents, reports, and books, and lower than the CT values for the metal components.

6. A three-dimensional image produced from 34 CT images.   The clothing has been stripped away and the computer-generated image of the suitcase rotated to display the water gel.

7. A 3-D image of the water gel extracted from the suitcase. This was produced by selecting a thresholded ROI in the CT images.

8. A 3-D image of the Detasheet extracted from the suitcase by the same procedure.

It is believed that CT is the only technique whereby explosives can be identified, characterized, and visually extracted from a packed suitcase without opening the bag.

## 3.2.  Suitcase Characterization Study.

In order to provide a meaningful interpretation of the thousands of measurements obtained for the suitcase samples scanned at LAX, thresholds were set on object size and density.  Only objects with densities above 0.5 g/cc and areas exceeding 1.6 square inches (approximately 1200 pixels) were including.  The density threshold eliminated clothing of all types and leather items from further consideration.  The area threshold represented the minimum cross section of two sticks of packaged high explosive, as measured in the BoM study.   This corresponded to approximately a pound of explosive, and was chosen arbitrarily.

Choosing these thresholds resulted in selecting 880 measurements for a set of 694 suitcases. (Area measurements were not recorded for all suitcases.)   The objects corresponding to the 880 measurements were divided into four categories: papers, liquids and creams, shoes, and other.   In the cross sectional images it was very easy to identify items belonging to the first three categories.  Some sample images are shown in Figure 3.8.  In fact, it was very easy to tell the difference between a hardcover and a paperback book, or between a magazine and a report.  In order to be counted in the category of a liquid or a cream, a meniscus had to be visible in the cross section. (A liquid could be differentiated from a cream on the basis of the shape of the meniscus.)   If a meniscus was not visible, even if the ROI was contained in a bottle, it was counted in the "other" category. Within the "other" category, some of the objects being characterized were truly unknown. However, in the majority of cases the objects were easily identified, but miscellaneous in nature.   One example was a suitcase filled with pineapples.

34



FIGURE 3.8. Sample CT images of suitcases (LAX study).

Table 3.7 summarizes the 140 kV values obtained for these 880 measurements. Figures 3.9 through 3.12 show the density distribution for the four categories of materials. Figure 3.13 shows the density distribution for all the measurements.

TABLE 3.7 Density distribution of suitcase contents. Minimum object size: 1.6 square inches (equivalent to 2 sticks of packaged high explosives in minimum cross section)

| Density grams/cc | Paper | Liquids & Creams | Shoes | Other | Total |
|---|---|---|---|---|---|
| <0.5 | 28 | 1 | 21 | 42 | 92 |
| 0.5-0.6 | 34 | 1 | 6 | 25 | 66 |
| 0.6-0.7 | 64 | 4 | 5 | 24 | 97 |
| 0.7-0.8 | 72 | 19 | 10 | 18 | 119 |
| 0.8-0.9 | 39 | 24 | 6 | 30 | 99 |
| 0.9-1.0 | 28 | 82 | 7 | 86 | 203 |
| 1.0-1.1 | 19 | 50 | 5 | 50 | 124 |
| 1.1-1.2 | 6 | 10 | 6 | 11 | 33 |
| 1.2-1.3 | 4 | 5 | 5 | 8 | 22 |
| 1.3-1.4 | 2 | 3 | 1 | 4 | 10 |
| 1.4-1.5 | 0 | 0 | 1 | 1 | 2 |
| 1.5-1.6 | 0 | 2 | 0 | 4 | 6 |
| 1.6-1.7 | 0 | 0 | 0 | 0 | 0 |
| 1.7-1.8 | 0 | 0 | 0 | 4 | 4 |
| 1.8-1.9 | 0 | 0 | 0 | 2 | 2 |
| 1.9-2.0 | 0 | 0 | 0 | 1 | 1 |
| TOTAL | 296 | 201 | 73 | 310 | 880 |

36



**FIGURE 3.9.** Density distribution of paper items in suitcases (LAX study).



FIGURE 3.10: Density distribution of liquids and creams in suitcases (LAX study).



FIGURE 3.11. Density distribution of shoe components in suitcases (LAX study).



FIGURE 3.12.    Density distribution of "other" objects found   in
suitcases (LAX study).

