# ATTACHMENT TO EXHIBIT A
('926 Claim Chart)

## '926 Claim Chart, §§102 & 103 w/Imatron Study

"Dual-Energy Computed Tomographic Explosives and Suitcase Characterization Study," prepared by Imatron, Inc, submitted to Department of Radiological Sciences under FAA Contract No. DTFA03-85-C-0037

Claims: 1-3, 5 and 6

| U.S. 5,712,926 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 1. A method of detecting an explosive comprising the steps of: | 1. A method of detecting an explosive comprising the steps of: | Imatron discloses a *method of detecting explosives.*<br><br>"Under the terms of a fixed-price task order from the University of California, Los Angeles (UCLA), issued pursuant to FAA Contract No.DTFA03-85-C-00037 with the Image Processing Laboratory of UCLA, Imatron, Inc. has investigated the feasibility of utilizing dual-energy computed tomography (DECT) for the detection of explosives in real-world' scenarios." p. 1 |
| (a) scanning a three-dimensional volume to determine the density of each of a plurality of voxels representing the three-dimensional volume; | (a) [Examining or scrutinizing using radiation] a [A region that occupies three dimensions] to determine the [Mass per unit volume] of each of a plurality of [the voxels representing the scanned region]; | Imatron discloses *scanning a three-dimensional volume to determine the density of each of a plurality of voxels representing the three-dimensional volume.*<br><br>"[B]y placing explosives in a packed suitcase and taking contiguous scans over a central region of that suitcase, we were able to generate a data set which permitted the three-dimension volumetric imaging of explosives concealed in luggage to be demonstrated." p. 2-3<br><br>"[A]fter placing two explosives samples in a test suitcase, a 34-cm-long portion of that suitcase was scanned using contiguous slice planes. The data thus obtained were subsequently used to create three dimensional images." p. 12 |

1

| U.S. 5,712,926 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | "The final experiment performed at the Bureau of Mines was to place a 0.25-in.-thick Detasheet sample and five sticks of a water gel in a test suitcase approximately 64-cm long and to scan the suitcase along 34 contiguous planes, 1 cm on center. Thus a complete three-dimensional data set was acquired for approximately half the suitcase. This data set was loaded onto a Dimensional Medical Imaging (DMI) system and analyzed in a three- dimensional volumetric imaging mode." p. 32<br><br>"If more information is needed, the operator could acquire additional cross sectional images and produce a volumetric image in which the suspicious material, as well as any associated detonating device, battery, wires, or timing mechanism could be viewed in three dimensions from any perspective." p. 45<br><br>"CT scanners are calibrated at reasonable intervals using air and water as standards. A CT value of -1000 corresponds to air (0 grams/cubic cm), while a CT value of 0 corresponds to water (1 gram/cubic cm). p. 5<br><br>Consequently CT values could be interpreted as fair approximations of mass densities. p. 23<br><br>"The CT number at a single of a low-atomic-number material (such as an Explosive) provides a means of reasonably estimating the density of that material. p. 42 |

2

| U.S. 5,712,926 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | The 1987 Imatron Study is full of measured density data for explosives and other objects. See, for example, Figures 3.1, 3.2, 3.3, 3.4, and 3.5. |
| (b) connecting and labeling voxels of the plurality of voxels which have similar densities; | (b) [Associating and classifying voxels] of the plurality of [Volume elements] which have similar densities; | Imatron discloses *associating and classifying voxels of the plurality of volume elements which have similar densities*. "Once the scan planes are selected and scanned, a means must be developed to identify explosives within the cross sections. Global operations, such as histograming, could be used to sum the pixels within the selected range. However, a much more effective technique would require the development of a high-speed, automated segmentation algorithm which would allow individual objects to be characterized" p. 44. This segmentation is a form of connecting and labeling.<br><br>The DMI system connected and labeled a plurality of voxels which have similar density. "A 3D image of the water gel extracted from the suitcase. This was produced by selecting a threshold ROI in the CT images." p. 34<br><br>"In analyzing the CT images, up to three regions of interest (ROIs) were selected within each image plane. For each ROI, the type of object being analyzed, the approximate size of the total region (often much larger than the number of pixels), the |

