# ATTACHMENT TO EXHIBIT A
('806 Claim Chart)

# '806 Claim Chart, §§102 and 103 w/ Imatron Study

"Dual-Energy Computed Tomographic Explosives and Suitcase Characterization Study," prepared by Imatron, Inc, submitted to Department of Radiological Sciences under FAA Contract No. DTFA03-85-C-0037

Claims: 1-3, 5, 6, and 8-10

| U.S. 5,905,806 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 1. A method of detecting an explosive comprising the steps of: | 1. A method of detecting an explosive comprising the steps of: | Imatron discloses a method of detecting explosives.<br><br>"Under the terms of a fixed-price task order from the University of California, Los Angeles (UCLA), issued pursuant to FAA Contract No.DTFA03-85-C-00037 with the Image Processing Laboratory of UCLA, Imatron, Inc. has investigated the feasibility of utilizing dual-energy computed tomography (DECT) for the detection of explosives in real-world' scenarios." p. 1 |
| (a) scanning a three-dimensional volume to determine the density of each of a plurality of voxels representing the three-dimensional volume; | (a) scanning a three-dimensional volume to determine the density of each of a plurality of [the volume elements representing a scanned three-dimensional region]; | Imatron discloses scanning a three-dimensional volume to determine the density of each of a plurality of voxels representing the three-dimensional volume.<br><br>"[B]y placing explosives in a packed suitcase and taking contiguous scans over a central region of that suitcase, we were able to generate a data set which permitted the three-dimension volumetric imaging of explosives concealed in luggage to be demonstrated." p. 2-3<br><br>"[A]fter placing two explosives samples in a test suitcase, a 34-cm-long portion of that suitcase was scanned using contiguous slice planes. The data thus obtained were subsequently used to create three dimensional images." p. 12 |

1

| U.S. 5,905,806 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | "The final experiment performed at the Bureau of Mines was to place a 0.25-in.-thick Detasheet sample and five sticks of a water gel in a test suitcase approximately 64-cm long and to scan the suitcase along 34 contiguous planes, 1 cm on center. Thus a complete three-dimensional data set was acquired for approximately half the suitcase. This data set was loaded onto a Dimensional Medical Imaging (DMI) system and analyzed in a three-dimensional volumetric imaging mode." p.32

"If more information is needed, the operator could acquire additional cross sectional images and produce a volumetric image in which the suspicious material, as well as any associated detonating device, battery, wires, or timing mechanism could be viewed in three dimensions from any perspective." p. 45

"CT scanners are calibrated at reasonable intervals using air and water as standards. A CT value of -1000 corresponds to air (0 grams/cubic cm), while a CT value of 0 corresponds to water (1 gram/cubic cm). p. 5

Consequently CT values could be interpreted as fair approximations of mass densities. p. 23

"The CT number at a single of a low-atomic-number material (such as an Explosive) provides a means of reasonably estimating the density of that material. p. 42 |

2

| U.S. 5,905,806 (Eberhard)<br>Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art<br>Imatron Study |
|---|---|---|
| | | The 1987 Imatron Study is full of measured density data for explosives and other objects. See, for example, Figures 3.1, 3.2, 3.3, 3.4, and 3.5. |
| (b) connecting and labeling voxels of the plurality of voxels which have similar densities using an evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; | (b) [Associating and classifying voxels] of the plurality of voxels which have similar densities [using a procedure for evaluating] wherein, for a given voxel, [voxels that lie in the same plane as the given voxel, and that lie in planes above and below the given voxel, are compared to the given voxel to determine whether they correspond to parts of the same physical object within the scanned three-dimensional volume]; | Imatron discloses associating and classifying voxels of the plurality of volume elements which have similar densities.<br><br>"Once the scan planes are selected and scanned, a means must be developed to identify explosives within the cross sections. Global operations, such as histograming, could be used to sum the pixels within the selected range." p. 44<br><br>The DMI system connected and labeled a plurality of voxels which have similar density. "A 3D image of the water gel extracted from the suitcase. This was produced by selecting a threshold ROI in the CT images." p. 34<br><br>"In analyzing the CT images, up to three regions of interest (ROIs) were selected within each image plane. For each ROI, the type of object being analyzed, the approximate size of the total region (often much larger than the number of pixels), the number of pixel in the ROI, and the mean CT and standard deviation values at 140 and 100 kV were noted. Materials with CT numbers between 0 and +1000 (corresponding to organic materials with densities of between 1.0 and 2.0 grams/cubic cm) with more than 200 pixels in the image plane were always selected first. Small objects with the same CT characteristics (including some shoe |

