# EXHIBIT B
## TO
## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL INVALIDITY REPORT


**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

**Robert M. Abrahamsen**
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256

November 8, 2005

VIA FACSIMILE

Joseph Hameline, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
 and Popeo, P.C.
One Financial Center
Boston, MA  02111

      Re:    L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc., C.A. No. 04-11884-NG

Dear Joe:

      I write concerning the "Supplemental Report of Nobert J. Pelc on Invalidity," which you sent us by e-mail last night. Your unilateral decision to serve a supplemental expert disclosure outside of the time frame set forth in the Court's scheduling order, and without seeking leave of Court to do so, is improper and prejudicial to L-3. Unless and until the Court grants Reveal leave to make this tardy disclosure, we object to it and will seek to preclude Dr. Pelc from testifying as to its contents.

      Very truly yours,

      WOLF, GREENFIELD & SACKS, P.C.

      Robert M. Abrahamsen

RMA

cc: Michael Renaud, Esq.