IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS CORPORATION DELAWARE,<br><br>             Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.,<br><br>             Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## L-3'S PROPOSED SCHEDULE

Pursuant to the Court's 10/27/05 Order, Plaintiff, L-3, proposes the following schedule for further proceedings:

1) All motions for summary judgment with respect to liability issues must be filed on or before November 22;

2) Opposition to such motions, per the Local Rules, must be filed fourteen days after service of such motions;

3) Expert discovery may begin immediately, but must be concluded no later than December 9.

L-3 makes no specific scheduling proposal for "claim construction." The parties have already exchanged contentions. L-3 expects that briefing in support of those contentions will necessarily be subsumed in summary judgment papers.

957928.1

- 2 -

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., |
|  | By its attorneys, |
| November 10, 2005 | ___/s/ James J. Foster_____<br>James J. Foster, BBO # 553285<br>Michael A. Albert, BBO # 558566<br>Robert M. Abrahamsen, BBO # 636635<br>Adam J. Kessel, BBO # 661211<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.: 617.646.8000<br>Fax: 617.646.8646<br>malbert@wolfgreenfield.com |