UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., ) ) ) ) | |
| Plaintiff, ) | C.A. No. 04-11884-NG |
| v. ) | (Magistrate Judge Judith Gail Dein) |
| ) REVEAL IMAGING TECHNOLOGIES, INC., ) ) | |
| Defendant. ) | |

REVEAL IMAGING TECHNOLOGIES, INC.'S
PROPOSED SCHEDULE FOR SUMMARY JUDGMENT

The parties have discussed summary judgment schedules, but have been unable to agree on a schedule. Reveal proposes the following schedule:

(1)     Motions for Summary Judgment are to be filed by December 9, 2005;

(2)     Oppositions to Motions for Summary Judgment are to be filed by January 6, 2006; and

(3)     Expert witness depositions may be taken through December 9, 2005.

Reveal submits that L-3's proposed schedule unnecessarily compresses the preparation of complex motions and oppositions in a too brief period and over the Thanksgiving holiday.

Reveal agrees that claim construction be addressed in the summary judgment briefs. Reveal also has proposed that there be three separate briefs which address each respective set of

patents: (1) U.S. Patent Nos. 5,838,758 and 5,642,393; (2) 5,712,926 and 5,905,806 and (3) 6,707,879 and 6,721,391, with respect to claim construction, infringement and validity issues.

Each set of patents are related, with similar or the same inventors and similar claims.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **REVEAL IMAGING TECHNOLOGIES, INC.,** |
|  | By its attorneys, |
| Dated: November 10, 2005 | /s/ H. Joseph Hameline<br>H. Joseph Hameline (BBO# 218710)<br>A. Jason Mirabito (BBO # 349440)<br>Michael T. Renaud (BBO # 629783)<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>  and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 |

**Certificate of Service**

I hereby certify that on this day, I caused a true and accurate copy of the foregoing document to be served upon the attorney of record, by complying with this Court's Administrative Procedures for Electronic Case Filing.

**/s/ H. Joseph Hameline**
H. Joseph Hameline

Dated: November 10, 2005

LIT 1550033v.1