UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., ) ) ) ) ) | |
| Plaintiff, ) ) ) | C.A. No. 04-11884-NG (Magistrate Judge Judith Gail Dein) |
| ) ) | |
| REVEAL IMAGING TECHNOLOGIES, INC., ) ) | |
| Defendant. ) ) | |

**REVEAL'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION TO AMEND ANSWER & COUNTERCLAIM**

Reveal Imaging Technologies, Inc. ("Reveal"), respectfully moves the Court for leave to file its Reply Memorandum In Support Of Reveal's Motion To Amend Answer & Counterclaim. Reveal submits that a reply is necessary to address and correct certain factual and legal arguments raised by L-3 in its opposition and to assist the Court in ruling on the motion.

For the foregoing reasons, and because of the import of Reveal's Motion to Amend, Reveal respectfully requests the Court grant it leave to submit the aforementioned Reply Memorandum, which is attached hereto.

## **LOCAL RULE 7.1 CERTIFICATION**

Reveal's counsel in good faith conferred with counsel for L-3 by telephone on November 15, 2005, concerning Reveal's request for leave of Court to file a reply memorandum; L-3 has not assented to Reveal's request.

                                        Respectfully submitted,

                                        **REVEAL IMAGING TECHNOLOGIES, INC.,**

                                        By its attorneys,

Dated: November 15, 2005                  /s/ H. Joseph Hameline
                                                        H. Joseph Hameline (BBO# 218710)
                                                        A. Jason Mirabito (BBO # 349440)
                                                        Michael T. Renaud (BBO # 629783)
                                                         Mintz, Levin, Cohn, Ferris, Glovsky
                                                           and Popeo, P.C.
                                                        One Financial Center
                                                       Boston, MA 02111
                                                       (617) 542-6000