UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION TO AMEND PROTECTIVE ORDER

Pursuant to District of Massachusetts Local Rule 7.1(B)(3), defendant Reveal Imaging Technologies, Inc. ("Reveal") requests leave to file a Reply Memorandum submitted herewith to respond to Plaintiff's Opposition to Reveal's Motion to Amend Protective Order. In support of this Motion, Reveal states that consideration of this reply memorandum will assist the Court in deciding Reveal's Motion to Amend Protective Order. Reveal further states that the continued gamesmanship regarding discovery in this matter, coupled with the factual distortions and inaccuracies raised by Plaintiff in its Opposition, require Reveal to submit a reply memorandum. For the foregoing reasons, and because of the import of the documents Reveal seeks from the GE entities, Reveal respectfully requests the Court grant it leave to submit the accompanying reply memorandum.

Respectfully submitted,

/s/ Thomas E. Lent
Thomas E. Lent (BBO# 644970)
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
(617) 367-1970

Dated: November 28, 2005

## CERTIFICATION OF COMPLIANCE
## <u>WITH LOCAL RULE 7.1</u>

On November 23, 2005, the undersigned counsel for Defendant Reveal Imaging Technologies, Inc. telephoned counsel for Plaintiff L-3 Inc. regarding Reveal's request for leave of Court to submit this Reply Memorandum, and on November 28, 2005, counsel for Plaintiff stated that Plaintiff would not assent to Defendant's submission of a Reply Memorandum.

/s/ Thomas E. Lent\
Thomas E. Lent
