UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11884-NG |
| | ) | |
| REVEAL IMAGING TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER ON REVEAL'S MOTION
## TO AMEND PROTECTIVE ORDER

Reveal's Motion to Amend Protective Order (Docket No. 145) is ALLOWED except that the new paragraph shall provide for further modification by order of the court.

Specifically, the new paragraph shall provide as follows:

> Except as otherwise agreed in writing by General Electric, GE Healthcare, GE InVision, Inc., GE Global Research and GE Transportation, Aircraft Engines (together, the "GE entities), material and testimony provided by the GE entities pursuant to subpoena and designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" may be disclosed only to those listed in subparagraphs a, d, e, f, g, h and i above, and not to those listed in subparagraphs b and c above.  Material and testimony provided by the GE entities pursuant to subpoena and designated "CONFIDEN-TIAL" or "HIGHLY CONFIDENTIAL" may be disclosed to persons listed in subparagraph e only upon written consent by the GE entities, and subject to the satisfaction of conditions set forth herein, or by further order of the court following a hearing at which the GE entities may be heard if they choose.

Reveal shall provide an Amended Protective Order incorporating this paragraph for entry by the Court.

                                                / s / Judith Gail Dein  
                                                Judith Gail Dein  
                                                United States Magistrate Judge

DATED: November 29, 2005