UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 04-11884-NG |
| REVEAL IMAGING TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

A scheduling conference was held by telephone on November 28, 2005. Based on that conference, it is hereby ORDERED:

1.  Expert discovery shall be completed by December 16, 2005.

2.  Cross-motions for summary judgment on U.S. Patent Nos. 5,838,758 and 5,642,393 shall be filed by December 21, 2005. Oppositions shall be filed by January 12, 2006. No reply briefs shall be filed without leave of court.

3.  The briefing schedule on motions for summary judgment in connection with the remaining patents shall be set at a later date.

                / s / Judith Gail Dein
                Judith Gail Dein
                United States Magistrate Judge

DATED: November 29, 2005