IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS, INC.

    Plaintiff,

v.

REVEAL IMAGING TECHNOLOGIES, INC.

    Defendant.

Civil Action No. 04-11884 NG
(Magistrate Judge Judith Gail Dein)

## NOTICE OF APPEAL

Notice is given that Plaintiff, L-3 Communications Security and Detection Systems, Inc.,

appeals to the United States Court of Appeals for the Federal Circuit from the Order denying a

preliminary injunction entered on October 31, 2005.

    Respectfully submitted,

    L-3 COMMUNICATIONS SECURITY
    AND DETECTION SYSTEMS, INC.,

    By its attorneys,

November 30, 2005     \_\_\_\_/s/ James J. Foster_____
    Michael A. Albert, BBO # 558566
    James J. Foster, BBO # 553285
    Robert M. Abrahamsen, BBO # 636635
    Adam J. Kessel, BBO # 661211
    WOLF, GREENFIELD & SACKS, P.C.
    600 Atlantic Avenue
    Boston, Massachusetts 02210
    Tel.: 617.646.8000
    Fax: 617.646.8646
    malbert@wolfgreenfield.com