IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## AMENDED NOTICE OF APPEAL

Notice is given that Plaintiff, L-3 Communications Security and Detection Systems, Inc., appeals to the United States Court of Appeals for the Federal Circuit from the Order denying a preliminary injunction entered on October 31, 2005.

                                                Respectfully submitted,

                                                L-3 COMMUNICATIONS SECURITY
                                                AND DETECTION SYSTEMS, INC.,

                                                By its attorneys,

December 5, 2005                            /s/ James J. Foster
                                                Michael A. Albert, BBO # 558566
                                                James J. Foster, BBO # 553285
                                                Robert M. Abrahamsen, BBO # 636635
                                                Adam J. Kessel, BBO # 661211
                                                WOLF, GREENFIELD & SACKS, P.C.
                                                600 Atlantic Avenue
                                                Boston, Massachusetts 02210
                                                Tel.: 617.646.8000
                                                Fax: 617.646.8646
                                                malbert@wolfgreenfield.com