AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

L-3 Communications Security And Detection Systems, Inc.

V.

Reveal Imaging Technologies, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-cv-11884-NG

TO: Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
One Financial Center
Boston, MA 02111

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case on the subjects listed on the attached Schedule A.

| PLACE OF DEPOSITION Wolf, Greenfield, and Sacks, P.C., 600 Atlantic Ave, Boston, MA 02210 | DATE AND TIME 12/15/2005 9:00 am |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All correspondence, including both written and email correspondence (including all attachments), between Mintz, Levin and Norman J. Pelc, relating to Pelc's retention, services, and opinions in the Federal lawsuit between L-3 and Reveal.

| PLACE Wolf, Greenfield, and Sacks, P.C., 600 Atlantic Ave, Boston, MA 02210 | DATE AND TIME 12/15/2005 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *James J. Forte*  Attorney for Plaintiff | DATE 12/13/05 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
James J. Foster, Esq., Wolf, Greenfield, and Sacks, P.C., Boston, MA 02210, 617-646-8000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

## SCHEDULE A

1. Transmission, storage, retention, or deletion of any and all email (including attachments) between Mintz, Levin and Norman J. Pelc relating to Pelc's retention, services, and opinions in the Federal lawsuit between L-3 and Reveal.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

### NOTICE OF RULE 30(b)(6) DEPOSITION

Please take notice that pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff L-3 Communications Security and Detection Systems, Inc. ("L-3") will take the deposition of Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. ("Mintz, Levin") on Thursday, December 15, 2005 at 9 a.m. Wolf, Greenfield & Sacks, P.C., 600 Atlantic Ave., Boston, MA 02210. The deposition will be recorded by stenographic means.

Pursuant to Fed. R. Civ. P. 30(b)(6), Mintz, Levin will be required to designate consenting persons to testify on its behalf on the subjects listed in the attached Schedule A. Mintz, Levin will also be required to bring to the deposition the documents on the attached Schedule B.

Dated: December 13, 2005

By: _/s/ James J. Foster_
James J. Foster, BBO # 553285
Michael A. Albert, BBO # 558566
Robert M. Abrahamsen, BBO # 636635
Adam J. Kessel, BBO # 661211
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
JFoster@wolfgreenfield.com
Tel.: 617.646.8000
Fax: 617.646.8646

## SCHEDULE A

1. Transmission, storage, retention, or deletion of any and all email (including attachments) between Mintz, Levin and Norman J. Pelc relating to Pelc's retention, services, and opinions in the Federal lawsuit between L-3 and Reveal.

## **SCHEDULE B**

1.  All correspondence, including both written and email correspondence (including all attachments), between Mintz, Levin and Norman J. Pelc relating to Pelc's retention, services, and opinions in the Federal lawsuit between L-3 and Reveal.