IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## NOTICE OF RULE 30(b)(6) DEPOSITION

Please take notice that pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff L-3 Communications Security and Detection Systems, Inc. ("L-3") will take the deposition of Reveal Imaging Technologies, Inc. ("Reveal") on Friday, December 16, 2005 at 9 a.m. Wolf, Greenfield & Sacks, P.C., 600 Atlantic Ave., Boston, MA 02210. The deposition will be recorded by stenographic means.

Pursuant to Fed. R. Civ. P. 30(b)(6), Reveal will be required to designate consenting persons to testify on its behalf on the subjects listed in the attached Schedule A. Reveal will also be required to bring to the deposition the documents on the attached Schedule B.

Dated: December 15, 2005

By: _____

James J. Foster, BBO # 553285
Michael A. Albert, BBO # 558566
Robert M. Abrahamsen, BBO # 636635
Adam J. Kessel, BBO # 661211
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
JFoster@wolfgreenfield.com
Tel.: 617.646.8000
Fax: 617.646.8646

## SCHEDULE A

1. Transmission, storage, retention, or deletion of any and all email (including attachments) between Mintz, Levin and Norman J. Pelc relating to Pelc's retention, services, and opinions in the Federal lawsuit between L-3 and Reveal.

## **SCHEDULE B**

1.      All correspondence, including both written and email correspondence (including all attachments), between Mintz, Levin and Norman J. Pelc relating to Pelc's retention, services, and opinions in the Federal lawsuit between L-3 and Reveal.

## CERTIFICATE OF SERVICE

I certify that on December 15, 2005, I caused a copy of the above NOTICE OF RULE 30(B)(6) DEPOSITION to be served on counsel for the Defendant as follows:

*Attorney for Reveal Imaging Technologies, Inc.*

Joseph Hameline, Esq.                                    By Hand
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111

_____