```
                                                                      1

 1                                              VOLUME: I

 2            CERTIFIED ORIGINAL                PAGES: 1-4
              LEGALINK BOSTON
 3                                              EXHIBITS: None

 4

 5                  UNITED STATES DISTRICT COURT

 6              FOR THE DISTRICT OF MASSACHUSETTS

 7       - - - - - - - - - - - - - - - - - - x

 8       L-3 COMMUNICATIONS, SECURITY AND
                                                      CONFIDENTIAL
 9       DETECTION SYSTEMS, INC.,

10                    Plaintiff,

11         v.                                    Civil Action

12       REVEAL IMAGING TECHNOLOGIES, INC.,   No. 04-11884-NG

13                    Defendant.

14       - - - - - - - - - - - - - - - - - - x

15

16                    HIGHLY CONFIDENTIAL

17                    SCHEDULED DEPOSITION

18                    December 15, 2005

19                         9:25 a.m.

20             Wolf, Greenfield & Sacks, P.C.

21                    600 Atlantic Avenue

22                    Boston, Massachusetts

23

24         Reporter: Michael D. O'Connor, RPR
```

```
                                                              2
1    APPEARANCES:
2
3       WOLF, GREENFIELD & SACKS, P.C.
4       By Adam J. Kessel, Esq. and
5       James Foster, Esq.
6       600 Atlantic Avenue
7       Boston, Massachusetts 02110
8       (617)646-8000
9       For the Plaintiff.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

3

P R O C E E D I N G S

     MR. KESSEL: My name is Adam Kessel and I'm an attorney at Wolf Greenfield & Sacks, and I'm here to take the deposition of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. under Rule 30(b)(6).

     This deposition was duly noticed in a subpoena served on December 14th, and also faxed to Mintz Levin on December 13th. Mintz Levin has not appeared for its deposition.

     I have in my possession a letter dated December 14 from Ian Marinoff, an attorney at Mintz Levin, presenting objections to the subpoena. However, I note for the record that these objections only excuse Mintz Levin of its obligation to produce documents today, but under the Federal Rules, do not excuse Mintz Levin of appearing for its deposition today.

     Given that Mintz Levin did not show up for its duly noticed deposition, L-3 intends to move for its costs in taking this deposition.

     (Whereupon the statement
     concluded at 9:26 a.m.)

4

1                    C E R T I F I C A T E
2
3      I, Michael D. O'Connor, Registered Professional
4  Reporter, do hereby certify that the foregoing
5  transcript, Volume I, is a true and accurate
6  transcription of my stenographic notes taken on
7  December 15, 2005.
8
9
10
11
12                    *Michael D. O'Connor*
13                    Michael D. O'Connor
14                    Registered Professional Reporter
15
16
17                    **CERTIFIED ORIGINAL**
                      **LEGALINK BOSTON**
18
19
20
21                         - - - - -
22
23
24