☐AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

L-3 COMMUNICATIONS SECURITY AND
DETECTION SYSTEMS, INC.
        Plaintiff,

v.

REVEAL IMAGING TECHNOLOGIES,
INC.
        Defendant.

**SUBPOENA IN A CIVIL CASE**

U.S. Dist. Ct. D. Mass.
Case No: 04-11884-NG
(Magistrate Judge Judith Gail Dein)

TO:    **Norbert J. Pelc, 490 Distel Dr., Los Altos CA 94022**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE<br>Legalink San Francisco<br>575 Market Street, 11th Floor<br>San Francisco, CA 94105 | DATE AND TIME<br><br>December 9, 2005 at 9:30 am |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, by the date, and time specified below (list documents or objects): **See attached Schedule A**

| PREMISES<br>Chad Bailey<br>Legalink San Francisco<br>575 Market Street, 11th Floor<br>San Francisco, CA 94105 | DATE AND TIME<br><br>December 5, 2005 at 9:30 am |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>_/s/_<br>Attorney for L-3 Communications Security and Detection Systems, Inc. | DATE<br><br>November 23, 2005 |
|---|---|

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Robert M. Abrahamsen, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
617-646-8000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

## Schedule A

1. All materials considered or relied upon in forming the opinions expressed in your reports.

2. All drafts of your reports.

3. All notes, memoranda, calendar entries, or other materials, in either electronic or printed form, relating to work you have done on this matter.

4. All correspondence, including both written and e-mail correspondence, with anyone concerning your work on this matter.

5. All documents reflecting the terms of your engagement in this matter, including copies of any ledgers or bills reflecting time spent on various tasks.

962026.1

| *Attorney or Party without Attorney:*<br>ROBERT M. ABRAHAMSEN ESQ.<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 ATLANTIC AVENUE<br>BOSTON, MA 02210<br>*Telephone No:* 617-646-8000 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court, Northern District Of California |

*Plaintiff:* L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.
*Defendant:* REVEAL IMAGING TECHNOLOGIES, INC.

| **PROOF OF SERVICE**<br>**SUBPOENA** | *Hearing Date:*<br>Fri, Dec. 09, 2005 | *Time:*<br>9:30AM | *Dept/Div:* | *Case Number:*<br>0411884NG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE

3. a. *Party served:*      NORBERT J. PELC
   b. *Person served:*     party in item 3.a.

4. *Address where the party was served:*    490 DISTEL DRIVE
                                            LOS ALTOS, CA 94023

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 25, 2005 (2) at: 9:41AM
   b. *I received this subpena for service on:*    Wednesday, November 23, 2005

6. *Witness fees were offered or demanded, and paid:*    $88.50

7. *Person Who Served Papers:*
   a. MICHAEL L. MATTHEWS
   b. **STERLING MADISON COMPANY**
      120 RACE STREET
      SAN JOSE, CA 95126
   c. 408-295-3300, FAX 408-491-9772

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $153.50
   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  Registration No.:    570
      (iii) County:              Santa Clara
      (iv)  Expiration Date:     Thu, May. 11, 2006

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Nov. 28, 2005

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
SUBPOENA

(MICHAEL L. MATTHEWS)

*6468000.10360*