IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

**MOTION FOR PARTIAL SUMMARY JUDGMENT OF LIABILITY
UNDER U.S. PATENT NOS. 5,642,393 AND 5,838,758**

Plaintiff, L-3 Communications Security and Detection Systems, Inc., moves for partial summary judgment that Defendant, Reveal Imaging Technologies, Inc., is liable under U.S. Patent Nos. 5,642,393 and 5,838,758. The grounds for this motion are contained in an accompanying memorandum of law filed under seal.

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS, INC.,

By its attorneys,

December 21, 2005

/s/ James J. Foster
Michael A. Albert, BBO # 558566
James J. Foster, BBO # 553285
Robert M. Abrahamsen, BBO # 636635
Adam J. Kessel, BBO # 661211
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.646.8000
Fax: 617.646.8646
malbert@wolfgreenfield.com

923219.1