IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## ASSENTED-TO MOTION TO FILE A MEMORANDUM IN EXCESS 20 PAGES

Pursuant to Local Rule 7.1(b)(4), Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), requests leave to file a memorandum in excess of 20 pages in support of its Motion for Partial Summary Judgment. A copy of L-3's memorandum is being filed under seal separately from this motion. In support of this motion, L-3 states that this motion deals with complex issues of claim construction and infringement relating to two separate patents. Defendant, Reveal Imaging Technologies, Inc., assents to this Motion.

928597.1

- 2 -

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., |
|  | By its attorneys, |
| December 21, 2005 | /s/ James J. Foster<br>Michael A. Albert, BBO # 558566<br>James J. Foster, BBO # 553285<br>Robert M. Abrahamsen, BBO # 636635<br>Adam J. Kessel, BBO # 661211<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Tel.: 617.646.8000<br>Fax: 617.646.8646<br>malbert@wolfgreenfield.com |

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and Reveal has indicated it would assent to this motion.

/s/ Robert M. Abrahamsen