UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

**DEFENDANT'S ASSENTED TO MOTION FOR LEAVE TO
FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES**

Defendant Reveal Imaging Technologies, Inc. ("Reveal") respectfully requests leave to file a memorandum of law of up to forty pages in support of its motion for summary judgment on the infringement claims asserted by plaintiff L-3 Communications Security and Detection Systems, Inc. ("L-3") under U.S. Patent Nos. 5,838,758 (the "'758 Patent") and 5,642,393 (the "'393 Patent"). As grounds therefore, Reveal states the following:

1. The Court ordered the parties to file any summary judgment motions regarding L-3's claims under the '758 Patent and the '393 Patent by December 21, 2005.

2. In an effort to streamline these motions and because the patents involve related technologies, Reveal has combined its summary judgment arguments concerning both patents in a single motion and accompanying brief.

3. Due to the complexity of the subject matter and the fact that Reveal is addressing claim construction, non-infringement and invalidity as grounds for summary judgment, it has not

been possible to cover matters related to both patents within the twenty-page limit. The forty pages requested is no more less than the combined total pages of two separate briefs, if Reveal had sought to file separate motions and memoranda with respect to each patent.

4. Plaintiff has assented to this motion.

## LOCAL RULE 7.1 CERTIFICATION

The parties have conferred and plaintiff has assented to this motion.

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.,**

By its attorneys,

Dated: December 21, 2005

/s/ H. Joseph Hameline_____
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

LIT 1554740v.1