UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., ) ) ) ) ) | |
| Plaintiff, ) ) | C.A. No. 04-11884-NG (Magistrate Judge Judith Gail Dein) |
| ) ) ) REVEAL IMAGING TECHNOLOGIES, INC., ) ) Defendant. ) ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT AND INVALIDITY WITH REGARD TO
U.S. PATENT NOS. 5,838,758 AND 5,642,393 ("PRESCREENING PATENTS")
AND REQUEST FOR ORAL ARGUMENT**

Defendant Reveal Imaging Technologies, Inc. ("Reveal") moves for summary judgment in its favor on the patent infringement claims asserted by plaintiff L-3 Communications Security and Detection Systems, Inc. ("L-3") under U.S. Patent Nos. 5,838,758 (the "'758 Patent") and 5,642,393 (the "'393 Patent") because: (1) the teachings of the two patents, their prosecution history, the testimony of the inventors and the admissions of L-3's own expert all demonstrate as a matter of law and undisputed fact that the patent claims asserted by L-3 do not and were never intended to cover a Computed Tomography ("CT") scanner performing full CT scans in the manner of the Reveal CT-80; and (2) construed as broadly as L-3 construes them in its vain effort to make out its infringement contentions, the patent claims at issue are invalid because they are anticipated by or obvious in light of prior art or otherwise inadequately enabled.

This motion is supported by the affidavits of Norbert J. Pelc, Elan Scheinman, Richard Bijjani, and Michael Ellenbogen, the declaration of H. Joseph Hameline with attached exhibits, Reveal's memorandum of law, and Reveal's statement of undisputed facts.  Certain of these documents are being filed separately under seal pursuant to the protective order entered in this action.

## REQUEST FOR ORAL ARGUMENT

Reveal respectfully requests the opportunity for oral argument on this motion to assist the Court in considering the technology and patent claims at issue.

## LOCAL RULE 7.1 CERTIFICATION

The parties have conferred, without success, in a good faith effort to resolve or narrow the issues presented by this motion.

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.,**

By its attorneys,

Dated:  December 21, 2005

/s/ H. Joseph Hameline_____
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

LIT 1554726v.1

2