UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND ) <br> DETECTION SYSTEMS, INC., ) <br>                Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> REVEAL IMAGING TECHNOLOGIES, INC., ) <br>                Defendant. ) | C.A. No. 04-11884-NG <br> (Magistrate Judge Judith Gail Dein) |

**AFFIDAVIT OF MICHAEL ELLENBOGEN
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
REGARDING U.S. PATENT NOS. 5,838,758 AND 5,642,393**

      I, Michael Ellenbogen, upon my own personal knowledge, hereby depose and state as follows:

      1.      From 1994 through 1999 I was employed by Vivid Technologies, Inc. ("Vivid"). Vivid, a publicly traded company, was eventually acquired by PerkinElmer Inc.  PerkinElmer Detection Systems was then acquired by the parent of L-3 Communications, Security and Detection Systems, Inc. ("L-3").  My position with Vivid was primarily as Marketing  Manager.  Currently, I am the CEO of Reveal Imaging Technologies, Inc. ("Reveal").

      2.      I am also one of the named inventors on the '393 Patent.  The '393 Patent was filed in September 1995.  As an inventor on the patent, I was aware of the discussions and development of the invention claimed in the '393 Patent.

      3.      In 1995, Vivid was working with the British  Airport Authority ("BAA") to develop a Level 3 scanner.  A Level 1 scanner provides the first screening of all bags.  Bags that

are cleared are sent on the plane. Bags that are not cleared may be sent on to a Level 2 or 3 screening for this evaluation. By 1995, Vivid had sold and installed its automated Level 1 dual energy, projection scan x-ray system at several British airports. The BAA did not want to use a CT device for the Level 3 position due to cost, scanning time and technical concerns.

4.  Based on the BAA's concerns with CT scanners, Vivid sought to develop the multi-probe concept disclosed in the '393 Patent. The concept was to design a simple, less expensive "Swiss-Army Knife" of a scanner which employed existing technologies and arranged them to provide a slow, high confidence level 3 scanner.

5.  From a marketing perspective, the concept was for a system or device to be used after the dual energy, x-ray projection scan of the entire bag. The initial, multi-probe prototype was inspired by and subsequently assembled using an x-ray scanner mounted on a C-arm. The prototype used the Hologic C-arm x-ray projection scanner. At the time, Vivid Technologies' office was located in the Hologic facility in Waltham, MA. As Vivid employees, we were familiar with the Hologic C-arm medical scanner. The Hologic scanner had one x-ray source and one x-ray detector mounted on a C-arm, as depicted in Figure 3 of the '393 Patent. A non-functioning, mock-up of this device was sent to the InterAirport Show in Frankfurt, Germany in 1996.

6.  The multi-probe, C-arm device we proposed as part of the '393 invention could move around the previously identified suspicious object with the conveyor stopped and take a limited number of views, for example between 30°, 90° and 120°. The C-arm was not able to make a complete rotation around the object. This was a desirable characteristic, as it significantly simplified the system design. If that scan did not clear the suspicious object (as not

2

an explosive), the C-arm could then rotate in the direction of the conveyor and/or around the conveyor to take a pencil beam x-ray at a selected angle to the bag to avoid overlapping items. This is depicted in Figures 3 and 5 of the '393 Patent and discussed in Column 9, lines 19-32 of the '393 Patent.

7.      Vivid continued to work on the project and designed a conceptual model for the multi-probe device.  That model used a larger C-arm, but was essentially similar to the Hologic device.  The device had one x-ray source and one or more detectors.  That x-ray source could be collimated for the second "material specific probe" to a pencil beam to be used at the selected angle or geometry for the subsequent examination.

8.      The Vivid multi-probe device is the antithesis of the CT-80.  The multi-probe device was designed to avoid the need for a CT scanner to conduct Level 2 or 3 scanning.  It was designed to follow a high speed projection x-ray scan at Level 1.  In contrast, the CT-80 performs an initial, helical CT scan of the entire bag, followed by a full CT static slice to examine any, uncleared suspicious objects.  The CT-80 is a helical CT followed by a full CT static slice.  The multi-probe was expressly designed to avoid performing a CT at any stage and does not resemble the CT-80 concept.

Signed under the pains and penalties of perjury this 21st day of December, 2005,

                                            /s/ Michael Ellenbogen
                                              Michael Ellenbogen