## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., <br>           Plaintiff, <br><br> v. <br><br> REVEAL IMAGING TECHNOLOGIES, INC., <br>           Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-11884-NG <br> (Magistrate Judge Judith Gail Dein) |

**AFFIDAVIT OF ELAN SCHEINMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING U.S. PATENT NOS. 5,838,758 AND 5,642,393**

I, Elan Scheinman, upon my own personal knowledge, hereby depose and state as follows:

1.      I am currently employed by Reveal Imaging Technologies, Inc. From 1987 to 1991, I was employed by Imatron, Inc., a developer and manufacturer of computed tomography ("CT") scanners for medical applications, where I worked as a research associate and as an applications specialist. One of my responsibilities was pursuing non-medical applications of CT technology.

2.      Thereafter I worked for Imatron Industrial Products ("Imatron Products"), later known as InVision Technologies, from 1991 to 2000. Imatron Products was formed to apply the Imatron, Inc. medical CT products to security applications and particularly the detection of explosives. At Imatron Products and InVision I continued to work as an applications engineer and project manager, product manager, and Director of Product Marketing, focusing especially on marketing requirements for the CTX line of Explosive Detection Systems during most of my employment with InVision.

3.      Prior to my arrival at Imatron, Imatron had begun researching machines and methods for using CT technology for airport security. In a 1986 report to the Federal Aviation Administration ("FAA"), Dr. Shalom Ackelsburg, a senior executive in software engineering for Imatron, Inc., described a design combining an x-ray prescreener and a CT scanner. This was the basic design for the CTX line of Explosive Detection Systems. This design was modeled on the same approach used in medical applications in which an x-ray projection scan was used as a prescreener to locate areas for additional evaluation by a CT scanner. The CT scanner would then take a static CT slice of the area of interest.

4. After I arrived at Imatron in 1987, I became involved in a follow-up project for the FAA that Imatron was undertaking as a subcontractor to the University of California at Los Angeles ("UCLA") under FAA Contract No. DTFA03-85-C-00037. This project involved an investigation of the feasibility of utilizing dual-energy CT scanning for the detection of explosives. Objectives of this projected included: characterizing explosives using dual-energy CT; identifying innocuous objects with explosive-like dual-energy CT characteristics that are commonly encountered in passenger luggage; and establishing the frequency with which such innocuous objects with explosive-like characteristics are encountered in passenger luggage. I worked with Dr. Frederick Roder on the project.

5. Imatron described the results of this project in a document entitled, "Final Report: Dual-Energy Computed Tomographic Explosives and Suitcase Characterization Study" (the "Imatron Report"). A true and accurate copy of the Imatron Report is submitted with the Declaration of H. Joseph Hameline as Exhibit 17.

6. As part of this project, Imatron undertook dual-energy CT scanning of numerous explosives at the U.S. Bureau of Mines and recorded their characteristics in June 1987.

7. Imatron also undertook dual-energy CT scanning of approximately 800 suitcases in the TWA baggage area of Los Angeles International Airport ("LAX") between June 22, 1987 and August 7, 1987. The suitcase scanning was performed using a Technicare 2600 Quantum scanner mounted in a trailer. I was personally involved in the LAX project and the operation of the scanner and collection of data. I also coordinated the project with baggage handlers and airport security personnel, and made presentations to visitors.

8. A projection x-ray image of each bag was initially taken to select planes for CT scanning. If an object appeared to be large enough and was sufficiently attenuated (a rough

measure of density) a static CT slice was taken through the object. The operator selected CT scan planes to intersect as many dense objects as possible while still avoiding very dense metallic objects. If no dense objects were identified from the x-ray projection image, the operator took CT scans at roughly the 1/3 and 2/3 points of the projection image. Imatron Report p. 14. The CT slices then provided more detailed density information which could be used to identify potential explosives. *Id*. In short, we knew the density of range for explosives based on the Bureau of Mines study and objects within that range would be deemed as potentially explosives.

9. The Imatron Report also noted that this procedure of manually selecting CT scan planes using the x-ray projection image "could be replaced by a computer applying selection rules to the digital projection image (a form of expert system)." *See id.* at p. 44. Indeed, visitors to the scanning trailer (including baggage handlers and other airport/airline personnel) frequently asked whether the process of selecting CT scan plans could be automated.

10. The LAX suitcase scanning project was generally known to LAX and TWA airport personnel, and they had free access to the trailer where the scanning was being performed. We also had frequent visits from airport officials, including security officials, public relations personnel, and station managers, and airline staff.

