**EXHIBIT A**

# SCRIPT FOR EXPLOSIVES DETECTION VIDEO

THE CTX-5000 IS A COMPACT, LIGHTWEIGHT COMPUTERIZED TOMOGRAPHIC SCANNER DESIGNED FOR THE OPERATIONAL REQUIREMENTS OF EXPLOSIVES DETECTION. IT IS A NEW AND POWERFUL TOOL FOR COUNTER-TERRORISM. DEVELOPED BY IMATRON, A WORLD LEADER IN MEDICAL DIAGNOSTIC IMAGING, THE CTX-5000 PROVIDES A COMPREHENSIVE EXPLOSIVES DETECTION CAPABILITY, WHILE AT THE SAME TIME PROVIDING THE HIGH SCAN SPEEDS AND CONTINUOUS OPERATION REQUIRED FOR LUGGAGE INSPECTION AT MAJOR AIRPORTS. ALL EXPLOSIVES - COMMERCIAL OR MILITARY, PLASTIC, OR SHEET - ARE DETECTED, REGARDLESS OF AMOUNT OR CONFIGURATION, AND REGARDLESS OF PACKAGING OR SHIELDING.

THE CTX-5000 IS SPECIFICALLY DESIGNED FOR CONTINUOUS OPERATION AND HIGH THROUGHPUT. THE THIRD-GENERATION SCANNING GEOMETRY MAXIMIZES X-RAY EFFICIENCY. THE ~~CUSTOM-DESIGNED HIGH-FREQUENCY~~ HIGH-VOLTAGE POWER SUPPLY IS MOUNTED ON THE ROTATING GANTRY. THIS PERMITS THE CTX-5000 TO ROTATE AND SCAN CONTINUOUSLY, WITH POWER AND INFORMATION TRANSMITTED OVER LARGE-DIAMETER SLIP RINGS. THIS ADVANCED SCANNING SYSTEM PROVIDES A CAPABILITY OF INSPECTING UP TO 360 SUITCASES PER HOUR.

COMPUTERIZED TOMOGRAPHY OR CT IS A DIGITAL TECHNIQUE THAT PRODUCES A CROSS-SECTIONAL IMAGE FROM A SERIES OF X-RAY ATTENUATION MEASUREMENTS TAKEN AT DIFFERENT ANGLES. "TOMO" COMES FROM THE GREEK WORD FOR SLICE, AND A CT SCAN IMAGES A SLICE THROUGH AN OBJECT, REVEALING ITS INTERNAL COMPONENTS. UNLIKE CONVENTIONAL X-RAY IMAGES, OBJECTS ARE NOT SUPERIMPOSED ON ONE

GE 00744

ANOTHER. THEY MAY BE VIEWED AND ANALYZED INDIVIDUALLY. CT IS A PRECISE, QUANTITATIVE TECHNIQUE THAT DETERMINES THE PHYSICAL CHARACTERISTICS OF THE OBJECTS IN THE SCAN PLANE. A CT IMAGE IS, IN FACT, COMPOSED OF HUNDREDS OF THOUSANDS OF "PIXELS," EACH WITH A COMPUTED VALUE OF FROM 1 TO 4000.

EXPLOSIVES ARE CHARACTERIZED AS DENSE ORGANIC MATERIALS. MILITARY EXPLOSIVES SUCH AS TNT, RDX, PETN, AND HMX ARE UNIQUELY CHARACTERIZED BY DENSITY AND COMPOSITION. MILITARY PRODUCTS SUCH AS C-4 AND COMP-B, AS WELL AS CIVILIAN PRODUCTS SUCH AS CAST BOOSTERS, DETA SHEET, AND SEMTEX RETAIN THE CHARACTERISTICS OF THEIR CONSTITUENTS. THEY YIELD CT VALUES WHICH INDICATE THEIR PRESENCE. MILITARY EXPLOSIVES ARE FAVORED BY TERRORIST ORGANIZATIONS FOR MANY REASONS: THEY MAY BE CAST OR MOLDED TO MASQUERADE AS INNOCUOUS OBJECTS OR FIT WITHIN ODD-SHAPED VOLUMES. THEY MAY BE ROLLED INTO THIN SHEETS AND USED TO LINE SUITCASES, AND THEY PRODUCE THE MAXIMUM DESTRUCTION PER UNIT WEIGHT.

CAP-SENSITIVE COMMERCIAL EXPLOSIVES ARE THE MOST COMMON TOOL OF THE CRIMINAL BOMBER. THEY ARE USUALLY EITHER NITROGLYCERIN-EGDN-BASED OR AMMONIUM NITRATE BASED, AND THEY ARE PACKAGED IN EITHER CARDBOARD CYLINDERS OR PLASTIC SAUSAGE CASINGS. COMMERCIAL EXPLOSIVES MUST BE IN A COMPACT CONFIGURATION TO DETONATE. THEY CANNOT BE CAST OR MOULDED. COMMERCIAL EXPLOSIVES COME IN MANY FORMULATIONS AND USE MANY FILL MATERIALS. AS A RESULT, THEIR CT CHARACTERISTICS ARE MORE VARIABLE, AND OVERLAP MORE WITH INNOCUOUS MATERIALS.

