# **EXHIBIT B**









**CT Image Slice 12**

**CT Image Slice 42**

**Standard X-Ray Projection Image**

**Explosive Samples**

**Reconstruction of Sheet Explosive**

**Reconstruction of Commercial Packaged High Explosives**

**3D Reconstruction of Suitcase Slice 12**

**Explosive Samples in Suitcase**

# Computerized Tomographic Explosives Detection

389 Oyster Point Boulevard
South San Francisco, California 94080
(415) 583-9964

**IMATRON**
Ultrafast CT

GE 0077