# EXHIBIT C

**IMATRON**

## THE IMATRON CTX 5000
## COMPUTERIZED TOMOGRAPHIC EXPLOSIVES DETECTION SYSTEM
### A New Tool for Counterterrorism

INTRODUCTION

The numerous terrorist attacks and other attempts to sabotage civilian airlines have increased the awareness of both the general public and government security agencies of the need to increase airline security.

Despite intelligence warnings and heightened awareness, terrorist have been successful in penetrating existing security systems. In response, the Federal Aviation Administration has acted to amend the security regulations for American flag carriers to require explosives detection screening of checked baggage on all international flights. The ruling requires that all explosive detection systems meet certain minimum standards and undergo testing and FAA certification.

The CTX 5000 is designed to automatically detect and identify explosives concealed in checked and carry-on luggage. Adapted from advanced medical technology, the CTX 5000 is a unique design which provides the high throughput required for baggage screening in a compact and lightweight system suitable for either fixed or mobile applications.



GE 00901

IMATRON Inc. ■ 389 Oyster Point Blvd ■ So. San Francisco, CA 94080 ■ Telephone 415/583-9964 ■ Telex 5106016889 ■ FAX 415 871-0415

## CONCEPT OF OPERATIONS

The efficacy of the CTX 5000 has been established by an extensive study comparing the x-ray attenuation characteristics of explosives with those of innocuous items found in checked luggage. Over one hundred different types of explosives have been characterized by density and computer algorithms have been developed to recognize potential explosive materials. The automated computer programs also employ additional discriminates including mass and texture of objects in addition to density signature to generate alarms. The density characterization of the various classes of military and commercial explosives have been compared to the usual items found in passenger baggage in tests conducted in a major U.S. airport. Actual explosives were found to be relatively unique --- higher in attenuation than clothing, leather, most books or cosmetics, and lower than more dense objects such as glass or metal. In the tests, military type explosives were found to be more attenuative than commercial explosives and thus less similar to innocuous materials.

## AUTOMATIC OPERATION

The CTX 5000 utilizes an x-ray scan projection to locate areas of suspicious density. This projection data is similar to that produced by a conventional concourse scanner. The automated inspection algorithm determines the location within the bag where cross sectional CT slices will be made based on the density of objects and on the texture, mass and, shape of the objects. If no high density areas are detected, a single slice through the bag is located to inspect for sheet explosives which may not be indicated as a high density area on the projection scan. Since CT produces true cross section slices through the bag, it is able to expose objects even when they are surrounded by other materials or "hidden" under or around innocuous objects. In laboratory test demonstrations the CTX 5000 has proven effective in automatically detecting 4 ounce samples of TNT and C-4 explosives.

The current FAA guidelines for certification of explosives detection equipment specify sensitivity requirements well within the capability of the CTX 5000 and the automated alarm system exceeds the accuracy standards. The baggage throughput rate is 360 bags per hour.

## SUSPECT BAGGAGE

CT is an accurate, quantitative technique that permits identification of materials by x-ray attenuation measurements. The digital CT values are not altered by surrounding objects, a fact that permits precise detection of explosives and permits their identification. Relatively few items encountered in luggage have CT numbers closely resembling explosives. Although the FAA requirements do not specify further capability of explosive detection devices, the CTX 5000 permits detailed examination of an

GE 00902

alarm designated object by the unique ability of computed tomography to "look inside the bag" without the risk of physically opening the bag. In addition, the ability to "see" inside objects such as radios, tape recorders, and grooming appliances often included in luggage permits more thorough inspection than hand searching.

The efficiency and accuracy of an explosives detection system rests largely on its ability to consistently and reliably process luggage without either missing the targeted material or reporting incorrectly on items that are not explosives. The CTX 5000 is able to detect smaller amounts of explosives than other detection devices and maintains high detection accuracy. When alarms are encountered, intervention by an operator can easily qualify the alarm by making further CT slices to reveal essential information on the size, shape, total mass, and make-up of the suspect object. Three dimensional rendering on special display equipment may also be employed in the extreme case.

To simplify processing of suspect baggage when a positive alarm is received, the CTX 5000 uses color coding to highlight possible explosives. Additional cross-sectional images are immediately generated to provide increased resolution of the item. A three-dimensional data set may be created to isolate the object, dissect it, if necessary, for detailed scrutiny and positive identification. If an actual explosive device were encountered, the spatial resolution of the display is accurate enough to locate wires, a detonator, or other related components. This information is essential for bomb disposal personnel.

## SUMMARY

The CTX-5000 provides security officials with an effective tool for the detection of explosives or other dangerous items in baggage or hand carried personal effects. Designed and engineered to meet FAA specifications for automated baggage inspection requirements, it also has application and utility for special security purposes including the possibility of effective detection of drugs or other contraband. Its relatively light weight enables it to be used either in a fixed installation or as a mobile unit. In its mobile configuration, it can be used most effectively to disrupt the predictability of normal airport security. The CTX 5000 is a new and flexible device for dealing with international terrorism and other criminal threats.

## STANDARD CONFIGURATION

The standard configuration of the CTX 5000 for baggage screening includes a scan projection unit integrated into the CT scanner gantry, computer controlled conveyor assembly, automatic explosives detection software, and computer hardware. An operators console with color display is also provided for post-screening confirmation of alarms.

GE 00903

MOBILE CONFIGURATION

The mobile CTX 5000 is designed for use in airports or other security applications where the a fixed site is not practical or desireable.  The light weight and compact design of the CTX 5000 permit deployment as a self contained, environmentally ruggedized system in a small van suitable for routine baggage screening or for detailed inspection of suspicious articles.



Imatron, Inc. designs computed tomography systems for the medical profession, industry, aerospace applications, and the security markets.  In addition to the CTX 5000 explosives system, Imatron products include the electron beam Ultrafast CT scanner with scan speeds of up to 20 images per second. and other high speed and high throughput products and custom designs

IMATRON FEDERAL SYSTEMS . 3410 Barger Drive . Falls Church, VA 703/256-9553  Fax: 703/941-4144