UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., <br>                 Plaintiff, <br> v. <br> REVEAL IMAGING TECHNOLOGIES, INC., <br>                 Defendant. | C.A. No. 04-11884-NG <br> (Magistrate Judge Judith Gail Dein). |

## NOTICE OF FILING WITH CLERK'S OFFICE

Pursuant to the terms of the Protective Order entered in the above case, I hereby give notice that the original, *highly confidential*, Affidavit of Dr. Richard Bijjani, Affidavit of Dr. Norbert J. Pelc, Declaration of H. Joseph Hameline (with attached exhibits) and Memorandum In Support of Defendant's Motion for Summary Judgment of Non-infringement and Invalidity With Regard to U. S. Patent Nos. 5,838,758 and 5,642,393 and Defendant's Statement of Undisputed Facts will be manually filed with the Court *under seal.*

Defendant's Motion for Summary Judgment, Defendant's Motion for Leave to File a Brief in Excess of Twenty Pages, Affidavit of Elan Scheinman and the Affidavit of Michael Ellenbogen were filed electronically with the Court this day.

Dated: September 13, 2005

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

**Attorneys for Reveal Imaging Technologies, Inc.,**

LIT 1541195v.1