# Exhibit C



DRAFT
RCL 10/16/05
Confidential

# Patent 5,642,393

I have examined the claims of Patent 5,642,393, the '393 patent and compared them to the operation of the Reveal CT80 system as described in xxxxxx accepting the interpretation of the claim phrases of L3 in the document YYYYY.

## *Claim 13*

### a multi-view x-ray inspection device

The CT80 makes a preliminary scan ["TotalScan"] using multiple views obtained from a source/detector arrangement at multiple orientations and angles in order to identify potential threats.

### obtain spatial information

The CT80 uses the preliminary scan to obtain information about the location and physical properties of potential threat objects to be used in positioning a subsequent scan and hence obtains spatial information about the potential threat location.

### determine a geometry

The CT80 uses the preliminary scan to determine the geometry of the potential threat for the subsequent scan

### geometry

As a result of a preliminary scan, the CT80 determines the geometry for subsequent scans.

1

DRAFT
RCL 10/16/05
Confidential

### a material sensitive probe

The CT80 measures the interior material properties using x-rays as is described in '393 (col 3 lines 8 – 17). The use of a fan beam is also taught in these lines in '393. *[handwritten annotation]*

### material specific information

The CT80 uses x-rays to obtain material specific information after the preliminary scan. '393 teaches (col 3 lines 8 – 17 the use of an x-ray beam which is transmitted through the suspicious region and using the transmitted x-ray data for material analysis. Further, the introduced x-ray beam may be either a pencil beam or a fan beam. The CT80 uses the transmission data from an x-ray fan beam as taught by '393.

### several examination angles

The CT80 uses several x-ray fan beam examination angles to inspect the potential target area. As is known to practioners of the art, CT images are reconstructed from a series of ordinary x-ray projections, the number and angular spacing of which are determined by the spatial resolution and precision of measurement appropriate to a particular design.

### interface system

The CT80 receives data from the initial scan and uses it to provide spatial information and geometry of possible threats for subsequent examination.

DRAFT
RCL 10/16/05
Confidential

## Claim 29

**x-ray inspection method**

The CT80 is an x-ray inspection method for detecting specific threat materials in items of baggage or in packages.

**employing x-ray radiation**

The CT80 uses x-ray radiation in its operation and detection of threats is based on the use of x-rays

**obtain multi-view spatial information**

The CT80 employs multi-view spatial information obtained during the TotalScan operation

**determining a geometry**

The CT80 uses the results of its initial x-ray scan to determine the geometry of potential targets for subsequent scanning.

**geometry**

The CT80 uses the geometrical information obtained from the preliminary scan to determine the geometric positioning for subsequent scans.

**a material sensitive probe using said geometry**

The CT80 measures material properties by the use of an x-ray probe whose geometrical positioning is based on the geometrical information obtained from the preliminary scan.

DRAFT
RCL 10/16/05
Confidential

Based on the above analysis, it is my conclusion that the Reveal CT80 meets each of the limitations of claims 13 and 29 of the '393 patent.

DRAFT
RCL 10/16/05
Confidential

# Patent 5,838,758

I have examined the claims of Patent 5,838,758, the '758 patent and compared them to the operation of the Reveal CT80 system as described in ~~xxxxxx~~ *exhibit* accepting the interpretation of the claim phrases of L3 in the document ~~YYYYY~~. *Claim*

## Claim 38

### sequentially moving a package

The Reveal CT80 has a conveyor which moves the package to a series of positions during the overall scanning and inspection process. [The claim does not restrict the sequence of operations in either conveyor speed or direction or any combination of these.]

### x-ray inspection unit

The Reveal CT80 makes a preliminary inspection of the package using x-rays, hence it is an x-ray inspection unit. [The claim is not limited to single x-ray projection but is refers to the use of x-rays as an initial inspection prior to further detailed CT inspection if necessary to clear s suspect package. The CT80 makes a preliminary x-ray inspection and then uses x-ray CT for a more detailed inspection of suspicious objects. Since CT is based on x-rays, CT is by definition an x-ray inspection unit.]

### x-ray transmission data

The Reveal CT80 is based on the measurement of the transmitted intensity of x-rays to determine the constituent properties of the materials. [Even as construed by Reveal, the x-ray transmission data represents the attenuation of x-rays passing through an item.]

1

DRAFT
RCL 10/16/05
Confidential

### further detailed inspection by CT scanning

After x-ray inspection for suspicious objects, the CT80 further inspects the package using CT scanning. '758 teaches (col 32, 38-41 and Fig. 18B) the common use of the detectors and x-ray source of the CT system to carry out both the initial inspection and the further detailed inspection by CT within the same device. There is not a need for a separate CT scanner.

### further moving said suspected package to a CT scanner

The Reveal CT80 moves the package to a new position for CT scanning after the initial x-ray inspection of the suspected package. As is noted above, '758 specifically teaches the use of the same system for both x-ray inspection and for CT scanning and this is the method used by Reveal.

## Claim 39

'758 claims the use of a preliminary scan used to identify suspect regions which are then scanned with a CT scanner. The CT80 system operates in this manner through the combination of an initial scan ["TotalScan"] followed by a more precise CT scan

## Claim 40

'758 claims the use of a preliminary scan in which particular slices are identified for subsequent scanning with a more precise CT scanner and only those slices so identified are subsequently scanned. This is used by the CT80 system

DRAFT
RCL 10/16/05
Confidential

## Claim 43

'758 claims the use of a dual-energy CT scanner for the subsequent scanning. The CT80 uses such a method.

## Claim 55

### CT scanner

The Reveal CT80 uses a CT scanner

### on-line in real time

On-line is commonly used to describe an inspection system which inspects the packages while they move on the system that is used to transport them to their loading point. The term "real-time" is commonly is used to describe systems in which the CT reconstruction is carried out while the CT scanner is inspecting a package without a requirement for waiting for processing and reconstruction to start after all data are acquired. There is no requirement that preliminary inspections also be performed contemporaneously on other items on the conveyor system. The Reveal CT80 produces images on-line and in real time.

Based on the above analysis, it is my conclusion that the Reveal CT80 meets each of the limitations of claims 38-40, 43 and 55 of the '768 patent.

*[handwritten: more and more views for unclear]*

3