# Exhibit F

# Mintz Levin

Ian R. Marinoff | 617 348 1775 | irmarinoff@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

December 14, 2005

**VIA FACSIMILE AND U.S. MAIL**

James J. Foster, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

Re:   L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging
      Technologies, Inc., USDC (MA) C.A. No.: 04-11884-NG
      <u>Objections to Subpoena of Mintz Levin</u>

Dear Jim:

Pursuant to Fed. R. Civ. P. 45(c)(2)(B), Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C. ("Mintz Levin") hereby objects to Plaintiff L-3 Communications Security and Detection Systems, Inc.'s ("L-3") document and deposition subpoena to non-party Mintz Levin.

Mintz Levin objects to the subpoena that was delivered to Mintz Levin attorney H. Joseph Hameline on December 14, 2005, on at least the following grounds:

1. Mintz Levin objects to the subpoena on the ground that it is untimely. Fact discovery closed on October 1, 2005. L-3 has no right to initiate new discovery, by deposition or document production, from Mintz Levin.

2. Mintz Levin objects to the subpoena under Fed. R. Civ. P. 45 (c)(1) on the ground that it imposes an undue burden as it purports to require document production and a deposition appearance on December 15, 2005, just one day after the subpoena was delivered to Mr. Hameline. Indeed, Mr. Hameline received the subpoena at a deposition in the case this morning. He is already preparing for a deposition in its litigation with L-3 that is scheduled for December 15, 2005, the same date on which L-3 has demanded an appearance and production in response to the subpoena. In light of the deposition schedule agreed upon by the parties, compliance with L-3's untimely subpoena is particularly burdensome.

3. Mintz Levin objects to Schedule A of the subpoena as it seeks redundant materials that were already sought by its document subpoena of Dr. Norbert J. Pelc.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

James J. Foster, Esq.
December 14, 2005
Page 2

4. A deposition subpoena and request for documents directed at counsel for parties to litigation is particularly disfavored by the courts. As you are most likely aware, L-3 attempted such a ploy in the pending state court case, and its request was soundly rejected by the court.

Sincerely,

*[signature]*

Ian R. Marinoff

LIT 1553950v.1