# Exhibit I

# MINTZ LEVIN

Ian R. Marinoff | 617 348 1775 | irmarinoff@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

December 16, 2005

VIA FACSIMILE AND U.S. MAIL

James J. Foster, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

Re: L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging
Technologies, Inc., USDC (MA) C.A. No.: 04-11884-NG
<u>Objections to L-3's Third Notice of Rule 30(b)(6) Deposition of Reveal</u>

Dear Jim:

Reveal Imaging Technologies, Inc. ("Reveal") hereby objects to Plaintiff L-3 Communications Security and Detection Systems, Inc.'s ("L-3") untimely, third Notice of Rule 30(b)(6) Deposition ("Notice"), which called for the deposition of Reveal and the further production of documents on December 16, 2005. This Notice appears to be comparable in scope to the untimely subpoena of Mintz Levin that was delivered earlier this week. It is deficient for similar reasons.

Reveal objects to this Notice that was delivered to Defendant's attorney H. Joseph Hameline on December 15, 2005, on at least the following grounds:

1. Reveal objects to the Notice on the ground that it is untimely. Fact discovery closed on October 1, 2005. L-3 has no right to initiate new discovery by Rule 30(b)(6) deposition or document production from Reveal. Further, this Notice is particularly improper as it constitutes the third such notice served by L-3 in this matter, and Reveal has already been deposed pursuant to Rule 30(b)(6).

2. Reveal further objects to the Notice on the ground that it imposes an undue burden as it purports to require document production and a deposition appearance on December 16, 2005, just one day after the Notice was delivered to Mr. Hameline. Indeed, Mr. Hameline received the Notice at a deposition he was taking in the case yesterday morning, which continued until after 5:00pm ET.

3. Reveal also objects on the grounds that the Notice fails to comply with Rule 30(b)(5). Requiring the production of documents a single day after the deposition notice is served is contrary to Rule 30's requirement that such document requests comply with Rule 34. Absent a court order or agreement to

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

James J. Foster, Esq.
December 16, 2005
Page 2

    the contrary, Rule 34(b) permits Reveal thirty (30) days to respond to a request for the production of documents served by L-3.

4. Reveal objects to Schedules A and B of the Notice as they seek redundant materials that were already sought by L-3's document subpoena of Dr. Norbert J. Pelc.

    Sincerely,

    Ian R. Marinoff

LIT 1554208v.1

12/16/2005 14:44 FAX 617 542 2241          MINTZ LEVIN                            ☑001

```
                    ************************
                    ***   TX REPORT    ***
                    ************************

    TRANSMISSION OK

    TX/RX NO                4101
    CONNECTION TEL                    96176468646
    CONNECTION ID
    ST. TIME                12/16 14:44
    USAGE T                 00'39
    PGS. SENT               3
    RESULT                  OK
```

# MINTZ LEVIN

Ian R. Marinoff | 617 348 1775 | irmarinoff@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

# fax transmittal

**FROM:**

**Name**  Ian R. Marinoff

**Date**  December 16, 2005

**# of Pages**  3

**TO:**

| Name | Company | Business# | Fax # |
|---|---|---|---|
| James J. Foster, Esq. | Wolf, Greenfield & Sacks, P.C. | 617-646-8000 | 617-646-8646 |

**Comments:**