# Exhibit J



NOTIFY

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                                                    SUPERIOR COURT
                                                                                                         CIVIL ACTION
Notice sent                                                                                         NO. 03-5810 BLS
01/23/2004                                                                                         (Judge van Gestel)
H. B. S. & R.
D. J. B.
M. L. C. F. G. & P.          L-3 COMMUNICATIONS CORPORATION & others
T. R. M.
J. P. C.                                             vs.
A. W. P.
                                     REVEAL IMAGING TECHNOLOGIES, INC. & others

(sc)

### MEMORANDUM AND ORDER ON REQUEST FOR RECONSIDERATION

This matter is before the Court on a request by the plaintiff that the Court reconsider its Order allowing the defendants' motion for a protective order quashing the deposition subpoena served on their litigation counsel.

This Court, like most, disfavors discovery directed at counsel for parties to litigation, particularly when discovery of the same information may be readily available from other sources. Thus, the Court declines to alter its January 14, 2004, Order allowing the motion. Such a declination, however, is without prejudice to being revisited after other discovery seeking the same basic information is first exhausted. E.g., depose Ellenbogen, Bijjani, Buckley, Lee, Sanders or Scheinman before pursuing their lawyers.

                                                                        _____
                                                                        Allan van Gestel
                                                                        Justice of the Superior Court

DATED:        January 23, 2004

1/23/04

*[Handwritten margin note: Reconsidered and DENIED. Memorandum Note, unredacted copies not accepted for filing under seal. This should be picked up by counsel.]*

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT (BLS)
OF THE TRIAL COURT
CIVIL NO. 03-05810-BLS1
(Judge van Gestel)

*[Handwritten: January 22, 2003]*

L-3 COMMUNICATIONS CORPORATION,
et al.,

Plaintiffs,

v.

REVEAL IMAGING TECHNOLOGIES, INC.,
et al,

Defendants.

**REDACTED**

Notice sent
01/23/2004
H. B. S. & R.
D. J. B.
M. L. C. F. G. & P.
T. R. M.
J. P. C.
A. W. P.
(sc)

## PLAINTIFFS' MOTION FOR RECONSIDERATION AND MODIFICATION OF COURT'S MEMORANDUM AND ORDER DATED DECEMBER 16, 2003

Plaintiffs (collectively, "L-3") seek reconsideration and modification of the Court's Memorandum and Order on Motion for Expedited Discovery entered December 16, 2003 (the "Memorandum Order," Exh. 1 hereto) based on the record submitted herewith.

In the Memorandum Order, the Court denied expedited discovery "particularly given the uncertain status as to whether the plaintiffs are entitled to enforce the underlying agreements in issue," and suggested that the issue be addressed at the outset of the case. (Exh. 1 at pp. 1-2.) The expanded record discussed in Section I below establishes that plaintiff L-3 Communications Security and Detection Systems Corporation Delaware ("L-3 Delaware") has the right to enforce the defendants' agreements. In one set of agreements, the defendants contracted with Vivid Technologies, Inc. ("Vivid"), later known as