UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 DEC 22 A 11: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

**CERTIFICATE OF SERVICE CONCERNING
HIGHLY CONFIDENTIAL DOCUMENTS FILED IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING
U.S. PATENT NOS. 5,838,758 AND 5,642,393 ("PRESCREENING PATENTS")**

I, H. Joseph Hameline, hereby certify that I have caused true and accurate copies of the following documents, designated Highly Confidential pursuant to the protective order in this action, to be served by hand on counsel of record for the plaintiff this 22nd day of December, 2005:

1. Memorandum in Support of Defendant's Motion for Summary Judgment of Non-Infringement and Invalidity with Regard to U.S. Patent No. 5,838,758 and 5,642,393;

2. Defendant's Statement of Undisputed Facts in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity with Regard to U.S. Patent No. 5,838,758 and 5,642,393;

3. Affidavit of Dr. Norbert J. Pelc in Support of Defendant's Motion for Summary Judgment of Non-Infringement and Invalidity with Regard to U.S. Patent No. 5,838,758 and 5,642,393;

4.  Affidavit of Richard Bijjani in Support of Defendant's Motion for Summary Judgment of Non-Infringement and Invalidity with Regard to U.S. Patent No. 5,838,758 and 5,642,393; and

5.  Declaration of H. Joseph Hameline in Support of Defendant's Motion for Summary Judgment of Non-Infringement and Invalidity with Regard to U.S. Patent No. 5,838,758 and 5,642,393.

*/s/ H. Joseph Hameline*

H. Joseph Hameline (BBO# 218710)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
(617) 542-6000

Counsel for defendant Reveal Imaging Technologies, Inc.