IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>          Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>          Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## ASSENTED-TO MOTION TO FILE A MEMORANDUM IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(b)(4), Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), requests leave to file a memorandum in excess of 20 pages in opposition to the motion for summary judgment of non-infringement and invalidity filed by Defendant, Reveal Imaging Technologies, Inc. ("Reveal"). A copy of L-3's memorandum is being filed under seal separately from this motion. In support of this motion, L-3 states that this motion deals with complex issues of claim construction, infringement, and validity relating to two separate patents. Reveal's memorandum in support of its motion was 38 pages. Reveal assents to this Motion.

928597.1

- 2 -

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS, INC.,

By its attorneys,

January 12, 2006                     /s/ James J. Foster
                                     James J. Foster, BBO # 553285
                                     Michael A. Albert, BBO # 558566
                                     Robert M. Abrahamsen, BBO # 636635
                                     Adam J. Kessel, BBO # 661211
                                     WOLF, GREENFIELD & SACKS, P.C.
                                     600 Atlantic Avenue
                                     Boston, Massachusetts 02210
                                     Tel.: 617.646.8000
                                     Fax: 617.646.8646
                                     malbert@wolfgreenfield.com


## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties

have conferred and Reveal has indicated it would assent to this motion.

/s/ Robert M. Abrahamsen


## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the U.S. District Court's

electronic filing system which will serve opposing counsel who are registered

participants as identified on the Notice of Electronic Filing (NEF).  All opposing counsel

who are non-registered participants are being served by First Class Mail.

/s/ James J. Foster