UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., <br> Plaintiff, <br> v. <br> REVEAL IMAGING TECHNOLOGIES, INC., <br> Defendant. | C.A. No. 04-11884-NG <br> (Magistrate Judge Judith Gail Dein). |

## NOTICE OF FILING WITH CLERK'S OFFICE

Pursuant to the terms of the Protective Order entered in the above case, I hereby give notice that the following *highly confidential* documents will be manually filed with the Court under seal:

1. Defendant's Memorandum In Opposition To Plaintiff's Motion for Summary Judgment With Regard to U. S. Patent Nos. 5,838,758 and 5,642,393 ("Prescreening Patents),

2. Reveal' s Response To L-3's Local Rule 56.1 Statement,

3. Second Affidavit of Dr. Richard Bijani In opposition to L-3' s Motion for Sumary Judgment Regarding U. S. patents 5,838,758 And 5,642,393, and

4. Second Declaration of H. Joseph Hameline, Esq. With Exhibit In Support of Defendant's Opposition To Plaintiff's Motion For Summary Judgment Regarding U. S. Patents 5,838,758 and 5,642,393.

5. Defendant's Motion for Leave to File a Brief in Excess of Twenty Pages was filed electronically with the Court this day.

|  |  |
|---|---|
| Dated: January 12, 2006 | /s/ H. Joseph Hameline<br>H. Joseph Hameline (BBO# 218710)<br>A. Jason Mirabito (BBO # 349440)<br>Michael T. Renaud (BBO # 629783)<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>  and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 |

**Attorneys for Reveal Imaging Technologies, Inc.,**

### Certificate of Service

I hereby certify that on January 12, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO # 218710

LIT 1557086v.1