UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

### DEFENDANT'S ASSENTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

Defendant Reveal Imaging Technologies, Inc. ("Reveal") respectfully requests leave to file a memorandum of law of up to thirty pages in opposition to the motion for summary judgment filed by plaintiff L-3 Communications Security and Detection Systems, Inc. ("L-3") regarding its claims under U.S. Patent Nos. 5,838,758 (the "'758 Patent") and 5,642,393 (the "'393 Patent"). As grounds therefore, Reveal states the following:

1. L-3's brief in support of its motion for summary judgment, which addresses both patents, is 31 pages long.

2. Reveal's proposed opposition brief is shorter than the moving brief submitted by L-3.

3. Plaintiff has assented to this motion.

**LOCAL RULE 7.1 CERTIFICATION**

The parties have conferred and plaintiff has assented to this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **REVEAL IMAGING TECHNOLOGIES, INC.,** |
|  | By its attorneys, |
| Dated: January 12, 2006 | /s/ H. Joseph Hameline_____<br>H. Joseph Hameline (BBO# 218710)<br>A. Jason Mirabito (BBO # 349440)<br>Michael T. Renaud (BBO # 629783)<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>  and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000 |

**Certificate of Service**

I hereby certify that on January 12, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ H. Joseph Hameline_____
H. Joseph Hameline, BBO #  218710

LIT 1557085v.1