# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOTICE OF DOCKETING

06-1136 - L-3 COMMUNICATIONS V REVEAL IMAGING

**Date of docketing:**   12/21/05

**Appeal from:**  United States District Court/ District of Massachusetts
case no. 04-CV-11884

**Appellant(s):**  L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.

**Critical dates include:**
Date of docketing.  See Fed. Cir. R. 12.
Entry of appearance.  See Fed. Cir. R. 47.3.
Certificate of interest.  See Fed. Cir. R. 47.4.
Docketing Statement.  (Due within 14 days of the date of docketing.)   See the en banc order dated August 1, 2005.  [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
Requests for extensions of time.  See Fed. Cir. R. 26 and 27.  **N.B. Delayed requests are not favored by the court.**
Briefs.  See Fed. Cir. R. 31.  **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
Settlement discussions.  See Fed. Cir. R. 33.
Oral argument schedule conflicts.  See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

**Attachments:**
Official caption to all.
Docketing Statement.  (Only in cases where all parties are represented by counsel.)
Rules of Practice to pro se parties.  [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
Entry of appearance form to all.
Informal brief form to pro se parties.
Transcript Purchase Order form to appellants.
Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.


Jan Horbaly
Clerk


cc:   US District Court, MA
Michael A. Albert
H. Joseph Hameline

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

06-1136

L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.,

Plaintiff-Appellant,

v.

REVEAL IMAGING TECHNOLOGIES, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the District of Massachusetts in case no. 04-CV-11884, Judge Nancy Gertner.

Authorized Abbreviated Caption[2]

L-3 COMMUNICATIONS v REVEAL IMAGING, 06-1136

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.