UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., )<br><br>Plaintiff, )<br>)<br>)<br>REVEAL IMAGING TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

**MOTION OF REVEAL IMAGING TECHNOLOGIES, INC.
FOR LEAVE TO FILE A REPLY BRIEF**

Defendant Reveal Imaging Technologies, Inc. ("Reveal") respectfully requests leave to file a reply brief in further support of its motion for summary judgment of non-infringement and invalidity with regard to U.S. Patent Nos. 5,838,758 and 5,642,393. As grounds therefore, Reveal states that this brief is necessary to address the ways in which plaintiff L-3 Communications Security and Detection Systems, Inc. has (1) sought to "correct" the deposition testimony of its expert, Dr. Richard C. Lanza, through a post-deposition affidavit and deposition errata, in an effort to stave off summary judgment; (2) misstated the governing law; and (3) inconsistently applied its arguments with respect to the two patents at issue.

**LOCAL RULE 7.1 CERTIFICATION**

The parties have conferred and L-3 has assented to Reveal's motion and request.

Respectfully submitted,

**REVEAL IMAGING TECHNOLOGIES, INC.,**

By its attorneys,

Dated: February 15, 2006

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
  and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

**Certificate of Service**

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2006.

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO #  218710

LIT 1557085v.2