EXHIBIT A

TO

REPLY BRIEF OF REVEAL IMAGING TECHNOLOGIES, INC.
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
ON U.S. PATENT NOS. 5,642,393 AND 5,838,758.

| L-3'S INTIAL TESTIMONY OR EXPERT REPORT | L-3'S LATER CONFLICTING ASSERTIONS |
|---|---|
| "**CT imaging of luggage and suitcases for airports and airlines was not a viable option** because the delay inherent in such a process would be intolerable for the airline industry and its customer base." (Reveal 56.1 Statement ¶ 23, **quoting Lanza Report** at 4) | "**Not true.**" (L-3 56.1 Response ¶ 23) |
| "Q.  And so **when you were writing this paragraph** [stating that CT imaging was not a viable option] and you were envisioning a CT imaging of luggage, was it a series of static CT slice slices along the bag?<br>A.  No. I don't think so.<br>Q.  Were you envisioning a helical scan?<br>A.  You could have helical, sure." (Lanza Dep. 73) | "In 1990, the 'step and shoot' technique would have been impractical to employ to CT scan an entire bag because bags would not have been processed rapidly enough to meet throughput requirements.  **The use of a helical CT scan would have been rapid enough**, however, if the slices were thick enough." (Lanza Declaration at ¶ 11) |
| "At the time of the filing of the '758 Patent **the technology for CT scanning an entire bag was not rapid enough to meet throughput requirements and it was necessary to limit the CT scan to selected portions of the baggage or package.**" (Reveal 56.1 Statement ¶ 24, **quoting Lanza Report** at 11) | "This statement is **not true.**" (L-3 56.1 Response ¶ 24) |
| "Q.  Okay.  **Was a helical scan of a bag in the context of luggage scanning in airports a viable option in 1990?**<br>A.  **No.**" (Lanza Dep. 74) | Replace "**No**" with "The helical scans used for medical applications would not have been a viable option, but a coarse helical scan could have been used as a prescanner/prescreener."  (Lanza Errata) |
| "Q.  Okay.  Was it a viable option in 1995?  Do you understand the question?<br>A.  Yes.<br>Q.  Which is if you're going to run six seconds per bag through the scanner to get a flight on the Tarmac --<br>A.  Yes.<br>Q.  -- **is a helical scan of an entire bag a practical application in 1995?**<br>MR. ABRAHAMSEN:  Object to form.<br>A.  **No, no.**" (Lanza Dep. 74) | Replace "**No, no**" with "The helical scans used for medical applications would not have been a viable option, but a coarse helical scan could have been used as a prescanner/prescreener."  (Lanza Errata) |

| L-3'S INTIAL TESTIMONY OR EXPERT REPORT | L-3'S LATER CONFLICTING ASSERTIONS |
|---|---|
| "Q. **What would the level of experience or expertise be to create such a system [to do a helical scan of luggage, run a reconstruction algorithm and detect explosives in 1990]?**<br>A. I think you'd have to be fairly sophisticated, **fairly sophisticated individuals.**<br>Q. Graduate degrees?<br>A. Possibly. Or a lot of experience in -- certainly the whole collection of what it takes to put together a system would require a lot of expertise, a lot of expertise in data acquisition and analog-to-digital converters, precision of motion, all these are things that go into making a real system." (Lanza Dep. 77) | After "individuals," insert "**in order to create a system that employed a helical CT scan like that used for medical imaging to scan an entire bag.**" (Lanza Errata) |
| "Q. Okay. And **would it be feasible in 2002 to have an x-ray CT system as the Level 1 scanner?**<br>A. Probably just about. I mean I think as Level 1, **it was just getting a little bit close to do it,** I think.<br>Q. And that was because the computational power?<br>A. It was still the same problem. I think there were two problems. One is computational problem, and the other one, which is false alarms." (Lanza Dep. 88) | Replace "I mean" with "**A coarse CT scan certainly could have been used as a prescreener/prescanner at that time.** I mean, even for the helical CT scans like those used for medical applications," (Lanza Errata) |
| "Q. **How long do you think it would take in 1990 to do a full volumetric CT scan of a piece of luggage, acquire the data, reconstruct, and come to a screening decision about explosives?**<br>MR. ABRAHAMSEN: Objection.<br>A. I really am not sure of that. I'm not sure of that.<br>Q. Can you give me a range?<br>MR. ABRAHAMSEN: Objection.<br>A. I really can't give you a range. **It could be minutes.** It could be -- **it certainly wasn't six seconds.**" (Lanza Dep. 100) | After "minutes," insert "**for someone to acquire and analyze a set of CT slices of the quality used for medical imaging applications**" (Lanza Errata)<br><br>After "seconds." **Insert "A cruder CT scan could have been done much quicker, however."** (Lanza Errata) |

