UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC., <br> Plaintiff, <br> v. <br> REVEAL IMAGING TECHNOLOGIES, INC., <br> Defendant. | C.A. No. 04-11884-NG <br> (Magistrate Judge Judith Gail Dein). |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Pursuant to the terms of the Protective Order entered in the above case, I hereby give notice that the following *highly confidential* document will be manually filed with the Court under seal:

>Declaration of H. Joseph Hameline, Esq. With Exhibits In Support Of The Reply Brief Of Reveal Imaging Technologies, Inc. Regarding U.S. Patent Nos. 5,838,758 and 5,642,393.

The following documents were filed electronically with the Court this day:

(1) Motion of Reveal Imaging Technologies, Inc. For Leave to File a Reply Brief; and

(2) Reply Brief of Reveal Imaging Technologies, Inc. In Support Of Its Motion for Summary Judgment on U.S. Patent Nos. 5,642,393 and 5,838,758.

Dated:  February 15, 2006

**Certificate of Service**

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2006.

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO #218710

/s/ H. Joseph Hameline
H. Joseph Hameline (BBO# 218710)
A. Jason Mirabito (BBO # 349440)
Michael T. Renaud (BBO # 629783)
Mintz, Levin, Cohn, Ferris, Glovsky
   and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

**ATTORNEYS FOR DEFENDANT
REVEAL IMAGING TECHNOLOGIES, INC.,**

LIT 1561479v.1