IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 04-11884 NG<br>(Magistrate Judge Judith Gail Dein) |

## ASSENTED-TO MOTION TO FILE A REPLY MEMORANDUM

Plaintiff, L-3 Communications Security and Detection Systems, Inc. ("L-3"), requests leave to file a reply memorandum in further support of its motion for partial summary judgment of liability under claims 13 and 29 of U.S. Patent No. 5,642,393 and claims 38, 39, and 43 of U.S. Patent No. 5,838,758. L-3 believes that this memorandum is necessary in order to address a series of factual and legal misrepresentations that Defendant Reveal Imaging Technologies, Inc. ("Reveal") made. The memorandum itself will be filed under seal and hand-delivered to the Court.

Reveal has assented to this Motion.

Respectfully submitted,

L-3 COMMUNICATIONS SECURITY
AND DETECTION SYSTEMS, INC.,

By its attorneys,

March 1, 2006

/s/ James J. Foster
James J. Foster, BBO # 553285
jfoster@wolfgreenfield.com
Michael A. Albert, BBO # 558566
Robert M. Abrahamsen, BBO # 636635
Adam J. Kessel, BBO # 661211
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617.646.8000
Fax: 617.646.8646

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for the parties have conferred and Reveal has indicated it would assent to this motion.

/s/ Robert M. Abrahamsen

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the U.S. District Court's electronic filing system which will serve opposing counsel who are registered participants as identified on the Notice of Electronic Filing (NEF). All opposing counsel who are non-registered participants are being served by First Class Mail.

/s/ James J. Foster