IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REVEAL IMAGING TECHNOLOGIES, INC., <br><br> Defendant. | CIVIL ACTION NO. 04-11884 NG <br><br> (Magistrate Judge Judith Gail Dein) |

## **REPLY DECLARATION OF CHARLES T. STEENBURG**

1. I, Charles T. Steenburg, am an attorney with Wolf, Greenfield & Sacks, counsel for plaintiff L-3 Communications Security & Detection Systems, Inc. I submit this declaration under penalty of perjury in support of L-3's motion for partial summary judgment that Reveal is liable for infringement of U.S. Patent Nos., 5,642,393 and 5,838,758.

2. Using the advanced search functionality available on the U.S. Patent and Trademark Office's web site (http://patft.uspto.gov/netahtml/search-adv.htm), I entered the following query: SPEC/"x-ray transmission data" AND APD/1/1/1790->8/09/1990

3. The search yielded 23 results. A copy of the results page is attached as Exhibit 1.

4. As patents issued from 1790 through 1975 are searchable only by patent number and classification, the search was limited to patents issued from 1976 to the present.

5. Based upon my understanding of the search terminology, I believe that the 23 results comprise the complete set of patents that (1) were issued on or after January 1, 1976, (2) contain the phrase "x-ray transmission data" in the specification/written description section, and (3) are associated with applications filed on or before August 9, 1990 – the day before the priority date of U.S. Patent No. 5,838,758.

6. I have reviewed the 23 patents identified in the search. A table of relevant excerpts is attached as Exhibit 2.

7. As one can see from Exhibit 2, 20 of the 23 patents refer to "x-ray transmission data" in the context of tomography systems or methods.

8. U.S. Patent No. 4,852,132 ("Method of collecting data for x-ray tomograph," a copy of which is attached as Exhibit 3 ), for example, matured from an application filed on April 21, 1987. The patent's specification describes how a "conventional x-ray tomograph" determines the directions in which it collects "x-ray transmission data." (col. 1, lines 10-30).

9. The three patents that do *not* discuss tomography (U.S. Patent Nos., 4,656,650, 4,741,009, and 4,823,370) all share a common inventor and assignee. They were also all prosecuted by the same law firm. Copies of the first pages of these patents are attached as Exhibits 4-6.

10. Using the advanced search functionality, I also entered the following query: "x-ray transmission data" AND APD/1/1/1790->8/09/1990

11. The search yielded 25 results. A copy of the results page is attached as Exhibit 7.

12. Based upon my understanding of the search terminology, I believe that the 25 results comprise the complete set of patents that (1) were issued on or after January 1, 1976, (2) contain the phrase "x-ray transmission data" anywhere in the documents, and (3) are associated with applications filed on or before August 9, 1990 – the day before the priority date of U.S. Patent No. 5,838,758.

13. 23 of the 25 results duplicate the 23 results obtained from the previously-described search.

14. The two additional results (U.S. Patent Nos. 4,703,424 and 4,812,983) use the phrase "x-ray transmission data" only in the context of reproducing the title of a cited prior-art reference: Michael J. Dennis et al., "Preprocessing X-Ray Transmission Data in CT Scanning", Optical Scanning, vol. 16, No. 1, pp. 6-10, Jan.-Feb. 1977.

Dated: March 1, 2006

Charles T. Steenburg

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document is being filed through the U.S. District Court's electronic filing system which will serve opposing counsel who are registered participants as identified on the Notice of Electronic Filing (NEF).  All opposing counsel who are non-registered participants are being served by First Class Mail.

    /s/ James J. Foster