| Patent No. | Filing Date | Excerpt(s) |
|---|---|---|
| 3,991,312 | 11/25/75 | These photocurrents may also contribute to measurement errors which may, for example, interfere with accurate measurement and imaging of tomographic *x-ray transmission data*. |
| 4,030,119 | 6/14/77 | More recently, a method of X-ray tomography has been utilized to provide high resolution, sectional displays of internal tissue structures. In accordance with this method, X-ray transmission characteristics are measured along a plurality of paths through an object undergoing examination. Images of X-ray absorption densities within the object are then constructed by computations on the *X-ray transmission data*. |
| 4,047,039 | 9/6/77 | In a computerized tomography system, the detector array of the present invention may be used simultaneously to record *x-ray transmission data* in a number of parallel planes.<br><br>The detector arrays of the present invention allow the rapid recording of *x-ray transmission data* in a plurality of parallel planes and thus permit high speed, high resolution tomographic examinations. |
| 4,047,041 | 4/19/76 | Dr. Earl Wood of the Mayo Clinic has recently proposed a tomographic system for imaging moving body organs wherein a plurality of x-ray sources are sequentially pulsed to rapidly produce *x-ray transmission data* along a number of diverse ray paths.<br><br>Sets of x-ray sources in the array are pulsed simultaneously to obtain *x-ray transmission data* for tomographic image reconstruction. |
| 4,068,306 | 7/12/76 | A tomographic x-ray imaging system comprises a large plurality of parallel data acquisition channels which integrate and digitize signals from an array of x-ray detectors. Calibration pulses are injected into each data acquisition channel to permit measurement of drift in electronic gain and dc offset parameters. Separate x-ray detectors continuously monitor the intensity of the x-ray source. The measured values for channel gains, dc offsets, and source intensity are fed to a digital computer where they are automatically combined with *x-ray transmission data* to compensate for system drift and extend the period between calibration measurements.<br><br>This invention relates to multi-channel x-rays data acquisition equipment for use in computerized transverse axial tomography systems. More specifically, this invention relates to electronic circuits for acquiring and digitizing *x-ray transmission data* along a plurality of ray paths and to circuits and methods for calibrating such equipment and for compensating the data for drift in channel gain and dc offset parameters.<br><br>The digital computer also functions to control the x-ray scan and to generate image information from *x-ray transmission data*.<br><br>Another object of this invention is to provide circuits for the automatic calibration and compensation of *x-ray transmission data* in tomography |

981431.1                                    1

| | | |
|---|---|---|
| | | systems.

The x-ray source 10, the detector array 12, and, typically, the various electronic components in the data collection system 32: that is, integrators 24, analog-to-digital converters 26, a multiplexer 28, and calibration circuits 30, rotate in a plane which passes through the body 14 and thus provide *x-ray transmission data* for projections along a plurality of intersecting ray paths. Data which is obtained from measurements of x-ray transmission along the ray paths is processed in a digital computer 34, using for example algorithms well known to the art, to produce cross-section images of structures in the body 14.

If, for example, there are approximately 300 detectors in the array 12 and approximately 300 incremental steps in each rotation, approximately 90,000 *x-ray transmission data* values are measured. This is the basic data from which tomographic images are generated by the computer 34.

The output of step 210 represents *x-ray transmission data* which has been corrected for drift in the gain and dc offset of each data acquisition channel as well as for variation of drifts in the x-ray source intensity. |
| 4,070,707 | 7/12/76 | This invention relates to multi-channel x-ray data acquisition equipment for use in computerized transverse axial tomography systems. More specifically, this invention relates to electronic circuits for acquiring and digitizing *x-ray transmission data* along a plurality of ray paths and to circuits and methods for calibrating such equipment and for compensating the data for drift in channel gain and dc offset parameters.

Another object of this invention is to provide circuits for the automatic calibration and compensation of *x-ray transmission data* in tomography systems.

The x-ray source 10, the detector array 12, and, typically, the various electronic components in the data collection system 32: that is, integrators 24, analog-to-digital converters 26, a multiplexer 28, and calibration circuits 30, rotate in a plane which passes through the body 14 and thus provide *x-ray transmission data* for projections along a plurality of intersecting ray paths. Data which is obtained from measurements of x-ray transmission along the ray paths is processed in a digital computer 34, using for example algorithms well known to the art, to produce cross-section images of structures in the body 14.

If, for example, there are approximately 300 detectors in the array 12 and approximately 300 incremental steps in each rotation, approximately 90,000 *x-ray transmission data* values are measured. This is the basic data from which tomographic images are generated by the computer 34.

