# United States Patent [19]

## Kikuchi et al.

[11] Patent Number: **4,656,650**

[45] Date of Patent: **Apr. 7, 1987**

[54] **X-RAY DIAGNOSTIC APPARATUS FOR ELIMINATING SCATTERED X-RAY COMPONENTS**

[75] Inventors: Katsuya Kikuchi; Michitaka Honda, both of Tochigi, Japan

[73] Assignee: Kabushiki Kaisha Toshiba, Kawasaki, Japan

[21] Appl. No.: 719,168

[22] Filed: Apr. 2, 1985

[30] Foreign Application Priority Data

Apr. 3, 1984 [JP] Japan .................................. 59-66259

[51] Int. Cl.$^4$ ........................ H05G 1/64; G01N 23/00
[52] U.S. Cl. ............................................. 378/7; 378/99
[58] Field of Search ................. 378/7, 70, 154, 99, 378/145, 147

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,286,156  8/1981  Wagner ...................................... 378/7
4,380,818  4/1983  Pfeiler ....................................... 378/99
4,549,307 10/1985 Macovski ................................. 378/7

Primary Examiner—Janice A. Howell
Attorney, Agent, or Firm—Finnegan, Henderson, Farabow, Garrett & Dunner

[57] **ABSTRACT**

In an X-ray diagnostic apparatus, it is very desirable to mitigate the adverse effect of the scattered X-ray components. When the X-ray shield member is positioned in the X-ray projection area during the first X-ray projection period, the first X-ray transmission image data is obtained. From this X-ray transmission image data, the scattered X-ray component data is calculated in the interpolation method of a SINC function. When the X-ray shield member is removed from the X-ray projection area during the second X-ray projection period, the second X-ray transmission image data is obtained that includes not only the primary X-ray components but also the scattered X-ray components. The desirable X-ray transmission image data is obtained by subtracting the first image data from the second image data.

**7 Claims, 16 Drawing Figures**

