# United States Patent [19]

## Yamagata et al.

[11] **Patent Number:** **4,741,009**

[45] **Date of Patent:** **Apr. 26, 1988**

[54] **X-RAY DIAGNOSTIC APPARATUS FOR ANALYZING SCATTERED X-RAYS BY USING X-RAY SHIELD MEMBER**

[75] Inventors: **Hitoshi Yamagata**, Ootawara; **Katsuya Kikuchi**, Tochigi, both of Japan

[73] Assignee: **Kabushiki Kaisha Toshiba**, Kawasaki, Japan

[21] Appl. No.: **792,855**

[22] Filed: **Oct. 30, 1985**

[30] **Foreign Application Priority Data**

Oct. 31, 1984 [JP]  Japan .................................. 59-229748

[51] Int. Cl.⁴ ........................... G21K 1/04; H05G 1/64
[52] U.S. Cl. ........................................ 378/99; 148/149; 148/154; 148/155
[58] Field of Search ...................... 378/2, 7, 46, 83, 84, 378/85, 89, 87, 98, 99, 145, 149, 150, 154, 155, 148; 250/363 SH; 358/111

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,399,457 | 8/1983 | Riederer et al. ...................... | 378/99 |
| 4,549,307 | 10/1985 | Macovski ................................ | 378/7 |
| 4,550,419 | 10/1985 | Aichinger et al. .................... | 478/99 |
| 4,656,650 | 4/1987 | Kikuchi et al. ........................ | 378/7 |

*Primary Examiner*—Carolyn E. Fields
*Assistant Examiner*—Joseph A. Hynds
*Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner

[57] **ABSTRACT**

An X-ray diagnostic apparatus analyzes scattered X-ray distribution from total X-ray transmission data by employing an X-ray shield member. One of plural X-ray shield members is selected based on the X-ray magnifying factor of a region of interest (ROI) in a patient. The scattered X-ray distribution $I_{sc}(x,y)$ over the entire X-ray projection area is calculated by utilizing a method of linear interpolation and the actually measured scattered X-ray components.

**13 Claims, 10 Drawing Sheets**

