# United States Patent [19]

**Kikuchi**

[11] Patent Number: **4,823,370**

[45] Date of Patent: **Apr. 18, 1989**

[54] **X-RAY DIAGNOSTIC APPARATUS**

[75] Inventor: Katsuya Kikuchi, Tochigi, Japan

[73] Assignee: Kabushiki Kaisha Toshiba, Kawasaki, Japan

[21] Appl. No.: 106,956

[22] Filed: **Oct. 13, 1987**

### Related U.S. Application Data

[63] Continuation of Ser. No. 601,349, Apr. 17, 1984.

[30] Foreign Application Priority Data

Apr. 25, 1983 [JP] Japan .................................. 58-73552
May 11, 1983 [JP] Japan .................................. 58-80971

[51] Int. Cl.⁴ ............................................... H05G 1/64
[52] U.S. Cl. .............................................. 378/99; 378/7
[58] Field of Search ................... 378/2, 7, 87, 99, 204, 378/207, 154, 155, 149; 358/111, 161; 364/414

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,336,026 | 12/1943 | Millenaar . |
| 2,679,008 | 5/1953 | Hall . |
| 3,860,821 | 1/1975 | Barrett . |
| 4,087,837 | 5/1978 | Geluk .................................... 378/99 |
| 4,114,041 | 9/1978 | Oliver ..................................... 378/7 |
| 4,286,156 | 5/1979 | Wagner .................................. 378/7 |
| 4,380,817 | 4/1983 | Harding et al. . |
| 4,380,818 | 4/1983 | Pfeiler . |
| 4,399,547 | 8/1983 | Riederer et al. . |
| 4,549,307 | 10/1985 | Macovski ............................... 378/7 |
| 4,550,419 | 10/1985 | Aichinger et al. . |
| 4,599,742 | 7/1986 | Kikuchi et al. . |
| 4,656,650 | 4/1987 | Kikuchi et al. . |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0001523 | 4/1979 | European Pat. Off. . |
| 0105618 | 4/1984 | European Pat. Off. . |
| 0123276 | 10/1984 | European Pat. Off. . |
| 2454537 | 5/1976 | Fed. Rep. of Germany . |
| 2452166 | 5/1976 | Fed. Rep. of Germany ...... 378/154 |
| 2459890 | 7/1976 | Fed. Rep. of Germany ...... 358/111 |
| 3304213A1 | 8/1984 | Fed. Rep. of Germany . |
| 2526575 | 11/1983 | France . |

#### OTHER PUBLICATIONS

Ser. No. 016,129, 02/18/87.
Ser. No. 673,792, 11/21/84.
Ser. No. 792,855, 10/30/85.
Ser. No. 857,050, 04/29/86.

*Primary Examiner*—Craig E. Church
*Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett, & Dunner

[57] **ABSTRACT**

An X-ray generator projects X-rays into an object under examination. An X-ray detector detects the X-ray image data transmitted through the object. The transmitted X-ray image data is digitized by an A/D converter and visually displayed by a monitor. For effecting such display, an X-ray shield member having an X-ray shield section configured in a predetermined pattern is set in an X-ray projection area. The transmitted X-ray image data containing the X-ray shield section data obtained under this condition is supplied to a scattered X-ray intensity computing circuit through first and second switching circuits and a memory. The computing circuit computes the scattered X-ray component. Then, the X-ray shield member is retracted from the X-ray projection area. Under this condition, the transmitted X-ray image data is supplied through the first and second switching circuits to a subtracting circuit. The substracting circuit subtracts the scattered X-ray component previously obtained from the transmitted X-ray image data, thereby to send only the primary X-ray component to the monitor.

**7 Claims, 9 Drawing Sheets**

