# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Bottom] [View Cart]

*Searching 1976 to present...*

**Results of Search in 1976 to present db for:**
("x-ray transmission data" AND APD/17900101->19900809): 25 patents.
*Hits 1 through 25 out of 25*

[Jump To]

[Refine Search]  "x-ray transmission data" AND APD/1/1/1790->8/09/1

| | PAT. NO. | | Title |
|---|---|---|---|
| 1 | 5,155,365 | T | Emission-transmission imaging system using single energy and dual energy transmission and radionuclide emission data |
| 2 | 5,128,864 | T | Method for computing tomographic scans |
| 3 | 5,054,049 | T | Patient support means for x-ray absorption compensation in computer tomography system |
| 4 | 4,923,459 | T | Stereotactics apparatus |
| 5 | 4,852,132 | T | Method of collecting data for x-ray tomograph |
| 6 | 4,823,370 | T | X-ray diagnostic apparatus |
| 7 | 4,812,983 | T | Method and means of correcting for a shift in the center of rotation of a rotating fan beam CT system |
| 8 | 4,803,639 | T | X-ray inspection system |
| 9 | 4,741,009 | T | X-ray diagnostic apparatus for analyzing scattered X-rays by using X-ray shield member |
| 10 | 4,703,424 | T | Method and means of correcting for a shift in the center of rotation of a rotating fan beam CT system |
| 11 | 4,656,650 | T | X-ray diagnostic apparatus for eliminating scattered X-ray components |
| 12 | 4,656,584 | T | X-ray tomographic apparatus and method using parallel A/D conversions of detector channel signals |
| 13 | 4,654,796 | T | System for computing correction factors for sensitivity differences in detector channels of an X-ray tomography apparatus |
| 14 | 4,624,007 | T | Method of obtaining X-ray CT image and apparatus for utilizing the same method |
| 15 | 4,606,062 | T | X-ray computed tomographic apparatus |
| 16 | 4,168,436 | T | Computed tomography |
| 17 | 4,136,388 | T | Data acquisition system for computed tomography |

18 4,129,783 T High speed computerized tomography imaging system
19 4,079,417 T Digital video window control
20 4,070,707 T Reduction of offsets in data acquisition systems
21 4,068,306 T X-ray data acquisition system and method for calibration
22 4,047,041 T X-ray detector array
23 4,047,039 T Two-dimensional x-ray detector array
24 4,030,119 T Video window control
25 3,991,312 T Ionization chamber

