# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

06-1136

L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.,

Plaintiff-Appellant,

v.

REVEAL IMAGING TECHNOLOGIES, INC.,

Defendant-Appellee.

ORDER

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

02/16/06

cc: Clerk's Office, DCT
    JAMES J. FOSTER
    H. JOSEPH HAMELINE

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 6 2006

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 02/16/06

L-3 COMMUNICATIONS V REVEAL IMAGING, 2006-1136
DCT - 04-CV-11884

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 2/16/06