**CERTIFICATE OF SERVICE**

      I certify that the L-3 Communications' Summary Judgment Rebuttal Letter is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

      /s/ Michael A. Albert