

**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Michael A. Albert
malbert@wolfgreenfield.com
direct dial 617.646.8240

March 21, 2006

Judge Nancy Gertner
Magistrate Judge Judith G. Dein
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA  02110

Re:   L-3 Communications Security and Detection System, Inc. v. Reveal Imaging Technologies, Inc., C.A. No. 04-11884-NG
      Our File No. L0632.60004US00

Dear Judges Gertner and Dein:

To facilitate the Court's consideration of the cross-motions for partial summary judgment that are presently pending in this matter, L-3 has compiled the enclosed Appendix of Authorities (separated into two volumes).

As you will see, copies of all of the cases, statutes, and other authorities cited by both parties in their various memoranda are included in the two volumes. In particular, volume 1 includes cases beginning with the letters "A" through "L," and volume 2 includes cases beginning with the letters "M" through "Z," as well as copies of cited statutes and other authorities.

If you would like any additional copies of these materials, or if there is anything further we can do to facilitate your consideration of this matter, please do not hesitate to ask.

Very truly yours,

WOLF, GREENFIELD & SACKS, P.C.

Michael A. Albert
Counsel for L-3 Communications Security
and Detection Systems, Inc.

MAA/psv
Enclosures
cc:   H. Joseph Hameline, Esq. (w/encl.)