# MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

H. Joseph Hameline | 617 348 1651 | jhameline@mintz.com

April 14, 2006

The Honorable Nancy Gertner
The Honorable Judith G. Dein
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   L-3 Communications, Security and Detection Systems, Inc.
      v. Reveal Imaging Technologies, Inc.,
      U.S.D.C. (MA) C.A. No. 04-11884-NG

Dear Judges Gertner and Dein:

This letter is submitted in response to L-3's March 13, 2006 letter brief--the last of L-3's four submissions in connection with the pending summary judgment motions -- in which L-3 asserted, for the first time, that there is no evidence establishing either the date of the Imatron Final Report documenting the 1987 study or that it was publicly available.[1] Reveal cited this 1987 study by Imatron, Inc., along with other documents, as evidence that the patent claims asserted by plaintiff L-3 under U.S. Patent No. 5,838,758 (the "'758 Patent") are invalid. Specifically, Imatron had publicly described and was openly implementing the explosive detection method of using x-ray projections to prescreen baggage and locate areas of interest for further CT scanning well before it was allegedly invented by the inventors of the '758 Patent.

L-3's contention is both inaccurate and in any event beside the point, since Reveal has already submitted extensive evidence showing that the 1987 study was openly conducted in public and that Imatron was publicly discussing and demonstrating its explosive detection method in 1988-1989. *See* Affidavit of Elan Scheinman, filed Dec. 21, 2005.

Lest there be any lingering questions, however, about the date or the public availability of the Imatron Report itself, Reveal respectfully submits the enclosed affidavit from the actual author of the Imatron Report, Dr. Frederick L. Roder. Dr. Roder was the Director of New Product Development at Imatron from 1986 to 1990, later became President of Imatron Federal Systems, Inc., which developed the first Explosives Detection System certified by the FAA, and subsequently served as Portfolio Manager, Explosive Countermeasures for the Science & Technology Directorate of the Department of Homeland Security. Dr. Roder confirms in his affidavit, which is enclosed, that the Imatron Final Report was completed and submitted to

---

[1] L-3 Summary Judgment Rebuttal Letter, filed March 13, 2006, at 3 n.4.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

Hon. Nancy Gertner
Hon. Judith G. Dein
April 14, 2006
Page 2

UCLA at least by the end of 1987 and, in any event, definitely no later than mid-1988 and that the work performed and the Final Report were neither confidential nor proprietary.

    Hence, the Imatron Report pre-dates the claimed August 1990 priority date for the '758 Patent by at least two (2) years.

                                       Respectfully submitted,

                                       H. Joseph Hameline

Enclosure
cc:    Civil Clerk, United States District Court for the District of Massachusetts
       Robert Abrahamsen, Esq.