UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS, SECURITY AND DETECTION SYSTEMS, INC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.,<br>　　　　　Defendant. | C.A. No. 04-11884-NG<br>(Magistrate Judge Judith Gail Dein) |

## AFFIDAVIT OF FREDRICK L. RODER, PH.D.

I, Fredrick L. Roder, Ph.D., upon my own personal knowledge, hereby depose and state as follows:

1.　　I have over thirty-seven years of experience in explosive detection and civil aviation security. I hold a Ph.D. in Nuclear Science and Engineering. I have been extensively involved in the development of x-ray and CT-based technologies for explosives detection. I was the Director of New Product Development at Imatron, Inc. ("Imatron") from 1986 to 1990. Thereafter, among other things, I was the President of Imatron Federal Systems, Inc. ("IFS"), which, in conjunction with Imatron Industrial Products (later to become InVision Technologies) developed the CTX 5000, the first Explosives Detection System certified by the FAA. Beginning in 1997, I was employed in the public sector in this same field, and eventually became the Portfolio Manager, Explosive Countermeasures for the Science & Technology Directorate of the Department of Homeland Security.

2. On behalf of Imatron, I was in charge of the feasibility and characterization study which Imatron performed as a subcontractor to UCLA under FAA Contract No. DTFA03-85-C-00037. This contract and the data acquired under it were UNCLASSIFIED. The work on this study was performed at the Bureau of Mines in June 1987 and at Los Angeles International Airport ("LAX") from late June to August 1987. I was personally involved in both the Bureau of Mines and the LAX work.

3. I also wrote the Final Report, Dual-Energy Computed Tomographic Explosives and Suitcase Characterization Study ("Final Report") which was submitted to the Department of Radiological Sciences at UCLA as part of that FAA contract. The Final Report was prepared shortly after the completion of the LAX work and submitted to UCLA soon thereafter.

4. I do not recall the precise dates that the Final Report was completed and submitted to UCLA, but I recall that the Final Report was written contemporaneously with the work being performed (as segments were completed). In light of the period when the work was performed (Summer 1987), the Final Report would have been completed and submitted to UCLA at least by the end of 1987, and definitely no later than mid-1988.

5. The work performed and the Final Report were not considered to be and were not stamped Proprietary or For Official Use Only.

Signed under the pains and penalties of perjury this 11th day of April, 2006.

_____
Fredrick L. Roder, Ph.D.

LIT 1567310v.1