
**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

**Robert M. Abrahamsen**
rabrahamsen@wolfgreenfield.com
direct dial 617.646.8256

August 28, 2006

Judge Nancy Gertner
Magistrate Judge Judith G. Dein
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:    L-3 Communications Security and Detection Systems, Inc. v. Reveal Imaging Technologies, Inc., C.A. No. 04-11884-NG

Dear Judges Gertner and Dein:

    I am writing on behalf of L-3 and Reveal, with approval of Mr. Hameline, to report to the Court that they have agreed upon points of principle for a settlement of this litigation.

    The parties have further agreed to cease all litigation activity in this case for a period of 30 days while they negotiate and document the final terms of settlement. In light of this development, the parties respectfully request that the Court take no action on the cross-motions for summary judgment filed in December 2005 for a period of 30 days.

    The parties will advise the Court as to the status of their settlement discussions at the end of the 30-day period, or upon earlier execution of final settlement documentation.

                              Very truly yours,

                              WOLF, GREENFIELD & SACKS, P.C.

                              /s/

                              Robert M. Abrahamsen

RMA/psv

cc: Joseph Hameline, Esq.