IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC.,<br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>REVEAL IMAGING TECHNOLOGIES, INC.,<br>　　　　　　　　　　　Defendants. | Civil Action No. 04-11884-NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), and by joint stipulation of the parties, Plaintiff L-3 Communications Security and Detection Systems, Inc., and Defendant Reveal Imaging Technologies, Inc., hereby stipulate and agree to the dismissal with prejudice of the above-captioned matter, including all claims and counterclaims asserted herein, waiving all rights of appeal, and with each party bearing its own costs and attorneys' fees.

| L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC. | REVEAL IMAGING TECHNOLOGIES, INC. |
|---|---|
| By its attorneys,<br><br>_/s/ Michael A. Albert_<br>Michael A. Albert (BBO# 558566)<br>James J. Foster (BBO #553285)<br>Robert M. Abrahamsen (BBO #636635)<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02110<br>Telephone:　(617) 646-8000 | By its attorneys,<br><br>_/s/ H. Joseph Hameline_<br>H. Joseph Hameline (BBO #218710)<br>A. Jason Mirabito (BBO #349440)<br>Michael T. Renaud (BBO #629783)<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>　and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone:　(617) 542-6000 |

Dated: September 27, 2006