40



FIGURE 3.13. Density distribution of all objects found in suitcases during the LAX study with areas greater than 1.6 square inches and densities greater than 0.5.

## 4.0. ANALYSIS

In this study, explosives and innocuous suitcase contents were characterized using a CT scanner. The parameters measured were CT number at two energies (140 and 100 kV), and the standard deviation of the CT numbers at each of these energies. The CT number at a single of a low-atomic-number material (such as an Explosive) provides a means of reasonably estimating the density of that material. The difference in the CT numbers of a material at two energies reflects the atomic number of that material. A CT number for a 100 kV scan which is appreciably higher than the CT number for a 140 kV scan indicates the presence of high-atomic-number elements. For organic (low-atomic-number) materials, the high-energy and low-energy CT numbers are approximately equal. The standard deviation of CT numbers over an area reflects both imaging performance (noise and artifacts) and the degree of homogeneity or inhomogeneity of the material in that area.

The single-energy CT value was found to be the most significant parameter measured in this study. As discussed below, it was found to provide a reasonable degree of discrimination between explosives and the innocuous materials found in suitcases. Dual-energy CT values were found to provide very little additional discrimination. The single-energy CT values of common high-atomic-number materials (such as glass, aluminum, and steel) amply discriminated them from explosives. Military, military-derived, and sheet explosives yielded approximately equal high- and low-energy CT values, indicating the absence of high-atomic-number elements. Commercial explosives yielded CT values indicating that they were either organic or contained high-atomic-number components in concentration which overlapped those of paper. (Papers, to varying degrees, contain clays.) Thus, dual-energy information could not be used to differentiate commercial explosives from paper. It is possible that dual-energy data could be used to differentiate explosives from a few materials with notably higher atomic numbers. These include some toothpastes (which contain silicon) and table salt.

In terms of texture, explosives were found to vary from homogeneous (for the militaries, military-derived, and sheet) to highly inhomogeneous (for the lowest-density water gels). It is possible that the inhomogeneity of the water gels may aid in their detection, but more work would be necessary if this is to be demonstrated.

In characterizing explosives in terms of density alone, it was found that the products based on military explosives exhibited a range of densities from 1.27 to 1.73 g/cc. Although we were not able to obtain C-4 and military TNT samples, the published densities for these materials fall within the same range. The sheet explosive samples exhibited densities of 1.26 to 1.29 g/cc for the 0.25 in. and thicker samples. Consequently, a density window of 1.2 to 1.8 g/cc would include all military and military-derived

42

explosives, as well as sheet explosives.

The remainder of the products scanned at the Bureau of Mines were
predominantly permissible and experimental explosives.  Because
permissibles are approximately 10% less dense (on average) than
their non-permissible counterparts, and because permissibles
represent only about 3% of commercial production, it is believed
that this sampling of products was skewed toward lower density
formulations.

The NG/EGDN products scanned exhibited a density distribution from
0.91 to 1.81 g/cc, with a strong peak at 1.1 to 1.2 g/cc.  The
water gels products exhibited a density distribution from 0.81 to
1.40, also with a peak at 1.1 to 1.2 g/cc.  The standard deviation
("texture") data revealed that the three lowest density water gels
(Ireco products at 0.81, 0.83, and 0.84 g/cc) also were
exceptionally heterogeneous.  It is believed that these products
contained crystalline ammonium nitrate.  The emulsions were found
to group in a narrow density range from 1.02 to 1.19 g/cc.

On the basis of the Bureau of Mines data, a density window of 1.0
to 1.8 g/cc would include 95% of the tested commercial products,
while a window of 1.1 to 1.8 g/cc would include 71% of these
products.  The production and density distribution data provided by
the Institute of the Makers of Explosives provided an identical
result for a density window of 1.0 to 1.8 g/cc (95%).  However,
raising the lower threshold to 1.1 g/cc would only result in a 3%
drop in the percentage of products included (to 92%).