3

| U.S. 5,712,926 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | number of pixels in the ROI, and the mean CT and standard deviation values at 140 and 100 kV were noted. Materials with CT numbers between 0 and +1000 (corresponding to organic materials with densities of between 1.0 and 2.0 grams/cubic cm) with more than 200 pixels in the image plane were always selected first. Small objects with the same CT characteristics (including some shoe soles and heels) were selected next. Finally, large objects, with negative CT values (corresponding to organic materials with densities less than 1 gram/ cubic cm) were selected." p. 14 |
| (c) determining the volume of each contiguous region of voxels having similar densities; | (c) [Determining the amount of space occupied] of [Each particular group of connected voxels] having similar densities; | Imatron discloses *determining the amount of space occupied of Each particular group of connected voxels having similar densities* "For each ROI, the type of object being analyzed, the approximate size of the total region (often much larger than the number of pixels), the number of pixels in the ROI, and the mean CT and standard deviation values at 140 and 100 kV were noted." p. 14 "In order to provide a meaningful interpretation of the thousands of measurements obtained for the suitcase samples scanned at LAX, thresholds were set on object size and density." p. 34. Since a threshold was set on size (volume), size must have been measured. "In quantitative terms, 6% of all suitcases were found to contain at least one area of at least 1.6 square inches falling within a density window of 1.2 to 1.8 g/cc." p. 43 |

4

| U.S. 5,712,926 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| (d) comparing the volume of each such contiguous region to a first threshold and identifying each such contiguous region which exceeds the first threshold as a suspect region; | (d) [**Examining the volume and the first threshold**] of each such contiguous region to a [**A particular value to be used for the purpose of comparing the volume**] and identifying each such contiguous region which [**The volume is greater than**] the first threshold as [**A region of sufficient volume to pose a threat if it contains an explosive**]; | Imatron discloses *comparing the volume of each such contiguous region to a first threshold and identifying each such contiguous region which exceeds the first threshold as a suspect region.*<br><br>"In order to provide a meaningful interpretation of the thousands of measurements obtained for the suitcase samples scanned at LAX, thresholds were set on object size and density. Only objects with densities above 0.5 g/cc and areas exceeding 1.6 square inches (approximately 1200 pixels) were includ[ed]. The density threshold eliminated clothing of all types and leather items from further consideration. The area threshold represented the minimum cross section of two sticks of packaged high explosive, as measured in the BoM study. This corresponded to approximately a pound of explosive, and was chosen arbitrarily." p. 34<br><br>"In quantitative terms, 6% of all suitcases were found to contain at least one area of at least 1.6 square inches falling within a density window of 1.2 to 1.8 g/cc." p. 43 |
| (e) determining the mass of each suspect region; and | (e) determining [**A measure of the matter in the suspect region**] of [**Each region of sufficient volume to pose a threat if it contains an explosive**]; and | Imatron describes *determining a measure of the matter in the suspect region of each region of sufficient volume to pose a threat if it contains an explosive.*<br><br>"Once the scan planes are selected and scanned, a means must be developed to identify explosives within the cross sections…. Additional parameters (such as measuring the total mass of an object) would |

5

| U.S. 5,712,926 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | be utilized in the development of an effective expert system for explosives threat detection." p.44<br><br>In addition, it would have been obvious to one of ordinary skill in the art to determine the mass from the known density and volume. |
| (f) comparing the mass of each suspect region to a second threshold and identifying each suspect region which exceeds the second threshold as a region potentially containing an explosive. | (f) comparing the mass of each suspect region to a [A particular value to be used for the purpose of comparing the mass] and identifying each suspect region which exceeds the second threshold as a [A region with sufficient mass to potentially contain an explosive]. | Imatron discloses *comparing the mass of each suspect region to a particular value to be used for the purpose of comparing the mass and identifying each suspect region which exceeds the second threshold as a region with sufficient mass to potentially contain an explosive.*<br><br>"In order to provide a meaningful interpretation of the thousands of measurements obtained for the suitcase samples scanned at LAX, thresholds were set on object size and density. Only objects with densities above 0.5 g/cc and areas exceeding 1.6 square inches (approximately 1200 pixels) were includ[ed]. The density threshold eliminated clothing of all types and leather items from further consideration. The area threshold represented the minimum cross section of two sticks of packaged high explosive, as measured in the BoM study. This corresponded to approximately a pound of explosive, and was chosen arbitrarily." p. 34<br><br>"Once the scan planes are selected and scanned, a means must be developed to identify explosives within the cross sections… Additional parameters (such as measuring the total mass of an object) would |