3

| U.S. 5,905,806 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | soles and heels) were selected next. Finally, large objects, with negative CT values (corresponding to organic materials with densities less than 1 gram/ cubic cm) were selected." p. 14 |
| (c) determining at least one of the volume and the mass of each contiguous region of voxels having similar densities; and | (c) [Determine the volume, the mass, or both the volume and the mass] of each contiguous region of voxels having similar densities; and | Imatron discloses determining the volume, the mass, or both the volume and the mass of each contiguous region of voxels having similar densities. "For each ROI, the type of object being analyzed, the approximate size of the total region (often much larger than the number of pixels), the number of pixels in the ROI, and the mean CT and standard deviation values at 140 and 100 kV were noted." p. 14 "In order to provide a meaningful interpretation of the thousands of measurements obtained for the suitcase samples scanned at LAX, thresholds were set on object size and density." p. 34. Since a threshold was set on size (volume), size must have been measured. "In quantitative terms, 6% of all suitcases were found to contain at least one area of at least 1.6 square inches falling within a density window of 1.2 to 1.8 g/cc." p. 43 "Once the scan planes are selected and scanned, a means must be developed to identify explosives within the cross sections… Additional parameters (such as |

4

| U.S. 5,905,806 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | measuring the total mass of an object) would be utilized in the development of an effective expert system for explosives threat detection." p.44<br><br>In addition, it would have been obvious to one of ordinary skill in the art to determine the mass from the known density and volume. |
| (d) comparing at least one of the volume and the mass of each contiguous region having similar densities to at least one threshold and identifying each region which exceeds a threshold as a region potentially containing an explosive. | (d) [Determining whether the volume of each contiguous region exceeds a threshold, or the mass of each contiguous region exceeds a threshold] having similar densities to at least [A value to be used for the purpose of comparison] and identifying each region which [A region that has a compared volume or mass greater than the threshold with which that property is compared is identified as potentially containing an explosive]. | Imatron discloses determining whether the volume of each contiguous region exceeds a threshold, or the mass of each contiguous region exceeds a threshold having similar densities to at least a value to be used for the purpose of comparison and identifying each region which region that has a compared volume or mass greater than the threshold with which that property is compared is identified as potentially containing an explosive.<br><br>"In order to provide a meaningful interpretation of the thousands of measurements obtained for the suitcase samples scanned at LAX, thresholds were set on object size and density. Only objects with densities above 0.5 g/cc and areas exceeding 1.6 square inches (approximately 1200 pixels) were including. The density threshold eliminated clothing of all types and leather items from further consideration. The area threshold represented the minimum cross section of two sticks of packaged high explosive, as measured in the BoM study. This corresponded to approximately a pound of explosive, and was chosen arbitrarily." p. 34 |

5

| U.S. 5,905,806 (Eberhard) Claim 1 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| | | "In quantitative terms, 6% of all suitcases were found to contain at least one area of at least 1.6 square inches falling within a density window of 1.2 to 1.8 g/cc." p. 43<br><br>"Once the scan planes are selected and scanned, a means must be developed to identify explosives within the cross sections. Global operations, such as histograming, could be used to sum the pixels within the selected range.... Additional parameters (such as measuring the total mass of an object) would be utilized in the development of an effective expert system for explosives threat detection." p.44<br><br>In addition, it would have been obvious to one of ordinary skill in the art to compare the mass from the known density or the volume to a threshold. |

| U.S. 5,905,806 (Eberhard) Claim 2 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 2. A method as set forth in claim 1, wherein in said evaluation process differences between a property of said given voxel and a property of voxels in said planes above and below said given voxel are employed to evaluate contiguity. | 2. A method as set forth in claim 1, wherein in said evaluation process [Amounts by which a property of the given voxel is greater or less than properties of the voxels in the planes above and below the given voxel] of said given voxel and a property of voxels in said planes above and below said given voxel are [Used in determining whether voxels correspond to parts of the same physical object within the scanned three-dimensional volume]. | Same as claim 1(b) above.<br><br>It would be obvious to use voxel differences in segmenting objects.<br><br>"Small objects with the same CT characteristics were selected" p. 14. The "same CT characteristics" means that differences were used to select the voxels.<br><br>The Imatron Study lists standard deviations of voxel values within regions. This is a measure of voxel differences. |