11. To the best of my knowledge, there were no confidentiality provisions governing Imatron's contract with UCLA. The results of the project and, in particular, the use of x-ray imaging to select locations for CT scanning, were all described in the Imatron Report, which was submitted to UCLA. It was not marked confidential and was not treated as confidential by Imatron. I understand that the Imatron Report was then submitted to the U.S. government. To the best of my knowledge, the Imatron Report was available thereafter from UCLA and the

FAA. In particular, I have been told by Frederick Roder, who oversaw the project described in the Imatron Report, that Vivid Technologies, Inc. obtained a copy of the Imatron Report from the FAA around 1995. Reveal then obtained a copy of the Imatron Report from the TSA Archives simply by identifying the name of the report and asking for a copy.

12. Imatron publicized the results from its work at the Bureau of Mines and LAX airport in its marketing and investor presentations, including a trade show in October 1988. Imatron also shared the Imatron Report with investors. At the trade show, Imatron presented a video describing the project and slides of 3-D reconstructions of explosives in luggage. A copy of what appears to be the script of the video is attached as Exhibit A. I note that the script has a fax legend date of 2/19/89 and with the fax number of Dr. Fred Roder. The video script explains this same methodology of an x-ray scan followed by a CT to detect explosives. Attached as Exhibit B is a hand-out containing a set of images from the Bureau of Mines study that we used in our marketing effort beginning in 1988.

13. Attached as Exhibit C is another description of work which I helped prepare and was distributed as part of our marketing effort. Again, it describes our work and methodology. Based on the address on the document, this document was prepared prior to September, 1989, when the Imatron Federal Systems office moved from Falls Church VA.

14. Imatron began to develop a baggage screening system specifically targeted at explosive detection after the LAX study. This system, known as the CTX5000, essentially implemented the design first envisioned by Shalom Ackelsburg and later described in the Imatron Report.

15. A fully working, operational model of the CTX 5000 was developed by 1989. This model was known internally as the CTX 5060 because it had a tunnel that was 60

5

centimeters in diameter. It consisted of a conventional x-ray projection prescreener and a CT scanner connected by a conveyor belt that ran through the middle of both of them. The x-ray prescreener took an x-ray projection scan of a bag. Software analyzed the resulting data from the x-ray projection scan to determine where to take CT slices by looking for regions where the attenuation of the x-ray beam and the size of the subject were sufficient to indicate a possible explosive. The bag was then passed to the CT scanner on the conveyor belt. The CT took slices at the points previously determined by the x-ray prescreener, the CT slices were then analyzed by software for the presence of explosives, and the machine produced an automatic result.

16.     The CTX 5060 was demonstrated to various representatives of the FAA, U.S. Navy, and other government agencies in July 1989 and successfully detected several types of explosives during that demonstration, as described in a November 13, 1989 article in *Aviation Week & Space Technology,* "High-Speed X-Ray CT Scanner Could Meet FAA's Explosive Detection Requirements," by Breck W. Henderson. A true and accurate copy of the *Aviation Week* article is attached to the Declaration of H. Joseph Hameline as Exhibit 18. Although I was not personally involved in this demonstration, I did participate in preparations for it and am not aware of any confidentiality restrictions which related to that sales demonstration.

17.     The *Aviation Week* article also accurately described the prescreening method used by the CTX 5060:

> The first operation is a projection scan, much like that performed by concourse scanners. This picture is automatically used to locate areas of high density within the bag and to mark points for multi-image, cross-sectional scanning. Using CT scans on the entire bag would be too time consuming.

18.     The *Aviation Week* article also contains a comment by Douglas Boyd, Imatron's president, referring to finishing a prototype by February 1990. This is a reference to a larger

6

version of the CTX 5000, known as the CTX 5080, which had an 80 centimeter tunnel that could accommodate a larger range of baggage.

19. I also personally remember working with a fully operational model of the CTX5060 in October 1989, because I recall working with it at the time of the famous Loma Prieta (Bay-Bridge Series) earthquake, of October 17.

20. In addition to the July 1989 demonstration described in the *Aviation Week* article, the CTX 5060 was demonstrated periodically to various other government and non-government personnel. The CTX 5060 was developed by Imatron with no assistance from Government or other public funding. Therefore, the CTX 5060 was under no government contractual nondisclosure obligations. None of these demonstrations were subject to any obligation of secrecy. I also recall that the CTX 5060 was displayed at the Paris air show in June 1991.

21. In March 1990, Imatron submitted a proposal to the FAA for further development of the CTX 5080. Imatron developed significant components of the CTX 5080 by June 1991. To the best of my recollection, Imatron developed an operational prototype of the CTX 5080 by sometime in 1991.

22. As long as I was employed at InVision, InVision continued to employ the same basic design initially developed in the CTX 5060 for its CTX line of Explosive Detection Systems.

Signed under the pains and penalties of perjury this 21st day of December, 2005,

/s/ Elan Scheinman
    Elan Scheinman