GE 00745

IN THIS TEST, WE USED FIVE STICKS OF A PACKAGED COMMERCIAL EXPLOSIVE AND A 1/4-INCH-THICK PIECE OF DETA SHEET. THE EXPLOSIVES ARE REAL. THEY WERE SUPPLIED BY THE U.S. BUREAU OF MINES. HERE THE EXPLOSIVES HAVE BEEN PLACED IN A TYPICAL 25-INCH SOFT-SIDED SUITCASE. THE COMMERCIAL EXPLOSIVES ARE IN THE FOREGROUND. THE DETA SHEET IS AGAINST THE BOTTOM OF THE SUITCASE IN THE BACKGROUND. THE REMAINDER OF THE SUITCASE CONTAINS CLOTHING, A BOOK, A LEATHER BRIEFCASE CONTAINING REPORTS, AND A SHAVING KIT.

THIS IS A PROJECTION IMAGE OF THE SUITCASE. IT WAS OBTAINED BY A CT SCANNER, BUT IT IS COMPARABLE TO THE IMAGE PRODUCED BY A CONVENTIONAL CONCOURSE X-RAY SYSTEM. BECAUSE OBJECTS HAVE NOT BEEN SUPERIMPOSED, THE COMMERCIAL EXPLOSIVES ARE VISIBLE AND SHOULD BE DETECTABLE BY AN ATTENTIVE OPERATOR. THE SHEET EXPLOSIVE WOULD PROBABLY ESCAPE NOTICE.

THIS IS A SERIES OF CT IMAGES OF THE SAME SUITCASE. THE EXPLOSIVES APPEAR BRIGHTER THAN THE PAPER AND INNOCUOUS LIQUIDS, BUT LESS BRIGHT THAN THE METAL PARTS. BECAUSE THE EXPLOSIVES OCCUPY A RELATIVELY UNIQUE RANGE OF CT VALUES, IT IS A SIMPLE MATTER TO USE COLOR TO HIGHLIGHT SUSPECT VOLUMES. HERE, EXPLOSIVE-LIKE MATERIALS ARE IN RED, METALS AND OTHER HIGH-DENSITY MATERIALS ARE IN BLUE.

OPERATOR INTERPRETATION IS REQUIRED TO EITHER DISMISS AN OBJECT AS INNOCUOUS, OR TO OBTAIN ADDITIONAL DATA, AND CT PROVIDES THE MEANS TO MAKE USE OF ADDITIONAL DATA.

GE 00746

MULTIPLE CT IMAGES MAY BE STACKED TO PRODUCE VOLUMETRIC, THREE-DIMENSIONAL DATA. ONCE THIS DATA SET IS ACQUIRED, IT MAY BE VIEWED FROM ANY PERSPECTIVE.

AND SUSPICIOUS OBJECTS CAN BE ISOLATED AND VIEWED BY THEMSELVES.

BECAUSE PLASTIC EXPLOSIVES MAY BE CONCEALED IN ELECTRONIC DEVICES, IN THIS TEST WE PLACED ABOUT 8 OUNCES OF AN EXPLOSIVE SIMULANT IN EACH END OF A working RADIO-CASSETTE PLAYER. A SIMULATED DETONATOR WAS INSERTED INTO ONE OF THE SIMULANT PACKAGES. THE CASSETTE PLAYER WAS PLACED IN A SMALL DUFFLE BAG, ALONG WITH CLOTHING, A BOOK, AND A SHAVING KIT.

HERE IS A PROJECTION IMAGE OF THE SUITCASE. IT IS VERY DOUBTFUL THAT IT WOULD RAISE ANY SUSPICION.

CT SCANS OF THE SUITCASE SHOW QUITE A DIFFERENT STORY. THE SIMULANT IS QUITE VISIBLE BEHIND THE SPEAKER, AND THE DETONATOR REVEALS ITSELF AS A SMALL CYLINDRICAL METAL OBJECT. HERE THE SCAN PLANE INCLUDES THE END OF THE DETONATOR CONTAINING THE SIMULATED LEAD AZIDE. NOTE THE STREAK PATTERN FROM THE LEAD.

AS BEFORE, COLOR CAN BE USED TO HIGHLIGHT SUSPICIOUS MATERIALS.

4

GE 00747

OVER THE YEARS, MEDICAL IMAGING TECHNOLOGY HAS SAVED THE LIVES OF COUNTLESS PATIENTS. WITH IMATRON'S DEVELOPMENT OF THE CTX-5000, THIS TECHNOLOGY FINDS A NEW APPLICATION - SAVING THE LIVES OF THE INNOCENT TARGETS OF TERRORISM.

GE 00748