2

| L-3'S INITIAL TESTIMONY OR EXPERT REPORT | L-3'S LATER CONFLICTING ASSERTIONS |
|---|---|
| "Q. Do you see anywhere in this patent it talks about using cruder techniques of computer tomographic x-rays as the prescreener and then using more higher-resolution computed tomographic analysis?<br>A. Well, they just said it was **an x-ray inspector**, and I take that in a very general way. I mean it uses x-rays to get information. Now, it **doesn't use a full -- perhaps doesn't use a full CT**, but it certainly could have used multiple angles. It could have used crude imaging." (Lanza Dep. 107) | "In my opinion, **the 'x-ray inspection unit' in the asserted claims of the '758 patent is broad enough to cover embodiments using a 'full CT.'**" (Lanza Declaration ¶ 22) |
| "Q. Actually, the question was: **Do you see anywhere in the patent where it teaches using a crude CT as a prescreener followed by a higher-resolution CT?**<br>A. It doesn't specify a crude CT.<br>Q. It doesn't even talk about it anywhere in the patent, does it?<br>A. **No.**" (Lanza Dep. 107) | After "No" insert ", **but** the patent does talk about and claim an "x-ray inspection device," and a crude CT is an example of such a device." (Lanza Errata) |
| "Q. Okay. So, **what number can you ascribe to a limited number of radial views?** Is it less than a hundred?<br>A. I would think certainly less than a hundred. I'm thinking of numbers like **two, three, four, five, maybe.** Again, as -- I think we had this discussion earlier when we were talking about how many angles you needed for multi-view, and it depends on how many resolution elements you want to reconstruct --" (Lanza Dep. 174) | Before "I" insert "**Again, it depends** on the application. For some applications," (Lanza Errata) |

3

| L-3'S INITIAL TESTIMONY OR EXPERT REPORT | L-3'S LATER CONFLICTING ASSERTIONS |
|---|---|
| "Q. Okay. And the sensitive -- is it your understanding that what the CT80 does is it selects a slice location for a static slice as the second scan?<br>A. Mm-hmm.<br>Q. And takes a slice through the object at a 90-degree angle to the conveyor belt?<br>A. Yes. That's my understanding.<br>Q. Okay. And how is that -- **is that a fixed geometry of scan angles when it's taking that 90-degree angle to the -- taking that scan at a 90-degree angle to the conveyor belt?**<br>A. I think -- **yes.** But, I think they just don't -- they don't have the flexibility to probe in at many different angles." (Lanza Dep. 185-186) | After "angles" insert ", **but they do select the geometry** for the subsequent scan by selecting the belt position for any required static CT slices" (Lanza Errata) |
| "**The CT-80 is a fixed geometry machine,** rather than a variable geometry." (Reveal 56.1 Statement ¶ 99, **citing Lanza Dep. 202**) | "**The CT-80 is a variable geometry machine.**" (Lanza Declaration ¶ 40 and L-3 56.1 Response ¶ 99) |
| "A. **The CT80 is a fixed geometry machine,** in that case. It's fixed. It fixes the geometry of the fact that its rotation gantry, I believe, is fixed relative to -- it's fixed relative to its detectors. That is a fixed geometry. And what we were talking about earlier were the possibility of having variable geometry, depending on what your multi-view screen gives you." (Lanza Dep. 202) | **Replace "The CT-80 is a fixed geometry machine,** in that case. It's fixed. It fixes the geometry of the fact that its rotation gantry, I believe, is fixed relative to -- it's fixed relative to its detectors" with "**The CT-80 selects the geometry** for subsequent examination by determining the belt positions at which to take any required static CT slices. Only the geometry of scan angles is fixed." (Lanza Errata) |
| "Q. Okay. And your understanding of Figure 2 [in the Peschmann '764 patent], does this employ a geometry within the meaning of Claim 13 of the '393 patent?<br>A. **Geometry,** as we've said it in our multi, **allows for different angles and different radial positions.** That is what we said we did, **and he [Peschmann] doesn't allow that,** as far as I can see. He just simply says he's going to do it with CT." (Lanza Dep. 215) | **Replace "Geometry,** as we've said it in our multi, allows for different angles and different radial positions. That is what we said we did, and **he [Peschmann] doesn't allow that,** as far as I can see. He just simply says he's going to do it with CT" **with "Yes,** because he selects the belt positions at which static CT slices will be taken." (Lanza Errata) |

4

| L-3'S INTIAL TESTIMONY OR EXPERT REPORT | L-3'S LATER CONFLICTING ASSERTIONS |
|---|---|
| "Q. ... The second scan in the '393 is the material-sensitive probe? A. That's right. That's right. And that doesn't have to be at 90 degrees. Q. That can be, **the angle of that can be changed** -- A. **That's correct.**" (Lanza Dep. 215) | After "correct" insert ", **but the claims of the patent do not require the angle to be configurable.**" (Lanza Errata) |
| "Q. Okay. **In Peschmann, there's a prescreen that's disclosed** and a subsequent scan where a CT slice is taken at a particular position through the luggage. A. **Yes.**" (L-3 30(b)(6) (Hurd) Dep. 132) | Replace "Yes" with "**No. Peschmann discloses prescanning of luggage but does not disclose prescreening**" (Hurd Errata) |
| "Q. And **by x-ray inspection device, you would be referring to a stationary x-ray source? A. Most likely, yes.** Q. Well, were you aware of any other configuration for an x-ray inspection device prior to August 10, 1990? A. I don't believe so." (L-3 30(b)(6) (Hurd) Dep. 154) | Replace "Most likely, yes" with "Possibly, but not necessarily" (Hurd Errata) |

LIT 1558708v.1

5