The output of step 210 represents *x-ray transmission data* which has been |

| | | |
|---|---|---|
| | | corrected for drift in the gain and dc offset of each data acquisition channel as well as for variation or drifts in the x-ray source intensity. |
| 4,079,417 | 7/6/76 | More recently, a method of x-ray tomography has been utilized to provide high resolution, sectional displays of internal tissue structures. In accordance with this method, x-ray transmission characteristics are measured along a plurality of paths through an object undergoing examination. Images of x-ray absorption densities within the object are then constructed by computations on the *x-ray transmission data*. |
| 4.129,783 | 10/3/77 | A high speed tomographic x-ray imaging system comprises an array of x-ray sources disposed opposite a closely spaced array of x-ray detectors. Small groups of sources in the array are simultaneously pulsed to provide *x-ray transmission data* along a number of ray paths through a body undergoing examination. X-ray energy from each source in the array is collimated to illuminate only a small sector of the detector array. High speed, unambiguous x-ray transmission information, is thereby produced.<br><br>Computerized x-ray tomography is a system for producing images of internal body organs which are free from the shadows of intervening structures. Prior art tomographic equipment, has generally, comprised an x-ray source disposed opposite one or more x-ray detectors on a movable structure. The source and detectors rotate and/or translate in a plane which passes through the body organs undergoing examination to produce electrical signals which are representative of *x-ray transmission data* along a plurality of ray paths.<br><br>Dr. Earl Wood of the Mayo Clinic in a personal communication has recently proposed a tomographic system for imaging moving body organs wherein a plurality of x-ray sources are sequentially pulsed to rapidly produce *x-ray transmission data* along a number of diverse ray paths.<br><br>In accordance with the present invention, a high speed x-ray tomography apparatus comprises an array of spatially separated, collimated x-ray sources disposed opposite an array of closely spaced x-ray detectors. Each of the x-ray sources is collimated to produce a relatively thin, planar sectorial swath of x-ray photons. X-ray sources in subsets of the array are pulsed simultaneously to obtain *x-ray transmission data* for tomographic image reconstruction.<br><br>  7. A method for generating tomographic image data from body structures comprising the steps of:<br>    disposing an array of x-ray sources about said body structures;<br>    disposing an array of x-ray detectors about said body structures opposite said array of x-ray sources;<br>    collimating x-ray energy from each of said sources into a beam which illuminates only a fraction of said x-ray detector array; and<br>    simultaneously pulsing a subset of x-ray sources in said array, the sources in said subset being selected so that x-ray energy from each said simultaneously pulsed sources illuminates a separate and distinct fraction of |

| | | |
|---|---|---|
| | | said x-ray detectors, whereby *x-ray transmission data* along a plurality of ray paths is obtained in a fast and unambiguous manner. |
| 4,136,388 | 8/26/77 | Such data is, generally, not suited for economical image reconstruction with a convolution-backprojection algorithm. Image reconstruction algorithms may compute the radiation absorption at each of a large number, N, of picture elements by solution of an equal or larger number of simultaneous equations with N unknown values. A minimum of N *X-ray transmission data* points must, therefore, be obtained to allow a closed solution of the set of image equations.<br><br>[Note also that the patent is titled "Data acquisition system for computed tomography".] |
| 4,168,436 | 11/14/77 | In a typical example of a computed tomography system, an X-ray tube and an X-ray detector are disposed facing each other on opposite sides of the subject, and pencil beams or very narrow-spread fan beams of X-rays are emitted from the X-ray tube while the X-ray tube and X-ray detector are scanned rectilinearly through a fixed stroke, exposing the subject to the beams. *X-ray transmission data* (hereinafter referred to simply as data) is detected at prescribed scan positions (traverse-scanning), and the X-ray tube and X-ray detector are rotated around the axis of the subject body through a prescribed angle. |
| 4,606,062 | 11/16/84 | The *X-ray transmission data* detected by the X-ray detector 2 is acquired at the image reconstructor 13 to be subjected to image reconstruction. A CT image obtained at the image reconstructor 13 is supplied to an image display portion (not shown) and is displayed on a display screen of the image display. |
| 4,624,007 | 2/22/84 | The system control unit 40A controls the entire system of the X-ray CT apparatus 100 according to a control signal from an operation control device 44. It can also provide the control signal to the gantry drive device 32 and the couch drive device 38 to permit X-ray projection with respect to the imaginary slices, designated by a tomographic slice designation unit 44A in the control operation device 44. The scannogram producing unit 40B can produce a transmission image (a scannogram) of the object 24 based upon *X-ray transmission data* produced from the detector 16 by analogue-to-digital conversion of the detection signal (a first detection signal) when the X-ray projection is executed in such a manner that the X-ray tube 14 and the detector 16 are held at a fixed angular position with respect to the object 24 while interruptedly moving the object 24 disposed on the couch 12 in a direction parallel to the longitudinal axis of the object 24. The reconstruction circuit 40C reconstructs tomogaphic images of the designated imaginary slice according to projection data obtained from the detector 16 as a second detection signal, which detects the X-ray beams which are projected from the X-ray tube 14 while tube 14 is revolving about the object 24 and transmitted therethrough. The enlarging & reconstruction unit 40D can reconstruct and enlarge a particular area (i.e. an interest region) of an imaginary slice according to the projection data as the second detection signal, which has |