Choice of a density window also determines the percentage of the
population of innocuous items which will fall within it.  The LAX
tests revealed that paper, and liquids and creams exhibit density
distributions with peaks at 0.7 to 0.8 g/cc in the case of the
former, and 0.9 to 1.0 g/cc in the case of the latter.  However,
the tails of the distributions for both sets of materials will
exceed density thresholds set at 1.0, 1.1, or even 1.2 g/cc.  The
shoe samples were more randomly distributed across the density
range from 0.5 to 1.5 g/cc. Inspection of the density distribution
in the "other" category (Figure 3.12) indicates that many of the
items in this category are, in fact, liquids and creams.  This is
reasonable in light of the fact that objects were only classified
as liquids or creams when a meniscus was visible in the image.
Regions lacking a meniscus, even if obviously encased by a
container, were still classified as "other."  If one overlays the
liquids and creams (Figure 3.10) and the "other" distributions, the
"other" distribution can be seen to be a superposition of a liquids
and creams distribution and a second distribution with a peak at
0.7 to 0.8 g/cc.

In quantitative terms, 6% of all suitcases were found to contain at
least one area of at least 1.6 square inches falling within a
density window of 1.2 to 1.8 g/cc.  A density window of 1.1 to 1.8

43

g/cc would increase this percentage to 9%, and a density window of
1.0 to 1.8 g/cc would further increase this percentage to 21%.

An explosive or innocuous object falling within a defined density
window can be color-enhanced or flashed to highlight its presence
to the system operator. However, highlighting does not constitute
automatic detection, and inclusion in a defined density range (or
range of any other parameter) does not constitute a detection or a
false alarm. The existence of a valid discriminant is a necessary
but not sufficient condition for an automated explosives detection
system.

The above results indicate that CT has the potential to evolve into
an effective explosives detection modality. However, a
considerable amount of effort will be required to develop this
potential.

Unless an entire suitcase is to be scanned, a means must be
developed to select scan planes intelligently. For the LAX study,
scan planes were selected by a human operator viewing a projection
image of the suitcase and applying certain selection rules. This
procedure could be replaced by a computer applying selection rules
to the digital projection image (a form of expert system). (At
least one scan would be required per suitcase to detect sheet
explosive, which would not be visible in a projection image.) The
performance of such an expert system, once developed, could only be
ascertained through airport testing.

Alternately, a CT explosives detector could be integrated within an
explosives detection system wherein scan plane selection could be
governed by a different parameter, such as nitrogen concentration
or the presence of lead or mercury.

Once the scan planes are selected and scanned, a means must be
developed to identify explosives within the cross sections. Global
operations, such as histograming, could be used to sum the pixels
within the selected range. However, a much more effective
technique would require the development of a high-speed, automated
segmentation algorithm which would allow individual objects to be
characterized. (Segmentation would also be essential for scan
plane selection.) Additional parameters (such as measuring the
total mass of an object) would be utilized in the development of an
effective expert system for explosives threat detection. Again,
the efficacy of such an expert system could only be ascertained
through airport testing.

In addition to expert systems, the development of a practical CT
explosives detection system would require evolutionary advances in
the state of the art in CT hardware and software. The scan
diameter and possibly the energy of existing systems would have to
be increased to accommodate large suitcases. The patient couch
would have to be replaced by a conveyor system capable of handling

44

luggage. The problems of interscan delays, heat loading, and long reconstruction times would all have to be addressed if reasonable throughput is to be obtained. However, these are <u>evolutionary</u> developments, not limited by the laws of physics.

While the data presented in this report indicate that CT is a promising technique for the <u>automated</u> detection of explosives concealed in suitcases, it is important to note that, because CT is inherently an imaging technique, it also provides a means of unambiguously resolving false alarms through human intervention. This is illustrated in Figures 3.7 and 3.8.

Once a CT explosives detection system has produced an alarm for a suitcase, the cross sectional image producing the alarm would appear on a screen, with the suspect object shown in, say, red. (In fact, different colors could be used for the higher density materials corresponding to military and plastic explosives and the lower density materials corresponding to some commercial explosives.) A trained operator could then decide whether or not an object constituted a possible threat. (For example, the binding, edges, and separation between pages of books and reports are very evident in high-resolution CT images.) If more information is needed, the operator could acquire additional cross sectional images and produce a volumetric image in which the suspicious material, as well as any associated detonating device, battery, wires, or timing mechanism could be viewed in three dimensions from any perspective. Essentially, this is a radiographic strip search which not only would it provide sufficient information for definitive explosives detection, but would provide EOD personnel with sufficient information to effectively disarm or disrupt any explosive device found.

45