6

| U.S. 5,712,926 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | be utilized in the development of an effective expert system for explosives threat detection." p.44 |

| U.S. 5,712,926 (Eberhard) Claim 2 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 2. A method as set forth in claim 1 further comprising the step of: | 2. A method as set forth in claim 1 further comprising the step of: | |
| after step (f), further inspecting the three-dimensional volume to confirm the presence of an explosive. | after step (f), [**Performing an additional examination of the three dimensional volume**] [To verify the presence of an explosive]. | Imatron discloses *after step (f), performing an additional examination of the three dimensional volume to verify the presence of an explosive.*<br><br>"While the data presented in this report indicate that CT is a promising technique for the <u>automated</u> detection of explosives concealed in suitcases, it is important to note that, because CT is inherently an imaging technique, it also provides a means of unambiguously resolving false alarms through human intervention. This is illustrated in Figures 3.7 and 3.8.<br><br>"Once a CT explosives detection system has produced an alarm for a suitcase, the cross sectional image producing the alarm would appear on a screen, with the suspect object shown in, say, red. (In fact, different colors could be used for the higher density materials corresponding to military and plastic explosives and the lower density |

| U.S. 5,712,926 (Eberhard) Claim 2 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | materials corresponding to some commercial explosives.) A trained operator could then decide whether or not an object constituted a possible threat. (For example, the binding, edges, and separation between pages of books and reports are very evident in high-resolution CT images.) If more information is needed, the operator could acquire additional cross sectional images and produce a volumetric image in which the suspicious material, as well as any associated detonating device, battery, wires, or timing mechanism could be viewed in three dimensions from any perspective. Essentially, this is a radiographic strip search which not only would it provide sufficient information for definitive explosives detection, but would provide EOD personnel with sufficient information to effectively disarm or disrupt any explosive device found." p. 45 |

| U.S. 5,712,926 (Eberhard) Claim 3 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 3. A method as set forth in claim 2, wherein the further inspection includes manual inspection. | 3. A method as set forth in claim 2, wherein the further inspection includes [**Inspection done by hand**]. | Same as 1(d).<br>"While the data presented in this report indicate that CT is a promising technique for the automated detection of explosives concealed in suitcases, it is important to note that, because CT is inherently an imaging technique, it also provides a means of unambiguously resolving false alarms through human intervention. This is illustrated in Figures 3.7 and 3.8." p. 45 |

8

| U.S. 5,712,926 (Eberhard) Claim 5 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | "Essentially, this is a radiographic strip search." p. 45. This is suggestive of manual searching. While Imatron does not explicitly disclose further inspection by hand, such inspection was routinely employed in the United States before the filing date of the '926 Patent. |
| 5. An apparatus to detect an explosive, comprising: | 5. An apparatus to detect an explosive, comprising: | Same as claim 1 and 1(a) above. |
| (a) a scanner to scan a three-dimensional volume to determine the density of each of a plurality of voxels representing the three-dimensional volume; and | (a) a [A device that scans] to scan a [A region that occupies three dimensions] to determine the density of each of a plurality of [The voxels representing the scanned region]; and | Imatron discloses a *device that scans to scan a region that occupies three dimensions to determine the density of each of a plurality of the voxels representing the scanned region.* See claim 1(a) above. |
| (b) a processor which includes | (b) a [Programmed computing hardware] which includes | Imatron discloses a *Programmed computing hardware*.<br><br>"A Technicare 2060 Quantum scanner mounted in an Ellis 61 Watts trailer was rented from King's Medical Corp. and delivered to the Bureau of Mines (BoM) in Pittsburgh on 28 May 1987. Figure 2.1. This was a totally self-contained scanning unit, which included a diesel powered generator to provide electrical power, the scanning gantry (Figure 2.2), and separate operator's and physician's consoles (Figure 2.3)." p. 3<br><br>"Manual recording of the suitcase data |