6

| U.S. 5,905,806 (Eberhard) Claim 3 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 3. A method to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, wherein the explosive is smaller in at least one dimension than a linear dimension of the voxels, the method comprising the steps of: | 3. A method to [find out] the presence of an explosive in a [A three-dimensional region represented by a group of voxels] wherein the explosive [A dimension of the explosive is not as great] in at least one dimension than [The height, width, or length of a voxel], the method comprising the steps of: | Imatron discloses a method to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, wherein the explosive is smaller in at least one dimension than a linear dimension of the voxels.<br><br>It was typical for the 3-dimensional data sets used at the time of the report to have slices that are relatively far apart. In that case, the linear dimension of the voxel in the direction of the slice is relatively large, and the explosive is more likely to be smaller than that linear dimension of the voxel.<br><br>The Imatron Study included experiments on sheet explosives that were smaller in one dimension than the 1 cm slice thickness. For example, "The final experiment performed at the Bureau of Mines was to place a 0.25-in.-thick Detasheet sample and five sticks of a water gel in a test suitcase approximately 64-cm long and to scan the suitcase along 34 contiguous planes, 1 cm on center. Thus a complete three-dimensional data set was acquired for approximately half the suitcase. This data set was loaded onto a Dimensional Medical Imaging (DMI) system and analyzed in a three- dimensional volumetric imaging mode." p.32 |

7

| U.S. 5,905,806 (Eberhard) Claim 3 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| (a) radiation scanning the three-dimensional volume to determine a property of each of a plurality of voxels representing the three-dimensional volume; | (a) [Using radiation to examine the three dimensional volume] [To determine an essential or distinctive attribute or quality] of each of a plurality of voxels representing the three-dimensional volume; | Same as claim 1(a) above. |
| (b) identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | (b) [Identifying voxels having values of the property that are close to the same] to identify a [A group of adjoining voxels] having said similar values [Using a procedure for evaluating contiguity in which voxels that lie in the same plane as the given voxel, and that lie in planes above and below the given voxel, are compared to parts of the same physical object within the scanned three-dimensional volume] and | Same as claim 1(b) above. |
| (c) identifying said contiguous group of voxels as potentially containing said explosive if a characteristic of said contiguous group has a predetermined value. | (c) [Identifying the contiguous group of voxels as possibly containing an explosive material] if a characteristic of said contiguous group has a predetermined value. | Same as claim 1(c-d) above. |

8

| U.S. 5,905,806 (Eberhard) Claim 5 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 5. A method to ascertain the presence of an object in a three-dimensional volume represented by a plurality of voxels, wherein the object is smaller in at least one dimension than a linear dimension of the voxels, the method comprising the steps of: | 5. A method to [Find out] the presence of an [Anything that is visible or tangible and is stable in form] in a [A three-dimensional region represented by a group of voxels], wherein the object [A dimension of the object is not as great] in at least one dimension than [The height, width, or length of a voxel], the method comprising the steps of: | Same as claim 3 above. |
| (a) radiation scanning the three-dimensional volume to determine a property of each of a plurality of voxels representing the three-dimensional volume; | (a) [Using radiation to examine the three-dimensional volume] [To determine an essential or distinctive attribute or quality] of each of a plurality of voxels representing the three-dimensional volume; | Same as claim 1(a) above. |
| (b) identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | (b) [Identifying voxels having values of the property that are close to the same] to identify a [A group of adjoining voxels] having said similar values [Using a procedure for evaluating contiguity in which voxels that lie in the same plane as the given voxel, and that lie in planes above and below the given voxel, are compared to the given voxel to determine whether they correspond to parts of the same physical object within the scanned three-dimensional volume]; and | Same as claim 1(b) above. |
| (c) identifying said contiguous group of voxels as potentially containing said object if a characteristic of said contiguous group has a predetermined value, wherein said three-dimensional volume includes luggage contents. | (c) [Identifying the contiguous group of voxels as possibly containing an object] if a characteristic of said contiguous group has a predetermined value, wherein said three-dimensional volume includes luggage contents. | Same as claim 1(c-d) above. |

9

| U.S. 5,905,806 (Eberhard) Claim 6 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 6. An apparatus to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, wherein the explosive is smaller in at least one dimension than a linear dimension of the voxels, the apparatus comprising: | 6. An apparatus to [Find out] the presence of an explosive in a [A three-dimensional region represented by a group of voxels], wherein the explosive is [A dimension of the explosive is not as great] in at least one dimension than [The height, width, or length of a voxel], the apparatus comprising: | The apparatus of the Imatron Study (Technicare 2060Q) performing the study described in claim 3 above. |
| (a) a scanner to scan the three-dimensional volume; and | (a) a [A device that scans] to scan the three-dimensional volume; and | Imatron discloses device that scans to scan a region that occupies three dimensions.<br><br>See claim 1(a) above. |
| (b) a processor which includes | (b) a [Programmed computing hardware] which includes | Imatron discloses a Programmed computing hardware.<br><br>"A Technicare 2060 Quantum scanner mounted in an Ellis 61 Watts trailer was rented from King's Medical Corp. and delivered to the Bureau of Mines (BoM) in Pittsburgh on 28 May 1987. Figure 2.1. This was a totally self-contained scanning unit, which included a diesel powered generator to provide electrical power, the scanning gantry (Figure 2.2), and separate operator's and physician's consoles (Figure 2.3)." p. 3<br><br>"Manual recording of the suitcase data proceeded at the physician's console" p. 14<br><br>"This data was loaded onto a Dimensional Medical Imaging (DMI) system and analyzed in a three-dimensional volumetric imaging mode" p. 32 |