| | | |
|---|---|---|
| | | been designated by an interest-region designation unit 44B and an enlarged size designating unit 44C in the control operation device 44. |
| 4,654,796 | 8/27/84 | In an X-ray tomograph having an X-ray source and a multi-channel detector rotatable around a body under examination, circuitry for compensating for changes in the characteristics of the X-ray source or the channels of the detector by extracting from the *X-ray transmission data* at least one sensitivity correction component and using this component to correct the transmission data and thus effect the desired compensation.<br><br>1. In an X-ray tomograph in which an X-ray source and a multi-channel X-ray detector unit are faced toward each other and are moved with respect to a plane section of a body under examination so that X-ray absorption data of said plane section of said body are collected and analyzed as *X-ray transmission data* to reconstruct an image of said plane section, the improvement of correcting the difference in sensitivity of the channels of the multi-channel X-ray detector unit to the X-ray absorption data where the difference in sensitivity may arise either due to changes in the characteristics of the X-ray source or the channels of the detector unit and where said difference in sensitivity in each channel is represented by a sensitivity difference component, said improvement comprising<br><br>means for extracting the sensitivity difference component of at least one channel of said multi-channel x-ray detector unit from a signal corresponding to said *X-ray transmission data* of the body under consideration; and<br><br>means for correcting the sensitivity of said at least one channel by subtracting the sensitivity difference component for that channel from the *X-ray transmission data* for that channel<br><br>whereby said at least one channel is rendered sensitive to said X-ray absorption data and substantially insensitive to the changes in the characteristics of the X-ray source or the channels of the detector unit.<br><br>In an X-ray-operated CT apparatus, as shown in FIG. 1, an X-ray tube 1 and a multi-channel X-ray detector unit 2 are revolved around the axis of revolution 0 to thus revolve around an object or body 3 under examination. *X-ray transmission data* of body 3 are collected so that the image of a plane section of the body is formed by an image reconstructing unit 4 and is displayed by a display unit 5. Due to the sensitivity difference of the different channels of multi-channel X-ray detector unit 2, a concentric-circle-like pattern called an "artefact" is formed in the plane section image. In order to eliminate the artefact in the conventional X-ray-operated CT apparatus, a calibrating test body having a predetermined configuration is used or the body 3 under examination is removed from the apparatus. *X-ray transmission data* are then collected to form sensitivity correcting data which are used in the formation of the plane section image. In particular, the |

| | | |
|---|---|---|
| | | sensitivity correcting data are used to correct the errors in the *X-ray transmission data* of body 3 which are caused by the sensitivity difference of the different channels of multi-channel X-ray detector unit 2. |
| 4,656,584 | 8/3/84 | These objects may be accomplished by providing an X-ray scanning apparatus comprising, <br><br> a generator for producing a fan-shaped X-ray, <br><br> a detector including a plurality of detection channels having at least central and peripheral channel regions with respect to an entire detection region thereof, and for detecting the fan-shaped X-ray as an X-ray transmission image that has been penetrated through an object under investigation so as to transform the X-ray transmission image into an *X-ray transmission data* signal, the detection channels being electrically divided into at least first and second subchannel groups, each of which involves the central and peripheral channel regions, <br><br> a data acquisition unit including at least first and second multiplexers each coupled to the corresponding first and second subchannel groups of the detector respectively, first and second A/D converters connected to the corresponding first and second multiplexers respectively, and a system control unit connected to the first and second multiplexers and A/D converters, whereby A/D conversions of the first and second A/D converters are controlled under the system control unit in such a manner that the *X-ray transmission data* signals derived from the peripheral channel regions of the detection channels, are first converted in parallel, <br><br> a reconstruction unit for reconstructing an X-ray tomographic image of the object by receiving a plurality of *X-ray transmission data* signals that have been converted by the first and second A/D converters, and <br><br> a monitor for displaying the tomographic image of the object. <br><br> Further an X-ray scanning apparatus according to the invention comprises, <br><br> a generator means for producing a fan-shaped X-ray; <br><br> a detector means including a plurality of detection channels having at least central and peripheral channel regions with respect to an entire detection region thereof, and for detecting the fan-shaped X-ray as an X-ray transmission image that has been penetrated through an object under investigation so as to transform the X-ray transmission image into an *X-ray transmission data* signal, the detection channels being electrically divided into at least equal four subchannel groups based upon odd and even-numbered channels, |