9

| U.S. 5,712,926 (Eberhard) Claim 5 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | proceeded at the physician's console" p. 14 "This data was loaded onto a Dimensional Medical Imaging (DMI) system and analyzed in a three-dimensional volumetric imaging mode" p. 32 |
| (1) a contiguity identification module to connect and label voxels of the plurality of voxels which have similar densities; and | (1) a [One or more components of the processor that determine whether voxels correspond to parts of the same physical object within the scanned three-dimensional volume] to [Associate and classify voxels] of the plurality of voxels which have similar densities; and | Same as claim 1(b) above, operating on the processors listed in 5(b). |
| (2) an object identification module to | (2) an [One or more components of the processor that determine the volume and mass of certain regions and compare the determined values with thresholds to identify those regions that potentially contain explosives] to | Same as claim 1(b) above, operating on the processors listed in 5(b). |
| (i) determine the volume of each contiguous region of voxels having similar densities; | (i) determine the [Amount of space occupied by each particular group of connected voxels] of voxels having similar densities; | Same as claim 1(c) above, operating on the processors listed in 5(b). |

10

| U.S. 5,712,926 (Eberhard)<br>Claim 5 | L-3 Claim Construction | §102 / §103 Prior Art<br>Imatron Study |
|---|---|---|
| (ii) compare the volume of each such contiguous region to a first threshold and to identify each such contiguous region which exceeds the first threshold as a suspect region; | (ii) [Examining the volume and the first threshold] of each such contiguous region to a [A particular value to be used for the purpose of comparing the volume] and to identify each such contiguous region which [The volume is greater than] the [A particular value to be used for the purpose of comparing the volume] a as a suspect region; | Same as claim 1(d) above, operating on the processors listed in 5(b). |
| (iii) determine the mass of each suspect region; and | (iii) determine the [Mass of each region identified as a suspect region] and | Same as claim 1(e) above, operating on the processors listed in 5(b). |
| (iv) compare the mass of each suspect region to a second threshold and to identify each suspect region which exceeds the second threshold as a region potentially containing an explosive. | (iv) compare the mass of each suspect region to a [A particular value to be used for the purpose of comparing the mass] and to identify each suspect region which exceeds the [A particular value to be used for the purpose of comparing the volume] as a [A region with sufficient mass to potentially contain an explosive]. | Same as claim 1(f) above, operating on the processors listed in 5(b). |

11

| U.S. 5,712,926 (Eberhard) Claim 6 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 6. A method as set forth in claim 1, wherein in step (b) differences between a density of a given voxel and densities of voxels in planes above and below said given voxel, are employed to evaluate contiguity of said plurality of voxels. | 6. A method as set forth in claim 1, wherein in step (b) differences between a density of a given voxel and densities of [Voxels included in groups of voxels that lie in planes above and below a plane that includes the given voxel] said given voxel, are [Used in determing whether voxels correspond to parts of the same physical object within the scanned three-dimensional volume] of said plurality of voxels. | Imatron discloses *the density of a given voxel and densities of voxels in planes above and below said given voxel, are employed to evaluate contiguity of said plurality of voxels.*.<br><br>See claim 1(b).<br><br>It would be obvious to use voxel differences in segmenting objects.<br><br>"Small objects with the same CT characteristics were selected" p. 14. The "same CT characteristics" means that differences were used to select the voxels.<br><br>The Imatron Study lists standard deviations of voxel values within regions. This is a measure of voxel differences. |

12