10

| U.S. 5,905,806 (Eberhard) Claim 6 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| (1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | (1) a [One or more components of the processor that determine whether voxels correspond to parts of the same physical object within the scanned three-dimensional volume] to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having [Values of the property that are close to the same]of said property to [Identify a group of adjoining voxels having values of the property that are close to the same] using a [Using a procedure for evaluating contiguity in which voxels that lie in the same plane as the given voxel, and that lie in planes above and below the given voxel, are compared to the given voxel to determine whether they correspond to parts of the same physical object within the scanned three-dimensional volume]; and | Same as 1(b) above, operating on the processors listed in 6(b). |
| (2) an explosive identification module to identify said contiguous group of voxels as potentially containing said explosive if a characteristic of said contiguous group has a predetermined value. | (2) an [One or more components of the processor that identify explosives] to [identify the contiguous group of voxels as possibly containing an explosive material] if a [A distinguishing feature or quality]of said contiguous group has a predetermined value. | Same as 1(d) above, operating on the processors listed in 6(b). |

11

| U.S. 5,905,806 (Eberhard) Claim 8 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 8. An apparatus to ascertain the presence of an object in a three-dimensional volume represented by a plurality of voxels, wherein the object is smaller in at least one dimension than a linear dimension of the voxels, the apparatus comprising | 8. An apparatus to ascertain the presence of an object in a three-dimensional volume represented by a plurality of voxels, wherein the object is smaller in at least one dimension than a linear dimension of the voxels, the apparatus comprising | Same as claim 6 above. |
| (a) a scanner to scan the three-dimensional volume; and | (a) a scanner to scan the three-dimensional volume; and | Same as claim 6(a) above. |
| (b) a processor which includes | (b) a processor which includes | Same as claim 6(b) above. |
| (1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | (1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | Same as claim 6(b)1 above. |
| (2) an object identification module to identify said contiguous group of voxels as potentially containing said object if a characteristic of said contiguous group has a predetermined value, wherein said three-dimensional volume includes luggage contents. | (2) an object identification module to identify said contiguous group of voxels as potentially containing said object if a characteristic of said contiguous group has a predetermined value, wherein said three-dimensional volume includes luggage contents. | See claim 6(b)2 above. |

12

| U.S. 5,905,806 (Eberhard) Claim 9 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 9. A method to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, the method comprising the steps of: | 9. A method to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, the method comprising the steps of: | Same as claim 1 above. |
| (a) radiation scanning the three-dimensional volume to determine a property of each of a plurality of voxels representing the three-dimensional volume; | (a) radiation scanning the three-dimensional volume to determine a property of each of a plurality of voxels representing the three-dimensional volume; | Same as claim 1(a) above. |
| (b) identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | (b) identifying voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | Same as claim 1(b) above. |
| (c) identifying said contiguous group of voxels as potentially containing said explosive based on a characteristic of said contiguous group. | (c) identifying said contiguous group of voxels as potentially containing said explosive based on a characteristic of said contiguous group. | Same as claim 1(c-d) above. |

| U.S. 5,905,806 (Eberhard) Claim 10 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 10. An apparatus to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, the apparatus comprising: | 10. An apparatus to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, the apparatus comprising: | Same as claim 6 above. |
| (a) a scanner to scan the three-dimensional | (a) a scanner to scan the three-dimensional | Same as claim 6(a) above. |

13

| U.S. 5,905,806 (Eberhard) Claim 10 | L-3 Claim Construction | §102 / §103 Prior Art Imatron Study |
|---|---|---|
| 10. An apparatus to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, the apparatus comprising: | 10. An apparatus to ascertain the presence of an explosive in a three-dimensional volume represented by a plurality of voxels, the apparatus comprising: | Same as claim 6 above. |
| volume; and | volume; and | |
| (b) a processor which includes | (b) a processor which includes | Same as claim 6(b) above. |
| (1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | (1) a contiguity identification module to determine a property of each of a plurality of voxels representing the three-dimensional volume and to identify voxels having similar values of said property to identify a contiguous group of voxels having said similar values using a contiguity evaluation process wherein, for a given voxel, voxels in the same plane as the given voxel, and in planes above and below the given voxel, are compared to said given voxel for contiguity; and | Same as claim 6(b)1 above. |
| (2) an explosive identification module to identify said contiguous group of voxels as potentially containing said explosive based on a characteristic of said contiguous group. | (2) an explosive identification module to identify said contiguous group of voxels as potentially containing said explosive based on a characteristic of said contiguous group. | See claim 6(b)2 above. |

14