| | | |
|---|---|---|
| | | a data acquisition unit including at least first, second, third and fourth preamplifier/integrators each connected to the corresponding first, second, third and fourth subchannel groups respectively, first, second, third and fourth multiplexers each connected to the corresponding first, second, third and fourth preamplifier/integrators respectively, first, second, third and fourth A/D converters each connected to the corresponding first, second, third and fourth multiplexers respectively, and a system control unit connected to all of the preamplifier/integrators, multiplexers and A/D converters, whereby A/D conversions of the first, second, third and fourth A/D converters are controlled under the system control unit in such a manner that the A/D converters are operated in parallel, and the *X-ray transmission data* signals are first converted, the data signals being derived from the peripheral channel regions of said four subchannel groups having the odd and even-numbered channels.<br><br>a reconstruction unit for reconstructing a tomographic image of the object by receiving a plurality of *X-ray transmission data* signals that have been converted by the first, second, third and fourth A/D converters, and<br><br>a monitor for displaying the tomographic image of the object. |
| 4,656,650 | 4/2/85 | 1. An X-ray diagnostic apparatus comprising:<br><br>X-ray source means for generating X-rays;<br><br>X-ray detection means for detecting an X-ray image of an object under examination by projecting said X-rays from said X-ray source toward said object over an X-ray projection area and for converting a resultant detected image into X-ray transmission signals;<br><br>analog-to-digital converter means for converting said X-ray transmission signals into corresponding digital *X-ray transmission data*;<br><br>X-ray shield member means, having a plurality of X-ray shields, for selectively blocking the transmission of said X-rays from said X-ray source means to said X-ray detection means through said object for selected blocked portions of said projection area;<br><br>first memory means for temporarily storing first *X-ray transmission data* acquired from said analog-to-digital converter means with said X-ray shield member inserted into said X-ray projection area;<br><br>second memory means for temporarily storing second transmission data acquired from said analog-to-digital converter means with said X-ray shield member removed away from said X-ray projection area; and<br><br>arithmetic operation means: |

| | | |
|---|---|---|
| | | (i) for performing a first subtraction between said first X-ray transmission data and said second *X-ray transmission data* to obtain first X-ray intensity data of said selected blocked portions of said projection area which are shielded by said X-ray shields;<br><br>(ii) for performing bilevel quantization to said first X-ray intensity data to obtain bilevel data which identifies those portions of said first X-ray transmission data corresponding to said selected blocked portions of said projection area;<br><br>(iii) for obtaining, as a function of said bilevel data, selected data from said selected blocked portions of said first *X-ray transmission data*;<br><br>(iv) for interpolating said selected data over said projection area; and<br><br>(v) for performing a second subtraction between said second X-ray transmission data and said interpolated selected data to obtain third *X-ray transmission data* essentially free from scattered X-ray components. |
| 4,741,009 | 10/30/85 | 1. An X-ray diagnostic apparatus comprising:<br><br>an X-ray source for successively generating X-rays;<br><br>means for detecting an X-ray image of an object under examination by projecting the X-rays from the X-ray source toward the object to produce X-ray transmission signals including primary and scattered X-ray components;<br><br>an analogue-to-digital converter for converting the X-ray transmission signals into corresponding digital transmission data;<br><br>X-ray shield means, positioned between the X-ray source and the detecting means, and including a plurality of different X-ray shield pattern members, each having elements for partially blocking the penetration of the X-rays over an X-ray projection area defined by projecting the X-rays from the X-ray source to the X-ray detection means through the object;<br><br>means for selecting any one of said different X-ray shield pattern members in accordance with a change in the ratio of a source-to-object distance and source-to-image distance and a particular diagnostic test being performed and for inserting the selected one of said different X-ray shield pattern members within the X-ray projection area;<br><br>first memory means for storing at least first *X-ray transmission data* acquired during a first X-ray projection period under the condition that no X-ray shield pattern member has been inserted into the X-ray projection area; |

| | | |
|---|---|---|
| | | second memory means for storing at least second *X-ray transmission data* acquired during a second X-ray projection period under the condition that the selected one of the X-ray shield pattern members has been inserted into the X-ray projection area; first arithmetic operation means for obtaining data representative of an intensity distribution of the scattered X-ray components, based upon the second transmission data, over the entire X-ray projection area by way of a linear interpolation method; second arithmetic operation means for subtracting the data representative of the intensity distribution of the scattered X-ray components from the first transmission data so as to derive third transmission data from which the scattered X-ray components have been eliminated; a digital-to-analogue converter for converting the third transmission data into corresponding transmission signals; and means for displaying an X-ray transmission image, unaffected by the adverse influence of the scattered X-ray components by processing the transmission signals. |
| 4,803,639 | 2/25/86 | To convert the *X-ray transmission data* into path length data, logarithms of the data are taken. This log data is not directly proportional to the material path lengths mainly due to beam hardening effects. The X-ray tube is polychromatic, i.e. its spectrum contains many low energy photons as well as photons with energy near its maximum value. In general, materials tend to absorb the low energy (or "soft" photons) more efficiently than high energy photons. Accordingly, a small amount of material will attenuate proportionally (with respect to thickness) more of the spectrum. This nonlinearity affects the system directly in the CT reconstruction since the algorithm adds data from paths of various lengths. Additionally, for quantitative image processing, the data should be proportional to path lengths. |
| 4,823,370 | 10/13/87 | For the above background reasons, an object of the present invention is to provide, by introducing a novel technical idea, an X-ray diagnostic apparatus which can effectively eliminate the scattered X-ray image component from the transmitted X-ray image components as obtained by the X-ray detector. In an X-ray diagnostic apparatus according to the present invention, an X-ray shield means having an X-ray shield section configured in a predetermined pattern may be placed in and retracted from an X-ray projection area in visually displaying the digital image data of X-rays output by an X-ray detector, the data being transmitted through an object as the result of X-ray irradiation of the object under diagnosis. A means computes the scattered X-ray component using the *X-ray transmission data* containing the image data collected from the X-ray shield section when the X-ray shield means is |

| | | |
|---|---|---|
| | | placed in the X-ray projection area. A compensating means subtracts the scattered X-ray component, computed and produced by the scattered X-ray computing means, from the *X-ray transmission data*, produced on the condition that the X-ray shield means is not placed in the X-ray projection area, thereby to produce only the primary X-ray component.<br><br>With such an arrangement, the scattered X-ray component may effectively be removed from the transmitted X-ray data. Therefore, the displayed image is based only on the primary X-ray component. A high quality image is produced which is free from blur and improved in contrast and sharpness. Such a high quality image enables a doctor, for example, to perform effective diagnosis. |
| 4,852,132 | 4/21/87 | In a conventional X-ray tomograph, an which projects X-rays in the shape of fan beams and a multi-channel X-ray detector which opposes the X-ray source with an object to be examined (hereinunder referred to as "target") interposed therebetween are rotated around the target, so as to project the X-rays in the shape of fan beams along the section of the target, and the data which indicate the distribution of the transmission intensity of the X-rays in a plurality of directions in the section are measured, and the tomogram of the target is reconstructed on the basis of the data. In such a tomograph, the plurality of directions (hereinunder referred to as "view directions") in which the *X-ray transmission data* are collected are set at the directions obtained by dividing the trajectory of the rotation of the X-ray source and the X-ray detector around the target by an equal angle. These directions are determined by the timing of irradiation when the X-ray is a pulse X-ray, and by the timing for collection of *X-ray transmission data* when the X-ray is continuous X-rays.<br><br>In such a conventional X-ray tomograph, since the *X-ray transmission data* obtained are the data arranged in correspondence with the fan beam X-rays, the exact opposing view data are not always obtained with respect to all channels, so that utilization of opposing view data becomes incomplete.<br><br>The *X-ray transmission data* on a multiplicity of channels detected by the X-ray detector 4 are collected by a data collector 9 by a method which will be explained in detail later, and are converted into digital data to be supplied to a data processor 10.<br><br>The data processor 10 processes the supplied data to reconstruct the tomogram of the target 3, stores the reconstructed image in a large-capacity storage unit 11, at the same time displays it on a display unit 12, and makes the tomogram to be photographed by a photographing device 13, if necessary. The data processor 10 controls the photograph controller 8. |
| 4,923,459 | 9/13/88 | Data acquisition unit 120 integrates *X-ray transmission data* by detection |

| | | |
|---|---|---|
| | | channels of detector 112 for every X-ray path. Data acquisition unit 120 converts *X-ray transmission data* into a digital signal as digital projection data. The digital projection data is thus prepared for subsequent processing.<br><br>Image reconstruction unit 130 receives projection data of all directions of the patient from data acquisition unit 120 and generates a tomographic image which reflects the degree of X-ray absorption at a position of the X-ray transmission direction of the patient according to, e.g., filter correction back projection. Preprocessor 131 performs processing, such as DC component correction of the projection data, and correction of a change in X-ray intensity. Convolver 132 convolutes the projection data corrected by preprocessor 131 by using a blur recovery filter in units of projection directions and thus performs centering. Back projector 133 back-projects the projection data in image memory 134 after convolution in each direction is performed by convolver 132. A tomographic image is stored in image memory 134. |
| 5,054,049 | 3/21/90 | 4. A patient support means according to claim 1, wherein the computer tomography system includes:<br><br>means for radiating an x-ray in a fan shape to the patient laid on the patient support plate, so that the patient is scanned with the fan shaped radiating x-ray beam along one cross section of the patient;<br><br>means for detecting the fan shaped radiating x-ray beam, preparing scanned *x-ray transmission data* in accordance with the detected x-ray beam, and constructing a tomographic image of the patient along the one cross section; and<br><br>means for revolving the x-ray radiating means and the x-ray detecting means around the longitudinal axis or the patient laid on the patient support so that the x-ray beam radiation in the fan shape from the x-ray radiating means scans the patient on the patient support in a whole radial direction to the longitudinal axis.<br><br>According to the present invention, there is provided an x-ray computed tomography scanner apparatus which comprises: means for radiating an x-ray fan beam to an examined object, so that the object is scanned with the fan beam along a slice plane; means for detecting the scanned fan beam to prepare *x-ray transmission data*, so that an image of the slice plane of the object can be reconstructed in accordance with the data; and means for supporting the object, the supporting means including a middle section and an end section located in the middle and at the end thereof, respectively, when the supporting means is cut along the slice plane, so that the x-ray absorption factor of the end section is lower than that of the middle section. |
| 5,128,864 | 8/9/89 | This reconstruction algorithm uses a one dimensional integral equation for |

| | | |
|---|---|---|
| | | the reconstruction of a two-dimensional image. In the convolution method of using an integral equation, a deblurring function is combined (convolved) with the *x-ray transmission data* to remove most of the blurring before the data are back-projected. The most common deblurring function is a frequency filter that removes the high-frequency components of the *x-ray transmission data*. These components are responsible for most of the blurring in the composite image. One of the advantages of the convolution method of image reconstruction is that the image can be reconstructed while *x-ray transmission data* are being collected. The convolution method is the most popular reconstruction algorithm used today in computed tomography. |
| 5,155,365 | 7/9/90 | The invention includes a dual-energy x-ray source mounted opposite to a collimated photon-counting detector and associated pulse counting electronics capable of discriminating incident photons into at least three separate photon energy windows and counting at a rate of approximately one million counts per second per detector. An object of variable composition containing one or more radionuclide sources is interposed between the source and detector. Dual-energy *x-ray transmission data* along projections through the object are decomposed into two basis set projections of known energy dependence, then recombined into an effective monoenergetic projection at the energy (or energies) of the contained radionuclide source. Radionuclide emission data along the same projection vector as the dual-energy *x-ray transmission data* are acquired simultaneously using the third (or more) energy windows(s) of the detector. The monoenergetic and/or original decomposed basis set projections are used to correct the detected emission photon intensity for attenuation along the path vector, based on the measured material-selective attenuation path lengths. The corrected emission data are used to obtain the absolute quantity or concentration of the radionuclide along the projection path. A conventional projection or CT radionuclide image is then formed from the data projections superimposed on any of the images from the dual-energy x-ray data set. Alternatively, an image from a single energy x-ray data set simultaneously acquired with radionuclide emission data can be superimposed on a radionuclide data image to improve the localization of the radionuclide emission. The invention also has the clinical advantage of being a single instrument on which the equivalent of two conventional studies are done simultaneously, with attendant savings in technician time and floor space in the hospital. |